~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON (PORTLAND)

| | |
|---|---|
| EMANUEL MCCRAY, a/k/a "Trump Genius," *On Behalf of Himself and All Others Similarly Situated,* <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> ANTHONY STEPHEN FAUCI, *In His Official Capacity as Director of the National Institute of Allergy and Infectious Diseases,* <br><br> UNITED STATES CENTERS FOR MEDICARE & MEDICAID SERVICES, <br><br> ATLAS GENOMICS, LLC, *A United States CLIA-Certified Laboratory,* <br><br> X CORP., *A For-Profit Privately Held Corporation With A Principal Place of Business Located At 865 FM 1209, Building 2, Bastrop, TX 78602,* | Case No. 3:26 - CV - 01193 -SB <br><br> CIVIL COMPLAINT <br> ASSAULT AND BATTERY <br> SARS-COV-2 "LAB-LEAK" <br> CHRONIC INFECTION <br><br> **CLASS ACTION** <br><br><br> JURY DEMAND |

1

\# 117163

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

META PLATFORMS, INC., *A For-Profit* )
*Corporation Organized and Existing Under* )
*the Laws of the State of Delaware,* )
Defendants.)

---

**WARNING**
Foreign Intelligence Surveillance
50 USC 1806 (Text contains those laws in effect on June 11, 2026)

**(U)//~~FOUO~~) COVID-19 PANDEMIC WARNINGS AND ORIGINS**
**Overall Briefing: ~~TOP SECRET~~ [REDACTED]**
(Titles 5 U.S. Code §§ 552(b)(1), (3) and (6); 10 U.S. Code §§ 424(b)(1) and (3); 50 U.S. Code §§ 3003(4)(D) and (E); 50 U.S. Code § 3024(i); 50 U.S. Code § 1806 and Executive Order 13526 §§ 1.4(c) and (e) (Classified National Security Information), December 29, 2009)



(U)   Lead Plaintiff Emanuel McCray (McCray), also known as "Trump Genius" on social media platforms and within human rights activist groups, on behalf of himself and all other Plaintiffs similarly situated, make the following allegations, as follows, upon personal knowledge and on information and belief

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

derived from, among other things, intelligence and counterintelligence investigation by McCray and others, a review of public documents, and other facts that are a matter of current and ancient public record:

## I.    (U/OSINT)[1] INTRODUCTION AND NATURE OF THE CASE

1.    (U/OSINT)  Perry Mason once said: "Murder is usually very simple. It's the getting away with it that's real complicated and tricky."[2]

2.    TOP SECRET [REDACTED] (U//FOUO) This class action is about assault and battery cognizable under 42 U.S.C. § 233(e) arising from negligence in the performance of medical, surgical, dental, or related functions, including the conduct of clinical studies or investigations that was committed and completed by Defendant Anthony Stephen Fauci ("Fauci") and other commissioned officers and employees of the Public Health Service while acting within the scope of their office or employment, immediately prior to and after the declaration of the "COVID-19" pandemic, and while serving under the constitutional leadership of Presidents Trump and Biden. See Plaintiffs' Exhibit 1.

---

[1] "OSINT" stands for Open-Source Intelligence. It is the process of collecting and analyzing publicly available information to gain actionable insights.

[2] Perry Mason. The Case of the Frantic Flyer. Season 3, Episode 12. @ 50:36. Available from https://www.amazon.com/gp/video/detail/B077LXZRSX/ref=atv_dp_season_select_s3.

3

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

3.    TOP SECRET [REDACTED] (U//FOUO)  This class action is not about the globally-promoted "natural origin" virus associated with bats in China. Rather, this class action, in the context of 42 U.S.C. § 233(e), concerns laboratory research and:

(1)    The virus that led Congress to allocate $5 trillion in federal COVID-19-related tax cuts and spending increases, after imbedding substantial segments of the United States' public health, national security and foreign policy systems under the uncertainty of the international umbrella and infrastructure of the World Health Organization through the enactment of Title 22 U.S.C. §§ 290 and 290c, which created a statutory gateway through which Plaintiffs received their COVID-19-related assault and battery injuries;

(2)    The virus research in the early months of 2020 that occupied the attention of the Director of the Defense Intelligence Agency ("DIA"), U.S. Army Lieutenant General Robert Ashley Jr. ("LTG Ashley") ("Can you unpack the highlighted portion below. Not sure what your telling me? Unexpected but….");[3] (Plaintiffs' Exhibit 7)

(3)    The virus named SARS-CoV-2 that, contrary to the Department of Defense ("DoD") and the Department of Health and Human Services ("HHS"), led the ODNI to claim in its declassified Intelligence Assessments that the virus was not developed as a biological weapon or genetically engineered; that China's officials probably did not have foreknowledge that SARS-CoV-2 existed before WIV researchers isolated it; and that the IC—and the global scientific

---

[3] Lewis Kamb. *"Defense Intelligence Agency considered lab leak scenario in March 2020, new records show"*. U.S. Right to Know. February 5, 2026, Available from https://usrtk.org/covid-19-origins/defense-intelligence-agency-considered-lab-leak-scenario-in-march-2020/; https://usrtk.org/wp-content/uploads/2026/02/DIA-release-12.23.25.pdf; https://usrtk.org/wp-content/uploads/2025/04/DIA-February-2025-batch-combined.pdf; https://usrtk.org/wp-content/uploads/2025/03/6-20200625-SARS-CoV-2-Genome-Analysis.pdf; https://usrtk.org/wp-content/uploads/2026/03/12-5-2025-Partial-Production-for-USRTK-v.-NIH-Case-No.-24-cv-2785-JEB-NIH-FOIA-Request-63076.pdf.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

community—lacks clinical samples or a complete understanding of epidemiological data from the earliest COVID-19 cases.[4]

(4)     The virus named SARS-CoV-2 that, contrary to the ODNI's declassified Intelligence Assessments, became classified by the DoD and the HHS as a weaponized threat to U.S. military forces capable of facilitating a weaponized threat on U.S. military personnel pursuant to Public Law 115-92, 131 Stat. 2023 (December 12, 2017) and which became the legal basis for the expedited development and large-scale manufacture of SARS-CoV-2 vaccines under Operation Warp Speed ("OWS") in partnership with Moderna and other private sector vaccine manufacturers;[5]

(5)     The virus named SARS-CoV-2 that became classified by the National Institutes of Health as a Risk Group 3 (RG3) agent "associated with serious or lethal human disease for which preventive or therapeutic interventions may be available";

(6)     The virus that, after six years, continues to cumulatively kill more Americans in the United States, than in China, the *locus in quo*, as of February 22, 2026: World 7.1m, United States 1,235,885, China 122,398;[6]

(7)     The virus that, after six years, killed more Americans in the United States, than in China, the *locus in quo*, between February 15-22, 2026: World 301, United States 250, China 0;

---

[4] *Potential Links Between the Wuhan Institute of Virology and the Origins of COVID-19.* June 2023. Available from https://www.dni.gov/files/ODNI/documents/assessments/Report-on-Potential-Links-Between-the-Wuhan-Institute-of-Virology-and-the-Origins-of-COVID-19-20230623.pdf; *Updated Assessment on COVID-19 Origins.* Available from https://www.dni.gov/files/ODNI/documents/assessments/Declassified-Assessment-on-COVID-19-Origins.pdf; *Unclassified Assessment on COVID-19 Origins.* Available from https://www.dni.gov/files/ODNI/documents/assessments/Unclassified-Summary-of-Assessment-on-COVID-19-Origins.pdf.

[5] Available from https://www.govinfo.gov/content/pkg/PLAW-115publ92/pdf/PLAW-115publ92.pdf.

[6] WHO COVID-19 dashboard. Available from https://data.who.int/dashboards/covid19/deaths?m49=840.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

(8)    The virus that, after six years, has cumulatively recorded more COVID-19 cases among Americans in the United States than in China, the *locus in quo*, as of February 22, 2026: World 779m, United States 103m, China 99.4m:

(9)    The virus that, after six years, has been unable to cause a single death in the following Nation States as of February 22, 2026: Democratic People's Republic of Korea, Falkland Islands (Malvinas) (a self-governing British Overseas Territory), Holy See, Niue, Pitcairn, Saint Helena, Tokelau and Turkmenistan;

(10)    The virus that was deadly enough to require race officials and fans to wear masks, while excluding the professional race athletes:



(11)    The virus that was compassionate enough to exempt the wearing masks by families while eating breakfast:[7]

---

[7] *Coronavirus pandemic: 60 Minutes reports.* Available from https://www.cbsnews.com/60-minutes-coronavirus-coverage/.

6

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)



(12)    The virus that was deadly enough to require some workers to be classified as "Essential Employees" and United States' "Essential Critical Infrastructure Workers During COVID-19 Response" who were compelled to work for the United States without hazardous duty pay and medical compensation, while classifying other workers as "non-essential" and required to "stay home" also without hazardous duty pay and medical compensation (see Plaintiffs' Exhibit 2);

(13)    The deadly virus that, in response to the unresolved mechanistic "origin" of SARS-CoV-2, caused this U.S. District Court for the District of Oregon to issue several judicial administrative medical countermeasures in response to "COVID-19";[8]

(14)    The deadly virus that, in response to the unresolved mechanistic "origin" of SARS-CoV-2, caused the Supreme Court of the United States to close the Supreme Court Building to the public "[o]ut of concern for the health and safety of the public and Supreme Court employees" and issued similar judicial administrative medical countermeasures in response to "COVID-19";[9]

(15)    The deadly virus that, in response to the unresolved mechanistic "origin" of SARS-CoV-2, caused other Federal courts nationwide to

---

[8] Available from https://ord.uscourts.gov/index.php/component/finder/search?q=covid-19&Itemid=1581.

[9] Available from https://www.supremecourt.gov/announcements/covid-19.aspx ("COVID-19 Announcements").

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

issue similar judicial administrative medical countermeasures in response to "COVID-19";[10]

(16)  The virus that places on the table a question whether artificial intelligence "protein-design tools" were used to "paraphrase" or "re-write" a virus that became SARS-COV-2 within the understanding of Eric Horvitz, Microsoft's Chief Scientific Officer and others;[11]

(17)  The virus that on February 26, 2026, according to Tedros Adhanom Ghebreyesus, Director-General of the WHO, has required the WHO, over six years later, to remain ignorant of its origin and to keep all hypotheses on the table whether "natural or lab leak, spillover or lab leak…because we don't have enough evidence to believe beyond reasonable doubt any of the hypotheses that we have…," "exactly" due to the fact that the WHO has not had full transparency from China and that "there are some countries including the US who say we [WHO] have intelligence information about lab leak, but we haven't received anything. I also wrote to the U.S. asking for this information including to the President, but I haven't received any intelligence information that can help us…;[12]

(18)  The virus that caused Rick Bright (Bright"), Director of BARDA, to usurp President Trump's COVID-19 emergency Presidential powers and priorities to commandeer FedEx shipments of cotton swabs from Italy during Italy's commercial lockdown, after he was informed no such shortage existed, and to prefer vaccines instead of/in opposition to implementation of President Trump's emergency introduction of chloroquine and hydroxychloroquine among the Nation's countermeasures to the "lab leak" "China virus." (See

---

[10] Available from https://www.uscourts.gov/court-orders-and-updates-during-covid-19-pandemic ("Court Orders and Updates During COVID-19 Pandemic").

[11] "Strengthening nucleic acid biosecurity screening against generative protein design tools." Science. Available from https://www.science.org/doi/10.1126/science.adu8578; Laura Howes. "If AI tools can design harmful proteins, can AI tools also stop them?" Chemical & Engineering News (C&EN). October 2, 2025. Available from https://cen.acs.org/policy/chemical-weapons/AI-tools-design-harmful-proteins/103/web/2025/10.

[12] The Mishal Husain Show. WHO Chief on Covid and China, Vaccine Skeptics, MAHA and Texting RFK Jr. Bloomberg Podcasts and Bloomberg Television. February 26, 2026. Available from https://www.youtube.com/watch?v=dfxhcZ-qX9w&t=1995s.

8

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

*"ADDENDUM TO THE COMPLAINT OF PROHIBITED PERSONNEL PRACTICE AND OTHER PROHIBITED ACTIVITY BY THE DEPARTMENT OF HEALTH AND HUMAN SERVICES SUBMITTED BY DR. RICK BRIGHT"* at pages 2-3, 7, 30-32, 37, 39-52, 56.[13]

(19)    The virus that, according to the Whistleblower Complaint filed by senior partner attorney Debra S. Katz ("She/Her/Hers"[14]) on behalf of Rick Bright, caused the "COVID-19 response to be shifted from HHS leadership to FEMA in March [2020]." (*Id.*, at page 49)

(20)    The virus that caused Mary M. Cherry ("Cherry"), Assistant U.S. Attorney, Texas Bar No. 24055299,[15] acting as attorney for HHS, to allege on March 27, 2023 in *State of Texas et al., v. U.S. Department of Health and Human Services, et al.,* Case No. 4:23-cv-00066-Y, in the U.S. District Court for the Northern District of Texas (Fort Worth Division), that "COVID-19…did not originate in the United States but rather migrated across the world, killing millions." (Doc. 15 at 1)[16]

(21)    The virus that, on January 1, 2021, caused Humanigen, Inc. to invoke "Public Law 115-92", Congress' medical countermeasures ("MCM") counterterrorism legislation, as authority to circumvent the normal emergency use authorization ("EUA") process when it entered into a "Cooperative Research and Development Agreement" with Joint Program Executive Office for Chemical, Biological, Radiological, and Nuclear Defense (JPEO-CBRND) (Laboratory) and BARDA (Laboratory) "to collaborate in research and development on

---

[13] *Rick Bright Whistleblower Complaint.* NPR. Available from https://apps.npr.org/documents/document.html?id=6882560-Rick-Bright-Whistleblower-Complaint; https://www.documentcloud.org/documents/6882560-Rick-Bright-Whistleblower-Complaint/; https://s3.documentcloud.org/documents/6882560/Rick-Bright-Whistleblower-Complaint.pdf.

[14] https://katzbanks.com/attorneys-and-staff/debra-katz/.

[15] Office of Leigha Simonton, United States Attorney; 1100 Commerce Street, Third Floor; Dallas, Texas 75242, Tel: 214-659-8600; Fax: 214-659-8807; E-mail: mary.cherry@usdoj.gov.

[16] *"BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF".* March 27, 2023. Available from https://storage.courtlistener.com/recap/gov.uscourts.txnd.372141/gov.uscourts.txnd.372141.15.01.pdf.

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

Lenzilumab", "a monoclonal antibody targeting GM-CSF for the treatment of COVID-19 pneumonia."[17]

(22)   The virus that caused Moderna to inform its shareholders and the U.S. Securities and Exchange Commission on its Form 10-K filings for the years ending December 31, 2020[18] and December 31, 2021,[19] respectively, that the corporation had used "Public Law 115-92" to circumvent the normal EUA process to obtain an EUA for its COVID-19 vaccines.

(23)   The virus that, on December 31, 2020, caused Pharm-Olam, LLC and the U.S. Army's Fort Detrick, Maryland (Natick Contracting Division), citing "Public Law 115-92," to enter into an "Other Transaction Authority for Prototype Agreement",[20] Contract No. W9110Y2190014, worth $36,286,158.00, for the "conduct of a randomized, adaptive placebo-controlled Phase II/III clinical study of the anti-TNFa therapeutic (Humira® [adalimumab] 160 mg) in adult patients with COVID-19 disease in an outpatient setting. The objective of this prototype project is to evaluate the technical feasibility of this treatment in support of a U.S. Food and Drug Administration (FDA) Emergency Use Authorization (EUA) and/or licensure of the adalimumab for this new indication against COVID-19, (hereinafter referred to as the "Prototype Project" or "Prototype")."[21]

(24)   The virus that, on April 16, 2020, caused Moderna, Inc. and ModernaTx, Inc. (Moderna") to enter into a "commercial development" contract with the Department of Health and Human Services (HHS), Office of the Assistant Secretary for Preparedness and

---

[17] *Cooperative Research and Development Agreement,* Exhibit 10.19. Available from https://www.sec.gov/Archives/edgar/data/1293310/000121465921002990/ex10_19.htm.

[18] Exhibit 10.27, Section E.2d, page 9, and Section H.6, page 25. Available from https://www.sec.gov/Archives/edgar/data/1682852/000168285221000006/exhibit1027supplycontrac.htm.

[19] Exhibit 10.40, Section C.1.1.1, page 3 and Section H.6, page 4. Available from https://www.sec.gov/Archives/edgar/data/1682852/000168285222000012/exhibit1040-dodamendments.htm.

[20] *Agreement to conduct therapeutic clinical trials with Pharm-Olam, LLC.* Available from https://www.hhs.gov/sites/default/files/agreement-to-conduct-therapeutic-clinical-trials-with-pharm-olam.pdf.

[21] *Id.,* Article 12.a.1, page 20 and Article 12.f., page 22.

10

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Response (ASPR), Biomedical Advanced Research and Development Authority (BARDA) to "develop a mRNA vaccine to licensure for the prevention of COVID-19", under Contract No. 75A50120000034.

(25)  The virus that caused the Chief Medical Examiner for Hennepin County, Minnesota, Andrew M. Baker, M.D. ("Dr. Baker"), during his post-mortem examination of Floyd Perry a/k/a George Floyd, on May 26, 2020, to write in his Autopsy Report that information provided to him indicated that George Floyd "tested positive for 2019-nCoV RNA on 4/3/2020" and again "tested positive for 2019-nCoV RNA by PCR 5/26/2020"—a period covering 54 days or 14.75% of the year. In his comments, Dr. Baker further noted that the presence of SARS-CoV-2 can persist/trigger "PCR positivity" for weeks after the onset and resolution of clinical disease, and that the "autopsy result most likely reflects asymptomatic but persistent PCR positivity from previous infection." Dr. Baker's comment regarding the persistent "PCR positivity for 2019-nCoV RNA" found in Floyd at the time of his death is consistent with other research found in support of this class action complaint.[22] Dr. Baker also did not indicate in his Autopsy Report

---

[22] (1) Gombar S, Chang M, Hogan CA, Zehnder J, Boyd S, Pinsky BA, Shah NH. *Persistent detection of SARS-CoV-2 RNA in patients and healthcare workers with COVID-19*. J Clin Virol. 2020 Aug;129:104477. doi: 10.1016/j.jcv.2020.104477. Epub 2020 May 30. PMID: 32505778; PMCID: PMC7260561. Available from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7260561/.
(2) Tiwari L, Gupta P, Singh CM, Singh PK. *Persistent positivity of SARS-CoV-2 nucleic acid in asymptomatic healthcare worker: infective virion or inactive nucleic acid?*. BMJ Case Rep. 2021;14(3):e241087. Published 2021 Mar 3. doi:10.1136/bcr-2020-241087. Available from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7931751/.
(3) Mukherjee TK, Malik P, Maitra R, Hoidal JR. *Ravaging SARS-CoV-2: rudimentary diagnosis and puzzling immunological responses*. Curr Med Res Opin. 2021;37(2):207-217. doi:10.1080/03007995.2020.1862532. Available from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7784827/.
(4) Ikegami S, Benirschke R, Flanagan T, et al. *Persistence of SARS-CoV-2 nasopharyngeal swab PCR positivity in COVID-19 convalescent plasma donors*. Transfusion. 2020;60(12):2962-2968. doi:10.1111/trf.16015. Available from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7461313/.
(5) Al-Aly Z, Xie Y, Bowe B. *High-dimensional characterization of post-acute sequalae of COVID-19*. Nature. 2021 Apr 22. doi: 10.1038/s41586-021-03553-9. Epub ahead of print. PMID: 33887749. Available from https://pubmed.ncbi.nlm.nih.gov/33887749/; https://www.nature.com/articles/s41586-021-03553-9.

11

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

whether he had conducted an autopsy of George Floyd's tissue to determine whether COVID-19 played a role in Floyd's death as was done in the COVID-19 Tissue Atlases, *infra* paragraphs 21 and 30(2)(H) given Floyd's "persistent PCR positivity;"

(26)  The virus that traveled faster around the world than the United States' SR-71 "Blackbird" espionage airplane[23] without requiring the issuance of a visa and passport, or requiring its own volition;

(27)  The virus that caused Globe Magazine, a supermarket tabloid that largely employs "sensationalist tabloid journalism," to again report on March 2, 2026 that its "sources say COVID-19 originated at China's Wuhan Institute of Virology, where scientists used 'gain-of-function' research to develop bat coronaviruses to be more infectious to humans—and the killer bug spread across the globe like wildfire following a lab leak."[24]

(28)  The virus that caused the State of Washington on May 12, 2021 to dismantle its disease surveillance systems under Revised Code of Washington ("RCW") §38.52.010(2)(a), RCW § 43.20.050(2)(f),

---

(6) Brandon May. *"Long Haul" COVID-19 Associated With More Medication Use, Higher Risk of Death.* BioSpace. April 23, 2021. Available from https://www.biospace.com/article/-long-haul-covid-19-associated-with-more-medication-use-higher-risk-of-death/.

(7) Cheng VC, Lau SK, Woo PC, Yuen KY. *Severe acute respiratory syndrome coronavirus as an agent of emerging and reemerging infection.* Clin Microbiol Rev. 2007;20(4):660-694. doi:10.1128/CMR.00023-07. Available from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2176051/.

(8) Xu Y, Li X, Zhu B, et al. *Characteristics of pediatric SARS-CoV-2 infection and potential evidence for persistent fecal viral shedding.* Nat Med. 2020;26(4):502-505. doi:10.1038/s41591-020-0817-4. Available from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7095102/.

(9) Sun J, Zhu A, Li H, et al. *Isolation of infectious SARS-CoV-2 from urine of a COVID-19 patient.* Emerg Microbes Infect. 2020;9(1):991-993. doi:10.1080/22221751.2020.1760144. Available from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7301718/.

(10) Fan C, Lu W, Li K, Ding Y, Wang J. *ACE2 Expression in Kidney and Testis May Cause Kidney and Testis Infection in COVID-19 Patients.* Front Med (Lausanne). 2021;7:563893. Published 2021 Jan 13. doi:10.3389/fmed.2020.563893. Available from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7838217/.

[23] *Lockheed SR-71A.* Available from https://www.nationalmuseum.af.mil/Visit/Museum-Exhibits/Fact-Sheets/Display/Article/198054/lockheed-sr-71a/.

[24] *NIPAH VIRUS UNLEASHED! Deadly Indian outbreak is Chinese bioweapon and already reached our shores—sources.* Globe Magazine. March 2, 2026.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Washington Administrative Code ("WAC") §§ 246-101-010(11)[25] and (21)[26] and eliminate the mandatory reporting requirement criteria for a "strongly suspected case of…bioterrorism" as an "immediately notifiable condition,"[27] and to align with California, Colorado, Illinois and New York City in directly joining the WHO's Global Outbreak Alert and Response Network ("GOARN")[28] and related structures which failed to detect SARS-CoV-2 and prevent its global spread, and which, after six years and more than one hundred participating nations later, Tedros Adhanom Ghebreyesus still claims to lack sufficient evidence to resolve the origin of SARS-CoV-2;[29]

(29)   The virus that caused the below listed individuals and entities to make the following public claims regarding the origin of SARS-CoV-2 and its first appearance:

(A)   **Ranking Member Michael T. McCaul, House Foreign Affairs Committee Minority Staff**:[30] "Based on the material collected and analyzed by the Committee Minority Staff, the preponderance of

---

[25] Available from https://apps.leg.wa.gov/Wac/default.aspx?cite=246-101-010.

[26] See Statutory Authority History: RCW 43.20.05. [43.20.050]; filed 5/8/14 ("BIOTERRORISM"); WSR 14-11-009, § 246-101-010, filed 5/8/14, effective 6/8/14; https://lawfilesext.leg.wa.gov/law/wsr/2014/11/14-11-009.htm. Filed 1/4/11 ("BIOTERRORISM"); WSR 11-02-065, § 246-101-010, filed 1/4/11, effective 2/4/11; https://lawfilesext.leg.wa.gov/law/wsr/2011/02/11-02-065.htm. Filed 11/22/00 ("BIOTERRORISM") WSR 00-23-120, § 246-101-010, filed 11/22/00, effective 12/23/00.] https://lawfilesext.leg.wa.gov/law/wsr/2000/23/00-23.pdf.

[27] See filed 5/12/21 and 12/17/21 ("BIOTERRORISM ELIMINATED"), WSR 21-11-040 and 22-01-175, § 246-101-010, filed 5/12/21 and 12/17/21, effective 1/1/23. Available from https://lawfilesext.leg.wa.gov/law/wsrpdf/2021/11/21-11-040.pdf (Changes to the rules include… (2) eliminating three categories of conditions (other rare diseases of public health significance, emerging conditions with outbreak potential and disease of suspected bioterrorism origin)) and https://lawfilesext.leg.wa.gov/law/wsrpdf/2022/01/22-01-175.pdf.

[28] Washington joins the World Health Organization's Global Outbreak Alert and Response Network. April 01, 2026. Available from https://governor.wa.gov/news/2026/washington-joins-world-health-organizations-global-outbreak-alert-and-response-network.

[29] The Mishal Husain Show. *WHO Chief on Covid and China, Vaccine Skeptics, MAHA and Texting RFK Jr.* Bloomberg Podcasts and Bloomberg Television. February 26, 2026. Available from https://www.youtube.com/watch?v=dfxhcZ-qX9w&t=1995s.

[30] *McCaul Releases Addendum to Origins of COVID-19 Report.* Press Release 08.01.21. Available from https://gop-foreignaffairs.house.gov/wp-content/uploads/2021/08/ORIGINS-OF-COVID-19-REPORT.pdf.

13

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

evidence suggests SARS-CoV-2 was accidentally released from a Wuhan Institute of Virology laboratory sometime prior to September 12, 2019;"

(B)    **United States Intelligence Community ("IC")**:[31] "The IC assesses that SARS-CoV-2…probably emerged and infected humans through an initial small-scale exposure that occurred no later than November 2019 with the first known cluster of COVID-19 cases arising in Wuhan, China in December 2019;"

(C)    **World Health Organization ("WHO")**: "Key Action" on 31 December 2019, "WHO's Country Office in the People's Republic of China picked up a media statement by the Wuhan Municipal Health Commission from their website on cases of 'viral pneumonia' in Wuhan, People's Republic of China;"[32]

(D)    **Johns Hopkins Medicine**:[33] "The first case of COVID-19 was reported Dec. 1, 2019, and the cause was a then-new coronavirus later named SARS-CoV-2;"

(E)    **The Epoch Times**:[34] "The first COVID-19 cases were officially reported on Dec. 31, 2019;"

---

[31] *Unclassified Summary of Assessment on COVID-19 Origins.* Office of the Director of National Intelligence. August 27, 2021. Available from https://www.dni.gov/files/ODNI/documents/assessments/Unclassified-Summary-of-Assessment-on-COVID-19-Origins.pdf.

[32] *Timeline: WHO's COVID-19 response.* Available from https://www.who.int/emergencies/diseases/novel-coronavirus-2019/interactive-timeline?gclid=CjwKCAjwhaaKBhBcEiwA8acsHLc6m8UYYkFCxN3-bteKIbCitrebRIPpHxDtyiq2ckh4n5skAbjJjRoCmrsQAvD_BwE#event-57.

[33] *What Is Coronavirus?* The Johns Hopkins University, The Johns Hopkins Hospital, and Johns Hopkins Health System. Available from https://www.hopkinsmedicine.org/health/conditions-and-diseases/coronavirus.

[34] Daniel Y. Teng. PCR Sales Soared in Wuhan Before 1st Official COVID-19 Cases Publicized: Report. October 5, 2021. Available from https://www.theepochtimes.com/mkt_app/pcr-sales-soared-in-wuhan-before-first-official-covid-19-cases-publicised-report_4032361.html?utm_source=appan2028210?v=ul; https://www.theepochtimes.com/part-1-a-detailed-examination-of-events-leading-up-to-the-coronavirus-pandemic-truth-over-news_4033423.html.

14

TOP SECRET [REDACTED]

UNCLASSIFIED (U//FOUO)

(F)      **Shi Zheng-Li (Wuhan Institute of Virology)**:[35] "The epidemic, which started on 12 December 2019, had caused 2,794 laboratory-confirmed infections including 80 deaths by 26 January 2020;"

(G)      **Bernd Kaina (Institute of Toxicology, University Medical Center, Mainz, Germany)**:[36] The epidemic started in the Chinese city of Wuhan…in December 2019…. The first case of illness in Wuhan was reported on December 1, 2019 and the first official case, a patient with pneumonia from Wuhan, was reported to the WHO by Chinese authorities on December 31, 2019…. The start of the epidemic is officially given as December 12, 2019 in Wuhan;"

(H)      **Sharri Markson (Sky News Australia)**:[37] "This [12th day] in September is when the evidence suggests a lab leak first occurred;"

(I)      **Michael Richard Pompeo (U.S. Secretary of State (2018-2021))**:[38] "I've seen data points that place it in the summertime of 2019, late summer July or August of 2019…. This is all the cumulative weight of the evidence that suggests it did come [from] this lab [in Wuhan Institute of Virology];"

(J)      **Internet 2.0/Internet 2.0 Inc.**:[39] "Internet 2.0, specializing in Digital forensics and intelligence analysis…, we have come to the conclusion that based on the data analysed it suggests the virus was highly likely to be spreading virulently in Wuhan, China as early as the

---

[35] Zhou P, Yang XL, Wang XG, et al. *A pneumonia outbreak associated with a new coronavirus of probable bat origin. Nature.* 2020;579(7798):270-273. doi:10.1038/s41586-020-2012-7. Available from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7095418/.

[36] Kaina B. *On the Origin of SARS-CoV-2: Did Cell Culture Experiments Lead to Increased Virulence of the Progenitor Virus for Humans?* In Vivo. 2021;35(3):1313-1326. doi:10.21873/invivo.12384. Available from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8193286/.

[37] Sharri Markson. *SPECIAL INVESTIGATION: What Really Happened in Wuhan.* Sky News Australia. September 27, 2021. Available from https://www.youtube.com/watch?v=oh2Sj_QpZOA.

[38] *Id.,* at 25:00min mark.

[39] *Procuring for a Pandemic: An Assessment of Hubei Province (China) PCR Procurement Assessments.* Internet 2.0. Available from https://internet2-0.com/whitepaper/procuring-for-a-pandemic/; https://internet2-0.com/PCR%20Purchasing%20Report%20Wuhan%20China.pdf.

15

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

summer of 2019 and definitely by the early Autumn;" and

    (K)    **Joyce Kelly R. da Silva, et al.**:[40] "The epidemic started in December 2019 in Wuhan…and is now a global pandemic."

(30)    The virus named "SARS-COV-2" that has caused McCray to test positive for antibodies to this virus for at least the past three years (last detected/reported on April 9, 2026):

### SARS-CoV-2 Semi-Quant Spike Ab

| Test | Current Result and Flag | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|
| SARS-CoV-2 Semi-Quant Spike Ab[61] | See Dilution | See Dilution | 10/07/2025 | U/mL | Negative<0.8 |
| SARS-CoV-2 Spike Ab Dilution A,[61] | 680 | 663 | 10/07/2025 | U/mL | Negative<0.8 |
| SARS-CoV-2 Spike Ab Interp[61] | Positive | Positive | 10/07/2025 | | |

Antibodies against the SARS-CoV-2 spike protein receptor binding domain (RBD) were detected. It is yet undetermined what level of antibody to SARS-CoV-2 spike protein correlates to immunity against developing symptomatic SARS-CoV-2 disease. Studies are underway to measure the quantitative levels of specific SARS-CoV-2 antibodies following vaccination. Such studies will provide valuable insights into the correlation between protection from vaccination and antibody levels.
Roche Elecsys Anti-SARS-CoV-2 S

Date Collected: **12/07/2024**

### SARS-CoV-2 Semi-Quant Spike Ab

| Test | Current Result and Flag | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|
| SARS-CoV-2 Semi-Quant Spike Ab^,[61] | See Dilution | 24.3 | 07/01/2024 | U/mL | Negative<0.8 |
| SARS-CoV-2 Spike Ab Dilution A,[61] | 936 | | | U/mL | Negative<0.8 |
| SARS-CoV-2 Spike Ab Interp^,[61] | Positive | Positive | 07/01/2024 | | |

Antibodies against the SARS-CoV-2 spike protein receptor binding domain (RBD) were detected. It is yet undetermined what level of antibody to SARS-CoV-2 spike protein correlates to immunity against developing symptomatic SARS-CoV-2 disease. Studies are underway to measure the quantitative levels of specific SARS-CoV-2 antibodies following vaccination. Such studies will provide valuable insights into the correlation between protection from vaccination and antibody levels.
Roche Elecsys Anti-SARS-CoV-2 S

---

[40] Silva JKRD, Figueiredo PLB, Byler KG, Setzer WN. *Essential Oils as Antiviral Agents. Potential of Essential Oils to Treat SARS-CoV-2 Infection: An In-Silico Investigation.* Int J Mol Sci. 2020;21(10):3426. Published 2020 May 12. doi:10.3390/ijms21103426. Available from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7279430/.

16

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

| | | | | | Date Collected: **07/26/2023** |
|---|---|---|---|---|---|
| **SARS-CoV-2 Semi-Quant Total Ab** | | | | | |
| Test | Current Result and Flag | Previous Result and Date | | Units | Reference Interval |
| SARS-CoV-2 Semi-Quant Total Ab^A^ᴬˡ | 15.1 | 18.1 | 03/23/2023 | U/mL | Negative<0.8 |
| SARS-CoV-2 Spike Ab Interp^A^ᴬˡ | Positive | Positive | 03/23/2023 | | |

Antibodies against the SARS-CoV-2 spike protein receptor binding domain (RBD) were detected. It is yet undetermined what level of antibody to SARS-CoV-2 spike protein correlates to immunity against developing symptomatic SARS-CoV-2 disease. Studies are underway to measure the quantitative levels of specific SARS-CoV-2 antibodies following vaccination. Such studies will provide valuable insights into the correlation between protection from vaccination and antibody levels.
Roche Elecsys Anti-SARS-CoV-2 S

(31)   The virus that caused funding support from the Jedel Foundation, USC Schwarzenegger Institute, USC Lusk Center, USC President's Office, Catherine Ahmed, Brent Bayless, Carole King, Daniel Eichner, Regina Nordhal, Tore Nordhal, Gauri Jauhar, Stanford COVID-19 Seroprevalence Studies Fund, LRW Group, Soap Box Sample, Foundation for Clean Competition, Partnership for Clean Competition, and several individual donors, to be provided to several individuals, including Jay Bhattacharya, MD, PhD, who currently serves as Director, National Institutes of Health and Acting Director, Centers for Disease Control and Prevention, for the purpose of conducting a "community seroprevalence study in Los Angeles County [to determine] the prevalence of antibodies to SARS-CoV-2;"[41]

(32)   The virus that, according to Chairman Ron Johnson, U.S. Senate Permanent Subcommittee on Investigations, could not be tamed without (1) mass vaccinations that lacked informed consent, (2) the lack of capacity or capability to discern the differences between severe bodily injuries caused by the infections or the vaccines, and (3) the

---

[41] Sood N, Simon P, Ebner P, Eichner D, Reynolds J, Bendavid E, Bhattacharya J. *Seroprevalence of SARS-CoV-2-Specific Antibodies Among Adults in Los Angeles County, California, on April 10-11, 2020.* JAMA. 2020 Jun 16;323(23):2425-2427. doi: 10.1001/jama.2020.8279. PMID: 32421144; PMCID: PMC7235907. Available from https://pmc.ncbi.nlm.nih.gov/articles/PMC7235907/; https://jamanetwork.com/journals/jama/fullarticle/2766367. ("[T]he prevalence of antibodies to SARS-CoV-2 was 4.65%. The estimate implies that approximately 367000 adults had SARS-CoV-2 antibodies, which is substantially greater than the 8430 cumulative number of confirmed infections in the county on April 10. [footnote omitted] Therefore, fatality rates based on confirmed cases may be higher than rates based on number of infections. In addition, contact tracing methods to limit the spread of infection will face considerable challenges.")

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

absence of pre-pandemic pre-mortem medical intelligence and public health markers;[42] (See Plaintiffs' Exhibit 5)

(33)   The virus that, according to Senate Ranking Member Richard Blumenthal, U.S. Senate Permanent Subcommittee on Investigations, could not be tamed (1) without President Trump "fast-track[ing] the vaccines" and causing "public health officials [to] wrestl[e] with what to do, and what kind of warning to issue" regarding vaccine-caused myocarditis, and or (2) through the use of the "disproven treatment, ivermectin, and a host of untested supplements, which include something called "Ultimate Spike Detox," that cost $89.99 a bottle";[43] (Plaintiffs' Exhibit 6)

(34)   The virus that caused the United States Food and Drug Administration ("FDA") to delay issuing an emergency use authorization ("EUA") for devices under section 564 of the Federal Food, Drug, and Cosmetic Act (FD&C Act) until after the virus had illegally breached the borders of the United States and began infecting members of the class, notwithstanding the statutory authority provided in the Pandemic and All Hazards Preparedness Reauthorization Act, Public Law 113-5 (March 13, 2013), which amended section 564 of the Federal Food, Drug and Cosmetic (FD&C) Act, 21 U.S.C. 360bbb-3, to provide the Health and Human Services Secretary with pre-emergency power to issue an EUA before the emergency became the USPHS response to "COVID-19 pandemic."[44]

---

[42] PSI Hearing, May 21, 2025 – *"The Corruption of Science and Federal Health Agencies: How Health Officials Downplayed and Hid Myocarditis and Other Adverse Events Associated with the COVID-19 Vaccines"*. Available from https://www.hsgac.senate.gov/subcommittees/investigations/hearings/the-corruption-of-science-and-federal-health-agencies-how-health-officials-downplayed-and-hid-myocarditis-and-other-adverse-events-associated-with-the-covid-19-vaccines/; https://www.hsgac.senate.gov/subcommittees/investigations/hearings/the-corruption-of-science-and-federal-health-agencies-how-health-officials-downplayed-and-hid-myocarditis-and-other-adverse-events-associated-with-the-covid-19-vaccines/2025-05-21-chair-johnson-opening-statement/.

[43] *Id.*

[44] *Pandemic and All-Hazards Preparedness Reauthorization Act of 2013 (PAHPRA),* available from https://www.govinfo.gov/content/pkg/PLAW-113publ5/pdf/PLAW-113publ5.pdf); https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/pandemic-and-all-hazards-preparedness-reauthorization-act-2013-pahpra; *Public*

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

(35)    The virus that, according to Chairman Brad Wenstrup ("Wenstrup"), D.P.M., U.S. House of Representatives Select Subcommittee on the Coronavirus Pandemic, "possesses a biological characteristic that is not found in nature"[45]; and

(36)    The virus that, according to President Donald J. Trump and the official website of the White House, is a "lab leak" and "possesses a biological characteristic that is not found in nature."[46]

---

*Health Emergency Determinations to Support an Emergency Use Authorization*. Available from https://aspr.hhs.gov/legal/Section564/Pages/default.aspx; *What are Medical Countermeasures?* Available from https://www.fda.gov/emergency-preparedness-and-response/about-mcms/what-are-medical-countermeasures; Idei M, Asada K, Tanaka M. *In Vitro Diagnostics for SARS-CoV-2 Infection Authorized in the United States and Approved in Japan.* Clin Transl Sci. 2025 Nov;18(11):e70402. doi: 10.1111/cts.70402. PMID: 41241722; PMCID: PMC12619692, available from https://pmc.ncbi.nlm.nih.gov/articles/PMC12619692/; *In Vitro Diagnostics Emergency Use Authorizations (EUAs) - Serology and Other Adaptive Immune Response Tests for SARS-CoV-2.* Available from https://www.fda.gov/medical-devices/covid-19-emergency-use-authorizations-medical-devices/in-vitro-diagnostics-emergency-use-authorizations-euas-serology-and-other-adaptive-immune-response; *In Vitro Diagnostics EUAs - Molecular Diagnostic Tests for SARS-CoV-2.* Available from https://www.fda.gov/medical-devices/covid-19-emergency-use-authorizations-medical-devices/in-vitro-diagnostics-euas-molecular-diagnostic-tests-sars-cov-2; *In Vitro Diagnostics EUAs.* Available from https://www.fda.gov/medical-devices/covid-19-emergency-use-authorizations-medical-devices/in-vitro-diagnostics-euas; *In Vitro Diagnostics EUAs - Antigen Diagnostic Tests for SARS-CoV-2.* Available from https://www.fda.gov/medical-devices/covid-19-emergency-use-authorizations-medical-devices/in-vitro-diagnostics-euas-antigen-diagnostic-tests-sars-cov-2; *Transition Plan for Medical Devices That Fall Within Enforcement Policies Issued During the Coronavirus Disease 2019 (COVID-19) Public Health Emergency.* Available from https://www.fda.gov/media/155038/download; *Transition Plan for Medical Devices Issued Emergency Use Authorizations (EUAs) Related to Coronavirus Disease 2019 (COVID-19).* Available from https://www.fda.gov/media/155039/download.

[45] See *"FINAL REPORT: COVID Select Concludes 2-Year Investigation, Issues 500+ Page Final Report on Lessons Learned and the Path Forward"*, available from https://oversight.house.gov/release/final-report-covid-select-concludes-2-year-investigation-issues-500-page-final-report-on-lessons-learned-and-the-path-forward/.

[46] See *"Lab Leak: The True Origins of Covid-19"*, available from https://www.whitehouse.gov/lab-leak-true-origins-of-covid-19/.

19

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

## II.    PARTIES

4.    (U)    Lead Plaintiff Emanuel McCray ("McCray") is a citizen of the United States, a resident of the State of Washington and works in Oregon and Washington. See Plaintiffs' Exhibit 2. McCray received extensive intelligence training in Virginia and at the U.S. Army Intelligence Center, Fort Huachuca, Arizona, established in 1877; at the former U.S. Army Intelligence School, Fort Devens, Massachusetts, which currently serves as headquarters for Commonwealth Fusion Systems which competes with TAE Technologies' groundbreaking work in accelerator and plasma physics; and at Fort George G. Meade, Maryland, which currently serves as the headquarters for the National Security Agency/Central Security Service ("NSA/CSS").

5.    (U)    McCray was honorably discharged from the United States military after serving as a military Intelligence, Staff Counterintelligence and Counterintelligence Officer, Intelligence Interrogator, Commander of a Countermeasures Technical Surveillance Unit, and after being trained in human intelligence ("HUMINT") and the military intelligence program known as "Tactical Exploitation of National Capabilities" ("TENCAP").[47]

---

[47] *Army TENCAP Celebrates 50 Years of Delivering Intelligence.* Program Executive Office, Intelligence, Electronic Warfare & Sensors ("IEW&S"). May 12, 2023. Available from https://peoiews.army.mil/2023/05/12/army-tencap-celebrates-50-years-of-delivering-intelligence/; https://irp.fas.org/agency/army/mipb/1996-3/montgom.htm; https://www.intelligence.marines.mil/Branches/IEMO-Division/TENCAP/; *Air Force Tactical*

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

6.    (U)    Defendant United States, in the context of 42 U.S.C. § 233(e), is the sovereign federal government established by the Constitution of the United States, which was written in 1787, ratified in 1788, and came into operation on March 4, 1789. Defendant United States is the sole entity liable for damage for assault or battery, personal injury, including death, resulting from negligence in the performance of medical, surgical, dental, or related functions, including the conduct of clinical studies or investigation, by any commissioned officer or employee of the USPHS while acting within the scope of her or his office or employment.

7.    (U)    Anthony Stephen Fauci (Fauci) is the former Director of the National Institute of Allergy and Infectious Diseases ("NIAID"), and is sued in his official capacity as an employee of the USPHS acting within the scope of his office or employment.

8.    (U)    Defendant United States Centers for Medicare & Medicaid Services ("CMS") is a federal administrative subagency within the United States Department of Health and Human Services ("HHS") and is directly supervised and overseen by the HHS Secretary. Defendant CMS is sued in its official capacity solely for its negligent medical operation and negligent medical oversight of the Clinical

---

*Exploitation of National Capabilities.* Available from
https://www.petersonschriever.spaceforce.mil/About-Us/Fact-Sheets/Display/Article/2817536/air-force-tactical-exploitation-of-national-capabilities/.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Laboratory Improvement Amendments of 1988 ("CLIA") laboratories that provided direct testing and diagnostic services regarding the virus, set forth and described *supra*, ¶¶ 3(1) through (36), in support of the negligent medical operation of the USPHS under the President of the United States during the COVID-19 Pandemic.

9.    (U/OSINT)  Defendant Atlas Genomics LLC ("Atlas") is a Federal statutory designated "CLIA" laboratory certified under Defendant CMS Certification Number 50D2079714. Defendant Atlas is sued in its official capacity solely for its negligent medical operation and medical oversight of its CLIA laboratory that was used to provide direct testing and diagnostic services regarding the virus named SARS-COV-2, set forth and described *supra*, ¶¶ 3(1) through (36), in support of the negligent medical operation of the USPHS under the President of the United States during the COVID-19 planned Pandemic.

10.    (U/OSINT)  At all times relevant to this class action, Defendant Atlas Genomics LLC was authorized, pursuant to 42 U.S.C. § 263a and the associated regulations under 42 CFR 493, to perform COVID-19 clinical laboratory testing through the CLIA program administered by Defendant CMS, the Food and Drug Administration ("FDA") and the Centers for Disease Control and Prevention ("CDC"). The latter two agencies operate under the umbrella of the USPHS.

11.    (U/OSINT)  According to the Washington Secretary of State Corporations and Charities Division, Atlas maintains its headquarters at 2296 W. Commodore

22

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

Way, Suite 220, Seattle, WA 98199 and its Registered Agent is listed as "Christopher Jacob", to be found at the same address.

12.    (U/OSINT)  During the COVID-19 pandemic, McCray and hundreds of putative class members and coworkers in Washington and elsewhere, were tested for COVID-19 by Atlas using testing approved by the CMS, CDC and FDA. Subsequent to testing, McCray and other putative class members requested written results of these tests to attempt to ascertain SARS-CoV-2's mechanistic "origin" (natural, lab-associated/engineered, AI-mediated and or courier/hand-delivered) for purposes of countermeasures, and to determine whether the testing involved the LigoLab Laboratory Information System ("LIS") platform which includes a clinical laboratory, molecular diagnostics, microbiology and an anatomic pathology laboratory suite that integrates with an existing hospital management system.

13.    (U/OSINT)  In February 2021, Atlas was the first laboratory to detect the SARS-COV-2 B.1.1.7 variant in King County, Washington, which first emerged in the United Kingdom before being allowed to negligently spread to other countries, including the United States. As of the date of this class action, Atlas has not responded to the medical correspondence the class plaintiffs mailed to its headquarters in Washington.

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

14.    (U/OSINT)  Defendant X Corp. is a for-profit privately held technology corporation with a principal place of business located at 865 FM 1209, Building 2, Bastrop, Texas 78602.

15.    (U/OSINT)  Defendant Meta Platforms, Inc. f/k/a Facebook, Inc. ("Meta") is a for profit technology corporation with a principal place of business located at 1 Meta Way, Menlo Park, California 94025. Defendant Meta is the parent company of Facebook, Instagram, WhatsApp, and other social media platforms.

16.    (U)    Defendants X Corp. and Meta are sued for their direct roles involving their conspiracy-type participation in (1) the COVID-19 pandemic "Censorship Industrial Complex" deployed by the United States and other Nations; (2) the defective designs of their social media products that rendered these products dangerous for use by the People of the United States during a public health emergency that was planned by foreign powers to affect the People of the United States; and (3) the failure of the United States to provide adequate warnings to the People of the United States of the danger of mental, physical, emotional and economic harms arising from the use of these defective social media products under the direction and control of the United States.

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

17.    (U/OSINT)  The following image provides a brief overview of the COVID-19 "Censorship Industrial Complex" deployed by the United States and discussed by Congress in its hearings and by the courts in *State of Missouri v. Biden*:[48]

---

[48] *Murthy v. Missouri,* 603 U. S. 43 (2024), https://en.wikipedia.org/wiki/Murthy_v._Missouri; Supreme Court Opinion, Murthy v. Missouri, 603 U. S. 43 (2024) (June 26, 2024), https://storage.courtlistener.com/recap/gov.uscourts.ca5.214640/gov.uscourts.ca5.214640.282.0.pdf; *State of Missouri v. Biden* (23-30445), Court of Appeals for the Fifth Circuit, https://www.courtlistener.com/docket/67563473/state-of-missouri-v-biden/; On Petition For Rehearing, Court of Appeals for the Fifth Circuit, ECF 268-1 (October 3, 2023), https://storage.courtlistener.com/recap/gov.uscourts.ca5.214640/gov.uscourts.ca5.214640.268.1.pdf; Tierney Sneed. *Appeals court says Biden admin likely violated First Amendment but narrows order blocking officials from communicating with social media companies.* CNN. September 9, 2023, https://www.cnn.com/2023/09/08/politics/biden-administration-social-media-lawsuit/index.html; *Van Jones: CNN poll shows what voters are 'scared' to say about Biden.* CNN. September 7, 2023, https://www.cnn.com/videos/politics/2023/09/07/joe-biden-disapproval-rating-cnn-poll-voters-van-jones-cnntm-vpx.cnn; *Missouri v. Biden* (3:22-cv-01213), District Court, W.D. Louisiana (May 5, 2022), https://www.courtlistener.com/docket/63290154/missouri-v-biden/?page=1; Consent Decree, *Missouri v. Biden* (3:22-cv-01213) (March 25, 2026), https://storage.courtlistener.com/recap/gov.uscourts.lawd.189520/gov.uscourts.lawd.189520.478.0.pdf; RFK Jr Podcast. *Censorship Industrial Complex with Matt Taibbi.* December 21, 2023, https://creators.spotify.com/pod/profile/rfkjr/episodes/Censorship-Industrial-Complex-with-Matt-Taibbi-e2dhs9j; House Judiciary. *"The Censorship-Industrial Complex"*, https://www.congress.gov/event/119th-congress/house-event/117881; https://judiciary.house.gov/committee-activity/hearings/censorship-industrial-complex; https://docs.house.gov/meetings/IF/IF16/20230328/115561/HHRG-118-IF16-20230328-SD012.pdf; https://www.congress.gov/119/chrg/CHRG-119hhrg58900/CHRG-119hhrg58900.pdf; *Hearing on the Weaponization of the Federal Government*, 118th Congress (2023-2024) (03/09/2023), https://www.congress.gov/event/118th-congress/house-event/115442/text; Kathleen McCook. *Censorship Industrial Complex. House Judiciary Committee-2/12/2025.* Racket News. February 12, 2025, https://www.racket.news/p/censorship-industrial-complex; Matt Taibbi. *THE CENSORSHIP-INDUSTRIAL COMPLEX.* Posted on Twitter on 3/9/23. April 12, 2023, https://twitterfiles.substack.com/p/the-censorship-industrial-complex?subscribe_prompt=free; https://twitterfiles.substack.com/; https://x.com/mtaibbi/status/1633830002742657027; https://www.influencewatch.org/movement/the-twitter-files/; *NCLA Reaches Historic Settlement, Strikes Major Blow Against Government's Social Media Censorship,* (March 24, 2026), https://nclalegal.org/press_release/ncla-reaches-historic-settlement-strikes-major-blow-against-governments-social-media-censorship/; https://nclalegal.org/case/state-of-missouri-ex-rel-schmitt-

25

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)



18.   (U/OSINT)  The following screen capture provides an example of how the fatally defective social media products and their algorithms, maliciously deployed by the United States in support of the conspiracy-type COVID-19 pandemic "Censorship Industrial Complex", went beyond silencing and muting Trump Genius and his Followers, to actually merging with the Censorship Industrial Complex of the Chinese Communist Party ("CCP") to falsely characterize a "Trump Genius" Tweet about the Academy Awards/Oscars as COVID-19 pandemic "misinformation" and "false information":

et-al-v-biden-et-al/; https://nclalegal.org/filing/consent-decree/; https://nclalegal.org/case/state-of-missouri-ex-rel-schmitt-et-al-v-biden-et-al/.

26

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)



Trump Genius, https://x.com/trumpgenius2/status/1387376613214412800

19.    (U/OSINT)  Trump Genius' Tweet about the Academy Awards exposed a profound malicious case of domestic and foreign censorship targeting that was presented in testimony by Michael Shellenberger ("Shellenberger") to the House Committee on the Judiciary on February 12, 2025.[49] Shellenberger further testified

---

[49] *The Censorship-Industrial Complex, Part 3: The Foreign Threat.* Testimony by Michael Shellenberger to The House Committee on the Judiciary for a hearing on "The Censorship-Industrial Complex". February 12, 2025. Available from https://docs.house.gov/meetings/JU/JU00/20250212/117881/HHRG-119-JU00-Wstate-ShellenbergerM-20250212-U4.pdf.

27

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

that he learned the "FBI programmed Facebook executives to censor a New York Post article about Hunter Biden laptops…." In December 2025, U.S. regulators approved Defendant Meta's purchase of Manus AI, which was founded by Chinese nationals Xiao Hong (CEO) and Ji Yichao (chief scientist).[50]

20.    (U/OSINT)  In a letter to Congressman Jim Jordan dated August 26, 2024, Meta CEO Mark Zuckerberg ("Zuckerberg") confirmed the COVID-19 planned pandemic censorship pressure from the Biden Administration. Zuckerberg further used the opportunity to explain his controversial role in the interference of the 2020 Presidential elections:

> "The idea here was to make sure local election jurisdictions across the country had the resources they needed to help people vote safely during a global pandemic. I made these contributions through the Chan Zuckerberg Initiative. They were designed to be non-partisan -- spread across urban, rural, and suburban communities. Still, despite the analyses I've seen showing otherwise, I know that some people believe this work benefited one party over the other. My goal is to be neutral and not play a role one way or another -- or to even appear to be playing a role."

21.    (U/OSINT)  McCray's counterintelligence team research revealed that Zuckerberg and the Chan Zuckerberg Initiative were among the entities providing

---

[50] Reuters. *China bars Manus co-founders from leaving country amid Meta deal review, FT reports*. March 24, 2026. Available from https://www.reuters.com/world/asia-pacific/china-bars-manus-co-founders-leaving-country-it-reviews-sale-meta-ft-reports-2026-03-25/; *Chinese Regulators Block Manus AI Co-Founders from Exiting Country During Meta Deal Scrutiny*. MLQ Agent. March 26, 2026. Available from https://mlq.ai/news/chinese-regulators-block-manus-ai-co-founders-from-exiting-country-during-meta-deal-scrutiny/.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

funding support for the COVID-19 Tissue Atlases,[51] *infra* paragraph 30(2)(H) and funding to some of the members of the COVID-19 Community Corps, *infra* paragraph 35(6); and were also members of what TIME, Inc. ("TIME") reported on February 4, 2021 to be a self-described "shadow conspiracy" to interfere with the 2020 Presidential election to save "democracy."

22.    (U/OSINT)  TIME reported that the "shadow" election conspiracy-type "conspiracy" was carried out among "left-wing activists and business titans:"[52]

> "This is the inside story of the conspiracy to save the 2020 election, based on access to the group's inner workings, never-before-seen documents and interviews with dozens of those involved from across the political spectrum."

23.    (U/OSINT)  TIME identified the "architect" of the 2020 election conspiracy-type conspiracy was Michael Podhorzer ("Podhorzer"), "senior adviser to the president of the AFL-CIO, the nation's largest union federation", and who specifically named Zuckerberg and the Chan Zuckerberg Initiative among Podhorzer's "shadow" conspiracy-type co-conspirators:

---

[51] Delorey, *et al., COVID-19 tissue atlases reveal SARS-CoV-2 pathology and cellular targets.* Nature. 2021 Jul;595(7865):107-113. doi: 10.1038/s41586-021-03570-8. Epub 2021 Apr 29. PMID: 33915569; PMCID: PMC8919505. Available from https://pmc.ncbi.nlm.nih.gov/articles/PMC8919505/; https://pmc.ncbi.nlm.nih.gov/articles/PMC8919505/pdf/nihms-1771808.pdf.

[52] Molly Ball. *The Secret History of the Shadow Campaign That Saved the 2020 Election.* TIME USA, LLC. February 4, 2021. Available at https://time.com/5936036/secret-2020-election-campaign/. (Molly Ball is the national political correspondent for TIME Magazine and the author of a 2020 biography of U.S. House Speaker Nancy Pelosi. Source: Wikipedia. https://en.wikipedia.org/wiki/Molly_Ball.)

29

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

| | | |
|---|---|---|
| (1) TIME and Molly Ball[53] (2) The United States Congress[54] (3) Podhorzer's network of racial-justice activists who created and led the George Floyd protests, which included "the activists in battleground states who partnered with the Democracy Defense Coalition to organizations with leading roles in the Movement for Black Lives (4) Norm Eisen, a prominent lawyer and former Obama Administration official; (5) Former" GOP Representative Zach Wamp" (6) "Anat Shenker-Osorio, a close Podhorzer friend whose poll-tested messaging guidance shaped the group's approach (7) Maurice Mitchell, "national director of the Working Families Party" (8) Leadership Conference on Civil and Human Rights (9) Private philanthropy consisting of The Chan Zuckerberg Initiative, which chipped in $300 million and Amber McReynolds, a former Denver election official who heads the nonpartisan | (15) Mark Zuckerberg invited nine civil rights leaders, Vanita Gupta, president and CEO of the Leadership Conference on Civil and Human Rights, who attended the dinner and also met with Twitter CEO Jack Dorsey and others. (Gupta has been nominated for Associate Attorney General by President Biden.) (16) Dick Gephardt, the Democratic former House leader turned high-powered lobbyist (17) "nonpartisan reform group Issue One" (18) "22 Democrats and 22 Republicans on the National Council on Election Integrity" (19) "The Voting Rights Lab and IntoAction created state-specific memes and graphics, spread by email, text, Twitter, Facebook, Instagram and TikTok, urging that every vote be counted" (20) Protect Democracy, a nonpartisan rule-of-law advocacy group (21) Ian Bassin, co-founder of Protect Democracy (22) Maurice Mitchell, national director of the Working Families Party | (25) Neil Bradley, the Chamber of Commerce's executive vice president and chief policy officer (26) Chamber CEO Thomas Donohue, AFL-CIO president Richard Trumka, and the heads of the National Association of Evangelicals and the National African American Clergy Network (27) Angela Peoples, director for the Democracy Defense Coalition (28) Art Reyes III, leader of We the People Michigan (29) "Jeff Timmer, a former Michigan GOP executive director turned anti-Trump activist" (30) Zach Wamp, the former Republican Congressman and "a Trump supporter," called his former colleague Mike Rogers, who wrote an op-ed for the Detroit newspapers urging officials to honor the will of the voters. Three former Michigan governors– Republicans John Engler and Rick Snyder and Democrat Jennifer Granholm–jointly called for Michigan's electoral votes to be cast free of pressure from the White House" |

[53] Authenticating the active association of herself and TIME with the conspirators, Ball, using the pronoun "we", wrote: "HOW CLOSE WE CAME…. To preserve safety and ensure they couldn't be blamed for any mayhem, the activist left were "strenuously discouraging counter activity," Podhorzer texted me the morning of Jan. 6, with a crossed-fingers emoji."

[54] "Led by the Leadership Conference on Civil and Human Rights, more than 150 organizations signed a letter to every member of Congress seeking $2 billion in election funding. It was somewhat successful: the CARES Act, passed later that month, contained $400 million in grants to state election administrators."

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

| | | |
|---|---|---|
| National Vote at Home Institute<br>(10) Voter Participation Center<br>(11) Tom Lopach, CEO of the Voter Participation Center<br>(12) National civil rights groups<br>(13) Hannah Fried of All Voting Is Local<br>(14) Laura Quinn, a veteran progressive operative who co-founded Catalist. | (23) Nelini Stamp, the Working Families Party's national organizing director<br>(24) "More than 150 liberal groups, from the Women's March to the Sierra Club to Color of Change, from Democrats.com to the Democratic Socialists of America, joined the "Protect the Results" coalition. The group's now defunct website had a map listing 400 planned postelection demonstrations, to be activated via text message as soon as Nov. 4. To stop the coup they feared, the left was ready to flood the streets". | (31) Richard Primus, a law professor at the University of Michigan. |

## III.    (U)    JURISDICTION AND VENUE

24.    (U)    On July 1, 1902, Republican President Theodore Roosevelt Jr. signed into law the Biologics Control Act ("BCA"), Title 42 U.S.C. §§ 141 to 148, Public Law No. 244, 32 Stat. 728, which was repealed July 1, 1944, ch. 373, title XIII, § 1313, 58 Stat. 714, and is now incorporated into 42 U.S.C. §262. The BCA provided for the regulation and sale of "viruses, serums, toxins, and analogous products in the District of Columbia, to regulate interstate traffic in said articles, and for other purposes."

25.    (U)    On July 1, 1944, Democratic President Franklin Delano Roosevelt signed into law legislation designed to, among other things, "prevent the introduction, transmission, or spread of communicable diseases from foreign

31

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

countries into the States or possessions, or from one State or possession into any other State or possession." ch. 373, title III, §361, 58 Stat. 703 **[42 U.S.C. §264].**

26.    (U)    On June 14, 1948, Democratic President Harry S. Truman signed into law legislation addressing the United States' foreign relations and intercourse with the World Health Organization ("WHO"), Chapter 469, §1, 62 Stat. 441 **[22 U.S.C. § 290 *et seq.*].** Title 22 U.S.C. § 290 authorized the President to accept membership for the United States in the WHO; § 290a established the criteria for U.S. representatives and alternates, their compensation and loyalty; § 290b authorized appropriations and the payment of salaries and expenses; § 290c authorized withdrawal from the WHO; § 290d set forth the understanding of Congress that "nothing in the Constitution of the [WHO] in any manner commits the United States to enact any specific legislative program regarding any matters referred to in said Constitution; § 290e set forth the congressional declaration of policy towards continuing and strengthening "mutual efforts among the nations for research against diseases such as heart disease and cancer"; and § 290e–1 concerned the International Agency for Research on Cancer and appropriations therefor.

27.    (U)    In adopting 22 U.S.C. § 290c, Congress did not identify the entity or United States Officer authorized to "withdraw" the United States from the WHO nor the minimum conditions necessitating immediate withdrawal.

32

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

28.    (U)    On December 31, 1970, Congress added Pub. L. 91–623, §4, Dec. 31, 1970, 84 Stat. 1870, renumbered §224, Pub. L. 92–157, title III, §301(c), Nov. 18, 1971, 85 Stat. 463, currently 42 U.S.C. § 233(e), to provide a civil cause of action or proceeding against the United States for damage for personal injury, including death, resulting from the negligence of commissioned officers or employees of the USPHS in the performance of medical, surgical, dental, or related functions, including the conduct of clinical studies or investigation, while acting within the scope of her or his office or employment.

29.    (U)    This Court has original subject matter jurisdiction pursuant to 22 U.S.C. §§ 290 *et seq.*, 28 U.S.C. §§ 1331, 1346(b)(1), 1402(b)(1) and 2201-2202, and 42 U.S.C. §§ 233(a) and (e).

30.    (U)    This Court has class action jurisdiction, limited to and within the context of 42 U.S.C. § 233, as follows:

(1)    22 U.S.C. §§ 290 *et seq.,* 42 U.S.C. §§ 233 *et seq.,* 262, 264, and 265;

(2)    Rule 23, Federal Rules of Civil Procedure (Fed. R. Civ. P.):

(A)    **Adequate Class Definition:** All citizens of the United States who were residing in the United States during the period December 2019 to the date of this complaint and, (1) who have been infected with SARS-COV-2 or its variants; (2) who have tested positive for antibodies for SARS-COV-2 or its variants; and or (3) have been diagnosed or treated for the disease ("COVID-19");

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

(B)    **Ascertainable Class:** Class members are readily identified from Federal and State citizenship records, census data, passports, birth and death certificates, COVID-19 medical, laboratory testing, contact tracing, vaccination and death certification databases established and maintained by the United States through the USPHS and the WHO;

(C)    **Numerosity:**

(i)    At least 1,238,215 Americans have been killed by SARS-COV-2 infection as of May 24, 2026;

(ii)    At least 103,436,829 million Americans have tested positive for SARS-COV-2 infection or have been diagnosed with "COVID-19" as of May 24, 2026;

(D)    **Commonality:** There are questions of law or fact common to the class with a capacity to generate common answers that will drive the class wide resolution of this litigation, particularly where, as here, the determination involves the truth or falsity of an issue that is central to the validity of the claim of infection in a single judicial stroke;

(E)    **Typicality:** The claims of the Lead Plaintiff are typical of the claims of other citizens of the United States similarly situated;

(F)    **Adequacy:** Lead Plaintiff will fairly and adequately protect the interests of himself and the class and has no conflicts of interest with the class to be represented;

(G)    **Risk of Inconsistent or Dispositive Adjudications and Judicial Economy:** This class action is superior to the prosecution of separate actions, where, as here, a single course of federal public-health conduct has produced class-wide and nationwide assault and battery, and negligence cognizable under 42 U.S.C. § 233(e). A Rule 23 class action is not only superior to millions of individual Federal tort suits, but is the only realistic mechanism for resolving, in a single proceeding, the common § 233(e) questions that otherwise would recur

34

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

across repetitive cases. As the Supreme Court made clear in *Hui v. Castaneda,* 42 U.S.C. § 233(a) "grants absolute immunity to PHS officers and employees for actions arising out of the performance of medical or related functions within the scope of their employment by barring all actions against them for such conduct. By its terms, § 233(a) limits recovery for such conduct to suits against the United States.... Language that broad easily accommodates both known and unknown causes of action. " *Hui v. Castaneda,* 559 US 799, 806 (2010). See also *Bond v. United States,* 572 U.S. 844, 853 (2014); *Califano v. Yamasaki,* 442 U.S. 682, 700 (1979); *Wal-Mart Stores, Inc. v. Dukes,* 564 U.S. 338 (2011); *Amgen Inc. v. Connecticut Retirement Plans & Trust Funds,* 568 U.S. 455 (2013) and *Comcast Corp. v. Behrend,* 569 U.S. 27 (2013).

(H)    **COVID-19 Tissue Atlases, H.R.6800 (The HEROES Act) 116th Congress (2019-2020)) and Plaintiffs' Unexecuted Damages Model:** In the Ninth Circuit, an unexecuted but well-explained damages methodology may suffice at class certification when it matches the plaintiffs' theory of harm and is capable of generating common, class-wide answers. Plaintiffs are prepared to use the COVID-19 Tissue Atlases,[55] and related epidemiological datasets as the foundation for their 42 U.S.C. § 233(e) unexecuted damages model. This model is expected to quantify, on a class-wide basis, the assault and battery and negligence harms caused by a unified course of pre-mortem Federal public-health decision-making leading up to Plaintiffs being infected with SARS-COV-2 in a single Rule 23 proceeding. Plaintiffs' unexecuted damages model is reliable, and the COVID-19 Tissue Atlases themselves are the product of large-scale, publicly documented collaborations—financially supported in part by the United States through the USPHS and other Federal agencies, as well as major private foundations and initiatives:

"This project has been funded in part with funds from the Manton Foundation, Klarman Family Foundation, HHMI, the

---

[55] Delorey, *et al., COVID-19 tissue atlases reveal SARS-CoV-2 pathology and cellular targets.* Nature. 2021 Jul;595(7865):107-113. doi: 10.1038/s41586-021-03570-8. Epub 2021 Apr 29. PMID: 33915569; PMCID: PMC8919505. Available from https://pmc.ncbi.nlm.nih.gov/articles/PMC8919505/; https://pmc.ncbi.nlm.nih.gov/articles/PMC8919505/pdf/nihms-1771808.pdf.

35

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Chan Zuckerberg Initiative, and the Human Tumor Atlas Network trans-network projects SARDANA (Shared Repositories, Data, Analysis and Access). A.R. was an Investigator of the Howard Hughes Medical Institute. This project was also funded by DARPA grant HR0011-20-2-0040 (to D.E.I.) and the US Food and Drug Administration grant HHSF223201810172C (to P.C.S. and A.K.S.). A.-C.V. acknowledges funding support from the National Institute of Health Director's New Innovator Award (DP2CA247831), the Massachusetts General Hospital (MGH) Transformative Scholar in Medicine Award, a COVID-19 Clinical Trials Pilot grant from the Executive Committee on Research at MGH, and the Damon Runyon-Rachleff Innovation Award. G.S. acknowledges support from the NIH R01AA0207440 and U01AA026933 research grants. A.P. acknowledges funding from the following sources U01 HG009379, R01 MH101244, R37 MH107649. We thank all members of the Department of Pathology and Cell Biology at Columbia University Irving Medical Center who led the procurement of autopsy tissues used in this work. This work was supported by National Institute of Health (NIH) grants K08CA222663 (B.I.), R37CA258829 (B.I.), U54CA225088 (B.I.), FastGrants (B.I.), and the Burroughs Wellcome Fund Career Award for Medical Scientists (B.I.). This research was funded in part through the NIH/NCI Cancer Center Support Grant P30CA013696 at Columbia University and utilized the Molecular Pathology Shared Resource and its Tissue Bank."

The Delorey *et al.* COVID-19 Tissue Atlases were produced by a large, interdisciplinary consortium of leading academic and biomedical researchers based at institutions such as the Broad Institute of MIT and Harvard Medical School. Their substantial efforts are neither speculative nor unreliable for a qualified damages expert to rely on, and they reflect exactly the kind of rigorously vetted, publicly funded science of which the United States is presumptively aware—a "foundational dataset [that] elucidates the biological impact of severe SARS-CoV-2 infection across the body, a key step towards new treatments." In this setting, "infection" is not a speculative or purely epidemiological label but a biologically characterized event with measurable consequences in defined cell types and organs, making the

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

U.S.-funded Atlases acceptable for common class-wide damages at the "infection" stage under 42 U.S.C. § 233(e).

In May 2020, the U.S. House of Representatives passed the $3 trillion COVID-19 HEROES Act, which, among other expenditures, contained provisions to pay up to $10,000 per "essential worker" for SARS-CoV-2 infection hazard and exposure, before layering in medical bills, lost earnings, or long-term organ damage. This provision supports the view that negligent SARS-CoV-2 infection alone has substantial monetary weight, and that Congress understood the hazard of SARS-CoV-2 infection as a system-wide, cross-sector risk to the entire nation. This congressional understanding aligns with Plaintiffs' class definition and numerosity. Further, the scale and structure of the HEROES Act—treating COVID-19 as a mass-injury event warranting large per-person and sector-wide expenditures—is fully consistent with treating negligent SARS-CoV-2 infection as a serious bodily injury under 42 U.S.C. § 233(e), which further supports resolving the Nation's uniform injuries through a single nationwide class action rather than millions of assault and battery suits around the Nation.

31.    (U)    The amount in this controversy is four hundred trillion dollars, exclusive of interest and costs, to be borne exclusively by the United States.

32.    (U)    In the context of 42 U.S.C. § 233(e), this court has conspiracy-type conspirator and co-conspirator jurisdiction as set forth in Section IV, *infra.*

33.    (U)    The Court's assertion of specific jurisdiction over defendant Atlas Genomics LLC comports with the Due Process Clause because Atlas Genomics LLC acted as a clinical laboratory-certified agent of the United States during the COVID-19 pandemic and tested McCray and hundreds of his Oregon and Washington coworkers, which involved interstate commerce. The exercise of

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

specific jurisdiction over Atlas Genomics LLC comports with fair play, substantial justice and is thus reasonable.

34.    (U/OSINT)  The Court's assertion of specific jurisdiction over defendants X Corp. and Meta comports with the Due Process Clause because the censorship operated on and through interstate telecommunication nodes in Portland, OR. These nodes act as primary connectivity hubs for Vancouver, WA, and the surrounding Southwest Washington area. Vancouver-Portland traffic is frequently routed through the Pittock Block, a major Portland hub serving Vancouver, WA. The Pittock Block is associated with the Digital Fortress/Northwest Access Exchange (NWAX) and the Hillsboro Data Center Hubs. Ziply Fiber, LS Networks and Lumen Technologies (formerly CenturyLink) are among the customers that operate in the  Portland-Vancouver corridor. These connections are essential for connecting the Vancouver-Portland corridor to the rest of the U.S. and to Asian subsea cables, with many trans-Pacific routes terminating in Hillsboro, OR.

## IV.    CONSPIRACY AND CONSPIRACY-TYPE CONSPIRACIES

35.    (U/OSINT)  The following public information further supports the Court's exercise of conspiracy and conspiracy-type jurisdiction in the context of Plaintiffs' claims alleged to be cognizable under 42 U.S.C. § 233(e) because:

(1)    (U/OSINT)  Through 22 U.S.C. §§ 290 *et seq.,* Congress imbedded substantial segments of the United States' public health, national security and foreign policy systems, and their private sector

38

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

medical partnerships and contracts, under the uncertainty of the international umbrella and infrastructure of the World Health Organization ("WHO"). This statutory mandate created a congressional gateway through which Plaintiffs received their assault and battery injuries as further set forth herein;

(2)    (U/OSINT)  Through 22 U.S.C. §§ 290 *et seq.,* Officers and employees of the United States Public Health Service ("USPHS") and a mere force of numbers entanglement with private sector individuals, negligently allowed the virus or variants thereof, to enter and circulate throughout the United States and cause injuries to class members and death in the case of some class members;

(3)    (U/OSINT)  The USPHS, which operates under the leadership of the Office of the Assistant Secretary for Health ("OASH") and through the Office of Regional Health Operations (ORHO), maintains ten Regional Offices covering all states and territories of the United States, as well as three independent states in the Pacific;

(4)    (U/OSINT)  The OASH's Region 10 Office, which is based in Seattle, Washington collaborates with a wide variety of public and private sector partners and stakeholders throughout Alaska, Idaho, Oregon, and Washington to address priority public health issues including immunization, health equity, and behavioral health;

(5)    (U/OSINT)  Renée Bouvion, MPH, is the OASH's current Region 10 Regional Health Administrator ("RHA"). Ms. Bouvion is assisted by Matthew Feist, MS, Senior Public Health Advisor/ Regional Public Health Analyst, and Commander Stephanie Magill, MS, RD, Regional Public Health Analyst;

(6)    (U/OSINT)  On or about April 1, 2021, President Biden, through the Secretary of the U.S. Department of Health and Human Services, expanded 22 U.S.C. §§ 290 *et seq.* and 42 U.S.C. §§ 201 *et seq.,* to include a mere force of numbers conspiracy-type entanglement with private sector individuals and the USPHS by creating the "COVID-19 Community Corps". This was a nationwide, Presidential-level, Swiss Cheese mere force of numbers federal entanglement with more than five million private sector actors/entities authorized to act as the Biden

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Administration's "trusted voices" and "messengers" and to engage in several activities to bolster vaccination rates, information sharing and combatting and destroying speech the Administration deemed "misinformation" or counter-government information. This mere force of numbers entanglement to commit assault and battery through vaccinations and negligent medical care and medical services was presided over by Vice President Kamala Harris and Surgeon General Vivek Murthy, who was the leader of the Public Health Service. This "Community Corps" was organized as follows:

| Members of the HHS "COVID-19 Community Corps" | | |
|---|---|---|
| **Health & Medical Organizations** | **Sports & Entertainment** | **Veterans** |
| Advancing Health Equity | MLB | American Legion |
| American Association of Nurse Practitioners | MLS | AMVETS |
| American Academy of Pediatrics | National Association of Broadcasters | Blinded Veterans of America |
| American Academy of Family Physicians | NASCAR | Blue Star Families |
| American College of Physicians | NFL | Disabled American Veterans |
| American Lung Association | Anthony Becht* | Iraq and Afghanistan Veterans Association |
| American Medical Association | Chester Pitts* | Modern Military Association of America |
| American Medical Student Association | Orlando Pace* | Student Veterans of America |
| American Medical Women Association | PGA Tour | Team Rubicon |
| American Nurses Association | WWE | The Mission Continues |
| American College of Obstetricians and Gynecologists | Ana Navaro* | VetsFirst, United Spinal Association |
| American Public Health Association | George Lopez* | Vietnam Veterans of America |
| Chicagoland Vaccine Corps Partnership | **Latinx Leaders** | Women Veterans Interactive |
| COVID Collaborative | Ciencia Puerto Rico | Wounded Warrior Project |
| Infectious Disease Society Association | Hispanic Federation | |
| Mobile Healthcare Association | Hispanic Heritage Foundation | **Rural Leaders** |
| National Association of Community Health Centers | Hispanic National Bar Association | American Farm Bureau Federation |
| National Council of Urban Indian Health | Latino Victory | Association of Public and Land-Grant Universities |
| Northwest Portland Area Indian Health Board | League of United Latin American Citizens | California Fresh Fruit Association |
| Nurses for Biden Harris | Mi Familia Vota | Center for Rural Strategies |
| Planned Parenthood | National Association of Latino Elected and Appointed Officials | Farm Credit Council |
| Protect Our Care | National Hispanic Medical Association | National 4-H Council |
| Vaccinate Your Family | Poder Latinx | National Association of State Departments of Agriculture |
| #ThisIsOurShot | Poderistas | National Association of Wheat Growers |
| | UNIDOS | National Corn Growers Association |
| | Voto Latino | National Farmers Union |
| | | National Milk Producers Federation |
| | | National Rural Education Association |
| | **Native/Tribal Leaders** | National Rural Health Association |
| | Alaska Federation of Natives | North American Meat Institute |

40

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

**Black Leaders**

Benedict College
Bennett College
Black Coalition Against COVID
Black Women's Roundtable
Cheyney University (PA)
Delaware State University
The Links Incorporated
Morgan State University
NAACP
National Action Network
National Coalition on Black Civic Participation
National Council of Negro Women
National Urban League
Prairie View A&M University
Stillman College
Texas Southern University
Thurgood Marshall College Fund
Tougaloo College
United Negro College Fund
University of the Virgin Islands
Wiley College

**Business Leaders**

Asian/Pacific Islander American Chamber
Black Economic Alliance
Business Roundtable
Minority Business RoundTable
National Association of Manufacturers
Public Private Strategies
U.S. Black Chambers
U.S. Chamber of Commerce
U.S. Hispanic Chamber of Commerce
U.S. Women's Chamber of Commerce

**LGBTQ+ Leaders**

Alliance for Youth Action
GLAAD
It Gets Better
National Black Justice Coalition (NBJC)
National Center for Lesbian Rights (NCLR)

American Indian Higher Education Consortium
Center for Native American Youth Illuminatives
Midwest Alliance of Sovereign Tribes
National Council of Urban Indian Health
National Indian Health Board
Native Peoples Action
United South and Eastern Tribes
UNITY

**Parent and Family Organizations**
Association of Children's Museums
PTA

**AAPI Leaders**
Asian Americans Advancing Justice
Association of Pacific Community Health Organizations
Asian Pacific American Institute for Congressional Studies
Asian Pacific American Labor Alliance
Asian Pacific Islander American Health Form
APIAVote
EPIC
Esther Choo*
Hudson Yang*
IMPACT
Michelle Kwan*
National Asian Pacific American Bar Association
National Council of Asian Pacific Americans
National Council of Asian Pacific Islander Physicians
Southeast Asia Resource Action Center

**Community Leaders**
AARP
Alliance for Youth Action
America Indivisible
American Fraternal Alliance
American Library Association
Americans United for the Separation of Church of State
Blue Future
BSP Research
Care in Action

NTCA-The Rural Broadband Association
Rebuild Rural Coalition
Rural Coalition
The National Grange
United Farm Workers Foundation

**Faith Leaders**
Alliance of Baptists
AME Zion Church
American Baptist Churches USA
American Muslim Health Professionals
Archbishop Vicken Aykazian*
Asian American Christian Collaborative
Association of Catholic Colleges and Universities
Association of Neighbors Concerned for Latino Advancement
BAPS
Barbara Carter*
Bend the Arc: Jewish Action
Bishop Joseph Walker*
Bishop Lawrence Reddick*
Bishop Leah Daughtry*
Bishop Michael Mitchell*
Bishop Sally Dyck*
Bishop Teresa Jefferson-Snorton*
Bishop William Barber II*
Bridging Cultures Institute
Catholic Charities USA
Catholic Health Association
Center for Public Justice
Choose Healthy Life
Christian Churches Together
Christian Methodist Episcopal Church
Church of the Brethren, Office of Peacebuilding and Policy
CityGate Network
Community of Christ
Community Resource Network
Cooperative Baptist Fellowship
Council for Christian Colleges and Universities
Ecumenical Catholic Communion
Ecumenical Officer for the PCUSA
Emgage
Evangelical Lutheran Church in American
Faith and Community Empowerment

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

| | | |
|---|---|---|
| National Center for Transgender Equality (NCTE) | Center for American Progress | Faith in Action |
| PFLAG | Center for Popular Democracy | Faiths4Vaccines |
| TransLatin@ | Center for Science in the Public Interest | Fr. Sr. Rob Nemkovich* |
| Trevor Project | Center for Wellness and Nutrition | Franciscan Action Network |
| | Civic Nation | Fred Davie* |
| | CLASP/New Deal 4 Youth | Friends United Meeting |
| **Union & Organized Labor Leaders** | Coalition for Humane Immigrant Rights (CHIRLA) | Greek Orthodox Archdiocese of America |
| | Data for Progress | Interfaith Alliance |
| Actor's Equity | Democracy Partners | Interfaith Center of New York |
| American Federation of Labor and Congress of Industrial Organizations | Feeding America | Interfaith Youth Core |
| | Greater Good Initiative | International Council of Community Churches |
| | Hunger Free America | |
| American Federation of State, County, and Municipal Employees | Indivisible | Jewish Democratic Council of America |
| American Federation of Teachers | Islamic Networks Group & Affiliates | Jim Winkler* |
| Brotherhood of Railroad Signalmen | Know Your Neighbor | Jo Anne Lyon* |
| Domestic Workers Alliance | Meals on Wheels America | Joshua DuBois* |
| International Brotherhood of Boilermakers | Minority Emergency Preparedness Task Force | Know Your Neighbor |
| | | Leadership Conference of Women Religious |
| International Brotherhood of Electrical Workers | Movement Labs | Malankara Orthodox Syrian Church |
| | National Association of Counties | Mark Harrison* |
| International Brotherhood of Teamsters | National Association of County Health Officials (NACCHO) | Metropolitan Zachariah Mar Nicholovos* |
| International Federation of Professional and Technical Engineers | National Bar Association | Multifaith Neighbor Network |
| | National Immigration Law Center (NILC) | Muslim Public Affairs Council |
| | | NACA Inspired Schools Network |
| International Longshoreman's Association | National League of Cities (NLC) | National African American Clergy Network |
| | National WIC Association | |
| International Organizations of Masters, Mates & Pilots | NextGen America | National Association of Evangelicals |
| | Opportunity Youth | |
| International Union of Bricklayers and Allied Craftworkers | ParentsTogether | National Council of Jewish of Women |
| | People's Action | |
| Iron Workers | People's Action Institute | National Latino Evangelical Coalition |
| International Union of Painters and Allied Trades | American Red Cross | |
| | School Nutrition Association | NETWORK |
| National Association of Manufacturers | Sierra Club | New York Jewish Agenda |
| | Stand Up Republic Foundation | Rabbi Jacob Blumenthal* |
| National Education Association | Stop the Spread | Religious Action Center of Reform Judaism |
| Retail Wholesale and Department Store Union | Students Learn, Students Vote Coalition | Rev. Carlos Malave* |
| Service Employees International Union | Supermajority | Rev. Dr. Amos Brown* |
| | The Leadership Conference on Civil and Human Rights | Rev. Dr. T. Dewitt Smith* |
| Stage Directors and Choreographers Society | Think of Us | Rev. Eddy Aleman* |
| | UltraViolet | Rev. Eugene Cho* |
| Transport Workers Union | United We Dream | Rev. Luis Cortes* |
| United Food and Commercial Workers | Uniting Garden Homes Inc | Rev. Stephen Green* |
| | USC Keck School of Medicine, Office of Community Initiatives | Rev. Terri Hord Owens* |
| United Brotherhood of Carpenters | | Rev. Tyrone Pitts* |
| United Farm Workers | Wholesome Wave | Salvation Army |
| United Steel Workers | Young Invincibles | Sojourners |
| | | Syriac Orthodox Church |
| | | The Episcopal Church |

42

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

| | | The Episcopal Diocese of Washington |
|---|---|---|
| | | The Moravian Church Northern Province |
| | | The Sikh Coalition |
| | | United Church of Christ |
| | | Washington National Cathedral |

(6)    (U/OSINT)  On its official website,[56] China's Wuhan Institute of Virology ("WIV") explained that the intent, among other things, of constructing high-level biosafety laboratories with the cooperation of France in 2004, was to become a "WHO reference laboratory, which shall play a basic and technical role in China's emerging infectious diseases prevention and control, and biosafety."

(7)    (U/OSINT)  In January 2020, the University of Texas Medical Branch ("UTMB") collaborated with the State of Washington, the USPHS/CDC and Dr. Jennifer Harcourt, *et al.,* in their diagnosis of the first SARS-CoV-2 victim found in Washington State. This discovery occurred at a time when the UTMB's Galveston National Laboratory ("GNL") was providing biosecurity contracting to China's WIV.[57]

(8)    (U/OSINT)  On April 24, 2020, the United States Department of Education notified the University of Texas that it was investigating the UTMB and the GNL regarding its working relationship with China's WIV, which is "owned by the Chinese government's Chinese Academy of Sciences."[58]

---

[56] About WIV. Available from http://english.whiov.cas.cn/About_Us2016/Brief_Introduction2016/.

[57] Harcourt J, Tamin A, Lu X, et al. *Isolation and characterization of SARS-CoV-2 from the first US COVID-19 patient.* Preprint. bioRxiv. 2020;2020.03.02.972935. Published 2020 Mar 7. doi:10.1101/2020.03.02.972935. Available from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7239045/; Harcourt J, Tamin A, Lu X, et al. *Severe Acute Respiratory Syndrome Coronavirus 2 from Patient with Coronavirus Disease, United States.* Emerg Infect Dis. 2020;26(6):1266-1273. doi:10.3201/eid2606.200516. Available from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7258473/; and *Severe acute respiratory syndrome coronavirus 2 isolate SARS-CoV-2/human/USA/WA-CDC-WA1/2020, complete genome.* GenBank: MN985325.1. Available from https://www.ncbi.nlm.nih.gov/nuccore/MN985325.

[58] United States Department of Education Letter to University of Texas System Dated April 24, 2020. https://www2.ed.gov/policy/highered/leg/ut-apr24-2020.pdf; Breitbart News Network. May 1, 2020. https://www.breitbart.com/tech/2020/05/01/department-of-education-

43

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

(9)    (U/OSINT)  The Secretary of Education further informed the University of Texas of a claim GNL made in SCIENCE Magazine on November 28, 2018 about its relationship with China's WIV:

"We direct a newly constructed MCL in Wuhan, China (Z.Y.) and an established MCL in the United States (J.W.L), in Galveston, Texas. In preparation for the opening of the new China MCL, we engaged in short-and long-term personnel exchanges focused on biosafety training, building operations and maintenance, and collaborative scientific investigations in biocontainment. We succeeded in transferring proven best practices to the new Wuhan facility. Both labs recently signed formal cooperative agreements that will streamline future scientific and operational collaborations on dangerous pathogens, although funding for research and the logistics of exchanging specimens are challenges that we have yet to solve."

(10)    (U/OSINT)  The "SARS-CoV-2 reference strain for the United States" that was sequenced and isolated in the State of Washington made use of an array of individuals, companies, products, services, and sequencing technology from around the world, including China:

(1) Sino Biological Inc., Beijing China; (2) Bio-Rad Laboratories, Inc., Hercules, CA; (3) Thermo Fisher Scientific, Waltham, MA; (4) Fast Track Diagnostics Luxembourg S.à.r.l., Luxembourg/ Erlangen Germany (acquired by Siemens Healthineers in 2018); (5) Cell Signaling Technology, Inc., Danvers, MA; (6) Oxford Nanopore Technologies, Oxford, UK; (7) GitHub, Inc., San Francisco, CA; (8) Gene Codes Corporation, Ann Arbor, MI; (9) New England Biolabs, Ipswich, MA; (10)

investigating-university-of-texas-links-to-wuhan-lab-zoom/; The International Business Times. May 2, 2020. https://www.ibtimes.sg/us-investigating-university-texas-links-controversial-wuhan-institute-virology-china-44224.

44

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

Agilent Technologies, Inc., Santa Clara, CA; and (11) Illumina, Inc., San Diego, CA.

(11) (U/OSINT) In March 2021, the United States permitted Microsoft Corporation to publicly disclose the 2020-2021 "HAFNIUM" cyber-intrusion campaign by state-sponsored hackers operating out of China under the direction and control of the "Chinese Communist Party (CCP)." HAFNIUM targeted over 60,000 U.S. entities, including American universities, to steal groundbreaking COVID-19 research. The CCP hackers successfully compromised the network of the UTMB which operates the United States' GNL located in the Southern Judicial District of Texas, during a period that covers when the UTMB was providing biosecurity assistance to China's WIV and while assisting the USPHS with isolating the first SARS-CoV-2 virus found in Washington State.[59]

(12) (U/OSINT) Between March and April 2020, Anthony Fauci and Lawrence "Larry" Kerr, USPHS officers and employees, together with WHO Chief Scientist Dr. Soumya Swaminathan (2019 to 2022 ) and others, conspired to inform the United States that SARS-CoV-2 was of

---

[59] *Justice Department Announces Court-Authorized Effort to Disrupt Exploitation of Microsoft Exchange Server Vulnerabilities.* Tuesday, April 13, 2021. Available from https://www.justice.gov/archives/opa/pr/justice-department-announces-court-authorized-effort-disrupt-exploitation-microsoft-exchange; *Justice Department Announces Arrest of Prolific Chinese State-Sponsored Contract Hacker.* Tuesday, July 8, 2025. Available from https://www.justice.gov/opa/pr/justice-department-announces-arrest-prolific-chinese-state-sponsored-contract-hacker; Search Warrant: Available from https://www.justice.gov/archives/opa/press-release/file/1386631/dl?inline; Indictment: Available from https://www.justice.gov/opa/media/1407196/dl; Hal Kempfer's Post. Available from https://www.linkedin.com/posts/hal-kempfer_chinese-hackers-targeted-utmb-in-covid-espionage-activity-7351625070798131200-XmsN; John Wayne Ferguson. *Chinese hackers targeted UTMB in COVID espionage operation, university officials confirm.* Houston Chronicle. July 16, 2025. Available from https://www.houstonchronicle.com/news/houston-texas/crime/article/chinese-hackers-targeted-utmb-20762920.php.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

"natural [wild] origin", which was published in two scientific studies[60] and one news article.[61]

(13)  (U/OSINT)  On December 22, 2020, the United States Department of Education notified the University of Alabama that the Department was investigating the University's working partnership with China's WIV.[62] On December 23, 2020, the University of Alabama denied having a partnership relationship with China's WIV.[63] The University of Alabama was untruthful in its public statements made on December 23, 2020 given the fact that on its official website,[64] China's WIV claimed it was maintaining the following "Partnerships," which included the University of Alabama and entities associated with Defendant United States and its USPHS:

> **January 22, 2018 to March 21, 2021:** University of Alabama, University of North Texas, EcoHealth Alliance, Harvard University, U.S. National Institutes of Health and the National Wildlife Federation;

---

[60] Andersen KG, Rambaut A, Lipkin WI, Holmes EC, Garry RF. *The proximal origin of SARS-CoV-2.* Nat Med. 2020;26(4):450-452. doi:10.1038/s41591-020-0820-9. (March 17, 2020) Available from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7095063/; Zhang YZ, Holmes EC. *A Genomic Perspective on the Origin and Emergence of SARS-CoV-2.* Cell. 2020;181(2):223-227. doi:10.1016/j.cell.2020.03.035. (March 26, 2020) Available from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7194821/.

[61] *Statement from Prof Edward Holmes on the SARS-CoV-2 virus.* The University of Sydney. April 16, 2020. Available from https://www.sydney.edu.au/news-opinion/news/2020/04/16/COVID-19-statement-professor-edward-holmes-sars-cov-2-virus.html.

[62] United States Department of Education Letter to University of Alabama President's Office Dated December 22, 2020. https://www2.ed.gov/policy/highered/leg/u-alabama-wiv.pdf.

[63] WBRC FOX6 News Birmingham, Alabama. December 23, 2020. https://www.wbrc.com/2020/12/23/university-alabama-says-there-was-no-partnership-with-wuhan-institute-virology/; The Crimson White. December 24, 2020. https://cw.ua.edu/72144/news/ua-denies-alleged-partnership-with-wuhan-institute-of-virology/.

[64] *Partnerships.* Wuhan Institute of Virology, Chinese Academy of Sciences. Available from WayBack Machine https://web.archive.org/web/20180122130751/http://english.whiov.cas.cn/International_Cooperation2016/Partnerships/; *Partnerships.* Wuhan Institute of Virology, Chinese Academy of Sciences. WayBack Machine. Available from https://web.archive.org/web/20180101000000*/http://english.whiov.cas.cn/International_Cooperation2016/Partnerships/.

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

**March 22, 2021:** EcoHealth Alliance and the University of Alabama; and

**After March 22, 2021:** EcoHealth Alliance.

(14)   (U/OSINT)  In early January 2020, Wuhan, China was selected as the *locus in quo* for SARS-CoV-2 by Tedros Adhanom Ghebreyesus, Director-General of the WHO, which was adopted by the entire world, notwithstanding the fact that SARS-CoV-2's mechanistic "origin" involved a complete, modern assessment and resolution as to whether this virus, for purposes of medical countermeasures, was natural, lab-associated/engineered, AI-mediated or courier/hand-delivered around the world, rather than being limited to the scene of the Wuhan cluster.

(15)   (U/OSINT)  Anthony Fauci, who was an officer and employee under the operational organization of the U.S. Public Health Service ("USPHS") through the NIH and NIAID, also held foreign policy conspiracy-type membership[65] on the Global Preparedness Monitoring Board ("GPMB"),[66] created by the WHO and the World Bank, contrary to the authority given to President Trump under 22 U.S.C. §§ 290 *et seq.* "Since its inception, the GPMB has benefited from the financial support of…[t]he German government, Resolve to Save Lives, the Bill & Melinda Gates Foundation, and the Wellcome Trust."[67]

(16)   (U/OSINT)  On January 10, 2020, Edward Holmes, a colleague of Fauci, posted the "data" associated with the full genome sequence of "SARS-CoV-2" on a website named "Virological.org",[68] which listed

---

[65] Available from https://apps.who.int/gpmb/assets/annual_report/GPMB_Annual_Report_English.pdf.
[66] Available from https://apps.who.int/gpmb/.
[67] GPMB Strategic Plan 2021-2023. June 15, 2021. Available from https://www.gpmb.org/docs/librariesprovider17/default-document-library/gpmb-strategicplan-2021-23.pdf?sfvrsn=1a91dc8c_3&download=true.
[68] Jon Gertner. *Unlocking the Covid Code.* The New York Times Magazine. March 25, 2021. Available from https://www.nytimes.com/interactive/2021/03/25/magazine/genome-sequencing-covid-variants.html; Jon Cohen. *Chinese researchers reveal draft genome of virus implicated in Wuhan pneumonia outbreak.* January 11, 2020. Available from https://www.sciencemag.org/news/2020/01/chinese-researchers-reveal-draft-genome-virus-

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

"Andrew Rambaut" as the "administrator". Andrew Rambaut was also connected with the "ARTIC Network".[69] This digital publication and dissemination converted SARS-COV-2 into a purely data-driven pandemic given the fact that the original specimens associated with this novel sequence were destroyed in contravention of true science.

(17)    (U/OSINT) The Artic Network's website listed "Kristian Andersen" of the Scripps Research Institute in La Jolla, CA; David Spiro of the National Institutes of Health; and Dhamari Naidoo, of the WHO, as a "collaborator[]";[70] "Andrew Rambaut" of the University of Edinburgh and "Trevor Bedford"[71] of the Fred Hutch Center[72] as members;[73] and Jeremy Farrar's "Wellcome Trust" among its "Partners."[74]

(18)    (U/OSINT) The Artic Network's organization was "Funded by the Wellcome Trust (Collaborators Award 206298/Z/17/Z)." At the time of funding, Jeremy Farrar ("Farrar"), a colleague of Anthony Fauci, was serving as the Director of the Wellcome Trust ("Trust").[75] The Wellcome Trust's Board of Governors included Elhadj As Sy,[76] who was serving with Fauci on the GPMB as Co-Chair.[77]

---

implicated-wuhan-pneumonia-outbreak; Edward C. Holmes. *Novel 2019 coronavirus genome.* Available from https://virological.org/t/novel-2019-coronavirus-genome/319.

[69] Available from https://virological.org/about.

[70] Available from https://artic.network/6-collaborators.html.

[71] Trevor Bedford and Richard Neher founded the website Nextstrain.org. Jon Cohen. *Mining coronavirus genomes for clues to the outbreak's origins.* Science Magazine. January 31, 2020. Available from https://www.sciencemag.org/news/2020/01/mining-coronavirus-genomes-clues-outbreak-s-origins.

[72] The Fred Hutchinson Cancer Research Center, a 501(c)(3) nonprofit organization. 1100 Fairview Ave. N., P.O. Box 19024, Seattle, WA 98109-1024.

[73] Available from https://artic.network/3-network-members.html.

[74] Available from https://artic.network/1-about.html.

[75] *Jeremy Farrar reappointed as Wellcome's Director.* Available from https://wellcome.org/news/jeremy-farrar-reappointed-wellcomes-director.

[76] Available from https://wellcome.org/who-we-are/governance/board-governors.

[77] Available from https://apps.who.int/gpmb/.

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

(19)    (U/OSINT) The September 2019 GPMB Board Members included Chinese Communist Party scientist George Gao, Farrar and Fauci:[78]



(20)    (U/OSINT) At the time of the GPMB's 2019 Report, Fauci was providing service to President Trump and the American People and was the highest paid Federal employee. A screen capture of the GPMB's website that existed on about May 13, 2021, at approximately 12:34:05pm,[79] continued to list Fauci as a member of the GPMB. A screen capture of the GPMB's website on May 26, 2021, at

---

[78] Available from https://gpmb.org/docs/librariesprovider17/default-document-library/annual-reports/gpmb-2019-annualreport-en.pdf?sfvrsn=d1c9143c_30/.
[79] Available from https://web.archive.org/web/20210513123405/https://apps.who.int/gpmb/board.html.

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

approximately 06:13:22am,[80] showed Fauci was no longer listed as a member of the GPMB.

(21)    (U/OSINT) The removal of Fauci from the list of GPMB Board members coincided with Fauci's conspiracy-type involvement and association with Farrar; "Edward Holmes"; Andrew Rambaut; and "Kevin Olival, vice-president for research of the EcoHealth Alliance, among others;[81] Fauci's conspiracy-type involvement and association with Kristian Andersen and Andrew Rambaut in authoring the "proximal origin" science study designed to suppress the true origin of the COVID-19 pandemic;[82] and Congress' investigation of the Government's conspiracy "by America's leading public health officials" to suppress "the lab-leak hypothesis through the drafting, publication, and critical reception of the infamous 'The Proximal Origin of SARS-CoV-2' publication, where the investigation found Fauci was referred to as one of the "'Bethesda Boys.'"[83]

(22)    (U/OSINT) The GPMB conspiracy was created in 2018 to act as a world political action committee and world lobbying group, while the WHO was charging Congress and the American People membership dues.[84] "Financial contributions dedicated to the GPMB are in a separate account, and the GPMB Secretariat budget is ring-fenced within the WHO Programme Budget in a special category." Plaintiffs' counterintelligence research uncovered no Federal authority

---

[80] Available from https://web.archive.org/web/20210526061322/https://apps.who.int/gpmb/index.html.
[81] Jon Cohen. *Chinese researchers reveal draft genome of virus implicated in Wuhan pneumonia outbreak.* Science Magazine. January 11, 2020. Available from https://www.sciencemag.org/news/2020/01/chinese-researchers-reveal-draft-genome-virus-implicated-wuhan-pneumonia-outbreak.
[82] Andersen KG, Rambaut A, Lipkin WI, Holmes EC, Garry RF. *The proximal origin of SARS-CoV-2.* Nat Med. 2020 Apr;26(4):450-452. doi: 10.1038/s41591-020-0820-9. PMID: 32284615; PMCID: PMC7095063. Available from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7095063/.
[83] *Wenstrup Releases Alarming New Report on "Proximal Origin" Authors, NIH Suppression of the COVID-19 Lab Leak Hypothesis.* Committee On Oversight and Accountability, U.S House of Representatives. July 11, 2023. Available from https://oversight.house.gov/release/wenstrup-releases-alarming-new-report-on-proximal-origin-authors-nih-suppression-of-the-covid-19-lab-leak-hypothesis/.
[84] Available from https:// apps.who.int/gpmb/board.html.

50

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

authorizing Fauci to conduct U.S. foreign policy under the direction of the WHO and the World Bank while also serving as the Federal Government's highest paid employee under Presidents Trump and Biden, before and during the COVID-19 pandemic conspiracy.

(23)    (U/OSINT) On November 8, 2020, The Washington Post ("WAPO") reported on a "four-year [conspiracy-type] movement to defeat Donald Trump." According to WAPO, "[t]he [conspiracy-type] uprising sprouted in the hours after Trump's surprise victory in 2016 and blossomed throughout his time in office…." Among those interviewed by WAPO was Olivia Troye ("Troye"), from the Department of Homeland Security who served as counterterrorism and COVID-19 planned pandemic adviser to Vice President Pence and as an aide to the White House Coronavirus Task Force. Others interviewed by WAPO included the following:[85]

| | |
|---|---|
| Steve Adler<br>Democratic Mayor of Austin, TX | Alisha Hoffman-Mirilovich<br>President of Action Together NEPA |
| Ana Maria Archila<br>Anti-Kavanaugh Supreme Court confirmation | Chrissy Houlahan<br>Congresswoman from Pennsylvania |
| Samira Asgari<br>Citizen of Islamic Republic of Iran | Jesse Jackson<br>Civil rights activist |
| Whit Ayres<br>Republican pollster | Pramila Jayapal<br>Congresswoman from Washington State |
| Stephen K. Benjamin<br>Democratic Mayor of Columbia, S.C. | Rebekah Jones<br>Analyst at the Florida Health Department |
| Nahid Bhadelia<br>Boston University School of Medicine | Thomas Kail<br>Collaborated on the musical "Hamilton. |
| Traci Blackmon<br>Senior Pastor Christ the King United Church | Cameron Kasky<br>Marjory Stoneman Douglas High School |

[85] Philip Rucker, Dan Balz, Robert Costa, Amy B Wang and Cleve R. Wootson Jr. *Voices from the fight: An oral history of the four-year movement to defeat Donald Trump*. The Washington Post. November 8, 2020. Available from https://www.washingtonpost.com/graphics/2020/elections/trump-opposition-oral-history/; https://web.archive.org/web/20201108130012/https://www.washingtonpost.com/graphics/2020/elections/trump-opposition-oral-history/.

51

Case 3:26-cv-01193-SB    Document 1    Filed 06/12/26    Page 52 of 217

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

| | |
|---|---|
| Suzanne Bonamici<br>Democratic congresswoman from Oregon | Ro Khanna<br>Democratic Congressman from California |
| Susan Bro<br>Heather Heyer Foundation | Amy Klobuchar<br>Democratic Senator from Minnesota |
| Kate Brown<br>Democratic Governor of Oregon | Rosemary Lawrence<br>Democratic activist from North Carolina |
| Brendan Boyle<br>Democratic Congressman | Terry McAuliffe<br>Governor of Virginia |
| Juli Briskman<br>Democratic Loudoun County, Virginia | Jeff Merkley<br>Democratic Senator from Oregon |
| Pete Buttigieg<br>Democratic Mayor of South Bend, IN | Tim Miller<br>Anti-Trump Republican Strategist |
| Yadira Caraveo<br>Democratic Colorado State Representative | Claire Murphy<br>D.C. lawyer |
| Robert P. Casey Jr.<br>Democratic Pennsylvania Senator | Margie Omero<br>Democratic pollster |
| Tania Chavez<br>Strategist at La Union del Pueblo Entero | Beto O'Rourke<br>Democratic Congressman from Texas |
| James E. Clyburn<br>Congressman from South Carolina | Leon E. Panetta<br>Democratic Congressman from California |
| Margo Cowan<br>Public defender from Pima County, AZ | Nancy Pelosi<br>Democratic Congresswoman from California |
| Debbie Dingell<br>Democratic Congresswoman from Michigan | Ayanna Pressley<br>Congresswoman from Massachusetts |
| Brandon Victor Dixon<br>Starred as Aaron Burr in "Hamilton" | Gina Raimondo<br>Democratic Governor of Rhode Island |
| Mike Donilon<br>Adviser to Vice President Joe Biden | Cecile Richards<br>Pink Pussy Hats Movement |
| Tammy Duckworth<br>Democratic Senator from Illinois | Stephanie Schriock<br>President of Emily's List |

52

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

| | |
|---|---|
| Anita Dunn<br>Democratic Strategist | Sean Spicer<br>Trump's White House Press Secretary |
| Abdul El-Sayed<br>Democrat Doctor and liberal organizer. | Neera Tanden<br>President of Center for American Progress |
| Ezekiel Emanuel<br>Oncologist who advises the W. H. O. | Miles Taylor<br>Chief of Staff to Kirstjen Nielsen |
| Veronica Escobar<br>Democratic Congresswoman from Texas | Nina Turner<br>Ohio State Senator and liberal activist |
| Jeff Flake<br>Republican Senator from Arizona | Lauren Underwood<br>Democratic Congresswoman from Illinois |
| Ruben Garcia<br>Director of Annunciation House in El Paso | Cecile Richards<br>Founder of Supermajority |
| Geoff Garin<br>Democratic pollster | Jessica Rogers<br>Citizen activist from Denver, CO |
| Gini Gerbasi<br>Rector of St. John's Episcopal Church | Mitt Romney<br>Republican Senator from Utah |
| Smadar Belkind Gerson<br>Citizen activist from Colorado | Adam B. Schiff<br>Democratic Congressman from California. |
| Anna Greenberg<br>Democratic pollster | Jeffrey Seller<br>Collaborated on the musical "Hamilton |
| Fred Guttenberg<br>Activist against gun violence | Andrew Weissmann<br>Prosecutor in Mueller's Russia investigation |
| Peter Hart<br>Democratic pollster | Andrew Yang<br>CNN political commentator |
| Michael V. Hayden<br>Anti-Donald Trump military veteran | Constance Paige Young<br>Anti-racism activist |

(24)    (U/OSINT) Before Twitter closed/banned her account, former White House Correspondent Emerald Robinson ("Robinson") covered Troye's conspiracy-type activities in her social media posts:[86]

---

[86] Available from https://twitter.com/EmeraldRobinson/status/1455188535342944266;

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)



**Emerald Robinson** ✝ ✔
@EmeraldRobinson

··

Replying to @OliviaTroye

BRW what are your medical credentials to be a COVID advisor to Pence? Nothing in your CV indicates that you have any training in infectious diseases. What exactly makes you an expert on COVID?

10:34 AM · Jun 2, 2021



**Emerald Robinson** ✝ ✔ @EmeraldRobinson · Jun 2    ···
Connect the dots:

@T_S_P_O_O_K_Y told us AG Bill Barr called him to STOP investigating 2020 election fraud.

@OliviaTroye STOPPED anyone in Trump Admin from pursuing Wuhan lab leak theory.

DNI Ratcliffe told us "CIA Management" STOPPED intel on China's 2020 interference.

**Emerald Robinson** ✝ ✔ @EmeraldRobinson · Jun 2    ···
It's odd @OliviaTroye can't explain why she was Pence's "COVID advisor" even though she's got no medical training in infectious diseases. I asked her to explain & she's gone silent!

Troye runs an "accountability project" but now she's dodging any accountability for herself.

https://twitter.com/EmeraldRobinson/status/1400137384721850368;
https://twitter.com/emeraldrobinson/status/1400143723384786948?lang=en;
https://twitter.com/emeraldrobinson/status/1407807559386402821;
https://twitter.com/emeraldrobinson/status/1400115768180850688?lang=en;
https://twitter.com/emeraldrobinson/status/1306763756152786947?lang=en;
https://twitter.com/emeraldrobinson/status/1400147968754425858?lang=en;
https://twitter.com/emeraldrobinson/status/1400118087706451977?lang=en;
https://twitter.com/EmeraldRobinson/status/1454100020714672130.

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)



**Emerald Robinson** ✝ ✓                    Following
16.1K Tweets

 **Emerald Robinson** ✝ ✓ @EmeraldRobinson · Jun 2    ...
Replying to @EmeraldRobinson
Troye writes that the lab leak theory was so dangerous a threat to the IC that "ultimately CIA Director Gina Haspel intervened to defend the integrity of the intelligence community & insulate it from political pressure." How would she know that?

💬 38          ⟲ 640          ♥ 1.8K          ↥

**Emerald Robinson** ✝ ✓ @EmeraldRobinson · Jun 2    ...
In Sept. 2020 @OliviaTroye was fired by Trump Admin after someone finally figured out she was another NeverTrumper on Pence's team. Almost the next day, Troye started an anti-GOP org. Then she publicly voted for Biden. While claiming to be a Republican.

**Emerald Robinson** ✝ ✓ @EmeraldRobinson · Jun 2    ...
The person most responsible for unleashing the Fauci fraud on America is @OliviaTroye who was VP Pence's "COVID advisor."

In a recent article, Troye explains how her job was to misinform the Trump Admin at every turn.

How the Trump Administration Twisted Coronavirus Intelligence - The ...
Rather than use intelligence to inform the government's response to the pandemic, the Trump administration tried to bend the facts for politica...
🔗 thebulwark.com

(25)    (U/OSINT) The interconnected network of individuals working for the United States, the WHO/World Bank/GPMB, JPMorgan Chase, Jeffrey Epstein  and Macro Advisory Partners LLP demonstrates a

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

global, interconnected, mere force of numbers conspiracy-type conspiracy or Swiss Cheese conspiracies.

## V.    CLASSIFIED INFORMATION LITIGATION

36.    TOP SECRET [REDACTED] (U//FOUO)  Relevant to the classified intelligence and military assessments compiled regarding the SARS-COV-2 pandemic virus, the following pertinent national security statutory and Executive Order provisions are provided as a partial guide to this proposed class action:

(a)    **Title 5 U.S. Code §§ 552(b)(1), (3) and (6):**

(b) This section does not apply to matters that are-

(1)(A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified pursuant to such Executive order;
\*\*\*
(3) specifically exempted from disclosure by statute (other than section 552b of this title), if that statute-
(A)(i) requires that the matters be withheld from the public in such a manner as to leave no discretion on the issue; or
(ii) establishes particular criteria for withholding or refers to particular types of matters to be withheld; and
(B) if enacted after the date of enactment of the OPEN FOIA Act of 2009, specifically cites to this paragraph.
\*\*\*
(6) personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy....

(b)    **Title 10 U.S. Code §§ 424(b)(1) and (3):**

(b) Covered Organizations.-This section applies to the following organizations of the Department of Defense:

56

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

(1) The Defense Intelligence Agency.
***
(3) The National Geospatial-Intelligence Agency.

(c)    **Title 18 U.S. Code § 175:**

(a) In General.—Whoever knowingly develops, produces, stockpiles, transfers, acquires, retains, or possesses any biological agent, toxin, or delivery system for use as a weapon, or knowingly assists a foreign state or any organization to do so, or attempts, threatens, or conspires to do the same....

(b) Additional Offense.—Whoever knowingly possesses any biological agent, toxin, or delivery system of a type or in a quantity that, under the circumstances, is not reasonably justified by a prophylactic, protective, bona fide research, or other peaceful purpose, shall be fined under this title, imprisoned not more than 10 years, or both. In this subsection, the terms "biological agent" and "toxin" do not encompass any biological agent or toxin that is in its naturally occurring environment, if the biological agent or toxin has not been cultivated, collected, or otherwise extracted from its natural source.

(c) Definition.—For purposes of this section, the term "for use as a weapon" includes the development, production, transfer, acquisition, retention, or possession of any biological agent, toxin, or delivery system for other than prophylactic, protective, bona fide research, or other peaceful purposes.

(d)    **Title 50 U.S. Code §§ 3003(4)(D) and (E):**

(4) The term "intelligence community" includes the following:
***
(D) The Defense Intelligence Agency.
(E) The National Geospatial-Intelligence Agency.

(e)    **Title 50 U.S. Code § 3024(i):**

(i) Protection of intelligence sources and methods

57

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

(1) The Director of National Intelligence shall protect, and shall establish and enforce policies to protect, intelligence sources and methods from unauthorized disclosure.

(f)    **Title 50 U.S. Code §§ 1801(a), (e) and (p)(3):**

As used in this subchapter:
(a) "Foreign power" means-
(1) a foreign government or any component thereof, whether or not recognized by the United States;
\*\*\*
(e) "Foreign intelligence information" means-
(1) information that relates to, and if concerning a United States person is necessary to, the ability of the United States to protect against-
(A) actual or potential attack or other grave hostile acts of a foreign power or an agent of a foreign power;
(B) sabotage, international terrorism, or the international proliferation of weapons of mass destruction by a foreign power or an agent of a foreign power;
(C) clandestine intelligence activities by an intelligence service or network of a foreign power or by an agent of a foreign power;
\*\*\*
(p) "Weapon of mass destruction" means-
(3) any weapon involving a biological agent, toxin, or vector (as such terms are defined in section 178 of title 18) that is designed, intended, or has the capability to cause death, illness, or serious bodily injury to a significant number of persons....

(g)    **Title 50 U.S. Code §§ 1806(a) and (c):**

(a) Compliance with minimization procedures; privileged communications; lawful purposes
Information acquired from an electronic surveillance conducted pursuant to this subchapter concerning any United States person may be used and disclosed by Federal officers and employees without the consent of the United States person only in accordance with the minimization procedures required by this subchapter. No otherwise privileged communication obtained in

58

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

accordance with, or in violation of, the provisions of this subchapter shall lose its privileged character. No information acquired from an electronic surveillance pursuant to this subchapter may be used or disclosed by Federal officers or employees except for lawful purposes.
***

(c) Notification by United States

Whenever the Government intends to enter into evidence or otherwise use or disclose in any trial, hearing, or other proceeding in or before any court, department, officer, agency, regulatory body, or other authority of the United States, against an aggrieved person, any information obtained or derived from an electronic surveillance of that aggrieved person pursuant to the authority of this subchapter, the Government shall, prior to the trial, hearing, or other proceeding or at a reasonable time prior to an effort to so disclose or so use that information or submit it in evidence, notify the aggrieved person and the court or other authority in which the information is to be disclosed or used that the Government intends to so disclose or so use such information....; and

(h)   **Executive Order 13526 §§ 1.4(c) and (e) and 1.7(a)(1)-(4):**

Sec. 1.4. Classification Categories. Information shall not be considered for classification unless its unauthorized disclosure could reasonably be expected to cause identifiable or describable damage to the national security in accordance with section 1.2 of this order, and it pertains to one or more of the following:
***

 (c) intelligence activities (including covert action), intelligence sources or methods, or cryptology;
***

(e) scientific, technological, or economic matters relating to the national security....;

Sec. 1.7. Classification Prohibitions and Limitations.
(a) In no case shall information be classified, continue to be maintained as classified, or fail to be declassified in order to:

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

(1) conceal violations of law, inefficiency, or administrative error;

(2) prevent embarrassment to a person, organization, or agency;

(3) restrain competition; or

(4) prevent or delay the release of information that does not require protection in the interest of the national security.

37.    TOP SECRET [REDACTED] (U//FOUO)  The classified briefings provided to LTG Ashley by the DIA and the National Geospatial-Intelligence Agency ("NGA") were derived from multiple sources, methods and individuals. For example, an early COVID-19 Assessment that covered January 24, 2020, which was augmented by public statements and classified comments derived from sources and methods, informed LTG Ashley of the potential for a pandemic within four months:



60

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)



~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

38.    (U)    On September 17, 2025, Stephen C. Glade, Patent Counsel at the U.S. Department of Energy ("DOE"), Lawrence Berkeley National Laboratory, One Cyclotron Road, M/S 90R1995, Berkeley, CA 94720, (510) 486-6503, provided McCray with a copy of the DOE's cloning patent application publication titled *"Methods and compositions for methylation and chemically modifying assisted tailorable ends"*, US 2025/0059596 A1, which was published February 20, 2025. This cloning patent was funded via DOE Contract DE-AC02-05CH11231. The DOE is the same Federal agency now leading the "Genesis Mission" (announced November 4, 2025) which includes participation from the Lawrence Berkeley National Laboratory to develop pioneering AI models across many domains related to science, energy and national security.[87]

39.    ~~TOP SECRET~~ [REDACTED] (U//~~FOUO~~)    The DOE cloning patent application publication improves upon the "Golden Gate Assembly" cloning patent the DIA found to be capable of, or was probably used in, constructing SARS-COV-2, *supra,* ¶ 3(2), and is directed to specific enzymatic and chemical methods for methylation-assisted tailorable ends and one-pot DNA assembly. The underlying "design" and related assembly methods assume that a human or software tool has

---

[87] *"Supporting DOE's Genesis Mission"*. December 7, 2025. Available from https://elements.lbl.gov/news/supporting-does-genesis-mission/. (Lawrence Berkeley National Laboratory is a U.S. DOE Office of Science national laboratory managed by the University of California.)

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

already decided what sequences to assemble and where restriction/ methylation sites should be placed. The focus is on how to cut, modify, and ligate DNA in a flexible way once the sequences are defined.

40.    (U/OSINT)  The DOE patent application publication "one-pot" methylation/MASTER-style cloning patent is substantially different from the AI-designed proteins and viruses discussed by Microsoft's Chief Scientific Officer and others, *supra,* ¶ 3(16), which involves AI  protein-design models that "paraphrase" known toxic proteins, i.e., these AI models generate amino-acid variants likely to preserve structure/function but evade sequence-based screening filters at DNA synthesis providers.

41.    (U/OSINT)  On information and belief, in current practice, AI-derived viral genomes or genes are designed and generated as digital DNA sequences, while viruses in nature can be composed of either DNA or RNA and may lack sequence-based screening filters at DNA synthesis providers.

42.    (U/OSINT)  Additional disclosure of classified, declassified and unclassified information will contribute to the public and the court's understanding of the "lab leak" and weaponized virus named SARS-COV-2 which the DOD/HHS classified as a "risk" to military forces in their COVID-19 vaccine contracts authorized under Operation Warp Speed ("OWS") and PL 115-92.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

## VI.    COMMON FACTS

43.    (U/OSINT)  The NIAID traces its origins to a small laboratory established in 1887 at the Marine Hospital on Staten Island in New York.[88] In the 1880s, boatloads of immigrants were heading towards America, some of them unknowingly bringing with them cholera and other infectious diseases. Dr. Joseph J. Kinyoun, a young medical officer with the Marine Hospital Service, set up one of the first bacteriologic laboratories in the United States.

44.    (U/OSINT)  Using his microscope and newly acquired medical research techniques, Dr. Kinyoun was able to isolate the cholera organism from an arriving passenger in New York. For the first time, American physicians could actually see the organisms causing the disease.

45.    (U/OSINT)  Dr. Kinyoun's Laboratory of Hygiene was renamed the Hygienic Laboratory in 1891 and was moved to Washington, D.C., where Congress authorized this lab to investigate "infectious and contagious diseases and matters pertaining to the public health." The Hygienic Laboratory became the National Institute of Health in 1930 and relocated to Bethesda, Maryland, in 1938.

46.    (U/OSINT)  At about the time the Hygienic Laboratory was created in 1887, other doctors from the East Coast of the United States were struggling against a

---

[88] *NIAID History.* Available from https://www.niaid.nih.gov/about/niaid-history.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

little understood disease. As the population expanded westward, many early settlers in the Montana foothills of the rugged Bitteroot Range of the Rocky Mountains were plagued with a disease known as "black measles," or "spotted fever," now known as Rocky Mountain spotted fever. Researchers determined the disease was transmitted by ticks, identified the cause as what is now called *Rickettsia rickettsii*, and formulated a vaccine against the agent.

47.    (U/OSINT)  The state of Montana built a new facility in Hamilton, Montana, the Rocky Mountain Laboratory ("RML"), which the U.S. Public Health Service purchased in 1931. The RML became part of the Division of Infectious Diseases at the National Institute of Health in 1937.[89]

48.    (U/OSINT)  In 1948, the National Institute of Health became the National Institutes of Health ("NIH") with the creation of several individual institutes. Later that year, the RML and the Biologics Control Laboratory joined the NIH Division of Infectious Diseases and Division of Tropical Diseases to form the National Microbiological Institute. Dr. Victor Haas was the Institute's first director. In 1955, Congress changed the name of the National Microbiological Institute to the NIAID to reflect the inclusion of allergy and immunologic research.

---

[89] *Rocky Mountain Laboratories (RML).* Available from https://www.niaid.nih.gov/about/rocky-mountain-laboratories; https://www.niaid.nih.gov/about/rocky-mountain-overview.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

49.    (U/OSINT)  The RML is a key component of the NIAID's Division of Intramural Research, and is best known for its research into vector-borne diseases where three illnesses caused by microbes were given names to pay tribute to the former RML scientists who discovered them.

50.    (U/OSINT)  The RML has a "proven history in the study of exotic illnesses—and the ability of its researchers to quicky investigate newly emerging infectious diseases," which makes the RML "eminently positioned to play a central role in conducting research that could help safeguard the public against infectious disease threats, including a possible bioterror attack."

51.    (U/OSINT)  The RML is not a clinical facility in which researchers study the effects of experimental drugs, vaccines, and diagnostics on patients and healthy volunteers. Rather, "the basic research conducted at RML makes clinical research possible. By focusing on the molecular traits of a given microbe—namely, what the microbe is composed of and how it behaves in its environment—scientists can ascertain the most effective targets for fighting that microbe and, from there, developing chemicals that could detect, treat, and generate an immune response against it for further study."

52.    (U/OSINT)  The research programs at RML are organized into three broad laboratories. Each laboratory has a chief and various research groups that study specific infectious diseases, like COVID-19, Lyme disease, tularemia, salmonella,

66

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

prion diseases, and tickborne encephalitis viruses. RML encompasses roughly 30 buildings on 36 acres of land and employs about 450 people.

53. (U/OSINT) The RML Integrated Research Facility, which opened in 2008, is the first NIH facility of its kind to house BSL-2, BSL-3, and BSL-4 laboratory space in one building, along with scientific support, administrative offices and conference rooms. This facility enables researchers to study priority pathogens. Other resources on the RML campus include core facilities that house state-of-the-art technologies for use by NIAID researchers in Hamilton, as well as Bethesda.

54. (U/OSINT) The Genomics Research Section provides innovative technology and consultation to researchers in the areas of gene sequencing and gene expression. Researchers receive results rapidly and in an easy-to-understand format that enables them to quickly determine potential vaccine and diagnostic candidates.

55. (U/OSINT) For more than two millennia, governments and elites have known that mismanaged epidemics can destabilize societies and alter the course of history. The RML inherited this knowledge. In classical Athens, a devastating epidemic struck the crowded city in 430 BCE during the Peloponnesian War, killing an estimated one-quarter to one-third of the population and contributing to the collapse of Athens' "Golden Age" and its eventual defeat. Thucydides' first-person narrative of the Plague of Athens has long been treated as a foundational case study in epidemic dynamics—linking crowding, poor sanitation, leadership decisions, and

67

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

social breakdown in a way that modern epidemiology and public-health scholarship still draws upon.

56.    (U/OSINT)  A millennium later, the Justinianic Plague, now understood as a pandemic of *Yersinia pestis,* reached Constantinople in 541 CE and recurred for roughly two centuries across the Mediterranean and Near East. Contemporary and modern accounts describe death tolls so high that perhaps a fifth or more of Constantinople's population died in the first wave, and historians widely credit the Justinianic Plague with weakening the Byzantine Empire, undermining its fiscal and military capacity, and reshaping subsequent geopolitical balances.

57.    (U/OSINT)  In 627-628 CE, the Plague of Sheroe struck the Sasanian Empire, killing tens of thousands in the capital region near Ctesiphon and reportedly taking the life of the reigning king, Kavad II (Sheroe) himself. Scholars identify this outbreak as a key factor hastening the collapse of the Sasanian State, again demonstrating that unchecked epidemic disease, combined with elite misgovernance and poor information, can accelerate the downfall of powerful regimes.

58.    (U/OSINT)  The British imperial and early American experience with the variola virus, which causes smallpox, further confirmed that authorities could weaponize or mishandle a contagion with predictable, catastrophic results.

59.    (U/OSINT)  During the Revolutionary era, smallpox epidemics repeatedly ravaged both civilian populations and the Continental Army. In 1775,

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

British-occupied Boston again became a smallpox hotbed, and contemporary accounts describe British officials forcing potentially infected civilians out of the city toward colonial lines, effectively using the variola virus as a tactical weapon against rebel forces. The new United States that emerged from the 1789 Constitution inherited the memory, knowledge and the techniques of imperial criminal negligence in "health governance," including the knowledge that intentional or reckless spread of infection could serve as a tool of state power.

60.    (U/OSINT)  King George III's ("George") (1760-1820) reign over the 13 English Colonies included inheriting the Treaty of Westphalia (October 24, 1648) and the capture of New York (September 15, 1776), among other inheritances.

61.    (U/OSINT)  Following the Treaty of 1763, George immediately issued "The Royal Proclamation By the King George", October 7, 1763, (available from https://avalon.law.yale.edu/18th_century/proc1763.asp, which, among other things, intentionally embedded his soldiers and loyal royal private men in North America, "Operation Gladio"-style, by granting large swaths of land to them for their loyal royal service. The significance of George's military land grants is compared to the City of Vancouver, WA, which currently covers approximately 52.45 square miles or roughly 33,568 acres:

Field Officer--5,000 Acres (**6.7 officers**).
Captain--3,000 Acres (**11.2 officers**).
Subaltern or Staff Officer,--2,000 Acres (**16.8 men**).

69

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Non-Commission Officer,--200 Acres (**168 men**).
Private Man--50 Acres (**671.4 men**).

62.    (U/OSINT)  The Declaration of Independence, July 4, 1776, announced by Congress, inherited and absorbed George's military and private persons embedded among our independent States. These forces represented George's "stay behind" human biological organisms.

63.    (U/OSINT)  George, through Article 5 of the Paris Peace Treaty of September 30, 1783, among other things, required the United States, in exchange for this Treaty, to provide to "British subjects" ("Loyalists") who fought on the side of George, citizenship rights and other benefits, including "that the estates, rights, and properties, of such last mentioned persons shall be restored to them."

64.    (U/OSINT)  In his famous "Inquiry" published in 1798, Edward Jenner described the principles of cowpox inoculation or vaccination against smallpox. This inoculation principle led to the development in 1860 of what was known as "animal vaccine," which referred to growing vaccine material from serial propagation in calves before use in humans, and the rapid number of "vaccine farms" established in the U.S. These events led Congress to enact the Biologics Control Act of 1902.

65.    (U/OSINT)  The USPHS originated from the 1798 "Act for the Relief of Sick and Disabled Seamen;" evolved into a uniformed service in 1889; gained quarantine

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

authority in 1878; and was renamed the Public Health Service in 1912. The USPHS

is currently under the constitutional leadership of the President of the United States,

and is currently organized, for purposes of Plaintiffs' assault and battery claims,

cognizable under 42 U.S.C. § 233(e), as follows:

(A)    **PRESIDENT OF THE UNITED STATES**
(Donald John Trump)

(B)    **U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
(Robert F. Kennedy, Jr. Secretary)

(C)    **UNITED STATES PUBLIC HEALTH SERVICE (USPHS)**
Stephanie E. Haridopolos, MD, DABFM
Performing the Duties of Surgeon General of the United States

Admiral Brian Christine, MD
Assistant Secretary for Health (ASH)

Admiral Brian Christine, MD
Head of the USPHS Commissioned Corps

(1)    Aaron (Ari) Bernstein, MD, MPH
Director, Agency for Toxic Substances and Disease Registry (ATSDR)

(2)    Martin A Makary, MD, MPH
Commissioner of Food and Drugs, Food and Drug Administration (FDA)

(3)    Thomas J. Engels
Administrator, Health Resources and Services Administration (HRSA)

(4)    Roger D. Klein, MD, JD
Director, Agency for Healthcare Research and Quality (AHRQ)

(5)    Jay Bhattacharya, MD, PhD
Acting Director, Centers for Disease Control and Prevention (CDC)

71

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

(6)     Vacant

Assistant Secretary, Substance Abuse and Mental Health Services Administration (SAMHSA)

(7)     Vacant

Director, Indian Health Service (IHS)

| (8)     Jay Bhattacharya, MD, PhD  Director, National Institutes of Health (NIH) | |
|---|---|
| Office of the Director (OD)  National Institute of Allergy and Infectious Diseases (NIAID)  National Eye Institute (NEI)  National Heart, Lung, and Blood Institute (NHLBI)  National Human Genome Research Institute (NHGRI)  National Institute on Aging (NIA)  National Institute of Dental and Craniofacial Research (NIDCR)  National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK)  National Cancer Institute (NCI)  National Institute of General Medical Sciences (NIGMS)  National Institute on Minority Health and Health Disparities (NIMHD)  National Institute of Neurological Disorders and Stroke (NINDS)  Clinical Center (CC)  National Institute on Drug Abuse (NIDA)  Fogarty International Center (FIC)  Center for Information Technology (CIT)  History of NIH (NIH History) | Advanced Research Projects Agency for Health (ARPA-H)  National Institute on Alcohol Abuse and Alcoholism (NIAAA)  National Institute of Arthritis and Musculoskeletal and Skin Diseases (NIAMS)  National Institute of Biomedical Imaging and Bioengineering (NIBIB)  Eunice Kennedy Shriver National Institute of Child Health and Human Development  National Institute on Deafness and Other Communication Disorders (NIDCD)  National Institute of Environmental Health Sciences (NIEHS)  National Institute of Mental Health (NIMH)  National Institute of Nursing Research (NINR)  National Center for Advancing Translational Sciences (NCATS)  National Center for Complementary and Integrative Health (NCCIH)  Center for Scientific Review (CSR)  National Library of Medicine (NLM) |

72

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

66.    (U/OSINT)  The size of the USPHS is enormous, constitutes the bulk of the personnel and agencies of the HHS, and is tasked and organized to manage the federal public health.

67.    (U/OSINT)  The Commissioned Corps itself is "over 6,000" full-time officers with the capacity to expand up to 8,000+ Ready Reserve. The civilian/public health workforce apparatus inside USPHS agencies has been counted as follows:

NIH: ~21,097 employees in 2024; ~17,070 in Dec. 2025

CDC: ~12,820 employees in 2024; ~9,769 in Dec. 2025

FDA: ~20,912 employees in 2024; ~16,602 in Dec. 2025

HRSA: ~2,689 employees in 2024; ~1,731 in Dec. 2025

IHS: ~13,859 employees in 2024; ~12,777 in Dec. 2025

AHRQ, SAMHSA and others: hundreds to low thousands each.

68.    (U/OSINT)  The Administration for Strategic Preparedness and Response ("ASPR") was created by the Pandemic and All-Hazards Preparedness Act ("PAHPA") of 2006 (Public Law 109-417). This Act established the Administrator and Assistant Secretary for Preparedness and Response ("AASPR") to lead the nation's medical and public health preparedness. ASPR collaborates with hospitals, healthcare coalitions, biotech firms, community members, state, local, tribal, and territorial governments, and is currently organized as follows:

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Department of Health and Human Services — Administration for Strategic Preparedness and Response (ASPR) organizational chart.

69.    (U/OSINT)  The Center for the Biomedical Advanced Research and Development Authority ("BARDA"), as part of ASPR, promotes the advanced development of medical countermeasures to protect Americans and respond to health security threats such as SARS-COV-2. This includes the commercial development of the necessary vaccines, drugs, therapies, and diagnostic tools for public health medical emergencies such as the "COVID-19" pandemic. Rick Bright ("Bright") served as the Director of BARDA from 2016 to April 2020.

70.    (U/OSINT)  At all times relevant to this class action, the responsibility for maintaining the Strategic National Stockpile ("SNS") was delegated to ASPR.

74

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

71.    (U/OSINT)  Among President Trump's initial responses to the COVID-19 planned pandemic was his statement that the United States were "attacked":[90]

> "We were attacked. This was an attack. This wasn't just the flu by the way. Nobody has ever seen anything like this, 1917 was the last time."

72.    (U/OSINT)  On April 14, 2020, President Trump informed the public the "cupboards were bare" in the SNS:[91]

> "Remember, I — and you saw the stories.  I inherited — this administration — Mike, myself, the whole administration, we inherited a stockpile where the cupboards were bare.  There was nothing. And I say it and I'll say it again: Just like we didn't have ammunition, we didn't have medical supplies, we didn't have ventilators, we didn't have a lot of things that should have been had. And you can read your own stories on that because you know what happened: They didn't want to spend the money. But we did."

73.    (U/OSINT)  Bright, through his whistleblower complaint against the Trump Administration, unintentionally confirmed President Trump's claims that his Administration inherited a "[strategic national] stockpile where the cupboards were bare." See Addendum at pages 2, 17-21.[92]

---

[90] *US Was "Attacked", Says Trump As Coronavirus Deaths Cross 47,000.* New Delhi Television. Available from https://www.ndtv.com/world-news/covid-19-us-was-attacked-says-trump-as-coronavirus-deaths-cross-47-000-2216714.

[91] *Remarks by President Trump, Vice President Pence, and Members of the Coronavirus Task Force in Press Briefing.* Issued on: April 14, 2020. Available from https://trumpwhitehouse.archives.gov/briefings-statements/remarks-president-trump-vice-president-pence-members-coronavirus-task-force-press-briefing-25/.

[92] *Rick Bright Whistleblower Complaint.* NPR. Available from https://apps.npr.org/documents/document.html?id=6882560-Rick-Bright-Whistleblower-Complaint; https://www.documentcloud.org/documents/6882560-Rick-Bright-Whistleblower-Complaint/; https://s3.documentcloud.org/documents/6882560/Rick-Bright-Whistleblower-Complaint.pdf.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

74.    (U/OSINT)  On December 12, 2017, President Trump signed legislation that became Public Law ("PL") 115-92, 131 Stat. 2023. This law was used by Moderna, represented by HHS, BARDA, DoD and others, to obtain Emergency Use Authorization ("EUA") for its COVID-19 vaccines. This move by Moderna presented yet another problem, since PL 115-92 was primarily and originally designed to address threats related to U.S. military forces. Applying PL 115-92 to a global pandemic represented a military interpretation of this law, which is both consistent with PL 115-92's original intent codified in 21 U.S.C. § 360bbb-3(b) and the United States was attacked with a biological weapon or biological agent or agents, as claimed by President Trump. PL-115-92 is further found among several medical countermeasures ("MCM")-related counterterrorism legislations.[93]

75.    (U/OSINT)  On December 2, 2024, the Select Subcommittee on the Coronavirus Pandemic concluded its two-year investigation into the COVID-19 pandemic and released a final report titled "*After Action Review of the COVID-19 Pandemic: The Lessons Learned and a Path Forward.*" The final report was designed to "serve as a road map for Congress, the Executive Branch, and the private sector to prepare for and respond to future pandemics:"

---

[93] MCM-Related Counterterrorism Legislation. FDA.gov. https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/mcm-related-counterterrorism-legislation.

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

"Members and staff have exposed high-level corruption in America's public health system, confirmed the most likely origin of the pandemic, held COVID-19 bad actors publicly accountable, fostered bipartisan consensus on consequential pandemic-era issues, and more…. COVID-19 most likely emerged from a laboratory in Wuhan, China."[94]

76.    (U/OSINT)  On January 19, 2025, President Biden issued to Defendant Anthony Fauci, former NIAID Director:

"A FULL AND UNCONDITIONAL PARDON
FOR ANY OFFENSES against the United States which he may have committed or taken part in during the period from January 1, 2014, through the date of this pardon arising from or in any manner related to his service as Director of the National Institute of Allergy and Infectious Diseases, as a member of the White House Coronavirus Task Force or the White House COVID-19 Response Team, or as Chief Medical Advisor to the President."[95] See Plaintiffs' Exhibit 4.

77.    (U/OSINT)  On February 23, 2025, McCray, on behalf of himself and all other Americans similarly situated, filed a Class Action Tort Claim for persistent chronic threat harms and serious bodily injuries based upon Congress's finding that the virus that infects Plaintiffs, "most likely emerged from a laboratory in Wuhan, China" and possesses a biological characteristic that is not found in nature. See Plaintiffs' Exhibit 1.

---

[94] *FINAL REPORT: COVID Select Concludes 2-Year Investigation, Issues 500+ Page Final Report on Lessons Learned and the Path Forward.* December 2, 2024. Available from https://oversight.house.gov/release/final-report-covid-select-concludes-2-year-investigation-issues-500-page-final-report-on-lessons-learned-and-the-path-forward/; https://oversight.house.gov/wp-content/uploads/2024/12/2024.12.04-SSCP-FINAL-REPORT-ANS.pdf.
[95] Available from https://www.justice.gov/pardon/media/1385746/dl?inline.

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

78.    (U/OSINT)  On or about April 19, 2025, web searches for links to the webpage "COVID-19 Community Corps" were redirected to the White House's official COVID-19 website titled *"Lab Leak: The True Origins of COVID-19."*[96]

79.    (U/OSINT)  On this website, the White House highlighted the words, *"for any offenses,"* when referring to the **FAUCI** Pardon. One putative class member, "Cody Vinyl," was under the impression that this animation of the website appeared to be "breathing", like "it's alive."

80.    (U/OSINT)  If true, as the White House's website claims, that "[t]he virus possesses a biological characteristic that is *not found in nature*... [and that] if there was evidence of a natural origin it would have *already surfaced,*" such claims would be consistent with the many unknown crimes for which **FAUCI** was given a very broad preemptive Pardon.

81.    (U/OSINT)  On April 16, 2026, the United States filed an Indictment against David M. Morens ("Morens"), a senior advisor to Fauci, for his role in a scheme to evade Freedom of Information Act (FOIA) requests in connection with COVID-19 research grants, among other things.[97] See Plaintiffs' Exhibit 3.

---

[96]Available from https://www.whitehouse.gov/lab-leak-true-origins-of-covid-19/
[97] *Former Senior NIAID Official Indicted for Concealing Federal Records During COVID-19 Pandemic.* April 28, 2026. Available from https://www.justice.gov/opa/pr/former-senior-niaid-official-indicted-concealing-federal-records-during-covid-19-pandemic-0; https://storage.courtlistener.com/recap/gov.uscourts.mdd.603874/gov.uscourts.mdd.603874.1.0_3.pdf; *The Fauci Pardon and the Morens Indictment.* Available from https://fauci-brief-cpjfjbya.manus.space/.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

82. (U/OSINT) Morens studied the ancient plagues. As a senior advisor to Fauci, Morens counseled Fauci on senior-level policies, developed recommendations and solutions for issues impacting the NIH, and wrote and edited manuscripts. Morens also provided guidance and expertise to senior staff members on epidemiological studies and issues related to infectious disease planning and management.

83. (U/OSINT) Additionally, Morens gathered information from grantees and others in the scientific community to establish facts about the nature of coronavirus research; assist in formulating policy and procedures; and brief Fauci so Fauci could then relay information to the President, Congress, and the public.

## VII. THE BHATTACHARYA ATTACKS AND THE SANCTUARY OF THE CHINA/CCP BIOLABS IN CALIFORNIA & NEVADA

84. (U/OSINT) During the human immunodeficiency virus ("HIV") panic of the 1980s, the DOE's Los Alamos National Laboratory ("LANL"), "under the supervision of Dr. Harold W. Jaffe"[98] (CDC Atlanta),[99] succeeded in matching the DNA of Florida dentist Dr. David Acer's HIV to his victims.[100] Subsequent to this

---

[98] Callwood, June. *Trial Without End: A Shocking Story of Women and AIDS* (1996). Page 143. Knopf Canada. ISBN: 9780345398260, 0345398262.

[99] Available from https://www.cdc.gov/os/aboutus/harold-jaffe.htm.

[100] *"Dispute over 60 Minutes report intensifies."* Tampa Bay Times. Published Dec. 2, 1994. Updated Oct. 7, 2005. Available from https://www.tampabay.com/archive/1994/12/02/dispute-over-60-minutes-report-intensifies/; Palca, Joseph. *"CDC closes the case of the Florida dentist."* Science, vol. 256, no. 5060, 22 May 1992, pp. 1130+. Gale Academic OneFile, link.gale.com/apps/doc/A12325951/AONE?u=oregon_oweb&sid=googleScholar&xid=6b686fef. Accessed 10 Aug. 2024 (With the help of Gerald Myers, who had assembled an HIV sequence database at Los Alamos, CDC scientists performed "signature analysis" of the amino acid

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

finding, the CDC concluded its research with LANL and published the results in July 1990 without further verification or follow-up.[101]

85.    (U/OSINT)  In a 2021 PowerPoint presentation,[102] Thomas Desautels ("Desautels"), Computational Engineering Division, Lawrence Livermore National Laboratory ("LLNL"), relied on the science of viral reproduction, previously understood by the CDC and the LANL during their research of the Dr. David Acer's HIV, to support his platform for a "novel autonomous, ML-driven system that performs in-silico biomolecular design at scale using HPC" to design "therapeutic antibodies and vaccine antigens."

86.    (U/OSINT)  In his presentation, Desautels explained how viruses reproduce by entering and hijacking host cells and postulated that "[i]f we could stop viral entry, we could stop the viral cycle" and that "[n]eutralizing antibodies can stop viral entry." Desautels' postulations were found to be consistent with peer-reviewed

---

sequences in the V3 region among all the viruses they had collected and found the "virus from the dentist and his five patients seemed to group together, separate from the rest of the viral pool."); "1990: The Angry Death of Kimberly Bergalis." The Slate Group. Available from https://slate.com/podcasts/one-year/s6/1990/e5/kimberly-bergalis-david-acer-aids-dentist.

[101] Available from https://en.wikipedia.org/wiki/David_J._Acer. See also Callwood, June. Trial Without End: A Shocking Story of Women and AIDS (1996). Pp. 143, 236. Knopf Canada. ISBN: 9780345398260, 0345398262.

[102] "Creating a platform for rapid computational antibody design via machine learning, HPC, and laboratory experimentation." LLNL Data Science Institute Workshop: AI in Healthcare. Lawrence Livermore National Laboratory. March 25, 2021. Available from https://data-science.llnl.gov/sites/data_science/files/2021-07/desautels_creating_a_platform_for_rapid_computational_antibody_design_via_ml_hpc_lab.pdf.

80

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

literature: for a virus to persist, a "reservoir" must exist, i.e., a particular tissue or cell that is host to viral genetic material or ongoing viral replication must exist.[103]

---

[103] (1) Proal, A.D., VanElzakker, M.B., Aleman, S. et al. *SARS-CoV-2 reservoir in post-acute sequelae of COVID-19 (PASC)*. Nat Immunol 24, 1616–1627 (2023). https://doi.org/10.1038/s41590-023-01601-2. Available from https://www.nature.com/articles/s41590-023-01601-2

(2) Michael J. Peluso, et al., *Tissue-based T cell activation and viral RNA persist for up to 2 years after SARS-CoV-2 infection.* DOI: 10.1126/scitranslmed.adk32, 3 Jul 2024 Vol 16, Issue 754. Available from https://www.science.org/doi/10.1126/scitranslmed.adk3295

(3) Zuo W, He D, Liang C et al. *The persistence of SARS-CoV-2 in tissues and its association with long COVID symptoms: a cross-sectional cohort study in China.* The Lancet Infectious Diseases, 2024; 24, 845-855. Available from https://www.thelancet.com/journals/laninf/article/PIIS1473-3099%2824%2900171-3/fulltext

(4) Mary Van Beusekom. *SARS-CoV-2 RNA can persist in blood, tissue, may play role in long COVID, research suggests.* University of Minnesota. March 8, 2024. Available from https://www.cidrap.umn.edu/covid-19/sars-cov-2-rna-can-persist-blood-tissue-may-play-role-long-covid-research-suggests

(5) *Why viral reservoirs are a prime suspect for long COVID sleuths.* European AIDS Treatment Group. May 2, 2023. Available from https://www.eatg.org/hiv-news/why-viral-reservoirs-are-a-prime-suspect-for-long-covid-sleuths/

(6) Prakash S, Karan S, Lekbach Y, Tifrea DF, Figueroa CJ, Ulmer JB, Young JF, Glenn G, Gil D, Jones TM, Redfield RR, BenMohamed L. *Insights into Persistent SARS-CoV-2 Reservoirs in Chronic Long COVID.* Viruses. 2025 Sep 27;17(10):1310. doi: 10.3390/v17101310. PMID: 41157582; PMCID: PMC12568064. Available from https://pmc.ncbi.nlm.nih.gov/articles/PMC12568064/.

(7) Stein, S.R., Ramelli, S.C., Grazioli, A. et al. *SARS-CoV-2 infection and persistence in the human body and brain at autopsy.* Nature 612, 758–763 (2022). https://doi.org/10.1038/s41586-022-05542-y. Available from https://www.nature.com/articles/s41586-022-05542-y

(8) Valencak TG, Csiszar A, Szalai G, Podlutsky A, Tarantini S, Fazekas-Pongor V, Papp M, Ungvari Z. *Animal reservoirs of SARS-CoV-2: calculable COVID-19 risk for older adults from animal to human transmission.* Geroscience. 2021 Oct;43(5):2305-2320. doi: 10.1007/s11357-021-00444-9. Epub 2021 Aug 30. PMID: 34460063; PMCID: PMC8404404. Available from https://pmc.ncbi.nlm.nih.gov/articles/PMC8404404/

(9) Jackson, C.B., Farzan, M., Chen, B. et al. *Mechanisms of SARS-CoV-2 entry into cells.* Nat Rev Mol Cell Biol 23, 3–20 (2022). https://doi.org/10.1038/s41580-021-00418-x. Available from https://www.nature.com/articles/s41580-021-00418-x

(10) Sara Cherry PhD., et al. *Long COVID: Defining the viral RNA reservoir in the gastrointestinal tract.* Available from https://polybio.org/projects/long-covid-defining-the-viral-rna-reservoir-in-the-gastrointestinal-tract/

(11) Lupi L, Vitiello A, Parolin C, Calistri A, Garzino-Demo A. *The Potential Role of Viral Persistence in the Post-Acute Sequelae of SARS-CoV-2 Infection (PASC).* Pathogens. 2024 May

81

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

8;13(5):388. doi: 10.3390/pathogens13050388. PMID: 38787240; PMCID: PMC11123686. Available from https://pmc.ncbi.nlm.nih.gov/articles/PMC11123686/

(12) Bill Shaw. *Reservoirs of SARS-CoV-2 and their potential role in Long COVID*. World Socialist Web Site. September 11, 2023. Available from https://www.wsws.org/en/articles/2023/09/12/vbai-s12.html

(13) Buonsenso D, Tantisira K. *Long COVID and SARS-CoV-2 persistence: new answers, more questions*. The Lancet Infectious Diseases, 2024; 24, 796-798. April 22, 2024. Available from https://www.thelancet.com/journals/laninf/article/PIIS1473-3099%2824%2900216-0/fulltext; https://www.thelancet.com/action/showPdf?pii=S1473-3099%2824%2900216-0

(14) *Hidden reservoir revealed: Extracellular vesicles could be potential source of COVID recurrence*. News-Medical. December 14, 2023. Available from https://www.news-medical.net/news/20231214/Hidden-reservoir-revealed-Extracellular-vesicles-could-be-potential-source-of-COVID-recurrence.aspx#:~:text=Even%20individuals%20deemed%20virus%2Dfree%20by%20conventional%20tests%2C,to%20a%20previously%20unrecognized%20route%20of%20transmission.

(15) Proal A, Aleman S, Bomsel M et al. *Targeting the SARS-CoV-2 reservoir in long COVID*. The Lancet Infectious Diseases, 2025; 25, e294-e306. Available from https://www.thelancet.com/journals/laninf/article/PIIS1473-3099%2824%2900769-2/fulltext

(16) *Does Paxlovid Reduce Long COVID Symptoms? Yale-Led Trial Finds Out*. Yale School of Medicine. April 03, 2025. Available from https://medicine.yale.edu/news-article/does-paxlovid-reduce-long-covid-symptoms-yale-led-trial-finds-out/

(17) *Ensitrelvir for Viral Persistence and Inflammation in People Experiencing Long COVID*. Available from https://clinicaltrials.ucsf.edu/trial/NCT06161688

(18) *RECOVER-VITAL Clinical Trial*, https://trials.recovercovid.org/vital

(19) *What We're Learning About Long COVID: Updates from the PNW RECOVER Town Hall*. Institute for Systems Biology. November 19, 2025. Available from https://isbscience.org/news/isb-events/what-were-learning-about-long-covid-updates-from-the-pnw-recover-town-hall/

(20) Betsy Ladyzhets. *No "easy home runs": Early Long COVID trials of Paxlovid and monoclonal antibodies failed, but the treatments still have potential*. The Sick Times. August 12, 2025. Available from https://thesicktimes.org/2025/08/12/no-easy-home-runs-early-long-covid-trials-of-paxlovid-and-monoclonal-antibodies-failed-but-the-treatments-still-have-potential/.

(21) *13 Things To Know About Paxlovid, the COVID-19 Pill*. Yale Medicine. December 11, 2025. Available from https://www.yalemedicine.org/news/13-things-to-know-paxlovid-covid-19

(22) *COVID antiviral speeds recovery but doesn't reduce hospitalisation in vaccinated patients, trials find*. University of Oxford Medical Sciences Division. 23 April 2026. Available from https://www.medsci.ox.ac.uk/news/paxlovid-vaccinated-adults-panoramic-trial-results

(23) *Paxlovid found ineffective for long COVID relief in new trial*. Yale University. April 7, 2025. Available from https://www.news-medical.net/news/20250407/Paxlovid-found-ineffective-for-long-COVID-relief-in-new-trial.aspx

(24) *Stanford Medicine trial:15-day Paxlovid regimen safe but adds no clear long-COVID benefit*. EurekAlert! June 07, 2024. Available from https://firstwordpharma.com/story/5865018

(25) RECOVER Research Update: December 2025. December 3, 2025. Available from https://recovercovid.org/news/recover-research-update-december-2025

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

87.    (U/OSINT)  In the context of SARS-CoV-2, "hiding" refers to viral persistence, i.e., the continued presence of viral genetic material or proteins in the body long after a person tests negative on a standard nasal swab. This type of "persistence" is a leading theory behind "Long COVID."

88.    (U/OSINT)  SARS-CoV-2 is not just a respiratory virus. This virus hides, disseminates and or lingers in anatomical reservoirs/multiple "sanctuary sites" throughout the body:

> (1) Gastrointestinal (GI) Tract. The gut is a major reservoir due to its high density of ACE2 receptors. Viral RNA and proteins have been detected in the colon, appendix, and small intestine for up to 7 months;
> (2) The Brain and Nervous System. Autopsy studies have found viral RNA throughout the brain, including the brainstem, as late as 230 days after symptoms began;
> (3) Lymphatic Tissues. Tonsils and adenoids are significant sites where the virus can remain active, especially in children; and

---

(26) R3 Seminar Recap: Effectiveness of Paxlovid in Protecting Against Long COVID: EHR Insights. April 24, 2025. Available from https://recovercovid.org/r3-seminar-series/effectiveness-paxlovid-protecting-against-long-covid-ehr-insights#:~:text=In%20the%20group%20of%20patients%20found%20to,reduction%20in%20risk%20for%20developing%20Long%20COVID.

(27) Cort Johnson. Takeaways From the Big Long COVID Clinical Trials. Health Rising. April 21, 2026. Available from https://www.healthrising.org/blog/2026/04/21/long-covid-clinical-trials-immunomudulatory-chronic-fatigue/

(28) Pridgen WL, Putrino D. Patient-reported improvements from use of IMC-2 alone and IMC-2 and Paxlovid® in a Long COVID cohort: a case series. Front Immunol. 2026 Jan 5;16:1698271. doi: 10.3389/fimmu.2025.1698271. PMID: 41562079; PMCID: PMC12812670. Available from https://pmc.ncbi.nlm.nih.gov/articles/PMC12812670/

(29) Guo J, Li L, Wu Q, Li H, Li Y, Hou X, Yang F, Qin Z. Detection and predictors of anti-SARS-CoV-2 antibody levels in COVID-19 patients at 8 months after symptom onset. Future Virol. 2021 Oct;0(0):10.2217/fvl-2021-0141. doi: 10.2217/fvl-2021-0141. Epub 2021 Nov 12. PMID: 34804188; PMCID: PMC8596336. Available from https://pmc.ncbi.nlm.nih.gov/articles/PMC8596336/.

83

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

(4) Connective Tissue and Blood. Viral fragments have been found in connective tissue for over 2 years and circulating in blood plasma for more than a year.

89.    (U/OSINT)  SARS-CoV-2 uses several strategies or biological mechanisms to evade the immune system and persist:

(1) Extracellular Vesicles (EVs). The virus may hide inside tiny cellular packages called extracellular vesicles, allowing it to travel and infect new cells while remaining "invisible" to standard immune detection.

(2) Cell-to-Cell Spread. Evidence suggests the virus can move directly between cells, potentially bypassing the neutralizing antibodies that patrol the bloodstream.

(3) Incomplete Clearance. In some individuals, particularly those who were severely ill or are immunocompromised, the immune system simply fails to fully eliminate the virus, leaving behind small "pools" of infected cells; and

(4) Antigen "Afterlife." Even when the virus is not fully replicating, persistent pieces like the Spike protein can stay stuck in tissues, causing a "chronic threat" by constantly triggering inflammation and immune exhaustion.

90.    (U/OSINT)  The persistent nature of SARS-CoV-2 causes several symptoms that develop into the following chronic threats:

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)



Some of the most prevalent symptoms of Long COVID

91.    (U/OSINT)  The CDC and the labs at LANL and LLNL established an awareness of the fact that each human host, once infected by a virus, produces their own unique variants of the virus that caused the initial infection, and that such variant is traceable back to the individual, as was the case with Dr. Acer.

92.    (U/OSINT)  A forensic test similar to the one used by the CDC and the LANL was developed by Canadian Dr. Michael Montpetit ("Montpetit") for the trial of Charles Sseyonga[104] ("Sseyonga").

93.    (U/OSINT)  On April 19, 1993, Montpetit testified that during the process of matching the DNA of Sseyonga's HIV to that of his victims, he detected in the

---

[104] *R. v. Ssenyonga,* 1993 CanLII 14680 (ON SC), https://canlii.ca/t/gbr1w, retrieved on 2023-07-30.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

blood sample of one of the female victims, "not only the Sseyonga virus but also the 'daughter of the virus.' What he meant was that her infection was so established that the initial virus had mutated to form a different, but recognizably related, strain."[105]

94.    (U/OSINT)  In his summary of the HIV DNA evidence presented against Sseyonga by Dr. Montpetit, the Honorable Judge Dougald Robert McDermid (1990-1999), Ontario Court of Justice (General Division) found that:[106]

> "There is evidence resulting from Deoxyribonucleic Acid (DNA) analysis that:
>
> 1.    all the complainants and the accused are infected with the same strain of HIV-1;
>
> 2.    that strain belongs to a family that is extremely rare in North America;
>
> 3.    none of the complainants is infected with more than one strain of HIV."

95.    (U/OSINT)  During the first quarter of 2020, Jay Bhattacharya, MD, PhD, who currently serves as Director, National Institutes of Health and Acting Director, CDC, coauthored a SARS-COV-2 antibodies study.[107]

---

[105] *Id.* Callwood at 296.

[106] *R. v. Ssenyonga,* 1993 CanLII 14680 (ON SC), https://canlii.ca/t/gbr1w, retrieved on 2023-07-30.

[107] Sood N, Simon P, Ebner P, Eichner D, Reynolds J, Bendavid E, Bhattacharya J. *Seroprevalence of SARS-CoV-2-Specific Antibodies Among Adults in Los Angeles County, California, on April 10-11, 2020.* JAMA. 2020 Jun 16;323(23):2425-2427. doi: 10.1001/jama.2020.8279. PMID: 32421144; PMCID: PMC7235907. Available from https://pmc.ncbi.nlm.nih.gov/articles/PMC7235907/; https://jamanetwork.com/journals/jama/fullarticle/2766367.

86

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

96.    (U/OSINT)  The Bhattacharya study was approved by the Los Angeles County Department of Public Health Institutional Review Board; used a lateral flow immunoassay test, approved by the U.S. Food and Drug Administration ("FDA")[108] and was manufactured to test for SARS-CoV-2-specific antibodies. Prior written informed consent was obtained from each participant in the study.

97.    (U/OSINT)  Manufactured opposition to the Bhattacharya study was swift. Scientific literature, including manufactured analyses by statistician Andrew Gelman[109] and reporting in Science, indicated that the Bhattacharya seroprevalence study overestimated infection rates due to recruitment bias and test inaccuracies. Formal, manufactured critiques appeared in Columbia University, *"CHANCE,"*

---

[108] Martin A Makary, MD, MPH, is currently serving as the Commissioner of the FDA.

[109] Andrew Gelman is a professor of statistics and political science at Columbia University. He has received the Outstanding Statistical Application award three times from the American Statistical Association, the award for best article published in the American Political Science Review, the Mitchell and DeGroot prizes from the International Society of Bayesian Analysis, and the Council of Presidents of Statistical Societies award. His books include Bayesian Data Analysis (with John Carlin, Hal Stern, David Dunson, Aki Vehtari, and Donald Rubin), Teaching Statistics: A Bag of Tricks (with Deborah Nolan), Data Analysis Using Regression and Multilevel/Hierarchical Models (with Jennifer Hill), Red State, Blue State, Rich State, Poor State: Why Americans Vote the Way They Do (with David Park, Boris Shor, and Jeronimo Cortina), A Quantitative Tour of the Social Sciences (co-edited with Jeronimo Cortina), and Regression and Other Stories (with Jennifer Hill and Aki Vehtari).

Andrew has done research on a wide range of topics, including: why it is rational to vote; why campaign polls are so variable when elections are so predictable; the effects of incumbency and redistricting; reversals of death sentences; police stops in New York City, the statistical challenges of estimating small effects; the probability that your vote will be decisive; seats and votes in Congress; social network structure; arsenic in Bangladesh; radon in your basement; toxicology; medical imaging; and methods in surveys, experimental design, statistical inference, computation, and graphics. Available from https://sites.stat.columbia.edu/gelman/.

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

Science, and Public Health Ontario.[110] These manufactured critiques focused on low test specificity and non-representative sampling as cause for the inflated findings.

---

[110] Andrew Gelman. Column Editor. *Assessing Evidence vs. Truth in the Coronavirus Pandemic* [Ethics and Statistics]. Columbia University, VOL. 33.3, 2020. Available from https://www.tandfonline.com/doi/epdf/10.1080/09332480.2020.1820254?needAccess=true; Andrew Gelman. *Concerns with that Stanford study of coronavirus prevalence.* Columbia University. April 19, 2020. Available from https://statmodeling.stat.columbia.edu/2020/04/19/fatal-flaws-in-stanford-study-of-coronavirus-prevalence/; Andrew Gelman. *Updated Santa Clara coronavirus report.* Columbia University. April 30, 2020. Available from https://statmodeling.stat.columbia.edu/2020/04/30/updated-santa-clara-study-of-coronavirus-infection/; Andrew Gelman. *Simple Bayesian analysis inference of coronavirus infection rate from the Stanford study in Santa Clara county.* Columbia University. May 1, 2020. Available from https://statmodeling.stat.columbia.edu/2020/05/01/simple-bayesian-analysis-inference-of-coronavirus-infection-rate-from-the-stanford-study-in-santa-clara-county/; Gretchen Vogel. *Antibody surveys suggesting vast undercount of coronavirus infections may be unreliable.* Science. April 21, 2020. Available from https://www.science.org/content/article/antibody-surveys-suggesting-vast-undercount-coronavirus-infections-may-be-unreliable; Kelly Servick, Martin Enserink. *A mysterious company's coronavirus papers in top medical journals may be unraveling.* Science. June 2, 2020. Available from https://www.science.org/content/article/mysterious-company-s-coronavirus-papers-top-medical-journals-may-be-unraveling; Nita Bharti. *Controlling the coronavirus narrative.* Science. August 14, 2020, Vol 369, Issue 6505. Available from https://www.science.org/doi/10.1126/science.abd3662; See also Jon Cohen. *The coronavirus may shut down the immune system's vital classrooms.* Science. August 25, 2020. Available from https://www.science.org/content/article/coronavirus-may-shut-down-immune-system-s-vital-classrooms; Jon Cohen. *The coronavirus may sometimes slip its genetic material into human chromosomes—but what does that mean?* Science. December 16, 2020. Available from https://www.science.org/content/article/coronavirus-may-sometimes-slip-its-genetic-material-human-chromosomes-what-does-mean.; Public Health Ontario Canada. *Review of "Seroprevalence of SARS-CoV-2-specific antibodies among adults in Los Angeles County, California, on April 10-11, 2020".* May 23, 2020. Available from https://www.publichealthontario.ca/-/media/documents/ncov/research/2020/05/research-sood-jama-seroprevalence-of-sars-cov-2-specific-antibodies.pdf; Andrew Gelman and Bob Carpenter. *Bayesian analysis of tests with unknown specificity and sensitivity.* Columbia University. July 8, 2020 Available from https://sites.stat.columbia.edu/gelman/research/published/specificity.pdf; Gelman A, Carpenter B. *Bayesian Analysis of Tests with Unknown Specificity and Sensitivity.* J R Stat Soc Ser C Appl Stat. 2020 Aug 13;69(5):1269-1283. doi: 10.1111/rssc.12435. PMID: 37252679; PMCID: PMC10016948. Available from https://pmc.ncbi.nlm.nih.gov/articles/PMC10016948/.

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

98.    (U/OSINT)  The manufactured opposition studies did not address the fact that the Bhattacharya study was approved by a California regulatory body, while the antibody test was approved by the FDA, an agency within the USPHS system.

99.    (U/OSINT)  When the dust settled from the manufactured opposition, the Bhattacharya study continued to confirm the fact that the collected seroprevalence data from the presence of antibodies revealed exposure histories, premortem intelligence and epistemic risks, often missing from standard diagnostic infection case counts. The results were simple: infections in Los Angeles County were significantly higher than confirmed infection case counts based on the presence of antibodies in the tested community. Bhattacharya's core finding regarding infection undercounting remained substantiated.

100.    (U/OSINT)  For years, an illegal alien from China, together with other nationals of China, operated a secret/clandestine biolab located at 850 I Street, Reedley, California 93654. The Superseding Indictment, Plaintiffs' Exhibit 9, while identifying the illegal alien as "JIA BEI ZHU", aka Jesse Zhu, Qiang He, and David He, and his coconspirator as "ZHAOYAN WANG," makes no mention of the Reedley Biolab's association with illegal alien "JIA BEI ZHU" and the charges in the Indictment.

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

101.  (U/OSINT)  Congressional investigators and the House Select Committee on the Chinese Communist Party ("CCP"), documented how the Reedley Biolab[111] operated under the direction and control of JIA BEI ZHU, who maintained an association with "PRC-government linked companies," and who was "currently wanted in Canada for contempt of court, where he is the subject of a CAD $330 million judgment for stealing American intellectual property."

102.  (U/OSINT)  Both the Indictment and the Congressional Investigation do not mention the fact that the illegal Reedley Biolab, depending upon the precise, central point in Reedley, California, was situated within a 1,000-mile radius that would technically affect the countries of the United States, Canada and Mexico and the States of Arizona, California, Colorado, Idaho, Kansas, Nebraska, Nevada, New Mexico, Oklahoma, Oregon, South Dakota, Texas, Utah and Washington during a "lab leak" from the facility:

///

///

///

///

---

[111] Select Committee on the Chinese Communist Party. *Investigation Into the Reedley Biolab.* Available from https://chinaselectcommittee.house.gov/sites/evo-subsites/selectcommitteeontheccp.house.gov/files/evo-media-document/scc-reedley-report-11.15.pdf.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

103. (U/OSINT) Based on 2020-2025 estimates, the combined population of the 14 states located within a 1,000-mile radius from Reedley, California is approximately 135-140 million, driven heavily by California (39.4 million) and Texas (31.3 million). This group represents over one-third of the total U.S. population.

104. (U/OSINT) The 1,000-mile radius from Reedley includes the highest concentration of military personnel and their families and installations in the United States. Key military Areas within 1000 Miles, includes:

- California (44+ installations, 157,000+ personnel): Including [NAS Lemoore] (near Reedley), [Camp Pendleton], [Naval Base San Diego], [Travis AFB], [Edwards AFB], and [Vandenberg SFB].
- Washington (57,000+ personnel): [Joint Base Lewis-McChord], [Naval Station Everett], [NSB Bangor].
- Arizona (16,000+ personnel): [Luke AFB], [Davis-Monthan AFB], [Fort Huachuca].

91

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

- Nevada (11,000+ personnel): [Nellis AFB], [NAS Fallon].
- Utah/Colorado (40,000+ combined): [Hill AFB], [Fort Carson], [US Air Force Academy].

Key Regional Hubs within 1000 miles includes:

- Naval Base San Diego: The largest naval base in the Western U.S.
- Marine Corps Base Camp Pendleton: Primary Marine Corps base on the West Coast.
- Joint Base Lewis-McChord: Major Army/Air Force base in Washington.

The 1000-mile radius also includes substantial Reserve and National Guard forces, along with hundreds of thousands of civilian employees.

105.   (U/OSINT)  According to Las Vegas Sheriff and FBI reports, Zhu maintained a second biolab in a home located on Sugar Springs Drive, Las Vegas, NV 89110. A 1,000-mile radius from this home would add North Dakota to the 14 States, which has a population estimated at approximately 799,400 to 805,300 as of early 2026.

106.   (U/OSINT)  Yahoo! News, citing Fox News as its source for information on the Las Vegas biolab, published a photograph claiming a lab "leak" occurred at the "Chinese-linked biolab in Reedley":[112]

---

[112] Stepheny Price. *California businessman found guilty of selling faulty COVID tests, defrauding customers.* Yahoo! News. May 6, 2026. Available from https://www.yahoo.com/news/articles/california-businessman-found-guilty-selling-194227397.html.

92

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)



Inside the Chinese-linked biolab in Reedley, California, where a leak occurred.

107. (U/OSINT) The serious threat to the health and safety of humans, animals and the environment in the 15 States is exemplified by the following relevant information extracted from Congress's "Introduction" to the CCP/China-controlled secret biolab found in Reedley, California, but was excluded from the Indictment:

"In December 2022, Code Enforcement Officer Jesalyn Harper noticed a green garden hose sticking out of a hole drilled into the side of a warehouse located at 850 I Street, right in the heart of Reedley, California. Reedley is a rural town of 26,000 residents. The hose was a clear violation of Reedley's building code in a building known to be vacant for over a decade. She walked around to the front of the warehouse and knocked on the door. Officer Harper showed her badge and asked to enter the site. Upon entering, Officer Harper found a vast warehouse filled with laboratory equipment, manufacturing devices, and what appeared to be medical-grade freezers. She observed several individuals who identified themselves as PRC nationals wearing white lab coats, glasses, masks, and latex gloves working inside. As she stepped further into the warehouse, she noticed that some of the freezers and containment units had glass doors. Inside, she saw thousands of vials of biological substances. Many were unlabeled.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Others were labeled in a foreign language later identified as Mandarin. Others still were labeled in some kind of code. A few of the vials, however, had labels in English. Some of these labels listed substances that Officer Harper at the time did not recognize. She did, however, recognize the names listed on several labels, such as HIV.

Officer Harper continued down the hallways of freezers and laboratory equipment to find the source of the green garden hose. What she found was a makeshift storage room emanating a foul odor. Inside were approximately 1,000 laboratory mice in crowded conditions. Officer Harper would later learn that these were transgenic mice, specifically genetically modified and bred to simulate the human immune system for the purpose of laboratory experimentation. On future inspections, she also saw that the mice were unwell and abused, with fraying hair, rashes, and distended bellies.

Officer Harper knew that this warehouse was not licensed or permitted for any laboratory functions. She also knew that there were over a half-dozen other building code violations that she spotted in her brief walk inside the building. What Officer Harper did not know, however, was that her investigation of this green garden hose would uncover a laboratory filled with thousands of vials containing pathogens and other unknown biological and chemical substances."

108.    (U/OSINT)  At page 11, Congress reported the following observation:

After significant effort, local officials were able to convince the CDC to inspect the Reedley Biolab. CDC arrived on site on May 2, 2023 and finished the onsite support on May 4. Upon reviewing the site, the CDC reported, based on existing labels, that the facility contained "at least 20 potentially infectious agents," including HIV, Tuberculosis, and the deadliest known form of Malaria [and "syphilis panels" (12-May-2021)]". The CDC specifically listed the following pathogens:

Potentially infectious bacterial agents present:
- *Chlamydia trachomatis*
- *E. coli (recombinant strains)*
- *Helicobacter pylori*
- *Mycobacterium tuberculosis*
- *Mycoplasma pneumoniae and general Mycoplasma species*
- *Neisseria meningitidis*

94

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

- *Nostoc species*
- *Sphingobacterium heparinum*
- *Streptococcus pneumoniae and Streptococcus species*
- *Toxoplasma gondii*[113]

Potentially infectious viral agents:
- Hepatitis B virus
- Hepatitis C virus
- Dengue virus
- Human Immunodeficiency Virus (HIV) 1 and 2 [2006-5-16]
- Human Herpes virus 1 (Herpes simplex virus)
- Human Herpes virus 5 (Human Cytomegalovirus)
- Respiratory Syncytial virus
- Rubella virus
- Severe Acute Respiratory Syndrome Coronavirus 2 (SARS-CoV-2) [11-18-2020]

Potentially infectious parasites:
- Malaria (believed to be *P. falciparum* from Nigeria from the year 2000)

109.    (U/OSINT)  At page 34, Congress reported the following observation:

"The apparent presence of Ebola samples at the Reedley Biolab is the clearest example of the lack of apparent legitimate (or even profit-motivated criminal) motive in the operation of the illegal facility. The need for Ebola tests is minimal and the potential market is extremely

---

[113] *Toxoplasma gondii* is a species of parasitic alveolate that causes toxoplasmosis. Found worldwide, *T. gondii* is capable of infecting virtually all warm-blooded animals, but members of the cat family (Felidae) are the only known definitive hosts in which the parasite may undergo sexual reproduction. In rodents, *T. gondii* alters behavior in ways that increase the rodents' chances of being preyed upon by felids. Support for this "manipulation hypothesis" stems from studies showing that *T. gondii*-infected rats have a decreased aversion to cat urine while infection in mice lowers general anxiety, increases explorative behaviors and increases a loss of aversion to predators in general. Because cats are one of the only hosts within which *T. gondii* can sexually reproduce, such behavioral manipulations are thought to be evolutionary adaptations that increase the parasite's reproductive success since rodents that do not avoid cat habitations will more likely become cat prey. The primary mechanisms of *T. gondii*–induced behavioral changes in rodents occur through epigenetic remodeling in neurons that govern the relevant behaviors. Source: Wikipedia. *Toxoplasma gondii*. Available from https://en.wikipedia.org/wiki/Toxoplasma_gondii.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

small. Experimenting with Ebola (even for benign purposes) is very dangerous—case fatality rates for Ebola have ranged between 25-90% in past outbreaks. Handling Ebola requires a Biosafety Level 4 (BSL-4) facility, "the highest level of biological safety." Only a few laboratories in the world have the equipment, licenses, and safety protocols required. The Reedley Biolab clearly does not. It is unclear how any non-BSL-4 facility, let alone the Reedley Biolab, would potentially be able to acquire this deadly pathogen in the first place." (Footnotes omitted.)

110. (U/OSINT)  At page 35, Congress reported the following observation:

"The Select Committee investigation uncovered documents and other records showing that, while Zhu was selling fraudulent kits and engaging in unknown pathogen-related activity, he was also receiving unexplained payments via wire transfer from PRC banks. In a few years, these payments totaled over $1.3 million. This number may significantly underestimate the total amount he received via suspicious payments, because the Select Committee only has access to partial data and records. These payments do not accord with Zhu's fraudulent activity, as he should have been paying money to PRC firms for the test kits and receiving payments from American individuals or companies who purchased the counterfeit test kits. These payments may be indicative of money laundering...." (Footnotes omitted.)

111. (U/OSINT)  At page 38, Congress reported the following observation:

The CDC's response was inadequate and raises serious questions about its standard practices. It is unacceptable that the CDC, according to accounts of local officials, refused to take a phone call from city and county officials concerned about [an illegal] biolab found in their region. Even if the CDC normally works through state agencies, it could have given the necessary contact information to local officials. It should not require a Member of Congress – in this case, Congressman Jim Costa – to personally call the CDC or any other federal agency for them to provide meaningful support.
The CDC's refusal to test any samples is likewise baffling. The CDC observed in its own reporting that "[t]housands of vials had unclear labeling, coded labeling, or no identifications," that biohazard signs

96

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

were around many of these unlabeled vials, and that the labeled vials included Risk Group 2 and 3 pathogens. Despite the probability that the unlabeled or coded vials contained additional unknown and dangerous pathogens, CDC officials refused to take any further investigative steps. The fact that they seemingly took the word of biolab operators and noted fraudsters and concluded that the named labels are wholly correct is also strange. It is entirely within the realm of probability that the vials of *Toxoplasmi gondii,* for instance, were filled with an entirely different and potentially far more dangerous pathogen. Because of this, the Select Committee—and, more importantly, the American people—can never resolve what pathogens Zhu and the Reedley Biolab possessed." (Footnotes omitted.) (See also Plaintiffs' Exhibit 8.)

112.    (U/OSINT)  In the case of the "vials of *Toxoplasmi gondii,*" Congress opined that these vials could have been "filled with an entirely different and potentially far more dangerous pathogen. Because of this, the Select Committee—and, more importantly, the American people—can never resolve what pathogens Zhu and the Reedley Biolab possessed." This opinion is capable of being extended to include injecting *Toxoplasmi gondii* into humanized mice to determine whether the parasite is capable of altering human behavior by making children and women more susceptible to sex predators, or males and females more susceptible to change their behavior and adopt the opposite sex, such as "transgender,"[114]  which is an umbrella term for people whose gender identity or expression differs from the sex they were

---

[114] *Glossary of Terms: Transgender.* GLAAD Media Reference Guide. 11th Edition. Available from https://glaad.org/reference/trans-terms/.

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

assigned at birth, regardless of whether they undergo medical procedures like hormone therapy or surgery.

113.   (U/OSINT)  The House Select Committee's Reedley report includes photographs to show the refrigerators and freezers containing blood and other fluids, pathogen-labeled containers (including HIV, dengue, malaria, syphilis panels, and SARS-CoV-2), bags labeled "MDMA," "Coca," "Met," "THC," and "Amp," dead and injured mice, and more than 40 containers of biohazardous waste:



*Figure 2 - Contents of a fridge found in the Reedley Biolab, including sera and chemicals. Source: City of Reedley.*



*Figure 15 - More than 40 trash can-sized containers of biohazardous waste were removed from the Reedley Biolab after its abatement. Source: City of Reedley.*





*Figure 3 and 4 - Blood and fluids found in two of the thirty refrigerators and deep freezers of the Reedley Biolab. Source: City of Reedley.*

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)



*Figures 5, 6, and 7 - Bags labelled "MDMA," "Coca," and "Met" found in freezers in the Reedley Biolab. "Coca" and "Met" presumably mean "cocaine" and "methamphetamine," respectively. Other bags found were labelled "THC" and "Amp" (likely meaning "amphetamine"). Source: City of Reedley.*



*Figure 8 - At least ten dead mice, including at least nine decaying carcasses, were found in just one box at the Reedley Biolab. Source: City of Reedley.*

*Figure 9 - Evidence of wounds on seven mice found at the Reedley Biolab, indicating inhumane living conditions for the animals. Source: City of Reedley.*



*Figures 10-14 - Examples of pathogen-labeled containers from the Reedley Biolab. From left to right, going clockwise: dengue fever, HIV, SARS-CoV-2, syphilis, and malaria. Source: City of Reedley.*

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

114.   (U/OSINT)  The CDC, after identifying at least 20 "potentially infectious agents," still falsely concluded there was "no evidence of select agents or toxins." knowing the material would be destroyed in abatement. Likewise, although bags in freezers were labeled "MDMA," "Coca," "Met," "THC," and "Amp," there is no public confirmation that those substances were actually present. The public does not know what type of blood and body fluids were being stored. These questions remain unanswered not because they were unanswerable, but because no responsible biosafety or law-enforcement authority chose to seek answers to them.

115.   (U/OSINT)  This is a classic example of epistemic risk failure by government agencies and officials. Reduced to its simplest form, the illegal Reedley and Las Vegas Biolabs and the 15 States affected by their illegal operations, were crime scenes which were reduced to abatement/nothing to see here actions by the local officials in California and Nevada.

116.   (U/OSINT)  On May 12, 2026, White Coat Waste ("WCW"), a 501(c)(3) nonprofit organization and government watchdog, released an updated exposé on the RML and recent reportable incidents at this Federal lab:[115]

---

[115] Meg McCarney. *WCW Exposes Accidents with Deadly Viruses at NIH Animal Lab (UPDATED).* White Coat Waste. May 12th, 2026. Available from https://www.whitecoatwaste.org/blog/2026/05/12/wcw-exposes-accident-with-deadly-virus-at-nih-animal-lab/.

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

- White Coat Waste (WCW) investigations have exposed recent accidents at one of the most dangerous National Institutes of Health (NIH) animal labs in the country.
- Documents uncovered by WCW reveal that the NIH's Rocky Mountain Laboratories (RML) in Montana quietly reported that a deadly "select agent" was "released, lost, or stolen" in November 2025 and February 2026.
- WCW's exposé forced the NIH to admit that the November 2025 breach involved a lab staffer being exposed to Crimean-Congo hemorrhagic fever (CCHF) — a deadly, foreign virus that WCW previously uncovered is used by RML for maximum-pain experiments on monkeys.
- Citing WCW's investigation, an anonymous whistleblower contacted WCW alleging that the November 2025 RML accident was caused when a staffer was "bitten by an infected monkey (macaque) that was being tortured (infected and sickened with no pain mitigation)" and that the NIH was in "full coverup mode."
- In 2022, a lawsuit filed by WCW forced the NIH to release photos and videos that documented maximum-pain CCHF experiments on primates and other animals at RML.
- WCW previously revealed how RML infected primates shipped from Fauci's Monkey Island with CCHF and other deadly viruses, and how the lab bought bats from a shady roadside zoo for risky, Wuhan-tied coronavirus experiments prior to the pandemic.

117.    (U/OSINT)  On the CCHF incident in November 2025 at the RML, Jessica Abell at Ravalli Republic reported on February 18, 2026 that the NIH informed her that the incident posed no "risk to the public or to other staff":[116]

"The biological incident reported occurred when a Rocky Mountain Laboratories employee was found to be potentially exposed to

---

[116] JESSICA ABELL. *Hamilton lab employee exposed to Crimean-Congo hemorrhagic fever*. Ravalli Republic. Feb 18, 2026. Updated Mar 11, 2026. Available from https://www.montanarightnow.com/news/state/rml-employee-exposed-to-crimean-congo-hemorrhagic-fever/article_14f66264-0916-548c-bfeb-f0822dbe2db3.html?mode=nowapp.

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

Crimean-Congo hemorrhagic fever through an accidental breach of personal protective equipment," NIH told the Ravalli Republic. "The employee was immediately isolated and monitored under appropriate care at a specialized medical facility before it was confirmed that no actual exposure or transmission had occurred. At no time was there any risk to the public or to other staff."

118.   (U/OSINT)  The RML incidents, coupled with the 15 States affected by the Reedley and Las Vegas Biolabs, were potential biohazards that covered the entire contiguous or conterminous United States, which includes the District of Columbia, and excludes Hawaii and Alaska.

119.   (U/OSINT)  In all three lab incidents, the People of the United States were told there was no risk from these incidents without conducting community testing to support this official, public conclusion.

120.   (U/OSINT)  Oregon's Criminal Code, at ORS 161.015(1) and (2) (as of early 2026), defines "dangerous weapon" and "deadly weapon," respectively, as follows:

"(1) "Dangerous weapon" means any weapon, device, instrument, material or substance which under the circumstances in which it is used, attempted to be used or threatened to be used, is readily capable of causing death or serious physical injury.

(2) "Deadly weapon" means any instrument, article or substance specifically designed for and presently capable of causing death or serious physical injury."

121.   (U/OSINT)  The Oregon Supreme Court, in *State v. Hill,* 298 Or. 270, 692 P2d 100, 103 (1984), explained the difference between each "weapon":

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

"The capability of causing death or serious physical injury is the feature common to both definitions. With a deadly weapon this capability is designed into the "instrument, article or substance." A dangerous weapon, on the other hand, is defined not in terms of its attributes but in terms of its use. An object designed for another purpose may become a weapon if used in a manner rendering it capable of causing death or serious physical injury. The circumstances of its use, rather than design features, convert an object into a dangerous weapon. When use of a deadly weapon is charged, there is no need to consider the circumstances in which the weapon was used if the defendant, with requisite mental state, caused serious physical injury or death by means of the weapon. However, proof of a charge of use of a dangerous weapon requires an examination of the "circumstances in which the [instrument, article or substance] is used." See also *Acers v. United States,* 164 U.S. 388 (1896); *Saunders v. State,* 148 Miss. 685, 686-87 (Miss. 1927); *Stanul v. State,* 870 S.W.2d 29 (Tex. App. 1994); *Turner v. State,* 664 S.W.2d 86 (Tex. Crim. App. 1984); State v. Gale, 36 Or App 275, 583 P2d 1169 (1978); *State v. Lopez,* 56 Or App 179, 641 P2d 596 (1982), *Sup Ct review denied; State ex rel Juv. Dept v. Salmon,* 83 Or App 238, 730 P2d 1285 (1986); *State v. Byers,* 95 Or App 139, 768 P2d 414 (1989); *State v. Bell,* 96 Or App 74, 771 P2d 305 (1989), *Sup Ct review denied; State v. Reed,* 101 Or App 277, 790 P2d 551 (1990), *Sup Ct review denied; State v. Allen,* 108 Or App 402, 816 P2d 639 (1991) (It is injury that could have resulted, not that which did result, that establishes dangerousness of weapon); *State v. Higgins,* 165 Or App 442, 998 P2d 222 (2000) ("Impairment of physical condition" means harm to body that results in reduction of person's ability to use body or bodily organ.); *State v. Hart,* 222 Or App 285, 193 P3d 42 (2008); *State v. Kuperus,* 241 Or App 605, 251 P3d 235 (2011); *State v. Hendricks,* 273 Or App 1, 359 P3d 294 (2015), *Sup Ct review denied; Norwood v. Premo,* 287 Or App 443, 403 P3d 502 (2017), *Sup Ct review denied; State v. Stone,* 326 Or App 200, 523 P3d 90 (2023), *modified* 328 Or App 203, 536 P3d 1094 (2023) (impairment must also be "protracted" in order to be considered "serious physical injury.").

122.   (U/OSINT)  SARS-COV-2 was designed to infect, wound or maim and cause death or serious physical injury (deadly weapon).

103

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

123.  (U/OSINT)  SARS-COV-2 was used to infect, wound or maim and cause death or serious physical injury (dangerous weapon).

124.  (U/OSINT)  SARS-COV-2 was designed to infect, wound or maim and evade the immune system and remain persistent in the human body, by hiding in extracellular vesicles, moving directly between cells, potentially bypassing the neutralizing antibodies that patrol the bloodstream, leaving behind small "pools" of infected cells, and when not fully replicating, leaving behind persistent pieces like the Spike protein which can stay stuck in tissues, causing a "chronic threat" by constantly triggering inflammation and immune exhaustion.

125.  (U/OSINT)  The U.S. Public Health Service system has been designed by the Constitution of the United States and Congress to provide for the physical care of all Americans. One of the duties of the President of the United States is to sit at the apex and "take care" of this well-designed physical care system.

126.  (U/OSINT)  The term "physical care" is very broad and includes attention to the safety or well-being of the body and attention to dangers in the body's environment. *State v. Damofle/Quintana,* 89 Or App 620, 750 P2d 518 (1988), *Sup Ct review denied.*

127.  (U/OSINT)  In the State of Oregon, a person commits the crime of assault in the fourth degree if the person, with criminal negligence, causes physical injury to another by means of a deadly weapon. ORS 163.160(1)(b).

128.  (U/OSINT)  With respect to culpability, "criminal negligence" or "criminally negligent," when used with respect to a result or to a circumstance described by a statute defining an offense, means that a person fails to be aware of a substantial and unjustifiable risk that the result will occur or that the circumstance exists. The risk must be of such nature and to the degree that the failure to be aware of it constitutes a gross deviation from the standard of care that a reasonable person would observe in the situation. ORS 161.085(10).

129.  (U/OSINT)  President Trump first assumed the physical care duty in January 2017. President Trump noted that the borders were wide open; the military had been degraded; and that the cupboards of the strategic national stockpiles were "bare."

130.  (U/OSINT)  In an anti-Trump complaint styled as whistleblowing, Rick Bright and his attorney unwittingly confirmed President Trump's public statements that the cupboards were bare and that the physical care of the People of the Nation sounded in negligence.

131.  TOP SECRET [REDACTED] (U//FOUO)  By January 2020, at least two members of the U.S. Intelligence Community were aware that a virus that became named "SARS-COV-2" could become a global pandemic and could tear through the open borders of the United States. This threat briefing is consistent with the United States "watching" a deadly virus and doing nothing to close the borders and wall off the United States against this deadly threat.

105

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

132.   (U/OSINT)  Long before 2019, the United States had a statutory architecture designed precisely so that the President and HHS could "turn on" diagnostic countermeasures well in advance in anticipation of an incoming deadly biological threat, not after Americans were already being infected and in some cases, subjected to this homicidal "lab leak."

133.   (U/OSINT)  In 2013, Congress used PAHPRA to amend FDCA §564 to authorize HHS/FDA to use the EUA process for preparedness, not just reaction, by clarifying that the HHS Secretary may make a pre-emergency declaration based on a finding of a "significant potential for a public health emergency" or material threat as the predicate for the EUA "in advance of actual CBRN emergencies":

| Function | Statute / Provision | Key Preventive Tool |
|---|---|---|
| **Pre-emergency EUA trigger** | 21 U.S.C. § 360bbb-3(b)(1)(C) (FDCA § 564, as amended by PAHPRA 2013) | Allows HHS Secretary to declare that there is a "significant potential for a public health emergency" involving a CBRN agent that may affect U.S. health, as a predicate for EUA before an actual emergency exists. |
| EUA for medical products | 21 U.S.C. § 360bbb-3(a)-(c) (FDCA § 564) | Authorizes FDA to issue Emergency Use Authorizations for unapproved products or unapproved uses of approved products when the Secretary has made one of the § 564(b)(1) determinations, allowing advance deployment of diagnostics and countermeasures. |
| PAHPRA purpose | Pandemic and All-Hazards Preparedness Reauthorization Act of 2013 (PAHPRA), Pub. L. 113-5 | Reauthorized and strengthened federal preparedness; amended § 564 to explicitly support EUA use in advance of emergencies, and integrated EUA into the broader national medical-countermeasure preparedness architecture. |
| Preparedness & response framework | 42 U.S.C. §§ 300hh–1, 300hh-10, 300hh-11 | Assigns HHS the lead for public-health emergency preparedness, including planning, situational awareness, and |

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

| Function | Statute / Provision | Key Preventive Tool |
|---|---|---|
| | (PAHPA/PAHPRA framework) | medical- countermeasure coordination the "design and maintenance" |
| EUA guidance / policy expectations | FDA EUA guidance (e.g., "Emergency Use Authorization of Medical Products and Related Authorities") | Explains that EUAs may be used for preparedness purposes, and that FDA can issue EUAs in anticipation of emergencies where there is significant potential, reinforcing that waiting for post-hoc declarations is contrary to the statutory scheme. |

134.   ~~TOP SECRET~~ [REDACTED] (U//~~FOUO~~)   The Intelligence Community was in possession of highly classified information from the DIA/NGA that tended to prove that a credible threat of such a magnitude sufficiently existed to support pre-emergency diagnostics and countermeasures. Once credible evidence of a novel viral threat existed, the Secretary and FDA had a statutory pathway to (1) make a "significant potential" declaration and (2) pre-authorize and pre-position in-vitro diagnostics and other countermeasures before the virus entered the United States through the open borders policies that existed before President Trump took Office in 2017:

| Function | Statute / Provision | Key Preventive Tool |
|---|---|---|
| General authority to prevent interstate spread | 42 U.S.C. § 264(a) (Public Health Service Act § 361(a)) | Authorizes the HHS Secretary, with the Surgeon General/CDC by delegation, to make and enforce regulations necessary "to prevent the introduction, transmission, or spread of communicable diseases" from foreign countries into the States or between States, including inspection, fumigation, disinfection, sanitation, and other appropriate measures. |
| Foreign arrivals – apprehension, detention, conditional release | 42 U.S.C. § 264(b) and related provisions | Allows regulations for apprehension, detention, examination, or conditional release of individuals arriving from foreign countries reasonably believed to be infected or exposed, i.e., |

107

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

| Function | Statute / Provision | Key Preventive Tool |
|---|---|---|
| | | border-facing quarantine powers that can be used to slow or block cross-border introduction. |
| Executive implementation of § 264 | 42 C.F.R. Parts 70 & 71 (CDC foreign/quarantine regulations, issued under § 264) | Implement quarantine and border-health authorities at ports of entry (screening, inspection, restrictions on conveyances), operationalizing the statutory duty to detect and prevent importation of dangerous communicable diseases. |
| Public health emergency declaration | 42 U.S.C. § 247d (PHSA § 319) | Allows the HHS Secretary to declare a public health emergency, which can unlock additional funding, personnel, and flexibilities. Even before a full § 319 declaration, the underlying § 264 powers are already available for pre-border and early-border prevention. |
| Strategic National Stockpile / countermeasures logistics | 42 U.S.C. § 247d-6b, § 247d-6d, § 247d-7d (SNS and medical countermeasures) | Provide for acquisition, management, and deployment of medical countermeasures (including diagnostics, PPE, etc.) linked to PAHPA/PAHPRA preparedness, enabling physical implementation of pre-border screening and response. |

135.   (U/OSINT)  On January 30, 2022, Business Insider's Bethany Dawson reported that retired Lt. Gen. Michael Flynn, who served as the 18th Director of the DIA from July 24, 2012, until his retirement on August 7, 2014, doubled down on a "conspiracy theory that COVID-19 was created by George Soros, Bill Gates, and WHO to steal the 2020 election from Trump":[117]

> "Michael Flynn, Donald Trump's former security advisor, has developed a new angle to COVID-19 conspiracy theories, claiming the virus was a hoax created to steal the 2020 US election....
> Flynn, who has become a prominent figure in the QAnon conspiracy theory, said in an interview in May 2021 that the virus was made up

---

[117] Bethany Dawson. *Michael Flynn doubles down on conspiracy theory that COVID-19 was created by George Soros, Bill Gates, and WHO to steal the 2020 election from Trump.* Business Insider. January 30, 2022. Available from https://www.businessinsider.com/michael-flynn-says-covid-19-was-created-to-steal-the-2020-us-election-2022-1.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

before November 3 "to gain control" of society, according to a report by Insider's Sophia Ankel."

136. (U/OSINT)  On May 10, 2026, President Trump appeared on "Full Measure with Sharyl Attkisson,"[118] and among other things, reasserted his claims that "they used Covid" to steal the 2020 election and that the use of mail-in ballots was "crooked," which coincides with Exhibit A attached to Plaintiffs' Exhibit 10, regarding the State of Washington's "anonymous" ballot elections:

[12:17] On Venezuela and voter fraud, there are Venezuelan engineer whistleblowers who have provided your administration, [12:22] my understanding is, with a lot of information and documentation alleging vote rigging in the U.S. [12:27] elections, including in 2020, through an operation engineered in part by our foreign adversaries and centered in Venezuela. [12:37] Are you familiar with this information, and is anything going to come of that? [12:40] Yeah, a little bit. And well, I'm familiar with voter fraud because we have a lot of it. I believe coming up on the 2020 election. The 2020 election was rigged. [12:48] You know, when I used to say that, they'd say, oh, the cameras would turn off. How can you say now they don't turn the information?[12:56] A lot of it's already out there. The election was rigged. [13:01] It was rigged. You look at Georgia, you look at Pennsylvania, you look at these states. They were rigged. It was a rigged election. And they used Covid to do it. [13:09] And they used crooked, dirty cops to do it. You know, they're dirty cops. Like you read about Comey. Comey is a dirty cop, bad guy, bad for the country, bad guy. [13:20] But no, the 2020 election was rigged. [13:23] Anytime you have mail in voting, you're going to have a rigged election. Anytime you're not using voter ID the Democrats don't want. They're fighting us on the Save America Act. [13:32] Anytime you don't have. When somebody says, we don't want voter identification, That means they want to cheat. [13:40] Then they say, we don't want citizenship. We don't want proof of citizenship.

---

[118] *Cover Story: President Trump.* Full Measure with Sharyl Attkisson. May 10, 2026. Available from https://www.youtube.com/watch?v=HetIkjGNlKA.

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

They don't want it to be a part of the voting process. [13:48] And yet, when it comes to voting, the interesting thing is 97% of the Republicans want voter ID. [13:56] But if you had the Republicans and the Democrats together, 86% want…. Jimmy Carter [14:02] I mean, I wasn't a big fan of him as a president, but Jimmy Carter had a committee that was set up and along with Scoop [14:09] Jackson and some very respected people and the primary finding of the committee on the election stuff, primary finding of the committee was you can't have mail in voting. It's crooked."

137.    (U/OSINT)  On May 10, 2026, Matt Morse broadcasted a clip from Susan ("Susie") L. Wiles, White House Chief of Staff, who claimed that the Nation is "going to find out [President Trump] actually did win" some of the States he was certified as having lost:[119]

> [17:30] Now, I'm going to tell you here something, folks. The timing here is very curious. The timing of President [17:37] Trump saying this this morning, it's all going to come out. 2020 election, voter fraud, it was rigged, etc. Well, this is [17:45] very curious considering that President Trump's White House chief of staff, a woman named Susie Wiles, said something [17:53] very similar just three days ago. Listen to this. It is going to most certainly make you raise your eyebrows a little bit. Listen to this. [18:03] …leaving the White House, he called me and invited me to dinner, which I was not in the inner circle. I was just overwhelmed. Um I couldn't imagine why. [18:13] I drove down to Mara Lago, which I think he thought I live, you know, 10 minutes from there, but it's really four hours. [18:19] And we had a lovely dinner and at the end of it, he wanted to know why he…won Florida, but maybe struggled [18:27] in some other states that I think we're going to find out he actually did win. [18:31] Um but oh you hear that President Trump following the outcome of the 2020 election called up Susie Wiles have a [18:40] private dinner. He wanted to know why he maybe did poorly in some states but did better in other states. Susie

---

[119] MattMorseTV. *Trump's "SUNDAY SURPRISE" has Dems. in TOTAL PANIC.* May 10, 2026. Available from https://www.youtube.com/watch?v=y1jorKtAwUk&t=1388s.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Wiles says [18:47] she said this three days ago. Well, I think we're going to find out that actually he did not in fact lose some of those states in the 2020 election. [18:56] Very curious. And all of this is kind of timing up. She says this 3 days ago. Trump says this this morning. Folks, [19:03] I'll tell you what, it sure seems to me as if we are on the cusp of getting a little bit of a midterm surprise, if you [19:12] can call it that, from the Trump administration. And in this case, this midterm surprise has everything to do [19:19] with all of the Democrats beloved election fraud. But now, as you all know, the Democrats [19:27] actually have multiple more than one way of committing or attempting to commit election fraud and rig elections.

138.    (U/OSINT)  The on-line posts prepared by the "QAnon conspiracy theory" which Bethany Dawson linked to retired Lt. Gen. Michael Flynn, provide numerous Swiss Cheese narratives that align with the claims of President Trump, Wiles and Flynn that the 2020 election was rigged, to include the use of mail-in ballots:

Q !!Hs1Jq13jV6  ID: 0d5904  No.11125161    4887
Oct 17 2020 18:14:36 (EST)

https://www.newsbreak.com/news/1559047454356/dems-deploying-darpa-funded-ai-driven-information-warfare-tool-to-target-pro-trump-accounts
https://www.foxnews.com/politics/dems-deploying-darpa-funded-information-warfare-tool-to-promote-biden
https://www.washingtonpost.com/politics/technology-once-used-to-combat-isis-propaganda-is-enlisted-by-democratic-group-to-counter-trumps-coronavirus-messaging/2020/05/01/6bed5f70-8a5b-11ea-ac8a-fe9b8088e101_story.html
Worth remembering.
Q

Q !!Hs1Jq13jV6  ID: bbb895  No.10972934    4825
Oct 7 2020 19:59:49 (EST)

https://www.governor.ny.gov/news/no-20267-continuing-temporary-suspension-and-modification-laws-relating-disaster-emergency
"This Executive order shall remain in effect until November 3, 2020."
Was this ever about the virus?
Q

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Q !!Hs1Jq13jV6 (ID: a37132) No.10870492                4802
Oct 1 2020 11:51:00 (EST)

Spy campaign failed.
Russia Russia Russia failed.
Weissmann [Mueller] failed.
Leaks failed.
Fake news reports failed.
Impeachment failed.
CDC/WHO recommend 'do not close' border failed.

What if C19 didn't exist?
Economy today?
Unemployment today?
Trade today [China phase II held accountable]?
Rally POTUS v BIDEN attendance?
BIDEN interview(s) non_basement?
BIDEN question(s) non_basement?
Removal of delay(s) re: Durham (GJ + interview(s) + testimony + DECLAS]?
Removal of BIDEN ammunition P_Debate 1, 2, and 3 [200k dead, down-economy, unemployment, debt, .....]?
Removal of mail-in ballot harvesting + fraud [normal in-person voting]?
Removal of tech [tyranny] censorship [WHO foundation _anti WHO = suspend/terminate [C19 basis]]?
Removal of bailout attempt re: CA & NY [debt solution]?
..........................
MATHEMATICAL PROBABILITY OF C19 EVENT AS SOLUTION TO ABOVE _PERFECTLY TIMED 'WINDOW OF OPPORTUNITY' START RE: IMPACT NOV 3 P_ELECTION ADV [D]?
WHO BENEFITS THE MOST?
https://www.nytimes.com/2020/07/14/us/politics/trump-cdc-coronavirus.html
WHY DID WH STRIP CDC CONTROL OF C19 DATA?
BIGGER THAN YOU CAN IMAGINE.
Q

Q !!Hs1Jq13jV6 (ID: e88da5) No.10762509                4754
Sep 23 2020 19:03:58 (EST)

https://twitter.com/IngrahamAngle/status/1308788330201583618
The World is Waking Up.
Virus or Election?
Q

Q !!Hs1Jq13jV6 (ID: 3f8ebb) No.10668955                4722
Sep 16 2020 12:16:59 (EST)

Add it all up.
1. Virus
2. Riots [organized _ANTIFA]
3. Fires
The 'Why':
https://www.youtube.com/watch?v=cUxilJznKyY
Make no mistake, they will not concede on Election Night.
Make no mistake, they will contest this legally in battleground states.
Make no mistake, they will project doubt in the election results
Make no mistake, they will organize massive riots and attempt Anarchy-99 design
Playbook known.
Q

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

Q !!Hs1Jq13jV6 ID: 64Bbc4 No.10632166 🔗 📁                    4687
Sep 13 2020 13:25:02 (EST)

https://twitter.com/JoeBiden/status/1187829299207954437 🔗 📁
Who benefits the most?
Virus or election?
Lab or nature?
Coincidence or foreknowledge?
Difficult truths.
Q

Q !!Hs1Jq13jV6 ID: 35ebeb No.10566765 🔗 📁                    4635
Sep 8 2020 12:46:22 (EST)
ESdzCrbXYAAkgre.jpg

History repeats itself (today).
RE: IRREGULAR WARFARE
RE: TACTICS DEPLOYED v AMERICA
Compare & Contrast
Then v Now
https://www.britannica.com/topic/SA-Nazi-organization 🔗 📁
Then: methods of violent intimidation deployed by SA
Now: methods of violent intimidation deployed by Antifa?
Then: battles raged in the streets **[book burning, flag burning, destruction, hate, anti-police, etc]**
Now: battles raging in the streets controlled by **[D]** party sympathizers **[anti-republic]**?
Then: physical assaults of political opponents
Now: physical assaults of political opponents?
Then: voter intimidation in National and local elections
Now: voter intimidation in National and local elections **[coming 11.3]**?
Then: project anti-fascist platform: reality: conform/obey strong-arm tactics deployed to silence opposing views
Now: project anti-fascist platform: reality: conform/obey strong-arm tactics deployed to silence opposing views?
Then: radical anti-capitalistic platform (socialism)
Now: radical anti-capitalistic platform (socialism) push?
Then: force economic destruction as recruiting **[division]** tactic to drive enlistment rate
Now: **[D]** party gov/mayor(s) close state(s) force economic hardships **[C19]**?
Then: SA carried out unchecked street violence against Jews and Nazi opponents

////

////

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Now: **[D]** gov/mayor(s) carried out unchecked **[deliberate non_prosecution orders 24-hour release]** of Antifa rioters arrested **[street violence – block-by-block takeover(s)]**?
**[D]** gov/mayor(s) release of violent criminals **[many thousands]** from prison(s) under guise of C19?
https://encyclopedia.ushmm.org/content/en/article/nazi-propaganda 🔗 📁
Use of propaganda by Nazi Germany
Use of propaganda by MSDNC / Social Media (control of narrative – terminate opposing message (censorship-kill))
Soros history
Assault on America.
Ask yourself, why are **[D]** party leaders refusing to condemn the violence?
Ask yourself, why are **[D]** party leaders refusing to seek a unified republic?
IT WAS NEVER ABOUT THE VIRUS AND ALWAYS ABOUT THE ELECTION
Was the Nazi party ever truly destroyed (eradicated)?
Did the belief carry-on **[re-deployed]**?
https://www.youtube.com/watch?v=Wzp2rpe06j8 🔗 📁
Background of Soros?
Q

**Q !!Hs1Jq13jV6** ID: 076410 No.10134839 🔗 📁                    **4620**
Jul 31 2020 00:03:40 (EST)

**[infiltration]**
Only those who could**[can]** be controlled **[via blackmail or like-beliefs]** were installed in critical leadership positions across all political and non-political Control and Command Positions **[CCP]**.
CCP **[necessary]** to ensure protective blanket **[insurance]**.
Traitors everywhere.
**[D]** leadership in joint ops w/ China **[CCP]** in effort to regain power?
It was never about the virus.
Sequence of events.
Flynn 1st strike designed to 1. cripple 2. prevent exposure of illegal acts **[Hussein WH CoC]** through NAT SEC **[intel]** discovery 3. Install 'controlled' replacement **[rogue1_McMaster]**.
McMaster removal of 'loyalist' intel community_NAT SEC
Install 'controlled' **[rogue2_Coats_DNI]** prevent DECLAS **[House-Senate blockade]**.
Pre_Install **[rogue3-6]** > referral(s) to POTUS re:
McMaster_Coats_Wray_Bolton_+++
Install 'controlled' **[rogue7_Bolton]**
Bolton removal of 'loyalists' intel community_NAT SEC
Intel community **[NAT SEC_WH]** essential to control **[infiltration]** to prevent DECLAS_public exposure of true events **[illegal surv [R] candidates 1&2, House members 1-x , Senate members 1-x , Journalists 1-x , Amb 1-x]** + CLAS 1-99 events.
Mueller installed **[Comey termination_loss of power][POTUS inside of a box][prevent counter-attack]**.

////

////

////

////

114

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Impeachment installed **[Mueller termination _loss of power]**
**[POTUS inside of box][prevent counter-attack]**.
C19 insurance plan _above fail
C19 installed **[Impeachment termination _loss of power][POTUS inside of box][prevent counter-attack]**.
C19 _stage 1: Inform POTUS **[intel + CDC + WHO + S_advisor(s)]** _nothing to fear _do not close travel _do nothing **[the political 'set up']**
C19 _stage 2: Inform POTUS of Dooms Day 'inaccurate' scenarios **[models]** predicting death count 1mm+ **[the political 'force']** _lock down **[wipe economic and unemployment gains]**
C19 _stage 3: Activate 'controlled' **[D]** GOVS to 'spike' death count + project statewide fear by presenting 'alarming' on-ground conditions **[hospital [care-supplies] projections]**.
C19 _stage 4: Push testing, testing, testing to spike 'infected' rate incline due to daily testing inc **[the political 'set up']** _controlled MSDNC failure to report death count **[rates]** proportional to 'infected' rate _deliberate miscounting of infected numbers **[%]** _change non_positive to positive _label death of non_C19 as C19 _etc.
C19 _stage 5: Eliminate / censor any opposing views **[anti-narrative]**
**[Ready when needed]** Activate 4-year BLM narrative 4x power **[use as division + [2020] C19 infect rates to justify close-limit until Nov 3]**.
C19 calculated **[D]** political gain:
1. Eliminate record economic gains
2. Eliminate record unemployment gains
3. Shelter Biden from public appearances _limit public exposure of mental condition
4. Shelter Biden from Ukraine exposure _narrative change _media focus C19
5. Shelter Biden from P_debates **[requested demands due to C19]**
6. Delay **[D]** convention _strategic take-over of nominee post conf
7. Eliminate_delay POTUS rallies _term energy
8. Eliminate ability for people to gather _ divide
9. Eliminate ability to find peace -- strength in time of need **[strict Church closures]**
10. Promote mail-in-voting as only 'safe' method _bypass NSA election security **[installed midterms +1]**.
11. Push state-bailout stimulus **[CA][NY]** + wish list items
12. Increase national debt **[place China into controlling debt position _regain leverage]**
13. Test conditional limits of public acceptance **[obey]**
14. Test conditional limits of public non_acceptance
15. Test conditional limits of State authority **[Gov-mayor]**
16. Test conditional limits of Media **[social]** censorship
Who benefits the most?
**[D]**?
China **[CCP]**?
Russia is the enemy.
China is our friend.
**[MSDNC [social media] programming]**
All assets deployed.
Everything seen yesterday, today, and tomorrow = calculated political moves/events designed and launched by **[D]** party in coordination with other domestic and foreign entities in an attempt to regain power over you.
Prevent accountability.
SHADOW PRESIDENCY **[HUSSEIN]**
SHADOW GOVERNMENT
INFORMATION WARFARE
INSURGENCY
Your voice and your vote matters.
Patriots stand united.
Welcome to the Revolution.
Q

115

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Q !!Hs1Jq13jV6 (ID: add5e8) No.9990615  4586
Jul 17 2020 15:58:23 (EST)

https://www.foxnews.com/health/coronavirus-update-florida-labs-not-reporting-negative-test-results-report
How important is FL re: 2020 election?
1 lab = possible human-error
'Countless' labs = deliberate [coordinated]
Largest coordinated mis[dis]information campaign ever to be pushed by controlled entities?
Who benefits the most?
Q

Q !!Hs1Jq13jV6 (ID: 978edb) No.9989971  4585
Jul 17 2020 15:20:53 (EST)

https://www.nytimes.com/2020/04/18/health/cdc-coronavirus-lab-contamination-testing.html
How do you provide cover for invalid 'positive' test results?
Think pawpaw.
THE SWAMP RUNS DEEP.
THE NEWS IS FAKE.
THE WAR IS REAL.
Q

Q !!Hs1Jq13jV6 (ID: 978edb) No.9989882  4584
Jul 17 2020 15:16:18 (EST)

https://twitter.com/andrewbostom/status/1283404442088484864
CDC C19 data [actually] lower than reported?
Why did select [D] govs [4] mandate nursing home C19 positive insert?
Election not virus.
Win by any means necessary.
Q

Q !!Hs1Jq13jV6 (ID: 7d0a0b) No.9989783  4583
Jul 17 2020 15:08:04 (EST)

https://twitter.com/EmeraldRobinson/status/1284104344225423361
What would be the primary purpose of inflating C19 numbers?
Who benefits the most?
Pro-America v Anti-America.
Infiltration.
All assets deployed.
Election not virus.
Q

Q !!Hs1Jq13jV6 (ID: 5cccaa) No.9803002  4551
Jun 30 2020 14:48:37 (EST)

https://www.thegatewaypundit.com/2020/06/wow-joe-biden-going-follow-docs-orders-will-not-hold-rallies-video/
How do you prevent public embarrassment re: lack of crowd size?
How do you continue the 'con' re: [fake] polling lead?
How do you support mail-in ballot election fraud ["election was not rigged all polls showed Biden had double digit lead v POTUS" - example]?
Who benefits the most?
Is this about the virus OR THE ELECTION?
Q

Q !!Hs1Jq13jV6 (ID: 6f3c1d) No.9801324  4548
Jun 30 2020 12:39:32 (EST)

https://twitter.com/NYScanner/status/1277824167019233280
Does a combination of prisoner release + 'mask' mandate(s) provide for a more dangerous environment to citizens?
https://nypost.com/2020/03/30/city-district-attorneys-rip-de-blasio-over-planned-release-of-high-risk-inmates/
"As an example, when we learned last week that [Brann] was about to use her authority to order an across-the-board release of hundreds of inmates serving city sentences, we were assured that the release would not include those serving time for domestic violence or sex offenses, given the risks to victims," the letter states. "Unfortunately, we later learned that such individuals were indeed included in the ranks of those to be released."
"De Blasio said Sunday that more than 650 inmates had been released over coronavirus concerns."
https://www.nbcnewyork.com/news/local/crime-and-courts/released-from-rikers-in-covid-measure-man-arrested-4-times-in-3-months/2460035/
"Hundreds of prisoners released early from Rikers due to COVID concerns are being enabled to re-offend again and again without consequences, law enforcement leaders say."
Cause and Effect.
Do you see what is happening?
Q

116

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

Q !!Hs1Jq13jV6 (ID: 84a7fe) No.9796768          4546
Jun 30 2020 02:00:13 (EST)

https://www.nytimes.com/2020/06/07/us/coronavirus-border-mexico-california-el-centro.html
[camouflaged by protests_riots]
COVID-19[2] positive patients in MEXICO were quietly transferred [routed] to CA.
"The swelling numbers of COVID-19 patients entering the United States from Mexico comes as many parts of California have pushed down their infection rates, enables many counties to lift stay-at-home restrictions and reopen businesses."
NEXT:
https://deadline.com/2020/06/california-coronavirus-update-governor-gavin-newsom-says-l-a-county-could-close-back-down-soon-we-will-be-stepping-up-our-enforcement-1202972895/
HOW DO YOU MAINTAIN CONTROL OF THE NARRATIVE [MAIL-IN VOTING NECESSARY] AND ATTEMPT TO KEEP CONTROL OF POP?
Next challenge: rise in cases [due to testing inc & MX>CA] but overall decrease in death rates [nursing home scandal in public domain _no longer viable option].
Q

Q !!Hs1Jq13jV6 (ID: 8e51b7) No.9791774          4541
Jun 29 2020 17:31:32 (EST)

[1]

June 7, 2020
Holy Trinity Sunday
Mr. President,

In recent months we have been witnessing the formation of two opposing sides that I would call Biblical: the children of light and the children of darkness. The children of light constitute the most conspicuous part of humanity, while the children of darkness represent an absolute minority. And yet the former are the object of a sort of discrimination which places them in a situation of moral inferiority with respect to their adversaries, who often hold strategic positions in government, in politics, in the economy and in the media. In an apparently inexplicable way, the good are held hostage by the wicked and by those who help them either out of self-interest or fearfulness.

117

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

These two sides, which have a Biblical nature, follow the clear separation between the offspring of the Woman and the offspring of the Serpent. On the one hand, there are those who, although they have a thousand defects and weaknesses, are motivated by the desire to do good, to be honest, to raise a family, to engage in work, to give prosperity to their homeland, to help the needy, and, in obedience to the Law of God, to merit the Kingdom of Heaven. On the other hand, there are those who serve themselves, who do not hold any moral principles, who want to demolish the family and the nation, exploit workers to make themselves unduly wealthy, foment internal divisions and wars, and accumulate power and money: for them the fallacious illusion of temporal well-being will one day – if they do not repent – yield to the terrible fate that awaits them, far from God, in eternal damnation.

We will also discover that the riots in these days were provoked by those who, seeing that the virus is inevitably fading and that the social alarm of the pandemic is waning, necessarily have had to provoke civil disturbances, because they would be followed by repression which, although legitimate, could be condemned as an unjustified aggression against the population. The same thing is also happening in Europe, in perfect synchrony. It is quite clear that the use of street protests is instrumental to the purposes of those who would like to see someone elected in the upcoming presidential elections who embodies the goals of the deep state and who expresses those goals faithfully and with conviction. It will not be surprising if, in a few months, we learn once again that hidden behind these acts of vandalism and violence there are those who hope to profit from the dissolution of the social order so as to build a world without freedom: Solve et Coagula, as the Masonic adage teaches.

Although it may seem disconcerting, the opposing alignments I have described are also found in religious circles. There are faithful Shepherds who care for the flock of Christ, but there are also mercenary infidels who seek to scatter the flock and hand the sheep over to be devoured by ravenous wolves. It is not surprising that these mercenaries are allies of the children of darkness and hate the children of light: just as there is a deep state, there is also a deep church that betrays its duties and forswears its proper commitments before God. Thus the Invisible Enemy, whom good rulers fight against in public affairs, is also fought against by good shepherds in the ecclesiastical sphere. It is a spiritual battle, which I spoke about in my recent Appeal which was published on May 8.In society, Mr. President, these two opposing realities co-exist as

eternal enemies, just as God and Satan are eternal enemies. And it appears that the children of darkness – whom we may easily identify with the deep state which you wisely oppose and which is fiercely waging war against you in these days – have decided to show their cards, so to speak, by now revealing their plans. They seem to be so certain of already having everything under control that they have laid aside that circumspection that until now had at least partially concealed their true intentions. The investigations already under way will reveal the true responsibility of those who managed the COVID emergency not only in the area of health care but also in politics, the economy, and the media. We will probably find that in this colossal operation of social engineering there are people who have decided the fate of humanity, arrogating to themselves the right to act against the will of citizens and their representatives in the governments of nations.

Q !!Hs1Jq13jV6  (ID: acb60b)  No.9707079     **4494**
Jun 22 2020 11:24:59 (EST)

https://twitter.com/realDonaldTrump/status/1275024974579982336

Is this about the virus OR THE ELECTION?
Manipulated polls meant to 'legitimize' rigged election results?
"The election was not rigged - all the polls demonstrated Biden's clear lead across the Country." - Example
What happens if China successfully duplicates **[clones]** select ballots **[battleground states]**?
What happens if coordination exists with select states to deliver 'printing' and 'paper' ballot recipe(s)? **[secrets]** to select **[F]** adversaries?
Nothing to lose?
Logical thinking.
Q

////

////

////

////

////

////

119

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Q !!Hs1Jq13jV6 ID: 744b1d No.9701493 4493
Jun 21 2020 20:15:40 (EST)

https://nypost.com/2020/05/13/pennsylvania-health-official-moved-mother-from-nursing-home/
"The health official responsible for overseeing nursing homes in Pennsylvania — where nearly 70 percent of the state's coronavirus-related deaths have occurred — has reportedly moved her elderly mother out of a facility as deaths skyrocketed."
Reconcile.
Q

Q !!Hs1Jq13jV6 ID: e5f3e9 No.9701237 4492
Jun 21 2020 19:51:55 (EST)

869ebf8313f54d2cecd9fe66a0c0c06b51887ead526121712d1bc758d8be2815.png



https://twitter.com/SteveScalise/status/1274829394981388296
How is it possible select [D] governors thought it was 'safe' to push COVID-19 positive elderly patients back into nursing homes [hot zones]?
https://medicine.yale.edu/news/medicineatyale/why-flu-is-deadly-among-the-elderly/
"Each year, 90 percent of deaths worldwide related to influenza-A virus (IAV) strike men and women aged 65 and older."
If the flu [influenza] is more deadly among the elderly [known]
HOW IS IT POSSIBLE SELECT [D] GOVERNORS THOUGHT IT WAS 'SAFE' TO PUSH COVID-19 POSITIVE ELDERLY PATIENTS BACK INTO NURSING HOMES [HOT ZONES]?
WHY WOULD THIS BE DIRECTED IF HOSPITALS [+US NAVY MEDICAL SHIPS [NYC-CA] +ERECTED CARE FACILITIES] HAD MORE THAN 70% CAPACITY?
https://criminal.findlaw.com/criminal-charges/third-degree-murder-overview.html
Someone can be accused of third-degree murder if they unintentionally cause someone else's death while committing a dangerous act.
Negligent?
Reckless?
Who benefits the most?
Why only [D] governors?
How do you reasonably explain what occurred?
Q

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Q !!Hs1Jq13jV6 (ID: 2f69ee) No.9574203
Jun 11 2020 10:25:47 (EST)

4454

https://www.foxnews.com/opinion/tucker-carlson-we-were-lied-to-about-coronavirus-and-the-mass-lockdowns-heres-the-proof
"We were all played. Corrupt politicians scared us into giving up control over the most basic questions in our lives. At the same time, they gave more power to their obedient followers, like Antifa, while keeping the rest of us trapped at home and censored online."
virus OR ELECTION?
virus OR EXCUSE TO PUSH VOTE-BY-MAIL?
Q

Q !!Hs1Jq13jV6 (ID: 6b4788) No.9346426
May 28 2020 12:03:57 (EST)

4340

https://nypost.com/2020/04/23/nursing-homes-cant-reject-coronavirus-patients-cuomo-says/
At what point should this be reclassified as murder?
At what point is ignorance [common sense] no longer valid [excuse]?
Evil surrounds us.
Q

Q !!Hs1Jq13jV6 (ID: c71cc4) No.9341390
May 28 2020 00:39:20 (EST)

4336

https://www.newsweek.com/japan-ends-coronavirus-emergency-850-deaths-no-lockdown-1506336
USA v Japan
Reconcile.
Critical thinking.
Q

Q !!Hs1Jq13jV6 (ID: 128aa1) No.9334356
May 27 2020 13:56:56 (EST)

4334

https://www.breitbart.com/health/2020/05/27/italy-96-of-coronavirus-fatalities-had-other-chronic-illnesses/
The more you know...
Q

Q !!Hs1Jq13jV6 (ID: 578e55) No.9331660
May 27 2020 11:05:45 (EST)

4329

https://www.foxnews.com/politics/cuomo-immunity-nursing-home-campaign-donation
https://www.foxnews.com/politics/new-york-health-website-deletes-cuomos-order-on-nursing-homes
http://web.archive.org/web/20200407103413/https://coronavirus.health.ny.gov/system/files/documents/2020/03/doh_covid19-_nhadmissionsreadmissions_-032520.pdf
If elderly most at risk [known][knowingly] why order COVID-19 positive patients back into nursing homes?
Hospital capacity?
USNS Comfort capacity?
Ignorant [A] or deliberate [B]?
[Accountability] options outside [other than] ballot box?
Q

Q !!Hs1Jq13jV6 (ID: a4K6e7) No.9331481
May 27 2020 10:52:06 (EST)

4328

https://twitter.com/SpeakerPelosi/status/1265633731068518407
Was this ever about the health and well-being of people?
Was this ever about the virus?
Or, was this ALWAYS ABOUT THE ELECTION?
Q

Q !!Hs1Jq13jV6 (ID: a18572) No.9327385
May 26 2020 22:53:15 (EST)

4327

https://www.washingtontimes.com/news/2020/may/21/australian-researchers-see-virus-design-manipulati/
Q

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

Q !!Hs1Jq13jV6 (ID: e1e012) No.9303192  4320
May 24 2020 19:03:15 (EST)

Anonymous (ID: a3d9be) No.9303076
May 24 2020 18:55:32 (EST)

ClipboardImage.png

4316

Link to New Q Drop

Q !!Hs1Jq13jV6  24 May 2020 - 5:09:31 PM

https://twitter.com/2020Qanon/status/1264661017721745414

Fear not, all will be well right after the election.
Is this about the virus OR THE ELECTION?

Q

>>9303046

"Fear not, all will be well right after the election."

Here we are.
Not "All will be right after Durham".

Q us quelling until the Democrats steal the election. What **the fuck** does the election have to do with justice?

>>9303076
https://www.merriam-webster.com/dictionary/sarcasm
Re_read drops re: COVID-19 **[virus]** and the election.
Last line should clarify:
Is this about the virus OR THE ELECTION?
Q

Q !!Hs1Jq13jV6 (ID: 8b76aa) No.9265507  4305
May 21 2020 12:05:33 (EST)

https://twitter.com/TruthHammer888/status/1263503349892050944

But @teamcavuto said it will kill you...
Why are 'select' journalists so invested w/ instilling fear re: HCQ **[40 years on the market]**?
Is this about the health and well-being of people OR SOMETHING ELSE?
Is this about the virus OR SOMETHING ELSE?
Q

Q !!Hs1Jq13jV6 (ID: 8b3363) No.9301316  4316
May 24 2020 16:09:31 (EST)

https://twitter.com/2020Qanon/status/1264661017721745414
Fear not, all will be well right after the election.
Is this about the virus OR THE ELECTION?
Q

122

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Q !!Hs1Jq13jV6 (ID: ce0923) No.9252741    4293
May 20 2020 12:43:51 (EST)

https://www.usnews.com/news/politics/articles/2020-05-20/senate-committee-authorizes-subpoena-in-gops-hunter-biden-burisma-investigation
"Meanwhile, Democrats on the Homeland Security Committee have decried the investigation and the subpoena, arguing that they should be focusing on coronavirus-related issues during the ongoing pandemic and prioritize it over politics."
In a letter sent to Johnson on Tuesday, Sen. Kamala Harris of California renewed her calls for another COVID-19 hearing, noting that the committee hasn't held one since early March.
DNC media [MSM] echo-chamber push?
Is this about the virus OR PREVENTING EXPOSURE OF [D] CORRUPTION?
Is this about the virus OR LOCKING [R] CONTROLLED SENATE FROM INVESTIGATING [D] FISA_BIDEN_OTHER CORRUPTION?
Is this about the virus OR THE ELECTION?
Q

Q !!Hs1Jq13jV6 (ID: ad289d) No.9239924    4285
May 19 2020 12:51:29 (EST)

https://www.bloomberg.com/news/articles/2020-02-05/china-is-trying-to-patent-gilead-s-experimental-coronavirus-drug
https://www.gatesfoundation.org/Media-Center/Press-Releases/2010/12/Global-Health-Leaders-Launch-Decade-of-Vaccines-Collaboration
https://gcgh.grandchallenges.org/about/scientific-board
Q

Q !!Hs1Jq13jV6 (ID: 76a615) No.9238642    4282
May 19 2020 11:35:17 (EST)

POTUS daily ingest HCQ prevent COVID-19?
Pre announcement: tools [source(s), data, COV-1 v COV-2 analysis, etc.] provided to factually 'challenge' narrative?
Full attack v HCQ by media [D]s?
Why?
Why wouldn't the media [D]s want to work [on all fronts] to find a possible solution [immediate dismissal]?
Why doesn't the media [D]s want the pandemic [rearrange: dem panic] to slow-stop?
Why doesn't the media [D]s want society to heal [recover]?
Why doesn't the media [D]s want people to no longer fear going outside?
Why doesn't the media [D]s want people to point the finger at China as the source?
Why does't the media [D]s want people to return to work [normal daily lives]?
Who benefits the most?
Why does corp media [D] attempt to control us?
Why does corp media [D] challenge [attack] anyone who defies pushed_coordinated narrative?
Why does corp media [D] attempt to prevent [individual] critical thinking [public]?
Is this about the virus or something else?
Everything is at stake this election.
Q

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

Q !!Hs1Jq13jV6 (ID: e356?t) No.9189221🗗 📄          4254
May 15 2020 15:08:31 (EST)

https://twitter.com/GovMurphy/status/1261343107976699906🗗 📄
Is this about the virus OR THE ELECTION?
The Truth is right in front of you.
Q

Q !!Hs1Jq13jV6 (ID: e?4cc0) No.9185636🗗 📄          4248
May 15 2020 11:42:43 (EST)

https://www.washingtonexaminer.com/news/san-diego-county-supervisor-says-six-of-194-confirmed-deaths-are-pure-solely-coronavirus-deaths🗗 📄
Think for yourself.
Trust yourself.
Your voice matters.
Knowledge is power.
Q

Q !!Hs1Jq13jV6 (ID: 1eob16) No.9184605🗗 📄          4245
May 15 2020 10:54:25 (EST)

https://twitter.com/VincentCrypt46/status/1261122553461923840🗗 📄
Listen carefully.
Why are possible [treatments][cures] being banned?
Why are possible [treatments][cures] being attacked?
Why are possible [treatments][cures] being targeted?
Evidence overwhelming?
HOW DO YOU KEEP PEOPLE LIVING IN FEAR?
HOW DO YOU KEEP PEOPLE DIVIDED?
HOW DO YOU JUSTIFY VOTE-BY-MAIL?
HOW DO YOU JUSTIFY STATE BAILOUT(S)?
HOW DO YOU MAKE PEOPLE STARVE [DEPENDENT ON GOV]?
HOW DO YOU JUSTIFY ANYTHING NON_COVID RELATED TO BE A POLITICAL ATTACK [FISA_UNMASK]?
HOW DO YOU CREATE A DIVERSION?
HOW DO YOU SHIFT THE NARRATIVE?
HOW DO YOU KILL POTUS ECONOMIC GAINS?
HOW DO YOU KILL POTUS UNEMPLOYMENT RECORD(S)?
HOW DO YOU PREVENT POTUS RALLY[IES]?
HOW DO YOU DELAY USA_CHINA TRADE NEGOTIATION [PREVENT [FIXED] BILLION(S) CLAWBACK]?
HOW DO YOU SHELTER [BIDEN] FROM DEBATES?
HOW DO YOU SHELTER & PROTECT [BIDEN]?
HOW DO YOU PUSH_DELAY [D] PARTY CONVENTION?
WHY IS PUSHING CONVENTION CLOSER TO ELECTION DAY NECESSARY?
HOW DO YOU CHANGE-OUT [D] PARTY CANDIDATE [OPTION]?
HOW DO YOU CONVINCE [D] PARTY VOTERS TO ACCEPT?
HOW DO YOU TRAP [INSTALL MEDICAL ADVISORS_SKY_IS_FALLING] POTUS INTO ENDORSEMENT OR FACE WW MEDICAL-SCIENCE-MEDIA FULL ASSAULT?
IS THIS ABOUT THE ELECTION OR THE VIRUS?
WHO BENEFITS THE MOST?
Time to end the horror show?
Time to term [select] science advisors?
Time to term [select] gov controls by legal challenge?
Time to stand?
Q

124

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Q !!Hs1Jq13jV6 ID: 99689c No.9169691 4239
May 14 2020 10:44:58 (EST)

https://twitter.com/tomselliott/status/1260907153235365888
Is this about the virus OR ABOUT PROTECTING THEMSELVES?
>Mail-in-Ballot push [Election]
>[D] State bailout(s) push
>Refusal to testify re: fear of COVID-19
WHO BENEFITS THE MOST?
Q

Q !!Hs1Jq13jV6 ID: 19afc6 No.9143328 4220
May 12 2020 15:02:45 (EST)

https://www.foxnews.com/politics/house-coronavirus-relief-bill-to-reach-3t
Of the more than $3 trillion package, about $1 trillion would go to state, local and tribal governments, according to three sources briefed on the proposal.
"Now she wants to write a $3 trillion bill, with no one able to see, no accountability, and no input," McCarthy told Fox News on Monday.
"I mean, this is not how democracy works. This is a real concern to all of us this won't ever become law, but it'll be the wishlist of the liberals, to try to change election law, fund Planned Parenthood, and make sure sanctuary cities get the chunk of the money."
Coordinated or coincidence re: CA 3-mo extension?
The truth is in front of you.
Q

Q !!Hs1Jq13jV6 ID: d0cc8f No.9143201 4219
May 12 2020 14:54:07 (EST)

https://twitter.com/Breaking911/status/1260287137716539394
People used as pawns in their attempt to seek a taxpayer funded bailout [for mismanaged funds]?
https://www.ocregister.com/2019/01/09/californias-massive-debt-should-caution-against-big-spending/
People used as pawns in their attempt to [provide cover] for vote-by-mail?
Is this about the virus OR THE ELECTION?
Is this about the virus OR A STATE BAILOUT?
Removal of Civil Liberties?
Removal of Constitutional Rights?
Welcome to the [D] party.
Dormant people accept what they are told.
DOJ intervention coming?
Q

Q !!Hs1Jq13jV6 ID: 80ea9c No.9094684 4172
May 9 2020 11:53:05 (EST)

https://www.foxbusiness.com/markets/us-china-sign-historic-trade-deal
Dates are important.
January 15, 2020.
>Historic trade deal w/ China signed
>>China loses billions in clawback
>[Held][Timed] impeachment articles are delivered to Senate
>FIRST case of COVID-19 lands in UNITED STATES [Seattle-Tacoma International Airport]
Do the Chinese like losing?
Do the Chinese want POTUS removed/replaced P_elec_2020?
Do the Chinese want BIDEN installed P_elec_2020?
Is this about the virus OR THE ELECTION?
Q

Q !!Hs1Jq13jV6 ID: 62e4dd No.9091582 4171
May 9 2020 03:53:07 (EST)

Origin Country of COVID-19: China
Origin City of COVID-19: Wuhan
How long was Wuhan on lockdown: 76 days
How long was the remainder of China on lockdown:
CNY extend Jan 24 - Feb 9 (avg): 16 days
https://www.china-briefing.com/news/china-extends-lunar-new-year-holiday-february-2-shanghai-february-9-contain-coronavirus-outbreak/
How long has the US been on lockdown?
No spread of COVID-19 outside of Wuhan?
How is it possible the source Country of the virus (minus Wuhan) was on lockdown for only 16 days?
How long has the US been on lockdown?
Forecasted lockdown CA, NY, OR, MI, ......?
Reconcile.
Logical thinking.
Q

125

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Q !!Hs1Jq13jV6  ID: b2e4dd  No.9091018   4170
May 9 2020 02:47:10 (EST)

https://twitter.com/HillaryClinton/status/1258869801860182019
Is this about the virus OR THE ELECTION?
Q

Q !!Hs1Jq13jV6  ID: b2e4dd  No.9091001   4169
May 9 2020 02:46:09 (EST)

https://www.breitbart.com/clips/2020/05/08/schumer-vote-by-mail-will-be-a-very-important-part-of-next-coronavirus-bill/
Is this about the virus OR THE ELECTION?
Q

Q !!Hs1Jq13jV6  ID: 6f8337  No.9082841   4157
May 8 2020 14:56:34 (EST)

https://twitter.com/IngrahamAngle/status/1258765736207671297
Is this about the virus OR THE ELECTION?
Q

Q !!Hs1Jq13jV6  ID: 6f8337  No.9082747   4156
May 8 2020 14:50:59 (EST)

https://twitter.com/kron4news/status/1258842982272217088
COVID-19 hard push [lock down extend] in swing states [CA-NY lead]?
[D] controlled?
Is this about the virus OR THE ELECTION?
Legal challenge coming?
Q

Q !!Hs1Jq13jV6  ID: eab5f8  No.9065749   4137
May 7 2020 12:26:03 (EST)

https://www.themoscowtimes.com/2020/04/17/russia-approves-unproven-malaria-drug-to-treat-coronavirus-a70025
Russia using HCQ to treat COVID-19?
Source of HCQ: China
China using HCQ to treat COVID-19?
The more you know...
Q

Q !!Hs1Jq13jV6  ID: d1c5c9  No.9041688   4115
May 5 2020 14:41:46 (EST)

EXRyAQTWAAcdxn_.jpg

President of Tanzania John Magufuli has outsmarted somebody. He allowed coronavirus testing kits to be imported into his country. He instructed that they be checked by Tanzanian security officials. They tested non-human samples, including a goat and a pawpaw (fruit). The tests were given human names and ages as they were sent off for results. They tested positive. A fruit. A goat. President Magufuli said, "Something is happening."



https://www.reuters.com/article/us-health-coronavirus-tanzania/tanzania-suspends-laboratory-head-after-president-questions-coronavirus-tests-idUSKBN22G295
Sometimes you can't TELL the public the truth.
YOU MUST SHOW THEM.
Q

Q !!Hs1Jq13jV6  ID: d1c5c9  No.9041423   4114
May 5 2020 14:24:20 (EST)

https://pubmed.ncbi.nlm.nih.gov/16115318/
https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(20)30251-8/fulltext
When the protein sequence of the SARS-CoV-2 receptor binding site was analyzed, an interesting result was found. While SARS-CoV-2 is overall more similar to bat coronaviruses, the receptor binding site was more similar to SARS-CoV.
https://www.cell.com/cell/fulltext/S0092-8674(20)30262-2?_returnURL=https%3A%2F%2Flinkinghub.elsevier.com%2Fretrieve%2Fpii%2FS0092867420302622%3Fshowall%3Dtrue
Both SARS-CoV-2 and SARS-CoV use the same host cell receptor. It also found that, for both viruses, the viral proteins used for host cell entry bind to the receptor with the same tightness (affinity).
Knowledge is power.
Q

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Q !!Hs1Jq13jV6 (ID: 6452a4) No.9025008 🗎                4097
May 4 2020 11:43:12 (EST)

https://www.breitbart.com/politics/2020/05/03/congressman-nancy-pelosi-blocking-investigation-chinese-coronavirus-origins/ 🗎
Why would Pelosi [D] block origination-source [roll-out]
investigation of COVID-19 in [China]?
Prevent public exposure of truth?
Ask yourself, why?
[D]_People's_Republic_of_China
Q

Q !!Hs1Jq13jV6 (ID: 7abebc) No.9003389 🗎                4073
May 2 2020 16:17:47 (EST)

https://www.washingtontimes.com/news/2020/apr/28/coronavirus-hype-biggest-political-hoax-in-history/ 🗎
Q

Q !!Hs1Jq13jV6 (ID: bda35e) No.9000629 🗎                4045
May 2 2020 13:13:13 (EST)

https://twitter.com/johnrobertsFox/status/1256576858923073539 🗎
What National/Global impact immediately occurs re: [intel
assessment] the virus was [intentionally] released [in
coordination w/ [CLAS 1-99]?
How do you prevent a war?
MATTERS OF NATIONAL SECURITY?
Think timing.
Who benefits the most?
Common denominator:
Do you believe Biden would admit to sexual assault simply by
asking him?
No?
So why do it [ask]?
Do you believe intel community would admit [DECLAS]
foreign adversary intentionally released COVID-19?
No?
So why do it [ask]?
[Jan 15] [D] Impeachment Articles transfer to Senate?
https://thehill.com/homenews/house/478404-house-votes-to-send-impeachment-articles-to-senate 🗎
[Jan 15] First COVID-19 U.S. case?
https://www.cnbc.com/2020/03/06/doctor-who-treated-first-us-coronavirus-patient-says-covid-19-has-been-circulating-unchecked-for-weeks.html 🗎
Q

////

////

////

////

127

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)



Q !!Hs1Jq13jV6  ID: f0ecfc  No.8792646    3959
Apr 14 2020 15:25:57 (EST)

ET1TH9wXkAAsxY2.jpg

https://www.foxnews.com/world/state-department-cables-coronavirus-origin-chinese-lab-bats
Some leaks destroy the MSM narrative.
WHO BENEFITS THE MOST?
https://twitter.com/TomFitton/status/1250133778623803393
Q

Q !!Hs1Jq13jV6  ID: ca069c  No.8735695    3923
Apr 9 2020 13:54:04 (EST)

EVLtyQ1UMAA0Zhb.jpg

https://www.theguardian.com/world/video/2020/mar/23/invisible-enemy-trump-says-he-is-wartime-president-in-coronavirus-battle-video
Compare and contrast.
Dates are important.
Q

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Q !!Hs1Jq13jV6  ID: d6f0e1  No.8722377  **3909**
Apr 8 2020 11:02:45 (EST)

Read in order.
1. https://www.breitbart.com/politics/2020/04/06/gop-gears-up-for-next-relief-fight-democrats-want-the-federal-government-to-take-over-elections/
2. https://www.foxnews.com/opinion/coronavirus-elections-wisconsin-democrats-harmeet-dhillon
3. https://twitter.com/realDonaldTrump/status/1247861952736526336
Why did WHO make several strong recommendation NOT TO impose a travel ban?
Why did select [D] govs ban the use of hydroxychloroquine [key]?
Why does FAKE NEWS push anti-hydroxychloroquine [fear tactics re: use]?
Why was impeachment pushed through H fast? [did they count on R's blocking new witnesses?]
Time sensitive?
Why?
When did [BIDEN] become the front runner?
Why was this critically important?
What happened directly after?
WHO BENEFITS THE MOST?
EVERYTHING AT STAKE.
When everything else FAILED....
DO YOU ATTEMPT TO CHEAT?
Welcome to the [D][People's Republic of China] party.
The Silent War continues..
[6+]
Q

Q !!Hs1Jq13jV6  ID: b32e47  No.8537514  **3896**
Mar 23 2020 18:13:55 (EST)

2007_C_.JPG

Severe Acute Respiratory Syndrome Coronavirus as an
Emerging and Reemerging Infection

Vincent C. C. Cheng, Susanna K. P. Lau, Patrick C. Y. Woo, and Kwok Yu

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

"the CHINA virus"
Worth remembering:
https://www.youtube.com/watch?v=aeVrMniBjSc
Wuhan Institute of Virology [geo location]?
[1st biosafety lvl 4 lab – 2015]
City/Province origin – hot zone [geo location]?
https://www.justice.gov/opa/pr/harvard-university-professor-and-two-chinese-nationals-charged-three-separate-china-related
"Unbeknownst to Harvard University beginning in 2011, Lieber became a "Strategic Scientist" at [Wuhan] University of Technology (WUT) in China and was a contractual participant in China's Thousand Talents Plan from in or about 2012 to 2017."
[rapid spread]
https://www.theepochtimes.com/the-closing-of-21-million-cell-phone-accounts-in-china-may-suggest-a-high-ccp-virus-death-toll_3281291.html
>End POTUS rally(s)?
>End POTUS econ gains?
>End POTUS unemployment gains?
>End POTUS [A, B, C, D, ......]?
[weaken prior to P_elec?]
>Delay US/China trade negotiations?
[China pref Biden[+VP] as P?]
>Shelter [Biden] public appearances?
>Shelter [Biden] debate(s)?
>Push new/revised P_2020 > vote by mail? [unsecure]
https://twitter.com/TomFitton/status/1242071506445885441
>Push [D] 'wish list' [unrelated] items CV Bill [voting amends]?
https://twitter.com/SenTomCotton/status/1242169734763819011
What is the mathematical probability this occurs [the 'time bomb' explodes] at the exact point in time that allows for maximum damage [above] prior to the P_elec?
Outside of standard deviation?
WHO BENEFITS THE MOST?
[Mueller failed]
[Impeachment failed]
>Why was it critically important impeachment be rushed in the House?
[MSM[D party]/Hollywood narrative(s) failed]
[THE COUP FAILED]
[D] party leading nominee established [super T] prior to lock-down [take-over]? [Sanders ELIM_Biden_FRONT]
Occam's razor simply states that of any given set of explanations for an event occurring, the simplest one is most likely the correct one.
Q

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Q !CbboFOtcZs ID: d51ef9 No.2430708    1806
Aug 3 2018 10:09:53 (EST)

Full attack mode.
Washington Post leading?
**[Sample Past 5hrs]**
https://www.washingtonpost.com/news/the-intersect/
wp/2018/08/03/this-is-the-moment-how-a-wave-of-media-coverage-
gave-qanon-conspiracy-theorists-their-best-week-ever/?
utm_term=.cf4f4e0f506c
https://www.washingtonpost.com/news/politics/wp/2018/08/03/
theres-a-virus-in-trumpland/?utm_term=.73cb6867bf8c
https://www.washingtonpost.com/news/morning-mix/
wp/2018/08/03/qanon-meet-a-real-life-believer-in-the-online-pro-
trump-conspiracy-theory-thats-bursting-into-view/?
utm_term=.1c12101c8280
Who owns the Washington Post?
Amazon?
What ABC agency is heavily tied to Amazon?
https://www.businessinsider.com/amazon-web-services-launches-
secret-region-2017-11
https://www.bloomberg.com/news/articles/2018-06-20/cia-tech-
official-calls-amazon-cloud-project-transformational
Q

139.    (U/OSINT)  On March 23, 2020 Tom Fitton tweeted that "Leftists" were using the coronavirus outbreak to push for unsecure voting:[120]

///

///

///

///

///

///

_____

[120] Tom Fitton. @TomFitton. Available from https://x.com/TomFitton/status/1242071506445885441.

131

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

**Tom Fitton** ✓
@TomFitton

Subscribe  ⌀  ...

WARNING: Leftists using pretext of #CoronavirusOutbreak to push unsecure, "vote by mail" free for all, no voter id anywhere for 2020 elections. #HowtoStealAnElection

**Tom Fitton** ✓ @TomFitton · Mar 10, 2020
Voter fraud is a key civil rights issue. Who stands for voters who have their votes stolen? How many stolen votes is too many? @JudicialWatch stepping up. @CPAC

1:28  From ● Judicial Watch ⚖

5:51 AM · Mar 23, 2020

140.   (U/OSINT)  If the pandemic was created or used to execute the 2020 election irregularities, fraud and vote rigging, this outcome would convert Plaintiffs' assault and battery injuries into the criminal categories of homicide and attempted homicide and murder and attempted murder.

141.   (U/OSINT)  It follows that the National Healthcare Safety Network (NHSN) Patient Safety Component Manual,[121] the International Statistical Classification of Diseases and Related Health Problems (ICD) 10th and 11th Revisions, as

---

[121] Available from https://www.cdc.gov/nhsn/pdfs/pscmanual/pcsmanual_current.pdf.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

amended,[122] and the National Vital Statistics System ("NVSS") would each become classified as corrupted by the intentional release and use of the "China virus."

142.  (U/OSINT)  Plaintiffs' research found that HHS and CDC had instructed public health authorities and other users of the NVSS to falsify COVID-19 Death Certificates by: (1) eliminating Chinese Communist Party's SARS-CoV-2 infection as the "UNDERLYING CAUSE OF DEATH"; (2) requiring the "MANNER OF DEATH" to be listed as "Natural"; and (3) eliminating the need for a COVID-19-related autopsy/pathological examination, as shown in these three "scenarios" for completing the COVID-19 Death Certificate:[123]

**Scenario I**

| CAUSE OF DEATH (See instructions and examples) | | Approximate interval Onset to death |
|---|---|---|
| 32. PART I. Enter the chain of events—diseases, injuries, or complications—that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary. | | |
| IMMEDIATE CAUSE (Final disease or condition resulting in death) → a. Acute respiratory acidosis | | 3 days |
| | Due to (or as a consequence of): | |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | b. COVID-19 | 1 week |
| | Due to (or as a consequence of): | |
| | c. | |
| | Due to (or as a consequence of): | |
| | d. | |

| PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I | 33. WAS AN AUTOPSY PERFORMED? ☐ Yes ■ No |
|---|---|
| Chronic obstructive pulmonary disease, hypertension | 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☐ No |

| 35. DID TOBACCO USE CONTRIBUTE TO DEATH? | 36. IF FEMALE | 37. MANNER OF DEATH |
|---|---|---|
| ☐ Yes ☐ Probably | ☐ Not pregnant within past year | ■ Natural   ☐ Homicide |
| ■ No ☐ Unknown | ☐ Pregnant at time of death | ☐ Accident   ☐ Pending Investigation |
| | ☐ Not pregnant, but pregnant within 42 days of death | ☐ Suicide   ☐ Could not be determined |
| | ☐ Not pregnant, but pregnant 43 days to 1 year before death | |
| | ☐ Unknown if pregnant within the past year | |

---

[122] Available from https://icd.who.int/en.

[123] *Vital Statistics Reporting Guidance. Guidance for Certifying Deaths Due to Coronavirus Disease 2019 (COVID–19).* National Center for Health Statistics, Centers for Disease Control and Prevention, U.S. Department of Health and Human Services. Report No. 3, April 2020. Available from https://www.cdc.gov/nchs/data/nvss/vsrg/vsrg03-508.pdf, page 2.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

**Scenario II**

| CAUSE OF DEATH (See instructions and examples) | | Approximate interval Onset to death |
|---|---|---|
| 32. PART I. Enter the chain of events--diseases, injuries, or complications--that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary. | | |
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. Acute respiratory distress syndrome | 2 days |
| | Due to (or as a consequence of): | |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | b. Pneumonia | 10 days |
| | Due to (or as a consequence of): | |
| | c. COVID-19 | 10 days |
| | Due to (or as a consequence of): | |
| | d. | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I

33. WAS AN AUTOPSY PERFORMED? ☐ Yes ■ No
34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☐ No

| 35. DID TOBACCO USE CONTRIBUTE TO DEATH? | 36. IF FEMALE | 37. MANNER OF DEATH |
|---|---|---|
| ☐ Yes ☐ Probably | ■ Not pregnant within past year | ■ Natural  ☐ Homicide |
| | ☐ Pregnant at time of death | ☐ Accident  ☐ Pending Investigation |
| ■ No ☐ Unknown | ☐ Not pregnant, but pregnant within 42 days of death | ☐ Suicide  ☐ Could not be determined |
| | ☐ Not pregnant, but pregnant 43 days to 1 year before death | |
| | ☐ Unknown if pregnant within the past year | |

**Scenario III**

| CAUSE OF DEATH (See instructions and examples) | | Approximate interval Onset to death |
|---|---|---|
| 32. PART I. Enter the chain of events--diseases, injuries, or complications--that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary. | | |
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. Acute respiratory illness | 1 day |
| | Due to (or as a consequence of): | |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | b. Probable COVID-19 | 5 days |
| | Due to (or as a consequence of): | |
| | c. | |
| | Due to (or as a consequence of): | |
| | d. | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I

Ischemic stroke

33. WAS AN AUTOPSY PERFORMED? ☐ Yes ■ No
34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☐ No

| 35. DID TOBACCO USE CONTRIBUTE TO DEATH? | 36. IF FEMALE | 37. MANNER OF DEATH |
|---|---|---|
| ☐ Yes ☐ Probably | ■ Not pregnant within past year | ■ Natural  ☐ Homicide |
| | ☐ Pregnant at time of death | ☐ Accident  ☐ Pending Investigation |
| ■ No ☐ Unknown | ☐ Not pregnant, but pregnant within 42 days of death | ☐ Suicide  ☐ Could not be determined |
| | ☐ Not pregnant, but pregnant 43 days to 1 year before death | |
| | ☐ Unknown if pregnant within the past year | |

143.   (U/OSINT)  In each of the above scenarios, the "UNDERLYING CAUSE"/trigger mechanism, the Chinese Communist Party's "China virus," is omitted and no instruction for completing blocks 38 through 43 is given to the users of the NVSS. The significance of these deletions—whether "a murder weapon" or "the murder weapon" was present—is substantial when juxtaposed a Homicide Death Certificate involving the use of a gun to kill another human:

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

**CAUSE OF DEATH (See Instructions and examples)**

32. PART I. Enter the chain of events—diseases, injuries, or complications—that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary.

| | | Approximate interval Onset to death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. Cardiac tamponade | 15 minutes |
| | Due to (or as a consequence of): | |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | b. Perforation of heart | 20 minutes |
| | Due to (or as a consequence of): | |
| | c. Gunshot wound to thorax | 20 minutes |
| | Due to (or as a consequence of): | |
| | d. | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

33. WAS AN AUTOPSY PERFORMED? ■ Yes  ☐ No
34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ■ Yes  ☐ No

35. DID TOBACCO USE CONTRIBUTE TO DEATH?
☐ Yes  ☐ Probably
■ No  ☐ Unknown

36. IF FEMALE:
☐ Not pregnant within past year
☐ Pregnant at time of death
☐ Not pregnant, but pregnant within 42 days of death
☐ Not pregnant, but pregnant 43 days to 1 year before death
☐ Unknown if pregnant within the past year

37. MANNER OF DEATH
☐ Natural  ■ Homicide
☐ Accident  ☐ Pending Investigation
☐ Suicide  ☐ Could not be determined

38. DATE OF INJURY (Mo/Day/Yr) (Spell Month): August 20, 2003
39. TIME OF INJURY: Approx. 2100
40. PLACE OF INJURY (e.g., Decedent's home; construction site; restaurant; wooded area): neighbor's home
41. INJURY AT WORK? ☐ Yes  ■ No

42. LOCATION OF INJURY:  State: Alabama  City or Town:
Street & Number: 3129 Discus Avenue  Apartment No.:  Zip Code: 35487-0002

43. DESCRIBE HOW INJURY OCCURRED:
Shot by another person using a handgun

44. IF TRANSPORTATION ACCIDENT, SPECIFY:
☐ Driver/Operator
☐ Passenger
☐ Pedestrian
☐ Other (Specify)

144. (U/OSINT) In the gunshot wound shown above, block 43 of the Homicide Death Certificate requires a description of how the injury occurred. Here, the deadly weapon is described as a "handgun."

145. (U/OSINT) The current COVID-19 Death Certificate instructions do not require "SARS-COV-2" to be listed as the deadly or dangerous weapon that initiated the "chain of events" resulting in assault and battery or death by means of homicide.

146. (U/OSINT) Apart from the PAHPA/PAHPRA/§ 564 pandemic preemption ecosystem, exists another ecosystem containing a collection of over 720 "coronaviruses" curated and managed by the United States Pharmacopeia ("USP") and the American Type Culture Collection ("ATCC") and stored and distributed through BEI Resources, all under NIH/NIAID oversight. The USP's funding sources include the U.S. Agency for International Development ("USAID"). BEI's

135

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

"[c]ultures are used in performance testing of products, as positive and negative controls, as indicator organisms and as identification standards."[124]

## VII.    THE INTERSECTION OF "PROXIMAL ORIGIN," AND PUBLIC LAWS 115-92 AND 119-60

147.    (U/OSINT)  On December 12, 2017, President Trump signed into law Public Law 115-92 (H.R.4374), which amended section 564 of the FD&C Act [21 U.S.C. §360bbb-3], among other things, to allow for emergency uses of medical products based on a biological "risk" to "U.S. military forces." [Pub. L. 115–92, §1(a), Dec. 12, 2017, 131 Stat. 2023.]

148.    (U/OSINT)  21 U.S.C. §360bbb-3(b)(1)(B) provides that:

"(1) In general
The Secretary may make a declaration that the circumstances exist justifying the authorization under this subsection for a product on the basis of-
***

(B) a determination by the Secretary of Defense that there is a military emergency, or a significant potential for a military emergency, involving a heightened risk to United States military

---

[124] Available from [1] https://www.beiresources.org; [2] https://www.usp.org/sites/default/files/usp/document/about/annual-report/usp-2019-annual-report.pdf; [3] https://www.beiresources.org/Organism/6/Coronaviruses.aspx?f_instockflag=In+Stock%23~%23Discontinued%23~%23Temporarily+Out+of+Stock; [4] https://www.ncbi.nlm.nih.gov/books/NBK209072/; [5] https://www.atcc.org/; [6] https://www.usp.org/sites/default/files/usp/document/about/annual-report/usp-2020-annual-report.pdf; [7] https://www.usp.org/sites/default/files/usp/document/our-work/global-public-health/pqm-plus-goals-and-objectives.pdf; [8] https://www.usp.org/sites/default/files/usp/document/about/annual-report/usp-annual-report-2022.pdf); [9] https://jcpp.net/wp-content/uploads/2015/09/Agenda-Item-5b-Dont-Print-BACKGROUND-usp_history_final.pdf; [10] https://www.atcc.org/resources/technical-documents/reference-strains-how-many-passages-are-too-many.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

forces, including personnel operating under the authority of title 10 or title 50, of attack with-

> (i) a biological, chemical, radiological, or nuclear agent or agents; or
> (ii) an agent or agents that may cause, or are otherwise associated with, an imminently life-threatening and specific risk to United States military forces...."

149.   (U/OSINT)  The military's operational use of PL 115-92 is contingent upon the Secretary of Defense finding an "attack with" a weaponized "agent or agents" or an "attack with" an "agent or agents," both of which are characterized by an adversary's intentional design.

150.   (U/OSINT)  Facially, the military's operational use of PL 115-92 aligns with the well-settled definitions of deadly and dangerous weapons, provided by the plain meaning of the word "attack" as used by Congress.

151.   (U/OSINT)  On December 18, 2025, President Trump signed into law, S.1071 (National Defense Authorization Act for Fiscal Year 2026) (Public Law 119-60), which included section 6803 requiring the declassification of "COVID-19" intelligence:

> "Not later than 180 days after the date of the enactment of this Act [Dec. 18, 2025], the Director of National Intelligence shall, jointly with the head of each element of the intelligence community—
> (1) perform a declassification review of intelligence relating to the origins of Coronavirus Disease 2019 (COVID–19), including—
>
> (A) research conducted at the Wuhan Institute of Virology or any other medical or scientific research center within the People's Republic of China;

137

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

(B) information relating to Gain of Function research and the intention of this research;

(C) information relating to sources of funding or direction for research on coronaviruses, including both sources within the People's Republic of China and foreign sources; and

(D) the possibility of zoonotic origins of COVID–19;

(2) perform a declassification review of intelligence relating to efforts by government officials of entities of the People's Republic of China—

(A) to disrupt or obstruct information sharing or investigations into the origins of the coronavirus disease 2019 (COVID–19) pandemic;

(B) to disrupt the sharing of medically significant information relating to the transmissibility and potential harm of SARS–CoV–2 to humans, including—

(i) efforts to limit the sharing of information with the United States Government;

(ii) efforts to limit the sharing of information with the governments of allies and partners of the United States; and

(iii) efforts to limit the sharing of information with the United Nations and World Health Organization;

(C) to obstruct or otherwise limit the sharing of information between national, provincial, and city governments within the People's Republic of China and between subnational entities within the People's Republic of China and external researchers;

(D) to deny the sharing of information with the United States, allies and partners of the United States, or multilateral organizations, including the United Nations and the World Health Organization;

(E) to pressure or lobby foreign governments, journalists, medical researchers, officials of the United States Government, or officials of multilateral organizations (including the United Nations and the World Health Organization) with respect to the source, scientific origins, transmissibility, or other attributes of the SARS–CoV–2 virus or the COVID–19 pandemic;

(F) to disrupt government or private-sector efforts to conduct research and development of medical interventions or countermeasures for the COVID–19 pandemic, including vaccines; and

138

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

(G) to promote alternative narratives regarding the origins of COVID–19 as well as the domestic Chinese and international response to the COVID–19 pandemic;

(3) release publicly the intelligence products described in paragraphs (1) and (2) including such redactions as the Director, with the concurrence of the head of the originating intelligence community element, determines necessary to protect sources and methods and information concerning United States persons; and

(4) submit to the congressional intelligence committees an unredacted version of the declassified intelligence products described in paragraph (3)." [Pub. L. 119–60, div. F, title LXVIII, §6803, Dec. 18, 2025, 139 Stat. 1654.]

152. (U/OSINT) Public Law 119-60, div. F, title LXVIII, §6803 was codified following Subchapter VI (Access to Classified Information, 50 U.S.C. §3161) under "Statutory Notes and Related Subsidiaries," as a part of Title 50 (War and National Defense), Chapter 44 (National Security).

153. (U/OSINT) The mandatory deadline for the Director of National Intelligence, together with the head of each element of the intelligence community to release this declassified report, is June 16, 2026.

154. (U) On May 13, 2026, McCray filed a Freedom of Information Act ("FOIA") Request with the Office of the Director of National Intelligence ("ODNI") for a copy of the declassified documents designated under Public Law 119-60, div. F, title LXVIII, §6803(3). On May 14, 2026, in an email response, the ODNI confirmed receipt of the Request and assigned to it tracking number "DF-

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

2026-00432." See also U.S. Right To Know[125] ("What didn't survive was a requirement in the Senate version for the DNI to declassify "the names of researchers who conducted research into coronaviruses, as well as their current locations of employment.'"), Plaintiffs' Exhibit 11.

155.   (U)    On information and belief, the declassified documents designated under Public Law 119-60, div. F, title LXVIII, §6803 will shed a bright light on Plaintiffs' entire Complaint and claims for relief, and the claims involved in *Arbutus Biopharma Corporation v. Moderna, Inc.,* 1:22-cv-00252, (D. Del.) ("*Arbutus*"), currently on appeal to the Federal Circuit as *Arbutus Biopharma Corp. v. Moderna, Inc.,* No. 2026-1581, filed March 24, 2026, and *State of Texas et al., v. U.S. Department of Health and Human Services, et al.,* Case No.  4:23-cv-00066-Y, in the U.S. District Court for the Northern District of Texas (Fort Worth Division).

156.   (U/OSINT)  The appeal involving *Arbutus Biopharma Corp. v. Moderna, Inc.* is derived from a patent dispute regarding lipid nanoparticle (LNP) delivery technology used in mRNA vaccines and the use of PL 115-92 by Moderna and agencies of the HHS and DOD to circumvent regular civilian commercial procurement channels by invoking the "attack with" language contained in PL 115-

---

[125] Lewis Kamb. *Congress orders spy agencies to consider declassifying evidence on COVID origins.* U.S. Right To Know. December 18, 2025. Available from https://usrtk.org/covid-19-origins/congress-may-order-spy-agencies-to-consider-declassifying-evidence-on-covid-origins/.

140

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

92 by inserting this law in the military procurement contract and filing the contract with the District Court.

157. (U/OSINT) In March 2026, the *Arbutus* parties entered into a $2.25 billion global settlement that resolved all infringement disputes. Moderna agreed to pay an upfront sum of $950 million, with an additional $1.3 billion contingent upon the resolution of appellate issue, i.e., whether under 28 U.S.C. § 1498, the U.S. government, rather than Moderna, is liable for patent infringement involving the military-civilian contract(s) that invoked PL 115-92.[126]

158. (U/OSINT) In *Arbutus,* on February 14, 2023 (main Document replaced on 2/15/2023) the United States filed a "Statement of Interest," ECF 49, wherein the United States asserted that the contract, which included the invocation of PL 115-92, was valid and the patent infringement was consented to by the United States:

> "The United States (the Government) appears on behalf of its Department of Health and Human Services and Department of Defense…. In accordance with 28 U.S.C. § 1498, the United States granted Moderna, Inc. and ModernaTX, Inc. ("Moderna") its "authorization and consent" to manufacture and use inventions covered by United States patents under Contract No. W911QY-20-C-0100 (the

---

[126] *Genevant Sciences and Arbutus Biopharma Announce $2.25 Billion Global Settlement With Moderna.* Arbutus Biopharma. March 03, 2026. Available from https://investor.arbutusbio.com/news-releases/news-release-details/genevant-sciences-and-arbutus-biopharma-announce-225-billion; Rose Esfandiari. *Moderna Settles with Genevant and Arbutus, Ending LNP Patent Dispute.* March 4, 2026. Available from https://ipwatchdog.com/2026/03/04/moderna-settles-genevant-arbutus-ending-lnp-patent-dispute/; Kevin E. Noonan. *Moderna Settles Patent Litigation with Arbutus et al.* Patent Law Weblog. March 9, 2026. Available from https://patentdocs.org/2026/03/09/moderna-settles-patent-litigation-with-arbutus-et-al/.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

'-0100 Contract), which is at issue in this litigation…. The Government is not aware of any other contract at issue in this litigation where it granted authorization and consent, and therefore its authorization and consent does not extend to any other procurement of vaccine in this litigation beyond what has been procured under the '-0100 Contract. Accordingly, claims for infringement in the course of performance of the '-0100 Contract should be dismissed." ECF 49 at 5-7. See Plaintiffs' Exhibit 12.

159.   (U/OSINT)  On March 10, 2023, the Honorable Judge Mitchell S. Goldberg, in his Memorandum Opinion in the *Arbutus* litigation, found that:

"While the Statement of Interest does point to certain evidence that Moderna's sales under the '-0100 Contract may have been with the "authorization and consent" of the Government, Moderna offers no evidence that sales were "for the Government" which is also a necessary factor under §1498(a)…. Moderna originally moved to dismiss Plaintiffs' claims as to *all* of its sales of COVID-19 vaccine doses to the U.S. Government. But now, both the Government and Moderna acknowledge that claims regarding sales under a second Government contract (W58P05-22-C-0017 (the '-0017 Contract)) were not with the authorization and consent of the Government and should not be dismissed. Had I granted the relief Moderna sought in its original motion to dismiss, this fact would not have come to light and the relief ordered could have been incorrect." (Italics in original.) ECF 64 at 3-4. Plaintiffs' Exhibit 13.

160.   (U/OSINT)  In reference to "the '-0100 Contract", in which the United States and Moderna invoked the authority of PL 115-92, the Honorable Judge Joshua D. Wolson, in his Memorandum Opinion in the *Arbutus* litigation filed on February 2, 2026, found that: "In the C-100 Contract, the Government authorized and consented to any necessary infringement." In footnote 7, Judge Wolson further found the "Government insists that the contract is valid":

142

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

"Arbutus argues that Moderna procured the C-100 Contract by fraud, which renders it void. Arbutus does not cite a single binding case where a court permitted a party faced with a Section 1498 defense to challenge the validity of the contract that provided the required authorization. In fact, the Federal Circuit case that Arbutus identifies to support its voidability argument involves a voidability challenge that the Government made, not a non-contracting third party. See Long Island Sav. Bank, FSB v. United States, 503 F.3d 1234, 1246 (Fed. Cir. 2007). But in this case, the Government never claimed that the C-100 Contract is void. In fact, as demonstrated by its Statement of Interest, the Government insists that the contract is valid." ECF 697 at 12-13. See Plaintiffs' Exhibit 14.

161.   (U/OSINT)  In his Order following the Memorandum Opinion in the *Arbutus* litigation, which was filed on February 2, 2026, Judge Wolson granted Moderna's "defense made pursuant to 28 U.S.C. § 1498(a) for the vaccines that went directly to United States Government employees," and denied Moderna's Section 1498 defense for the vaccines that did not go directly to United States Government employees. ECF 698 at 1-2. See Plaintiffs' Exhibit 15.

162.   (U/OSINT)  On March 4, 2026, Judge Wolson, in his Consent Judgment and Order, held in paragraph 3c at 3 that:

"the C-100 Contract is a valid contract and the Court hereby enters judgment in Defendants' favor and against Plaintiffs as to Plaintiffs' fraud-in-the-inducement theory regarding § 1498 referenced in footnote 7 of the Court's summary judgment order [D.I. 697]." See Plaintiffs' Exhibit 16, which references Plaintiffs' Exhibit 14.

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

163.  (U/OSINT)  Public Law 115-92 appears in the following sections of "the C-100 Contract"[127] which Judge Wolson found to be a "valid contract":

> W911QY20C0100 Page 19 of 53
> **Section C - Descriptions and Specifications**
> **STATEMENT OF WORK**
> **LARGE SCALE PRODUCTION OF SARS-CoV-2 VACCINE**
> C.1 SCOPE. The Department of Defense and Health and Human Services (HHS) require large scale manufacturing of vaccine doses in support of the national emergency response to the Coronavirus Disease 2019 (COVID-19) for the United States Government (USG) and the US population.
>
> C.1.1.1 Under Operation Warp Speed (OWS), the Department of Defense and HHS are leading a whole of nation effort to ensure development of promising vaccine, diagnostic and therapeutic candidates and ensure that these medical countermeasures are available in the quantities required to reduce SARS-CoV-2 transmission, identify prior and/or current infection, and improve patient care, thereby mitigating the impact of COVID-19 on the nation and its people. The DoD Joint Program Executive Office for Chemical, Biological, Radiological and Nuclear Defense (JPEO-CBRD) is providing expertise and contracting support to HHS, in compliance with PL 115-92 Authorization Letter for DoD Medical Priorities, through an Interagency Agreement, signed April 23, 2020. As OWS products progress to clinical trials to evaluate the safety and efficacy of vaccines and therapeutics, it is critical that, in parallel, the USG supports large scale manufacturing so that vaccine doses or therapeutic treatment courses are immediately available for nationwide access as soon as a positive efficacy signal is obtained and the medical countermeasures are authorized for widespread use.
> ***
> Page 30 of 53
> **E.2 Acceptance**

---

[127] *Moderna COVID-19 Vaccine Contract. HHS.gov. August 9, 2020. Available from* https://www.hhs.gov/sites/default/files/moderna-large-scale-production-sars-cov-2-vaccine.pdf.

144

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

d. The parties acknowledge that acceptance may depend on the compliance with the Contractor's product specifications. The KO and COR may prior to acceptance consult with FDA under its authority under Public Law 115-92 to determine whether the material to be delivered meets the Contractor's product specifications. To this end, Contractor agrees to provide a letter to FDA authorizing the Government to engage in dialog with FDA about the ultimate compliance of this product with the Contractor's product specifications prior to acceptance. BARDA/COR will accept product according to the approved Product Acceptance Procedure.
***

Page 41 of 53

**H.6 Regulatory Rights**

"Accordingly, the Contractor and the Government agree to the following:

a. DoD Medical Product Priority. PL 115-92 allows the DoD to request, and FDA to provide, assistance to expedite development of products to diagnose, treat, or prevent serious or life-threatening diseases or conditions facing American military personnel. The contractor recognizes that only the DoD can utilize PL 115-92. As such, the contractor will work proactively with the Government to leverage this law to its maximum potential under this contract. The contractor shall submit Public Law 115-92 Sponsor Authorization Letter that will be delivered to the designated OWS POC(s) within 30 days of award."

164. (U/OSINT) Judge Goldberg did not make a ruling on the validity of the use of Public Law 115-92 in "the C-100 Contract," and Judge Wolson did not make a ruling on the validity of the use of Public Law 115-92 in "the C-100 Contract or the pending release of declassified COVID-19 intelligence pursuant to PL 119-60.

165. (U/OSINT) In *State of Texas et al., v. U.S. Department of Health and Human Services, et al.,* Case No. 4:23-cv-00066-Y, in the U.S. District Court for the

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Northern District of Texas (Fort Worth Division), Mary M. Cherry ("Mary Cherry"), Assistant U.S. Attorney, Texas Bar No. 24055299,[128] argued that:

> "COVID-19…did not originate in the United States but rather migrated across the world, killing millions…." (ECF 15 at 6). See Plaintiff's Exhibit 17.

166.    (U/OSINT)  In Section C of "the C-100 Contract,"  Moderna stated that "SARS-CoV-2 was first detected in Wuhan, Hubei Province, People's Republic of China:"

> "C.1.1 Background. In December 2019, a novel coronavirus now known as SARS-CoV-2 was first detected in Wuhan, Hubei Province, People's Republic of China, causing outbreaks of the coronavirus disease COVID-19 that has now spread globally. The Secretary of Health and Human Service declared a public health emergency on January 31, 2020, under section 319 of the Public Health Service Act (42 U.S.C. 247d), in response to COVID-19. On March 1, 2020, the President of the United States, pursuant to sections 01 and 301 of the National Emergencies Act (50 U.S.C. 1601 et seq.) and consistent with section 1135 of the Social Security Act (SSA), as amended (42 U.S.C. 1320b-5), proclaimed that the COVID-19 outbreak in the United States constitutes a national emergency.

167.    (U/OSINT)  The pandemic response was organized entirely using a genome sequence isolated by Dr. Zhang Yongzhen, *et al.,* from a virus found in Wuhan, China:[129]

---

[128] Office of Leigha Simonton, United States Attorney; 1100 Commerce Street, Third Floor; Dallas, Texas 75242; Tel: 214-659-8600; Fax: 214-659-8807; E-mail: mary.cherry@usdoj.gov.

[129] Wu F, Zhao S, Yu B, Chen YM, Wang W, Song ZG, Hu Y, Tao ZW, Tian JH, Pei YY, Yuan ML, Zhang YL, Dai FH, Liu Y, Wang QM, Zheng JJ, Xu L, Holmes EC, Zhang YZ. *A new coronavirus associated with human respiratory disease in China.* Nature. 2020

146

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

```
##Assembly-Data-START##
        Assembly Method    :: Megahit v. V1.1.3
        Sequencing Technology :: Illumina
        ##Assembly-Data-END##
FEATURES          Location/Qualifiers
    source        1..29903
                  /organism="Severe acute respiratory syndrome
                  coronavirus 2"
                  /mol_type="genomic RNA"
                  /isolate="Wuhan-Hu-1"
                  /host="Homo sapiens"
                  /db_xref="taxon:2697049"
                  /geo_loc_name="China"
                  /collection_date="Dec-2019"
```

168.   (U/OSINT)  In a letter dated May 18, 2020, President Trump also claimed

SARS-COV-2 was identified from "Wuhan's several cases of pneumonia":[130]

> "The International Health Regulations require countries to report the
> risk of a health emergency within 24 hours. But China did not inform
> the World Health Organization of Wuhan's several cases of
> pneumonia, of unknown origin, until December 31, 2019, even though
> it likely had knowledge of these cases days or weeks earlier.
> According to Dr. Zhang Yongzhen of the Shanghai Public Health
> Clinic Center, he told Chinese authorities on January 5, 2020, that he
> had sequenced the genome of the virus. There was no publication of
> this information until six days later, on January 11, 2020, when Dr.
> Zhang self-posted it online. The next day, Chinese authorities closed
> his lab for "rectification." See Plaintiffs' Exhibit 18.

---

Mar;579(7798):265-269. doi: 10.1038/s41586-020-2008-3. Epub 2020 Feb 3. Erratum in: Nature. 2020 Apr;580(7803):E7. doi: 10.1038/s41586-020-2202-3. PMID: 32015508; PMCID: PMC7094943. Available from https://pmc.ncbi.nlm.nih.gov/articles/PMC7094943/; *Severe acute respiratory syndrome coronavirus 2 isolate Wuhan-Hu-1, complete genome*. GenBank: MN908947.3. Available from https://www.ncbi.nlm.nih.gov/nuccore/MN908947.

[130] Available from https://trumpwhitehouse.archives.gov/wp-content/uploads/2020/05/Tedros-Letter.pdf.

147

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

169. (U/OSINT) The United States, through Mary Cherry, the *Arbutus* litigation, the Moderna "C-100 Contract," the SARS-COV-2 full genome sequence and President Trump, firmly established, to a close certainty, that Wuhan, China is the *locus delicti* and *locus in quo*. No other Nation and no individual has publicly disputed this fact given also the fact that the entire world based their response to the COVID-19 pandemic on the SARS-COV-2 full genome sequence from Wuhan.

170. (U/OSINT) Based on Plaintiffs' Exhibits 12 through 16, SARS-COV-2 is either an "attack with" "a biological, chemical, radiological, or nuclear agent or agents, or "an agent or agents that may cause, or are otherwise associated with, an imminently life-threatening and specific risk to United States military forces," as set forth in 21 U.S.C. §360bbb-3(b)(1)(B).

171. (U/OSINT) Under the plain meaning rule, the word "attack," as used in PL 115-92, implies an intentional, aggressive act or an onslaught by an adversary or an act of intentional hostility or aggression, i.e., to set upon in a forceful, violent, hostile, or aggressive way, with or without a weapon. "Attack with" can be used when describing the method or means by which an attack is carried out, often in a military or metaphorical context.

172. (U/OSINT) President Trump was the first person to publicly claim the United States were "attacked" with a virus from a Wuhan lab: "We were attacked. This was an attack." See *supra* ¶ 71.

148

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

173. (U/OSINT) While Fauci was advising President Trump as part of the Coronavirus Task Force, the BBC, pursuant to the conspiracy-like design of the global Censorship Industrial Complex, used Fauci to fact check President Trump's statement that the U.S. were "attacked" with a virus from a Wuhan lab:[131]

> "He [President Trump] stuck by his so far unsubstantiated charge that there is "enormous evidence" the coronavirus hatched in a Chinese laboratory, even while acknowledging there is still uncertainty about its origins.
> "Those statements are both true," America's top diplomat told the BBC. "We don't have certainty and there is significant evidence that it came from a lab."
> Chinese state media accused him of lying.
> One of the most trusted US public health experts has said the best evidence indicates the virus was not made in a lab.
> Dr Anthony Fauci, a member of Mr Trump's coronavirus task force, said on Monday the illness appeared to have "evolved in nature and then jumped species".

174. (U/OSINT) On information and belief, the BBC, pursuant to the same conspiracy-like design of the global Censorship Industrial Complex, never used Charles to fact check the knowledge of his mother, Elizabeth, regarding her knowledge of the Royal Family's decades-long contacts with James "Jimmy" Savile ("Pedo-Jimmy"), who through Charles "was key to Pedo Jimmy's standing."[132]

---

[131] Trump says coronavirus worse 'attack' than Pearl Harbor. BBC. May 7, 2020. Available from https://www.bbc.com/news/world-us-canada-52568405.

[132] Meirion Jones. *Did Prince Charles ignore alarm bells that his friend Jimmy Savile was an abuser - or did aides never tell him?* Daily Mail. April 7, 2022. Available from https://www.dailymail.co.uk/news/article-10693583/As-new-letters-lay-bare-relationship-did-Prince-Charles-know-Jimmy-Saviles-abuse.html.

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

175.   (U/OSINT)  Nor did the BBC fact check the roles of Oxford University and the United States in using U.S. laws to publish a photograph of Charles and Camilla in an "Authorized King James Bible"[133] to commemorate Charles, notwithstanding the Royal Family's contacts with Pedo Jimmy:



176.   (U/OSINT)  The BBC also did not fact check the elevation of Pedo Jimmy to the level of "untouchable" by both Elizabeth and the Pope/Holy See, when these entities vested Pedo Jimmy with a Royal "knighthood" and a "papal knighthood", respectively.[134]

---

[133] Oxford., Oxford University Press. The Holy Bible 2023 Coronation Edition: Authorized King James Version. United Kingdom: Oxford University Press, 2023. ISBN: 978-0-19-888484-2; Library of Congress Control Number 2023930342. Published in the United States of America by Oxford University Press, 198 Madison Avenue, New York, NY 10016. Available from Walmart, Amazon and others.

[134] *How's about that then! Now you can buy Jimmy Savile's Jim'll Fix It chair at auction.* Daily Mail. June 29, 2012. Available from https://www.dailymail.co.uk/news/article-2165994/Jimmy-Saviles-Rolls-Royce-diamond-encrusted-Rolex-Superman-suit-hammer.html;

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

177.    (U/OSINT)  The BBC, using Fauci to fact check the President of the United States, and the knighthood of Pedo Jimmy, closely represents a continuation of the norms existing in England in 1557, which included Catholic Queen Mary I imposing absolute media control by granting the Stationers' Company a royal monopoly on printing. This allowed the Crown to effectively censor unorthodox, seditious, or Protestant texts. The role of censors, notably Sir Roger L'Estrange, highlighted the contentious relationship between censorship and freedom of expression.[135]

---

Stephanie Petit. *Prince Charles' Letters Seeking Advice from Pedophile Jimmy Savile Revealed in New Documentary*. People. April 6, 2022. Available from https://people.com/royals/prince-charles-letters-jimmy-savile-revealed-netflix-documentary/; Kevin Rawlinson. *Prince Charles repeatedly sought Jimmy Savile's advice, documentary claims*. The Guardian. April 6, 2022. Available from https://www.theguardian.com/uk-news/2022/apr/06/prince-charles-repeatedly-sought-jimmy-savile-advice-documentary-claims.

[135] *The History and Impact of the Geneva Bible*. 1599 Geneva Bible: The Holy Scriptures Contained in the Old and New Testaments. Tolle Lege Press. Acworth, GA. Available from https://tollelegepress.com/; https://genevabible.com/introduction/; *History—How important was the Church by 1557?* Trinity Academy Halifax, Year 7, Term 2. Available from https://halifax.trinitymat.org/wp-content/uploads/2021/10/History-Year-7-Term-2.pdf; Schiff, Randy P. *England's Licensing Acts*. EBSCO. 2022. Available from https://www.ebsco.com/research-starters/history/englands-licensing-acts; James McGeown. *Elizabethan sumptuary laws: Fashion policing in Shakespeare's England*. The Shakespeare Globe Trust. April 16, 2019. Available from https://www.shakespearesglobe.com/discover/blogs-and-features/2019/04/16/elizabethan-sumptuary-laws-fashion-policing-in-shakespeares-england/; *The 1500s: England's place in the world*. The Times. Available from https://otterson.org/thetimes/thetimes-englands-place-in-the-world/; Ulric M. Spencer. *Elizabethan society. Fact-checked by Britannica Editors*. May 17, 2026. Available from https://www.britannica.com/place/United-Kingdom/Elizabethan-society; *Elizabethan settlement*. Wikipedia. Available from https://en.wikipedia.org/wiki/Elizabethan_settlement.

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

178.   (U/OSINT)  After giving Pedo Jimmy a knighthood, the security was reduced for Prince Harry and his family,[136] which includes Rachel Meghan Markle ("Markle"), who is also an American, the Duchess of Sussex in the House of Windsor and Charles' daughter-in-law. Prince Harry argued the reduced security was designed to force his family to live in the U.K., which harks back to 1557.

179.   (U/OSINT)  On May 4, 2025, Seattle Washington Archbishop Paul D. Etienne ("Etienne") threatened the Catholic clergy with excommunication from the Church should clergy obey Washington State law,[137]RCW §§ 18.130.460 and 9A.40.100, and title 22 U.S. Code § 7101 *et seq.*, and report crimes involving child "sexual abuse, sexual exploitation, female genital mutilation... trafficking..., sex trafficking or severe forms of trafficking in persons... or injury of a child by any person under circumstances which cause harm to the child's health, welfare, or safety..."

180.   (U/OSINT)  After claiming protection under the First Amendment, Archbishop Etienne criticized the State of Washington for "specifically targeting

---

[136] *Prince Harry LOSES Legal Battle In CRUSHING Defeat As Meghan Markle May NEVER Visit UK Again.* GBNews. May 2, 2025. Available from https://www.youtube.com/watch?v=gVEo3OWAegc.
[137] Archbishop Paul D. Etienne. *Clergy: Answerable to God or State.* May 4, 2025. Available from https://archseattle.org/wp-content/uploads/2025/01/Archbishop-on-On-Clergy-Reporting-min.pdf.

152

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

religious conduct by inserting the government into the Catholic tradition…" of refusing to report child sex crimes brought to the attention of the Church.

181.   (U/OSINT)  The "FINAL REPORT" on the virus claimed Members of Congress "exposed high-level corruption in America's public health system":[138]

> "Members and staff have exposed high-level corruption in America's public health system, confirmed the most likely origin of the pandemic, held COVID-19 bad actors publicly accountable, fostered bipartisan consensus on consequential pandemic-era issues, and more…. COVID-19 most likely emerged from a laboratory in Wuhan, China…. "The Proximal Origin of SARS-CoV-2" publication—which was used repeatedly by public health officials and the media to discredit the lab leak theory—was prompted by Dr. Fauci to push the preferred narrative that COVID-19 originated in nature."

182.   (U/OSINT)  SARS-COV-2 diagnostic tests approved by the United States through the FDA have repeatedly shown Plaintiffs are chronically injured with SARS-COV-2 infection after being attacked with a genome sequence aligned with SARS-COV-2 which came from China—a geographical location the global confederation failed to place in dispute. The global confederation also failed to place in dispute whether the virus exists at all to support the use of PL 115-92 by the United States through the HHS, DOD, Moderna and others. This is in contrast to

---

[138] FINAL REPORT: COVID Select Concludes 2-Year Investigation, Issues 500+ Page Final Report on Lessons Learned and the Path Forward. December 2, 2024. Available from https://oversight.house.gov/release/final-report-covid-select-concludes-2-year-investigation-issues-500-page-final-report-on-lessons-learned-and-the-path-forward/; https://oversight.house.gov/wp-content/uploads/2024/12/2024.12.04-SSCP-FINAL-REPORT-ANS.pdf.

153

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

the manufactured dispute as to the "origins" of the virus, "natural" or "lab leak," used to "attack" the People and military of the United States, and results in a simple paradox that harks back to Germany's medical experiments during World War II.

## VIII. THE "SS" AND THE COMMODIFICATION OF COVID-19

183. (U/OSINT)  Long before post-World War II ("WWII"), the United States had built a public health backbone that inherited George III's biased health treatment of the Colonists and his nonregulation of biologics.

184. (U/OSINT)  The 20th Century public health began with the commodification of biologics through the BCA of 1902 (virus/toxin licensing). This law paved the way for the NIH–NIAID–ATCC–BEI–USP–USAID to eventually become an important node in the United States' commodified biologics ecosystem.

185. (U/OSINT)  At or about the same time of the BCA, using philanthropic money and regulatory changes to shift medicine toward standardized, lab-based, patentable drugs and away from non-commodified modalities, John D. Rockefeller executed his commodification blueprint for medical education and synthetic medicines.

186. (U/OSINT)  "The business story of Western medicine, in the modern sense, starts with John D. Rockefeller (1839–1937)."[139] The Rockefeller Institute for

---

[139] James L. Oschman PhD. *Flexner Report*. Chapter 4 - Historical Origins of Energy Medicine. Science Direct. Available from https://www.sciencedirect.com/topics/medicine-and-

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

Medical Research was founded in 1901. The purpose of which was to assist scientists in investigating, preventing, and treating deadly diseases, and to the General Education Board (founded in 1902), which sought to improve American education, particularly in the South.

187.    (U/OSINT)  By the turn on the 20th century, Rockefeller controlled 90% of all petroleum refineries in America through ownership of the Standard Oil Corporation, which was later split into Mobil, Chevron, Exxon, etc.

188.    (U/OSINT)   Around 1900, the science world was getting excited about new "petrochemicals" and the ability to create a variety of new of compounds from oil. Some of the first products derived from petrochemicals were plastics.

---

dentistry/flexner-report; *Early 20th Century Reforms of Medical Education Worldwide.* Rockefeller Archive Center. January 10, 2022. Available from https://resource.rockarch.org/story/early-20th-century-reforms-of-medical-education-worldwide/; *Evolution of a Foundation: an Institutional History of the Rockefeller Foundation.* Rockefeller Archive Center. January 12, 2022. Available from https://resource.rockarch.org/story/rockefeller-foundation-history-origins-to-2013/; *How Rockefeller Created the Business of Western Medicine.* Meridian Health Clinic. December 27, 2019. Available from https://meridianhealthclinic.com/how-rockefeller-created-the-business-of-western-medicine/; *Rockefeller Foundation Is Founded.* May 14, 1913. Available from https://www.ebsco.com/research-starters/economics/rockefeller-foundation-founded; *The Rockefeller Connection in the Medical Center's Beginnings.* Columbia Medicine Magazine, Fall/Winter 2017, VP&S News. Available from https://www.vagelos.columbia.edu/about-us/columbia-medicine-magazine/archives/fall-winter-2017/vp-s-news/rockefeller-connection-medical-centers-beginnings; Abraham Flexner. *Medical Education in the United States and Canada.* Bulletin No. 4 (1910). Available from http://archive.carnegiefoundation.org/publications/pdfs/elibrary/Carnegie_Flexner_Report.pdf; Duffy TP. *The Flexner Report--100 years later.* Yale J Biol Med. 2011 Sep;84(3):269-76. PMID: 21966046; PMCID: PMC3178858. Available from https://pmc.ncbi.nlm.nih.gov/articles/PMC3178858/.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

189.  (U/OSINT)  During this same era, early 1900's, scientists were doing groundbreaking work to understand the basic mechanics of life and human health. It was during this time that most of the essential vitamins were discovered. In 1935, Vitamin C became the first vitamin to be artificially synthesized in Switzerland.

190.  (U/OSINT)  The total absence of standards for medical education, clinical practice, and therapeutic devices in the United States led to the passage of the Federal Pure Food and Drugs Act ("PFDA") of 1906. The publication of the Flexner Report followed soon thereafter in 1910. These two events changed the course of medicine, and the effects, both positive and negative, are still being reported.

191.  (U/OSINT)  The Flexner report is regarded as the defining document for modern medicine because it proposed standardized medical education on the basis of scientific principles and demonstrable facts. The Flexner study was funded by the Carnegie Foundation, and it established science as the basis for all medicine and clinical education. Many medical schools were completely overhauled, while others simply failed and faded out of existence.

192.  (U/OSINT)  Spurred by Flexner's report, the General Education Board ("GEB") and later, the Rockefeller Foundation ("RF") called for a transformation of, and investment in, medical education in the United States.

193.  (U/OSINT)  The GEB took the lead in the improvement of medical education in the United States. Directing the medical education program was

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

Flexner, who became Secretary of the GEB in 1913. Under his advisement the first grants towards the improvement of medical education went to Johns Hopkins University in 1913.

194.  (U/OSINT)  The GEB also supported medical schools at Historically Black Colleges. The largest recipient of this support was Meharry Medical College in Nashville, Tennessee.

195.  (U/OSINT)  Internationally, the two largest recipients of RF funding were the University of Toronto and the London School of Hygiene and Tropical Medicine.

196.  (U/OSINT)  By 1944, the United States's medical and medicine ecosystems had successfully underwent commodification realignment. Underfunded grassroots competition had been crushed.

197.  (U/OSINT)  The BCA of 1902 and the early-twentieth-century re-engineering and commodification of American medicine, financed by Rockefeller interests, and implemented through the Flexner reforms, together created a consolidated laboratory-centered, drug-centric model of "scientific" medicine tied to standardized products and institutions such as the United States Pharmacopeia ("USP"), which was formed in 1820.

198.  (U/OSINT)  This commodification blueprint was operationalized and globalized through federally funded infrastructures in which NIH and NIAID

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

finance curated collections of standardized viral strains and reagents; USP embedded these reference materials into compendial standards; and USAID exported those standards and quality systems worldwide, so that human infections and tissue samples were systematically converted into cataloged pathogens, assays, and proprietary biologics inside an integrated federal–philanthropic–commercial-commodified ecosystem that now treats pathogens and immune responses as managed assets and commodities, rather than uncontrollable hazards.

199.   (U/OSINT)   During the Nuremberg Military Tribunals,[140] the United States presented evidence in the Medical Case, *U.S.A. vs. Karl Brandt, et al.*, also known as the Doctors' Trial, that between September 1939 and April 1945, the German Reich, through doctors and others with membership in *Die Schutzstaffeln Der Nationalsozialistischen Deutschen Arbeiterpartei*, commonly known as the "SS" or

---

[140] *International Military Tribunal. Nurnberg Military Tribunals: Indictments.* Library of Congress. Available from https://tile.loc.gov/storage-services/service/ll/llmlp/NT_Indictments/NT_Indictments.pdf; *NMT Case 1. U.S.A. v. Karl Brandt et al.: The Doctors' Trial.* Harvard University. Available from https://nuremberg.law.harvard.edu/nmt_1_intro; Robert H. Jackson. *Prosecution trial brief on the SS, including its history and organization, police operations, concentration camps, role in the war, racial programs, medical experiments, and membership of various defendants, with a list of evidence documents and an organizational chart (exhibit 445).* International Military Tribunal. Available from https://nuremberg.law.harvard.edu/documents/451392-prosecution-trial-brief-on-the-ss?mode=image; *Brief on Die Schutzstaffeln der Nationalsozialistischen Deutschen Arbeiterpartei (Commonly Known as the SS) Including Die Sicherheitsdienst (Commonly Known as the SD).* International Military Tribunal. Available from https://digital.library.cornell.edu/catalog/nur00671.

158

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

the "Protection Squadron, "committed murders, brutalities, cruelties, tortures, atrocities, and other inhumane acts." See Plaintiffs' Exhibit 19.

200.  (U/OSINT)  The SS[141] was a major German paramilitary organization operating under Adolf Hitler and the political party known as the Nazi Party. The SS became the foremost agency of security, mass surveillance, and state terrorism within Germany and German-occupied Europe.

201.  (U/OSINT)  The two main constituent groups were the Allgemeine SS (General SS) and Waffen-SS ("Armed SS"). The Allgemeine SS was responsible for enforcing the racial policy of Germany and general policing. The Waffen-SS consisted of the combat units of the SS, with a sworn allegiance to Adolf Hitler. A third component of the SS, the *SS-Totenkopfverbände*, the SS-TV or the "Death's Head Units," ran the concentration and extermination camps. Additional subdivisions of the SS included the Gestapo and the *Sicherheitsdienst* (SD).

202.  (U/OSINT)  Karl Brandt, the lead defendant, was a *Gruppenfuhrer* in the SS and *Generalleutnant* in the Waffen SS (Major General); Germany's Reich Commissioner for Health and Sanitation (*Reichskommissar für Sanitäts- und*

---

[141] *The Nazi Party*. United States Holocaust Memorial Museum. Available from https://encyclopedia.ushmm.org/content/en/article/the-nazi-party-1
*The early years of the Nazi Party*, https://www.theholocaustexplained.org/the-nazi-rise-to-power/the-early-years-of-the-nazi-party/.

159

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

*Gesundheitswesen*); member of the Reich Research Council (*Reichsforschungsrat*); and Adolf Hitler's personal physician.

203.   (U/OSINT)  Germany's *Reichsforschungsrat* was created in 1936 under the Education Ministry for the purpose of centralized planning of all basic and applied research, with the exception of aeronautical research. It was later reorganized in 1942 and placed under the Ministry of Armaments and War Production.[142]

204.   (U/OSINT)  Germany's medical experiments, conducted by Karl Brandt and his coconspirators, included deliberately infecting prison inmates with malaria from mosquitoes, in order to investigate the immunization and treatment of malaria, or with bacteria to determine the effectiveness of sulfanilamide and other drugs.

205.   (U/OSINT)  Germany's experiments with sulfanilamide and other drugs to determine their effectiveness involved deliberately aggravating the infection by forcing wood shavings and ground glass into the wounds."

206.   (U/OSINT)  At Germany's Buchenwald concentration camp, "numerous healthy inmates were deliberately infected with spotted fever virus in order to keep the virus alive":

---

[142] *Reichsforschungsrat.* Wikipedia. Available from https://en.wikipedia.org/wiki/Reichsforschungsrat.

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

> (J) SPOTTED FEVER EXPERIMENTS. From about December 1941 to about February 1945 experiments were conducted at the Buchenwald and Natzweiler Concentration Camps for the benefit of the German Armed Forces to investigate the effectiveness of spotted fever and other vaccines. At Buchenwald numerous healthy inmates were deliberately infected with spotted fever virus in order to keep the virus alive; over 90 % of the victims died as a result. Other healthy inmates were used to determine the effectiveness of different spotted fever vaccines and of various chemical substances. In the course of these experiments 75 % of the selected number of inmates were vaccinated with one of the vaccines or nourished with one of the chemical substances and, after a period of three to four weeks, were infected with spotted fever germs. The remaining 25 % were infected without any previous protection in order to compare the effectiveness of the vaccines and the chemical substances. As a result, hundreds of the persons experimented upon died. Experiments with yellow fever, smallpox, typhus, paratyphus A and B, cholera, and diphtheria were also conducted. Similar experiments with like results were conducted at Natzweiler Concentration Camp. The defendants Karl Brandt, Handloser, Rostock, Schroeder, Genzken, Gebhardt, Rudolf Brandt, Mrugowsky, Poppendick, Sievers, Rose, Becker-Freyseng, and Hoven are charged with special responsibility for and participation in these crimes.

207. (U/OSINT) In 1901, long before Karl Brandt and others conducted their malaria experiments with mosquitoes, Louis W. Sambon and George C. Low reported on the "Mosquito-Malaria Theory"[143] where, among other things, uninfected mosquitoes were intentionally infected with malaria by allowing the uninfected mosquitoes to feed on humans infected with the malaria parasite.

208. (U/OSINT) Sambon and Low also took an opportunity to examine for parasites in several bat species, including the lesser horseshoe bat, *Rhinolophus*

---

[143] Sambon LW, Low GC. *Report on Two Experiments on the Mosquito-Malaria Theory, instituted by the Colonial Office and the London School of Tropical Medicine*. Med Chir Trans. 1901;84:497-552.9. Available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2036803/. Printable copy, (PDF file), is available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2036803/pdf/medcht00008-0639.pdf.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

*hipposiderus*, but "found no parasites in the numerous specimens of *Myotis myotis* and *Rhinolophus hipposiderus*...."

209. (U/OSINT) Karl Brandt, and six other coconspirators were convicted, sentenced to death, and executed.

210. (U/OSINT) The United States, from the Doctors' Trial Indictment and related materials, directly placed into the post-WWII international record the fact that healthy concentration camp inmates were intentionally infected by various nefarious means, including simply to "keep the virus alive."

211. (U/OSINT) These allegations appear in U.S.-filed indictments and findings under Control Council Law No. 10, and are to be considered the factual basis for the Nuremberg Code and the later international prohibition on non-consensual medical experimentation, and the United States' knowledge of these atrocities and their harmful effects on humans. The United States owns this prosecutorial voice.

212. (U/OSINT) Fauci's health research ecosystem at the NIAID included the elite RML located in Hamilton, Montana; the integrated PAHPA/PAHPRA, FDCA § 564, and PHSA quarantine powers, and the pathogen curation, storage and distribution infrastructure ecosystem of the NIH-NIAID-ATCC-BEI-USP-USAID, shines a bright light upon the assault and battery inflicted upon Plaintiffs and the Pardon for which Fauci was required to accept, and did accept.

162

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

213.   (U/OSINT)  Fauci sat atop a vast array of technical disease capabilities, and disease and vaccine proficient scientists, employees and administrative personnel, with a history dating back to 1887 and the Marine Hospital on Staten Island in New York. In a sense, the NIAID could analyze a disease and design a vaccine against the microbe/pathogen under research or investigation, without being prompted by the declaration of a health emergency.

214.   (U/OSINT)  When the World Health Organization and the World Bank Group appointed Fauci to serve on the Global Preparedness Monitoring Board ("GPMB"), contrary to U.S. Foreign Relations and Intercourse (Title 22 U.S. Code) and U.S. National Security (Title 50 U.S. Code Chapter 44), Fauci carried with him the knowledge of the ancient plagues, the centuries-old NIAID ecosystem, which includes the RML, EcoHealth Alliance, and the Wuhan Institute of Virology, which President Trump links to the SARS-COV-2 "lab leak."

215.   (U/OSINT)  The largest private-sector investors who co-invested with the World Bank Group during the period 2014-2025, which covered both Fauci's unauthorized foreign policy and national security service to the GPMB and the Pardon he accepted for any crimes committed against the United States, includes BlackRock, Inc., sovereign wealth funds and public pension funds.

216.   (U/OSINT)  Epidemiologist David M. Morens, Senior Scientific Advisor to Fauci while he was the Director of the NIAID, has a background that indeed

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

includes studying these ancient plagues. Morens' academic and historical research into past pandemics includes, the Plague of Athens (430 BCE). Alongside classicist Robert J. Littman, he utilized epidemiological analysis and mathematical models to evaluate the historical symptoms recorded by Thucydides. This research helped rule out airborne diseases like influenza, narrowing the possibilities of what the ancient plague might have been.

217.   (U/OSINT)  Morens co-authored major National Institutes of Health studies that identified common patterns across centuries of outbreaks, from ancient plagues to the 1918 influenza pandemic and modern challenges. His work highlights that tracing the history of outbreaks helps public health experts better understand the origins and spread of emerging modern diseases.

218.   (U/OSINT)  Seeking to clarify epidemic concepts and a methodology of transmissible diseases, the authors of *Emergence of epidemic diseases: zoonoses and other origins*,[144] Robin A Weiss, Division of Infection & Immunity, University College London, London, UK, and Neeraja Sankaran, The Descartes Centre for the History and Philosophy of the Sciences and the Humanities, Utrecht University,

---

[144] Weiss RA, Sankaran N. Emergence of epidemic diseases: zoonoses and other origins. Fac Rev. 2022 Jan 18;11:2. doi: 10.12703/r/11-2. PMID: 35156099; PMCID: PMC8808746. Available from https://pmc.ncbi.nlm.nih.gov/articles/PMC8808746/.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Utrecht, The Netherlands, cited the definition given by Fauci, Morens and Gregory K. Folkers:[145]

> "A few words on terminology may be useful at this point. We refer to disease-inducing microbes as *pathogens* and to the intensity of the disease they cause as their *virulence*. An *endemic* infection is one that is chronically present within a given population, maintained by transmission to individuals not previously exposed to it (for example, infants). An *epidemic* infection represents an outbreak in which the number of infected people suddenly increases and becomes a *pandemic* when it spreads to several continents. (Footnote omitted.) In 2010, the WHO introduced as an additional criterion in defining a pandemic, the condition that it had to be a "new" infection. However, this has only added confusion to the issue, for it does not sufficiently define what this newness entails."

219. (U/OSINT) Unlike Germany's limited number of concentration camps, the entire world during the COVID-19 pandemic was converted into a concentrated camp to experiment with humans without their informed consent.

220. (U/OSINT) SARS-COV-2 biological "lab leak" was deliberately and negligently allowed to infect humans around the world to test the effectiveness of the blueprint used to commodify human health and the human body for nonconsenting experiments with vaccines, countermeasures, therapeutics, and other drugs and medical devices. And as happened in Germany's medical experiments, some individuals died or were simply murdered.

---

[145] Morens DM, Folkers GK, Fauci AS. *What is a pandemic?* J Infect Dis. 2009 Oct 1;200(7):1018-21. doi: 10.1086/644537. PMID: 19712039. Available from https://pubmed.ncbi.nlm.nih.gov/19712039/; https://academic.oup.com/jid/article-lookup/doi/10.1086/644537.

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

221.   (U/OSINT)   The body of each class Plaintiff has been commodified by SARS-COV-2 infection and Defendants are now functionally treating Plaintiffs' bodies as mass-scale, biological Rubbermaid storage containers, where viruses and their genetic material are deposited, held, and processed, without consent, without compensation, and without truthful disclosure about the risks of persistent infection and multiorgan injury.

222.   (U/OSINT)   Currently, the highest profit margins exist in the engineering of pathogens. Under updated federal oversight, including the 2024 U.S. Policy for Oversight of Pathogens with Enhanced Pandemic Potential ("PEPP"), modifying a pathogen to make it more transmissible or lethal ("Gain of Function" research) faces massive scrutiny. However, when a lab successfully alters a strain to create a targeted countermeasure or a proprietary vaccine model, the underlying biological mechanisms are patented, turning genetic sequences into exclusive corporate property and profits.[146]

////

////

////

---

[146] Kuiken, Todd. *Oversight of Laboratory Biosafety and Biosecurity: Current Policies and Options for Congress.* August 14, 2024. Available from https://www.congress.gov/crs-product/R48155; Epstein GL. *The Evolution of United States Governance Policies for Research Using Pathogens with Enhanced Pandemic Potential.* Appl Biosaf. 2025 Jun 5;30(2):79-96. doi: 10.1089/apb.2024.0049. PMID: 40548091; PMCID: PMC12179363. Available from https://pmc.ncbi.nlm.nih.gov/articles/PMC12179363/.

166

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

## COUNT I
**Assault and Battery**
42 U.S.C. § 233(e)
*Against the United States and All Other Defendants*

223.  Plaintiffs realleges and incorporates by reference the allegations set forth in all of the foregoing paragraphs.

224.  ~~TOP SECRET~~ [REDACTED] (U//~~FOUO~~)  On or about January 24, 2020, in a Top Secret classified briefing, the DIA and the NGA informed LTG Ashley, then Director of the DIA, that based on multiple sources, methods and individuals, the Nation could expect a "global pandemic during the next 4 months."

225.  (U/OSINT)  Over more than a century ago, Congress created the statutory duties that now frames this cause of action. Beginning with the 1902 Biologics Control Act, now incorporated into 42 U.S.C. § 262, Congress required federal control over "viruses, serums, toxins, and analogous products" in interstate commerce and in the District of Columbia.

226.  (U/OSINT)  In 1944, Congress added 42 U.S.C. § 264 to empower federal authorities to "prevent the introduction, transmission, or spread of communicable diseases from foreign countries into the States or possessions, or from one State or possession into any other State or possession," thereby charging federal public-health actors with front-line responsibility for interstate and international disease control.

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

227.   (U/OSINT)  In 1948, through 22 U.S.C. § 290 *et seq.,* Congress embedded the United States in the World Health Organization's architecture while expressly reserving constitutional sovereignty.

228.   (U/OSINT)  In 1970, Congress enacted 42 U.S.C. § 233(e) to channel civil claims for personal injury, including death, arising from the negligence of commissioned officers or employees of the U.S. Public Health Service "in the performance of medical, surgical, dental, or related functions."

229.   (U/OSINT)  Plaintiffs' assault-and-battery claims arise from Defendants' premortem negligent failure to discharge these congressionally imposed duties with reasonable care in border security, biosurveillance, biowarning, biocountermeasures, and bioinfection-control functions, which foreseeably resulted in unconsented, harmful SARS-CoV-2 infections and associated serious bodily injuries among the class.

*Negligence*

230.   (U/OSINT)  "As Perry would say, 'murder is never funny.'"[147] **FAUCI** never acted alone. It was impossible for **FAUCI** to unconstitutionally commandeer the national security and foreign policy of the United States; the public health, safety

---

[147] Paul Drake, replying to Della Street, last lines. Perry Mason. *The Case of the Waylaid Wolf.* Season 4, Episode 16, at 50:11 (TV Episode 1961). Available from https://tubitv.com/tv-shows/200197713/s04-e16-the-case-of-the-waylaid-wolf?=undefined&startPos=0.

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

and police powers of the Several States; and the sovereignty of each Nation currently recognized under international law. See, e.g., President Trump's "agency" rule argument in *J.G.G. et al., v. TRUMP, et al.,* USDC District of Columbia, Case No. 25-cv-00766-JEB, Document 108 at pages 6-8, filed 05/01/25:

> "Agency requires *control*…. The United States has no *control* over the actions of a foreign sovereign." (Italics in original. Citations omitted.)

231.  (U/OSINT)   *A fortiori*, **FAUCI** lacked *control* over the Members of the United Nations and the World Health Organization to direct the COVID-19 assault and battery of millions of humans globally, notwithstanding his unconstitutional membership on the Board of Directors of the World Bank's GPMB[148] while publicly misleading President Trump about COVID-19.

232.  (U/OSINT)   Defendants were negligent in their failure to use reasonable care in handling SARS-COV-2 to a degree that a reasonably prudent person would use under like circumstances to avoid injury to themselves and others without informed consent.

233.  (U/OSINT)   Defendants had a duty to Plaintiffs, assumed, mandated or otherwise, to avoid acting negligently in their handling of SARS-COV-2, such that SARS-COV-2 would not have been able to obtain unauthorized, open borders

---

[148] A World at Risk: GPMB 2019 Annual Report. Available from
https://www.gpmb.org/reports/annual-report-2019;
https://www.gpmb.org/docs/librariesprovider17/default-document-library/annual-reports/gpmb-2019-annualreport-en.pdf?sfvrsn=d1c9143c_30.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

access to the United States to chronically infect Plaintiffs without their informed consent.

234.    (U/OSINT)   Defendants breached their duty to Plaintiffs by:

a.    Failing to prevent SARS-COV-2 from gaining unauthorized access to the United States and its citizens;

b.    Failing to contain SARS-COV-2's use of its infection mechanisms which resulted in assault and battery upon the body of each class Plaintiff;

c.    Concealing, and not as soon as possible making known to class Plaintiffs that SARS-COV-2 was a "lab leak" and a weaponized threat to U.S. military forces;

d.    Allowing the Federal and State Governments, social media, COVID-19 Community Corps and others allied as "state actors"  to engage in massive disinformation and censorship campaigns to cover and conceal the true origins of SARS-COV-2 as a "lab leak" rather than a spill from nature;

e.    Allowing Morens to delete large amounts of government information associated with COVID-19;

f.    Failing to use similar BAE System Multi-INT,[149] medical fusion from all available "sensors," statutory authorities, wastewater genomics, NCIRD/NREVSS clinical data, border and travel screening, biologics data, serology, and PET-CT, together with the HHS-USPHS-CDC-NIH-FDA-NIAID-ATCC-BEI Resources-USP-USAID ecosystems to develop, maintain and disseminate premortem intelligence to the public;

---

[149] Multi-INT Signal Processing is short for Multiple Intelligence Signal Processing, which is the fusion of different types of collected intelligence data – processed by A.I.-driven algorithms and sifted through an iterative and additive process – all to ensure a fuller, more insightful operating picture than processing intelligence data from a single source alone can create. *Multi-INT Signal Processing*. BAE Systems. Available from https://www.baesystems.com/en-us/definition/what-is-multi-int-signal-processing; https://www.baesystems.com/en-us/what-we-do/all-capabilities.

170

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

g.    Failing to use the FBI and its tools to investigate known and unknown wastewater pathogens pre-COVID-19 pandemic; and

h.    TOP SECRET [REDACTED] (U//FOUO)  Failing to provide adequate and reasonable warning to Plaintiffs when the Intelligence Community became aware SARS-COV-2 was designed as a deadly weapon or was capable of and was being used as a dangerous weapon to create a pandemic within 4 months.

235.  (U/OSINT)  No reasonably careful person, under the same or similar circumstances, would have allowed SARS-COV-2 to enter the United States to cause harm or injury to Plaintiffs or themselves.

236.  (U/OSINT)  No reasonably careful person, under the same or similar circumstances, would fail to immediately make known to the Plaintiffs their knowledge of the actual commission of any felonies committed and completed against the United States, its citizens and the Plaintiffs.

*Gross Negligence*

237.  (U/OSINT)  Defendants successfully created a global, insatiable appetite among their consumers for manufactured coronaviruses and vaccines, virus and vaccine cloning operating systems, laboratory testing and diagnostic systems, medicines and medical products and services, and social media platforms and their associated services.

238.  (U/OSINT)  Defendants and their affiliates and associates enjoy such a monopoly power in the market for manufactured viruses and vaccines and

171

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

associated products, that a group publicly known as "HAFNIUM," harvested, by breaching Microsoft's Exchange Servers, crucial COVID-19 research at the behest of the CCP and the PRC's Ministry of State Security's (MSS) Shanghai State Security Bureau (SSSB),[150] while Jia Bei Zhu and Zhaoyan Wang operated illegal PRC/CCP biolabs in Reedley, California and Las Vegas, Nevada.

239.  (U/OSINT)  Rather than mitigate their inhuman, cruel and wanton behavior, the Defendants continue to allow media "trusted agents" and artificial intelligence to continue to associate SARS-COV-2 to a zoonotic spillover while concealing contrary data, including classified information. Such wanton depravity cannot be minimized even through an award of 1:1 or 2:1 punitive damages.

**Negligence Per Se**

240.  (U/OSINT)  A typical wastewater treatment plant ("WWTP") acts as a host to complex microbial ecosystems. WWTPs deliberately utilize bacteria, protozoa and rotifers, commonly known as "beneficial microorganisms", to break down waste.

241.  (U/OSINT)  A WWTP also serves as the reservoir/primary collection point for human pathogens. Untreated influent is where a high density of pathogenic

---

[150] *Justice Department Announces Arrest of Prolific Chinese State-Sponsored Contract Hacker*. July 8, 2025. Available from https://www.justice.gov/opa/pr/justice-department-announces-arrest-prolific-chinese-state-sponsored-contract-hacker.

172

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

agents originating from human and animal feces, hospitals, and runoff from urban, suburban, rural and mountainous areas, and include the following:

**Bacteria:**
*Escherichia coli* (E. coli), *Enterococcus*, *Salmonella enterica* (Salmonellosis), *Campylobacter jejuni* (Gastroenteritis), *Shigella dysenteriae* (Shigellosis), and *Vibrio cholerae* (Cholera).

**Viruses:**
Coronavirus, Norovirus, Rotavirus, Adenovirus, and Hepatitis A and E.

**Protozoa:**
*Cryptosporidium parvum* and *Giardia lamblia*.

**Helminths (Parasitic Worms):**
Eggs of *Ascaris lumbricoides* (Giant Roundworm) and *Taenia* species (Tapeworms). They are highly persistent in sludge and wastewater environments.

**Occupational & Public Health Hazards:**

Aerosolized Risks: Airborne pathogens such as *Legionella pneumophila* (Legionnaires' disease) and *Aspergillus fumigatus* (respiratory issues) are frequently detected in the immediate vicinity of mechanical aerators.

Antimicrobial Resistance: WWTPs are known hotspots for the proliferation of Antibiotic-Resistant Bacteria (ARB) and Antibiotic Resistance Genes (ARGs) due to the mixing of clinical, veterinary, and domestic waste.

242. (U/OSINT)  By 2014, Congress had armed the Secretary of Health and Human Services and the United States Public Health Service with pre-emergency tools to prevent and mitigate biological disasters. The Pandemic and All-Hazards

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

Preparedness Reauthorization Act of 2013 ("PAHPRA") amended section 564 of the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. § 360bbb-3, to allow the Secretary to declare a pre-emergency public health issue.

243.   (U/OSINT)  By 2015, the United States, through NIH/NIAID, had funded and deployed total-body PET-CT and related nuclear medicine tools that can visualize infections and reservoirs throughout the body. The first clinical total-body PET-CT system (EXPLORER/uEXPLORER) was developed at University of California Davis with an NIH grant of approximately $15.5 million.

244.   (U/OSINT)  Total-body PET is currently being used to study SARS-CoV-2 infection and "viral reservoirs" associated with "long COVID", including tracking activated T cells and persistent virus or antigen in deep tissues.

245.   (U/OSINT)  The entire USPHS ecosystem allowed the Reedley, Las Vegas and RML lab incidents to escape the sequence alignment process to determine the presence of curated and noncurated viral pathogens, which were similar to those found in WWTPs. Total-body PET-CT and related nuclear medicine imaging are tools uniquely suited to identify and quantify the pathogen reservoirs in humans.

246.   (U/OSINT)  The Reedley, Las Vegas and RML lab incidents function as examples of how CDC and the Federal and State biosurveillance apparatus choose not to use available tools to identify and report the prevalence of deadly pathogens existing in the environment.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

247.   (U/OSINT)  By 2015, the United States had funded and deployed total-body PET-CT systems and associated nuclear-medicine methods capable of identifying new coronavirus infection patterns and reservoirs throughout the human body. This technology was ready, willing and able to support pre-emergency declarations.

248.   (U/OSINT)  By January 1, 2020, the pre-emergency public health pandemic prevention system had not kicked into gear. Not because of a lack of capabilities, scientists and tools, but rather because the pre-emergency system was being blocked, obstructed, or hindered by an invisible government power.

249.   (U/OSINT)  This invisible government power is analogous to the creation of the Federal Reserve in 1913, when a small, coordinated group met on the formerly exclusive private Jekyll Island, a retreat for some of the world's wealthiest families, including the Rockefellers and the Morgans.

250.   (U/OSINT)  In June 2013, The New York Times reported that one of the Federal Reserve's most strident critics in 2013 characterized this new creation as an "invisible government":[151]

> "ONE hundred years ago today, President Woodrow Wilson went before Congress and demanded that it 'act now' to create the Federal Reserve System. His proposal set off a fierce debate. One of the plan's most strident critics, Representative Charles A. Lindbergh Sr., the

---

[151] Lowenstein, Roger. *The Fed's Framers Would Be Shocked.* New York Times Company. June 23, 2013. Available from https://www.nytimes.com/2013/06/23/business/the-federal-reserves-framers-would-be-shocked.html; Ralph Epperson. *The Unseen Hand: The Federal Reserve.* Available from https://www.heritage-history.com/index.php?c=read&author=epperson&book=unseen&story=federal.

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

father of the aviator, predicted that the Federal Reserve Act would establish "the most gigantic trust on earth," and that the Fed would become an economic dictator or, as he put it, an "invisible government by the money power."'

251. (U/OSINT)  In its written history, the Federal Reserve stated that it is the "central bank of the United States…. [T]he Federal Reserve's primary purpose was to enhance the stability of the American banking system."

252. (U/OSINT)  When explaining the banking system that nearly collapsed in the face of the COVID-19 pandemic, the Federal Reserve described a banking system that was retrogressive, retrograde or otherwise moving backwards, contrary to the mandates in its Charter such that the banking system was directly subject to the "turmoil" that "erupted in early March when the pandemic began to spread across the United States":[152]

> The Federal Reserve and the nation were confronted with another crisis in 2020 by the COVID-19 pandemic. Financial market turmoil erupted in early March when the pandemic began to spread across the United States. The Fed acted swiftly. The FOMC reduced its federal funds rate target effectively to zero and began to purchase substantial quantities of U.S. Treasury and mortgage-backed securities to provide liquidity and ensure market functioning. Working with the U.S. Treasury, the Board of Governors established several programs to provide funding for specific financial markets, including programs that had previously been used during the Great Financial Crisis as well as new programs. The Fed's aggressive response likely prevented a financial crisis and

---

[152] *Overview: The History of the Federal Reserve.* Available from https://www.federalreservehistory.org/essays/federal-reserve-history; The Senate Passes the Federal Reserve Act. United States Senate. December 23, 1913. Available from https://www.senate.gov/artandhistory/history/minute/Senate_Passes_the_Federal_Reserve_Act.htm.

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

aided in the recovery from a severe but very short recession. Most of the programs were terminated at the end of 2020 or in early 2021 as financial market distress had largely abated. However, the FOMC retained its highly accommodative monetary policy into 2021 to encourage further recovery of the economy and as prescribed by a new policy framework that it introduced in mid-2020.

253.    (U/OSINT)  While the banking and the public health systems were both equipped with statutory authority to excel and succeed when faced with a pandemic, both failed to get their motors running and prove the might of their tools.

254.    (U/OSINT)  On April 15, 2026, United States Supreme Court Associate Justice Clarence Thomas ("Mr. Justice Thomas"), in his lecture at Hogg Memorial Auditorium at the University of Texas at Austin to commemorate the 250th anniversary of the signing of the Declaration of Independence, provides a useful analogy which helps to explain how and why the banking and public health ecosystems were caught red-handed going a direction opposite from constitutional and congressional mandates. Mr. Justice Thomas reflected upon the retrogressive nature of Progressivism:[153]

> "At the beginning of the 20th century, a new set of first principles of government was introduced into the American mainstream. The proponents of this new set of first principles, most prominent among them the 28th president of our country, Woodrow Wilson, called it progressivism.

---

[153] *U.S. Supreme Court Justice Clarence Thomas Delivers Special Lecture at UT Austin.* The University of Texas at Austin. (41:41 – 51:14) April 17, 2026. Available from https://www.youtube.com/watch?v=OI0igGDF9-Q&t=665s.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Since Wilson's presidency, progressivism has made many inroads into our system of government and our way of life. It has coexisted uneasily with the principles of the Declaration [of Independence] because it is opposed to those principles.

It is not possible for the two to coexist forever. Progressivism was not native to America. Wilson and the progressives candidly admitted that they took it from Otto von Bismarck's Germany, whose state-centric society they admired. Progressives like Wilson argued that America needed to leave behind the principles of the founding and catch up with the more advanced and sophisticated system of relatively unimpeded state power, nearly perfect, perfected....

It comes as no surprise that the Progressives embraced eugenics. Progressives believe that Darwinian science, the idea of ever advancing progress written into biology itself, had proven the inherent superiority and inferiority of the races. It was only a small step for Wilson to re-segregate the federal workforce. It was only another step for the government to launch sterilization programs on those deemed by the experts of the day to be unfit to reproduce, upheld by my court in Buck v Bell [, 274 U.S. 200 (1927)], in an opinion written by no less a figure than Justice Oliver Wendell Holmes....

The socialism of the Soviet Union and the People's Republic of China proceeded to kill tens of millions of their own people.... None of this, of course, was an improvement on the principles of the Declaration. Tocqueville's Democracy in America is largely about how America owed its superiority over Europe to its conscious decision to reject central planning and administrative rule - root and branch.

Progressivism, in other words, is retrogressive."

255. (U/OSINT) From a counterintelligence perspective, the retrogressive policies intentionally concealed within the United States' public health care ecosystems, can be learned from two facts and recent, highly questionable events involving deadly biological agents.

256. (U/OSINT) For centuries, mankind has been trained and conditioned to accept catastrophic biological events as "natural," it happens, events. George III's

178

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

use, against the Colonists, of the variola virus which causes smallpox, was treated as natural, rather than "homicide" and premeditated murder.

257.  (U/OSINT)  Charles' decades-long consultations with Pedo Jimmy were also portrayed as a natural event.

258.  (U/OSINT)  When Americans began dying from the "China virus," SARS-COV-2, the CDC instructed the nationwide public healthcare system to falsely label these Death Certificates as "natural," and that, "[i]n the case of death due to a COVID-19 infection, the manner of death will almost always be natural."[154]

259.  (U/OSINT)  At the same time, President Trump and the HHS/ NIH/CDC/ FDA/Moderna and others, did not object to the DoD's invocation of PL 115-92's military  emergency provisions, which is made operational by these provisions:

> "attack with—
> (i) a biological, chemical, radiological, or nuclear agent or agents; or
> (ii) an agent or agents that may cause, or are otherwise associated with, an imminently life-threatening and specific risk to United States military forces...."

260.  (U/OSINT)  The persistent vulnerability of the United States and its citizens to SARS-COV-2 infections and COVID-19 diseases was revealed on January 21,

---

[154] *Vital Statistics Reporting Guidance. Guidance for Certifying Deaths Due to Coronavirus Disease 2019 (COVID–19).* National Center for Health Statistics, Centers for Disease Control and Prevention, U.S. Department of Health and Human Services. Report No. 3, April 2020. Available from https://www.cdc.gov/nchs/data/nvss/vsrg/vsrg03-508.pdf, page 3.

179

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

2026 when the FDA issued an "Authorization" for an "antigen test for COVID-19" and "Authorizations" for multianalyte tests:[155]

> LumiraDx SARS-CoV-2 Ag Test, re-issued on June 10, 2025; Aptitude Medical Systems Inc.'s Metrix COVID/Flu Test, issued on February 21, 2025 and Healgen Scientific, LLC's Healgen COVID-19/Flu A&B Ag Combo Rapid Test Cassette (Swab), issued on June 10, 2024.

261. (U/OSINT) Since the SARS-COV-2 global incident, the international community, including the United States, has continued to treat deadly biological agents with an indifference to human life. The most recent incident involved the MV Hondius.

262. (U/OSINT) The bioterrorism significance of the MV Hondius was quickly ignored publicly by the international community of scientists and intelligence, national security, foreign policy and military agencies.

263. (U/OSINT) The MV Hondius has a direct connection to the "New World Hantaviruses," which are found in the Americas and are the primary cause of Hantavirus Pulmonary Syndrome (HPS) or Hantavirus Cardiopulmonary Syndrome (HCPS). These viruses include the Sin Nombre virus (SNV) and the Andes virus

---

[155] *Authorization of Emergency Use of Certain Medical Devices During COVID–19; Availability.* January 21, 2026. Available from https://www.federalregister.gov/documents/2026/01/21, https://www.federalregister.gov/documents/2026/01/21/2026-01069/authorization-of-emergency-use-of-certain-medical-devices-during-covid-19-availability; https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

(ANDV), which reportedly was believed to be the causative agent on board the MV Hondius.

264. (U/OSINT) The United States CDC, Division of Viral and Rickettsial Diseases, Centers for Disease Control and Prevention, Atlanta, GA 30333, first recognized HPS in the southwestern United States in 1993 as a syndrome caused by New World hantaviruses.[156] This information was publicly excluded from the international narrative that shaped the events that unfolded on the MV Hondius.

265. (U/OSINT) The NIH Guidelines for Research Involving Recombinant or Synthetic Nucleic Acid Molecules (2024) (NIH Guidelines)[157] provided the following guidance at the time of the MV Hondius' viral incident:

---

[156] Nichol ST, Spiropoulou CF, Morzunov S, Rollin PE, Ksiazek TG, Feldmann H, Sanchez A, Childs J, Zaki S, Peters CJ. *Genetic identification of a hantavirus associated with an outbreak of acute respiratory illness.* Science. 1993 Nov 5;262(5135):914-7. doi: 10.1126/science.8235615. PMID: 8235615. Available from https://pubmed.ncbi.nlm.nih.gov/8235615/; https://www.science.org/doi/10.1126/science.8235615; Galeno H, Mora J, Villagra E, Fernandez J, Hernandez J, Mertz GJ, Ramirez E. *First human isolate of Hantavirus (Andes virus) in the Americas.* Emerg Infect Dis. 2002 Jul;8(7):657-61. doi: 10.3201/eid0807.010277. PMID: 12095430; PMCID: PMC2730342. Available from https://pmc.ncbi.nlm.nih.gov/articles/PMC2730342/.

[157] *NIH Guidelines for Research Involving Recombinant or Synthetic Nucleic Acid Molecules (NIH Guidelines).* April 2024. Available from https://osp.od.nih.gov/wp-content/uploads/NIH_Guidelines.pdf. See also Jonathan Lambert, Pien Huang. *This Ebola outbreak raises questions about when it all began — and the U.S. response.* NPR. May 18, 2026.Available from https://www.npr.org/2026/05/18/g-s1-122655/ebola-outbreak-democratic-republic-congo-uganda; Ashley Pomplas. *Norovirus found in Ashtabula Wastewater Treatment Plant.* May 13, 2026. Available from https://www.cleveland19.com/2026/05/13/norovirus-found-ashtabula-wastewater-treatment-plant/; Collier, S. A., Deng, L., Adam, E. A., Benedict, K. M., Beshearse, E. M., Blackstock, A. J....Beach, M. J. (2021). *Estimate of Burden and Direct Healthcare Cost of Infectious Waterborne Disease in the United States. Emerging Infectious Diseases,* 27(1), 140-149. https://doi.org/10.3201/eid2701.190676. Available from

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

**Appendix B-II-D. Risk Group 2** (RG2) Viruses (RG2 agents are associated with human disease which is rarely serious and for which preventive or therapeutic interventions are often available.)

Bunyaviruses
--Bunyamwera virus
--Rift Valley fever virus vaccine strain MP-12
--Other viruses as listed in the reference source (see Section V-C, Footnotes and References of Sections I through IV)

Coronaviruses

**Appendix B-III-D. Risk Group 3 (RG3)** - Viruses and Prions (RG3 agents are associated with serious or lethal human disease for which preventive or therapeutic interventions may be available.)

Bunyaviruses
--Hantaviruses including Hantaan virus, Sin Nombre virus (SNV) and the Andes virus (ANDV)
--Rift Valley fever virus

Coronaviruses
--SARS-associated coronavirus (SARS-CoV)
--Middle East respiratory syndrome coronavirus (MERS-CoV)

**Appendix B-IV-D. Risk Group 4 (RG4)** - Viral Agents (RG4 agents are likely to cause serious or lethal human disease for which preventive or therapeutic interventions are not usually available.)

Bunyaviruses (Nairovirus)
--Crimean-Congo hemorrhagic fever virus

Filoviruses
--Ebola viruses

---

https://wwwnc.cdc.gov/eid/article/27/1/19-0676_article;
https://wwwnc.cdc.gov/eid/article/27/1/pdfs/19-0676-combined.pdf.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

--Marburg viruses

266.   (U/OSINT) The precise epidemiological and logistical realities that the international legacy public health care system failed to account for, and that the MV Hondius actually faced, is the true timeline and the notoriously long incubation period of the Andes hantavirus that spans up to at least eight weeks.

267.   (U/OSINT)  When the potential contact with the virus timeline of the vessel's arrival to and departure from Ushuaia, Argentina on April 1, 2026, the long incubation period or loop extends back to Wednesday, February 4, 2026, a period when the vessel was near the Falkland Islands.

268.   (U/OSINT)  This pre-April 1, 2026 incubation period includes the index travel window of all passengers, including the Americans, arriving to board the vessel in Ushuaia, Argentina; the locals who serviced the vessel on April 1, 2026; the passengers who disembarked the MV Hondius on April 1, 2026; and the multiple regional transits, flights, and port stops routinely utilized to and from the Falklands, Chile, Argentina, and the British Antarctic Territory ("BAT"), which is home to, and serves as, research bases for numerous military and civilian research projects in the region.

269.   (U/OSINT)  The international narrative's systemic oversight involves failing to focus on the pre-April 1, 2026 index travel window of all passengers, fused with travels involved with other travels to and from the United States, the Falklands,

183

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Chile, Argentina, the BAT, and the locals who serviced the vessel on April 1, 2026, which was the biological reality and web within which the MV Hondius was operating between February 4, 2026 and April 1, 2026.

270. (U/OSINT) This pre-April 1, 2026 clarification demonstrates how the international public health system literally tracked and chased a ghost virus. Anyone or anything from around the world could have brought the virus in contact with the incident on the MV Hondius.

271. (U/OSINT) The incubation period from April 1, 2026 carries forward to Wednesday, May 27, 2026, which includes passengers from Argentina, Australia, Belgium, Denmark, France, Germany, Greece, Guatemala, India, Ireland, Japan, Montenegro, The Netherlands, New Zealand, The Philippines, Poland, Portugal, Russia, Singapore, Spain, Switzerland, Turkey, Ukraine. United Kingdom, and the United States, and May 11, 2026, when all passengers were officially reported to have been removed from the MV Hondius. During this index window, anyone could have brought the virus in contact with others on the vessel and could have remained asymptomatic the entire voyage.

272. (U/OSINT) The incubation period index window beginning May 11, 2026, after removal of all remaining passengers, now carries forward to Monday, July 6, 2026. The 17 Americans from the MV Hondius arrived at the National Quarantine Unit in Omaha, Nebraska, on May 11, 2026. "Seven U.S. passengers who had left

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

the cruise ship earlier are being monitored in several states, including Texas, California, Georgia and Virginia."[158]

273.   (U/OSINT)  Initially, the 17 Americans were placed in a 42-day medical observation and quarantine at the University of Nebraska Medical Center. State public health officials confirmed that while some U.S. passengers (including those from New York) were authorized to leave isolation and travel home, others are extending their quarantine period beyond May 31. Individuals transitioning to home quarantines were required to have a dedicated monitor assigned by their State, which in some States involves 24/7 surveillance by health workers or law enforcement. On the day each American is returned to their communities, a new 8-week index window repeats itself for each individual's community.

274.   (U/OSINT)  Aggravation is added to the MV Hondius viral incident through the dispersal of the passengers to 32 different countries and communities. Of the Americans returned to the U.S., one was a doctor from Bend, Oregon, Dr. Stephen

---

[158] Jessica A. Botelho. *17 Americans from hantavirus-stricken cruise ship to quarantine in Nebraska: officials.* KATU National News Desk. May 9, 2026. Available from https://katu.com/news/nation-world/17-americans-from-hantavirus-stricken-cruise-ship-to-quarantine-in-nebraska-officials-mv-hondius-virus-outbreak-health-rodent-droppings-urine-saliva-flu-like-symptoms-fatigue-muscle-aches-respiratory-complications-pulmonary-syndrome-argentina-antarctica; Pien Huang. *U.S. cruise passengers arrive in the U.S. after one tests positive for hantavirus.* NPR. May 11, 2026. Available from https://www.npr.org/2026/05/10/nx-s1-5817578/hantavirus-cruise-ship-nebraska-us-passengers; Gabrielle Emanuel. *Lack of U.S. response to hantavirus outbreak worries public health experts.* NPR All Things Considered. May 8, 2026 Available from https://www.npr.org/2026/05/08/nx-s1-5816041/lack-of-u-s-response-to-hantavirus-outbreak-worries-public-health-experts.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Kornfield, who resides within 200 nautical miles of Portland, OR and Vancouver, WA. The 16 other Americans, for which a geographical community location has not been publicly disclosed, are believed to reside within 5,000 miles of Portland, OR and Vancouver, WA.

275.    (U/OSINT)  With a "case fatality ratio [of] 23%,…WHO has assessed the risk posed by this event to the global population as low and will continue to monitor the epidemiological situation and update the risk assessment as needed."

276.    (U/OSINT)  On May 30, 2026, McCray underwent voluntary antibody diagnostic testing for the hantaviruses in the Americas to establish and distinguish antibody markers between hantaviruses, SARS-COV-2 and influenzas in response to the WHO'S "case fatality ratio [of] 23%" and the repatriation of all Americans from the MV Hondius.

277.    (U/OSINT)  Together, the Nations of the world possess a massive, multi-trillion-dollar footprint. When tracking the MV Hondius deadly hantavirus incident, this massive apparatus allowed the virus to escape containment and the vessel to be wiped cleaned of forensic evidence necessary to fill geospatial intelligence and counterintelligence gaps.

278.    (U/OSINT)  The MV Hondius virus incident and the global response did not occur in a vacuum. While appearing as an isolated biological event, MV Hondius

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

exposed a centuries-old permanent, persistent and perpetual algorithm that is characterized by negligence in its nadir, and negligence at its apex.

279.   (U/OSINT)  McCray, in collusion with others, created the following algorithm to validate centuries of medical and public health negligence:

Category 1:  Is the pathogen in its "naturally occurring environment"?

Category 2:  Is the pathogen a biological agent capable of being used as a weapon, either through human-human transmission, Anton Dilger-type couriers, or aerosols, etc.?

Category 3:  Is the pathogen operationalized or handled as a deadly or dangerous weapon?

Category 4:  Is the pathogen a clone, BEI/UPS/ATCC/USAID-curated, a recombinant, synthetic or AI-paraphrased?

280.   (U/OSINT)  The application of the algorithm to Wuhan, China and SARS-COV-2, and MV Hondius and the Andes hantavirus ("ANDV") produced the same results. Both pathogens, when found, were not in their "naturally occurring environment." This outcome automatically disqualified Categories 1-3 of the algorithm. This left Category 4 as the only probability, which is consistent with the claims of the White House and President Trump on the website, "Lab Leak, the True Origins of COVID-19":[159]

"'The Proximal Origin of SARS-CoV-2' publication— which was used repeatedly by public health officials and the media to discredit the

---

[159] Available from https://www.whitehouse.gov/lab-leak-true-origins-of-covid-19/.

187

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

lab leak theory — was prompted by Dr. Fauci to push the preferred narrative that COVID-19 originated naturally….
The virus possesses a biological characteristic that is *not found in nature*."

281. (U/OSINT)  In all four Categories, each pathogen was handled in a blackout or redacted mode. The genetic lineage and chain of custody of each pathogen was either fabricated or manufactured. The variables required to make valid the science were deliberately hidden from public scrutiny.

282. (U/OSINT)  Like the MV Hondius, SARS-COV-2 was not an isolated incident of medical malpractice. Rather, SARS-COV-2 and the ANDV were the products of a massive, interconnected public health landscape where centuries of sovereign evolution occurred under the management of human agents.

283. (U/OSINT)  The actions of the Defendants were not random anomalies. Plaintiffs' immediate injuries were both predictable and foreseeable by the Sovereign's human agents, and operated exactly the way in which the two incidents are found.

284. (U/OSINT)  Stripped of their overwhelming noise, geopolitical distractions, and bureaucratic global smoke screens and narratives, these two incidents exposed the ancient structural mechanisms of sovereign power at their core and in their purest form. The consensus science endorsed in these two incidents was 100% blind and invalid.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

285.   (U/OSINT)  The consensus science that narrated these two incidents mirrors the incidents alleged in Case No. 1 (Doctors' Case), and Case No. 6 (I.G. Farben Case).

286.   (U/OSINT)  In the I.G. Farben Case, the Nuremberg Tribunal alleged I.G. Farben "financed and carried on propaganda, intelligence and espionage activities,[160] and that many of the pharmaceuticals used at the Auschwitz concentration camp, where innumerable inmates were forcibly subjected to cruel and unusual medical experiments "castrations, ovarian operations, amputations, complete removal of sexual organs, abortions, sterilization by X-Ray, injection with the virus of certain diseases, and subsequent oral or intra-venal application of various drugs and pharmaceutical products, "were manufactured by and procured from one or more of FARBEN's plants."

287.   (U/OSINT)  I.G. Farben, which was a major manufacturer of pharmaceuticals, including aspirin from its Bayer division, had a major corporate

---

[160] López-Muñoz F, García-García P, Alamo C. *The pharmaceutical industry and the German National Socialist Regime: I.G. Farben and pharmacological research.* J Clin Pharm Ther. 2009 Feb;34(1):67-77. doi: 10.1111/j.1365-2710.2008.00972.x. PMID: 19125905. Available from https://pubmed.ncbi.nlm.nih.gov/19125905/; https://onlinelibrary.wiley.com/doi/10.1111/j.1365-2710.2008.00972.x; https://www.historyextra.com/period/second-world-war/hells-cartel-ig-farben-and-the-making-of-hitlers-war-machine/; https://blog.biostarus.com/rise-western-medicine/; https://www.quora.com/How-did-John-D-Rockefeller-create-big-pharma.

189

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

relationship with Rockefeller's Standard Oil. This relationship was focused primarily on synthetic fuel, rubber patents and petrochemicals.

288.    (U/OSINT)  I.G. Farben's relationship with John D. Rockefeller brought this German pharmaceutical giant within close proximity to the nodes of other defining titans of the "American Industrial Revolution": Andrew Carnegie, J.P. Morgan and Henry Ford.

289.    (U/OSINT)  The NMT's Indictment of I.G. Farben, included its Director, Hermann Schmitz, who wore many hats, including Member of the Board of Directors of the Bank of International Settlements ("BIS"). At its founding in 1930, the BIS allocated two positions to the United States on its Board. The United States did not fill these positions until 1994, while allowing private banking interests to sit in these positions for 64 years.

290.    (U/OSINT)  At the time Fauci was promoting The Proximal Origin of SARS-CoV-2 publication[161] and the narrative that COVID-19 originated naturally, he was providing unauthorized global preparedness monitoring services to the WHO and World Bank's GPMB as a member of the board. See ¶¶ 35(15), (18)-(22), (25), 214-215 and 231, *supra.*

---

[161] Andersen KG, Rambaut A, Lipkin WI, Holmes EC, Garry RF. *The proximal origin of SARS-CoV-2.* Nat Med. 2020 Apr;26(4):450-452. doi: 10.1038/s41591-020-0820-9. PMID: 32284615; PMCID: PMC7095063. Available from https://pmc.ncbi.nlm.nih.gov/articles/PMC7095063/.

190

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

291. (U/OSINT) JPMorgan Chase & Co., the namesake of J.P. Morgan, who died in 1913, has a long-standing relationship with the World Bank through partnering with the World Bank on various global funding facilities, development initiatives, and risk management systems, including nodes served by the GPMB.

292. (U/OSINT) On May 12, 2021, the State of Washington began dismantling its disease surveillance systems under Revised Code of Washington ("RCW") §38.52.010(2)(a), RCW § 43.20.050(2)(f), Washington Administrative Code ("WAC") §§ 246-101-010(11)[162] and (21),[163] and eliminating the mandatory reporting requirement criteria for a "strongly suspected case of…bioterrorism" as an "immediately notifiable condition."[164]

293. (U/OSINT) Washington's replacement solution involves aligning with California, Colorado, Illinois and New York City in directly joining the WHO's

---

[162] Available from https://apps.leg.wa.gov/Wac/default.aspx?cite=246-101-010.

[163] See Statutory Authority History: RCW 43.20.05. [43.20.050]; filed 5/8/14 ("BIOTERRORISM"); WSR 14-11-009, § 246-101-010, filed 5/8/14, effective 6/8/14; https://lawfilesext.leg.wa.gov/law/wsr/2014/11/14-11-009.htm. Filed 1/4/11 ("BIOTERRORISM"); WSR 11-02-065, § 246-101-010, filed 1/4/11, effective 2/4/11; https://lawfilesext.leg.wa.gov/law/wsr/2011/02/11-02-065.htm. Filed 11/22/00 ("BIOTERRORISM") WSR 00-23-120, § 246-101-010, filed 11/22/00, effective 12/23/00.] https://lawfilesext.leg.wa.gov/law/wsr/2000/23/00-23.pdf.

[164] See filed 5/12/21 and 12/17/21 ("BIOTERRORISM ELIMINATED"), WSR 21-11-040 and 22-01-175, § 246-101-010, filed 5/12/21 and 12/17/21, effective 1/1/23. Available from https://lawfilesext.leg.wa.gov/law/wsrpdf/2021/11/21-11-040.pdf (Changes to the rules include… (2) eliminating three categories of conditions (other rare diseases of public health significance, emerging conditions with outbreak potential and disease of suspected bioterrorism origin)) and https://lawfilesext.leg.wa.gov/law/wsrpdf/2022/01/22-01-175.pdf.

191

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

Global Outbreak Alert and Response Network ("GOARN")[165] and related structures. These ecosystems failed to detect SARS-CoV-2 and prevent its global spread. After six years and more than one hundred participating nations later, the WHO's Director, Tedros Adhanom Ghebreyesus, still claims to lack sufficient evidence to resolve the origin of SARS-CoV-2.[166]

294.    (U/OSINT)  According to public sources, the viral incident aboard the MV Hondius was not reported to the WHO until May 2, 2026, nearly 30 days after the Captain was aware the vessel was experiencing a biological event. This delayed reporting mirrors the SARS-COV-2 reporting delay.

295.    (U/OSINT)  In March 2026, the ODNI released its unclassified Annual Threat Assessment in response to "Section 617 of the FY21 Intelligence Authorization Act (Pub. L. No. 116-260)."[167] This Assessment reflects the collective insights of the Intelligence Community (IC) and "focuses on the most

---

[165] Washington joins the World Health Organization's Global Outbreak Alert and Response Network. April 01, 2026. Available from https://governor.wa.gov/news/2026/washington-joins-world-health-organizations-global-outbreak-alert-and-response-network.
[166] The Mishal Husain Show. *WHO Chief on Covid and China, Vaccine Skeptics, MAHA and Texting RFK Jr.* Bloomberg Podcasts and Bloomberg Television. February 26, 2026. Available from https://www.youtube.com/watch?v=dfxhcZ-qX9w&t=1995s.
[167] *Annual Threat Assessment of the U.S. Intelligence Community.* March 2026. https://www.dni.gov/index.php/newsroom/press-releases/press-releases-2026/4142-pr-03-26; https://www.dni.gov/files/ODNI/documents/assessments/ATA-2026-Unclassified-Report.pdf.

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

direct, serious threats to the U.S. primarily during the next year." See Plaintiffs'
Exhibit 20 for full context.

296.    (U/OSINT)  In May 2026, the White House released "America's new U.S.
Counterterrorism ["CT"] Strategy,"[168] which "first prioritizes the neutralization of
hemispheric terror threats by incapacitating cartel operations until these groups are
incapable of bringing their drugs, their members, and their trafficked victims into
the United States." See Plaintiffs' Exhibit 21 for full context.

297.    (U/OSINT)  The March 2026 ODNI Threat Assessment  changed the
parameters of conflict by explicitly listing bioinformatics, synthetic biology,
nanotechnology, and genomic editing not just as scientific fields, but as active
investments by nation-states to challenge detection and attribution, and are
specifically designed to yield "antiagriculture, antimaterial, and antipersonnel
agents."

298.    (U/OSINT)  The ODNI bridges the gap to Plaintiffs' Category 4 algorithm
framework by warning that these advanced capabilities vastly raise the potential for
biological safety events including the "unintentional release of pathogens," while
observing that "Europe's economic challenges and slow growth have been
compounded by…COVID-era fiscal policies." These statements acknowledge that a

---

[168] *United States Counterterrorism Strategy* (May 2026). Available from
https://www.whitehouse.gov/wp-content/uploads/2026/05/2026-USCT-Strategy-1.pdf.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

biological agent outside its natural environment can systematically cripple a competitor's economic and critical infrastructure nodes without triggering a kinetic military retaliation, which is the precise historical damage preserved from the ancient plagues in Athens and elsewhere.

299.    (U/OSINT)  By hiding behind the guise of a natural zoonotic spillover or an accidental "biological safety event," biological warfare actors of all types can deploy or utilize highly infectious pathogens like SARS-CoV-2, or the unique human-to-human capabilities of the Andes virus on the MV Hondius, to immediately and directly shift the global balance of power. In one month alone, Congress authorized the expenditure of trillions of dollars under the CARES Act.

300.    (U/OSINT)  The May 2026 CT Strategy documented the fact that "[o]ur nation has not been well served by its Intelligence Community (IC), which has been mired in old ways of looking at threats, or has been actively weaponized by its leadership as a political tool," while explicitly naming "illicit fentanyl and its core precursor chemicals as Weapons of Mass Destruction." This designation harks back to modern history's Opium Wars and Opium Trade.[169]

---

[169] *The Opening to China Part I: the First Opium War, the United States, and the Treaty of Wangxia, 1839-1844*. U.S. State Department. Available from https://history.state.gov/milestones/1830-1860/china-1; Hong Kong and the Opium Wars. The UK National Archives. Available from https://www.nationalarchives.gov.uk/education/resources/hong-kong-and-the-opium-wars/; *Opium Throughout History: The Opium Kings*. Frontline. Available from https://www.pbs.org/wgbh/pages/frontline/shows/heroin/etc/history.html; Jacob L. Shapiro. *The

194

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

301.   (U/OSINT)  The recent documents released by the ODNI and the White House tend to show that the modern "Thucydides's Trap" dynamics are being fought in the shadows through counterintelligence and counterterrorism biosecurity fields, where pathogens are the ultimate stealth vectors of human agency.[170]

302.   (U/OSINT)  For more than six years, Category 4 of Plaintiffs' algorithm remains unanswered: "Is the pathogen a clone, BEI/UPS/ATCC/USAID-curated, a recombinant, synthetic or AI-paraphrased?"

303.   (U/OSINT)  The definitive statement, "[t]he virus possesses a biological characteristic that is *not found in nature,*" remains disconnected from its classified origins and what this "biological characteristic" means for the human health of all Plaintiffs, while serving as a breach in the manufactured global consensus that SARS-COV-2 was natural origin. It is this rare instance where political leadership publicly pointed to a specific, anomalous biological text and labeled it unnatural.

*Third Opium War? Understanding China Through History.* Center for International Relations and Sustainable Development. Available from https://cirsd.org/horizon-article/the-third-opium-war/; Nakayama DK. *The Opium Wars of China in the Nineteenth Century and America in the Twenty-First.* Am Surg. 2024 Feb;90(2):327-331. doi: 10.1177/00031348231192048. Epub 2023 Jul 25. PMID: 37490112. Available from https://pubmed.ncbi.nlm.nih.gov/37490112/.

[170] Graham Allison. *Thucydides's Trap Case File.* Belfer Center, Harvard Kennedy School. September 24, 2015. https://www.belfercenter.org/programs/thucydidess-trap/thucydidess-trap-case-file; https://www.hks.harvard.edu/sites/default/files/centers/mrcbg/files/Allison%2C%202015.09.24%20The%20Atlantic%20-%20Thucydides%20Trap.pdf.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

304. (U/OSINT) Should declassified information demonstrate a virus possessing features "not found in nature" caused a global catastrophe, this declassified information would show that the pre-outbreak corporate and state screening walls completely failed to protect the public. For lawmakers, proving the virus was engineered shifts the blame from a failure of natural public health readiness to an act of systemic negligence or dangerous adversarial bypass.

305. (U/OSINT) Congress is reputationally tied to this because public records exposed that domestic grants via entities like the NIH and USAID-funded projects were weaponized through complex sub-contracts to fund the very gain-of-function research that studies these unnatural characteristics. Admitting the trait is unnatural forces a direct confrontation with how state capital unknowingly financed the creation of an operational, weaponized chronic threat to global humanity.

306. (U/OSINT) When the global political maneuvering is stripped away, the biological reality for the human host is deeply concerning. The very characteristics that animates Congress and the White House are the ones that allow the virus to operate as a highly sophisticated, elusive entity inside Plaintiffs' human bodies. The virus easily enters a vast array of human tissue types, not just the respiratory tract. It acts as a universal key, allowing the virus to hide in deep cellular reservoirs like the gut, neurological tissue, or within the vascular system long after standard acute symptoms, if any, subside.

196

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

307. (U/OSINT) This biological capability not found in nature uses rapid mutation or synthetic design to escape automated screening filters and standard clinical PCR tests, which are the same structural variations used to completely evade human antibody detection, where the human host's immune system looks for the "baseline" signature, while the virus has already "paraphrased" its outer spike proteins to remain invisible to natural defenses.

308. (U/OSINT) The definitive statement, "[t]he virus possesses a biological characteristic that is *not found in nature*," forces a direct confrontation with how global and domestic scientists, public health officials, intelligence, counterintelligence and counterterrorism professionals, political leaderships, and others, avoided, misdiagnosed, obstructed, or were grossly negligent in their duty to Treat the "sudden appearance" of SARSCOV-2 and the Andes virus (ANDV) on board the MV Hondius a "strongly suspected case of…bioterrorism," particularly in light of the recent counterterrorism assessments released by the ODNI and President Trump's White House.

309. (U/OSINT) Defendants failed and refused to exercise pre-emergency authority, choosing instead to wait until after SARS-COV-2 had illegally breached the borders of the United States and caused infections among members of this class, thereby violating the statutory standard of care and frustrating Congress's express preventive purpose behind PAHPRA.

197

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

310. TOP SECRET [REDACTED] (U//FOUO)  While the virus was circulating in China, Defendants were aware, through access to the Intelligence Community, that SARS-COV-2 was handled as a deadly weapon and was capable of being used as a dangerous weapon. Despite this credible signal, Fauci, the NIH, the USPHS, and the HHS Secretary did not timely make a pre-emergency declaration under §564(b)(1).

311. (U/OSINT)  Simultaneously while Fauci, the "Bethesda Boys," Olivia Troye, major media networks, social media platforms such as Defendants Meta and X Corp, the Intelligence Community and other false narrative-aligned actors were falsely, fraudulently, recklessly, and criminal negligently arguing for and producing science literature to support their "natural origin" theory, core United States entities, together with an array of corporate and consortium parties from the private sector, were actively negotiating COVID-19 vaccine procurement agreements for military medical countermeasures ("MCM") under PL 115-92's military authority.

312. (U/OSINT)  The United States' invocation of this military MCM counterterrorism legislation directly informed Fauci, the "Bethesda Boys," Olivia Troye, major media networks, social media platforms such as Defendants Meta and X Corp, the Intelligence Community and other false narrative-aligned actors that SARS-COV-2 was a threat so serious to public health, that this biological deadly

198

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

and dangerous weapon had to be treated as a threat to the U.S. military under PL 115-92, and not as some harmless "natural origin" novel coronavirus.

313.   (U/OSINT)  The following summary chart demonstrates that PL 115-92's military authorization shows up directly in DoD/HHS Operation Warp Speed ("OWS") contracts where the DoD/HHS/FDA "medical priorities" framework is referenced and where contractors are required to submit a "Public Law 115-92 Sponsor Authorization Letter":

| Category | Party / Entity | How PL 115-92 Is Implicated |
|---|---|---|
| Statutory / regulatory | Department of Defense (DoD) | Can request FDA expedited actions under PL 115-92 for "DoD medical priorities". |
| Statutory / regulatory | U.S. Food and Drug Administration (FDA) | Provides expedited development/review actions at DoD request; co-signatory of PL 115-92 MOU. |
| DoD program office | JPEO-CBRND | Provides expertise/contracting support "in compliance with PL 115-92 Authorization Letter for DoD Medical Priorities" in Moderna contract; party with BARDA in Janssen project. |
| DoD program cell | Defense Assisted Acquisition Cell | Part of JPEO-CBRND's COVID-era acquisition structure operating under PL 115-92 DoD-FDA collaboration framework. |
| Contracting activity | U.S. Army Contracting Command (ACC-APG Natick) | Issued contract W911QY20C0100 and related PL-115-92 sponsor-letter and FDA-consultation clauses. |
| HHS | HHS | Co-leads OWS with DoD; host of key contracts; background section references interagency agreement with JPEO-CBRND tied to PL 115-92 authorization. |
| HHS component | BARDA (ASPR/HHS) | Co-party with JPEO-CBRND and manufacturers; projects include PL-115-92-facilitated FDA engagements. |

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

| Category | Party / Entity | How PL 115-92 Is Implicated |
|---|---|---|
| HHS office | ASPR | Named sponsor alongside JPEO-CBRND and BARDA in Moderna vaccine contracts. |
| Cross-agency program | Operation Warp Speed (OWS) | Moderna, Regeneron, and related contracts label the project as OWS and ties JPEO-CBRND's role to PL-115-92 authorization. |
| Manufacturer | ModernaTX / Moderna US / Moderna, Inc. | SEC-filed agreement. Required to submit "Public Law 115-92 Sponsor Authorization Letter;" contract authorizes KO/COR to consult FDA "under Public Law 115-92" regarding product acceptance. |
| Manufacturer | Novavax, Inc. | SEC-filed agreement: obligated to submit a "Public Law 115-92 Sponsor Authorization Letter" to U.S. Government within 30 days of award. |
| Manufacturer | Regeneron Pharmaceuticals, Inc. | OWS therapeutic supply agreement includes "Provision of Public Law 115-92 Sponsor Authorization" clause. |
| Manufacturer | Janssen Pharmaceuticals, Inc. (J&J) | BARDA OTA project specifies that data "provided to DoD by Janssen, to facilitate with the FDA under PL-115-92," are provided with Limited Rights. |
| Consortium CMF | Advanced Technology International (ATI) | Manages MCDC OTA under which project-specific letters and direction refer to FDA correspondence conducted under PL 115-92. |
| Consortium | Medical CBRN Defense Consortium (MCDC) | OTA framework supports CBRN and COVID-19 prototypes; linked to PL-115-92 through FDA-correspondence clauses in specific tasking letters. |
| OTA awardee | Ultran Group, Inc. | Technical Direction Letter expressly refers to "correspondence conducted with the FDA under Public Law 115-92" as part of its OT. |
| DoD developer | USAMRDC & related labs | Identified in PL-115-92 analysis as key DoD medical product developers/sponsors for FDA-regulated products under PL 115-92. |

200

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

| Category | Party / Entity | How PL 115-92 Is Implicated |
|---|---|---|
| DoD–FDA team | DoD Enhanced Engagement Action Team ("EEAT") | FDA describes this as the joint program "under Public Law 115-92" that structures DoD–FDA collaboration on medical products, including COVID-19 MCMs to better serve military health needs. |

314.   (U/OSINT)  In the following summary table, under which 42 U.S.C. § 233(e) directly applies, the USPHS organizational leadership and structure, as it operated in the early COVID-19 response and vaccine efforts, directly invoked the military threat vulnerability authority codified under PL 115-92:

| Level / role | Party / entity | Position in HHS | COVID-19 Vaccine Role |
|---|---|---|---|
| Cabinet-level health | HHS | Cabinet-level department overseeing USPHS, CDC, FDA, NIH, and ASPR/BARDA. | Joint lead with DoD for OWS Countermeasures Acceleration Group; assumed primary responsibility for vaccine program as DoD role receded. |
| USPHS leadership | Office of the Assistant Secretary for Health (OASH) | Includes the Surgeon General and oversees the Commissioned Corps, USPHS | Sets policy direction for the USPHS Commissioned Corps. |
| Uniformed service | USPHS Commissioned Corps | One of eight U.S. uniformed services; active-duty health professionals detailed across HHS and other agencies. | Deployed officers nationwide to support vaccination clinics, staff overwhelmed facilities, assist tribal and rural vaccination efforts, and provide clinical/public-health surge capacity during COVID-19. |
| Corps HQ | Commissioned Corps HQ | Central HQ that administers and coordinates the USPHS | Managed deployment of USPHS officers, including Public Health Emergency Response Strike Teams and |

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

| Level / role | Party / entity | Position in HHS | COVID-19 Vaccine Role |
|---|---|---|---|
| | | Commissioned Corps | Ready Reserve Corps, to COVID-19 missions. |
| Public health emergency lead (HHS OPDIV) | Administration for Strategic Preparedness and Response (ASPR) | responsible for preparedness and response, overseeing BARDA and the Strategic National Stockpile. | Led federal medical countermeasure and emergency response efforts, including vaccine development, stockpiling, distribution, and deployment of clinical response teams during COVID-19; integrated with BARDA and USPHS deployments. |
| MCM authority under ASPR | Biomedical Advanced Research and Development Authority (BARDA) | Component of ASPR responsible for advanced development and procurement of medical countermeasures. | Core HHS sponsor for COVID-19 vaccine and therapeutic contracts (e.g., Moderna, Janssen), working with DoD and using USPHS-linked structures to manage development, manufacturing, and distribution. |
| USPHS deployment elements | Public Health Emergency Response Strike Teams (PHERST) and Ready Reserve Corps | Dedicated active-duty and reserve USPHS units for rapid deployment in emergencies. | Provided surge staffing for COVID-19 testing and vaccination sites, long-term care facilities, etc., as part of the federal vaccine rollout. |
| CDC (USPHS-aligned agency) | CDC | Operating division; many USPHS officers serve in or alongside CDC programs. | Led epidemiologic surveillance, guidance, and portions of vaccine policy; worked with USPHS officers and ASPR/BARDA on vaccine allocation and public-health implementation. |

315.  (U/OSINT)  Federal courts issued COVID-19 administrative measures

(building closures, remote hearings, masking, distancing) in ignorance of the real

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

threat and in express reliance on Fauci and federal public-health emergency declarations, CDC guidance, and the general false federal characterization of COVID-19 risk pimped/promoted by Fauci, the "Bethesda Boys," major media networks, social media platforms such as Defendants Meta and X Corp, the Intelligence Community and other false narrative-aligned actors.

316.   (U/OSINT)  Because EUA diagnostics and related countermeasures were not pre-positioned, the virus entered and began circulating in the bodies of the putative class before members could have gained access to pre-emergency, EUA-backed molecular, antigen, or serologic tests or other relevant countermeasures. This delay and withholding of countermeasures foreseeably increased the probability of exposure, infection, disease and death, and is a negligence-per-se breach of that statutory standard of care.

317.   (U/OSINT)  This outcome should not come as a surprise. George III, the ruling Monarch of the British Empire, silently tolerated the use of the variola virus against the Colonies by British forces. The tolerance pattern repeated itself when Elizabeth II, the ruling Monarch during the COVID-19 pandemic, tolerated the asymmetrical use of SARS-COV-2 against her subjects and the rest of the world.

318.   (U/OSINT)   As a proximate result of the United States' failure to deploy pre-emergency, EUA-backed molecular, antigen, or serologic tests or other relevant countermeasures, the United States, actively aided and abetted by the other

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Defendants, directly caused Plaintiffs to suffer serious bodily injuries from chronic infections and or reinfections currently being caused by SARS-COV-2.

319. (U/OSINT) SARS-COV-2 was designed, from the outset, to be a chronic health threat because the virus infects, wounds or maims and can evade the immune system and remain persistent in the human body. The virus accomplishes this by hiding in extracellular vesicles, moving directly between cells, potentially bypassing the neutralizing antibodies that patrol the bloodstream, leaving behind small "pools" of infected cells; and when not fully replicating, leaving behind persistent pieces like the Spike protein which can stay stuck in tissues and cause a "chronic threat" by constantly triggering inflammation and immune exhaustion.

320. (U/OSINT) The SARS-COV-2 chronic and persistent infection became extremely aggravating and complex when President Biden and other vaccine-mandate aligned actors compelled vaccination, while at the same time clinical trials were underway to find a remedy for the chronic and persistent nature of SARS-COV-2, which is being handled as a deadly and dangerous weapon.

321. (U/OSINT) Senator Blumenthal was among those who got it wrong about the efficacy of COVID-19 vaccines:

> But I want to take us back to January 2021. I know it's hard to recall the sense of real fear during the worst of the pandemic, more than 20,000 Americans died from coronavirus each week. I remember seeing pictures of people who were in the hospital on gurneys because there was inadequate space for them in the hospital. The morgues

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

overflowed, and we were looking to some way to stop the spread and the deep-seeded pervasive fear.

During the worst of the pandemic, more than 25,000 Americans died. That was during the last week of President Trump's term of office. Not only were hospitals overwhelmed, but nonurgent procedures were postponed, and doctors and nurses were working around the clock, in fact putting themselves at risk. Those health care providers to this day are among my heroes, as patients filled the hallways. As we talk about the side effects of COVID vaccines, I think we need to be clear about the most important fact. For all Americans, COVID-19 vaccines have saved millions and millions of lives. There is no scientific question about that fact. It saves lives. In the past five years, more than 1.2 million Americans have lost their lives to COVID-19. That is 1.2 million parents, children, friends, and loved ones, and we all know someone who has perished as a result of COVID-19. But when the vaccine became widely available in 2021, deaths sharply declined, and many lives have been saved in the years since. Many in this room, speaking for myself as well as others, probably have been saved from this disease because of those vaccines. One study found that 3 million American deaths were averted. 18 million hospitalizations were avoided, and $1 trillion in health care costs were saved in the United States in just the first two years after COVID vaccines were distributed."

322.    (U/OSINT)  Senator Blumenthal's description of how COVID-19 vaccines work is inconsistent with the vaccines designed under PL 115-92's military authority concept, and consistent with the Schrödinger's Cat and Pandora's Box narrative of the CDC:[171]

> "COVID-19 vaccines help our bodies develop immunity to the virus that causes COVID-19 without us having to get the illness.
> Different COVID-19 vaccines may work in our bodies differently but all provide protection against the virus that causes COVID-19."

---

[171] *COVID-19 Vaccine Basics.* CDC. September 3, 2024. Available from https://www.cdc.gov/covid/vaccines/how-they-work.html.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

323. (U/OSINT) In contrast, SARS-CoV-2 is not just a respiratory virus. This virus, and others similar to it, are designed to persist, by hiding, disseminating and or lingering in anatomical reservoirs or multiple "sanctuary sites" throughout the body causing "Long COVID". See ¶¶ 71-90, *supra*. When the CDC deliberately keeps the boxes of Schrödinger's Cat and Pandora closed, the public never learns the vaccines cannot cause the immune system to search for the virus in anatomical reservoirs or multiple "sanctuary sites."

324. (U/OSINT) SARS-CoV-2 was also designed and "used" for the 2020 Presidential elections. Plaintiffs found no public sources that claimed the COVID-19 vaccines were similarly designed and "used" for the 2020 elections. This finding aligns with the fact that the COVID-19 vaccines were developed under PL 115-92's military threat authority.

325. (U/OSINT) According to the CDC and the manufacturers of the COVID-19 vaccines, these vaccines were not designed to bring about an immune response that targets SARS-CoV-2 once this virus goes into hiding in anatomical reservoirs or multiple "sanctuary sites" throughout the body, or when it is used for elections.

326. (U/OSINT) On Mother's Day, May 10, 2026, President Trump sent the super yachts of Fauci and the other "natural origin" narrative-aligned actors to the bottom

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

of the oceans of the world when he stated: "they used Covid" to interfere in the 2020 election in favor of President Biden.

327.    (U/OSINT)  President Trump's claim that the Wuhan virus was used to interfere with an election, if proven to be true, elevates the pandemic to at least two dark regions of ancient and modern human sacrifices: averting public health crises, such as epidemics, via divine appeasement, and direct pharmacology utilizing the human body, also known historically as "corpse medicine."

328.    (U/OSINT)  In Nuremberg Case No. 6 (I.G. Farben), the United States, *et al.,* presented evidence in support of its Indictment that many victims in Germany's Concentration Camps were sacrificed to benefit German science, medicine and economic markets (e.g., labor, "fertilizer" and "soap"):[172]

---

[172] *Nurnberg [Nuremberg] Military Tribunal, Indictments.* The Library of Congress. Available from https://tile.loc.gov/storage-services/service/ll/llmlp/NT_Indictments/NT_Indictments.pdf; *Subsequent Nuremberg Proceedings, Case #6, The IG Farben Case.* United States Holocaust Memorial Museum. Available from https://encyclopedia.ushmm.org/content/en/article/subsequent-nuremberg-proceedings-case-6-the-ig-farben-case; Nuremberg Trials Documents. LSU Law Digital Commons. Available from https://digitalcommons.law.lsu.edu/nuremberg_docs/24/; https://digitalcommons.law.lsu.edu/nuremberg_docs/index.3.html; https://digitalcommons.law.lsu.edu/cgi/viewcontent.cgi?article=1023&context=nuremberg_docs; https://digitalcommons.law.lsu.edu/cgi/viewcontent.cgi?article=1022&context=nuremberg_docs; https://www.justsecurity.org/wp-content/uploads/2022/03/NMT-IG-Farben.pdf.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

133. The decision between life and death of newly arrived inmates was made pursuant to a screening system which operated as follows: There were two SS doctors on duty to examine the incoming transports of prisoners. The prisoners would be marched by one of the doctors who would make spot decisions as they walked by. Those who appeared fit for work were sent into the camp. Others were sent immediately to the extermination chambers. Children of tender years were usually exterminated, since by reason of their youth, most of them were considered unable to work. Steps were taken to conceal from the victims the fact that they were to be exterminated and it was represented to them that by going through the gas chambers they were only going through a bathing and delousing process. It took from three to fifteen minutes to kill the people in the death chamber, and when their screaming had stopped it was assumed they were dead. About a half hour later, the doors were opened and the bodies removed, whereupon special commandos of the SS took off the rings and extracted the gold from the teeth of the corpses. The bodies were then cremated and after cremation, their ashes were used for fertilizer. In some instances, attempts were made to utilize the fat from the bodies of the victims in the commercial manufacture of soap.

329.    (U/OSINT)  On the afternoon of December 19, 1945, Major Warren F. Farr, Assistant Trial Counsel for the United States, presented the evidence of Germany's "SS" as a "criminal organization":[173]

> "About a week or 10 days ago there appeared in a newspaper circulated in Nuremberg, an account of a visit by that paper's correspondent to a camp in which SS prisoners of war were confined. The thing which particularly struck the correspondent was the one question asked by the SS prisoners. Why are we charged as war criminals? What have we done except our normal duty?
> The evidence now to be presented to the Tribunal will, we expect, answer that question. It will show that just as the Nazi Party was the very heart-the core-of the conspiracy, so the SS was the very essence of Nazism. For the SS was the elite group of the Party, composed of the most thorough-going adherents of the Nazi cause, pledged to blind

---

[173] Nuremberg Trial Proceedings Volume 4. Twenty-Third Day. Wednesday, 19 December 1945. Afternoon Session. The Avalon Project. Yale Law School. Available from https://avalon.law.yale.edu/imt/12-19-45.asp.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

devotion to Nazi principles, and prepared to carry them out without any question and-at any cost-a group in which every ordinary value has been so subverted that its Members can ask, "What is there unlawful about the things we have done?"

During the past weeks the Tribunal has heard evidence of the conspirators' criminal program for aggressive war, for concentration camps, for the extermination of the Jews, for enslavement of foreign labor and illegal use of prisoners of war, for deportation and Germanization of inhabitants of conquered territories. Through all this evidence the name of the SS ran like a thread. Again and again that organization and its components were referred to. It is my purpose to show why it performed a responsible role in every one of these criminal activities, why it was-and, indeed, had to be-a criminal organization[.]

The creation and development of such an organization was, indeed, essential for the execution of the conspirators' plans. Their sweeping program and the measures they were prepared to use, and did use, could be fully accomplished neither through the machinery of the Government nor of the [Nazi] Party. Things had to be done for which no agency of Government and no political party, even the Nazi Party, would openly take full responsibility. A specialized type of apparatus was needed, an apparatus which was to some extent connected with the Government and given official support but which, at the same time, could maintain a quasi-independent status, so that all its acts could be attributed neither to the Government nor to the Party as a whole. The SS was that apparatus."

330.    (U/OSINT)  Unlike the human sacrifices attributable to Germany and the Nazi Party indirectly, during the COVID-19 pandemic, the United States directly:

(1)    Provided funding support for the research and development of the COVID-19 Tissue Atlases, supra, ¶¶ 3(25), 21, 30(2)(H), which evaluated the virus hiding in organs, tissues, etc., and which directly promotes American science, medicine and economic markets, including drugs, pharmaceuticals, medical countermeasures and patents;

209

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

(2)    Sponsored and funded, through the HHS and the COVID-19 Community Corps, *supra,* ¶¶ 21-23, 35(6), 78, 234(d), a Federal-purchased countermeasure, COVID-19 vaccines and other measures and mandated their use, which resulted in the complete elimination of unforced coercion, informed consent and bodily integrity, substantive and procedural due process under the Fifth and Fourteenth Amendments, and a judicial remedy; and

(3)    Funded the "shadow conspiracy," *supra,* ¶¶ 21-23, "to save the 2020 election" and "save democracy" from President Trump, which was carried out among "left-wing activists and business titans." See Footnote 54:

> "Led by the Leadership Conference on Civil and Human Rights, more than 150 organizations signed a letter to every member of Congress seeking $2 billion in election funding. It was somewhat successful: the CARES Act, passed later that month, contained $400 million in grants to state election administrators."

331.    (U/OSINT)  The United States, using the principle of "human sacrifice," tested the wearing of masks; "Zoom" technology in courtrooms; "social distancing;" "stay home orders;" "forced labor," without compensation, cleverly disguised as "critical infrastructure worker" and "essential employee," see Plaintiffs' Exhibit 2; vaccine mandates, without compensation; used "anonymous" mail-in ballots during the 2020 elections, see Exhibit A attached to Plaintiffs' Exhibit 10; and is currently using, without compensation, the bodies of American citizens as Rubbermaid storage containers to keep alive, SARS-COV-2 and other pathogens which the United States routinely handles as deadly and dangerous weapons.

210

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

332.   (U/OSINT)  On July 25, 2025, McCray commenced a sexual harassment and computer fraud complaint against Microsoft Corporation, which referenced the "HAFNIUM" COVID-19 theft of data.[174]

333.   (U/OSINT)  On January 12, 2026, notwithstanding the face of "The Ending Forced Arbitration of Sexual Assault and Sexual Harassment Act of 2021" ("EFAA"), 9 U.S.C. § 402(a), which currently prohibits the enforcement of arbitration agreements for claims arising from sexual harassment, the District Court granted Microsoft's motion to compel arbitration under the FAA, 9 U.S.C. § 2, within one year or the case would be dismissed.[175]

334.   (U/OSINT)  On June 9, 2026, the Ninth Circuit issued a final ruling which refused to reconsider the District Court's erroneous Order directing arbitration a final decision, and appears positioned to wait for the District Court's final Order of dismissal within one year, notwithstanding McCray's statutory right against compelled arbitration and McCray's refusal to waive this important right:[176]

> "ORDER FILED. SILVERMAN, PAEZ, and H.A. THOMAS, Circuit Judges. The motion (Docket Entry No. 4) for reconsideration and reconsideration en banc is denied. See 9th Cir. R. 27-10; 9th Cir. Gen.

---

[174] *McCray v. Microsoft Corporation* (3:25-cv-05660), District Court, W.D. Washington. Available from https://www.courtlistener.com/docket/70919552/mccray-v-microsoft-corporation/.
[175] Available from https://storage.courtlistener.com/recap/gov.uscourts.wawd.350706/gov.uscourts.wawd.350706.31.0.pdf.
[176] Available from https://storage.courtlistener.com/recap/gov.uscourts.ca9.37172b43-acbe-44a3-8f7e-b0a0e6a9004a/gov.uscourts.ca9.37172b43-acbe-44a3-8f7e-b0a0e6a9004a.5.0.pdf.

211

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Ord. 6.11. This court will not entertain further filings in this closed case. [Entered: 06/09/2026 08:19 AM]."

335. (U/OSINT) Microsoft Corporation occupies a unique position in this litigation. On the one hand, Microsoft Corporation, through the design and composition of its products and services, provided the global science community with connectivity among the many nodes concerned with bioinformatics. On the other hand, Microsoft Corporation, through the negligent operation of its infrastructure and ill-designed products and services, facilitated the HAFNIUM cyber security breach by Chinese nationals acting under the authority of China.

336. (U/OSINT) As to what China was looking for with its theft of COVID-19 data from the UTMB, which was involved in isolating the first COVID-19 case in Washington, is precisely relevant to Plaintiffs' assault and battery claims; the seriousness of these chronic and persistent injuries; and the next wave of biological warfare and biological weapons such as SARS-COV-2, authorized or delivered by Foreign Powers, such as China and George III, and Foreign Terrorist Organizations.

## PRAYER FOR RELIEF

Pursuant to 42 U.S.C. § 233(a) and *Hui v. Castaneda,* 559 U.S. 799 (2010), the tort remedy is against the United States and is "exclusive of any other civil action or proceeding" for any personal injury caused by a PHS officer or employee

212

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

performing a medical or related function "while acting within the scope of his office or employment."

As NIAID Director, Fauci was a PHS officer or employee, and the "Bethesda Boys," CMS's CLIA labs, major media networks, social media platforms such as Defendants Meta and X Corp, the Intelligence Community and other narrative-aligned actors, acted in "medical" confederation with Fauci to create the conditions that caused serious bodily injuries to Plaintiffs, which remain daily and chronic, and deadly and dangerous lifetime threats.

WHEREFORE, Plaintiffs pray for judgment against the United States and the other named Defendants not to be less than $400 trillion, and that the Court:

(1) Declare that the COVID-19 pandemic represented a crossover between ritual human sacrifice and historic human sacrifice involving "medical" intent;

(2) Declare that Fauci and others within the USPHS acted with negligence in their performance of medical, surgical, dental, or related functions, including the conduct of clinical studies or investigation regarding SARS-CoV-2;

(3) Declare that SARS-CoV-2's origin is associated with a "lab" and the product of human agency;

213

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

(4) Declare Plaintiffs' SARS-CoV-2 chronic and persistent infection constitutes assault and battery;

(5) Declare Plaintiffs' SARS-CoV-2 chronic and persistent infection arises from medical malpractice and negligence;

(6) Declare that Fauci and others within the USPHS acted with negligence when diagnosing Plaintiffs' SARS-CoV-2 chronic and persistent infection as a "natural" injury, rather than as assault and battery and attempted homicide;

(7) Direct the United States provide to the Court and to Plaintiffs, copies of the declassified "COVID-19" intelligence mandated under Public Law 119-60, div. F, title LXVIII, §6803(3), which is/was due not later than June 16, 2026, see *supra,* ¶¶ 151-155, 164;

(8) Declare void, upon review of the declassified "COVID-19" intelligence, all COVID-19 Standard Death Certificates that classify these deaths as "natural" rather than "homicide";

(9) Direct the United States, upon review of the declassified "COVID-19" intelligence, to classify all future COVID-19 deaths as "homicide" on the Standard Death Certificate;

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

(10)  Declare that, upon review of the declassified "COVID-19" intelligence, SARS-CoV-2 is a deadly or dangerous weapon, and has been and continues to be handled as a deadly or dangerous weapon;

(11)  Declare that, upon review of the declassified "COVID-19" intelligence, SARS-CoV-2 infection was preventable under the pre-emergency preemption authorities;

(12)  Declare that, upon review of the declassified "COVID-19" intelligence, SARS-COV-2 "possesses a biological characteristic that is not found in Nature," see *supra*, ¶¶ 3(35)-(36), 80, 280, 303-304, and 307-308;

(13)  Declare that, upon review of the declassified "COVID-19" intelligence, SARS-COV-2 and the COVID-19 pandemic and their associated countermeasures, violated the informed consent requirements of 6 CFR § 46.116, 45 CFR Part 46, 21 U.S.C. § 355(i), 10 U.S.C. § 980 and 50 U.S.C. § 1520a(a), (c) and (e);

(14)  Award Plaintiffs their costs and expenses incurred in bringing this action, including, but not limited to, any reasonable attorney fees; future expenses to be determined at trial; and

215

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

(15)   Grant such other and further relief as the Court deems equitable, just, and proper.

Dated: June 12, 2026

*Emanuel McCray*

Emanuel McCray
400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660
(564) 208-7576
emanuel.mccray@hotmail.com

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

## CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have  evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result   in the dismissal of my case.

I further certify to the best of my knowledge, information, and belief that all classified information contained in this complaint has been properly declassified by the President of the United States and or the Originating Authority before inclusion in this Complaint.

Dated: June 12, 2026

Emanuel McCray

217