

**UNITED STATES DISTRICT COURT**
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | June 17, 2026 |
| Case Number: | 3:26−cv−01193−IM |
| Case Title: | McCray v. United States of America et al |

**(A)    Case Reassignment:**  In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Stacie F. Beckerman to the Honorable Karin J. Immergut, United States District Judge. Information on this case may be obtained from the following:

Case Status or Scheduling Information:          Telephone:  503−326−8053
                                               Email:  immergut_crd@ord.uscourts.gov

Filing or Docket Entry Information:             Telephone: 503−326−8050

**(B)    Place of Filing:**  Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204.

**(C)    Change to the Case Number:**  Effective immediately, Judge Immergut's initials (IM) will replace the previous judge's initials in this case.

**MELISSA AUBIN**
**Clerk of Court**

cc:     Judge Immergut
        Counsel of Record