~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON (PORTLAND)

| | |
|---|---|
| EMANUEL MCCRAY, a/k/a "Trump Genius," *On Behalf of Himself and All Others Similarly Situated,* <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, *et al.,* <br><br> Defendants. | ) Case No. **3:26-CV-01193-IM** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **REQUEST FOR JUDICIAL NOTICE** <br> ) <br> ) <br> ) <br> ) <br> ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Emanuel McCray ("McCray"), on behalf of himself and all others similarly situated, hereby request that the Court take notice of and/or consider, pursuant to Rule 201 of the Federal Rules of Evidence, the incorporation by reference doctrine, and related authorities, the documents described below and attached to this Request for Judicial Notice:

**EXHIBIT 1**    True and correct copies of the June 18, 2026 public statements of Director of National Intelligence Tulsi Gabbard ("DNI Gabbard") that "Fauci Funded Wuhan Lab Research That

1

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

Sparked COVID" which includes 67 declassified indexed intelligence documents in support of these statements.

EXHIBIT 2    True and correct copies of declassified Defense Intelligence Agency ("DIA") public FOIA documents and deliberations regarding SARS-COV-2 and COVID-19.

EXHIBIT 3    True and correct copy of the May 5, 2020 public statement of the Ministry of Foreign Affairs, People's Republic of China, updated May 9, 2020, that claimed the "Institute [Wuhan Institute of Virology] does not have the capability to design and synthesize a new coronavirus, and there is no evidence of pathogen leaks or staff infections in the Institute [Wuhan Institute of Virology]," which are contrary to the declassified intelligence contained in Exhibits 1 and 2 certain allegations in the Complaint.

EXHIBIT 4    True and correct copy of the November 21, 2023 news article titled "Secret Warnings About Wuhan Research Predated the Pandemic" which was reported by Vanity Fair based on "leaked" classified intelligence from the Department of Energy that was declassified and made available to the public through Exhibit 1.

## I.    LEGAL STANDARDS

The Federal Rules of Evidence (Fed.R.Evid.), as amended to December 1, 2024, governs judicial notice of an adjudicative fact. Rule 201(a).

The court may judicially notice a fact that is not subject to reasonable dispute because it is generally known within the trial court's territorial jurisdiction; or can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Rule 201(b). The Court may take judicial notice on its own, or must take judicial notice if a party requests it and the court is supplied with the necessary information. Rule 201(c).

2

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

The court may take judicial notice at any stage of the proceeding. Rule 201(d). On timely request, a party is entitled to be heard on the propriety of taking judicial notice and the nature of the fact to be noticed. If the court takes judicial notice before notifying a party, the party, on request, is still entitled to be heard. Rule 201(e). In a civil case, the court must instruct the jury to accept the noticed fact as conclusive. Rule 201(f).

In the Ninth Circuit, judicial notice of Exhibits 1 and 2 is proper because their existence is not subject to reasonable dispute; the documents are relevant to the claims asserted in the Complaint; and the documents are capable of meeting the public disclosures mandated by Congress under Public Law 119-60, div. F, title LXVIII, § 6803, and referenced in the Complaint at ¶¶ 151-155 and 164. See *Khoja v. Orexigen Therapeutics, Inc. (Khoja)*, 899 F.3d 988, 998-99 (9th Cir. 2018) and Fed. R. Evid. 201(b).

Judicial notice of Exhibit 3 is proper because the existence of the statements made by the PRC's Ministry of Foreign Affairs are not subject to reasonable dispute and are inconsistent with the virus assembly capabilities reported in the declassified intelligence contained in Exhibits 1 and 2.

Judicial notice of Exhibit 4 is proper because the existence of the news article reporting on the classified deliberations and intelligence holdings of the Department of Energy is not subject to reasonable dispute.

3

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Under the judicial doctrine of "incorporation by reference," it is appropriate for the Court to incorporate Exhibits 1 and 2 by reference "if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claims." *Khoja*, at 1005. See also *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) ("The rationale of the 'incorporation by reference' doctrine applies with equal force to internet pages as it does to printed material.").

(REDACTED)     Exhibit 1 is available to the public from DNI Gabbard's Federal government website as follows:

*Fauci Funded Wuhan Lab Research That Sparked COVID*. Office of the Director of National Intelligence. June 18, 2026. Available from https://www.odni.gov/index.php/newsroom/reports-publications/reports-publications-2026/4165-fauci-funded-wuhan-lab-research-that-sparked-covid; and https://www.odni.gov/index.php/newsroom/reports-publications/reports-publications-2026/4165-fauci-funded-wuhan-lab-research-that-sparked-covid;

COVID-19 Release Index, https://www.odni.gov/files/documents/Newsroom/Reports%20and%20Pubs/COVID-19_Release_DNI_Gabbard_6-18_Index.pdf;

COVID-19 Release Part 1, https://www.odni.gov/files//documents/Newsroom/Reports%20and%20Pubs/COVID-19_Release_DNI_Gabbard_6-18_Part-1.pdf;

COVID-19 Release Part 2, https://www.odni.gov/files//documents/Newsroom/Reports%20and%20Pubs/COVID-19_Release_DNI_Gabbard_6-18_Part-2.pdf;

COVID-19 Release Part 3, https://www.odni.gov/files//documents/Newsroom/Reports%20and%20Pubs/COVID-19_Release_DNI_Gabbard_6-18_Part-3.pdf; and

4

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

COVID-19 Release Part 4,
https://www.odni.gov/files//documents/Newsroom/Reports%20and%20Pubs/COVID-19_Release_DNI_Gabbard_6-18_Part-4.pdf.

Exhibit 2 can be found under the "Medical" tab of the DIA's FOIA Electronic Reading Room at https://www.dia.mil/FOIA/FOIA-Electronic-Reading-Room/.

Exhibit 3 can be found on the PRC's Ministry of Foreign Affairs website at *Reality Check of US Allegations Against China on COVID-19.* Ministry of Foreign Affairs, People's Republic of China. Updated: May 09, 2020. Available from https://www.mfa.gov.cn/eng/wjb/zzjg_663340/bmdyzs_664814/xwlb_664816/202406/t20240606_11402540.html.

Exhibit 4 can be found on the website of Vanity Fair at "*Secret Warnings About Wuhan Research Predated the Pandemic.*" Vanity Fair. November 21, 2023. Available from https://www.vanityfair.com/news/2023/11/covid-origins-warnings-nih-department-of-energy.

## II.    DISCUSSION

(REDACTED)    Plaintiffs respectfully request the Court to take very narrow notice of DNI Gabbard's public statements and the fact that DNI Gabbard included "never-before-seen communications and documents exposing how Fauci worked with politicized career leadership in the Intelligence Community (IC) to suppress the truth about his actions, the virus' lab-leak origins, and his role in

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

directing U.S. funding for this dangerous research that caused immeasurable harm and countless lost lives."

(REDACTED)    Plaintiffs explicitly directs the Court's attention to the fact that while DNI Gabbard made these statements which were supported by 67 declassified intelligence documents, DNI Gabbard did not include any statement that these files were produced in direct satisfaction of the June 16, 2026 deadline mandated under Public Law 119-60, div. F, title LXVIII, § 6803, and referenced in the Complaint at ¶¶ 151-155 and 164.

Plaintiffs narrowly introduces DNI Gabbard's statements and the supporting declassified documents to demonstrate their existence as a Federal public record, and reserves the right to assert administrative non-compliance with the June 16, 2026 congressional deadline.

This reservation is particularly necessary given the fact that Congress directed a far more probing review, as referenced in ¶ 151 of the Complaint, to include intelligence derived from foreign intelligence surveillance, which are judicially approved in non-public, *ex parte*, proceedings by the U.S. Foreign Intelligence Surveillance Court ("FISC"). See also ¶ 36(a) through (h) of the Complaint.

The Honorable Judge Karin J. Immergut is a current member of the FISC and was appointed by the Chief Justice of the U.S. Supreme Court to serve from May 19, 2024 to May 18, 2031.

6

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

Exhibits 1 through 4 demonstrate striking parallels and relevance to one or more paragraphs within the Complaint:

(1)    **Fauci Allegations:** ¶¶ 35(12), 35(15)-(16), 35(18)-(22); 76, 79-83, 116, 173,177, 181, 212-216, 218, 230-231, 280, 290, 310-312, 315 and 326; footnotes 61, 67-69, 75-84, 95, 97, 115, 131, 135, 138, 144-145, 159 and 161; and Plaintiffs' Complaint Exhibits 3 and 4;

(2)    **Seamless Cloning and Assembly and "BEI/UPS/ATCC/USAID":** ¶¶ 3(2), 3(16), 35-36, 38-40, 237, 279, 302; footnotes 3, 11, 45-46, and Plaintiffs' Exhibit 7;

(3)    **American Type Culture Collection ("ATCC"):** ¶¶ 146, 184, 212, 234f, 279 and 302;

(4)    **WIV and Public Law 119-60, div. F, title LXVIII, § 6803:** ¶¶ 151-155 and 164 and Prayer for Relief ¶ (7);

(5)    ***Locus in quo* and Wuhan/WIV:** ¶¶ 3(29)(A) through (K); and

(6)    **Defense Intelligence Agency and Wuhan/WIV:** ¶¶ 3(2), 37, 39 and 224; footnotes 3, 11, 45-46; and Plaintiffs' Complaint Exhibit 7.

On June 17, 2026, the Court issued its "Discovery and Pretrial Scheduling Order," ECF 2 at 3. The 67 declassified documents released by DNI Gabbard, Exhibit 1, and the DIA's declassified documents, Exhibit 2, could be used by the United States to facilitate its initial disclosure obligations.

(REDACTED)    Moreover, DNI Gabbard's Index Document No. 1, "2020-05-27 LLNL International Assessments Report: COVID-19 Lab Modification Conditions Present at WIV," Exhibit 1, which was prepared by scientists associated with the Department of Energy ("DOE"), assessed that scientists at the Wuhan

7

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Institute of Virology ("WIV") demonstrated the required proficiency in synthetic biology and the seamless "assembly of long DNA sequences" after creating their own novel transformation-associated recombination ("TAR")-based seamless assembly method for the effective assembly of long DNA fragments derived from yeast artificial chromosome ("YAC").

(REDACTED)    In the 2016 study cited by the DOE's LLNL, "[t]he yeast, *Saccharomyces cerevisiae* strain VL6–48 (ATCC)" and the "YAC plasmid *pRS313* (ATCC)," were curated products obtained from/through the "BEI/UPS/ATCC/USAID" ecosystems, which was under the supervision of Defendant Fauci and the NIAID and NIH. The WIV scientists supplemented this novel assembly process with materials obtained from "Sigma Aldrich, St Louis, MO, USA" and "Epicentre, Madison, WI, USA."

TOP SECRET [REDACTED] (U//FOUO)   As set forth in Exhibit 2, LTG Ashley was briefed by DIA and NGA personnel that "[t]he genomic sequence of SARS-CoV-2 has Type IIS restriction sites that are consistent with being generated by the Golden Gate ["seamless assembly"] Cloning system utilizing the published pBAC-CMV plasmid," and to expect a "global pandemic during the next 4 months," among other things. See Complaint ¶¶ 3(2), 37, 39 and 224; footnotes 3, 11, 45-46; and Plaintiffs' Complaint Exhibit 7.

8

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

(U)    The DIA further found, in Exhibit 2, that China's Ministry of Foreign

Affairs ("MFA") was misleading or being untruthful when publicly claiming the

WIV lacked "the capability to design and synthesize a new coronavirus":[1]



(TOP SECRET [REDACTED] (U//FOUO) On or about September 22,

2020, notwithstanding Exhibits 1 and 2, Defendant Fauci, in his lecture on SARS-

COV-2 to the Department of Biology, Massachusetts Institute of Technology

("MIT"), made aggressive statements consistent with, and supportive of, China's

---

[1] See *Reality Check of US Allegations Against China on COVID-19.* Ministry of Foreign Affairs, People's Republic of China. Updated: May 09, 2020. Available from https://www.mfa.gov.cn/eng/wjb/zzjg_663340/bmdyzs_664814/xwlb_664816/202406/t20240606_11402540.html, cited by Congressional Research Service, *Novel Coronavirus 2019 (COVID-19). Q&A on Global Implications and Responses.* Updated May 14, 2020. Available from https://www.congress.gov/crs_external_products/R/PDF/R46319/R46319.6.pdf ("On April 30, 2020, when asked if he had seen anything "that gives you a high degree of confidence that the Wuhan Institute of Virology was the origin of the virus," the President replied, "Yes, I have.'").

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

MFA, *supra*.[2] One year later, on September 15, 2021, Defendant Fauci, using the same graphics, omitted verbal references to the "wet markets" and the "species jump" narrative made in his 2020 speech, despite the graphics retaining links to the "Seafood Market in China":[3]





| 7:50 to 8:32:<br>"Again, with the Chinese identifying a new [coronavirus] strain in January [2020], clear-cut relationship to wet markets, where bats and other animals are in the proximity of humans giving us what we call an infringement on the animal-human interface because many of these animals were forest animals, were brought in and not usually in contact with humans. Well, clearly we had a species jump, and here we then had the third pandemic virus shown in this phylogenetic | 2:43 to 3:45:<br>"As we all know now this is a novel coronavirus, which has actually been recognized in the very first weeks of January 2020 from pneumonia cases that likely were occurring a month or so before, predominantly in the Wuhan district in Central China. If one looks at the global impact now from those very few cases that were first noticed in December of 2019 spilling over into January of 2020, we are now in the middle of a full blown pandemic, the scope and impact of which is |
|---|---|

[2] *Anthony Fauci: "Insights from the COVID-19 pandemic" (9/22/20)*. Department of Biology, Massachusetts Institute of Technology. September 24, 2020. Available from https://www.youtube.com/watch?v=J38QN1vnSO0. See also *7.00 ("COVID-19, SARS-CoV-2 and the Pandemic")*. See also Massachusetts Institute of Technology, Department of Biology. Available from https://biology.mit.edu/undergraduate/current-students/subject-offerings/covid-19-sars-cov-2-and-the-pandemic-fall-2020/.

[3] *Anthony Fauci: "Insights from the Covid-19 Pandemic" (9/15/2021)*. Department of Biology, Massachusetts Institute of Technology. September 15, 2021. Available from https://www.youtube.com/watch?v=Cv5P0bBiIVc. Massachusetts Institute of Technology, Department of Biology. Available from https://biology.mit.edu/undergraduate/current-students/subject-offerings/covid-19-sars-cov-2-and-the-pandemic/.

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

| tree in more proximity with the original SARS coronavirus 1." | unprecedented over the last 102 years since the now historic pandemic of influenza in 1918." |
|---|---|

(~~TOP SECRET~~ [REDACTED] (U//~~FOUO~~) On November 21, 2023, Vanity Fair ("*VF*"), reported on a "series of previously unreported alarms and clashes over US-funded research in China" and the "long-standing friction between two groups of government scientists: those who prioritize international collaboration [NIH/NIAID], and those who are kept up at night by the idea that cutting-edge technologies could end up in the wrong hands [Department of Energy]":[4]

> "A six-month investigation by *VF* has found an almost decade-long trail of warnings issued by the Department of Energy to other government agencies, including the NIH, concerning the risk that US-funded biology research could be misused by overseas partners. In mid-2019, an Energy Department official went so far as to issue a specific warning to NIAID about the coronavirus research the agency was funding at the WIV…. Deputy Energy Secretary Dan Brouillette alerted a top Fauci adviser that the coronavirus research the US was helping to fund at the WIV risked being misappropriated for military purposes….
> In October 2020, *VF* has learned, Dan Brouillette told Fauci that DOE scientists had found evidence suggesting that the pandemic had originated at the WIV…and he offered to share his department's laboratory resources and computing capacity with the NIH….
> In early 2023, it was reported [by the Wall Street Journal] that the DOE had formally changed its view on the pandemic's origins from undecided to assessing, with low confidence, that the virus had originated from a lab. A source with knowledge of the DOE's

---

[4] Katherine Eban. *Secret Warnings About Wuhan Research Predated the Pandemic.* Vanity Fair. November 21, 2023. Available from https://www.vanityfair.com/news/2023/11/covid-origins-warnings-nih-department-of-energy. See also Michael R. Gordon and Warren P. Strobel. *Lab Leak Most Likely Origin of Covid-19 Pandemic, Energy Department Now Says.* Wall Street Journal. Updated Feb. 26, 2023. Available from https://www.wsj.com/articles/covid-origin-china-lab-leak-807b7b0a.

11

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

investigation tells *VF* that the agency had long been more confident in its scientific analysis, and only later became more comfortable with the intelligence supporting it."

Exhibits 1 through 4 have further relevance to the following paragraphs set forth in the Complaint:

**"Censorship Industrial Complex":** ¶¶ 16 through 20, 34, 173-174, 177 and 234d, and footnotes 48 through 50;

**Morens and Destruction of Evidence:** ¶¶ 81-83, 216, 217, 218, 234e, footnotes 97 and 145; and

**WIV's U.S. Partnerships:** ¶¶ 35(8), 35(9) and 35(13) and footnotes 58 through 64.

(OSINT)     On July 1, 2026, former Secretary of State and former First Lady Hillary Clinton ("Clinton") joined Marc Elias on the Defending Democracy podcast[5] to critique, among other things, the qualifications and intentions of the Acting Director of National Intelligence ("DNI"), William John Pulte ("Pulte") and the DNI's "access to everything that they want to see," including "The Clinton Email Scandal and the FBI's Investigation of It,"[6] and her hope that insiders will be "slow walking or refusing to share information with Pulte":

---

[5] *Hillary Clinton: The Supreme Court Knows Its Own Rulings Are "Nonsensical."* Democracy Docket. Jul 1, 2026. Available from https://www.youtube.com/watch?v=4dS4KzU5q00.
See also Tara Suter. *"Hillary Clinton knocks Pulte: 'We should definitely be worried about everything.'"* The Hill. July 2, 2026. Available from https://thehill.com/policy/national-security/5951787-hillary-clinton-pulte-criticism/amp/.
[6] *The Clinton Email Scandal and the FBI's Investigation of It: An Interim Report.* A Majority Staff Report of the Committee on Homeland Security and Governmental Affairs United

12

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

32:59-34:21

"The DNI has access to everything that they want to see…. I hope there are career and even political appointees in various of the agencies that are slow walking or refusing to share information with Pulte…. I Don't know why there hasn't been a lawsuit brought. He [Pulte] is manifestly unqualified under the statute to hold that position…. [B]ut somebody ought to be bringing a lawsuit to…enjoin him until the merits are decided as to whether a DNI doesn't have to comply with the requirements….He has just installed as a deputy somebody who's one of these election conspiracy theorists who think Trump won in 2020 or even if they don't think it, they say it because that's how they get in good with Trump…. So the bottom line to me is he's very dangerous. He's a loose cannon…."

On July 2, 2026, the DIA informed McCray that the COVID-19 FISA surveillance intelligence was not subject to expedited declassified processing as requested, notwithstanding the missed June 16, 2026 declassification deadline.

## CONCLUSION

The Court should grant Plaintiffs' narrow request for judicial notice and incorporation by reference.

Requested respectfully,

Dated: July 6, 2026

Emanuel McCray
*Plaintiff, Pro Se*

---

States Senate. Senator Ron Johnson, Chairman. February 7, 2018. Available from https://www.hsgac.senate.gov/wp-content/uploads/imo/media/doc/2018-02-07%20Interim%20Report_The%20Clinton%20Email%20Scandal%20and%20the%20FBI's%20Investigation%20of%20It.pdf.