DECLASSIFIED BY DNI GABBARD ON 18 JUNE 2026

**From:**
**Sent:** Friday, September 18, 2020 12:01 PM
**To:**

**Cc:**
**Subject:** RE: IC interest in Yan report about COVID origins

```
Classification:
Classified By:
Derived From:
Declassify On:
==================================================================
```

Thanks

--------------------------------------------------------------------

**From:**
**Sent:** Friday, September 18, 2020 9:11 AM
**To:**

**Cc:**
**Subject:** RE: IC interest in Yan report about COVID origins

```
Classification:
Classified By:
Derived From:
Declassify On:
==================================================================
```

Good Morning,

With respect to technical feasibility, known capabilities and a parsimonious starting point for cloning I'd like to flag this section of the Yan report from page 19.
*Step 4: Produce the designed viral genome using reverse genetics and recover live viruses (0.5 month)*

The input is a text file of the desired viral genome (no physical DNA/RNA backbone or virus specimen required) – thus removing the need for many of the mutagenesis and cloning steps from the first part of the Yan report.

Baric's lab demonstrated this synthetic approach in a 2008 *PNAS* paper titled, "Synthetic recombinant bat SARS-like coronavirus is infectious in cultured cells and in mice" (pdf attached).
^"*The genomic cDNA fragments were commercially synthesized, inserted into vectors, assembled into a full-length cDNA, and transcribed in vitro to yield genomic RNA.*" [The in vitro product was then electroporated into cells.]

In reviewing WIV and Wuhan capabilities I found a few references of note for synthesis and assembly of long nucleic acid sequences – these approaches could be used to generate a SARS backbone entirely from chemical synthesis of

1

researcher-specified genetic sequence from a text file or from a hybrid of PCR fragments and chemically synthesized fragments – resulting in a fully-engineered genome of desired sequence.

Unknown is whether the WIV does nucleic acid synthesis in-house or outsources. But the examples below shows the expertise and tools are both at the WIV and other Wuhan institutions and were easy enough to teach to undergrads in 2013. Notably these methods aren't new as highlighted by the dates below – and they would have only improved since then.

1)      One was a Wuhan team from a 2013 iGEM competition where university (undergrad) students were using Gibson assembly. Although the students weren't working on viruses for iGEM, their mentor, Yu Chen, was/is a SARS virologist who has used nucleic acid synthesis to produce desired constructs from sequence data, "The cDNA of MERS-CoV nsp14 was chemically synthesized according to the deposited sequence of MERS-CoV (GenBank accession No. KF192507.1) and cloned into pMceK294A." (iGEM word doc attached; MERS ref above is from *Antiviral Research* 104 (2014) 156–164).

2)      In 2016 a WIV researcher published a shuttle vector for transformation-associated recombination (TAR) assembly of large DNA fragments in yeast (pdf attached, *Virologica Sinica* 2016, 31 (2): 160–167 DOI: 10.1007/s12250-016-3730-8). The senior author, Gengfu Xiao, did SARS research c. 2004, then seemed to work on other viruses at the WIV but reappeared on a bunch of SARS-CoV-2 papers in 2020. He's also WIV Deputy Director-General and Secretary of Party Committee at the WIV, from Wikipedia.

3)      Other WIV chemical synthesis of viruses, *Virologica Sinica* 2011, 26(3) (pdf attached)
Abstract: Torque teno virus (TTV) is a nonenveloped virus containing a single-stranded, circular DNA genome of approximately 3.8kb. We completely synthesized the 3808 nucleotides of the TTV (SANBAN isolate) genome, which contains a hairpin structure and a GC-rich region. More than 100 overlapping oligonucleotides were chemically synthesized and assembled by polymerise chain assembly reaction (PCA), and the synthesis was completed with splicing by overlap extension (SOEing). This study establishes the methodological basis of the chemical synthesis of a viral genome for use as a live attenuated vaccine or gene therapy vector.

Best,

From: ████████████████████████
Sent: Wednesday, September 16, 2020 9:16 AM
To: 

Subject: IC interest in Yan report about COVID origins

Classification: ████████████████

Classified By: ████████
Derived From: 
Declassify On: 

=====================================================

2

The below email thread may not have reached us at ODNI or CIA. I removed the distro lists because it was enormous and made it difficult to read the actual emails. Regardless, ███ flagged it in his VTC reminder this morning so ██ was expecting it to come up on Friday anyway.

---

**From:** ████████████████████████████
**Sent:** Tuesday, September 15, 2020 6:57 PM
**To:** ████████████████████
**Subject:** FW: ████  RE: Readout: Friday 10am: COVID-19 Weekly Analytic Synch VTC (Conference ID: ████████  ---
████████████████

```
Classification:    ████████████████

Classified By:     ████████████████
Derived From:      ████████████
Declassify On:     ████████████
===========================================================
```

Looks like you're on the email, although perhaps the too-large distro prevented your receipt.



Bureau of Intelligence and Research
U.S. Department of State

---

**From:** ████████████████████████████
**Sent:** Monday, September 14, 2020 8:34 PM
**Subject:** RE: ████  RE: Readout: Friday 10am: COVID-19 Weekly Analytic Synch VTC (Conference ID: ████████

```
Classification:    ████████████████

Classified By:     ████████████████
Derived From:      ████████████████
Declassify On:     ████████████
===========================================================
```

We have done an initial read on the paper and some of the science looks credible, at first blush. We are going to circle up this week to discuss the specific merits and drawbacks of the paper. Its got a lot of technical content that deserves scrutiny.

Looping in some of our LANL colleagues.

We hope to have a solid read on the specific details by the Friday COVID-19 weekly Synch VTC.

Regards

Lawrence Livermore National Lab

3

**From:** ███████████████████████████████

**Sent:** Monday, September 14, 2020 9:23 AM

**Subject:** RE: ███████ RE: Readout: Friday 10am: COVID-19 Weekly Analytic Synch VTC (Conference ID: ███████ --- █

Classification: ████████████████████

Classified By: ████████████████
Derived From: 
Declassify On:
========================================================

A couple virologists at State and I reviewed a version of her paper -- it's been circulating for at least a month or so. In short, it's nonsense. The conclusions she draws require some real misinterpretations of the science and many contradicted by published work on the virus evolution/genetics.

███████████████

Bureau of Intelligence and Research
U.S. Department of State

██████████

**From:** ██████████████████████

**Sent:** Monday, September 14, 2020 10:20 AM

**Subject:** ███████ RE: Readout: Friday 10am: COVID-19 Weekly Analytic Synch VTC (Conference ID: ███████████ --- █

Classification: ████████████████████

Classified By: ████████████████
Derived From: 
Declassify On:
========================================================

Hi team – Is anyone looking at the open source report that a Chinese virologist claims to have proof that COVID-19 was made in a Wuhan lab? We're getting questions from our leadership and I figured those with more technical expertise probably have already evaluated this report. (New York Post, Chinese Virologist Claims She has Proof COVID-19 was Made in Wuhan Lab, 11 September 2020)

████████████████

Office of Intelligence & Analysis
U.S. Department of Homeland Security

████████████████

**From:** ██████████████████████

**Sent:** Friday, September 11, 2020 11:01 AM

**Subject:** Readout: Friday 10am: COVID-19 Weekly Analytic Synch VTC (Conference ID: ██████████

```
Classification:   ████████████████████
Classified By:    ████████████
Derived From:     ████
Declassify On:    ████████
=================================================================
```

**Good morning,**

Today's COVID VTC discussed IC efforts to understand vaccine progress as most agencies reported a steady-state workload for the week. Highlights include:

- (U████████) As NIC/WMD works to balance our WMD and COVID workloads, we welcome your feedback on the frequency of these VTCs. Does your department or agency rely on the weekly nature of these meetups to help with workforce turnover? Do you prefer that the VTCs continue but are open to whatever schedule suits the NIC's COVID coordinators? Would you prefer something less frequent, like every other week or not at all, to free up a few hours in your schedule? Let ████ (cc'ed) and me know!
- ████ Frequent questions regarding vaccines continue to revolve around cyber/CI concerns, foreign capabilities, "who's in the lead," and prospects for challenge trials.
- ████████ CIA's ████████ reported that ████████████████████████ is progressing through review ████████████████████ flagged an upcoming graphic for the WIRe regarding COVID-19 vaccines at or near phase III clinical trials.
- ████████████████████████████████████████████
- ████████████████████████

████████ will be the NIC's COVID coordinator next week!

████████████████████████

In the event I am out of the office, please contact the following alternate POCs at the NIC:

- ████████████████████
- ████████████████████

As of early September, WMD's team schedule is the following:
- 9/8-11: ████████████████████
- 9/14-18: ████████████████████

**From:** ████████
**Sent:** Friday, September 11, 2020 8:50 AM
**Subject:** FW: Friday 10am: COVID-19 Weekly Analytic Synch VTC (Conference ID: ████████

Classification: UNCLASSIFIED████████
========================================================

See you at 10!

---

**From:** ████████
**Sent:** Wednesday, September 09, 2020 9:31 AM
**Subject:** Friday 10am: COVID-19 Weekly Analytic Synch VTC (Conference ID: ████████

Classification: UNCLASSIFIED████████
========================================================

Good morning,

The NIC will host the weekly COVID-19 analytic synch VTC this Friday, 11 September, from 1000-1130 AM EDT. Topics of discussion will include introductions and a summary of key questions, policy engagements, and recent or upcoming production.

For those interested, new to COVID-19, or in touch with colleagues at home, I thought I'd flag this free course by MIT on COVID-19, which involves one one-hour lecture each week. Details, including a syllabus, are available at https://biology.mit.edu/undergraduate/current-students/subject-offerings/covid-19-sars-cov-2-and-the-pandemic/. Upcoming topics include vaccines, immunology, and epidemiology related to COVID-19. Please follow your agency's guidance for outside training. About 2000 people watched the first lecture, which did not have an ASL interpreter but did have captions in English. Lectures are available a few days later on YouTube.

> **COVID-19, SARS-CoV-2 and the Pandemic**
> In Fall 2020, all MIT students and the general public are welcome to join Professors Richard Young and Facundo Batista as they discuss the science of the pandemic during this new class. Special guest speakers include: Anthony Fauci, David Baltimore, Britt Glaunsinger, Bruce Walker, Eric Lander, Michel Nussenzweig, Akiko Iwasaki, Arlene Sharpe, Kizzmekia Corbett, and others. The class will run from September 1, 2020 through December 8, 2020 and begin each Tuesday at 11:30 a.m. ET. The live stream will be available to the public, but only registered students may ask questions during the Q&A. Miss a class? You'll be able to view a video of the lecture on this page.

If you have any VTC questions or would like to be added to Friday's conference, please do not hesitate to contact the Video Operations Center (VOC) at ████████ (I cannot add gateways and such myself). If you are dialing in, you can call the VOC from a secure phone up to 10 minutes before the meeting. Have the conference ID ready, the VOC will then transfer your secure phone into the meeting.

Conference ID: ████████              Conference Name: **COVID COI Synch**
Subject: **POC-**████████
Notes: ████-████████
Start Setup Time: **11 SEP 2020 09:50** EST/DST        End Conference Time: **11 SEP 2020 11:30** EST/DST
Start Conference Time: **11 SEP 2020 10:00** EST/DST    Requestor: **CIA 3**
Conference Status: **Resolved**

| | |
|---|---|
| NCMI 1 | **Resolved** |
| CIA GW 13 | **Resolved** |
| NGA NCE GW 02 | **Resolved** |
| FBI CLK GW 3 | **Resolved** |
| CDC ATLANTA | **Resolved** |
| DHS HQ GW 3 | **Resolved** |
| NSAW GATEWAY 03 | **Resolved** |
| ONI 3A102 | **Resolved** |
| ROWE VTC RM 3051 | **Resolved** |
| LLNL-NAI 2 | **Resolved** |
| A2 BLDG 5681.4 | **Resolved** |



In the event I am out of the office, please contact the following alternate POCs at the NIC:
- NIC COVID alias: ███████████████████
- NIO WMD & Proliferation: ███████████████

As of early September, WMD's team schedule is the following:
- 9/8-11: ███████████████████████████
  ███████████████
- 9/14-18: Zack Bernstein ████████████████
  ███████████████

(U) CIA Special Procedures FISA: This dissemination includes FBI information from FBI FISA collection. Such information, and any information derived therefrom, may only be used in a US legal or administrative proceeding with the advance authorization of the Attorney General. Any recipient interested in obtaining authorization for such use in a US legal or administrative proceeding should contact FBI Headquarters. Any further dissemination outside of intelligence channels and/or for law enforcement purposes must be made through FBI Headquarters. Any reproduction, dissemination, or communication (including, but not limited to oral briefings) of this information must be accompanied by a statement of these restrictions.

```
===============================================================
Classification: UNCLASSIFIED███████

===============================================================
Classification: UNCLASSIFIED███████

===============================================================
Classification: ███████████████
```

```
===========================================================
Classification: ███████████████████████████
===========================================================
Classification: ███████████████████████████
===========================================================
Classification: ███████████████████████████
===========================================================
Classification: ███████████████████████████
===========================================================
Classification: ███████████████████████████
===========================================================
Classification: ███████████████████████████
===========================================================
Classification: ███████████████████████████
```

DECLASSIFIED BY DNI GABBARD ON 18 JUNE 2026

**From:** ███████████
**Sent:** Friday, October 23, 2020 8:53 AM
**To:** ███████████

**Subject:** RE: reminder - please send updates by noon in lieu of COVID VTC (n/t)
**Attachments:** CHD's Letter to Congress Urging COVID-19 Origins Investigation_20201021.docx; CHD-press-release_21-Oct-2020.pdf

Classification: UNCLASSIFIED███
========================================================

Also in the news FYSA - letter and press release attached.

(U) Robert F. Kennedy, Jr. and Children's Health Defense Call for Congressional Investigation of COVID origin 21-Oct-2020

Excerpts:
"Consider this hypothetical scenario: an important gain-of-function experiment involving a virus with serious pandemic potential is performed in a well-regulated, world-class laboratory by experienced investigators, but the information from the experiment is then used by another scientist who does not have the same training and facilities and is not subject to the same regulations. In an unlikely but conceivable turn of events, what if that scientist becomes infected with the virus, which leads to an outbreak and ultimately triggers a pandemic?"[5]

These are not our words, but rather they are the words of Anthony Fauci, director of the NIAID, in a 2012 letter to the microbiology journal mBio advocating for gain-of-function experiments. Today, questions about the origin of COVID-19 have largely been dismissed without answers. We believe Dr. Fauci laid out a scenario eight years ago that deserves a full investigation today, particularly when you consider that the Wuhan Institute of Virology was doing the very type of research set forth in Dr. Fauci's hypothetical scenario.[6]

Moreover, Ralph Baric, a leading U.S. coronavirus researcher, has pointed out that it is possible to engineer a virus without leaving a trace.[34] He notes that SARS-CoV-2 was not engineered with any known published genetic information and that it is not possible to tell if it was engineered using an unpublished genetic sequence.[35]

The Lancet COVID-19 Commission, which chose Daszak to lead their investigation into the origins of the virus, cannot be trusted to effectively eliminate conflicts of interest from their investigation.[52]

[5] Anthony S. Fauci, "Research on Highly Pathogenic H5N1 Influenza Virus: The Way Forward," MBio 3, no. 5 (October 9, 2012), https://doi.org/10.1128/mBio.00359-12.

[34] "Possibile creare un virus in laboratorio senza lasciare traccia? La risposta dell'autore della chimera del 2015 di cui parlò Tg Leonardo," L'HuffPost, September 14, 2020, https://www.huffingtonpost.it/entry/e-possibile-creare-un-virus-in-laboratorio-senza-lasciare-traccia-la-risposta-dellesperto_it_5f5f3993c5b62874bc1f7339.

[35] Sarah Scoles, "How Do We Know If a Virus Is Bioengineered?," Medium, August 5, 2020, https://onezero.medium.com/how-do-we-know-if-a-virus-is-bioengineered-541ff6f8a48f.

---

**From:** ███████████
**Sent:** Friday, October 23, 2020 7:37 AM

**To:**



**Subject:** reminder - please send updates by noon in lieu of COVID VTC (n/t)

Classification: UNCLASSIFIED█████
========================================================

========================================================
Classification: UNCLASSIFIED█████

========================================================
Classification: UNCLASSIFIED█████

3

DECLASSIFIED BY DNI GABBARD ON 18 JUNE 2026

**From:**
**Sent:** Tuesday, July 20, 2021 9:32 AM
**To:**

**Subject:** RE: Things Probably Coming Your Way...

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Classification:

Classified By:
Derived From:
Declassify On:

=====================================================

Hi

Thanks for your input—I'm also on the fence, but I'm trying to think of the best way to relay the information on intermediate/reservoir species. This will come up in the open-source debunking section, since it has been raised in a variety of products.

Can you explain what you are thinking for the bottom half w/ notable outbreaks? I'm trying to visualize ☺ Also, realized I had not attached the definitions / open-source theories (see below). For open-source theories, we are not going product by product, because there are so so many at this point, but more looking at common threads raised.

Thanks again,



**A1: (U          ) Definitions:**
Laboratory-associated accident
Naturally-occurring viruses
Laboratory-adapted viruses
Genetically engineered or modified viruses
Gain of Function
Natural Spillover
Single Lineage
Multi-Lineage
Alpha/Beta Coronaviruses
Recombination
Natural diversity

1

Sample tracing



Pangolin
Reservoir species
Intermediate species
Sequence
Bioinformatics
FCS
Spike protein
ACE2 Receptor
Codon
Amino acid vs. nucleotide level
Low-fitness
Receptor binding domain

On your list of external reviewers, █████████ is a reporter for ████ Not sure that changes your calculus- she's a fantastic journalist and I'm a huge fan (her twitter is where I first heard about the glory that is Schitt's Creek).

You may also want to consider ████████ ███████████████████████████ – he was the first █ officer to respond to the cases of HIV in the US in 1980 and led the charge to tracking down the index case and identify the virus. I do not believe he has publicly stated a position on COVID-19.



Disease Threat Intelligence Cell
Weapons and Counterproliferation Mission Center

**From:** ████████████████████████
**Sent:** Monday, July 19, 2021 3:18 PM
**To:** ████████████████████████████████

**Subject:** Things Probably Coming Your Way...

```
Classification:  ████████████████████████████

Classified By:   █████████
Derived From:    ███████
Declassify On:   ███████
============================================================
```

(U████████)
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

Hi all,

Thanks again for meeting with me last week to discuss the COVID-19 Origins paper—this certainly helped me to better scope the potential annexes, graphics, and sections. I wanted to follow-up on two things: **annexes/graphics that we will be asking CIA for help with** AND **outside review**.

**Annexes & Graphics**—After Friday, we will officially send out an outline. I'm avoiding sending it out electronically just yet to avoid influencing individual agencies' internal discussions. That being said, I wanted you to have a sense of what we will be asking you for help with (*not set in stone ☺). If any of this doesn't make sense, let me know. For the graphics, we have a meeting w/ our graphics team on Thursday and will get a sense of their bandwidth (i.e. do we need actually graphics help on the CIA side too)...

3

- [CBD] **Annex 1, Definitions:** If this is already in the works, I'd welcome work on this. If not, I can assign this elsewhere...

- [CBD] **Annex 2, Open-source Theories:** Open to the idea of this being a graphic too... basically saying what is out there in the press and why we do not/not put stock in it. This particular Annex is being asked for by the DNI FO and I've put some examples below...

- [CBD] **Map + Table:** Locations of where closest relatives and/or relevant sampling activity occurred

- [CBD • DTIE] **Comparison Table comparing zoonotic outbreaks:** we've had some back and forth w/ this from SME's... I'm on the fence based on some of the commentary on comparisons not being useful, but in some ways it's good to have a chart where in other instances, it was not abnormal to not have found an animal source just yet.



**Outside Review:** Between our conversation and others within DNI, it has become clear that we need to finalize how this will look. Right now, we are going to have an in-person BSEG review and we will have an annex dedicated to those thoughts. Similar to other documentation, their names will be masked. That doesn't solve the outside review as we usually think of it at the NIC—we typically name outside reviewers. We have come up with a tentative list that went up the NIC FO; we do not/not know who would be amenable to reviewing in this fashion. Fauci is also floated, but there are questions as to whether we can have a customer do the review... if you have any thoughts on the below, let me know:



**HUGE** thank you for your continued help on this!

==============================================================

Classification: ████████████████████████

```
==========================================================
```

Classification: ███████████████████████████████████████

```
==========================================================
```

Classification: ███████████████████████████████████████

**DECLASSIFIED BY DNI GABBARD ON 18 JUNE 2026**

| | |
|---|---|
| **From:** | Tamara A. Johnson-DNI- |
| **Sent:** | Wednesday, August 11, 2021 11:23 AM |
| **To:** | Avril D. Haines-DNI- |
| **Cc:** | ███ |
| **Subject:** | ICWPA Complaint re: False Testimony to Congress |
| **Attachments:** | ███ Letter to DNI re COVID origin urgent concern with enclosures Signed.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

```
Classification:      ████████████████████████

Upon removal of attachments, this document is UNCLASSIFIED ███

Classified By:  ███
Derived From:   ███
Declassify On:  ███
==========================================================
```

***Please disregard and delete previous transmission. The system sent my message before I completed the classification. ***

Director Haines—

(U███ ) Attached please find the whistleblower complaint and underlying documentation we discussed during our last monthly meeting.  The complaint alleges Dr. Fauci provided false testimony to Congress related to the conduct of gain of function research at the National Institutes of Health, thereby "misleading the American people and Congressional oversight."  We determined this complaint does not meet the urgent concern standard because the allegedly false statement was made by a non-IC official and it pertains to an activity that the IC IG has no reason to believe is related to an intelligence activity or has a direct impact on any IC element, personnel, or capability.  As such, we are not required to transmit this matter to you, but do so in the interest of keeping you fully informed.  The statute as interpreted by the September 3, 2019 OLC opinion does not require you to transmit this matter to the congressional intelligence committees.

(U███ ) During our meeting we discussed referring this complaint to the HHS OIG.  My team and I considered this option and determined that, given the anonymous nature of the submitter rendering us unable to follow up to obtain additional information, and the classification levels of the underlying information forming the basis of the submission, we are very limited in what information we can share with HHS OIG.  Additionally, the general dispute about "gain-of-function" research is already in the public domain making it highly probable that the HHS-OIG would already be aware of the allegation that the Dr. Fauci's testimony was inaccurate (albeit from a different source, not our ICWPA submitter).  Consequently, we determined there would be no merit in referring the matter to HHS OIG.

(U) I am available to discuss if you have any questions.  Our Counsel team is providing a copy of the documentation to ███ for his situational awareness.  Please let me know if you would like me to copy PDDNI Dixon on these matters as well going forward.

Regards,

1

-- Tamara



**Tamara A. Johnson**
Acting Inspector General
Office of the Inspector General of the Intelligence Community (IC IG)



===========================================================

Classification: ████████████████████████████████████

DECLASSIFIED BY DNI GABBARD ON 18 JUNE 2026

**From:** ████████████████
**Sent:** Tuesday, June 15, 2021 11:42 AM
**To:** ████████████████████████
**Subject:** FW: HHS investigation

Classification: ████████████████

Classified By: ████████
Derived From: ████████
Declassify On: ████████
==========================================================

Does this help get the IC off the hook?

**From:** ████████████████████
**Sent:** Tuesday, June 15, 2021 11:41 AM
**To:** ████████████████████████
**Subject:** [AIN] HHS investigation

CLASSIFICATION: **UNCLASSIFIED**

First on CNN: HHS watchdog announces review of NIH grants that likely includes money connected to Wuhan lab

By Kristen Holmes and Priscilla Alvarez, CNN

Updated 10:30 AM ET, Tue June 15, 2021

(CNN) Federal government investigators said Tuesday that they are launching a review into how the National Institutes of Health manages and monitors its grant program, which likely includes money connected to a Wuhan lab that GOP lawmakers have been scrutinizing.

Republicans have zeroed in on NIH's relationship with EcoHealth Alliance, the global nonprofit that helped fund some research at China's Wuhan Institute of Virology, to attack Dr. Anthony Fauci and score political points.

1

The comprehensive review also coincides with renewed questions over the origin of the Covid-19 virus and the potential role that China's Wuhan Institute of Virology may have played.

"We share stakeholders' concerns regarding compliance and oversight of NIH grant funds. We have been monitoring this issue for some time and consider it a high-priority matter that can pose a threat to the integrity of the NIH grant program," Tesia Williams, the director of communications for the Department of Health and Human Services Office of Inspector General, told CNN.

"Based on our preliminary research and analysis, HHS-OIG has decided to conduct an extensive audit reviewing how NIH monitored selected grants and how the grantees and subgrantees used and managed federal funds between years 2014 through 2021," Williams said.

Roughly 80% of NIH funding goes to supporting research grants, including grants to foreign organizations. According to the work plan on the review, it will look at how these grants are monitored and making sure the recipient's use and management of NIH grant funds is in accordance with federal requirements.

One NIH official, who spoke under the condition of anonymity in order to discuss the review openly, called it "political" in nature but believed that ultimately it would be a good thing and would clear NIH of any wrongdoing.

"It's an opportunity to educate the public," the official said.

Questions about the relationship between NIH and EcoHealth Alliance have grown louder after Fauci, the director of the National Institute of Allergy and Infectious Diseases within NIH, confirmed to lawmakers earlier this year that hundreds of thousands of dollars that NIH had given to the New York-based global nonprofit went to the Wuhan Institute of Virology to study coronaviruses in bats.

"About $600,000 was spent over a five-year period," Fauci said during a congressional budget hearing. "That comes to anywhere between $125 (thousand) and $150,000 per year that went to collaboration with Wuhan."

A recent US intelligence report found that several researchers at China's Wuhan Institute of Virology fell ill in November 2019 and had to be hospitalized, a new detail about the severity of their symptoms. It's not clear what might have affected the researchers, there is no indication they caught Covid-19 and the lab strongly denied the report, calling it a lie to push the so-called lab-leak theory for the disease origin.

There are competing theories about how the pandemic got started. One is that it developed naturally in the wild and transferred from animal to human, as many other viruses have in the past. Another is that such a naturally originating virus was studied in a lab and accidentally infected someone. A third theory, most widely discounted by scientists, is that it was engineered in a lab and somehow leaked to humans.

For much of 2020, pursuing the lab leak theory was treated publicly as xenophobic, and, thanks in part to an open letter signed by 27 scientists and published in an influential medical journal in February 2020, scientifically unsound.

But in recent months, the classified intelligence emerged that three researchers at the Wuhan Institute of Virology who were conducting the kind of controversial research that some scientists now believe may have led to the pandemic had gotten sick in the autumn of 2019, before the outbreak was known to have begun, although there's no evidence they were infected with Covid-19.

2

Conservative attacks on Fauci have also intensified after media organizations released a trove of the doctor's emails.

In one email sent to Fauci in April 2020, an executive at EcoHealth Alliance thanked him for publicly stating that scientific evidence supports a natural origin for the coronavirus and not a lab release.

Fauci recently told CNN's John Berman the email was being misconstrued and called claims he had a cozy relationship with the people behind the Wuhan lab research "nonsense."

"I have always said, and will say today to you, John, that I still believe the most likely origin is from an animal species to a human, but I keep an absolutely open mind that if there may be other origins of that, there may be another reason, it could have been a lab leak," Fauci told Berman. "I believe if you look historically, what happens in the animal-human interface, that in fact the more likelihood is that you're dealing with a jump of species. But I keep an open mind all the time. And that's the reason why I have been public that we should continue to look for the origin.

"You can misconstrue it however you want -- that email was from a person to me saying 'thank you' for whatever it is he thought I said, and I said that I think the most likely origin is a jumping of species. I still do think it is, at the same time as I'm keeping an open mind that it might be a lab leak."

Nonetheless, Republicans are using the emails -- and controversy about how the pandemic began and whether US government grant money can be connected to it -- to fundraise and campaign against the Biden administration.

GOP Sen. Rand Paul of Kentucky has lashed out at Fauci, calling for his ouster.

"He's continuously and deliberately misleading the public at every turn. It's time to FIRE FAUCI," a Paul fundraising email read. "There are 2,000 emails proving Fauci chose his own ego over the facts."

Florida Sen. Marco Rubio recently penned a Fox News op-ed titled "If Biden Believes in Science, He Must Fire Fauci."

President Joe Biden was asked earlier this month if he still had confidence in Fauci.

"Yes, I am very confident in Dr. Fauci," Biden said.

CNN's Maggie Fox contributed to this report.

========================================================

Classification: ▮▮▮▮▮▮▮▮▮▮

DECLASSIFIED BY DNI GABBARD ON 18 JUNE 2026

███████████████████    ████████████████████████████████

| | |
|---|---|
| **From:** | Christopher C. Fonzone-DNI- |
| **Sent:** | Thursday, August 19, 2021 9:13 PM |
| **To:** | Avril D. Haines-DNI- |
| **Cc:** | Stacey A. Dixon-DNI-; Morgan Muir-DNI-; ███████████████████ ███; Matthew C. Rhoades-DNI-; ████████████ |
| **Subject:** | Whistleblower Issue -- Revised Letter after Discussion and Transcript Review |
| **Attachments:** | HPSCI SSCI WB Transmittal Letter v.4 -- clean.docx; HPSCI SSCI WB Transmittal Letter v.4.docx; ███████████████ Letter to DNI re COVID origin urgent concern with enclosures Signed.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

```
Classification:  ████████████████████████████████████

Classified By:  ███████
Derived From:  ███████
Declassify On:  ███████
============================================================
```

Avril –

Following up on our conversation this morning, we have reviewed transcripts from some of Dr. Fauci's appearances on the Hill.

Based on that review, it seems likely that the whistleblower complaint was referring to exchanges Dr. Fauci had with Senator Paul on May 11 and July 20.  During the May 11 hearing, Dr. Fauci stated that "the NIH has not ever and does not now fund gain of function research in the Wuhan Institute."  During the July 20 hearing, Senator Paul confronted Dr. Fauci on the prior statement, asking him if he wanted to retract it; Dr. Fauci of course stood behind it.

Thus, while it is possible that Dr. Fauci has spoken to Congress about gain-of-function research at some other point (he's testified a number of times!), I think the key thing is that what we've seen is consistent with the point that Secretary Becerra made to you – that this is something they've considered and that Dr. Fauci has point he's repeated about the NIH not funding gain-of-function at the WIV.

We've thus updated the draft letter to note this point and to refer the complaint to Secretary Becerra, rather than the HHS IG; tracked changes and clean versions are attached.  We've also attached the original letter from the IC IG, so you have everything in one place.

Many thanks, and happy to discuss, if it would be helpful to do so,

Chris

1

==================================================

Classification: ████████████████████████████████████

DECLASSIFIED BY DNI GABBARD ON 18 JUNE 2026

████████████

**From:**            ████████████
**Sent:**           Friday, September 3, 2021 11:56 AM
**To:**             ████████████
**Subject:**        RE: from a ████████████

**Follow Up Flag:**  Follow up
**Flag Status:**     Flagged

Classification:  ████████████

Classified By:  ████████████
Derived From:  ████████████
Declassify On:  ████████████
================================================

Thanks for flagging this (I also still maintain HCS-O if that is ever needed) ... we would still be interested in getting █████████ perspective (assuming there's just a spelling difference in the ████████). ████████ was one of the people that Fauci recommended the DNI reach out to and is on the author line of multiple academic papers sourced in the origins study.

████████████

Hope you have an amazing weekend,

████████████

--------

**From:** ████████████
**Sent:** Friday, September 03, 2021 11:09 AM
**To:** ████████████
**Subject:** FW: from a ████████

Classification:  ████████████

Classified By:  ████████████

1

Derived From:
Declassify On:





No one has reached out to him before, but he may be worth looking into when we start our outreach effort.

Classification:

Classification:

Classification:

2

DECLASSIFIED BY DNI GABBARD ON 18 JUNE 2026

**From:** ██████████
**Sent:** Tuesday, October 26, 2021 11:19 AM
**To:** ██████████
**Subject:**                    FW: NIH now says WIV did Gain of Function

Classification: UNCLASSIFIED
=========================================================

**From:** ██████████
**Sent:** Tuesday, October 26, 2021 11:12 AM
**To:** ██████████
**Subject:** RE: NIH now says WIV did Gain of Function

Classification: UNCLASSIFIED
=========================================================

Isn't the strategy meeting w/ the DNI today? w/ legal, ████ , etc?

**From:** ██████████
**Sent:** Tuesday, October 26, 2021 11:10 AM
**To:** ██████████
**Subject:** RE: NIH now says WIV did Gain of Function

Classification: UNCLASSIFIED
=========================================================

What's the meeting today?

**From:** ██████████
**Sent:** Tuesday, October 26, 2021 10:47 AM
**To:** ██████████
**Subject:** RE: NIH now says WIV did Gain of Function

Classification: UNCLASSIFIED
=========================================================

Yes, this and the lobsters. The meeting today will be key to figuring out a way forward.

**From:** ██████████
**Sent:** Tuesday, October 26, 2021 10:40 AM
**To:** ██████████
**Subject:** NIH now says WIV did Gain of Function

Classification: UNCLASSIFIED
=========================================================

1

I somehow missed this last week, but the NIH sent a letter to Congress basically saying that WIV did GOF after all...while also saying that what they were working on could not have developed into SARS-CoV-2. Rand Paul then went on Axios on HBO and claimed this is proof Fauci lied to Congress. So...this is just never going to end.

# One person who might know what really happened in Wuhan

Print

25 October 2021 |
https://www.washingtonpost.com |
Opinion
Hits: 298

Too many questions are still unanswered about the origins of the pandemic. Though China's doors remain closed, there are significant and promising avenues for investigation in the United States.

The two major hypotheses for the virus origins are zoonotic spillover, from an animal to human perhaps with an intermediate host, or that it leaked or escaped from a laboratory accident in Wuhan. The Wuhan Institute of Virology (WIV) is one of the world's major centers of study of bat coronaviruses, and was developing genetically-modified variants able to infect human lung cells.

Zoonotic spillover is a plausible explanation based on historical experience, and scientists should pursue it vigorously. But similar efforts must be made to discover whether a laboratory release or infection led to the pandemic. Peter Daszak, the president of EcoHealth Alliance, a nonprofit based in New York, organized a five-year research program funded by the U.S. National Institutes of Health to study bat coronaviruses and potential spillover risk to people, with significant participation by the WIV and its scientist, Shi Zhengli. The government of China, Ms. Shi and Mr. Daszak all insist the laboratory could not be the source of the pandemic strain. Mr. Daszak has been particularly aggressive in promoting the zoonotic spillover hypothesis and attacking the laboratory leak as a "conspiracy theory."

Last week, it was disclosed that the EcoHealth Alliance in August filed a report on its research in 2018-2019 — the report was two years late. This just happens to be the two-year period of the pandemic and intense debate about the virus origins. No reason has been given. Mr. Daszak did not respond to our query. The tardy report describes experiments, approved in advance by the NIH, to test the infectivity of the genetically-manipulated viruses on mice with cells resembling those of the human respiratory system. The manipulations made the viruses more lethal to the mice. Although the NIH continues to insist this did not fit the definition of "gain of function" research, and could not have led to the pandemic strain, it certainly should have met the U.S. government's own requirements for stricter oversight.

Still, much is unknown. There is no direct evidence of zoonotic spillover, nor of a laboratory leak.

But unanswered questions keep emerging about Mr. Daszak and the WIV. He was at the center of public debate over virus origins, the only American appointed to the joint World Health Organization-China mission. Why did he not disclose his 2018 proposal to the Defense Advanced Research Projects Agency (DARPA) for research on bat coronaviruses with the WIV and others, which called for engineering a modification onto spike proteins of chimeric viruses that would make them infect human cells in the way the pandemic strain did? What

2

does he know about the databases of viruses that WIV took offline in 2019 and never brought back? Does he know what research the WIV may have done on its own, during or after their collaboration? What was being done at WIV in the months before the pandemic?

Mr. Daszak must answer these questions before Congress. His grants were federal funds, and it is entirely appropriate for Congress to insist on accountability and transparency. He might also help the world understand what really happened in Wuhan.

©2021 https://www.washingtonpost.com, All Rights Reserved.



```
===============================================================
Classification: UNCLASSIFIED

===============================================================
Classification: UNCLASSIFIED

===============================================================
Classification: UNCLASSIFIED

===============================================================
Classification: UNCLASSIFIED

===============================================================
Classification: UNCLASSIFIED
```

3

DECLASSIFIED BY DNI GABBARD ON 18 JUNE 2026

████████████████████

**From:**
**Sent:**          Thursday, January 13, 2022 9:12 AM
**To:**
**Cc:**
**Subject:**          RE: New Article on COVID
**Attachments:**     JAG_Docs_pt1_Og_WATERMARK_OVER_Redacted.pdf

Classification:          ████████████

Classified By:     ████
Derived From:
Declassify On:
==================================================

Just so all are tracking, attached is one of the documents on ████████████████
████

████████████████

---

**From:** ████████████████
**Sent:** Thursday, January 13, 2022 8:55 AM
**To:** ████████████████████████
**Cc:** ████████████████████
**Subject:** RE: New Article on COVID

Classification:          ████████████

Classified By:     ████
Derived From:
Declassify On:
==================================================

Yup, that should be doable. I think we're looking at having the sync on the 28th.

---

**From:** ████████████████
**Sent:** Thursday, January 13, 2022 8:52 AM
**To:** ████████████████████████
**Cc:** ████████████████
**Subject:** RE: New Article on COVID

1

Classification: ██████████

Classified By: ████████
Derived From:
Declassify On: ████████
=========================================================

Excellent.  I liked the bat mist idea.  Wandering the caves of Yunnan with giant spray bottles.  Like the old DDT days.

Could you do up a memo on the sync that's polished enough that we could dissem it?  Not a NICM, SOCM.  Probably not a To-From memo, since I want to make it widely available on ███ (including ████████).  We can fiddle with final format later.  Just do it almost as "report of the IC experts committee."

From: ████████████
Sent: Thursday, January 13, 2022 8:31 AM
To: ████████████████████
Cc:
Subject: RE: New Article on COVID

Classification: ██████████

Classified By: ████████
Derived From:
Declassify On: ████████
=========================================================

Some of what's in this is new to me, at least. In particular the statement that SARS-CoV-2 is "an American-created recombinant bat vaccine." A lot of it is not new, though. Some of the claims in this article are flat out wrong, while other claims seem to conflate facts and make wild analytic leaps. DRASTIC is not, as identified in the article, associated with the US government. It is a loose group of individuals on Twitter who describe themselves as "internet researchers and sleuths" who post articles on COVID origins arguing that the pandemic was caused by a lab-related incident.

We'll dig more into this today. FYI, we are also setting up another COVID sync with the IC in the next couple of weeks.

From: ████████████
Sent: Thursday, January 13, 2022 7:43 AM
To: ████████████████████
Cc:
Subject: New Article on COVID

Classification: UNCLASSIFIED████
=========================================================

████████

Is any of this new to you?  Particularly "DRASTIC?"  (see end of article.)

Thanks

--██

2

# 1. Marine researcher: COVID virus made in Chinese lab as bat vaccine
**Bill Gertz, https://www.washingtontimes.com, 12 January 2022**

A Marine Corps officer working with the Defense Advanced Research Projects Agency disclosed in a memorandum last August that his study of the virus behind the COVID-19 pandemic concluded that it was produced as part of vaccine research at the Wuhan Institute of Virology, according to documents made public by a conservative investigative group.

Maj. Joseph P. Murphy notified the Pentagon inspector general that his analysis of the virus origin concluded the nongovernment organization EcoHealth Alliance, the National Institutes of Health, and the Wuhan Institute of Virology produced the virus known as SARS-CoV-2 through controversial gain-of-function research outlined in a Pentagon grant proposal.

"SARS-CoV-2 is an American-created recombinant bat vaccine, or its precursor virus," Maj. Murphy stated in an August 13, 2021, memo made public this week by Project Veritas. "It was created by an EcoHealth Alliance program at the Wuhan Institute of Virology (WIV), as suggested by the reporting surrounding the lab leak hypothesis."

Asked about the 24 pages of internal documents made public by Project Veritas, DARPA spokesman Jared Adams told Inside the Ring in an email that federal regulations prohibit the agency from commenting on DARPA programs or documents.

"We are precluded by Federal Acquisition Regulations from discussing who may or may not have bid on a DARPA program, and are unable to confirm the authenticity of the documents Project Veritas has published," Mr. Adams wrote.

Maj. Murphy and the Office of Naval Research did not immediately respond to an email request for comment.

According to Project Veritas, Maj. Murphy declined to discuss the document but told the group: "To those that seek answers I offer encouragement. There are good people striving for truth, working together in and out of government, and they succeed. ... Don't let a lie be our legacy to posterity."

According to Maj. Murphy, now with the Office of Naval Research, details of the program were hidden since the pandemic began in Wuhan, China in December 2019. New facts were uncovered by Maj. Murphy from a grant proposal made to DARPA by the New York-based EcoHealth Alliance in March 2018 and "not publicly disclosed," he stated.

The proposal was made in response to DARPA's Project Defuse, aimed at addressing what the agency called the threat posed by bat-borne coronaviruses. SARS-CoV-2 is a bat coronavirus.

The proposal lists several U.S. researchers who would take part in the work and included the Wuhan Institute of Virology, located in the city considered the epicenter of the possible pandemic.

China's government has denied the virus leaked from any of its laboratories, but has refused to provide information about the virus's origin. Beijing also has accused the U.S. military of launching the pandemic.

The $14 million grant proposal to DARPA was produced by Peter Daszak, president of EcoHealth Alliance who worked closely on dangerous virus research at the Wuhan Institute of Virology. Mr. Daszak did not immediately respond to an email request for comment.

DARPA rejected the grant as potentially dangerous virus work, despite Mr. Daszak claiming in the proposal that the work would not violate U.S. restrictions on gain-of-function research.

However, the National Institute of Allergy and Infectious Diseases, headed by Anthony Fauci, approved a grant for the EcoHealth Alliance, and work on bat coronaviruses continued until halted by the federal government in April 2020.

Dr. Fauci has repeatedly denied during congressional testimony that the U.S. government funded any gain-of-function virus research in China.

In the 2018 proposal, Mr. Daszak stated that "we will intensively sample bats at our field sites where we have identified high spillover risk SARSr-CoVs" – the term for bat coronaviruses.

"We will sequence their spike protein, reverse engineer them to conduct binding assays and insert them into bat SARS-CoVs (WIV1, SHC014) backbones (these use bat-SARSr-CoV backbones, not SARS-CoV, and are exempt from dual-use and gain of function concerns) to infect humanized mice and assess capacity to cause SARS-like disease," Mr. Daszak stated.

The work was aimed at developing a vaccine to be sprayed on bats that the researchers believed would prevent another disease outbreak like the first SARS outbreak in China in 2003.

3

Mr. Daszak said the work would include Shi Zhengli, the Chinese virologist at the Wuhan Institute of Virology who was to lead research on infecting humanized mice with the lab-created bat vaccine. Ms. Shi has also denied the lab has any role in the origins of COVID-19 or its spread among the local population.

U.S. intelligence agencies concluded in a public assessment last year that the virus was caused by either a leak from a Chinese laboratory or from emergence from an infected animal. The Murphy memorandum reflects the views of a good portion of U.S. intelligence analysts who believe the virus came from the Wuhan institute.

Maj. Murphy stated that his analysis is that the COVID virus likely emerged as a precursor, "deliberately virulent, humanized recombinant" virus that was reverse-engineered into a live bat vaccine.

Regarding efforts to conceal the work, Maj. Murphy said Pentagon officials placed the unclassified EcoHealth Alliance proposal in a top-secret file within DARPA's Biological Technologies Office.

Maj. Murphy stated that the COVID virus is a synthetic "chimera" or lab-produced virus engineered to infect human cells. The virus is likely a live vaccine that escaped from the Chinese laboratory before it could be engineered into a less dangerous state, he added.

"It leaked and spread rapidly because it was aerosolized so it could efficiently infect bats in caves," Maj. Murphy said, adding that initial escape took place in August 2019. The virus should be called "SARS-CoV-Wuhan," Maj. Murphy stated.

The document also discloses the identity of a U.S. government team of experts who first concluded the virus came from a leak at the Wuhan lab. The group is called the Decentralized Radical Search Team Investigating COVID-19, or DRASTIC.

"This collection of scientists and sleuths broke open the lab-leak hypothesis into the mainstream and has picked apart Chinese and World Health Organization (WHO) reports on SARS-CoV-2's origins in Wuhan," he said.

```
==========================================================
Classification: UNCLASSIFIED▇▇▇▇

==========================================================
Classification: ▇▇▇▇▇▇▇▇

==========================================================
Classification: ▇▇▇▇▇▇▇▇

==========================================================
Classification: ▇▇▇▇▇▇▇▇

==========================================================
Classification: ▇▇▇▇▇▇▇▇
```

4

DECLASSIFIED BY DNI GABBARD ON 18 JUNE 2026

**From:**

**Sent:** Thursday, January 13, 2022 10:54 AM

**To:**

**Subject:** RE: [Short turn request] FW: New Article on COVID

Classification: 

Classified By: 
Derived From: 
Declassify On: 
=================================================

Thank you for checking to see if there's anything additional... this will be fun!





**From:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, January 13, 2022 8:52 AM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮
**Subject:** FW: New Article on COVID

Classification: UNCLASSIFIED▮▮▮▮
==================================================================

Just so you are tracking on the cray.

---

**From:** ▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, January 13, 2022 7:43 AM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮▮▮▮
**Subject:** New Article on COVID

Classification: UNCLASSIFIED▮▮▮▮
==================================================================

▮▮▮▮▮▮

Is any of this new to you?  Particularly "DRASTIC?"  (see end of article.)

Thanks

▮▮

# 1. Marine researcher: COVID virus made in Chinese lab as bat vaccine
Bill Gertz, https://www.washingtontimes.com, 12 January 2022

A Marine Corps officer working with the Defense Advanced Research Projects Agency disclosed in a memorandum last August that his study of the virus behind the COVID-19 pandemic concluded that it was produced as part of vaccine research at the Wuhan Institute of Virology, according to documents made public by a conservative investigative group.

Maj. Joseph P. Murphy notified the Pentagon inspector general that his analysis of the virus origin concluded the nongovernment organization EcoHealth Alliance, the National Institutes of Health, and the Wuhan Institute of Virology produced the virus known as SARS-CoV-2 through controversial gain-of-function research outlined in a Pentagon grant proposal.

"SARS-CoV-2 is an American-created recombinant bat vaccine, or its precursor virus," Maj. Murphy stated in an August 13, 2021, memo made public this week by Project Veritas. "It was created by an EcoHealth Alliance program at the Wuhan Institute of Virology (WIV), as suggested by the reporting surrounding the lab leak hypothesis."

3

Asked about the 24 pages of internal documents made public by Project Veritas, DARPA spokesman Jared Adams told Inside the Ring in an email that federal regulations prohibit the agency from commenting on DARPA programs or documents.

"We are precluded by Federal Acquisition Regulations from discussing who may or may not have bid on a DARPA program, and are unable to confirm the authenticity of the documents Project Veritas has published," Mr. Adams wrote.

Maj. Murphy and the Office of Naval Research did not immediately respond to an email request for comment.

According to Project Veritas, Maj. Murphy declined to discuss the document but told the group: "To those that seek answers I offer encouragement. There are good people striving for truth, working together in and out of government, and they succeed. … Don't let a lie be our legacy to posterity."

According to Maj. Murphy, now with the Office of Naval Research, details of the program were hidden since the pandemic began in Wuhan, China in December 2019. New facts were uncovered by Maj. Murphy from a grant proposal made to DARPA by the New York-based EcoHealth Alliance in March 2018 and "not publicly disclosed," he stated.

The proposal was made in response to DARPA's Project Defuse, aimed at addressing what the agency called the threat posed by bat-borne coronaviruses. SARS-CoV-2 is a bat coronavirus.

The proposal lists several U.S. researchers who would take part in the work and included the Wuhan Institute of Virology, located in the city considered the epicenter of the possible pandemic.

China's government has denied the virus leaked from any of its laboratories, but has refused to provide information about the virus's origin. Beijing also has accused the U.S. military of launching the pandemic.

The $14 million grant proposal to DARPA was produced by Peter Daszak, president of EcoHealth Alliance who worked closely on dangerous virus research at the Wuhan Institute of Virology. Mr. Daszak did not immediately respond to an email request for comment.

DARPA rejected the grant as potentially dangerous virus work, despite Mr. Daszak claiming in the proposal that the work would not violate U.S. restrictions on gain-of-function research.

However, the National Institute of Allergy and Infectious Diseases, headed by Anthony Fauci, approved a grant for the EcoHealth Alliance, and work on bat coronaviruses continued until halted by the federal government in April 2020.

Dr. Fauci has repeatedly denied during congressional testimony that the U.S. government funded any gain-of-function virus research in China.

In the 2018 proposal, Mr. Daszak stated that "we will intensively sample bats at our field sites where we have identified high spillover risk SARSr-CoVs" – the term for bat coronaviruses.

"We will sequence their spike protein, reverse engineer them to conduct binding assays and insert them into bat SARS-CoVs (WIV1, SHC014) backbones (these use bat-SARSr-CoV backbones, not SARS-CoV, and are exempt from dual-use and gain of function concerns) to infect humanized mice and assess capacity to cause SARS-like disease," Mr. Daszak stated.

The work was aimed at developing a vaccine to be sprayed on bats that the researchers believed would prevent another disease outbreak like the first SARS outbreak in China in 2003.

Mr. Daszak said the work would include Shi Zhengli, the Chinese virologist at the Wuhan Institute of Virology who was to lead research on infecting humanized mice with the lab-created bat vaccine. Ms. Shi has also denied the lab has any role in the origins of COVID-19 or its spread among the local population.

U.S. intelligence agencies concluded in a public assessment last year that the virus was caused by either a leak from a Chinese laboratory or from emergence from an infected animal. The Murphy memorandum reflects the views of a good portion of U.S. intelligence analysts who believe the virus came from the Wuhan institute.

Maj. Murphy stated that his analysis is that the COVID virus likely emerged as a precursor, "deliberately virulent, humanized recombinant" virus that was reverse-engineered into a live bat vaccine.

Regarding efforts to conceal the work, Maj. Murphy said Pentagon officials placed the unclassified EcoHealth Alliance proposal in a top-secret file within DARPA's Biological Technologies Office.

Maj. Murphy stated that the COVID virus is a synthetic "chimera" or lab-produced virus engineered to infect human cells. The virus is likely a live vaccine that escaped from the Chinese laboratory before it could be engineered into a less dangerous state, he added.

"It leaked and spread rapidly because it was aerosolized so it could efficiently infect bats in caves," Maj. Murphy said, adding that initial escape took place in August 2019. The virus should be called "SARS-CoV-Wuhan," Maj. Murphy stated.

The document also discloses the identity of a U.S. government team of experts who first concluded the virus came from a leak at the Wuhan lab. The group is called the Decentralized Radical Search Team Investigating COVID-19, or DRASTIC.

"This collection of scientists and sleuths broke open the lab-leak hypothesis into the mainstream and has picked apart Chinese and World Health Organization (WHO) reports on SARS-CoV-2's origins in Wuhan," he said.

```
============================================================
Classification: UNCLASSIFIED████████

============================================================
Classification: UNCLASSIFIED████████

============================================================
Classification: ████████████████

============================================================
Classification: ████████████████

============================================================
Classification: ████████████████

============================================================
Classification: ████████████████
```

5

**From:**
**Sent:** Friday, September 11, 2020 11:01 AM
**To:**



**To:** ██████████████████████████████████████████

**Cc:** ████████████

**Subject:** Readout: Friday 10am: COVID-19 Weekly Analytic Synch VTC (Conference ID: ████████

**Classification:** ████████████████████████

**Classified By:** ████████
**Derived From:**
**Declassify On:** ████████

====================================================================

Good morning,

Today's COVID VTC discussed IC efforts to understand vaccine progress as most agencies reported a steady-state workload for the week. Highlights include:

- (U████████) As NIC/WMD works to balance our WMD and COVID workloads, we welcome your feedback on the frequency of these VTCs. Does your department or agency rely on the weekly nature of these meetups to help with workforce turnover? Do you prefer that the VTCs continue but are open to whatever schedule suits the NIC's COVID coordinators? Would you prefer something less frequent, like every other week or not at all, to free up a few hours in your schedule? Let ████ (cc'ed) and me know!
- ████████ Frequent questions regarding vaccines continue to revolve around cyber/CI concerns, foreign capabilities, "who's in the lead," and prospects for challenge trials.
- ████████████ CIA's ████████████ reported that WCPMC's IA on ████████████████ is progressing through review ████████████████████████████████████ flagged an upcoming graphic for the WIRe regarding COVID-19 vaccines at or near phase III clinical trials.
- ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

████ ████████ will be the NIC's COVID coordinator next week!



In the event I am out of the office, please contact the following alternate POCs at the NIC:
- NIC COVID alias: ████████████
- NIO WMD & Proliferation: ████████████████

2

As of early September, WMD's team schedule is the following:
- 9/8-11: ███████████████████████████████████
  ████████████████████
- 9/14-18: ██████████████████████████████████
  ████████████████

---

**From:** ████████████████████████████████
**Sent:** Friday, September 11, 2020 8:50 AM
**Subject:** FW: Friday 10am: COVID-19 Weekly Analytic Synch VTC (Conference ID: ████████)

Classification: UNCLASSIFIED████████
==========================================================

See you at 10!

---

**From:** ████████████████████
**Sent:** Wednesday, September 09, 2020 9:31 AM
**Subject:** Friday 10am: COVID-19 Weekly Analytic Synch VTC (Conference ID: ████████)

Classification: UNCLASSIFIED████████
==========================================================

Good morning,

The NIC will host the weekly COVID-19 analytic synch VTC this Friday, 11 September, from 1000-1130 AM EDT. Topics of discussion will include introductions and a summary of key questions, policy engagements, and recent or upcoming production.

For those interested, new to COVID-19, or in touch with colleagues at home, I thought I'd flag this free course by MIT on COVID-19, which involves one one-hour lecture each week. Details, including a syllabus, are available at https://biology.mit.edu/undergraduate/current-students/subject-offerings/covid-19-sars-cov-2-and-the-pandemic/. Upcoming topics include vaccines, immunology, and epidemiology related to COVID-19. Please follow your agency's guidance for outside training. About 2000 people watched the first lecture, which did not have an ASL interpreter but did have captions in English. Lectures are available a few days later on YouTube.

### COVID-19, SARS-CoV-2 and the Pandemic
*In Fall 2020, all MIT students and the general public are welcome to join Professors Richard Young and Facundo Batista as they discuss the science of the pandemic during this new class. Special guest speakers include: Anthony Fauci, David Baltimore, Britt Glaunsinger, Bruce Walker, Eric Lander, Michel Nussenzweig, Akiko Iwasaki, Arlene Sharpe, Kizzmekia Corbett, and others. The class will run from September 1, 2020 through December 8, 2020 and begin each Tuesday at 11:30 a.m. ET. The live stream will be available to the public, but only registered students may ask questions during the Q&A. Miss a class? You'll be able to view a video of the lecture on this page.*

If you have any VTC questions or would like to be added to Friday's conference, please do not hesitate to contact the Video Operations Center (VOC) at ████████ (I cannot add gateways and such myself). If you are dialing in, you can call the VOC from a secure phone up to 10 minutes before the meeting. Have the conference ID ready, the VOC will then transfer your secure phone into the meeting.

Conference ID: ████████          Conference Name: ████████████████

3

Subject: **POC-** <span style="background:black">        </span>

Notes: <span style="background:black">      </span>

Start Setup Time: **11 SEP 2020 09:50** EST/DST    End Conference Time: **11 SEP 2020 11:30** EST/DST

Start Conference Time: **11 SEP 2020 10:00** EST/DST    Requestor: **CIA 3**

Conference Status: **Resolved**

| | |
|---|---|
| NCMI 1 | **Resolved** |
| CIA GW 13 | **Resolved** |
| NGA NCE GW 02 | **Resolved** |
| FBI CLK GW 3 | **Resolved** |
| CDC ATLANTA | **Resolved** |
| DHS HQ GW 3 | **Resolved** |
| NSAW GATEWAY 03 | **Resolved** |
| ONI 3A102 | **Resolved** |
| ROWE VTC RM 3051 | **Resolved** |
| LLNL-NAI 2 | **Resolved** |
| A2 BLDG 5681.4 | **Resolved** |



In the event I am out of the office, please contact the following alternate POCs at the NIC:
- NIC COVID alias: <span style="background:black">      </span>
- NIO WMD & Proliferation: <span style="background:black">      </span>

As of early September, WMD's team schedule is the following:
- 9/8-11: <span style="background:black">      </span>
- 9/14-18: <span style="background:black">      </span>

```
========================================================
Classification: UNCLASSIFIED

========================================================
Classification: UNCLASSIFIED

========================================================
Classification:
```

As of early September, WMD's team schedule is the following:

- 9/8-11: ███████████████████████████████████████████
  ███████████████████████████████████████████
- 9/14-18: ██████████████████████████████████
  ███████████████████

---

**From:** ████████████████████████████
**Sent:** Friday, September 11, 2020 8:50 AM
**Subject:** FW: Friday 10am: COVID-19 Weekly Analytic Synch VTC (Conference ID: ███████

Classification: UNCLASSIFIED██████
========================================================

See you at 10!

---

**From:** ███████████████████
**Sent:** Wednesday, September 09, 2020 9:31 AM
**Subject:** Friday 10am: COVID-19 Weekly Analytic Synch VTC (Conference ID: ███████

Classification: UNCLASSIFIED█████
========================================================

Good morning,

The NIC will host the weekly COVID-19 analytic synch VTC this Friday, 11 September, from 1000-1130 AM EDT. Topics of discussion will include introductions and a summary of key questions, policy engagements, and recent or upcoming production.

For those interested, new to COVID-19, or in touch with colleagues at home, I thought I'd flag this free course by MIT on COVID-19, which involves one one-hour lecture each week. Details, including a syllabus, are available at https://biology.mit.edu/undergraduate/current-students/subject-offerings/covid-19-sars-cov-2-and-the-pandemic/. Upcoming topics include vaccines, immunology, and epidemiology related to COVID-19. Please follow your agency's guidance for outside training. About 2000 people watched the first lecture, which did not have an ASL interpreter but did have captions in English. Lectures are available a few days later on YouTube.

> **COVID-19, SARS-CoV-2 and the Pandemic**
> In Fall 2020, all MIT students and the general public are welcome to join Professors Richard Young and Facundo Batista as they discuss the science of the pandemic during this new class. Special guest speakers include: Anthony Fauci, David Baltimore, Britt Glaunsinger, Bruce Walker, Eric Lander, Michel Nussenzweig, Akiko Iwasaki, Arlene Sharpe, Kizzmekia Corbett, and others. The class will run from September 1, 2020 through December 8, 2020 and begin each Tuesday at 11:30 a.m. ET. The live stream will be available to the public, but only registered students may ask questions during the Q&A. Miss a class? You'll be able to view a video of the lecture on this page.

If you have any VTC questions or would like to be added to Friday's conference, please do not hesitate to contact the Video Operations Center (VOC) at ███████ (I cannot add gateways and such myself). If you are dialing in, you can call the VOC from a secure phone up to 10 minutes before the meeting. Have the conference ID ready, the VOC will then transfer your secure phone into the meeting.

Conference ID: ███████          Conference Name: ███████████████

3

Subject: **POC-** ████████████

Notes: ████████████

Start Setup Time: **11 SEP 2020 09:50** EST/DST　　End Conference Time: **11 SEP 2020 11:30** EST/DST

Start Conference Time: **11 SEP 2020 10:00** EST/DST　　Requestor: **CIA 3**

Conference Status: **Resolved**

| | |
|---|---|
| NCMI 1 | **Resolved** |
| CIA GW 13 | **Resolved** |
| NGA NCE GW 02 | **Resolved** |
| FBI CLK GW 3 | **Resolved** |
| CDC ATLANTA | **Resolved** |
| DHS HQ GW 3 | **Resolved** |
| NSAW GATEWAY 03 | **Resolved** |
| ONI 3A102 | **Resolved** |
| ROWE VTC RM 3051 | **Resolved** |
| LLNL-NAI 2 | **Resolved** |
| A2 BLDG 5681.4 | **Resolved** |



In the event I am out of the office, please contact the following alternate POCs at the NIC:
- NIC COVID alias: ████████████
- NIO WMD & Proliferation: ████████████

As of early September, WMD's team schedule is the following:
- 9/8-11: ████████████
- 9/14-18: ████████████

==========================================================

Classification: UNCLASSIFIED███████

==========================================================

Classification: UNCLASSIFIED███████

==========================================================

Classification: ████████████

4

DECLASSIFIED BY DNI GABBARD ON 18 JUNE 2026

**From:** ████████████
**Sent:** Friday, March 17, 2023 6:05 PM
**To:** ████████████
**Cc:** ████████████

**Subject:** FW: BSEG c.2020
**Attachments:** Readout: Friday 10am: COVID-19 Weekly Analytic Synch VTC (Conference ID:... (49.9 KB)

Classification: ████████████

Classified By: ████
Derived From: ████
Declassify On: ████
================================================================

Hello,

Per ████ email, in the spreadsheet please add State to the core group of people invited to the small group meetings.

Thank you,

████████

████████████

Office of the Director of National Intelligence

████████████

---

**From:** ████████████
**Sent:** Friday, March 17, 2023 5:25 PM
**To:** ████████████
**Cc:** ████████████
**Subject:** RE: BSEG c.2020

Classification: ████████████

Classified By: ████
Derived From: ████
Declassify On: ████
================================================================

Sorry just responding, ████ reached out and I think I got ████ what you needed? If not, let me know.

For the below directly, the last BSEG quarterly in Jan 2020 where we had ████ give a brief, that was physically hosted by ████ per the normal procedures at their office in Arlington for which you had to pass clearances (and thus ████ would have that list). After that, when things shut down, we started with weekly unclassified phone calls that

1

hosted with their telephone bridge that required a pin to join, █████████████████████ thought that was a more secure mechanism than some other unclass options. Those weekly unclass calls ██████ wouldn't know who participated, but our emails organizing those would have the names, and I think ██ has that now. I also pointed ██ to ██████ Bio community email group, which is what we used for the broad BSEG meetings historically.

Another angle if this isn't helping is I think we used the same audience as ████████ weekly COVID sync meeting, example attached.

I was able to find some of my emails, here's one with distro:

**From:** ████████████████████████████████
**Sent:** Tuesday, December 08, 2020 6:26 PM
**To:** ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

**Cc:** ████████████████████████████████████████████████████████████████

2



**Subject:** RE: BSEG COVID19 Small Group: Unclass Call: 4 December 3:30pm EST

```
Classification:  ███████████
Classified By:  ███████
Derived From:  ███  █
Declassify On:  █████  █
=========================================================
```

Hi Everyone,

Attached are my notes from the call just now, I'm sharing with the caveat that these are rough notes, no QC has been done for technical accuracy and these are not comprehensive and should not be viewed as a transcript (there were large sections I missed capturing entirely).

██████

----------------------------------
██████████

**PLEASE NOTE: WORKING PM SHIFT (Beginning at 1300)**



**From:** ████████████████████
**Sent:** Thursday, March 16, 2023 1:23 PM
**To:** ██████████████████████████████████
█████████

3

**Cc:** ██████████████████████████
**Subject:** BSEG c.2020

```
Classification: UNCLASSIFIED██████
=======================================================
```

████████████

We are trying to recreate the BSEG attendance for those early 2020 meetings. Any chance you have notes from CENTRA from this time, or recall where soft or hardcopy notes might be located?

Thanks
██

████████

Chief, Chemical & Biological Warfare Group

████████████████

```
=======================================================
Classification: UNCLASSIFIED██████

=======================================================
Classification: SECRET████████

=======================================================
Classification: SECRET████████
```

4

DECLASSIFIED BY DNI GABBARD ON 18 JUNE 2026

**From:**
**Sent:** Wednesday, November 22, 2023 9:15 AM
**To:**
**Subject:** RE: [for ███ FW: Vanity Fair Inquiry Re: COVID Origins
**Attachments:** 20200527 LLNL COVID-19 Lab Modification Conditions Present at WIV (████████).pdf

Classification: ████████████████

Classified By: ████
Derived From:
Declassify On:

=================================================

Thanks. Attached is the May 2020 Z-Division analysis that may be related to the claim that the former DOE Dep Sec told Fauci that "DOE scientists had found evidence suggesting that the pandemic had originated at the WIV." This, of course, is not what the paper says. It only says that LLNL assessed that "all of the necessary conditions for an accidental release of a laboratory-modified coronavirus...were present..." at the WIV. Which, by the way, is not substantiated in the paper. It claims one of the necessary conditions was "access to a potential SARS-CoV-2 precursor coronavirus," but we do not now, nor did we back in 2020, have ANY reporting suggesting WIV had such a virus. ████████████████

---

**From:** ████████████████
**Sent:** Tuesday, November 21, 2023 5:29 PM
**To:** ████████████████████
**Subject:** RE: [for ███ FW: Vanity Fair Inquiry Re: COVID Origins

Classification: ████████████

Classified By: ████
Derived From:
Declassify On:

=================================================

Thanks, ████

████ the ref to the ODNI 2016 document was probably the ATA:

████ We continue to monitor emerging technologies that are potentially disruptive for WMD, as well as the health and economic sectors. For example, research in genome editing conducted by countries with different regulatory or ethical standards than those of Western countries increases the risk of the creation of potentially harmful biological agents or products.[i][ii][iii][iv][v][vi][vii][viii][ix] Given the broad distribution, low cost, and accelerated pace of development of this dual-use technology, its deliberate or unintentional misuse might lead to far-reaching economic and national security implications. Advances in genome editing in 2015 have compelled groups of high-profile US and European biologists to question unregulated editing of the human germline (cells that are relevant for reproduction), which might create inheritable genetic changes.[x][xi][xii] Genome editing systems could enable states to develop enhanced or advanced BW agents; however, states would almost certainly face

1

technical challenges to using genome editing systems to create advanced BW agents   We have no intelligence reporting that any country is using these systems for offensive purposes, although legitimate and nefarious purposes are very hard to distinguish, given that the facilities are small and the commercial incentive is great.

---

**From:** ████████████████████████
**Sent:** Tuesday, November 21, 2023 5:00 PM
**To:** ████████████████████████████████████
**Subject:** RE: [for ███████ FW: Vanity Fair Inquiry Re: COVID Origins

Classification: ████████████████

Classified By: ██████████
Derived From: ██████
Declassify On: ██████████
===============================================================

For this one:

- Is there a copy of this warning? Or how widely was it circulated? *In mid-2019, an Energy Department official went so far as to issue a specific warning to NIAID about the coronavirus research the agency was funding at the WIV.*

Maybe consider:

- Can we get a copy of this? How widely was it circulated? *In mid-2019, an Energy Department official went so far as to issue a specific warning to NIAID about the coronavirus research the agency was funding at the WIV.*

For this one:

- The article makes reference to a DOE plan from 2016 to monitor sale of genetic components and better detect evidence of genetic engineering is cited as being funded by Congress since 2019 – Welcome insight into better understanding those efforts. Is this a reference to the work captured in DOE ETIP analytic products?

I don't think this could be ETIP because I don't think that's the scope of the program and I believe it wasn't funded officially by congress until FY22.  Might just strike the last sentence.

---

**From:** ██████████████████████
**Sent:** Tuesday, November 21, 2023 4:42 PM
**To:** ████████████████████
**Cc:** ████████████████████
**Subject:** [for ███████ FW: Vanity Fair Inquiry Re: COVID Origins

Classification: ████████████████

Classified By: ██████████
Derived From: ██████
Declassify On: ██████████
===============================================================

██████

2

Defer to you on best way to engage DOE to follow-up on anything from the VF article; below are some things that I would suggest:

- What data on COVID origins is being referred to in this statement? *In October 2020, VF has learned, Dan Brouillette told Fauci that DOE scientists had found evidence suggesting that the pandemic had originated at the WIV.*
- What is the scientific analysis that is being referred to in this statement? single lineage? *A source with knowledge of the DOE's investigation tells VF that the agency had long been more confident in its scientific analysis, and only later became more comfortable with the intelligence supporting it.*
- Is there a copy of this warning? Or how widely was it circulated? *In mid-2019, an Energy Department official went so far as to issue a specific warning to NIAID about the coronavirus research the agency was funding at the WIV.*
- The article makes reference to a DOE plan from 2016 to monitor sale of genetic components and better detect evidence of genetic engineering is cited as being funded by Congress since 2019 – Welcome insight into better understanding those efforts. Is this a reference to the work captured in DOE ETIP analytic products?
- In the March 2023 NICA,



**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Tuesday, November 21, 2023 12:56 PM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓
**Cc:** ▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** RE: Vanity Fair Inquiry Re: COVID Origins

Classification: ▓▓▓▓▓▓▓▓▓▓

Classified By: ▓▓▓▓▓
Derived From: ▓▓▓▓▓
Declassify On: ▓▓▓▓
==============================================================

For awareness, the Vanity Fair story, attached, published today. The reporting describes differences—notably between NIH and DOE—within the USG on risks associated with US-funded biology research. As expected, the story references our published assessment on COVID origins.

Take care, ▓▓▓▓

**From:** ▓▓▓▓▓▓▓▓▓▓
**Sent:** Monday, November 06, 2023 12:55 PM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓
**Cc:** ▓▓▓▓▓▓▓▓▓▓▓
**Subject:** RE: Vanity Fair Inquiry Re: COVID Origins

```
Classification:      ███████████
Classified By:   ██████
Derived From:    ██████
Declassify On:   ██████
===============================================================
```

Thank you (belatedly!) for the insight below – I appreciate it.  We ultimately did not provide the reporter with any useable lines and stressed off the record the range of expertise across the IC.

Thank you again, ████

**From:** ████████████████████
**Sent:** Monday, October 30, 2023 12:52 PM
**To:** ████████████████████████
████████████████
**Cc:** ██████████████
**Subject:** RE: Vanity Fair Inquiry Re: COVID Origins

```
Classification:      ███████████
Classified By:   ██████
Derived From:    ██████
Declassify On:   ██████
===============================================================
```

(taking ████ off as she is no longer at the NIC)

Some comments below in red. Let us know if you need anything else.

**From:** ███████████████████
**Sent:** Thursday, October 26, 2023 4:29 PM
**To:** ████████████████████████████
████████████████
**Cc:** ████████████
**Subject:** Vanity Fair Inquiry Re: COVID Origins

```
Classification: UNCLASSIFIED███████
DELIBERATIVE PROCESS PRIVILEGED DOCUMENT
===============================================================
```

Hi All,

████████ a contributing editor at Vanity Fair who covers "medical and scientific mayhem," contacted SC about a piece ████ writing regarding dual research of concern.  A sizeable portion of ██ piece will focus on COVID origins, to include the impact that the unresolved origins of the virus has on Biden Admin policy. ████ looking at the USG's research on COVID origins within which ████ report on the IC and posed some questions to SC.  I'm aiming to respond to ██ no later than Tuesday next week.

Specific to ODNI, ▮▮▮▮ cited the June 2023 "Potential Links Between WIV and the Origin of the COVID-19 Pandemic" report and asked for guidance on the following bullets; during our conversation I provided ▮ some general off-the-record thoughts, but I advised I would consult with our analysts further.

- Is it possible to name the "four other IC agencies" referenced alongside the NIC that assess the virus was most likely caused by natural exposure?
  - I advised that we cannot name these agencies. I imagine this is the case, but please confirm for me.
    - We cannot name the other IC agencies

- How much did the inputs of outside experts factor into the respective assessments of each IC agency? Can you describe the weight given by each IC element to the inputs from outside experts?
  - I advised that consultation with outside experts is among the resources the IC used alongside intelligence reporting and study of academic literature. I don't think there's any further specifics we can add, but please advise.
    - Agree that's about all we can say.

- Who are the key players in the IC on this analysis? What kind of expertise and scientific staffing does the IC bring to this problem? Sources claim that FBI and DOE have the deepest scientific benches in the IC – is this true?
  - I generally advised that the IC has a breadth of expertise that varies depending on the organization. I told ▮ we cannot provide specific staffing levels. If possible, I'd like to be able to provide ▮ with a line that lists the variety of experts within the IC on this issue. For example, the IC has immunologists, biologists, etc. What do you all think?
    - I don't think it's the NIC's call on this. That said, I think it's fair to say that many IC agencies employee officers with backgrounds in biological sciences.

- Is it accurate to report that DOE assesses that the virus was genetically engineered? DOE is an outlier in this assessment, but sources say DOE has "new intelligence" that may have contributed to their assessment.
  - I told ▮ to contact DOE, but I welcome any thoughts here on the ground truth to help determine whether any engagement on this point is warranted.
    - Yeah, I'd refer ▮ to DOE. To be clear: this is not what DOE assesses. In fact, they changed their assessment in the March NICA to "not" genetically engineered. But that position has not been declassified. So yeah: ▮ should definitely check with them.

If there are any other points you all recommend to help illustrate the IC's expertise on this issue, I welcome your thoughts.

Many thanks in advance, ▮▮▮

▮▮▮▮▮

IC Press Secretary
▮▮▮▮▮

================================================================
Classification: UNCLASSIFIED▮▮▮

================================================================
Classification: ▮▮▮▮▮

================================================================
Classification: ▮▮▮▮▮

5

```
=====================================================
```
Classification: ██████████

```
=====================================================
```
Classification: ██████████

```
=====================================================
```
Classification: ██████████

```
=====================================================
```
Classification: ██████████

---

```
=====================================================
```
Classification: ████████████████████

---

[i] [Journal Article | Danilo Maddalo, et al. | Nature Magazine | In vivo engineering of oncogenic chromosomal rearrangements with the CRISPR/Cas9 system | 18 December 2014 | 423-427 | | 23 January 2015 | ]

[ii] [Journal Article | Wen Xue, et al. | Nature | CRISPR-mediated direct mutation of cancer genes in the mouse liver | 16 October 2014 | 380-384 | | 30 March 2015 | ]

[iii] [Journal Article | Rafael B. Blasco, et al. | Cell Reports | Simple and Rapid In Vivo Generation of Chromosomal Rearrangements using CRISPR/Cas9 Technology | 20 November 2014 | | | 30 March 2015 | ]

[iv] [Journal Article | Haifeng Wan, et al. | Cell Research | One-step generation of p53 gene biallelic mutant Cynomolgus monkey via the CRISPR/Cas System | 28 November 2014 | | | 30 March 2015 | ]

[v] [Journal Article | Yuyu Niu, Bin Shen, Yiqiang Cui, Yongchang Cen, Jianying Wang, et al. | Cell | Generation of gene-modified cynomologous monkey via Cas9/RNA-mediated gene targeting in one-cell embryos | 13 February 2014 | | | 6 March 2015 | ]

[vi] [Internet Site | | Thermo Fisher Scientific | Life Technologies Releases CRISPR Products for Simple, Rapid Gene Editing | n/a | | www.lifetechnologies.com/us/en/home/about-us/news-gallery/press-releases/2014/life-technologies-releases-CRISPR-products-for-simple-gene-editing.html | 23 March 2015 | ]

[vii] [Internet Site | | GE Healthcare | Edit-R CRISPR-Cas9 Gene Engineering | n/a | | dharmacon.gelifesciences.com/gene-editing?wt.mc_id=PaidSearch_Google_ALL&wm_camp=Google_ALL&gclid=COg6b6RV8qcfchcfgodF6AQQ | 23 March 2015 | ]

[viii] [Internet Site | | Clontech | The CRISPR/Cas9 System for Targeted Genome Editing | n/a | | www.clontech.com/US/Products/Genome_Editing/CRISPR_Cas9_resources/About_CRISPR_Cas9 | 23 March 2015 | ]

[ix] [Internet Site | | System Biosciences | CRISPR/Cas9 Smart Nucleases | n/a | | https://www.system.bio.com/crispr-cas9-systems | 23 March 2015 | ]

[x] [Online Publication | Baltimore, Berg, Botchan, Church, Doudna, et al. | A Prudent Path Forward for Genomic Engineering and Germline Modification | Science | 19 March 2015 | | www.sciencemag.org/content/348/6230/36.full.pef | 4 November 2015 | ]

[xi] [Medical Journal Article | Edward Lanphier, Fyodor Umov, et al. | Don't Edit the Human Gene Line | Nature | 26 March 2015 | | | 4 November 2015 | ]

[xii] [Medical Journal Article | Junjiu Huang et al. | CRISPR/Cas9-Mediated Gene Editing in Human Tripronuclear Zygotes | Protein & Cell | 18 April 2015 | | | 4 November 2015 | ]

**DECLASSIFIED BY DNI GABBARD ON 18 JUNE 2026**

████████████████████

| | |
|---|---|
| **From:** | ████████████ |
| **Sent:** | Wednesday, November 22, 2023 1:42 PM |
| **To:** | ████████████ |
| **Cc:** | |
| **Subject:** | Question on yesterday's Vanity Fair article |
| **Attachments:** | Secret Warnings About Wuhan Research Predated the Pandemic _ Vanity Fair.pdf |

```
Classification:    █████████
Classified By:     ███████
Derived From:      ███████
Declassify On:     ███████
=====================================================
```

████████

First, Happy Thanksgiving! I realize you are probably going to get a lot of questions about the piece that ran in Vanity Fair yesterday, and I hate to add to your workload, but I have a few questions on how the piece characterized DOE's position on COVID-O over the last few years. I realize that whoever leaked to the reporter probably got their details wrong, and I think I know the answer to some of these questions, but I want to be prepared to answer anything that comes down from the ODNI FO next week.

- The piece claims that in mid-2019, Deputy Energy Secretary Dan Brouillette told a NIAID official that the coronavirus research the US was helping to fund at the WIV risked being misappropriated for military purposes. Do you know if this warning actually happened and, if so, what it was based on? I know that there were concerns over WIV's coronavirus research prior to the pandemic, but my recollection is that this concern was over biosafety issues, not over the possibility that the research could be used for military purposes. To the best of my knowledge, nobody in the IC was worried about that in mid-2019...and I know of no assessments suggesting anyone is worried about it today.

- The piece also states that Brouillette in October 2020 told Fauci that DOE scientists had found evidence suggesting that the pandemic had originated at the WIV. Do you know if this actually happened and, if so, what the statement is based on? It is inconsistent with everything I've seen from DOE.

- The piece states that "...DOE scientists, using an array of advanced tools and working out of several different labs, including Lawrence Livermore, Argonne, and Oak Ridge, could not rule out the possibility that the virus's sequence had been engineered." While the statement is true on its face that neither DOE nor any IC agency has "ruled out" anything regarding COVID-O, the implication here is that there is a significant number of DOE scientists across multiple labs who think SARS-CoV-2 was engineered. Is this true?

- With regard to DOE's early 2023 assessment that the pandemic was the result of a laboratory-associated incident, the piece states that DOE "...had long been more confident in its scientific analysis, and only later became more comfortable with the intelligence supporting it." The next sentence indicates that DOE's assessment was based on "...new intelligence related to a coronavirus variant being studied by China's Center for Disease Control in Wuhan." These statements are wildly inconsistent with the earlier claim that at least some DOE scientists apparently believe SARs-CoV-2 was genetically engineered. I'm curious if you have any explanation for these mutually exclusive statements?

1

2

I appreciate any insight you can provide to the above questions and any thoughts on the piece itself. Thanks! — ████



=======================================================

Classification: ███████████████

DECLASSIFIED BY DNI GABBARD ON 18 JUNE 2026

████████████████████████

**From:** ████████████████
**Sent:** Tuesday, November 28, 2023 11:56 AM
**To:** ████████████████████████████
**Subject:** RE: Recent (and upcoming) press on COVID Origins
**Attachments:** Australian Weekend Magazine_COVID.docx

**Importance:** High

Classification: ████████████████████████

Classified By: ██████████
Derived From:
Declassify On:
====================================================

WORD version of the Australian article on COVID-O. A lot of what's in here has already been reported in other press pieces, but I highlighted some of the more interesting passages. The biggest deal is Kadlec's claim that the pandemic arose from the vaccine research AMMS scientists ████████ was doing in fall 2019. This was the theory he pushed during his HELP study and that we tried to tell him multiple times was incorrect. Another interesting tidbit is that a "relative of ████ is in the US and ██████ claims that FBI has interviewed them at least twice regarding COVID-O. This is ██████████████████████████████████████ They have never said ██ was interviewed for COVID-O. ██████ also claims that WIV had 22,000 viruses...which is just insane.

**From:** ████████████████
**Sent:** Monday, November 27, 2023 1:54 PM
**To:** Morgan Muir-DNI-████████████     Michael L. Collins-DNI-██████████████████
**Cc:** ████████████████████████████████████████

**Subject:** Recent (and upcoming) press on COVID Origins

Classification: ████████████████

Classified By: ██████████
Derived From:
Declassify On:
====================================================

I wanted to flag three recent press pieces that have been published over the last week on COVID-Origins, all of which talk about the IC's investigation.

**The first piece is an article that ran in Vanity Fair last week.** It's ostensibly on the debate over the utility in doing so-called "gain of function" research but focuses a lot on what the author describes as warnings DOE provided to the National Institute of Allergy and Infectious Diseases (NIAID) and its parent organization, the National Institutes of Health on the nature of research being conducted at the WIV. In particular, the piece alleges that:

- ...then Deputy Energy Secretary Dan Brouillette in mid-2019 told a NIAID official that the coronavirus research the US was helping to fund at the WIV risked being misappropriated for military purposes.

1

Case 3:26-cv-01193-IM     Document 6-2     Filed 07/06/26     Page 57 of 118

- ...Brouillette in October 2020 told Fauci that DOE scientists had found evidence suggesting that the pandemic had originated at the WIV
- ...DOE scientists, using an array of advanced tools and working out of several different labs, including Lawrence Livermore, Argonne, and Oak Ridge, could not rule out the possibility that the virus's sequence had been engineered.
- ...and that, in regard to DOE's early 2023 assessment that the pandemic was the result of a laboratory-associated incident, that DOE "...had long been more confident in its scientific analysis, and only later became more comfortable with the intelligence supporting it."

Much of these statement appear to be garbs...by the sources the reporter spoke to and possibly even by Brouillette for his alleged statements. Nobody in the IC was or has ever been worried about the PLA misappropriating the WIV's coronavirus research...certainly not in mid-2019. DOE did not assess a lab-associated cause of the pandemic until early this year; it seems to me that Brouillette's alleged claim that DOE came to this assessment by late 2020 was probably a reference to a May 2020 DOE (LLNL) paper that simply assessed the necessary conditions for a lab leak were present at the WIV.

**The second attachment is a piece that ran in Sky News** today by ███████ claiming that former SFG director ███████ had an inappropriate relationship with the WHO and unduly influenced the IC's assessments on COVID origins. This article, which appears to be heavily based on statements provided to Sky News by former Acting Assistant Secretary of State of the Arms Control, Verification, and Compliance Bureau ███████ is filled with factual inaccuracies. The one piece of evidence it cites to justify the claim she influenced the IC is a recording of a meeting between AVC and State/INR officials and outside experts in which ███████ questioned the veracity of a Bayesian analysis conducted by ███████. Her comment was perfectly reasonable; lots of people (including me) have major issues with ███ analysis. Regardless, this happened when she was still at INR. She had almost nothing to do with the 90-day study.

**The third piece is a related article published today in The Australian**, also by ███████ in which former DHS Assistant Secretary for Preparedness and Response Bob Kadlec claims that he initially downplayed the lab leak scenario in the early days of the pandemic to encourage cooperation with China. This is a pretty interesting statement coming from Kadlec, who after he left the Trump Administration was the lead Republican staffer on the Senate HELP committee and the main driver behind that committee's "Muddy Waters" investigation into COVID origins.

███████ has a new documentary on COVID origins set to run tonight/tomorrow in which she promises to reveal more ways in which the US government, and ODNI in particular, has covered up the real lab-related origins of the pandemic.

```
=========================================================
Classification: ███████
=========================================================
Classification: ███████
```

2

DECLASSIFIED BY DNI GABBARD ON 18 JUNE 2026

**From:**
**Sent:**    Tuesday, October 3, 2023 4:13 PM
**To:**

**Cc:**
**Subject:**    FW: in response to the DDCIA question related to the context of a Fauci engagement
with CIA
**Attachments:**    26 Sept Letter from Rep Wenstrup.pdf

Classification:

Classified By:
Derived From:
Declassify On:
==========================================================

Thanks CBD for pulling this together so quickly at DA FO request. Record copy.

---

**From:**
**Sent:** Tuesday, October 03, 2023 4:12 PM
**To:**
**Cc:**

**Subject:** in response to the DDCIA question related to the context of a Fauci engagement with CIA

Classification:

Classified By:
Derived From:
Declassify On:
==========================================================

The various press articles that are coming out are probably drawn from the 26 September letter from the Select Subcommittee on the Coronavirus Pandemic (attached). We wanted to provide context from our records related to claims that were made.

On 4 June 2021, WCP/DAD, WCP/CBD Chief of Analysis, a WCP/CBD analyst, an EAPMC analyst, CIA COO█████ and NSC officials met with Dr. Fauci over a SVTC for about 40 minutes. The NSC's Global Health Security & Biodefense section facilitated the briefing. The WCP/CBD analyst briefed the key points of the 4 May 2021 ████ ████ ████████. WCPMC/CBD has no record of Dr. Fauci coming to CIA headquarters to discuss the origins of COVID-19.

- During this SVTC, Dr. Fauci offered thoughts related to certain points the CBD analyst raised from the ████ including China's pangolin research, early illnesses detected at the Wuhan Institute of Virology, single- versus multi-lineage evolution of the virus, and China's early epidemiological mistakes.
- Dr. Fauci recommended contacting a group of US scientists who closely follow this issue, including some WCP had already met with or planned to meet with.

1

Please let us know of additional questions.

Thank you,

█████

████████

CIA/WCPMC/Deputy Chief Analysis

████████████
██████

==================================================
Classification: █████████████████████████████████

==================================================
Classification: █████████████████████████████████

**From:**

**Sent:** Tuesday, December 12, 2023 6:59 PM

**To:**

**Cc:**

**Subject:** Update on COVID origins questions today

**Attachments:**

Classification: 

Classified By: 
Derived From: 
Declassify On:





**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Tuesday, December 12, 2023 12:26 PM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** (U) COVID-19

Classification: UNCLASSIFIED
========================================================

MARIA **BARTIROMO**», FOX NEWS ANCHOR:
And that's South Dakota Governor Kristi Noem with me last week on this program with some disturbing commentary, communist China still controlling America's supply of medicine four years after the outbreak of COVID-19 from a lab in Wuhan that has killed more than 1.1 million Americans so far.
The CCP has yet to provide evidence on how that deadly virus originated and explain its cover-up that followed. Next month, Dr. Anthony Fauci is set to testify for two days before the House on the origins of COVID-19 and his handling of the pandemic, where Republicans are expected to grill him on overseeing funding of gain-of-function research at the Wuhan lab, as well as discrediting the theory the virus originated from a lab leak.
Joining me right now is Kentucky Senator Rand Paul. He is vowing to hold hearings on the origins of COVID in the Upper Chamber if Republicans retake control next year. Senator Paul is also the author of the new book "Deception: The Great COVID Cover-Up," available right now.
Senator, thanks very much for joining us this morning.

SEN. RAND PAUL (R-KY):
Thank you, Maria.

«BARTIROMO»:
Well, you have been an incredible truth-teller throughout all of this, and you have studied all of this now for several years.
What can you tell us about what you have learned, what you have taken away from the entire COVID experience?

PAUL:
Well, the problem is, is that the Chinese have destroyed any kind of reputation they had.

3

I mean, we can no longer believe any kind of pronouncements from them, which makes us suspicious. Right now, there's a host of disease affecting young people, respiratory disease and pneumonia, in China, and they tell us, well, there's nothing to see here.

And maybe that's true, but they have destroyed any kind of foundation we had in trusting them, and they still haven't come clean. In early 2020, when COVID came out, they said, oh, we're not having human-to-human transmission, and we don't seem to be having an extraordinary amount of flooding in the hospitals or deaths.

All of that was untrue, and they knew for at least three or four weeks. They also knew the sequence of the virus, and they kept that secret as well. I think they also knew that three of their workers got sick at the Wuhan Institute of Virology in November 2019. I think they knew all of this.

And I think they absolutely know it now, and the only way they can restore trust is to own up to it. Look, I don't blame them completely for this. I think it was an accident, but cover-up is not an accident. If they were to come clean and say, we're punishing the scientists who did what they weren't supposed to, I think then that we could restore some trust. But, right now, we have really no trust with the Chinese government.

### «BARTIROMO»:

Well, what about the accountability here, and why the Biden administration does not push for it?

I mean, right now, as we speak, there are American investors continuing to underwrite the CCP by buying those companies that are tied to the Chinese military. It seems this administration is not willing to pull the economic lever, and that is shut off the capital markets to Chinese communist companies that may have been involved in that cover-up or tied to the military.

### PAUL:

Well, we still continue to fight the Biden administration every day just for unclassified information, and they resist at every turn.

We have had to basically withhold nominees and withhold legislation to try to get anything from the Biden administration. And I'm not sure what it is. Either it's sympathy or believing that relations with China are so important that the truth can be obscured.

But there's also a certain amount of culpability in the Biden administration throughout several different departments, USAID, NIH, HHS. They're withholding documents because they funded the lab in Wuhan, not just once, not just twice, but for a decade they were funding.

And we have Anthony Fauci on record as saying that, even if a pandemic occurs, even if a gain-of-function research infects a scientist and a pandemic occurs, that the knowledge would be worth the risk. And I think most people who had a loved one die from COVID either here or around the world would disagree and think Anthony Fauci made a disastrous judgment call.

But he also took the research, and it didn't go before the normal scrutiny. There's a safety committee that was supposed to review this, and Anthony Fauci allowed this research to be done at his signature, at his conclusion, at his approval without the approval of the safety committee.

And this -- for this, he really should go down in history perhaps as one of the worst people in public office ever and responsible for probably more deaths than other -- any other individual in the medical world.

### «BARTIROMO»:

Well, I mean, there was so much censorship of so much information that was vital for Americans to see and understand about COVID and about the vaccines, but they censored it.

Can we even trust health officials in this government?

### PAUL:

Well, it was directed explicitly by him. We go over this in the book, because he commissioned scientists who were saying in private that they thought it was a manipulative virus, manipulated a lab and came from a lab.

He convinced them in public to say the opposite. He commissioned and edited a paper that said that absolutely this did not come from a lab, while, privately, all of these same scientists were saying, in all likelihood, it did come from a lab.

So, there really was an orchestrated cover-up on this. We also now know that he was visiting the CIA in early 2020. We know that the CIA scientists, seven of them, voted six to one to say it came from the lab, and then they were reversed by

4

superiors. We need to know whether Anthony Fauci influenced the superiors, or perhaps the opposite. Did the CIA influence Anthony Fauci?

But we also need to know how often he was visiting and what he was there for. Our understanding is that he wasn't recorded on visitor logs, but he was appearing frequently at the CIA. You have to realize that he was not a scientist in charge of a cure for cancer. He was also in charge of a lot of bioweapons money and in charge of a lot of things that had dual use.

And they won't reveal any of this to us. They had weekly meetings on dangerous dual-use research concerns and gain-of-function, and not one item of any of those meetings has been released to us, despite us asking for it for over three years.

**«BARTIROMO»:**
Do you believe COVID was a bioweapon?

PAUL:
I think that it was probably developed for a vaccine. I think they developed a coronavirus. They inserted this cleavage site in to make it more infectious to humans, and then they had a vaccine very early on, because I think they were developing a vaccine against COVID, and then COVID got out.

**«BARTIROMO»:**
Yes.

PAUL:
But the interesting thing is the scientist, Dr. Zo Yusin [ph], who developed it, died mysteriously two months after the development of the virus. He fell from a tall building in Beijing. And there's a lot of questions as to the circumstances of his death.

**«BARTIROMO»:**
Wow. I did not realize that, that he died from a tall building in Beijing. That's incredible.

Let me switch gears, ask you about the supplemental package. You all are leaving for the holidays next week. But you're right now debating this $100 billion supplemental package that Joe Biden wants, money sent to Ukraine, if you're going to send money to Israel.

And the Republicans so far have dug in, saying, we want policy changes at the border. Where is this going?

PAUL:
We don't have the money.

And the biggest threat -- while I agree the border should be secured, an even bigger threat is to the dollar and to our currency. I follow Jim Grant. I think he's one of the smartest guys out there looking at the economy and the Fed. He predicted a lot of the things that happened in 2008, when we had the housing bubble burst.

He thinks we're due for interest rates, high interest rates, for a long period of time, but we're accumulating debt at a trillion dollars every three months now. This is an extraordinary thing. And interest rates are now becoming the highest or one of the largest items in our budget.

So, really, people can talk about wanting to help other countries. We don't have the money. It has to be printed up. It's destroying our currency. And it's why it costs more to go to the grocery store to buy your groceries. We can't allow this to happen.

There is a possibility we could go too far with this, and we could have a cataclysmic economic downturn, recession, depression, destruction of the currency.

**«BARTIROMO»:**
Wow.

PAUL:
I know that sounds over the top, but that's what I'm worried about, because we're accumulating debt so fast.

**«BARTIROMO»:**
Well, I agree with you about Jim Grant. Jim Grant is a regular of mine on "Mornings With Maria" over on the FOX Business Network. And he's been sounding the alarm about all of this debt for a long time.
But you have got a package at hand, and you have got a vote on this coming up. Where is this going? Is -- are you guys going to go to the holiday and not send any money to Ukraine? What do you expect this -- to happen? How does this play out, rather? Pardon me.

PAUL:
My hope is that Speaker Johnson will stick to his word.
He said Israel aid would be separate and paid for. He immediately voted for it, and the House passed it, and they paid for it by taking money away from the IRS. I hope he stands by his word. I think he has an enormous leverage, if he will use it. Now, he's getting pushed by all the establishment Republicans, particularly on the Senate side. He's being pushed to put all the aid together with Ukraine. I think, if he keeps it separate and keeps it paid for, I think that he will win the day, ultimately. But he needs to realize he has all the power, if he will stay where he is and not capitulate.

**«BARTIROMO»:**
All right, Senator, we will be watching all of that.
Thank you again for being a truth-teller in all of these health issues.

PAUL:
Thank you.

**«BARTIROMO»:**
We appreciate your time this morning, sir.
Thank you, Senator Rand Paul, for joining us.



```
====================================================
Classification:  UNCLASSIFIED

====================================================
Classification:  ████████████

====================================================
Classification:  ████████████

====================================================
Classification:  ████████████
```

**DECLASSIFIED BY DNI GABBARD ON 18 JUNE 2026**

████████████████████████     ████████████████████████████████████████

**From:**     Morgan Muir-DNI-
**Sent:**     Friday, September 27, 2024 2:39 PM
**To:**      ████████████████████ Michael L. Collins-DNI-; ██████████████████
████████████████████████████

**Cc:**
**Subject:**   RE: Readout of HPSCI COVID Origins briefing

```
Classification:    █████████████████████████
```

```
Classified By:    ████████
Derived From:     ████████
Declassify On:    ████████
```
=============================================================

Thanks. That seems about as good as it gets these days.

████████ intervention tracks with my recollection as well.

Let me know if we don't hear back from FBI.

M

---

**From:** ██████████████████████████
**Sent:** Friday, September 27, 2024 2:26 PM
**To:** Michael L. Collins-DNI-████████████████████████████████████
██████████████████████ ████████████████████████████████████

**Cc:** ████████████████████████████████████
**Subject:** Readout of HPSCI COVID Origins briefing

```
Classification:    █████████████████████████
```

```
Classified By:    ████████
Derived From:     ████████
Declassify On:    ████████
```
=============================================================

████████ Yesterday, the HPSCI Oversight and Investigations Subcommittee had a closed IC briefing/hearing (it was on the record) on COVID origins. I was the lead briefer, with speakers from CIA, DIA/NCMI, FBI, and DOE. Subcommittee Chair Wenstrup and Ranking Member Gomez attended, along with Reps Jackson and Fitzpatrick.

████████ This HPSCI briefing went *a lot* better than the one I led in September 2021 (my readout of that below). Rep Wenstrup began his opening statement by pointing out that the last time he was briefed on this issue the IC refused to answer his simple questions...which was specifically directed at me (and a gross mischaracterization of what happened three years ago). But then he dropped the issue and moved on. In fact, the briefing was remarkably nonconfrontational (or at least no more so than usual) considering the tone of the COVID-O briefings held by Wenstrup's other subcommittee, the Select Subcommittee on the Coronavirus Pandemic, which have been decidedly anti anyone not

1

holding the lab leak theory. To be fair, Wenstrup, Jackson, and Fitzpatrick all pushed back on any response to their questions that didn't support the lab leak narrative...but Wenstrup and Jackson were both polite about it (Fitzpatrick was not, but left after about 20 minutes) and even went out of their way to express their appreciation for all of the IC's work on the issue.

█████ Things did a tad heated when Wenstrup asked NCMI about a "white paper" some of their analysts did in 2020 in response to the "Proximal Origins" paper that has been the source of so much angst. The authors of that "white paper" felt that their conclusions were ignored by broader DIA and ODNI leadership and testified to this fact in Wenstrup's other subcommittee. The NCMI rep seemed unprepared for the question (I don't know why...it seemed obvious to me that they would be asked about it), which annoyed Wenstrup. He also elliptically asked CIA about reports that their analysts shifted from lab to undecided. This was in reference to another "whistleblower" who testified to his other subcommittee that CIA paid its analysts to not make the lab leak call. █████, who was back-benching his WCPMC briefer, jumped in and explained that he made the call to stop the shift to lab because █████ had come in the day before they were ready to publish which made them back off the call.

█████████████████ One potential problem did come up related to FBI. Wenstrup asked the FBI briefer point blank if they had interviewed █████████████ ███████████ He also asked if any information █████████████ informed FBI's assessment. The FBI rep replied that they had interviewed ███ on COVID origins and that the information did inform their assessments. The problem here is that we know ████████████████ had not been interviewed by FBI until late June 2021 (outside of a non-related interview in 2010)...three months after FBI made their origins call. We also know that at that interview ███ said nothing about COVID origins. If they interviewed █████ about COVID-O it has not been disseminated, as far as I can tell. Meaning: FBI has either been withholding information from the rest of the IC, or they provided inaccurate information on the record yesterday. I sent a note to the briefer this morning requesting follow-up, but she has not responded.

Thanks! – █████

---

**From:** █████████████
**Sent:** Thursday, September 23, 2021 3:50 PM
**To:** ██████████████████    Morgan Muir-DNI-█████████████████

**Subject:** Readout of contentious HPSCI COVID Origins briefing

Classification: ████████████████████

Classified By: ████████
Derived From: ████████
Declassify On: ████████
=========================================================

█████ and I, along with three reps from NCPC and █████████ from OLA, briefed the HPSCI this morning on the COVID Origins assessment. It did not go well. After Opening remarks from Reps Schiff and Nunes, I started off with prepared remarks that went about 10 minutes, going over the processes involved in the 90-day study and then highlighting the key takeaways. Rep Schiff asked a couple of easy questions and then turned it over to Rep Nunes, who yielded his time to Rep. Wenstrup. Then everything went downhill.

Rep Wenstrup spent the first big chunk of his time identifying a number of open source documents that he wanted read into the record (which was agreed to), in particular papers on the threat of SARS as a bioterror weapon (from 2005), statements Fauci made on the general idea of gain of function research back in 2012, ████████ work on chimeric viruses in 2015, and similar stuff. After quite a while of talking he finally started to ask questions. They mostly centered

2

on the names of the experts the IC reached out to on COVID origins. I told him that I was unable to reveal the names of the experts we reach out to. Which is also exactly what I told the staffers during the pre-briefing we did on Tuesday. Rep Wenstrup even acknowledged before he asked the first time that he knew what my response would be but was going to ask anyway. He was, to put it mildly, not happy with my answer. In fact, he seemed pretty outraged. After that, it was more of the same. Every single minority member who asked questions spent the first two-three minutes of their allotted five minutes expressing outrage and disdain over my behavior. One, not sure who because this was all a blur, even said "shame on you." At one point, a member turned his time back to Rep Wenstrup who went through a long list of names of "experts" (air quotes because the expertise of some he named is iffy in my mind) and asked me if anyone in the IC had consulted with them...apparently because he wanted me to be on the record each time saying "I am not going to comment on that." I repeatedly tried to explain that IC policy was to not reveal the names of the experts we reached out to for source protection reasons, which just seem to enrage then all even more. Several of the minority members claimed that they had been staunch defenders of the IC in the past but now "will not have your back." I heard a lot of "nobody has ever come in here and refused to answer our questions" and the comments/question got heated on their end and were pretty over the top. Several times I tried to answer a question only to be interrupted by whoever asked the question and a couple even said something along the lines of "I don't want to hear that 'it's against policy' crap."

Not to pick on the minority members, some of the majority members also were not pleased with the briefing. Rep. Speier seemed annoyed that our assessment focused too much on ▮▮▮▮▮▮▮▮ and wanted us to agree to talk to one of her constituents who was in Wuhan in November of 2019 on a riverboat cruise (I kid you not). Her time ran out before she asked that and she didn't press the issue. Rep Krishnamoorthi also expressed surprise and disappointment over my refusal to identify the experts and said it made us (the IC) "look bad."

It seemed clear to me that few if any of the members actually read the Updated Assessment...or were paying attention to my prepared remarks. One of the minority members (I can't remember which) challenged me to identify anything new that I had mentioned up to that point that was not in open sources. That question frankly baffled me, but I pointed out that I had literally just talked about ▮▮▮▮▮▮ WIV researchers who were reportedly sick in the Fall of 2019. Members from both parties seemed surprised and confused that FBI came to a different conclusion than other IC agencies. More than one asked me if FBI had access to information that they had not shared with the IC, and one member (I think it was Rep Carson) asked me and ▮▮▮ if we thought FBI was an equal and honest partner in the processes (despite some of our issues with FBI, we both stated "yes"). Nobody seemed to understand what "low confidence" means; even after I explained multiple times that low confidence meant that we had gaps in our collection/reporting on issues (and went into specific details in a few cases) I got the same confused questions about confidence levels.

With regard to the minority members question on experts, I think this was a set-up. They were looking for a reason to distance themselves from the Updated Assessment and that was the issue they chose. Again, they knew we were not going to name the experts because this came up at the pre-brief Tuesday. And at no time during that call did any of the minority staffers indicate that this was going to be a problem It's actually kind of laughable, because every expert they named was consulted by the IC. Maybe I could have explained the reason we weren't going to provide the names in a way that would have resulted in less vitriol...but I doubt it.

Anyway, I would expect the DNI to receive angry letters from the Hill calling my professionalism into question and demanding that the IC name names. And maybe that I be fired.



3

===========================================================
Classification: ███████████████████████████

===========================================================
Classification: ████████████████████████████████████████

===========================================================
Classification: ████████████████████████████████████████

4

DECLASSIFIED BY DNI GABBARD ON 18 JUNE 2026

████████████████████████

| | |
|---|---|
| **From:** | ██████████████ |
| **Sent:** | Tuesday, June 8, 2021 9:31 AM |
| **To:** | ██████████████████ |
| **Subject:** | FW: Readout of Fauci briefing |
| **Attachments:** | fauci readout.ida.docx |

```
Classification:    ██████████████
Classified By:     ████████
Derived From:      ██████████████
Declassify On:     ████████
==================================================================
```

████████████

Chief of Analysis, Chemical Biological Department
Weapons and Counterproliferation Mission Center

██████████

**From:** ██████████████
**Sent:** Monday, June 7, 2021 5:08 PM
**To:** ████████████████████████████████████
**Cc:** ████████████████████████████████████
**Subject:** Readout of Fauci briefing

```
Classification:    ██████████████
Classified By:     ████████████
Derived From:      ██████████████
Declassify On:     ████████
==================================================================
```

Hi All,

Attached and pasted below you'll find a readout of the Dr. Fauci briefing. There was clearly a bit of a disconnect with the NSC about the scope of the briefing, but I was in touch with ████████ today via email who expressed interest in a second follow-on briefing for Fauci in person. He provided a few promising POCs for DA outreach—including Andersen at Scripps who we are meeting, with DTIC, next week. Dr. Fauci was also interested, and presumably not tracking, the specific pangolin coronavirus research that the WIV was doing. You'll see this reflected in a WCP update too.

Happy to answer any questions.

Best,
██

1

████████ ████
Chief of Analysis, Chemical Biological Department
Weapons and Counterproliferation Mission Center
████████████

On Friday 4 June, WCPMC met with the Director of the National Institute of Allergy and Infectious Diseases Dr. Anthony Fauci to present our analysis on the COVID origins topic as well as our approach to the intelligence question.

Dr. Fauci was particularly interested in the WIV's work on pangolins and asked for specifics on the type of experiments the Chinese were conducting on pangolin samples in the fall of 2019. He keyed in on specifics about ████████ ████████████████████████ He did not appear to be aware of a ████████████████

He highlighted the importance of getting samples from the individuals at WIV who were ill in the fall of 2019. He encouraged the IC to examine ████████████████████████████████████████. Dr. Fauci wondered aloud whether the USG had formally made this request to China in diplomatic or public health channels.

Dr. Fauci and CIA experts agreed on the importance of understanding whether SARS COV-2 originated from single or multiple viral lineages. He encouraged CIA to contact ████████████████████████████████████, a finding that we are currently evaluating with CIA SMEs and NCPC's Biological Sciences Expert Group. He also directed CIA to ████████████████████████████████████████ Dr. Fauci also suggested the IC connect with ████████████ all three of whom have advocated for features of the virus that they judge to be consistent with a natural origin.

Dr. Fauci expressed concern about Beijing's quick and thorough cleaning of the Huanan Seafood Market. He noted that Beijing may have made a serious epidemiological misstep that could have destroyed key clues as to how the pandemic began. He offered his opinion that the Chinese have shown they are better scientists than epidemiologists. In Dr. Fauci's view, it is not surprising that Chinese have not found evidence of a zoonotic transfer or an intermediate host of the virus, because the search for natural reservoir of the SARS virus took over a decade, and in the case of some strains of Ebolavirus, still has not been found. If the virus jumped to humans from an animal reservoir, he said it would be like "searching for a needle in a haystack."

=======================================================
Classification: ████████████

=======================================================
Classification: ████████████

2

DECLASSIFIED BY DNI GABBARD ON 18 JUNE 2026

**From:**
**Sent:**       Tuesday, June 8, 2021 12:35 PM
**To:**
**Subject:**    New Daszak video going around

Classification: ▮

Classified By: ▮
Derived From: ▮
Declassify On: ▮
==========================================================

Hey guys,

Just saw this video online. It's from a 2016 NY Academy of Medicine meeting where Daszak talks about his colleagues in China manipulating the spike protein on coronavirus to make them more virulent.

Sorry I can't glide the video over. I have a contact in OSE but we don't have access to a common shared drive location to drop the video. You'll have to retype the link into your browser on the low side.

https://rumble.com/vi8qwj-fauci-funded-daszak-describes-colleagues-in-china-manipulating-viruses-into.html

==========================================================
Classification: ▮

1

DECLASSIFIED BY DNI GABBARD ON 18 JUNE 2026

**From:**
**Sent:** Thursday, May 27, 2021 5:37 AM
**To:**
**Subject:** Office of the Director of National Intelligence News Summary for   Thursday, May 27, 2021 - [Link to Attachment(s)]

Classification: UNCLASSIFIED
=======================================================

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE NEWS SUMMARY

TO: THE DIRECTOR AND SENIOR ODNI STAFF

DATE: THURSDAY, MAY 27, 2021 5:30 AM EDT

TODAY'S TABLE OF CONTENTS

LEADING THE NEWS:
 + Biden Directs Intelligence Community To Investigate Origins Of Coronavirus.
<>

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE:
 + NCSC Acting Director Takes Part In "CNBC Evolve." <>
 + Three GOP Senators Oppose Fonzone's Nomination Over Huawei Work. <>

INTELLIGENCE COMMUNITY:

CIA:
 + Trump Sent CIA To Obtain PPE Ahead Of Other Countries During COVID-19
Pandemic, Former Top UK Aide Says. <>

NSA:
 + NSA Shifts Focus To "New Physical, Virtual Hubs" For Unclassified Work. <>

Army:
 + Senate Reverses Wormuth's Confirmation As First Woman Army Secretary. <>
 + US ARL Launches $68M AI, Robotics Partnership With Maryland Universities. <>

Air Force:
 + Air Force Secretary Says No Further MQ-9 Reaper Procurement Needed. <>
 + Air Force Develops Strategies For Data Sharing. <>

DEPARTMENT OF DEFENSE:
 + Gen. Milley Cites "Fraying" Relations With China, Russia. <>
 + DCSA's Trusted Workforce 2.0 Initiative To Include All Agencies,

1

Contractors By End Of 2023. <>
+ US Lawmakers Seek Funding For Defense Industrial Facilities. <>

JUSTICE DEPARTMENT:
+ DOJ Reportedly Mulling Further Charges Over 2016 Election Misinformation. <>
+ Sources: DOJ Prepared To Sue Developer If He Does Not Register As Lobbyist Under FARA. <>

U.S. NEWS:
+ New Research Indicates COVID Immunity Could Last Over A Year. <>
+ GOP Expected To Filibuster January 6 Panel Thursday. <>
+ Biden Calls For Congressional Action In Wake Of San Jose Mass Shooting. <>
+ Amid Rising Crime, Cities Restore Police Funding. <>
+ Biden Expected To Tap Burns As Ambassador To China, Garcetti As Ambassador To India. <>
+ ATF Nominee Faces Pushback From GOP, But Likely To Be Confirmed. <>
+ Jean-Pierre Presides Over Historic First Televised White House Briefing. <>
+ Biden Under Pressure To Confront Anti-Semitism After Attacks. <>
+ Sen. Tim Scott: "June Or Bust" For Reaching Deal On Police Reform. <>
+ ExxonMobil Dealt "Major Blow" In Board Shake Up. <>
+ Diplomats Ask State Department To Provide More Support For "Havana Syndrome" Victims. <>
+ Execs Say Biden Plan To Import Metals For EVs Could Keep Us From Meeting Climate Goals. <>
+ Mayorkas Defends Title 42. <>
+ Democrats Unable To Move Forward With Plan To Lower Prescription Drug Prices. <>
+ Columnist Highlights GAO Report About Making Government More Efficient, With Savings Of $1B Or More. <>
+ Michigan Secretary Of State "Deeply Concerned About The Future Of Our Democracy." <>

INTERNATIONAL NEWS:

Africa:
+ After Military Takeover, Interim President, PM Of Mali Resign. <>
+ Suspected Islamist Attack Kills 22 In The Democratic Republic Of Congo. <>
+ UN Official Warns That Ethiopia's Tigray Region Is On The Brink Of Famine. <>
+ NBC: US "Quietly Returning" To Libya. <>
+ Report On Italian Ambassador's Death In Congo Indicates "Poorly Planned, Clumsily Executed Act." <>

Near East:
+ Blinken Departs Middle East With Cease-Fire Intact, Pledges To Aid With Rebuilding. <>
+ Assad Votes In Former Rebel Stronghold, Touts Election As Evidence Of Syrian Unity. <>

2

+ Iraqi Forces Arrest Militia Commander Over Alleged Involvement In Attacks On Air Base Used By US. <>
+ Hamas Leader Says 80 Fighters Killed. <>

Iran:
+ IAEA Head: Iran Enriching Uranium At Weapons-Grade Level. <>

Europe:
+ WHO COVAX Program Falls Short Despite Intentions Of Developed Nations, Vaccine Manufacturers. <>
+ EU Tells Brussels Court AstraZeneca Failed To Fulfill Its Vaccine Commitments. <>
+ Slovakia Authorizes Use Of Russia's Sputnik V Vaccine. <>
+ France Praises YouTube Users Who Resisted Vaccine Misinformation Campaign. <>

Russia & Eurasia:
+ Lukashenko Accuses West Of Engaging In "Hybrid War" Against Belarus. <>
+ Sasse Among Those Critical Of Biden's Decision To Meet With Putin. <>

China:
+ NSC's Kurt Campbell: Broad Engagement With China "Has Come To An End." <>
+ CRS: China Supplying Nuclear, Missile Technology To North Korea, Iran. <>
+ Senate GOP Could Block Bipartisan Plan To Confront China. <>
+ Senate Legislation Would Add National Security Reviews Of Chinese Donations To US Universities. <>
+ Tesla To Establish Data Center In China For Local Data Storage. <>
+ Closed Chinese Consulate In Houston Was "Major Hub" For Espionage, Study Indicates. <>

East Asia:
+ Japan Facing New COVID Surge Ahead Of Summer Olympics. <>
+ Espionage Trial Of Australian Blogger To Open In China On Thursday. <>
+ Campbell: US Hoping For Fall Quad Meeting On Infrastructure. <>
+ Kim Vows "Uncompromising Struggle" To Build Socialism In North Korea. <>
+ McConnell Praised Administration For Burma Coup Response. <>
+ US Envoy Confident Taiwan Can Deal With Spike On Covid Cases. <>

South Asia:
+ Taliban Warns Afghanistan's Neighbors Against Hosting US Troops. <>
+ Pakistani Journalist Alleges Intelligence Agents Attacked Him In His Apartment. <>
+ WhatsApp Sues Indian Government Over Message Traceability Rules. <>
+ NYTimes: Official Figures "Grossly Understate" Pandemic Impact In India. <>

Western Hemisphere:
+ AMLO's Party Expected To Maintain Control Of Lower House. <>
+ Mayoral Candidate Killed In Mexico, 34th Of This Election Cycle. <>

+ Former Bolivian Interior Minister Arrested In US For Money Laundering. <>

CYBERSECURITY:
+ Colonial Pipeline Rebuffed TSA Security Review Before Hack. <>
+ Biden Budget Request To Grow Cyber Command. <>
+ Russia's FSB Reports "Unprecedented" Hacking Campaign. <>
+ Facebook: Russia Top Producer Of Disinformation. <>
+ Hackers Release New Zealand Patient Data. <>
+ Canada Post Notifies Business Customers Of "Data Breach Affecting 950K Customers." <>
+ Bipartisan Encryption Bill Introduced In House. <>

EDITORIAL ROUNDUP:
+ Washington Post. <>
+ Wall Street Journal. <>

THE BIG PICTURE:
+ Headlines From Today's Front Pages. <>

Leading The News:

BIDEN DIRECTS INTELLIGENCE COMMUNITY TO INVESTIGATE ORIGINS OF CORONAVIRUS. <>
CNN

(5/26,Judd, 89.21M) reports on its website that on Wednesday, President Biden "said...he has directed the US intelligence community to redouble their efforts in investigating the origins of the Covid-19 pandemic and report back to him in 90 days." According to CNN, "The announcement comes after a US intelligence report found several researchers at China's Wuhan Institute of Virology fell ill in November 2019 and had to be hospitalized – a new detail that fueled further debate about the origins of the coronavirus pandemic."

USA Today

(5/26,Groppe, 12.7M) reports that Biden "also said he wants to know what further areas of inquiry are needed, including specific questions for China." But USA Today says "it's not clear how the administration will get cooperation from China, which has accused the United States of hyping 'the lab leak theory.'" On Wednesday, White House Principal Deputy Press Secretary Karine Jean-Pierre said, "We're just going to continue to work with (the World Health Organization) and WHO is going to continue to work with China on this." USA Today reports that Jean-Pierre "declined to say whether the 90-day report's conclusions will be made public."

Reuters

(5/26) reports that Biden "said that U.S. intelligence are looking into two different scenarios, that they do not have high confidence in their current

4

conclusions and that they are divided on which is most likely."Politico

(5/26, Leonard, 6.73M) says that in his statement, Biden "notably did not detail the two theories between which the intelligence community is split," but "did note that he had ordered a review of the pandemic's origins, 'including whether it emerged from human contact with an infected animal or from a laboratory accident.'" According to Politico, Biden "said two elements of the intelligence community lean toward one scenario while another element of the community leans toward another, 'each with low or moderate confidence.'" However, "the remainder of the intelligence community, which Biden said constituted its majority, 'do not believe there is sufficient information to assess one to be more likely than the other.'"

The New York Times

(5/26, Gamio, Glanz, 20.6M) reports that "in the past several days, the White House had downplayed the need for an investigation led by the United States and insisted that the World Health Organization was the proper place for an international inquiry." According to the Times, "Biden's statement was an abrupt shift, though officials declined to be specific about the shift."

The Washington Post

(5/26, 10.52M) reports that on Tuesday, Health and Human Services Secretary Becerra "told an annual ministerial meeting of the World Health Organization that international experts should be given 'the independence to fully assess the source of the virus and the early days of the outbreak.'" According to the Post, "Becerra's remarks...signaled that the Biden administration would continue to press the WHO to expand its investigation to determine the virus's origins." TheWall Street Journal

(5/26, A1, Leary,Gordon, Subscription Publication, 8.41M) reports that China responded to Secretary Becerra, arguing that the WHO completed its investigation earlier this year. The Chinese representative added that the WHO should begin investigating other nations instead.

The Washington Post

(5/26, 10.52M) says, "The new message from the White House reflects the rapidly changing views about the origins of the virus." According to the Post, "In recent weeks, a theory has gained more support that the source of the coronavirus...may have emerged from the Wuhan Institute of Virology in China, though that is far from proved." The Post adds, "Some Republicans had pushed the idea early on, including former president Donald Trump, who at times used inflammatory language to describe the virus and its origins in China. But the idea was dismissed by many influential scientists and Democrats, who viewed the GOP focus on the lab as part of a larger attack on China that fueled an increase in hate crimes against Asian Americans."

5

CNN

(5/26,Judd, 89.21M) notes that it "reported on Tuesday

that Biden's team shut down a closely held State Department effort launched late in the Trump administration to prove that Covid-19 originated in a Chinese lab over concerns about the quality of its work." However,The Hill

(5/26, Schnell, 5.69M) reports that "individuals in the Trump administration who worked on the project...rebuffed criticisms of their work...contending that their intention was to analyze scientific research and information from the U.S. intelligence community that bolstered the Wuhan lab leak theory, and reveal more information on how the virus could have leaked from a lab."

Politico

(5/26,Desiderio, Banco, 6.73M) reports that at the same time, "support is growing in Congress for a probe of the origins of the Covid-19 pandemic, an effort that could pit Democratic lawmakers against the Biden administration as China hawks draw new attention to the theory that the virus leaked from a Wuhan lab." According to Politico, "The ongoing discussions on Capitol Hill represent a remarkable bipartisan agreement" after Democrats "previously dismissed the lab leak theory as a GOP talking point. ... 'As we analyze what went wrong and what we can do in the future, we have to have answers to these questions, too,' said Sen. Tim Kaine (D-Va.), a member of the Senate's health committee."

Lauren Frias writes for Insider

(5/26, 2.74M) that "Rep. Adam Schiff said Wednesday it is 'critical' for the US to finish its investigation into the origins of COVID-19 to 'avoid any premature or politically-motivated conclusions.'"

CNBC

(5/26,Wilkie, Mendez, 7.34M) reports on its website that "the hypothesis that the virus may have escaped from a Chinese laboratory, while initially dismissed by some as a conspiracy theory, has in recent months gained more mainstream traction." CNBC points out that Centers for Disease Control and Prevention Director Rochelle Walensky "recently said in Senate testimony that a lab-leak origin 'certainly' was 'one possibility.'" CNBC adds that "the scrutiny on that lab ramped up this week when The Wall Street Journal reported that three researchers there had been sick with Covid-like symptoms in November 2019, shortly before the first cases of the virus were reported."

Primetime media coverage of Biden's announcement includes NBC Nightly News

(5/26, story 2, 1:50, Holt, 4.76M),CBS Evening News

6

(5/26, story 2, 2:20,O'Donnell, 3.75M), and ABC World News Tonight

(5/26, story 2, 3:20,Muir, 6.02M).

Fox News

(5/26,Singman, 23.99M), Bloomberg

(5/26,Wingrove, 3.57M), and The Hill

(5/26,Chalfant, Weixel, 5.69M) provide additional coverage of Biden's announcement.

Senate Unanimously Passes Bill Ordering ODNI To Declassify Documents On COVID-19's Origin. Newsweek

(5/26,Villarreal, 2.67M) reports The Senate has unanimously passed "a bill declassifying federal information on the origins of COVID-19 as President Joe Biden ordered a deep investigation into the cause of the global pandemic." The Senate bill "orders the Director of National Intelligence (DNI) to declassify documents detailing any of the WIV's connections to COVID-19."

Fox News

(5/26, Ruiz, 23.99M) also reports.

Chinese Embassy In US Warns About Politicizing Origins Of COVID-19. Reuters

(5/27,Stanway) reports politicizing the origins of COVID-19 "would hamper further investigations and undermine global efforts to curb the pandemic, China's U.S. embassy said after President Joe Biden ordered a review of intelligence about where the virus emerged." In a statement on its website Wednesday evening, the embassy in Washington said "some political forces have been fixated on political manipulation and (the) blame game." The Chinese embassy said it supports "a comprehensive study of all early cases of COVID-19 found worldwide and a thorough investigation into some secretive bases and biological laboratories all over the world."

Fauci Defends US Funding To Chinese Research Organizations. Fox News

(5/26,McFall, 23.99M) reports that during an appearance at the Senate on Wednesday, NIAID Director Dr. Fauci "told lawmakers that he trusted Chinese scientists at the Wuhan Institute of Virology, saying he did not believe they attempted to modify viruses to make them more contagious." Sen. John Kennedy (R-LA) asked Fauci, "How do you know they didn't lie to you and use the money for gain of function research anyway?" Fauci, in his response, "explained that the National Institutes of Health (NIH) had seen the results of the experiments

7

conducted using U.S. government funds, adding that the viruses studied could also be found in public databases." Fauci said, "In our experience with grantees, including Chinese grantees...they're very competent, trustworthy scientists."

Facebook Reverses Policy, Allowing Posts Claiming COVID-19 Man-Made. Politico

(5/26,Lima, 6.73M) reports Facebook will no longer "take down posts claiming that Covid-19 was man-made or manufactured, a company spokesperson told POLITICO on Wednesday, a move that acknowledges the renewed debate about the virus' origins." Facebook's "policy tweak" arrives as support "surges in Washington for a fuller investigation into the origins of Covid-19 after the Wall Street Journal reported that three scientists at the Wuhan Institute of Virology were hospitalized in late 2019 with symptoms consistent with the virus." A Facebook spokesperson said Wednesday, "In light of ongoing investigations into the origin of COVID-19 and in consultation with public health experts, we will no longer remove the claim that COVID-19 is man-made from our apps."

The Hill

(5/26, Polus, 5.69M),Axios

(5/26,Falconer, 1.26M), and ABC News

(5/26,Pezenik, Gallagher, 2.44M) also report.

WPost: China Must Increase Transparency To Support International COVID Research. The Washington Post

(5/26, 10.52M) argues that the ongoing international investigation into COVID's origins is critical, and China "should help solve this mystery, but it so far has thrown a cloak over it." While China "steadfastly denies there was an inadvertent leak from the Wuhan Institute of Virology," the only way to resolve the question of China's potential culpability is to support the WHO's ongoing investigation.

WSJournal: The Lab-Leak Theory Deserves True Scrutiny. The Wall Street Journal

(5/26, Subscription Publication, 8.41M) examines the efforts made by scientists, media personalities, and government officials to disregard the lab-leak COVID origin theory last year, and it criticizes the slow reversal of opinion over the past few months. The Journal calls on scientists and other experts to conduct a thorough investigation in order to better protect the US from future pandemic threats.

Office of the Director of National Intelligence:

8

NCSC ACTING DIRECTOR TAKES PART IN "CNBC EVOLVE." <> CNBC

(5/26,Javers, 7.34M) reports its "CNBC Evolve: Cybersecurity" livestream event on May 26 explored "efforts to protect our nation's cyber infrastructure and identify threats, with actionable advice on ways the government and private enterprise can work together to anticipate threats before they happen." Eamon Javers led the "conversation with John Demers, Department of Justice's National Security Division Assistant Attorney General and Michael Orlando, National Counterintelligence and Security Center Acting Director."

CNBC

(5/26,Rosenbaum, 7.34M) reports separately that Orlando said, "We do know that countries like Russia and China, Iran and others certainly create safe havens for criminal hackers as long as they don't conduct attacks against them. But that's a challenge for us that we're going to have to work through as we figure out how to counter ransomware attacks." Orlando also "said it would be a mistake to focus only on ransomware, but it is true that the nation state actors are most interested in inserting malware into those systems."

THREE GOP SENATORS OPPOSE FONZONE'S NOMINATION OVER HUAWEI WORK. <> CNBC

(5/27,Ng, 7.34M) reports three Republican senators have "jointly voiced opposition to a Biden administration nominee for legal counsel at the Office of the Director of National Intelligence because of his past work for Chinese tech giant Huawei." Of the members of the "Senate Select Committee on Intelligence, four voted against Christopher Fonzone's nomination, including senators Ben Sasse of Nebraska, Marco Rubio of Florida and Tom Cotton of Arkansas."

Intelligence Community:

CIA:

TRUMP SENT CIA TO OBTAIN PPE AHEAD OF OTHER COUNTRIES DURING COVID-19 PANDEMIC, FORMER TOP UK AIDE SAYS. <> Newsweek

(5/26,Cole, 2.67M) reports Dominic Cummings "said that ex-President Donald Trump sent the CIA in order to obtain Protective Personal Equipment ahead of other countries during the coronavirus pandemic." The article adds that "Cummings, who left Downing Street in November 2020 after a bitter split with Johnson, said the U.K. had been lagging in its efforts to get essential equipment and that the British Department of Health's PPE procurement process was 'completely hopeless.'" Cummings added, "At this point we had Trump sending the CIA round trying to gazump everybody on PPE."

NSA:

NSA SHIFTS FOCUS TO "NEW PHYSICAL, VIRTUAL HUBS" FOR UNCLASSIFIED WORK. <>

9

FedScoop

(5/26,Mitchell) reports the NSA has developed "new physical and virtual workspaces to support collaboration around its unclassified work." The coronavirus forced the NSA "to accelerate the launch of the hubs where NSA personnel and contractors can securely work together in-person and online on unclassified workloads, said Rebecca Guzman, who leads the rollout of the Unclassified Work Environment program." Speaking to Riverbed's Network Transformation Summit, Guzman cited an effort to "establish a more agile, more efficient way to sustain our workforce, regardless of where they were coming from. And so as a result, we've created new unclassified options, both virtually and physically." Guzman also "said it forced NSA to bring greater focus to using non-customized commercial technologies both for the speed of delivery and the collaborative utility inherent in off-the-shelf software." In its physical collaboration spaces, NSA provides "modernized technology and smart devices to allow folks to have a space to be able to do some of that collaboration with partnership outside the agency," Guzman said.

Army:

SENATE REVERSES WORMUTH'S CONFIRMATION AS FIRST WOMAN ARMY SECRETARY. <> Army Times

(5/26, Winkie, 395K) reports Christine Wormuth nearly became "the first woman in US history to ascend to the Army's top civilian post when the Senate confirmed her Wednesday evening – until the body reversed her confirmation just hours later in an unusual development." CSPAN footage of the proceedings "shows Majority Leader Sen. Chuck Schumer, D-NY, announcing the reversal," and Schumer's staff did not "immediately respond to a request for clarification from Army Times, and the senator deleted a previous tweet hailing Wormuth's confirmation." In a tweet Wednesday, Roll Call reporter Andrew Clevenger called the move as "more like a procedural hiccup than a threat to her historic confirmation."

US ARL LAUNCHES $68M AI, ROBOTICS PARTNERSHIP WITH MARYLAND UNIVERSITIES. <> TheBaltimore Business Journal

(5/26,Eichensehr, Subscription Publication, 858K) reports the US Army Research Laboratory is "partnering with the University of Maryland, College Park and University of Maryland, Baltimore County to develop new artificial intelligence, robotics and autonomous technologies that can help soldiers and first responders operate more safely and efficiently in dangerous situations."

Air Force:

AIR FORCE SECRETARY SAYS NO FURTHER MQ-9 REAPER PROCUREMENT NEEDED. <> Defense News

(5/26,Insinna, 73K) reports a "battle is brewing" over the fate of "the MQ-9 Reaper, with a letter from the U.S. Air Force's top civilian signaling that the service will again seek to curtail procurement of the General Atomics-made drone in the upcoming fiscal 2022 budget."

AIR FORCE DEVELOPS STRATEGIES FOR DATA SHARING. <> ExecutiveGov

(5/26, Martin) reports the Department of the Air Force has developed "four options to guide the data-sharing activities of both the U.S. Air Force and U.S. Space Force, Breaking Defense reported Tuesday." The department developed "these options based on the results of the Data and Infrastructure Architecture Summit, which commenced in March and ran for two weeks." Air Force leaders will "assess the options and decide in June 2021 on which to execute. The department's Chief Architect Integration Office will then develop a minimum viable product based on what Air Force leadership decides on."

Department of Defense:

GEN. MILLEY CITES "FRAYING" RELATIONS WITH CHINA, RUSSIA. <> Fox News

(5/26,McFall, 23.99M) reports in a commencement address to "Air Force Academy graduates, General Mark Milley, Chairman of the Joint Chiefs of Staff, said the US is toeing a dangerous line in maintaining an appropriate level of competition with China and Russia." Milley told the graduates "We are now in the 76th year of the great power peace following WWII. And it is under stress, we can see it fraying at the edge," adding, "Right now we are in a great power competition with China and Russia. And we need to keep it at competition and avoid great power conflict."

DCSA'S TRUSTED WORKFORCE 2.0 INITIATIVE TO INCLUDE ALL AGENCIES, CONTRACTORS BY END OF 2023. <> Defense News

(5/26,Bur, 73K) reports the DCSA's new program for "continuously monitoring individuals with security clearances, Trusted Workforce 2.0, should have all agencies and contractors onboarded by the end of 2023, the agency's director, William Lietzau, said at a May 26 roundtable with the House Oversight and Reform Committee." Trusted Workforce 2.0 aims to "have clearance-holders undergo continuous vetting, meaning that investigation systems are continuously collecting data about individuals to evaluate their security risk."

DOD Making Progress On Security Clearance Progress, "But Reciprocity, IT Issues Remain." NextGov

(5/26,Jasper) reports as the DCSA makes progress "on an issue the National Security Commission on Artificial Intelligence pinpointed as in need of 'substantial reform,' problems around the status of both the legacy and new IT systems that deal with background investigations as well as with reciprocity, or the ability of one agency to accept an individual's security clearance

11

granted by another agency, remain." DCSA Director William Lietzau reported Wednesday to a House Committee on Oversight and Reform "government operations subcommittee roundtable hosted by Rep. Gerry Connolly, D-Va., chairman of the subcommittee." Within the last year, "the agency established a building block for its Trusted Workforce 2.0 continuous vetting program called Trusted Workforce 1.25, which has allowed for continuous vetting of some 3 million security clearances." Lietzau "acknowledged that there's still work left to be done."

US LAWMAKERS SEEK FUNDING FOR DEFENSE INDUSTRIAL FACILITIES. <> Politico

(5/26,Bender, 6.73M) reports bipartisan advocates of "military depots and arsenals are now pressing House leaders to incorporate funding for a host of defense industrial facilities into a potential multitrillion-dollar package." Reps. Cheri Bustos of Illinois "and Blake Moore of Utah, who co-chair the House Military Depot, Arsenal, Ammunition Plant and Industrial Facilities Caucus, are gathering support for a planned letter to Speaker Nancy Pelosi urging money for long-deferred upgrades for military industrial facilities as well as defense labs and test facilities and ranges be incorporated into an infrastructure proposal." However, Rep. John Garamendi, "who chairs the HASC panel that oversees shipyards, depots and arsenals, said he'll "seriously oppose" funding defense projects through the infrastructure plan instead of the normal defense budgeting process."

Justice Department:

DOJ REPORTEDLY MULLING FURTHER CHARGES OVER 2016 ELECTION MISINFORMATION. <> According toReuters

(5/26,Menn), "The indictment of a far-right internet activist on charges of interfering with the 2016 U.S. election reflects a strategic shift by the Department of Justice and sets the stage for new cases against more prominent right-wing actors." Reuters says "federal prosecutors debated for years whether and how to pursue criminal cases against Americans suspected of disseminating false voting instructions," but "after former...Attorney General William Barr resigned in December, a compromise emerged: One charge to start, against a demonstrably influential person," Douglass Mackey, "where evidence pointed to a real impact." The DOJ is expected to follow up with charges against others.

SOURCES: DOJ PREPARED TO SUE DEVELOPER IF HE DOES NOT REGISTER AS LOBBYIST UNDER FARA. <> Citing a Wall Street Journal

(5/26,Viswanatha, Subscription Publication, 8.41M) article, The Hill

(5/26,Castronuovo, 5.69M) reports unidentified individuals who are familiar with the matter said US Department of Justice (DOJ) prosecutors are prepared to sue Steve Wynn if the Las Vegas casino developer does not register as a lobbyist under the Foreign Agents Registration Act (FARA). The Hill specifies

that this matter is related to Wynn's alleged 2017 effort to have Guo Wengui, "who fled China in 2014 to seek asylum in" the US, sent back to China.

U.S. News:

NEW RESEARCH INDICATES COVID IMMUNITY COULD LAST OVER A YEAR. <> The New York Times

(5/26, Mandavilli, 20.6M) reports that, according to two new studies, COVID immunity "lasts at least a year, possibly a lifetime, improving over time especially after vaccination." The studies also "suggest that most people who have recovered from Covid-19 and who were later immunized will not need boosters," but vaccinated individuals "likely will need the shots." University of Pennsylvania Immunologist Dr. Scott Hensley said of the research, "The papers are consistent with the growing body of literature that suggests that immunity elicited by infection and vaccination for SARS-CoV-2 appears to be long-lived."

Vir Biotechnology Inc, GlaxoSmithKline PLC Announce FDA Approval Of COVID Antibody Drug. The Wall Street Journal

(5/26, Walker, Subscription Publication, 8.41M) reports Vir Biotechnology Inc and GlaxoSmithKline PLC announced that the FDA authorized their monoclonal antibody COVID drug, which is called sotrovimab. Sotrovimab is the third antibody medicine approved to treat patients at risk of severe infections, and a study of the drug found it reduced hospitalizatios or death by 85 percent.

CDC Warns Immunocompromised Americans To Continue Wearing Masks Following Vaccinations. The CBS Evening News

(5/26, story 7, 1:55,O'Donnell, 3.75M) reported that the CDC "is warning that 10 million Americans are compromised immune systems that they will need to continue wearing face masks, even after being vaccinated against COVID." Johns Hopkins transplant surgeon Dr. Dorry Segev said of the risks, "I'm hearing of transplant and other immunosuppressed people who got vaccinated and relaxed their safety behaviors, and are now being admitted to hospitals, and some are dying because they get COVID-19."

Health Officials Call For Continued Vigilance Ahead Of Holiday Weekend. NBC Nightly News

(5/26, story 3, 2:25, Holt, 4.76M) reported that while a growing share of Americans "have received at least one COVID vaccine dose," health officials continue to "warn, despite positive trends, [that] we have to remain on alert going into the holiday weekend." Domestic travel is "expected to be up 60% from last year with tens of millions planning to hit the roads, rails, and skies this weekend."

13

ABC World News Tonight

(5/26, story 3, 3:15,Muir, 6.02M) reported CDC Director Dr. Rochelle Walensky said of the holiday weekend, "If you are vaccinated, you are protected, and you can enjoy your Memorial Day. If you are not vaccinated, our guidance has not changed for you. You remain at risk of infection. You still need to mask and make other precautions."

Law Firm Supporting Growing Movement To Challenge COVID Vaccine Mandates. The Washington Post

(5/26, A1,Stanley-Becker, 10.52M) reports that Siri & Glimstad, which "has done millions of dollars of legal work for one of the nation's foremost anti-vaccination groups," are supporting a new set of legal campaigns challenging state COVID vaccine mandates across the country. The lawsuits "show that a groundswell against compulsory immunization is being coordinated, at least in part, from a law office on Park Avenue in midtown Manhattan," and the filings "offer a window into a wide-ranging and well-resourced effort to contest vaccine requirements in workplaces and other settings critical to the country's reopening — a dispute with sweeping implications for public health, state authority and individual rights."

Ohio To Announce First Vaccine Lottery Winners. The AP

(5/26,Welsh-Huggins) reports that two Ohioans will "be announced Wednesday night as the first winners of the state's Vax-a-Million incentive prizes which include $1 million for those 18 and older and a full-ride college scholarship for teens." Ohio Gov. Mike DeWine (R) "announced the program May 12 to boost lagging vaccination rates," and it led to an additional 2.7 million adult vaccinations as well as 100,000 children between the ages of 12 and 17. TheNew York Times

(5/26,Mervosh, 20.6M) reports Athens County Health Department Administrator Jack Pepper said of the program's impact, "I think we did close to 400 people in four hours." He added, "Anywhere I go, people are joking with me, 'Hey, when am I going to win my million dollars?'"

The CBS Evening News

(5/26, story 4, 1:50,O'Donnell, 3.75M) reported that other states "are rolling out incentives to get residents to roll up their sleeves," and five states, including Colorado, are "offering $1 million to five vaccinated state residents." The segment adds that Maryland "had its first $40,000 vaccine lottery winner" on Tuesday.

In an op-ed for the New York Times

(5/26, 20.6M), Ohio Gov. Mike DeWine (R) defends his decision to create a

14

lottery to encourage Ohioans to get the COVD vaccine. DeWine writes, "The decision to create Vax-a-Million...came about like those other pandemic decisions: out of necessity." DeWine argues while some "have called it 'a gimmick,' an 'insane $5 million bribe,' a 'misuse of money' and 'a waste of taxpayer dollars,'" the "real waste – when the vaccine is readily available to anyone who wants it – is not doing enough to save people's lives."

GOP EXPECTED TO FILIBUSTER JANUARY 6 PANEL THURSDAY. <> The AP

(5/27, Jalonick,Mascaro) reports that Senate Republicans are "ready to deploy" the filibuster to block legislation to create a commission to investigate the Jan. 6 insurrection, "shattering hopes for a bipartisan probe of the deadly assault on the U.S. Capitol and reviving pressure on Democrats to do away with the procedural tactic that critics say has lost its purpose." The "vote expected Thursday would be the first successful use of a filibuster this year to halt Senate legislative action."

Romney Warns Republicans Opposing Jan. 6 Commission Will Be Blamed For Hiding The Truth. CNN

(5/26,Raju, Barrett, 89.21M) reports on its website that Sen. Mitt Romney (R-UT) "warned Republicans they would be blamed for hiding the truth if they block a bill to investigate the January 6 Capitol attack." Romney told CNN on Wednesday, "I think the perception is on the part of the public that the January 6 Commission just trying to get to the truth of what happened, and that Republicans would be seen as not wanting to let the truth come out. ... I don't believe that's what's the motivation but I think that's the perception."

Collins Will Vote For Bill To Create Commission. Romney's comments came the same day Sen. Susan Collins (R-ME) announced she "will vote for a House-passed bill to create a commission to probe the Jan. 6 Capitol attack during a key test vote that will take place as soon as Thursday,"The Hill

(5/26,Carney, 5.69M) reports. Collins "will support the bill during an initial hurdle so that she can offer an amendment making changes to the legislation, an aide confirmed to The Hill." Collins told reporters, "I want to see a commission. ... There are a lot of unanswered questions, and I'm working very hard to secure Republican votes for a commission." Collins is "the third GOP senator to say they will support the bill during an initial vote, where it will need 60 votes to move forward."

A New York Times

(5/26,Hulse, 20.6M) analysis that with the vote on creating the commission, Democrats "are finally bumping up against the limits of what they can accomplish in the evenly divided Senate without changes to the filibuster rules." Republicans "are poised to employ the procedural weapon to block the formation of the inquiry as early as Thursday, potentially dooming it while

underscoring the power of a determined Senate minority to kill legislation even if it is popular and has bipartisan support."

Sicknick's Mother, Partner Request Meetings With All GOP Senators. The Washington Post

(5/26, 10.52M) reports Gladys Sicknick and Sandra Garza, the "mother and partner of the late Capitol Police officer Brian D. Sicknick are requesting meetings with all Republican senators to urge them to establish an independent commission to investigate the Jan. 6 attack on the Capitol by a pro-Trump mob."

Milbank Condemns McConnell's Handling Of Issue. Dana Milbank writes in the Washington Post

(5/26, 10.52M) Senate Minority Leader McConnell this week "actually admitted" he puts "party before country" when he "told Republican colleagues that they should oppose the creation of a Jan. 6 commission, no matter how it is structured, because" it "could hurt the party's midterm election message." Earlier this month, Milbank writes, McConnell said, "One hundred percent of my focus is on stopping this new Administration," and, "true to his word, McConnell has blocked everything – even if it means undercutting Republican negotiators."

Washington Man Arrested In Capitol Siege Probe. The AP

(5/26) reports from Battle Ground, Washington, "A southwest Washington man who federal investigators say was seen on video saying, 'Our house,' while inside the U.S. Capitol with his father on Jan. 6 made his first appearance in federal court in Portland, Oregon, on Wednesday." Jeremy Grace, of Battle Ground, "is accused of illegal entering, disorderly conduct and demonstrating inside the restricted building, The Oregonian/OregonLive reported. Grace, 37, was arrested in Molalla, Oregon, on Wednesday, according to federal officials. His father, Jeffrey Grace, 62, was arrested in February and charged with unauthorized entering or remaining in any restricted building or grounds. Although the senior Grace told FBI agents he didn't think his son had entered the Capitol, a search of the father's phone turned up video in a 'trash' folder that showed both men in the building, according to a federal complaint."

Florida Woman Charged In Capitol Siege Probe. The Palm Beach (FL) Post

(5/26,Musgrave, 223K) reports, "Using Facebook photos and video captured during the Jan. 6 riot at the U.S. Capitol, the FBI this week accused a one-time Palm Beach County commission candidate and former GOP heavyweight of joining the deadly rampage." Jody Tagaris, 67, "who lives near Jupiter, is charged with four federal misdemeanors, accusing her of illegally entering a restricted building and being disruptive and disorderly once inside. She faces a maximum year-long prison sentence on each count. After a brief video hearing before a U.S. magistrate in West Palm Beach on Tuesday, she was released after

16

posting a $50,000 bond. She is to appear in federal court in Washington at an unspecified date to enter a plea to the charges, court records show." The Post adds, "In court papers, FBI agents say Tagaris' undoing began when they were alerted that she had posted a photo of herself on Facebook, sitting in a broken window of the Capitol."

Texas Man Arrested In Capitol Siege Probe. HuffPost

(5/26,Reilly, 363K) reports, "Adam Weibling, a 38-year-old Texas man, made no secret in recent months of his contempt for the FBI, likening its agents to Nazis and 'terrorists' in a series of conspiracy-laden tweets. His dislike for them surely grew on Tuesday when they arrested him for storming the U.S. Capitol on Jan. 6." HuffPost adds, "FBI agents arrested Weibling in Katy, Texas, on charges of unlawfully entering restricted grounds and engaging in disorderly conduct inside the Capitol, according to court records. His first virtual appearance in D.C. court is scheduled for June 3. According to an affidavit filed May 19 in the U.S. District Court for the District of Columbia and signed by an FBI task force officer, Weibling can be seen in video recorded by a reporter pushing his way past police in riot gear to get inside the Capitol around 2:30 p.m. on Jan. 6."

Man Arrested In Connection With US Capitol Breach Allegedly Claimed To Be DEA Agent. The Houston Chronicle

(5/26, 982K) reports Dallas resident Troy Smocks has been arrested in connection with a US Capitol breach incident that occurred early this year. The Chronicle adds, "Smocks previously falsely presented himself as a DEA agent during the execution of a search warrant, a Secret Service agent, an FBI agent, an Army colonel and more," according to charging documents.

Oath Keepers Seek Dismissal Of Capitol Siege Lawsuit. The Washington Post

(5/26, Hsu, 10.52M) reports, "Lawyers for the Oath Keepers urged a federal judge Wednesday to toss out a lawsuit accusing the group, former president Donald Trump, lawyer Rudolph W. Giuliani and another far-right organization of inciting the Jan. 6 storming of the Capitol, calling its actions a form of peaceful political protest protected by the First Amendment." The Post adds, "The Oath Keepers said it was 'conclusory and speculative' to assert that its members planned anything other than to attend a speech of the president at the Ellipse near the White House that day, march to the Capitol and make known to Congress their views opposing the presidential election certification. The group added that 11 House lawmakers led by Homeland Security Committee Chairman Bennie Thompson (D-Miss.) had no right to file suit in their personal capacities or as individuals under the Ku Klux Klan Act...as opposed to a case brought by the whole House."

Alabama Man In Capitol Siege Probe Had Militia Ties, Reached Out To Cruz. The Decatur (AL) Daily

17

(5/26,
Fleischauer, 53K) reports that a Falkville, Alabama man "tied to the Jan. 6
Capitol riot had Molotov cocktails not only in D.C. but at his Alabama home,
has ties to Texas militia dating back to 2014 and tried to speak with U.S. Sen.
Ted Cruz about 'election fraud' weeks before the Capitol attack, according to
court records." Lonnie Leroy Coffman, 71, "on Monday was denied his second
request to be released from a Washington, D.C., jail in a 24-page opinion by"
US District Judge Colleen Kollar-Kotelly. The Daily adds, "While much of the
evidence relied upon by U.S. District Judge Colleen Kollar-Kotelly in denying
pretrial release is under seal, her opinion adds new information about evidence
collected during the FBI investigation surrounding a 17-count indictment that
includes possession of unregistered destructive devices and numerous gun
violations."

The Montgomery (AL) Advertiser

(5/24,Brown, 72K) reports that Judge Kollar-Kotelly "denied Lonnie Coffman's
bid for pre-trial release, writing the evidence against Coffman demonstrates he
could present 'a concrete and prospective threat to the community.' New
evidence against Coffman was revealed in Kollar-Kotelly's order, including
Coffman's 2014 militia ties and that Coffman made a trip to Washington D.C.
just weeks before his arrest. His truck, where police would find
gasoline-filled mason jars and weapons on Jan. 6, was tracked circling the U.S.
Capitol and attempting to drive to Sen. Ted Cruz' home on Dec. 11." Coffman,
71, "was not charged with illegally entering a federal building or civil
disorder, though prosecutors allege they have evidence that places him at the
Capitol, but faces a slate of weapons charges."

BIDEN CALLS FOR CONGRESSIONAL ACTION IN WAKE OF SAN JOSE MASS SHOOTING. <> The
Washington Post

(5/26,Wagner, 10.52M) reports that on Wednesday, President Biden "released a
statement on the latest mass shooting, in which at least eight people were
killed in a San Jose, Calif., rail yard, and urged Congress 'to help end this
epidemic of gun violence in America.'" TheSan Jose Mercury News

(5/26, 432K) carries the President's full statement on the shooting, which
reads, "There are at least eight families who will never be whole again. There
are children, parents, and spouses who are waiting to hear whether someone they
love is ever going to come home. There are union brothers and sisters – good,
honest, hardworking people – who are mourning their own. ... Once again, I urge
Congress to take immediate action" against gun violence

Asked on MSNBC

(5/26, 799K) about gun control legislation in the wake of a mass shooting in
San Jose, California, White House Office of Public Engagement Director Cedric
Richmond said, "There are bills right now...that the Senate could take up and

18

pass to protect people, protect families. There are eight families that have lost a loved one today. ... We should not only offer our prayers and condolences and our thoughts, but we ought to offer some action and do things to prevent this."

Gunman Kills Eight, Himself. The New York Times
(5/26, Fuller,
Hauser, 20.6M) reports that "a transit worker opened fire at a rail yard in San Jose, Calif., early Wednesday, killing eight people, many of them fellow employees, according to the Santa Clara County Sheriff's Office, which reported that the gunman was also dead." TheWashington Post
(5/26,
10.52M) reports that "the suspect is also dead, Santa Clara County Sheriff's Office spokesman Russell Davis said during a news conference." TheAP

(5/26,Gecker, Chea) reports that the employee launched his assault during a union meeting "in two buildings that are part of a light rail facility for the Valley Transportation Authority, which provides bus, light rail and other transit services throughout Santa Clara County, the most populated county in the San Francisco Bay Area."NBC Nightly News

(5/26, lead story, 3:15, Holt, 4.76M) reported the "massacre" is "the 61st mass shooting in the US in the month of May alone."

The CBS Evening News

(5/26, lead story, 3:35,O'Donnell, 3.75M) reported investigators "are still pouring over the scene" of the rampage and are "worried about possible explosives." CBS added that it was necessary to suspend "rail service for thousands of commuters" to allow investigators, including a bomb-sniffing dog, to "search for explosives they believe may have been left by" the shooter.

ABC World News Tonight

(5/26, lead story, 4:10,Muir, 6.02M) reported the "suspect" in the shooting is 57-year-old Samuel Cassidy. ABC added that "bomb squads" were "moving in on" Cassidy's home, which "authorities say he set fire to it just before driving to the rail yard."Reuters

(5/26) reports that Cassidy, "the eight victims shot dead, and a survivor who was hospitalized in critical condition were all employees of the transit agency." Reuters says Cassidy "had worked for the transit authority since at least 2012, when he was listed as an 'electro-mechanic,' and was promoted to 'substation maintainer' in 2015, according to records posted by the nonprofit website Transportation California."

The San Jose Mercury News

19

(5/26, 432K) reports that "the Santa Clara County Medical Examiner-Coroner's Office identified the eight victims as 42-year-old Paul Delacruz Megia, 36-year-old Taptejdeep Singh, 29-year-old Adrian Balleza, 35-year-old Jose Dejesus Hernandez III, 49-year-old Timothy Michael Romo, 40-year-old Michael Joseph Rudometkin, 63-year-old Abdolvahab Alaghmandan and 63-year-old Lars Kepler Lane."

USA Today

(5/26,Groppe, 12.7M) highlights President Biden's "plea" for Congress to act on gun control legislation and notes the Administration's prior efforts to address the issue in April through "half a dozen executive actions aimed at curbing the proliferation of so-called ghost guns, or untraceable weapons that can be constructed from parts purchased online, as well as tightening regulations on...stabilizing braces for pistols."The Hill

(5/26,Rahman, 5.69M) reports that "while speaking to reporters at an event on broadband infrastructure," Vice President Harris "called the shooting 'absolutely tragic.'"

In another article, USA Today

(5/26,Bacon, Ortiz, Hauck, 12.7M) reports on California Gov. Newsom's reaction to the shooting, writing that at a press conference on Wednesday afternoon, Newsom was "visibly emotional" and "expressed frustration." Newsom "said he felt a 'sameness' and 'numbness' in the wake of yet another mass shooting." USA Today also quotes the governor as saying, "'It begs the damn question: What the hell is going on in the United States of America?' ... 'We rinse and repeat someplace else in this country.'"Politico

(5/26,Marinucci, 6.73M) adds, "the Democratic governor has long railed against gun violence and has criticized Republicans and the National Rifle Association in the past for opposing restrictions on weapons."

The Wall Street Journal

(5/26,Carlton, Lazo, Mai-Duc, Subscription Publication, 8.41M) also reports on the shooting, among many others.

AMID RISING CRIME, CITIES RESTORE POLICE FUNDING. <> The Wall Street Journal

(5/26,Elinson, Frosch, Jamerson, Subscription Publication, 8.41M) reports that amid rising crime rates, some cities which pursued policies to defund the police in the wake of the George Floyd protests are reversing course and reinstating funds for police departments. The Journal cites actions by officials in New York City, Oakland, Baltimore, and Los Angeles as examples.

BIDEN EXPECTED TO TAP BURNS AS AMBASSADOR TO CHINA, GARCETTI AS AMBASSADOR TO

20

INDIA. <> The AP

(5/27,Balsamo, Blood) reports that President Biden "is expected to announce he is nominating former senior State Department official Nicholas Burns to serve as his ambassador to China and Los Angeles Mayor Eric Garcetti to be his ambassador to India, according to a person familiar with the matter." With the picks, the AP says, Biden "is turning to a seasoned diplomat and a longtime political ally to serve in two of the country's highest-profile diplomatic postings." It is not clear when the announcement will come.

Biden Expected To Nominate Wall Street Executive To Be His Ambassador To Israel. Reuters

(5/26) reports that President Biden is "expected to nominate Thomas Nides, an experienced diplomat and Wall Street executive, to serve as U.S. ambassador to Israel." Reuters adds, "It was not immediately known when Biden planned to announce Nides' nomination but a person familiar with the matter said it would happen soon."

ATF NOMINEE FACES PUSHBACK FROM GOP, BUT LIKELY TO BE CONFIRMED. <> The New York Times

(5/26,Thrush, 20.6M) reports that during a confirmation hearing on Wednesday, David Chipman, President Biden's nominee to head the Bureau of Alcohol, Tobacco, Firearms and Explosives, "faced withering criticism...from Republican senators over his history of scathing comments about gun ownership." The Times says Chipman, "a two-decade veteran of the A.T.F. who has served as an adviser to gun control groups, was chosen in part because of his willingness to bluntly confront" the gun industry.Roll Call

(5/26,Ruger, 130K) reports that Chipman "told senators that he took one position as an advocate on potential gun control laws, but would only enforce the current laws as director."

The Washington Post

(5/26,Kane, 10.52M) reports that in "an emotional moment to which gun critics point to illustrate ATF's importance, Sen. Dianne Feinstein (D-Calif.) informed Chipman that while he was testifying, an employee at a San Jose light-rail facility had opened fire, killing at least eight."

The Wall Street Journal

(5/26, Levy, Subscription Publication, 8.41M) reports that while Senate Judiciary Chair Dick Durbin said Chipman's "knowledge of the agency and its purview is unparalleled," Sen. Chuck Grassley, the panel's minority leader, likened Chapman's nomination to "putting a tobacco executive in charge of the Department of Health and Human Services."

21

The Hill

(5/26,Gangitano, 5.69M) reports that Chipman "said... he supports banning the AR-15." Chipman said, "I support a ban as has been presented in a Senate bill and supported by the president. The AR-15 is a gun I was issued on ATF's swat team and it's a particularly lethal weapon and regulating it as other particularly lethal weapons, I have advocated for." Chipman "was also questioned by Republicans on his support for Congress to ban assault weapons and for universal background checks during the hearing, two actions Biden also supports."

In a second piece, the New York Times
(5/26,
Russonello, 20.6M) reports that while the ATF has been without a director for 13 of the last 15 years, President Biden "is trying to become the second president since 2006 to fill the position." Chipman "stands a good chance: The Democrats' two most consistently centrist senators, Kyrsten Sinema and Joe Manchin, have signaled they're likely to support his nomination — and that may well be enough to get him confirmed," even if the GOP is united in its opposition.

JEAN-PIERRE PRESIDES OVER HISTORIC FIRST TELEVISED WHITE HOUSE BRIEFING. <> The New York Times

(5/26,Rogers, 20.6M) that on Wednesday, White House Principal Deputy Press Secretary Karine Jean-Pierre "held a televised briefing for the first time...a baptism-by-fire moment" following as it did a mass shooting in California and the President's request for an intelligence community investigation into the origins of the coronavirus. The Times adds that Jean-Pierre "showed little interest in getting ahead of the president or the Administration, a tactic that is frustrating to reporters, but one that drew praise from members of the Administration, including Ron Klain."

Politico

(5/26, Niedzwiadek, 6.73M) reports that Wednesday's briefing was "widely viewed as an audition to take over for White House press secretary Jen Psaki when she eventually steps down." According to Politico, "In addition to Jean-Pierre, some observers have pegged White House communications director Kate Bedingfield, Vice President Kamala Harris spokesperson Symone Sanders, and State Department spokesperson Ned Price as potential successors."

USA Today

(5/26,Gilbert, 12.7M) notes the historic nature of the appearance, reporting that Jean-Pierre "became the first Black woman in decades to lead a press briefing at the White House on Wednesday." She also "made history" by "being

22

the first openly gay spokeswoman as she stood behind the podium and answered journalists' questions."

The Hill

(5/26,Samuels, 5.69M) reports that when "asked about the rarity of a Black woman standing behind the podium," Jean-Pierre said, "I appreciate the historic nature. I really do. But I believe that being behind this podium, being in this room, being in this building isn't about one person. It's about what we do on behalf of the American people. Clearly the president believes representation matters, and I appreciate him giving me this opportunity."

BIDEN UNDER PRESSURE TO CONFRONT ANTI-SEMITISM AFTER ATTACKS. <> The New York Times

(5/26,Graham, Stack, 20.6M) (5/26, Graham, Stack, 20.6M) reports that "the past several weeks have seen an outbreak of anti-Semitic threats and violence across the United States, stoking fear among Jews in small towns and major cities. During the two weeks of clashes in Israel and Gaza this month, the Anti-Defamation League collected 222 reports of anti-Semitic harassment, vandalism and violence in the United States, compared with 127 over the previous two weeks."

The Hill

(5/26,Gangitano, 5.69M) says that "Democratic lawmakers and outside groups are pushing" President Biden to take additional action "to stop antisemitism" amid the rise "in violent attacks targeting the U.S. Jewish community." The Hills says "five prominent Jewish advocacy groups – the Anti-Defamation League...the American Jewish Committee, the Orthodox Union, the Jewish Federations of North America, and Hadassah, The Women's Zionist Organization of America, Inc. – in a Friday letter to Biden expressed concern about a surge in attacks." Additionally, Reps. Josh Gottheimer (D-N.J.), Elaine Luria (D-Va.) and Kathy Manning (D-N.C.) wrote to Biden on Tuesday and asked him to "nominate a United States ambassador-at-large to monitor and combat antisemitism."

Americans Believe Anti-Asian Discrimination Has Worsened. The AP

(5/26,Fingerhut) reports that a poll by the AP-NORC Center for Public Affairs Research shows "a majority of Americans across racial and ethnic groups believe discrimination has worsened in the last year against Asian Americans, who became the target of attacks after being unfairly blamed for the coronavirus pandemic." The poll "also finds about 6 in 10 Americans say racism in the US in general is a 'very' or 'extremely' serious problem. And a majority of Asian Americans say they feel unsafe in public because of their race."

Eighth Noose Found At Amazon Work Site In Connecticut. ABC World News Tonight

(5/26, story 7, 0:15,Muir, 6.02M) reported, "Tonight yet another disturbing discovery at the same construction site of a new Amazon facility in Windsor, Connecticut. The NAACP says an eighth noose was found at the work site. Construction shut down yet again days after restarting. The investigation under way."

SEN. TIM SCOTT: "JUNE OR BUST" FOR REACHING DEAL ON POLICE REFORM. <> The Hill

(5/26,Carney, 5.69M) reports that the lead Republican negotiator Sen. Tim Scott (R-SC) told reporters on Wednesday that a deal on police reform is expected in June. Referring to the timeline, Tim Scott said, "I think it's June or bust. ... I think we have three weeks in June to get this done."

Richmond: Everybody Negotiating In "Good Faith." Asked on MSNBC

(5/26, 799K) about the status of police reform proposals in Congress, White House Office of Public Engagement Director Cedric Richmond said, "I think everybody is negotiating in good faith trying to get to a substantive bill that one would honor the memory of George Floyd but more importantly would stop the carnage that we see on the streets in terms of the interactions between police and the communities they police."

DOJ Official Says Civil Rights Probes Of Local Police Help Fight Crime. The Wall Street Journal

(5/26,Gurman, Subscription Publication, 8.41M) reports that Associate Attorney General Vanita Gupta said federal civil rights probes of local police departments help fight violent crime. The Journal says Gupta's comments rebut criticism that the DOJ's civil rights investigations are hurting officer morale at a time when violent crime is increasing.

EXXONMOBIL DEALT "MAJOR BLOW" IN BOARD SHAKE UP. <> Reuters

(5/26,Hiller, Herbst-Bayliss) reports that ExxonMobil suffered a "major blow" on Wednesday during a shareholder vote as at least two board members were unseated by a small hedge fund, Engine No. 1, in a move to "force the company's leadership to reckon with the risk of failing to adjust its business strategy to match global efforts to combat climate change." Reuters says the counting "is not finished, so Engine No. 1 could potentially see three of its four nominees join the Exxon board." The group's successful nominations so far are Gregory Goff, a former executive from Marathon Petroleum and Andeavor, and Kaisa Hietala, a former Neste Oyj executive.

The New York Times

(5/26,Krauss, 20.6M) reports the two Engine No. 1 candidates were "nominated by activist investors who pledged to steer the company toward cleaner energy and away from oil and gas." The Times calls the result a "sharp rebuke" ExxonMobil

CEO Darren Woods, who opposed the board challenge. TheWall Street Journal

(5/26,Matthews, McFarlane, Subscription Publication, 8.41M) reports that the setback for ExxonMobil highlights the dramatic shift in landscape for oil and gas companies as pressure from environmental groups continues to mount.

The Wall Street Journal
(5/26,
Subscription Publication, 8.41M) editorializes that the upset to ExxonMobil is due to political pressure on its shareholders to appeal to progressives in power. The Journal warns that Exxon will not do well if it abandons fossil fuels to focus on renewables.

Dutch Court Orders Shell To Reduce Emissions By 45%. The AP

(5/26,Bussewitz) reports that Royal Dutch Shell was ordered by a district court in The Hague on Wednesday to reduce its net carbon emissions by 45% by 2030 compared to 2019 levels, following a case brought by climate change activists. The AP says the court "ruled that the energy giant had a duty to reduce emissions and that its current reduction plans were insufficient."

Protections For Lesser Prairie Chicken May Curb New Oil And Gas Development. The Hill

(5/26,Guzman, 5.69M) reports that on Wednesday the US Fish and Wildlife Service proposed categorizing the lesser prairie chicken as "endangered" in parts of New Mexico and Texas and "threatened" in more northern parts where the species is found. The Hill says that the "move by the Biden Administration could have big consequences for the fossil fuel industry as the range of the species that could be federally protected overlaps with the oil and gas-rich Permian Basin," adding that such "federal protections would likely impose restrictions on new oil and gas developments in the region where the birds roam."

Senators Introduce Bill Extending Tax Credits To Nuclear Power Plants. Reuters

(5/26,Gardner) reports three Democratic senators "introduced a measure on Wednesday to boost existing nuclear plants to a wide energy tax reform bill, after the Biden administration pushed for such a change to help curb carbon emissions."

DIPLOMATS ASK STATE DEPARTMENT TO PROVIDE MORE SUPPORT FOR "HAVANA SYNDROME" VICTIMS. <> The Hill

(5/26,Castronuovo, 5.69M) reports American diplomats and other "government officials who say they are victims of 'Havana Syndrome' attacks are calling on the State Department to do more to provide proper medical care and support." In a letter dated Tuesday and "obtained byNBC News

, a group of 21 government workers and their spouses demanded Deputy Secretary of State Brian McKeon adopt a series of recommendations to 'ensure injured employees and families' are 'fully supported' and that the US government is 'fully prepared to respond to future incidents.'" The 11 recommendations include "benefits assistance for victims of the attacks, care plans and responses for newly injured employees and their families, long-term monitoring of affected individuals and the establishment of an accountability review board for China and other countries that have had suspected Havana Syndrome cases." The signatories also argued that "counterparts in the defense and intelligence community have had a different level and frequency of engagement."

Pentagon Drafting "Havana Syndrome" Reporting Memo. CNN

(5/26,Starr, Williams, Herb, 89.21M) reports the Pentagon is drafting a "memo to the entire military and civilian workforce asking personnel to report any so-called anomalous health symptoms that might indicate they have been victims of a mysterious illness that has struck US diplomats, spies and military personnel around the world, according to two defense officials." No final decision has "been made on whether to issue the memo, but the fact it's being considered underscores the growing concern at the Pentagon's senior levels that they need to gather more information on what" has become known as "Havana Syndrome."

EXECS SAY BIDEN PLAN TO IMPORT METALS FOR EVS COULD KEEP US FROM MEETING CLIMATE GOALS. <> Reuters

(5/26, Scheyder) reports "industry executives" say the Biden Administration's "plan to rely on ally nations for most of the metals needed to build electric vehicles ignores the complexity of modern mining and could keep the United States from meeting aggressive climate goals." James Calaway, chairman of ioneer Ltd, said, "The approach is deeply naive and very dangerous to the United States supply chain for electric vehicles," and Jon Evans, chief executive of Lithium Americas Corp, said, "Given the administration's timeline, they have no choice but to allow more domestic mines." Although the Administration "may want to rely on mineral deposits in ally nations, it will have competition from China, which is willing to pay top dollar, industry leaders said."

MAYORKAS DEFENDS TITLE 42. <> The Hill

(5/26,Beitsch, 5.69M) reports that before a House Appropriations subcommittee on Wednesday, DHS Secretary Mayorkas "defended the Administration's retention of" Title 42, "a Trump-era policy that allows the swift removal of migrants due to COVID-19 as well as a narrowing in those sought for deportations by law enforcement officials." While there is "increasing pressure" to scrap Title 42, Mayorkas "reiterated [the] Administration's position that the policy is necessary as a public health measure." He added, "We will not restrict travel

one day more than the public health imperative requires. That is the assurance I can give."

DEMOCRATS UNABLE TO MOVE FORWARD WITH PLAN TO LOWER PRESCRIPTION DRUG PRICES. <> The Los Angeles Times

(5/26,Haberkorn, Stokols, 3.37M) reports, "Despite widespread support among Democrats, the idea" of implementing a plan to lower prescription drug prices "has sputtered." President Biden did not include such a plan in his infrastructure proposal and his budget is not expected to include one. Democrats in Congress, meanwhile, "remain noncommittal about how they might enact" a plan to lower prescription drug prices.

COLUMNIST HIGHLIGHTS GAO REPORT ABOUT MAKING GOVERNMENT MORE EFFICIENT, WITH SAVINGS OF $1B OR MORE. <> In an opinion piece for the Washington Post

(5/25, 10.52M), columnist Joe Davidson says that "as President Biden pushes big spending plans to spur the country's economic recovery, he might welcome suggestions for saving a few bucks – or much more." A new GAO "report about how to make the government more efficient includes 14 areas to target, each with possible savings of $1 billion or more." The "report said" another "potential efficiency" action is "improving coordination of infectious-disease work by the Department of Health and Human Services to better identify duplication and overlap among agencies." These include "extending cost-reduction and efficiency programs at two of the Energy Department's National Nuclear Security Administration sites to other locations" for a savings of $515 million over five years.

MICHIGAN SECRETARY OF STATE "DEEPLY CONCERNED ABOUT THE FUTURE OF OUR DEMOCRACY." <> In an interview with the AP

(5/26, Cassidy,Eggert), Michigan Secretary of State Jocelyn Benson (D) was asked about "GOP-controlled legislatures seeking to exert more control over election officials." Benson said, "I'm deeply concerned about the future of our democracy and about all of the things that we're seeing and have seen on a near weekly basis emerge throughout our country, but particularly in states that were high profile in 2020 – Michigan, Georgia, Arizona, Nevada – to consistently propagate the 'big lie,' propagate this idea, this falsehood that the election was anything but safe and secure, to codify legislation in furtherance of that and really undo a lot of the policies that led to such enormous turnout and security in 2020."

International News:

Africa:

AFTER MILITARY TAKEOVER, INTERIM PRESIDENT, PM OF MALI RESIGN. <> Reuters

(5/26) reports that the interim president and prime minister of Mail resigned on Wednesday, "two days after they were arrested by the military, an aide to the vice president said." Miliary forces "led by interim Vice President Assimi Goita, arrested President Bah Ndaw and Prime Minister Moctar Ouane and took them to a military base on Monday after a cabinet reshuffle in which two officers lost their posts." The actions by the military have jeopardized the nation's return to democracy after a coup last year.

SUSPECTED ISLAMIST ATTACK KILLS 22 IN THE DEMOCRATIC REPUBLIC OF CONGO. <> Reuters

(5/26) reports that at least 22 civilians were killed with knives and machetes in a night-time raid by suspected Islamist militants in the eastern part of the Democratic Republic Of Congo. The attack "comes more than three weeks after the government declared martial law in North Kivu and Ituri, two provinces bordering Uganda, in an attempt to stem worsening bloodshed."

UN OFFICIAL WARNS THAT ETHIOPIA'S TIGRAY REGION IS ON THE BRINK OF FAMINE. <> TheNew York Times

(5/26,Gladstone, 20.6M) reports that Mark Lowcock, the UN's under secretary general for humanitarian affairs, is warning that "famine is now knocking on the door of Ethiopia's Tigray region, where a civil war that erupted last year has drastically cut the food supply and prevented relief workers from helping the hungry." The Times says that "in a confidential note to the United Nations Security Council," Lowcock "said sections of Tigray, a region of more than 5 million people, are now one step from famine – in part because the government has obstructed aid shipments."

NBC: US "QUIETLY RETURNING" TO LIBYA. <> NBC News

(5/27, 4.91M) reports the US is "wading back into Libya, with the Biden administration launching a fresh diplomatic bid to pull the country out of a violent spiral and making plans to reopen the U.S. Embassy in Tripoli seven years after it was closed." Last week, the highest-ranking "US diplomat to visit the country since 2014 arrived in Tripoli, and the administration has deployed a team there to work out the daunting logistics of reopening the embassy, two sources familiar with the matter said." A State Department spokesperson said, "Our intent is to begin to resume operations in Libya as soon as the security situation permits and we have the necessary security measures in place. The process for that to occur, however, entails careful logistical and security planning, plus interagency coordination to meet security and legal requirements. "

REPORT ON ITALIAN AMBASSADOR'S DEATH IN CONGO INDICATES "POORLY PLANNED, CLUMSILY EXECUTED ACT." <> Reuters

(5/26, Holland, Katanty) reports from Goma, Democratic Republic of Congo that

28

a new incident report from the Virunga National Park Rangers regarding the "botched kidnapping" of Italian Ambassador Luca Attanasio "paints a picture of a poorly planned, clumsily executed act, and runs counter to the assumption among some officials and media at the time that Attanasio was the target of a carefully orchestrated operation." The report was "corroborated by three UN officials and an Italian judicial source – all with knowledge of probes into the attack." The attackers "never displayed awareness of ambassador Attanasio's identity or diplomatic status, two of the UN sources close to the investigations said."

Near East:

BLINKEN DEPARTS MIDDLE EAST WITH CEASE-FIRE INTACT, PLEDGES TO AID WITH REBUILDING. <> The New York Times

(5/26,Jakes, 20.6M) reports that as Secretary of State Antony Blinken left the Middle East on Wednesday, he "said he was returning to Washington from the brief but urgent visit with new promises to help fund a massive humanitarian and reconstruction effort in the Gaza Strip." Speaking to reporters in Amman after meeting with King Abdullah, Blinken said, "We see the cease-fire not as an end, but as a beginning – something to build on." Blinken "said Egypt had offered to contribute $500 million to rebuild Gaza, and noted Jordan's 'vital role' in working with the Palestinian Authority" in the West Bank.

Reuters

(5/26) reports that on Wednesday in Amman, Jordan, Blinken "said...he had a lengthy discussion with Egyptian President Abdel Fattah al-Sisi about Cairo's human rights record." Reuters adds that Blinken "also said he raised with Sisi the issue of Americans who have been detained in Egypt."

According to the AP

(5/26, Magdy,Federman), Blinken's "mission made little headway in resolving the deeper issues at the heart of the Israeli-Palestinian conflict." The AP adds, "After two days of talks with Israeli, Palestinian and Arab allies, Blinken acknowledged that any resumption of peace talks remained far off. In the meantime, he said he had made progress toward the more modest goals of cementing the cease-fire and rebuilding hard-hit Gaza."

Eviction Issue Continues To Test Cease-Fire. NBC Nightly News

(5/26, story 5, 1:40, Holt, 4.76M) reported, "That fragile cease-fire between Israel and Hamas is facing new pressure tonight over an Israeli plan to evict some Palestinians from their homes." NBC (Mitchell) added, "Protests today in East Jerusalem, where 700 more Palestinians are fighting evictions to make room for Jewish settlers. The first question I was asked when I got here is, 'What did Blinken say?'" about the situation. NBC (Mitchell) adds, "Today, they have

29

new hope after Blinken said Israel should stop demolishing their homes, trying to avoid a spark that could ignite another round of violence."

Boot: Preserving Status Quo With Iran Doesn't Boost Hamas. Max Boot writes in theWashington Post

(5/26, 10.52M) that "the right wing in Israel and the United States" believe "the recent 11-day Gaza war makes a compelling case against concluding a nuclear deal with Iran." However, Boot argues, the "negotiations to revive the nuclear deal are continuing. The Biden administration has not actually lifted sanctions on Iran." But that has not "hampered Hamas's ability to rocket Israel. ... It's hard to see how the U.S. exit from the JCPOA has hurt Hamas in any way. ... So I am struggling to figure out how preserving the status quo is enhancing Israel's security. Spoiler alert: It's not."

ASSAD VOTES IN FORMER REBEL STRONGHOLD, TOUTS ELECTION AS EVIDENCE OF SYRIAN UNITY. <> Reuters

(5/26) reports that on Wednesday, Syrian President Bashar al-Assad "voted...in an election certain to extend his rule...casting his ballot in the former rebel stronghold of Douma where a suspected chemical weapons attack in 2018 prompted Western air strikes." Assad said after voting, "Syria is not what they were trying to market, one city against the other and sect against the other or civil war. Today we are proving from Douma that the Syrian people are one."

According to the AP

(5/26,Aji), "The vote is the second presidential election since the country's conflict began 10 years ago and has been dismissed as a sham by the opposition and Western countries, including the United States. ... 'The Assad regime's so-called presidential election is neither free nor fair,' U.S. Secretary of State Anthony Blinken said in a Twitter post Wednesday." The AP says Assad "blasted countries that have dismissed the vote as illegitimate, saying most of those nations 'have colonial history' and 'we as a state are not concerned about such statements.'"

The Washington Post

(5/26, 10.52M) says the election "delivers a rebuke to a decade of Syria diplomacy by the United States and its allies aimed at securing a transition to democracy. By the time Assad's new term ends in 2028, he will have been in power for 28 years, topping the 27 years his father, Hafez, served as president."

CNN

(5/26, Karadsheh, 89.21M) reports on its website that in 2014, Assad "received 88.7% of the vote in an election that took place in government-controlled parts

of the country. At the time, opposition groups ran large swathes of Syria –
Assad's forces have since wrested control over most of that territory." On its
website,CBS News

(5/26, 5.39M) says, "Thanks to support from Russia that helped turn the tide
in the war, Assad's rule is no longer seriously threatened by ISIS or the
rebels who've enjoyed varying degrees of support from the West."

IRAQI FORCES ARREST MILITIA COMMANDER OVER ALLEGED INVOLVEMENT IN ATTACKS ON
AIR BASE USED BY US. <> Reuters

(5/26) reports that the Iraqi military said that security forces on Wednesday
arrested militia commander Qasim Muslih in a "move security sources said was
linked to attacks on a base that hosts U.S. forces." A pair of security sources
told the news outlet that Muslih "was arrested in Baghdad for involvement in
several attacks including recent assaults on Ain al-Asad air base, where U.S.
and other international forces are housed."

The AP

(5/26) reports "tensions mounted in Iraq's capital" on Wednesday after the
arrest. Shortly after, forces "affiliated with the PMF, which maintains offices
inside the heavily fortified Green Zone, were deployed surrounding Prime
Minister Mustafa al-Kadhimi's headquarters." Tensions reached a "fever pitch
when Iraqi security forces and the elite Counter-Terrorism Service were
deployed to protect the government and diplomatic missions, sparking fears of
violence. Some armed PMF factions gathered around the Green Zone's entrance
gates."

HAMAS LEADER SAYS 80 FIGHTERS KILLED. <> The AP

(5/26,Akram, Akram) reports Hamas' leader in the Gaza Strip "on Wednesday said
80 militants were killed during the 11-day war with Israel that ended last
week, providing the group's first official tally for losses sustained in the
fighting." Gaza's Hamas-run Health Ministry has "put the number of Palestinians
killed in the Israeli offensive this month at 254, including 66 children, 39
women, and 17 people above the age of 60" but did not provide "a breakdown
between civilians and combatants." Speaking to The Associated Press, "Hamas
leader Yehiyeh Sinwar said those killed last week included 57 members of his
group's armed wing, 22 members of the smaller Islamic Jihad group and one
member of a small group called the Popular Resistance Committees."

Iran:

IAEA HEAD: IRAN ENRICHING URANIUM AT WEAPONS-GRADE LEVEL. <> Insider

(5/26,Haltiwanger, 2.74M) reports Iran is enriching uranium "up to purity
levels that 'only countries making bombs are reaching,' the head of the UN's

31

nuclear watchdog warned in an interview with the Financial Times." Rafael Grossi, director-general of the International Atomic Energy Agency (IAEA), told the Times, "A country enriching at 60% is a very serious thing – only countries making bombs are reaching this level." Grossi added, "You cannot put the genie back into the bottle – once you know how to do stuff, you know, and the only way to check this is through verification. The Iranian programme has grown, become more sophisticated so the linear return to 2015 is no longer possible. What you can do is keep their activities below the parameters of 2015."

Europe:

WHO COVAX PROGRAM FALLS SHORT DESPITE INTENTIONS OF DEVELOPED NATIONS, VACCINE MANUFACTURERS. <> The Wall Street Journal

(5/26, A1,Steinhauser, Hinshaw, McKay, Subscription Publication, 8.41M) reports about why the WHO's COVAX program has struggled to provide shots to developing countries despite its good intentions. By December 2020, "Moderna, Pfizer, AstraZeneca, Sinopharm and Sputnik V had all announced promising efficacy results from clinical trials." However, concerns about coronavirus variants and material shortages caused agreements between the WHO, developed nations, and vaccine manufacturers to follow through.

WHO Needs More Information To Authorize Sinovac's COVID-19 Vaccine. The Wall Street Journal

(5/26, Deng,Hinshaw, Subscription Publication, 8.41M) reports the WHO is requesting more data from Sinovac as it considers approving the Chinese company's COVID-19 vaccine, Coronavac. While it is not clear what information is missing, the agency cleared another Chinese vaccine from rival Sinopharm around the same time it met to discuss Coronavac.

EU TELLS BRUSSELS COURT ASTRAZENECA FAILED TO FULFILL ITS VACCINE COMMITMENTS. <> The AP

(5/26,Petrequin) reports that on Wednesday, the European Union "took on vaccine producer AstraZeneca in a Brussels court...and accused the drugmaker of acting in bad faith by providing shots to other nations when it had promised them for urgent delivery to the EU's 27 member countries." According to the AP, "During an emergency hearing, the EU asked for the delivery of missing doses and accused AstraZeneca of postponing deliveries so the Anglo-Swedish company could service Britain, among others." The AP adds that AstraZeneca "denies any wrongdoing and said it has always done its best to fulfill delivery commitments."

The New York Times

(5/26, Pronczuk,Stevis-Gridneff, 20.6M) reports that "lawyers representing the bloc told the judges in a Brussels courtroom that they would seek €10 (about

32

$12) a dose for each day that delivery is delayed, along with €10 million a day for each of four alleged breaches of contract." According to the Times, "The bloc is demanding 90 million doses from the company by the end of June, and another 180 million by the end of September. The proposed penalties, if accepted by the judge, would begin on July 1 and could quickly balloon into billions of euros."

SLOVAKIA AUTHORIZES USE OF RUSSIA'S SPUTNIK V VACCINE. <> The AP

(5/26) reports that on Wednesday, Slovakia "became the second European Union country to authorize use of the Russian-made Sputnik V vaccine, which has not yet been approved by the bloc's drug regulator." According to the AP, "The Slovak government asked Health Minister Vladimir Lengvarsky – who has expressed reservations about the Russian COVID-19 vaccine – to make it available by June 7." The AP says Slovakia "has 200,000 doses of Sputnik V in stock but had not allowed its use until now."

FRANCE PRAISES YOUTUBE USERS WHO RESISTED VACCINE MISINFORMATION CAMPAIGN. <> TheAP

(5/26,Leicester) reports France's government offered "strong praise Wednesday to YouTubers and other social media influencers who resisted a mysterious effort to recruit them for a smear campaign to spread disinformation to their millions of young followers about the Pfizer COVID-19 vaccine." Multiple France-based influencers "with sizable audiences on Twitter, Instagram and other platforms said they were contacted with offers of hush-hush payments to make bogus claims about supposed deadly Pfizer vaccine risks."

Russia & Eurasia:

LUKASHENKO ACCUSES WEST OF ENGAGING IN "HYBRID WAR" AGAINST BELARUS. <> Axios

(5/26,Allassan, 1.26M) reports that on Wednesday, Belarus President Aleksandr Lukashenko, "who diverted a passenger airplane carrying a journalist and government dissident on board this week, defended his actions Wednesday as necessary to quell a bomb threat." Axios adds, "EU nations have banned Belarusian airlines, told European airlines not to fly over the country, and promised more economic sanctions. Lukashenko described the retaliation as a 'hybrid war' to 'strangle' Belarus."

Reuters

(5/26) reports that Lukashenko also alleged that Raman Pratasevich, the journalist "pulled off a plane that was forced to land in Minsk, had been plotting a rebellion." According to Reuters, "In his speech to parliament, Lukashenko gave no details of the 'bloody rebellion' he accused...Protasevich of planning." TheAP

33

(5/26, Karmanau) reports that Lukashenko "also warned his other foes abroad that the authorities will go after them," saying, "We know your faces, and it's just a matter of time for you to be brought to account before the Belarusian people."

The Washington Post

(5/26, 10.52M) reports that Lukashenko, who is "known for often outlandish remarks, suggested that by diverting the plane, he also prevented a potential nuclear catastrophe, as the airliner could have triggered the defense systems on the country's Astravec power plant." The Post reports that Lukashenko "said the decision to intercept the plane filled with Lithuanian tourists coming back from Greece was prompted by a bomb threat, which he now claims originated from Switzerland." The Post says Belarusian officials "previously said the threat came via email from Hamas."

Politico Europe

(5/26, 15K) reports that Lukashenko "also downplayed reports that the plane was forced to turn for Minsk by a fighter jet, putting the blame for the decision to land in the Belarusian capital on the crew, and saying that the fighter had been scrambled 'according to all the rules.'" Politico adds, "Those justifications are unlikely to lessen the outrage over the Ryanair incident, and its impact on European aviation."

The New York Times

(5/26,Troianovski, 20.6M) says that with his decision to divert the flight, Lukashenko has "ushered in a new and even more brittle phase in one of the post-Soviet region's most convoluted and consequential relationships: the one between" Lukashenko and Russian President Vladimir Putin. According to the Times, "The two are increasingly leaning on each other in the face of conflict with the West, but they have sharply diverging interests."

SASSE AMONG THOSE CRITICAL OF BIDEN'S DECISION TO MEET WITH PUTIN. <> CNBC

(5/26,Ellyatt, 7.34M) reports on its website that ahead of President Biden and Russian President Vladimir Putin's summit in Geneva next month, "there are doubts whether the summit can achieve much, given the poor state of relations." And CNBC adds that "not everyone is happy about the summit even going ahead." Sen. Ben Sasse (R-NE), a member of the Senate Select Committee on Intelligence, "was among those voicing disapproval of the Biden-Putin summit." Sasse released a statement reading: "We're rewarding Putin with a summit? ... Instead of treating Putin like a gangster who fears his own people, we're giving him his treasured Nord Stream 2 pipeline and legitimizing his actions with a summit. This is weak." Andrius Tursa, Central and Eastern Europe advisor at Teneo Intelligence, is quoted a saying, "The Russian state-owned media will spin the Putin-Biden summit in a way that emphasizes Russia's great power status and its

34

indispensable role in addressing various global challenges."

Rubin: Putin Summit "Doesn't Make The US Look 'Weak.'" The Washington Post

's (5/26, 10.52M) Jennifer Rubin writes that good behavior "has never been the precondition for US presidents meeting with adversarial powers," and that a "meeting in which Biden signals the free pass from the United States has expired may prompt Putin to more carefully assess the costs and benefits of future conduct. If that is the outcome, it will have been worth the trip."

China:

NSC'S KURT CAMPBELL: BROAD ENGAGEMENT WITH CHINA "HAS COME TO AN END." <> Bloomberg

(5/26, 3.57M) reports the US is entering a "period of intense competition with China as the government running the world's second-biggest economy becomes ever more tightly controlled by President Xi Jinping, the White House's top official for Asia said Wednesday." Speaking at a Stanford University event, Kurt Campbell, the US coordinator for Indo-Pacific affairs on the National Security Council, said, "The period that was broadly described as engagement has come to an end." Campbell predicts US policy toward China will now operate under a "new set of strategic parameters," adding that "the dominant paradigm is going to be competition." Chinese policies under Xi "are in large part responsible for the shift in U.S. policy, Campbell said, citing military clashes on China's border with India, an 'economic campaign' against Australia and the rise of China's 'wolf warrior' diplomacy." Beijing's behavior was "emblematic of a shift toward 'harsh power, or hard power' which 'signals that China is determined to play a more assertive role,' he said."

CRS: CHINA SUPPLYING NUCLEAR, MISSILE TECHNOLOGY TO NORTH KOREA, IRAN. <> The Washington Times

(5/26,Gertz, 626K) reports China is continuing to "sell dangerous nuclear technology and missiles around the world, mainly to North Korea and Iran, according to the Congressional Research Service." A CRS report published "earlier this month reveals that the Chinese government seems to have ceased direct involvement in nuclear arms proliferation and sales of complete missile systems in favor of hiding behind cutout entities." In specific, the report states the Chinese government "has apparently ended its direct involvement in the transfer of nuclear- and missile-related items, but Chinese-based companies and individuals continue to export goods relevant to those items, particularly to Iran and North Korea."

SENATE GOP COULD BLOCK BIPARTISAN PLAN TO CONFRONT CHINA. <> Politico (5/26, Desiderio, Bade, 6.73M) reports Senate Republicans "are indicating that they may derail debate on" a bipartisan measure "confronting China's growing

35

economic and geopolitical influence before the Senate leaves town for a recess later this week. Some in the GOP are pressing for more votes on their amendments to the China legislation, a top priority of Majority Leader Chuck Schumer." Sen. Mike Crapo (R-ID) "said he was particularly frustrated by what he described as Democratic leadership's refusal to consider a trade amendment" he has offered with Sen. Ron Wyden (D-OR). Politico says the "latest Republican resistance imperils Schumer's plans for a final vote on the bill, which allocates billions in new funding for scientific research and technology to counter China's economic rise."

The Hill

(5/26,Bolton, 5.69M) reports, "Some Republicans now say Schumer won't get the 60 votes he needs to advance the bill unless he relents and allows a vote on" the Crapo-Wyden measure. After Wednesday's lunch, a GOP senator said "'it would be hard to imagine' the China bill getting 10 Republican votes to advance until Schumer backs down and allows a vote on the Wyden-Crapo deal to update and reauthorize expired trade programs."

SENATE LEGISLATION WOULD ADD NATIONAL SECURITY REVIEWS OF CHINESE DONATIONS TO US UNIVERSITIES. <> Reuters

(5/26,Zengerle) reports US senators introduced legislation "on Wednesday that would require national security reviews of major Chinese gifts and contracts to US universities." They hope that limiting "such reviews to China alone would ease concerns in academia that reviews of foreign funding could threaten research." The measure, an "amendment to a broad bill seeking to boost U.S. competitiveness with China, would require the federal government's Committee on Foreign Investment in the United States (CFIUS) to review grants and contracts from China whose value exceeds $1 million." TheWashington Times

(5/26,Taylor, 626K) also reports.

TESLA TO ESTABLISH DATA CENTER IN CHINA FOR LOCAL DATA STORAGE. <> TechCrunch
(5/26, Liao,
502K) reports, Tesla "said it has established a data center in China to carry out the 'localization of data storage,' with plans to add more data facilities in the future, the company announced through its account on microblogging platform Weibo." All data generated "by Tesla vehicles sold in mainland China will be kept domestically." Tesla is acting in "response to new requirements drafted by the Chinese government to regulate how cameras- and sensors-enabled carmakers collect and utilize data."

CLOSED CHINESE CONSULATE IN HOUSTON WAS "MAJOR HUB" FOR ESPIONAGE, STUDY INDICATES. <> The Washington Times

(5/26,Lovelace, 626K) reports, "The Chinese consulate in Houston, ordered closed by the Trump administration last year, was a 'major hub' for Beijing's

36

global science and technology collection efforts, according to a newstudy

." Georgetown University's Center for Security and Emerging Technology "examined 642 'international technological cooperation opportunities' between 2015 and 2020 identified by Chinese diplomats and found the Houston post was the key hub for science and technology (S&T) collection globally." US critics "say intellectual property theft and piracy have been key to China's drive to close the technology gap with the U.S. and the West."

East Asia:

JAPAN FACING NEW COVID SURGE AHEAD OF SUMMER OLYMPICS. <> NBC Nightly News

(5/26, story 6, 1:30, Holt, 4.76M) reported that the Summer Olympics will open in eight weeks, but Japan is "reporting roughly 5,000 new COVID cases a day" and Tokyo OIC organizers "say they're not considering cancelling the Olympics." Japanese apprehension to cancel the Olympics is leading to new pressure both domestic and international, and US scientist "say 'calling off the games may be the safest option.'"

Henry Olsen writes in the Washington Post

(5/26, 10.52M) while there is growing pressure on Japanese Prime Minister Yoshihide Suga "to again postpone this summer's Olympic Games in Tokyo," the games "should go on as scheduled, and the world should chip in to help ensure the Japanese people stay safe as they do." Olsen argues the world "needs an example that life can be normal again."

ESPIONAGE TRIAL OF AUSTRALIAN BLOGGER TO OPEN IN CHINA ON THURSDAY. <> Reuters

(5/26) reports that a Chinese court "will hear an espionage case on Thursday against Australian blogger Yang Hengjun, detained by Chinese authorities two years ago as he arrived from New York, against a backdrop of worsening ties between the two nations." Details of the case "have been shrouded in secrecy," and Australia has "complained that Chinese authorities have not provided 'any explanation or evidence for the charges.'"

CAMPBELL: US HOPING FOR FALL QUAD MEETING ON INFRASTRUCTURE. <> Reuters

(5/26,Brunnstrom, Martina) reports that the US is "looking to convene an in-person meeting of its partners the Quad group of countries – Australia, India and Japan – in the fall with a focus on infrastructure in the face of the challenge from China," Kurt Campbell, President Biden's policy coordinator for the Indo-Pacific, said Wednesday. Speaking during an online event, Campbell said, "We want to look this fall to convene an in-person Quad and the hope will be to make a similar kind of engagement on infrastructure more generally," adding that if "there are other countries that believe that they'd like to engage and work with us, the door will be open as we go forward."

37

KIM VOWS "UNCOMPROMISING STRUGGLE" TO BUILD SOCIALISM IN NORTH KOREA. <> The AP

(5/27,Kim) reports North Korean leader Kim Jong Un has "vowed an 'uncompromising struggle' against anti-socialist elements at home, state media reported Thursday, as he tries to fortify his power amid pandemic-related difficulties and US-led economic sanctions." Kim's comments come "as doubts increase about both North Korea's economy and whether it will engage in serious disarmament talks with Washington."

MCCONNELL PRAISED ADMINISTRATION FOR BURMA COUP RESPONSE. <> The Hill

(5/26,Axelrod, 5.69M) reports that Senate Minority Leader McConnell "offered rare praise Wednesday for the Biden Administration over its response to the military coup in Myanmar." McConnell said, "I have been in close touch with the Biden Administration on Burma, discussing how to best support opposition to the junta while standing up new targeted sanctions and export licensing bans to hit the leaders of the military coup where it hurts: in the wallet. And I've been encouraged by the Administration's swift response."

US ENVOY CONFIDENT TAIWAN CAN DEAL WITH SPIKE ON COVID CASES. <> Reuters

(5/26) reports that on Wednesday, Brent Christensen, "the outgoing de facto U.S. ambassador in Taipei," maintained that he is "confident Taiwan could control a spike in COVID-19 cases, noting its infection numbers remained quite low, and that they were in talks on vaccines though did not say shots were on the way." According to Reuters, "After months of relative safety, Taiwan is battling a surge in domestic COVID-19 cases, but has only vaccinated around 1% of its more than 23 million people." Last week, Taiwan's health minister "spoke to his U.S. counterpart to ask for help after President Joe Biden said he would send at least 20 million more COVID-19 vaccine doses abroad by the end of June."

South Asia:

TALIBAN WARNS AFGHANISTAN'S NEIGHBORS AGAINST HOSTING US TROOPS. <> Reuters

(5/26) reports that on Wednesday, the Taliban "warned nearby nations against allowing the United States to use their territory for operations in the country after they withdraw from Afghanistan." According to Reuters, "Experts and diplomats have speculated that Washington's future role in the region could include bases in nearby countries, especially Pakistan." Reuters adds that "in recent days, there has been a spate of talks between senior Pakistani and U.S. officials, including a meeting between Biden's National Security Adviser Jake Sullivan and his Pakistani counterpart."

US Carrier To Move To Support Afghan Withdrawal. In an "exclusive," the Wall Street Journal

(5/26,Youssef, Lubold, Subscription Publication, 8.41M) reports that the Pentagon is expected to move the USS Ronald Reagan, the only carrier in the Asia-Pacific region, toward the Middle East to support the withdrawal of US forces. The warship is expected to depart its home port of Yokosuka, Japan and head for the region this summer, and operate there for three to four months.CNN

(5/27, 89.21M) reports analysts "say the move could leave a gap in US carrier coverage in East Asia at a time when Beijing is turning up the heat over the South China Sea and Taiwan."

In an editorial, the Wall Street Journal
(5/26,
Subscription Publication, 8.41M) says that the move will leave the US without a carrier in the Western Pacific, which sends a clear message that the US needs to boost its naval assets and adjust its strategies to current realities.

PAKISTANI JOURNALIST ALLEGES INTELLIGENCE AGENTS ATTACKED HIM IN HIS APARTMENT. <> The AP

(5/26) reports a journalist critical of "Pakistan's powerful military and intelligence agencies was severely beaten by three unidentified men in an attack at his apartment in Islamabad, the journalist and colleagues said Wednesday." Asad Ali Toor, who works "for the Aaj News Pakistani TV channel, told police in a statement the attackers claimed they were intelligence agents."

WHATSAPP SUES INDIAN GOVERNMENT OVER MESSAGE TRACEABILITY RULES. <> The AP

(5/26, Saaliq,Soo) reports new regulations for technology companies that operate in India prompted WhatsApp to file a lawsuit "in the Delhi High Court." The suit, which was filed against India's government, alleges that "rules regarding the traceability of messages are unconstitutional and undermine the fundamental right to privacy." WhatsApp "uses end-to-end encryption for its messaging service, which encrypts messages in such a way that no one apart from the sender and receiver are able to read the messages sent between them."Reuters

(5/26,Menn) reports that when it was asked to comment on its suit, WhatsApp stated, "Requiring messaging apps to 'trace' chats is the equivalent of asking us to keep a fingerprint of every single message sent on WhatsApp, which would break end-to-end encryption."

NYTIMES: OFFICIAL FIGURES "GROSSLY UNDERSTATE" PANDEMIC IMPACT IN INDIA. <> The New York Times

(5/25, Gamio, Glanz, 20.6M) examines the ongoing COVID surge in India, and, while India "recorded the largest daily death toll for any country during the pandemic," the official figures "grossly understate the true scale of the

pandemic." The Times interviewed a variety of public health experts to better understand the scope of the tragedy facing India, and their assessment found that estimated infections and death "far exceed official figures." The "most pessimistic" conclusions "show a toll on the order of millions of deaths — the most catastrophic loss anywhere in the world."

Western Hemisphere:

AMLO'S PARTY EXPECTED TO MAINTAIN CONTROL OF LOWER HOUSE. <> Reuters

(5/26) reports Mexican President Andres Manuel Lopez Obrador's "National Regeneration Movement (MORENA) and its allies are expected to maintain control of the lower house of Congress in elections on June 6, but with fewer seats, an opinion poll showed Wednesday." The May 15-18 survey "of 1,500 registered voters by polling firm GEA-ISA showed the leftist MORENA winning 209 seats in the 500-seat lower house, compared to the 253 it currently holds." MORENA's allies the "Green Party and the Labor Party were seen picking up 50 seats between them to ensure a majority, giving their alliance 259 in total, the poll said."

MAYORAL CANDIDATE KILLED IN MEXICO, 34TH OF THIS ELECTION CYCLE. <> The AP

(5/26,Arredondo) reports Mexican mayoral candidate Alma Barragán was killed Tuesday "while campaigning for the mayorship of the city of Moroleón in violence-plagued Guanajuato state." Barragán's death brings "to 34 the number of candidates murdered nationwide ahead of the June 6 elections." President Andrés Manuel López Obrador "said Wednesday the killing was 'without doubt' the work of organized crime gangs."

FORMER BOLIVIAN INTERIOR MINISTER ARRESTED IN US FOR MONEY LAUNDERING. <> The AP

(5/26,Goodman) reports Bolivia's former interior minister "has been arrested in the US for allegedly taking part of $602,000 in kickbacks from Florida-based businessmen accused of selling tear gas at inflated prices to the conservative government of former interim President Jeanine Áñez." Arturo Murillo was charged "with a single count of conspiring to commit money laundering, according to a Department of Justice statement on Wednesday."

Cybersecurity:

COLONIAL PIPELINE REBUFFED TSA SECURITY REVIEW BEFORE HACK. <> The Wall Street Journal

(5/26,Uberti, Subscription Publication, 8.41M) reports that Colonial Pipeline Co. last year did not submit to a requested federal security review of its facilities and was in the process of arranging a separate audit of its computer networks when it was hacked earlier this month. The Journal adds that it is

40

unclear if the TSA security assessment would have uncovered network vulnerabilities that were exploited by the hacking group DarkSide, authorities said.

TSA, CISA Working With Private Companies On Cybersecurity. The AP

(5/25) reports TSA and CISA "are working with private companies to address cyber threats," according to statements by DHS.. "The Biden Administration is taking further action to better secure our nation's critical infrastructure," it said. The American Petroleum Institute "said in a statement that its members are working with the administration to develop reporting policies and that any new regulations" should include "reciprocal information sharing and liability protections."

The Washington Post

(5/26,Schaffer, 10.52M) reports DHS plans to go "even further in coming weeks, releasing mandatory cybersecurity protections that pipeline companies must implement and steps they must take if they're hacked." The companies would face "financial penalties if they fall short on those cyber protections." Federal agencies are themselves "still far behind in protecting against cyberattacks that tunnel in through their web of IT contractors, a government auditor yesterday told lawmakers on the House Committee on Science Space and · Technology."

NPR

(5/26,Schneider, 3.69M) also reports.

GAO: Federal Agencies "Struggling" With Supply Chain Security. Gov Info Security

(5/26,McGee) reports more than five months "after the SolarWinds supply chain attack came to light, federal agencies continue to struggle with supply chain security, according to a Government Accountability Office official who testified at a congressional hearing Tuesday." Since the attack, "only a handful of executive branch departments have made updates to their security protocols, and none are fully protected against these types of intrusions, Vijay D'Souza, GAO's director of information technology and cybersecurity, testified." The GAO released an "audit in December 2020 that found 14 of 23 large federal agencies had not implemented any of seven supply chain risk management practices that the agency had previously recommended." Since that report was "released, only six of the 23 agencies have provided the GAO with updates about plans to implement more of the supply chain risk management protections, D'Souza told members of Congress."

BIDEN BUDGET REQUEST TO GROW CYBER COMMAND. <> Politico

41

(5/26,Matishak, Seligman, 6.73M) reports President Biden's upcoming "budget request will propose growing US Cyber Command's main digital warfighting force over the next two years, according to two people familiar with the request, as the new administration reels from a series of cyberattacks." Biden wants to "increase the size of the Cyber Mission Force – a cadre of roughly 6,200 personnel culled from the military branches and divided into 133 teams – by about 600 people, or 10 percent." The exact "composition of the proposed teams remains unclear, one of the people said." Such a move "would mark the first expansion of the Cyber Mission Force since its structure was set in 2012."

RUSSIA'S FSB REPORTS "UNPRECEDENTED" HACKING CAMPAIGN. <> Reuters

(5/26) reports foreign hackers compromised "Russian federal agencies in a digital espionage campaign that Russian officials described as unprecedented in scope and sophistication." The "little-noticed report" published this month by the FSB and Rostelecom-Solar provides an "unusually detailed look at a purportedly state-backed cyber spying operation aimed at the Russian state." Citing the hackers' "'thorough preparation' and their intimate knowledge of Russian antivirus firm Kaspersky Lab's software," the report said, "Assessing the attackers' level of preparedness and qualification...we are inclined to refer to this group as cyber mercenaries, pursuing the interests of a foreign state." Kaspersky told Reuters it "was aware of the report, but had no information to suggest that the hackers had exploited any vulnerabilities in its products."

FACEBOOK: RUSSIA TOP PRODUCER OF DISINFORMATION. <> The Washington Post

(5/26, 10.52M) says "a Facebook report released Wednesday says that Russia is still the largest producer of disinformation." According to the Post, Facebook "says it has uncovered disinformation campaigns in more than 50 countries since 2017," and the report "highlights how such coordinated efforts have become more sophisticated and costly to run in recent years – even as these operators struggle to influence large numbers of people as they once did."

CNN

(5/26,Fung, 89.21M) reports that in addition to Russia, Iran was also tagged as a major producer of disinformation. However, during the 2020 elections, "it was US domestic actors, not foreign operatives, who were increasingly responsible for sowing disinformation."

The AP

(5/26,Lardieri) reports that according to the "report, of the 150 networks Facebook has dismantled since 2017, 45% were targeting domestic audiences, with 38% targeting countries abroad. Of the countries most frequently targeted by foreign disinformation networks, the US was the top target, followed by Ukraine and the United Kingdom."

42

NBC News

 (5/26, 4.91M) reports Facebook "says it shut down 150 networks of fake accounts between 2017 and the end of 2020." Facebook doesn't attribute "the campaigns to governments, but many of the Russian and Iranian campaigns had all the hallmarks of intelligence influence operations, private researchers said." The report does not cover "the post-election misinformation campaign that paved the way for the Jan. 6 capital riots, which did not involve fake accounts."

Sex Trafficking Survivor Asks Facebook To Delay End-To-End Encryption Messaging Plan. The Daily Dot

 (5/26, Goforth, 353K) reports "sex trafficking survivor Sarah Cooper" asked Facebook to study sex trafficking on its site "before it adds additional end-to-end encryption to its messaging services." Cooper made that request on Wednesday, during "Facebook's annual shareholders meeting." Copper's request comes after a US Department of Justice push to gain access to encrypted messages prompted some, including a Tufts University computer security professor named Susan Landau, to express concern. In 2019, Landau stated, "It is very easy to listen in on communications. Securing data is a clear national security interest." But on Wednesday, Cooper said a failure to delay implementing Facebook's end-to-end encryption messaging plan would make Facebook "one of the world's most dangerous platforms for children." Cooper said Facebook "should absolutely delay expanding encryption on its platform until it can protect children."

HACKERS RELEASE NEW ZEALAND PATIENT DATA. <> The Hill

 (5/26,Miller, 5.69M) reports hackers sent patient data "stolen during an attack on New Zealand's Waikato District health system to local media outlets on Wednesday, with the outlets declining to publish the sensitive information." The Waikato District Health Board (DHB) "confirmed the attack" in a statement Wednesday, saying that it is "aware that the media have received what appears to be personal and patient information from Waikato DHB information systems."

CANADA POST NOTIFIES BUSINESS CUSTOMERS OF "DATA BREACH AFFECTING 950K CUSTOMERS." <> CTV News (CAN)

 (5/26, 278K) reports the Canada Post has informed "44 of its large business customers that information relating to more than 950,000 customers was compromised after one of its suppliers fell victim to a malware attack late last week." On Wednesday, the postal agency "announced that Commport Communications, an electronic data interchange solution supplier, had notified them that manifest data held in their systems, which are associated with Canada Post customers, had been 'compromised' in an attack on May 19."

BIPARTISAN ENCRYPTION BILL INTRODUCED IN HOUSE. <> MeriTalk

43

(5/26, Polit) reports Reps. Ted Lieu (D-CA) and Nancy Mace (R-SC) led a "bipartisan group of legislators in reintroducing the Ensuring National Constitutional Rights for Your Private Telecommunications (ENCRYPT) Act." The legislation, which was "first introduced in 2016, would supersede state and local government encryption laws to ensure a uniform, national policy for the interstate issue of encryption technology."

Editorial Roundup:

WASHINGTON POST. <> "Who Were The First Coronavirus Cases? China Should Help Solve The Mystery." The Washington Post

(5/26, 10.52M) argues that the ongoing international investigation into COVID's origins is critical, and China "should help solve this mystery, but it so far has thrown a cloak over it." While China "steadfastly denies there was an inadvertent leak from the Wuhan Institute of Virology," the only way to resolve the question of China's potential culpability is to support the WHO's ongoing investigation.

"John Warner Was The Kind Of Republican The Country Needs Now." The Washington Post

(5/26, 10.52M) said that while former Sen. John W. Warner (R-VA) was a "rock-ribbed Republican," his "brand of Republicanism — suspicious of populism, repelled by extremists, prizing principle over partisanship — is all but unrecognizable today." The Post notes that he endorsed by Hillary Clinton in 2016 and Joe Biden in 2020. Today, the Post concludes, "in an era of lockstep party loyalty, Mr. Warner may look like a throwback. In fact, he was the embodiment of patriotic public service."

WALL STREET JOURNAL. <> "The Virus Lab Theory's New Credibility." The Wall Street Journal

(5/26, Subscription Publication, 8.41M) examines the efforts made by scientists, media personalities, and government officials to disregard the lab-leak COVID origin theory last year, and it criticizes the slow reversal of opinion over the past few months. The Journal calls on scientists and other experts to conduct a thorough investigation in order to better protect the US from future pandemic threats.

"The Proxy Coup At Exxon."

"Illinois's Big Labor Bill Of Rights."

"The Missing Aircraft Carrier." The Wall Street Journal
(5/26,
Subscription Publication, 8.41M) says in an editorial that on Wednesday, the

Pentagon will dispatch the USS Ronald Reagan to the Middle East to cover the U.S. and NATO withdrawal from Afghanistan, thus leaving the U.S. without a carrier in the Western Pacific for several months. The Journal refers to this move by President Biden as a misuse of naval resources, commenting that it would have made more sense for the U.S. to remain in Afghanistan with reduced forces.

The Big Picture:

HEADLINES FROM TODAY'S FRONT PAGES. <>

Wall Street Journal:
Oil Giants Are Dealt Major Defeats On Climate-Change As Pressures Intensify

Biden Calls For Intelligence Report On Origins Of Covid-19

Why A Grand Plan To Vaccinate The World Against Covid Unraveled

Cities Reverse Defunding The Police Amid Rising Crime

Google Strikes Deal With Hospital Chain To Develop Healthcare Algorithms

Americans Are On The Move. Their Stuff Doesn't Always Follow.


Washington Post:
Biden Asks For Report On Virus's Origins

Group's Legal Blitz Deters Vaccine Mandates

Worker Fatally Shoots 8 At Calif. Rail Yard

Stockholders, Court Deliver Reckoning To Big Oil

5-Term Senator From Va. Often Went His Own Way

Amazon Expands Its Hollywood Ambitions


Financial Times:
Cummings Launches Stinging Attack On Johnson And Handling Of Covid Crisis

Climate Activists Hail Breakthrough Victories Over Exxon And Shell

Labour Shortages Hit Advanced Economies Despite Many Out Of Work

Amazon Agrees Deal To Buy MGM For $8.45BN

Story Lineup From Last Night's Network News:
ABC: San Jose Shooting; COVID Origins; COVID Update; Severe Weather; California-BB Gun Shootings; Idaho-Daybell Case; Amazon-Noose At Work Site; Sen. John Warner Death; Chadwick Boseman Tribute; Man With Down Syndrome Hired Full Time At UPS.
CBS: San Jose Shooting; COVID Origins; Memorial Day Travel; COVID Update; Severe Weather; Idaho-Daybell Case; COVID-Immunocompromised Folks; Sen. John Warner Death; Amazon-MGM; Boston-Apartment Fire; Lunar Eclipse; Remembering Samuel E. Wright.
NBC: San Jose Shooting; COVID Origins; COVID Update; Marjorie Taylor Greene Comments; Israel/Gaza; Tokyo Olympics; Sen. John Warner Death; Amazon-MGM; Los Angeles-Criminal Justice System; 10-Year-Old Chess Master.

Network TV At A Glance:
San Jose Shooting – 11 minutes, 0 seconds
COVID Origins – 7 minutes, 30 seconds
COVID Update – 7 minutes, 30 seconds
Sen. John Warner Death – 0 minutes, 55 seconds

Copyright 2021 by Bulletin Intelligence LLC Reproduction or redistribution without permission prohibited. Content is drawn from thousands of newspapers, national magazines, national and local television programs, radio broadcasts, social-media platforms and additional forms of open-source data. Sources for Bulletin Intelligence audience-size estimates include Scarborough, GfK MRI, comScore, Nielsen, and the Audit Bureau of Circulation. Data from and access to third party social media platforms, including but not limited to Facebook, Twitter, Instagram and others, is subject to the respective platform's terms of use. Services that include Factiva content are governed by Factiva's terms of use
. Services including
embedded Tweets are also subject to Twitter for Website's information and privacy policies . The Director
of National Intelligence News Summary is published five days a week by Bulletin Intelligence, which creates custom briefings for government and corporate leaders. We can be found on the Web at BulletinIntelligence.com, or called at (703) 483-6100.

Watch Officer – Team 1| DNI Watch
Office of the Director of National Intelligence

=======================================================
Classification: UNCLASSIFIED