FILED 6 JUL '26 11:30USDC-ORP

# REQUEST FOR JUDICIAL NOTICE
# PLAINTIFFS' EXHIBIT 2

FILED 6 JUL '26 11:30USDC-ORP

≡

(https://www.dia.mil/)

Facilities Operating Status    (/Home/Facility-Operating-Status/)    Employee Resources (/Employee-Resources)

Search DIA    Q

FOIA ELECTRONIC READING ROOM

HOME (/) / FOIA (/FOIA.ASPX) / ELECTRONIC READING ROOM

# FOIA READING ROOM

The 1996 amendments to the Freedom of Information Act (FOIA) mandate publicly accessible "electronic reading rooms" with agency FOIA response materials and other information routinely available to the public. This page is designed to allow access to records which have been previously released under the provisions of Title 5, Section 552, Freedom of Information Act. These records will reflect deletion of portions of the information in accordance with the FOIA's nine enumerated exemption categories.

Beginning September 1, 2022, updates are posted monthly. The monthly update will have a "New Content" notification next to the added subject.

Chief FOIA Officer Reports (https://open.defense.gov/Transparency/FOIA.aspx)    |
Annual Reports (https://pclt.defense.gov/DIRECTORATES/FOIA/DoD-Annual-Reports-to-AG.aspx)

FOIA Logs        Status Updates

FOIA Request Log 2001 (/Portals/110/Documents/FOIA/All PDFs/FOIA_Request_Log_2001.pdf)

FOIA Request Log 2002 (/Portals/110/Documents/FOIA/All PDFs/FOIA_Request_Log_2002.pdf)

FOIA Request Log 2003 (/Portals/110/Documents/FOIA/All PDFs/FOIA_Request_Log_2003.pdf)

FOIA Request Log 2004 (/Portals/110/Documents/FOIA/All PDFs/FOIA_Request_Log_2004.pdf)

FOIA Request Log 2005 (/Portals/110/Documents/FOIA/All PDFs/FOIA_Request_Log_2005.pdf)

FOIA Request Log 2006 (/Portals/110/Documents/FOIA/All PDFs/FOIA_Request_Log_2006.pdf)

FOIA Request Log 2007 (/Portals/110/Documents/FOIA/All PDFs/FOIA_Request_Log_2007.pdf)

FOIA Request Log 2008 (/Portals/110/Documents/FOIA/All PDFs/FOIA_Req~ ~ ~ ~ ~ ~)

FOIA Request Log 2009 (/Portals/110/Documents/FOIA/All PDFs/FOIA_Request_Lo    Back to top

FOIA Request Log 2010 (/Portals/110/Documents/FOIA/All PDFs/FOIA_Request_Log_2010.pdf)

FOIA Request Log 2011 (/Portals/110/Documents/FOIA/All PDFs/FOIA_Request_Log_2011.pdf)

FOIA Request Log 2012 (/Portals/110/Documents/FOIA/All PDFs/FOIA_Request_Log_2012.pdf)

FOIA Request Log 2013 (/Portals/110/Documents/FOIA/All PDFs/FOIA_Request_Log_2013.pdf)

FOIA Request Log 2014 (/Portals/110/Documents/FOIA/All PDFs/FOIA_Request_Log_2014.pdf)

FOIA Request Log 2015 (/Portals/110/Documents/FOIA/All PDFs/FOIA_Request_Log_2015.pdf)

FOIA Request Log 2016 (/Portals/110/Documents/FOIA/All PDFs/FOIA_Request_Log_2016.pdf)

FOIA Request Log 2017 (/Portals/110/Documents/FOIA/All PDFs/FOIA_Request_Log_2017.pdf)

FOIA Request Log 2018 (/Portals/110/Documents/FOIA/All PDFs/FOIA_Request_Log_2018.pdf)

FOIA Request Log 2019 (/Portals/110/Documents/FOIA/All PDFs/FOIA_Request_Log_2019.2.pdf)

FOIA Request Log 2020 (/Portals/110/Documents/FOIA/All PDFs/FOIA_Request_Log_2020.pdf)

FOIA Request Log 2021 (/Portals/110/Documents/FOIA/All PDFs/FOIA_Request_Log_2021.pdf)

FOIA Request Log 2022 (/Portals/110/Documents/FOIA/All PDFs/FOIA_Request_Log_2022.pdf)

FOIA Request Log 2023 (/Portals/110/FY%202023%20FOIA%20Log.pdf)

# 5 U.S.C. § 552(A)(2)(D) RECORDS

## CLICK TO VIEW THE READING ROOM RECORDS GUIDE

| Search our records... | Search | Clear |
|---|---|---|

| Americas & Transregional Threat Center | ▼ |
|---|---|
| China Mission Group | ▼ |
| Congressional Relations | ▼ |
| Contracts and Finance | ▼ |
| Europe Eurasia Reginal Center | ▼ |
| Indo-Pacific Regional Center | ▼ |
| Information Technology | ▼ |
| Medical | ▲ |

2020.10.20_14.12.57.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237880/)   ...
A_Pneumonia_Outbreak_Associated_With_A_New_Coronavirus.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/238104/)   ...
AFMIC_Weekly_Wire_10-91.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237887/)   ...
AFMIC_Weekly_Wire_11-91.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237877/)   ...
AFMIC-1810R-037-90.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/238051/)   ...
Alternative_Analysis_The_Next_12_Months_of_COVID-19.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237830/)   ...
Annual_Foreign_Material_Exploitation_Report.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237902/)   ...
Campaign_Analysis_Report(1).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237836/)   ...
Campaign_Analysis_Report(2).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237832/)   ...
Caserma_Ederle_Army_Base_Email_Thread(2).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250024/)

**Back to top** ⬆

Caserma_Ederle_Army_Base_Email_Thread.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250018/) ...

CICG_Workforce_Update(1).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237822/) ...

CICG_Workforce_Update(2).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237825/) ...

CICG_Workforce_Update(3).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237848/) ...

CICG_Workforce_Update(4).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237795/) ...

CICG_Workforce_Update(5).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237813/) ...

CICG_Workforce_Update(6).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237811/) ...

CICG_Workforce_Update(7).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237803/) ...

CICG_Workforce_Update(8).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237809/) ...

Coexistence_Of_Multiple_Coronaviruses_In_Several_Bat_Colonies.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/238013/) ...

Coordinition_Meeting_Email_Thread(10).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250030/) ...

Coordinition_Meeting_Email_Thread(11).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250028/) ...

Coordinition_Meeting_Email_Thread(12).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250029/) ...

Coordinition_Meeting_Email_Thread(13).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250031/) ...

Coordinition_Meeting_Email_Thread(14).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250032/) ...

Coordinition_Meeting_Email_Thread(15).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250033/) ...

Coordinition_Meeting_Email_Thread(16).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250034/) ...

Coordinition_Meeting_Email_Thread(17).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250035/) ...

Coordinition_Meeting_Email_Thread(18).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250036/) ...

Coordinition_Meeting_Email_Thread(19).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250037/) ...

Coordinition_Meeting_Email_Thread(2).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250022/) ...

Coordinition_Meeting_Email_Thread(3).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250021/) ...

Coordinition_Meeting_Email_Thread(4).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250019/) ...

Coordinition_Meeting_Email_Thread(5).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250020/) ...

Coordinition_Meeting_Email_Thread(6).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250025/) ...

Coordinition_Meeting_Email_Thread(7).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250023/) ...

Coordinition_Meeting_Email_Thread(8).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250026/) ...

Coordinition_Meeting_Email_Thread(9).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250027/) ...

Coordinition_Meeting_Email_Thread.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250039/) ...

Coronavirus_Nomenclature_And_Note_To_Briefer.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250038/) ...

Coronavirus_Research_Capabilities.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250044/) ...

COVID_19_Vaccine_And_Therapy_Development_Update_Ready_For_OSG-L.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237801/) ...

COVID_19_Vaccine_And_Therapy_Development_Update_SG_DSG_EEL.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237791/) ...

COVID-19_Pandemic_Warning_And_Origins.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237954/) ...

COVID-19_Serology_POC_Test_Kit_SOP.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237805/) ...

COVID-19_Testing_White_Paper.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237797/) ...

DI_Info_paper_COVID_19_Warning_Timeline-Final(1).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237786/) ...

DI_Info_paper_COVID_19_Warning_Timeline-Final(2).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237775/) ...

DI_Info_paper_COVID_19_Warning_Timeline-Final(3).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237769/) ...

DI-1813-IZ-02_Health_Services_Assessment_Iraq.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237947/) ...

DI-1813-IZQ-99_Health_Services_Assesment_Iraq.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237817/) ...

DIA_F_03254_A_Biosafety_Requirements_For_Handling_BSL-4.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/241332/) ...

DIA_F_04053_A_Key_Civilian_Medical_Infrastructure.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/241336/) ...

DIA_F_14584_A_China's_Ministry_Of_Science_And_Technology.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/241333/) ...

DIA_F_14584_B_China's_Ministry_Of_Science_And_Technology.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/241335/) ...

DIA_F_20461_A_Beijing_IBP's_BSL-3.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/241334/) ...

DIA_Reconstitution_Plan_Draft.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237821/) ...

Director_Update.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237839/) ...

Directors_Daily_Update_27_March.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237779/) ...

Disease_Occurence_Worldwide_DI-1812-276-03.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237777/) ...

Disease_Occurence_Worldwide_DI-1812-315-03.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237789/) ...

Disease_Occurence_Worldwide_DI-1812-316-03.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237771/) ...

Disease_Occurence_Worldwide_DI-1812-317-03.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237807/) ...

Disease_Occurence_Worldwide_DI-1812-323-03.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237766/) ...

Disease_Occurence_Worldwide_DI-1812-325-03.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237764/) ...

Disease_Occurence_Worldwide_DI-1812-331-03.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237773/) ...

Disease_Occurence_Worldwide_DI-1812-341-03.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237761/) ...

Disease_Occurence_Worldwide_DI-1812-435-03.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237763/) ...

DR_OPS_Update(1).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237767/) ...

DR_OPS_Update(2).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237752/) ...

DR_OPS_Update(3).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237747/) ...

Back to top

DR_OPS_Update(4).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237757/) ...

DR_OPS_Update(5).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237743/)  ...

DR_OPS_Update(6).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237745/)  ...

DR_OPS_Update(7).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237749/)  ...

DR_OPS_Update(8).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237740/)  ...

DR_OPS_Update(9).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237742/)  ...

DR_OPS_Update_Draft.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237834/)  ...

DR_Prep_Due_Out_Coronavirus_Talking_Points.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237755/)  ...

DR_Update_COVID-19_Integration_and_Coordination_Group.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237730/)  ...

DST-2660Z-231-93_Annual_Medical_Intelligence_Summary.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/238001/)  ...

Environmental_Health_Risk_Assessment_Iraq_DI-1816-IRQ.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237751/)  ...

Evening_Shift_Handoff.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250055/)  ...

Follow_Up_Questions_Email_Thread(2).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250042/)  ...

Follow_Up_Questions_Email_Thread.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250040/)  ...

Follow-up_Covid-19_Email_Thread(2).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250049/)  ...

Follow-up_Covid-19_Email_Thread.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250054/)  ...

Follow-up_Question_Email_Thread.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250041/)  ...

Foreign_Medical_Material_Exploitation_Annual_Report.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237784/)  ...

FW-Daily_NCMI_Novel_Coronavirus_Update.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237738/)  ...

FW-Hope_This_Helps(1).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237855/)  ...

FW-Hope_This_Helps(2).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237867/)  ...

FW-Hope_This_Helps(3).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237870/)  ...

FW-Hydroxychloroquine_and_Azithromycin_Drug_Combination_Tasker_Response(1).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237727/)  ...

FW-Hydroxychloroquine_and_Azithromycin_Drug_Combination_Tasker_Response(2).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237735/)  ...

FW-INFO-Daily_NCMI_Novel_Coronavirus_Update.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237759/)  ...

FW-Some_Bullets(1).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237882/)  ...

FW-Some_Bullets(2).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237889/)  ...

FW-Some_Bullets(3).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237861/)  ...

Health_Threats_and_Assessments_Desert_Storm.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237925/)  ...

Hypothetical_Lab_Origin_of_SARS_COV-2.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/243315/)  ...

Infectious_Disease_Risk_Assessment_Iraq_DI-1812-IRQ(1).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237736/)  ...

Infectious_Disease_Risk_Assessment_Iraq_DI-1812-IRQ(2).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237731/)  ...

Iraq_Leishmaniasis_Cases_Continue_to_Occur_Among_US_Forces_In_Iraq.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237788/)  ...

Iraq_Naturally_Occurring_Q_Fever_Poses_Low_Risk.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237794/)  ...

Iraq_Risk_Of_Bloodborne_Infection_In_US_Forces.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237780/)  ...

LGM_Notes(1).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237725/)  ...

LGM_Notes(2).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237729/)  ...

LGM_Notes(3).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237733/)  ...

LGM_Notes(4).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237720/)  ...

Lin_RaTG13_Data_Concerns.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237914/)  ...

List_Of_Questions.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237854/)  ...

Lu_At_Al_2020(1).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/238023/)  ...

Lu_At_Al_2020(2).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237969/)  ...

Medical_And_Chemical_Defense_In_Desert_Storm.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237718/)  ...

Middle_East_Malaria_Distribution_Update_In_Iraq_And_The_Surrounding_Region.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237792/)  ...

NCMI_COVID-19_Production_And_WATCHCON_Changes.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237710/)  ...

NCMI_Discussion_LTG_Stewart_On_COVID-19.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237709/)  ...

OCC_s_Draft_For_Review_RE- COVID-19.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237726/)  ...

One-page_Primer_On_Covid-19_Virus.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250043/)  ...

Origin_Of_Covid-19_Outbreak_Remain_Unkown(1).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/246071/)  ...

Origin_Of_Covid-19_Outbreak_Remain_Unkown(2.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/246069/)  ...

Origin_Of_Covid-19_Outbreak_Remain_Unkown(3).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/246068/)  ...

Origins_Discussion.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237828/)  ...

Origins_Way_Forward_Email_Thread.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250045/)  ...

OSG_COVID_19_Vaccine_And_Therapy_Development.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237711/)  ...

Plan_For_The_Transfer_Of_The_Armed_Forces_Medical_Intelligence_Center_And_The_MI.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237716/)  ...

Pradhan_Et_Al_2020(1).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237960/)  ...

Pradhan_Et_Al_2020(2).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237935/)  ...

Question_For_Email_Thread(2).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250046/)  ...

Question_For_Email_Thread.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250047/)  ...

Back to top ⊙

RE-CICG_Workforce_Update.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237723/)  ...

RE-Concerns_Regarding_the_CICG_Workforce_Update.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237728/)  ...

RE-Hope_This_Helps(2).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237851/)  ...

RE-Hydroxychloroquine_And_Azithromycin_Drug_Combination_Tasker_Response.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237707/)  ...

RE-LGM_Topics_For_Tues.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237713/)  ...

RE-NCMI_COVID-19_Production_And_WATCHCON_Changes.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237721/)  ...

RE-NCMI-USAMRIID_COVID-19_Engagements_Summary_And_Way_Ahead.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237708/)  ...

RE-Origins_Way_Forward(2).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237892/)  ...

RE-Origins_Way_Forward(3).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237905/)  ...

RE-Origins_Way_Forward(4).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237895/)  ...

RE-Origins_Way_Forward.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237897/)  ...

Report_Email_Thread.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250048/)  ...

RE-Review_of_Andersen_Paper(1).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237907/)  ...

RE-Review_of_Andersen_Paper(2).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237911/)  ...

RE-Review_of_Andersen_Paper(3).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237938/)  ...

RE-Review_of_Andersen_Paper(4).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237963/)  ...

RE-SARS-CoV-2_Origins_Questions(1).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237844/)  ...

RE-SARS-CoV-2_Origins_Questions(2).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237846/)  ...

RE-SARS-CoV-2_Origins_Questions(3).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237841/)  ...

RE-SARS-CoV-2_Origins_Questions(4).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237857/)  ...

RE-Some_Bullets(1).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237871/)  ...

RE-Some_Bullets(2).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237874/)  ...

Rhinolophus_Bat_Coronavirus_BtCoV_4991.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237950/) ...

Sand_Fly_Diseases_Threated_US_Personnel.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237799/) ...

SARS_CoV_2_Genome_Analysis.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/238066/)  ...

SARS_COV-2_Genome_Analysis.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/243316/)  ...

SARS_COV-2_Genome_Analysis_Part(2).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/243311/)  ...

SARS_COV-2_Reverse_Genetics_System.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/243312/)  ...

SARS_COV-2_Spike_Gene_Segments.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/243313/)  ...

SARS2_Email_Thread(1).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/246067/)  ...

SARS2_Email_Thread(2).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/246066/)  ...

SARS2_Email_Thread(3).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/246064/)  ...

SARS-CoV-2_Is_An_RNA_Virus(2).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250050/)  ...

SARS-CoV-2_Is_An_RNA_Virus.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250052/)  ...

SARS-CoV-2_Origin(1).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237858/)  ...

SARS-CoV-2_Origin(2).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237884/)  ...

SARS-CoV-2_Origin_Alt_Analysis.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237985/)  ...

SARS-CoV-2_Origin_Email_Thread(1).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/246062/)  ...

SARS-CoV-2_Origin_Email_Thread(2).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/246063/)  ...

SARS-CoV-2_Origin_Email_Thread(3).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/246061/)  ...

SARS-CoV-2_Origin_Email_Thread(4).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/246060/)  ...

SARS-CoV-2_Origin_Email_Thread(5).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/246072/)  ...

SARS-CoV-2_Origin_Email_Thread(6).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/246074/)  ...

SARS-CoV-2_Origin_Email_Thread(7).pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/246073/)  ...

SARS-CoV-2_Origin_v2.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237941/)  ...

SARS-CoV-2_s_Closest_Known_Relative.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237952/)  ...

SARTS_COV-2_Spike_Gene.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/243314/)  ...

Subject_OSD_And_NSC_Feedback_Summary.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250051/)  ...

Subject_Research_Capabilities.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/250053/)  ...

Today_DHS_COVID-19_Worldwide_Awareness_NOC_0051-19.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237705/)  ...

Ubiquitous_Genomic_Fragment_In_Human_2019-nCoV.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237865/)  ...

V_117.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/243306/)  ...

V_118.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/243307/)  ...

V_119.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/243308/)  ...

V_120.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/243309/)  ...

V_84.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/243310/)  ...

V-359.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/246065/)  ...

V-398.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/246070/)  ...

WHO_Declared_Covid-19_A_Global_Pandemic.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237753/)  ...

WIV_Coronavirus_Cap-Pres 04-21.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/237975/)  ...

Xiao_SARS2_Pangolins_GD_Nature.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/238078/)  ...    Back to top

Zhang_SARS2_Pangolin_Reads_Contamination.pdf (/FOIA/FOIA-Electronic-Reading-Room/FileId/238030/

| Middle-East Africa Regional Center | ▼ |
|---|---|
| Other DIA Artifacts | ▼ |
| POWs, MIA and Detainees | ▼ |
| UFOs and Exotic Technology | ▼ |
| Weapons Development and Proliferations | ▼ |

Back to top ⌃

Link Disclaimer (http://www.defense.gov/Resources/External-Link-Disclaimer)

508 Compliance (/About/DIA-508/)

No FEAR Act (http://prhome.defense.gov/nofear)

DIA Inspector General (https://diaoig.oversight.gov/)

OPM.gov (https://www.opm.gov/policy-data-oversight/snow-dismissal-procedures/current-status/)

DIA Facility Status (/Home/Facility-Operating-Status/)

Employee Resources (/Employee-Resources)

Web Policy & Security (http://www.defense.gov/Resources/Privacy)

War.gov (http://www.war.gov/)

Intel.gov (https://www.intel.gov/)

FOIA (/FOIA.aspx)

Contact Us (/About/Contact-Us/)

Open GOV (https://open.defense.gov/)

Site Map (/Site-Map/)

## CONNECT WITH US

| (http://www.facebook.com/DefenseIntel) | X (http://twitter.com/DefenseIntel) | (http://www.youtube.com/DefenseIntel) | (http://www.linkedin.com/company/defense-intelligence-agency/) | (http://instagram.com/DefenseIntel) |

Crisis Hotline (https://member.magellanhealthcare.com/)

Back to top ⬆



# DEFENSE INTELLIGENCE AGENCY

(b)(3):10 USC 424;  (b)(6)

29 JUNE 2020

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e)

Overall Briefing:

The next 2 pages are withheld in full citing (b)(1) and (b)(3) 50 USC 3024(i), and are not provided.

(b)(3):50 USC 3024(i)

Classified by: Derived from; Declassify on.

COMMITTED TO EXCELLENCE IN DEFENSE OF THE NATION                    ICOD FOU

# (U) DIA AUTHORITATIVE ASSESSMENT (27 MAR 2020)



*China: Origins of COVID-19 Outbreak Remain Unknown*

DEFENSE INTELLIGENCE | 27 MARCH 2020

(b)(3) 50 USC 3024(i)

The next page is withheld in full citing (b)(1) and (b)(3) 50 USC 3024(i), and is not provided.

(b)(1); (b)(3) 50 USC 3024(i); Sec 1.4(c), Sec 1.4(e)

(U) **"Genetic engineering" here is:** using a set of biotechnologies to manipulate or "edit" an organism or virus's genome; it does not include directed evolution by other means such as the use of repeated passage through animals or cell culture.

(b)(3) 50 USC 3024(i)

DEFENSE INTELLIGENCE AGENCY    4



# (U) NOTABLE VIRUS FEATURES

(U) Adaptation to humans early in the outbreak: genomic evolution study



(U) "In a side-by-side comparison of evolutionary dynamics between the 2019/2020 SARS-CoV-2 and the 2003 SARS-CoV, we were surprised to find that SARS-CoV-2 resembles SARS-CoV in the late phase of the 2003 epidemic after SARS-CoV had developed several advantageous adaptations for human transmission. Our observations suggest that by the time SARS-CoV-2 was first detected in late 2019, it was already pre-adapted to human transmission to an extent similar to late epidemic SARS-CoV."

Zhan et al. SARS-CoV-2 is well adapted for humans. What does this mean for emergence? bioRxiv 2020.

Human adaptation ····→ Homology break points ———→ Furin cleavage site ·····→ Research capabilities ———→ Research underway ———→ Scenario



UNCLASSIFIED

# (U) NOTABLE VIRUS FEATURES

(U) Adaptation to humans early in the outbreak: computational receptor binding study

Table 4. Binding energies of SARS-CoV-2 spike protein to ACE2 of selected species and potential species susceptibilities from other studies

| Species | Binding energy kcal/mol | MMPBSA energy kcal/mol | COVID infectivity n/a = not assessed |
|---|---|---|---|
| Homo sapiens (human) | -52.8 | -57.6 | Permissive, high infectivity, severe disease in 5-10%. |
| Manis javanica (pangolin) | -52.0 | -56.5 | Permissive |
| Canis lupus (dog) | -50.8 | -49.5 | Permissive, low infectivity, no overt disease |
| Macaca fascicularis (monkey) | -50.4 | -50.8 | Permissive, medium infectivity, lung disease |
| Mesocricetus auratus (hamster) | -49.7 | -50.0 | Permissive, high infectivity, lung disease |
| Mustela putorius furo (ferret) | -48.6 | -49.2 | Permissive, medium infectivity, mild disease |
| Felis canis (cat) | -47.6 | -48.9 | Permissive, high infectivity, lung disease |
| Panthera tigris (tiger) | -47.3 | -42.5 | Permissive, overt respiratory symptoms |
| Rhinolophus sinicus (bat) | -46.9 | -49.6 | n/a |
| Paguma larvata (civet) | -45.1 | -46.1 | n/a |
| Equus ferus caballus (horse) | -44.1 | -49.2 | Permissive, low infectivity, no overt disease |
| Bos taurus (cow) | -43.6 | -42.5 | n/a |
| Ophiophagus hannah (snake) | -39.5 | -52.5 | n/a |
| Mus musculus (mouse) | -38.8 | -39.4 | n/a |



(b)(3):50 USC 3024(i)

Piplani et al. In silico comparison of spike protein-ACE2 binding affinities across species; significance for the possible origin of the SARS-CoV-2 virus, arXiv 2020.

Human adaptation ··► Homology break points ──► Furin cleavage site ···► Research capabilities ──► Research underway ──► Scenario

UNCLASSIFIED

# (U) NOTABLE VIRUS FEATURES

(U) Similar to bat and pangolin coronaviruses in different regions



Liu et al. Are pangolins the intermediate host of the 2019 novel coronavirus (SARS-CoV-2)? PLoS Pathogens 2020.

(U) "In the region of nucleotides 1-914, Pangolin-CoV is more similar to Bat SARSr-CoV ZXC21 and Bat SARSr-CoV ZC45, while in the remaining part of the gene, Pangolin-CoV is more similar to SARS-CoV-2 and Bat-CoV-RaTG13 . . . In particular, the receptor-binding domain of the S protein of Pangolin-CoV has only one amino acid difference from that of SARS-CoV-2. Overall, these data indicate that SARS-CoV-2 might have originated as the recombination of a Pangolin-CoV-like virus with a Bat-CoV-RaTG13-like virus.

Xiao et al. Isolation of SARS-CoV-2-related coronavirus from Malayan pangolins. Nature 2020.

The next page is withheld in full citing (b)(3) 50 USC 3024(i) and is not provided.

Human adaptation ···→ **Homology break points** ──→ Furin cleavage site ··→ Research capabilities ──→ Research underway ──→ Scenario

UNCLASSIFIED

 **(U) COULD A LAB HAVE MADE THE VIRUS?**

(U) "The Institute [Wuhan Institute of Virology] does not have the capability to design and synthesize a new coronavirus . . ."(U) China Ministry of Foreign Affairs, press release 5 May 2020

Human adaptation ···› Homology break points ──› Furin cleavage site ···› **Research capabilities** ──› Research underway ──› Scenario

UNCLASSIFIED                                                                 DEFENSE INTELLIGENCE AGENCY    10

UNCLASSIFIED

# (U) CORONAVIRUS RESEARCH NETWORK

[research network graph]

The next page is withheld in full citing (b)(1) and (b)(3) 50 USC 3024(i), and is not provided.



Human adaptation ——▶ Homology break points ——▶ Furin cleavage site ——▶ **Research capabilities** ——▶ Research underway ——▶ Scenario

UNCLASSIFIED                                                                  DEFENSE INTELLIGENCE AGENCY    11

# (U) PREVIOUS WIV RESEARCH IN RELATION TO SARS-COV-2

(U) Example: Identification of specific mutations that enable bat CoV to infect human cells (2008)



Ren et al. Difference in receptor usage between Severe Acute Respiratory Syndrome (SARS) Coronavirus and SARS-Like Coronavirus of bat origin. J Virol 2008.

Human adaptation ---▶ Homology break points ———▶ Furin cleavage site ····▶ **Research capabilities** ———▶ Research underway ———▶ Scenario

DEFENSE INTELLIGENCE AGENCY    13

UNCLASSIFIED

# (U) PREVIOUS WIV RESEARCH IN RELATION TO SARS-COV-2

Example: Method for synthesizing bat CoV WIV1 (reverse genetics system; 2016)





(U) "Strategy for construction of an infectious WIV1 BAC clone."

(U "In this study, we have developed a fast and cost-effective method for reverse genetics of coronaviruses by combining two approaches developed by others. Our method allows the genomes of coronaviruses to be split into multiple fragments and inserted into a BAC plasmid with a single step . . . As the genomes can be divided into multiple short fragments, mutations can be introduced into individualfragments easily."

Zeng et al. Bat Severe Acute Respiratory Syndrome-Like Coronavirus WIV1 encodes an extra accessory protein, ORFX, involved in modulation of the host immune response. J Virol 2016.

Human adaptation ⟶ Homology break points ⟶ Furin cleavage site ⟶ **Research capabilities** ⟶ Research underway ⟶ Scenario

UNCLASSIFIED

# (U) PREVIOUS WIV RESEARCH IN RELATION TO SARS-COV-2

e: Construction of chimeras with spike from new bat CoVs on WIV1 backbone, infection studies (2017)



B



Hela-hACE2

(U) Synthetic chimera infection of cells with human receptor.

(U "In this cave, we have now obtained full-length genome sequences of additional 11 novel SARSr-CoVs from bats . . . Using the reverse genetics technique we previously developed for WIV1, we constructed a group of infectious bacterial artificial chromosome (BAC) clones with the backbone of WIV1 and variants of S genes from 8 different bat SARSr-CoVs."

Hu et al. Discovery of a rich gene pool of bat SARS-related coronaviruses provides new insight into the origin of SARS coronavirus. PLoS Pathogens 2017.

Human adaptation ▸ Homology break points ⟶ Furin cleavage site ⟶ **Research capabilities** ⟶ Research underway ⟶ Scenario

UNCLASSIFIED



# (U) PREVIOUS WIV RESEARCH IN RELATION TO SARS-COV-2

(U) Example: Insertion of furin cleavage site enabling bat CoV (MERS-CoV progenitor) to infect human cells (2015)



Human proprotein convertases

MERS: RSVRS 752
HKU4: STFRS 750

Human endosomal cysteine proteases

MERS: AFNH 766
HKU4: NYTS 765

RBD

FP   HR1  HR2  TM  IC

S1                S2

(U) MERS-CoV and bat CoV HKU4 spike proteins.

(U) " . . . the two mutations adaptive tohuman cellular proteases transformed MERS-CoV spike from completely lacking to fully possessing the capacity to mediate viral entry into human cells, and thus they likely played the most criticalrole in the bat-to-human transmission of MERS-CoV, either directly or through intermediate hosts."

Yang et al. Two mutations were critical for bat-to-human transmission of Middle East Respiratory Syndrome coronavirus. J Virol 2015.

The next 3 pages are withheld in full citing (b)(1) and (b)(3) 50 USC 3024(i), and are not provided.

Human adaptation  ---> Homology break points ---> Furin cleavage site ---> **Research capabilities** ---> Research underway ---> Scenario



# (U) CHINESE GENOME REPORT

(U) We have questions

(b)(3) 50 USC 3024(i)

- (U) No mention of furin cleavage site in original report.(U) Reference to BatCoV RaTG13 in original report does not mention a virus reported by WIV in 2016 BatCoV/4991, with identical RdRp sequence (i.e., RaTG13=4991?).(U) WIV identified BatCoV/4991 in cave expedition following fatal pneumonia outbreak among miners in 2012 (Ge et al., 2016); no scientific reports of cause of the outbreak.



SARS-CoV-2 Furin cleavage site

(b)(1), (b)(3) 50 USC 3024(i), Sec. 1.4(c); Sec. 1.4(e)

Live samples of RaTG13 or 4991 not known to exist.(U) Large-scale contamination evident in pangolin sequences (Zhang et al., 2020).

Zhou et al. A pneumonia outbreak associated with a new coronavirus of probable bat origin, Nature 2020.

# Hypothetical Laboratory Origin of SARS-CoV-2

WIV conducted a longitudinal studies to isolate a large number of bat Coronaviruses from multiple locations in China (2011-2015)WIV Developed Reverse Genetic System, assembled WIV1 full-length infectious clone, and created chimeric viruses exchanging the WIV1 spike gene with the spike gene from other bat Coronaviruses (2015-2017)WIV and other Chinese scientists conduct gain of function studies on SARS, MERS, IBV, and PEDV to insert furin cleavage sites demonstrating increased virulence of the chimeric virusesWIV conducted in vivo and in vitro studies to characterize the bank of bat CoronavirusesWIV conducted the live bat Coronavirus studies under BSL2 conditionsHypothesis:  Between 2017 and 2019, WIV created a full-length infectious clone in pBAC-CMV using an unpublished bat Coronavirus genome as template (BatCoVX)Hypothesis:  Between 2017 and 2019, WIV created chimeric Bat-CoV-X viruses using the pBAC-CMV-BCoVX backbone and swapping out key cassettes with other bat Coronaviruses (RBD, RBM, etc.) and adding additional features such as a furin cleavage siteHypothesis:  In 2018-2019, WIV conducted in vitro and in vivo studies to characterize the BatCoVX chimeric viruses under BSL2 conditionsHypothesis:  In mid-2019, one of the not fully characterized Bat-CoV-X chimeric viruses escaped from the WIV facilities and begins infecting civilians in the city of WuhanHypothesis:  Starting in mid-2019 through present, WIV and other Chinese laboratories conduct studies to characterize the Chimerc BCoVX virus that escaped (now called SARS-CoV-2)WIV (Zhou et al., 2020) publishes the 2019-nCoV genome sequence showing relatedness to RaTG13 (a previously unpublished genome)BatCoVX likely highly related to RaTG13Hypothesis:  Beginning in early 2020, WIV and other government controlled agencies begin to publish obfuscation information to drive the narrative that SARS-CoV-2 is of natural origin and resulted from natural recombinationRaTG13RMYN02Pangolin CoV's

## Concluding Points



WIV possesses a bank of Bat Coronavirus isolatesWIV has scientists experienced in Coronavirology and Coronavirus Infectious Clone generationWIV Scientists generated chimeric SARS CoV and Bat CoV Spike genes to identify minimal Spike Receptor Binding Domain cassette that could transfer receptor binding specificity (Ren et al., 2008)WIV possesses an existing and published Coronavirus Reverse Genetics System (Zeng et al., 2016) utilizing their pBAC-CMV plasmidWIV has utilized the pBAC-CMV-WIV1 Full-length clone to generate chimeras with Bat CoV spike genes (Hu et al., 2017)WIV has BSL2/BSL3/BSL4 animal facilitiesWIV has multiple in vitro assays (apoptosis, IFN-B induction, etc.) to characterize their Bat Coronaviruses and chimeric Bat CoronavirusesWIV and other Chinese researchers have conducted Gain of Function studies in SARS, MERS, IBV, and PEDV to add Furin Cleavage Sites to CoV Spike proteinThe absence of a published progenitor virus for SARS-CoV-2 only indicates that it has not been published, not that it does not existThe genomic sequence of SARS-CoV-2 has Type IIS restriction sites that are consistent with being generated by the Golden Gate Cloning system utilizing the published pBAC-CMV plasmidThe SARS-CoV-2 genome has several break points where homology jumps from Bat Coronaviruses to Pangolin Coronaviruses which is consistent with a synthesized chimeric virusThe SARS-CoV-2 Spike protein similarity with RaTG13 and Pangolin CoV Spike proteins may also be explained by use of cassettes swapped into the base virus – these break points align with those identified by WIV scientists (Ren et al., 2008)There are no other published Betacoronaviruses that possess a Furin Cleavage Site in their Spike protein (RmYN02 does not have an insertion)Zeng et al., 2016 stated that "All experiments using live virus was conducted under biosafety level 2 (BSL2) conditions" which would make an accidental release of a pathogenic Bat CoV capable of binding human ACE2 more likelyA chimeric virus comprised of segments from natural Bat CoV genomes would appear like a recombined virus



The molecular biology capabilities of WIV and the genome assessment are consistent with the hypothesis that SARS-CoV-2 was a lab-engineered virus that was part of a bank of chimeric viruses in Zhen-Li Shi's laboratory at WIV that escaped from containment

UNCLASSIFIED



**DEFENSE INTELLIGENCE AGENCY**

COMMITTED TO EXCELLENCE IN DEFENSE OF THE NATION

UNCLASSIFIED



**DEFENSE INTELLIGENCE AGENCY**

(b)(3):10 USC 424; (b)(6)

17 June 2021

# (U//FOUO) COVID-19 PANDEMIC WARNING AND ORIGINS

Overall Briefing: TOP SECRET (b)(3):50 USC 3024(i)

COMMITTED TO EXCELLENCE IN DEFENSE OF THE NATION

UNCLASSIFIED//FOUO



CONFIDENTIAL (b)(3) 50 USC 3024(i)

# DEFENSE WARNING NETWORK RISK OF PANDEMIC WATCHCON

(U) (b)(3) 10 USC 424 maintains the Defense Warning Problem: *Risk of Pandemic*

- (U) Established in October 2013
- (U) One of just a few warning problems not "owned" by a combatant command
- (U) Officially a FVEY warning problem
- (U) Only worldwide warning problem
- (U//~~FOUO~~) (b)(3) 50 USC 3024(i)



(b)(1); (b)(3) 50 USC 3024(i); Sec 1.4(c); Sec 1.4(e)

CONFIDENTIAL/ (b)(3) 10 USC 424                    **DEFENSE INTELLIGENCE AGENCY**    2

# (U) STRATEGIC WARNING OF THE COVID-19 PANDEMIC



On 11 March, the WHO declared the COVID-19 outbreak a pandemic.

DEFENSE INTELLIGENCE AGENCY    3

TOP SECRET (b)(3) 50 USC 3024(i)

 **(U//~~FOUO~~) KEY DIA COVID-19 ASSESSMENTS**

(S (b)(3) 10 USC 424    **24 January, 2020** – The novel coronavirus has a roughly even chance of becoming a global pandemic during the next 4 months

(b)(3) 10 USC 424, (b)(1), (b)(3) 50 USC 3024(i), Sec. 1.4(c), Sec. 1.4(e)

TOP SECRET    **DEFENSE INTELLIGENCE AGENCY**    4

# (U//FOUO) KEY ORIGINS INFORMATION GAPS



(U//FOUO) Detailed epidemiology information about first cases

UNCLASSIFIED

The final 2 pages are withheld in full
citing Exemptions 1 and 3, and are not
provided.



# DEFENSE INTELLIGENCE AGENCY
COMMITTED TO EXCELLENCE IN DEFENSE OF THE NATION

UNCLASSIFIED



# DEFENSE INTELLIGENCE AGENCY

(b)(3):10 USC 424;  (b)(6)

29 JUNE 2020

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e)

Overall Briefing: ~~TOP SECRET~~

The next 2 pages are withheld in full citing (b)(1) and (b)(3) 50 USC 3024(i), and are not provided.

(b)(3):50 USC 3024(i)

Classified by: Derived from  Declassify on:

~~SECRET//NOFORN~~                COMMITTED TO EXCELLENCE IN DEFENSE OF THE NATION                ICOD: PCN:

~~TOP SECRET//~~ (b)(3) 50 USC 3024(i)

# (U) DIA AUTHORITATIVE ASSESSMENT (27 MAR 2020)

*China: Origins of COVID-19 Outbreak Remain*
*Unknown*

DEFENSE INTELLIGENCE | 27 MARCH 2020

The next page is
withheld in full citing
(b)(1) and (b)(3) 50
USC 3024(i), and
are not provided.

(b)(1)  (b)(3) 50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e)

(U) **"Genetic engineering" here is:** using a set of
biotechnologies to manipulate or "edit" an organism or
virus's genome; it does not include directed evolution by
other means such as the use of repeated passage
through animals or cell culture.

(b)(3) 50 USC 3024(i)

DEFENSE INTELLIGENCE AGENCY    4



UNCLASSIFIED

# (U) NOTABLE VIRUS FEATURES

(U) Adaptation to humans early in the outbreak: genomic evolution study



(U) "In a side-by-side comparison of evolutionary dynamics between the 2019/2020 SARS-CoV-2 and the 2003 SARS-CoV, we were surprised to find that SARS-CoV-2 resembles SARS-CoV in the late phase of the 2003 epidemic after SARS-CoV had developed several advantageous adaptations for human transmission. Our observations suggest that by the time SARS-CoV-2 was first detected in late 2019, it was already pre-adapted to human transmission to an extent similar to late epidemic SARS-CoV."

Zhan et al. SARS-CoV-2 is well adapted for humans. What does this mean for emergence? bioRxiv 2020.

Human adaptation ——► Homology break points ——► Furin cleavage site ——► Research capabilities ——► Research underway ——► Scenario

UNCLASSIFIED

# (U) NOTABLE VIRUS FEATURES

(U) Similar to bat and pangolin coronaviruses in different regions



Liu et al. Are pangolins the intermediate host of the 2019 novel coronavirus (SARS-CoV-2)? PLoS Pathogens 2020.

(U) "In the region of nucleotides 1-914, Pangolin-CoV is more similar to Bat SARSr-CoV ZXC21 and Bat SARSr-CoV ZC45, while in the remaining part of the gene, Pangolin-CoV is more similar to SARS-CoV-2 and Bat-CoV-RaTG13 . . . In particular, the receptor-binding domain of the S protein of Pangolin-CoV has only one amino acid difference from that of SARS-CoV-2. Overall, these data indicate that SARS-CoV-2 might have originated as the recombination of a Pangolin-CoV-like virus with a Bat-CoV-RaTG13-like virus.

Xiao et al. Isolation of SARS-CoV-2-related coronavirus from Malayan pangolins. Nature 2020.

The next page is withheld in full citing (b)(3) 50 USC 3024(i), and is not provided.

Human adaptation ———▶ **Homology break points** ———▶ Furin cleavage site ———▶ Research capabilities ———▶ Research underway ———▶ Scenario

UNCLASSIFIED

 **(U) COULD A LAB HAVE MADE THE VIRUS?**

(U) "The Institute [Wuhan Institute of Virology] does not have the capability to design and synthesize a new coronavirus . . ."(U) China Ministry of Foreign Affairs, press release 5 May 2020

The next page is withheld in full citing (b)(1) and (b)(3) 50 USC 3024(i), and is not provided.

Human adaptation ——→ Homology break points ——→ Furin cleavage site ——→ **Research capabilities** ——→ Research underway ——→ Scenario

SECRET//NOFORN



# (U) PREVIOUS WIV RESEARCH IN RELATION TO SARS-CoV-2

(U) Example: Identification of specific mutations that enable bat CoV to infect human cells (2008)



Ren et al. Difference in receptor usage between Severe Acute Respiratory Syndrome (SARS) Coronavirus and SARS-Like Coronavirus of bat origin. J Virol 2008.

(b)(3):10 USC 424; (b)(1); (b)(3) 50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e); (b)(6)

Human adaptation ——▸ Homology break points ——▸ Furin cleavage site ——▸ **Research capabilities** ——▸ Research underway ——▸ Scenario

UNCLASSIFIED



# (U) PREVIOUS WIV RESEARCH IN RELATION TO SARS-CoV-2

(U) Example: Method for synthesizing bat CoV WIV1 (reverse genetics system; 2016)



(U) "Strategy for construction of an infectious WIV1 BAC clone."

(U "In this study, we have developed a fast and cost-effective method for reverse genetics of coronaviruses by combining two approaches developed by others. Our method allows the genomes of coronaviruses to be split into multiple fragments and inserted into a BAC plasmid with a single step . . . As the genomes can be divided into multiple short fragments, mutations can be introduced into individualfragments easily."

Zeng et al. Bat Severe Acute Respiratory Syndrome-Like Coronavirus WIV1 encodes an extra accessory protein, ORFX, involved in modulation of the host immune response. J Virol 2016.

Human adaptation ──────► Homology break points ──────► Furin cleavage site ──────► **Research capabilities** ──────► Research underway ──────► Scenario

UNCLASSIFIED



# (U) PREVIOUS WIV RESEARCH IN RELATION TO SARS-CoV-2

**(U) Example: Construction of chimeras with spike from new bat CoVs on WIV1 backbone, infection studies (2017)**



(U) Synthetic chimera infection of cells with human receptor.

(U "In this cave, we have now obtained full-length genome sequences of additional 11 novel SARSr-CoVs from bats . . . Using the reverse genetics technique we previously developed for WIV1, we constructed a group of infectious bacterial artificial chromosome (BAC) clones with the backbone of WIV1 and variants of S genes from 8 different bat SARSr-CoVs."

Hu et al. Discovery of a rich gene pool of bat SARS-related coronaviruses provides new insight into the origin of SARS coronavirus. PLoS Pathogens 2017.

Human adaptation ——→ Homology break points ——→ Furin cleavage site ——→ **Research capabilities** ——→ Research underway ——→ Scenario

UNCLASSIFIED

# (U) PREVIOUS WIV RESEARCH IN RELATION TO SARS-



**(U) Example:** Insertion of furin cleavage site enabling bat CoV (MERS-CoV progenitor) to infect human cells (2015)

Human proprotein convertases    Human endosomal cysteine proteases

MERS: RSVRS 752    MERS: AFNH 766
HKU4: STFRS 750    HKU4: NYTS 765



RBD

FP    HR1    HR2    TM    IC

S1    S2

(U) MERS-CoV and bat CoV HKU4 spike proteins.

(U) " . . . the two mutations adaptive to human cellular proteases transformed MERS-CoV spike from completely lacking to fully possessing the capacity to mediate viral entry into human cells, and thus they likely played the most critical role in the bat-to-human transmission of MERS-CoV, either directly or through intermediate hosts."

Yang et al. Two mutations were critical for bat-to-human transmission of Middle East Respiratory Syndrome coronavirus. J Virol 2015.

The next 4 pages are withheld in full citing (b)(1) and (b)(3) 50 USC 3024(i), and are not provided.

Human adaptation ——► Homology break points ——► Furin cleavage site ——► **Research capabilities** ——► Research underway ——► Scenario

UNCLASSIFIED



## DEFENSE INTELLIGENCE AGENCY
COMMITTED TO EXCELLENCE IN DEFENSE OF THE NATION

UNCLASSIFIED

• UNCLASSIFIED

# • (U) NOTABLE VIRUS FEATURES

- (U) Adaptation to humans early in the outbreak: computational receptor binding study

Table 4. Binding energies of SARS-CoV-2 spike protein to ACE2 of selected species and potential species susceptibilities from other studies

| Species | Binding energy kcal/mol | MMPBSA energy kcal/mol | COVID infectivity n/a = not assessed |
|---|---|---|---|
| Homo sapiens (human) | -52.8 | -57.6 | Permissive, high infectivity, severe disease in 5-10%, |
| Manis javanica (pangolin) | -52.0 | -56.5 | Permissive |
| Canis luparis (dog) | -50.8 | -49.5 | Permissive, low infectivity, no overt disease |
| Macaca fascicularis (monkey) | -50.4 | -50.8 | Permissive, medium infectivity, lung disease |
| Mesocricetus auratus (hamster) | -49.7 | -50.0 | Permissive, high infectivity, lung disease |
| Mustela putorius furo (ferret) | -48.6 | -49.2 | Permissive, medium infectivity, mild disease |
| Felis catus (cat) | -47.6 | -48.9 | Permissive, high infectivity, lung disease |
| Panthera tigris (tiger) | -47.3 | -42.5 | Permissive, overt respiratory symptoms |
| Rhinolophus sinicus (bat) | -46.9 | -49.6 | n/a |
| Paguma larvata (civet) | -45.1 | -46.1 | n/a |
| Equus ferus caballus (horse) | -44.1 | -49.2 | Permissive, low infectivity, no overt disease |
| Bos taurus (cow) | -43.6 | -42.5 | n/a |
| Ophiophagus hannah (snake) | -39.5 | -52.5 | n/a |
| Mus musculus (mouse) | -38.8 | -39.4 | n/a |



(b)(3):50 USC 3024(i)

Piplani et al. In silico comparison of spike protein-ACE2 binding affinities across species; significance for the possible origin of the SARS-CoV-2 virus. arXiv 2020.

Human adaptation ──→ Homology break points ──→ Furin cleavage site ──→ Research capabilities ──→ Research underway ──→ Scenario

• UNCLASSIFIED



# (U) CHINESE GENOME REPORT

TOP SECRET

(b)(3) 50 USC 3024(i)

## (U) We have questions

- (U) No mention of furin cleavage site in original report.(U) Reference to BatCoV RaTG13 in original report does not mention a virus reported by WIV in 2016 BatCoV/4991, with identical RdRp sequence (i.e., RaTG13=4991?).(U) WIV identified BatCoV/4991 in cave expedition following fatal pneumonia outbreak among miners in 2012 (Ge et al., 2016); no scientific reports of cause of the outbreak.



SARS-CoV-2 Furin cleavage site

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e)

Live samples of RaTG13 or 4991 not known to exist.(U) Large-scale contamination evident in pangolin sequences (Zhang et al., 2020).

Zhou et al. A pneumonia outbreak associated with a new coronavirus of probable bat origin. Nature 2020.

(b)(3):50 USC 3024(i)

UNCLASSIFIED

# (U) NOTABLE VIRUS FEATURES

Ploybasic furin cleavage site





Hoffmann et al. Priming time: how cellular proteases arm coronavirus spike proteins. Activation of Viruses by Host Proteases 2018.



(b)(3):50 USC 3024(i)

Piplani et al. In silico comparison of spike protein-ACE2 binding affinities across species; significance for the possible origin of the SARS-CoV-2 virus. arXiv 2020.

CONFIDENTIAL (b)(3):50 USC 3024(i)



# (U) COULD A LAB HAVE CONSTRUCTED THE VIRUS?

(U) "The Institute [Wuhan Institute of Virology] does not have the capability to design and synthesize a new coronavirus . . ."(U) China Ministry of Foreign Affairs, press release 5 May 2020

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e)

The final 5 pages are withheld in full citing (b)(1), (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6) and are not provided.

Human adaptation ——► Chimeric genome ——► Furin cleavage site ····· ► **Research capabilities** ···· ► Research underway

(b)(3) 50 USC 3024(i)

DEFENSE INTELLIGENCE AGENCY    23

SECRET//NOFORN

# SARS-COV-2 GENOME ANALYSIS

(b)(3)10 USC 424; (b)(6)

June 25, 2020

SECRET//NOFORN

SECRET//NOFORN

# SARS-CoV-2 Genome



Genome nucleotide position

The next two pages are DIF citing (b)(1) and (b)(3) and are not provided.

SECRET//NOFORN

SECRET//NOFORN

# Methods to construct a Coronavirus Full-Length Clone

SECRET//NOFORN

SECRET//NOFORN

# CORONAVIRUS INFECTIOUS CLONE CONSTRUCTION

1) Synthesize or PCR amplify 6-10 segments of a Bat CoronavirusBuild a 5' transcription initiation fragment"stitch" the fragments together using an infectious clone technology 3' to the transcription initiation fragmentRestriction-enzyme-based fragment cloning systemOverlapping Fragment systemGuided RNA RecombinationClone in a suitable host (E. coli, yeast, etc.)Sequence verify cloned insert

SECRET//NOFORN



SECRET//NOFORN

# CAPABILITIES NEEDED TO CONSTRUCT A BAT-LIKE CORONAVIRUS INFECTIOUS CLONE

SECRET//NOFORN

SECRET//NOFORN

# Type IIS Restriction Enzymes and Golden Gate Assembly System

SECRET//NOFORN

SECRET//NOFORN

# Type IIS Restriction Enzymes

- Non palindromic recognition siteCuts at sites outside of recognition siteEach digested location has unique nucleotide overhangsExampleBsaI

5′ – GGTCTCNNNNN – 3′
3′ – CCAGAGNNNNN – 5′

SECRET//NOFORN

SECRET//NOFORN



SECRET//NOFORN

SECRET//NOFORN



The next page is DIF citing (b)(1) and (b)(3) and is not provided.

SECRET//NOFORN

SECRET//NOFORN

# WIV Bat Coronavirus Collection Efforts

- WIV possesses a large bank of Bat Coronaviruses isolated from various bat species in Yunnan Province ChinaGe et al., 2013Yang et al., 2016Hu et al., 2017Five-year longitudinal study to isolate Bat Coronaviruses (April 2011 – October 2015)Only a few sequences have been published



Table 1. Summary of SARSr-CoV detection in bats from a single habitat in Kunming, Yunnan.

| Sampling time | Sample type | Sample Numbers | | | SARSr-CoV + bat species (No.) |
|---|---|---|---|---|---|
| | | Total | CoV + | SARSr-CoV + | |
| April, 2011 | anal swab | 14 | 1 | 1 | R. sinicus (1) |
| October, 2011 | anal swab | 6 | 3 | 3 | R. sinicus (3) |
| May, 2012 | anal swab & feces | 54 | 0 | 4 | R. sinicus (4) |
| September, 2012 | feces | 39 | 20 | 19 | R. sinicus (16) R. ferrumequinum (3) |
| April, 2013 | feces | 52 | 21 | 16 | R. sinicus (16) |
| July, 2013 | anal swab & feces | 115 | 9 | 8 | R. sinicus (8) |
| May, 2014 | feces | 131 | 5 | 4 | A. stoliczkanus (3) R. affinis (1) |
| October, 2014 | anal swab | 19 | 4 | 4 | R. sinicus (4) |
| May, 2015 | feces | 145 | 3 | 0 | |
| October, 2015 | anal swab | 25 | 6 | 5 | R. sinicus (5) |
| Total | | 602 | 84 | 64 | R (61) A (3) |

(1) Yunnan
(2) Guizhou
(3) Guangxi
(4) Hong Kong
(5) Hubei
(6) Shaanxi
(7) Hebei
(8) Jilin

SECRET//NOFORN

The next page is DIF citing (b)(1) and (b)(3) and is not provided.

Extracted from Hu et al., 2017

SECRET//NOFORN

# Isolation Locations for RaTG13 and MP789

- RaTG13/4991 isolated from a cave in Yunnan ProvinceRaTG13/4991 is a RdRp lineage 1 BetaCoVMP789 was isolated from diseased Pangolins in Guangdong ProvinceMP789 is a RdRp lineage 2 BetaCoV~800 miles separate these two locationsWIV also collected CoV's from Guandong and may have a MP789-related virus in their bank"All the genomic constituents of SARS-CoV including the hypervariable regions S and ORF8 were discovered from different bat SARSr-CoVs in the same cave in Yunnan, with evidence of recombination events detected between these bat SARSr-CoVs..." (Yu et al., 2019)Question:  How would a Pangolin RBD from 800 miles away in Guangdong Province recombine into a BatCoV in Yunnan Province?



① Yunnan
② Guizhou
③ Guangxi
④ Hong Kong
⑤ Hubei
⑥ Shaanxi
⑦ Hebei
⑧ Jilin

Hu et al., 2017

★ Wuhan
★ Bat-CoV RaTG13/4991 isolation
★ Pangolin-CoV MP789 isolation

Yu et al., 2019

SECRET//NOFORN

SECRET//NOFORN

# Postulated WIV Bat-CoV-X Full-length Clone Construction Process

SECRET//NOFORN

SECRET//NOFORN

# Quote from Zeng *et al.*, 2016

- From Materials and Methods, Virus and cells section
  "All experiments using live virus was conducted under biosafety level 2 (BSL2) conditions."
  From the first paragraph of the Discussion
  "In this study, we have developed a fast and cost-effective method for reverse genetics of coronaviruses by combining two approaches developed by others (29, 30).  Our method allows the genomes of coronaviruses to be split into multiple fragments and inserted into a BAC plasmid with a single step.  Recombinant viruses can then be efficiently rescued by direct transfection of the BAC construct.  As the genomes can be divided into multiple short fragments, mutations can be introduced into individual fragments easily (31).  Using this method, we successfully rescued three recombinant viruses derived from SL-CoV WIV1 (rWIV1, rWIV1-DX, and rWIV1-GFP-DX)."

The next page is DIF citing (b)(1) and (b)(3) and is not provided.

SECRET//NOFORN

SECRET//NOFORN

# WIV SARS-CoV Reverse Genetics System



FIG 1 Strategy for construction of an infectious WIV1 BAC clone. (A) Genomic structure of WIV1. (B) The mutations are indicated under the stars. C1575A was used to ablate a natural BglI site at nucleotide 1571 (▽), and T27527C was used to disrupt a potential T7 stop site. The others were for introducing BglI sites (▼). (C) The WIV1 genome was split into eight contiguous cDNAs (A to G): A, nt 1 to 4387; B, nt 4388 to 8032; C1, nt 8033 to 10561; C2, nt 10562 to 12079; D, nt 12080 to 17017; E, nt 17018 to 22468; F, nt 22469 to 27352; G, nt 27353 to 30309. Unique BglI sites were introduced into the fragments by synonymous mutations to make these fragments capable of unidirectional ligation along with native BglI sites in the genome. The original nucleotides are shown above the flanking sequences of corresponding fragments. A poly(A) sequence was added to the 3' terminus of fragment G. A CMV promoter, HDV ribozyme, and BGH transcriptional terminal signal were inserted into pBeloBAC11 between BamHI and HindIII sites. SacII and AscI sites were introduced between the CMV promoter and ribozyme. Fragments A to G were inserted into the pBAC-CMV plasmid in a single step.

Zeng et al., 2016

SECRET//NOFORN

# SARS-COV-2 GENOME RESTRICTION MAP



SECRET//NOFORN

# Type IIS Restriction Enzymes

- BsmBI (Plus strand)
  5' - CGTCTCNNNNN-3'
  3' - GCAGAGNNNNN - 5'BsaI (Plus strand)
  5' - GGTCTCNNNNN-3'
  3' - CCAGAGNNNNN - 5'SARS-CoV-2 genome does not
  have any SacII or AscI restriction
  sites

- BsmBI (Minus strand)
  5' - NNNNNGAGACG-3'
  3' NNNNNCTCTGC-
  5'BsaI (Minus strand)
  5' NNNNNGAGACC-3'
  3' NNNNNCTCTGG - 5'

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)

SECRET//NOFORN

SECRET//NOFORN

# RE-based Fragment Build Option – *Bsm*BI/*Bsa*I (4 nt overhangs)



SECRET//NOFORN

SECRET//NOFORN

# RE-based Fragment Build Option – *Bsa*I/*Esp3*I (Invisible restriction sites)



Xie et al., 2020

SECRET//NOFORN

SECRET//NOFORN

# Xie *et al.*, 2020 SARS-CoV-2 FLC Assembly





Figure 1. Assembly of a Full-Length SARS-CoV-2 Infectious cDNA Clone

(A) Genome structure SARS-CoV-2. The open reading frames (ORFs) from the full genome are indicated.

(B) Strategy for in vitro assembly of an infectious cDNA clone of SARS-CoV-2. The nucleotide sequences and genome locations of the cohesive overhangs are indicated. The WT full-length (FL) cDNA of SARS-CoV-2 (IC WT) was directionally assembled using in vitro ligation.

(C) Diagram of the terminal sequences of each cDNA fragment recognized by BsaI and Esp3I.

(D) Gel analysis of the seven purified cDNA fragments. Individual fragments (F1-F7) were digested from corresponding plasmid clones and gel purified. Seven purified cDNA fragments (50-100 ng) were analyzed on a 0.6% native agarose gel. The 1-kb DNA ladders are indicated.

(E) Gel analysis of cDNA ligation products. About 500 ng of purified ligation product was analyzed on a 0.6% native agarose gel. Triangle indicates the FL cDNA product. Circles indicate the intermediate cDNA products.

(F) Gel analysis of RNA transcripts. About 1 μg of in-vitro-transcribed (IVT) RNAs were analyzed on a 0.6% native agarose gel. DNA ladders are indicated. Because this is a native agarose gel, the DNA size is not directly correlated to the RNA size. Triangle indicates the genome-length RNA transcript. Circles show the shorter RNA transcripts.

(b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)

SECRET//NOFORN

SECRET//NOFORN

# Spike Gene

SECRET//NOFORN

SECRET//NOFORN

# SARS CoV-2 SPIKE GENE



Highest homology toRaTG13Pangolin CoV

SECRET//NOFORN

SECRET//NOFORN

# Spike Gene Swapping Using the WIV SARS-CoV Reverse Genetics System

- Hu et al., 2017 swapped out the WIV1 spike gene for the spike gene of the following:Rs4231Rs7327Rf4075Rs4081Rs4085Rs4235As6526Rp3



FIG 1  Strategy for construction of an infectious WIV1 BAC clone. (A) Genomic structure of WIV1. (B) The mutations are indicated under the stars. C1575A was used to ablate a natural BgII site at nucleotide 1571 (∇), and T27527C was used to disrupt a potential T7 stop site. The others were for introducing BgII sites (▼). (C) The WIV1 genome was split into eight contiguous cDNAs (A to G): A, nt 1 to 4387; B, nt 4388 to 8032; C1, nt 8033 to 10561; C2, nt 10562 to 12079; D, nt 12080 to 17017; E, nt 17018 to 22468; F, nt 22469 to 27352; G, nt 27353 to 30309. Unique BgII sites were introduced into the fragments by synonymous mutations to make these fragments capable of unidirectional ligation along with native BgII sites in the genome. The original nucleotides are shown above the flanking to make these corresponding fragments. A poly(A) sequence was added to the 3' terminus of fragment G. A CMV promoter, HDV ribozyme, and BgII transcriptional terminal signal were inserted into pBeloBAC11 between BamHI and HindIII sites. SacII and AscI sites were introduced between the CMV promoter and ribozyme. Fragments A to G were inserted into the pBAC-CMV plasmid in a single step.

Zeng et al., 2016Hu et al., 2017

SECRET//NOFORN

# SARS-COV-2 SPIKE GENE SEGMENTS
# QUERY: PANGOLIN-COV



Xiao et al., 2020

SECRET//NOFORN

SECRET//NOFORN

# SARS-CoV-2 SimPLOT



- "A recent study found that a human ACE2-binding ridge in SARS-CoV-2 RBD takes a more compact conformation compared with the SARS-CoV RBD; moreover, several residue changes in SARS-CoV-2 RBD may also enhance its human ACE2-binding affinity [13]. The core residues in RBM which may related to higher human ACE2-binding affinity than SARS-CoV are 100% identical between SARSCoV-2 and CoV-Pangolin-2020. Therefore, pangolin-CoV-2020 (CoV-pangolin/GD) potentially recognizes human ACE2 better than the SARS-CoV."

Liu et al., 2020

SECRET//NOFORN

SECRET//NOFORN

# Ren *et al.*, 2008

JOURNAL OF VIROLOGY, Feb. 2008, p. 1899–1907
0022-538X/08/$08.00+0   doi:10.1128/JVI.01085-07
Copyright © 2008, American Society for Microbiology. All Rights Reserved.

Vol. 82, No. 4

## Difference in Receptor Usage between Severe Acute Respiratory Syndrome (SARS) Coronavirus and SARS-Like Coronavirus of Bat Origin[∇]

Wuze Ren,[1]† Xiuxia Qu,[2]† Wendong Li,[1]‡ Zhenggang Han,[1] Meng Yu,[3] Peng Zhou,[1] Shu-Yi Zhang,[4] Lin-Fa Wang,[2]* Hongkui Deng,[2] and Zhengli Shi[1]*

*State Key Laboratory of Virology, Wuhan Institute of Virology, Chinese Academy of Sciences, Wuhan, China[1]; Key Laboratory of Cell Proliferation and Differentiation of the Ministry of Education, College of Life Sciences, Peking University, Beijing, China[2]; CSIRO Livestock Industries, Australian Animal Health Laboratory and Australian Biosecurity Cooperative Research Center for Emerging Infectious Diseases, Geelong, Australia[3]; and School of Life Science, East China Normal University, Shanghai, China[4]*

Received 20 May 2007/Accepted 15 November 2007

Severe acute respiratory syndrome (SARS) is caused by the SARS-associated coronavirus (SARS-CoV), which uses angiotensin-converting enzyme 2 (ACE2) as its receptor for cell entry. A group of SARS-like CoVs (SL-CoVs) has been identified in horseshoe bats. SL-CoVs and SARS-CoVs share identical genome organizations and high sequence identities, with the main exception of the N terminus of the spike protein (S), known to be responsible for receptor binding in CoVs. In this study, we investigated the receptor usage of the SL-CoV S by combining a human immunodeficiency virus-based pseudovirus system with cell lines expressing the ACE2 molecules of human, civet, or horseshoe bat. In addition to full-length S of SL-CoV and SARS-CoV, a series of S chimeras was constructed by inserting different sequences of the SARS-CoV S into the SL-CoV S backbone. Several important observations were made from this study. First, the SL-CoV S was unable to use any of the three ACE2 molecules as its receptor. Second, the SARS-CoV S failed to enter cells expressing the bat ACE2. Third, the chimeric S covering the previously defined receptor-binding domain gained its ability to enter cells via human ACE2, albeit with different efficiencies for different constructs. Fourth, a minimal insert region (amino acids 310 to 518) was found to be sufficient to convert the SL-CoV S from non-ACE2 binding to human ACE2 binding, indicating that the SL-CoV S is largely compatible with SARS-CoV S protein both in structure and in function. The significance of these findings in relation to virus origin, virus recombination, and host switching is discussed.

SECRET//NOFORN

SECRET//NOFORN

# Minimal Receptor Binding Domain Cassette

- WIV scientists previously defined the minimal Receptor Binding Domain cassette that could functionally transfer ACE2 binding capability from one Spike protein to anotherSARS Nucleotide: 930-1554SARS Amino Acid: 310-518Receptor Binding MotifSARS Nucleotide: 1251-1482SARS Amino Acid: 417-494Homology cut points of SARS-CoV-2 coincide with WIV-identified borders of RBD and RBM



Xiao *et al.*, 2020 & Ren *et al.*, 2008

SECRET//NOFORN

SECRET//NOFORN

# Furin Cleavage Site

SARS-CoV    CATGTCGACACTTCTTATGAGTGCGACATTCCTATTGGAGCTGGCATTTGTGCTAGTTAC
        1980        H V D T S Y E C D I P I G A G I C A S   YSARS-CoV-2
CATGTCAACAACTCATATGAGTGTGACATACCCATTGGTGCAGGTATATGCGCTAGTTAT        2022
H V N N S Y E C D I P I G A G I C A S  YBCoV RaTG13
CATGTCAATAACTCGTATGAGTGTGACATACCTATTGGTGCAGGAATATGCGCCAGTTAT        2022
H V N N S Y E C D I P I G A G I C A S Y    SARS-CoV    CATACAGTTTCTTTATT----------
ACGTAGTACTAGCCAAAAATCTATTGTGGCT        2028        H T V S L L        R S T S Q K S I
V ASARS-CoV-2  CAGACTCAGACTAATTCTCCTCGGCGGGCACGTAGTGTAGCTAGTCAATCCATCATTGCC
        2082        Q T Q T N S P R R A R S V A S Q S I I ABCoV RaTG13
CAGACTCAAACTAATTC-----------ACGTAGTGTGGCCAGTCAATCTATTATTGCC        2070        Q T Q
T N S        R S V A S Q S I I AFurin Cleavage SiteNmeAIII Restriction Site

A unique restriction site facilitates identifying the correct *E. coli* clone

SECRET//NOFORN

SECRET//NOFORN

# SARS-CoV-2 Furin Cleavage Site GC Content

- The percent GC of the furin cleavage site insert is 77% compared to ~40% of the surrounding DNAContains an NmeAIII restriction siteThe other CoV's with FCS have a %GC of <55%

Influenza viruses are converted from low path to high path by addition of a poly-basic cleavage site by virtue of RNA Polymerase stuttering which adds preferentially A's and T's – this is not the case with SARS-CoV-2

SECRET//NOFORN

SECRET//NOFORN

% Identity:>95

# Spike Protein Regions



SECRET//NOFORN

SECRET//NOFORN

# SARS-CoV-2 Spike RBD Alignment: Possible RBM Cassette Insertion

```
SARSCoV2          TRFQTLLALHRSYLTPGDSSSGWTAGAAAYYVGYLQPRTFLLKYNENGTITDAVDCALDPRCoV_RaTG13
TRFQTLLALHRSYLTPGDSSSGWTAGAAAYYVGYLQPRTFLLKYNENGTITDAVDCALDPMP789              TKFRTLLTIHRGDPMP---
NNGWTVFSAAYYVGYLAPRTFMLNYNENGTITDAVDCALDP                                     NTD<>RBDSARSCoV2
LSETKCTLKSFTVEKGIYQTSNFRVQPTESIVRFPNITNLCPFGEVFNATRFASVYAWNRBCoV_RaTG13
LSETKCTLKSFTVEKGIYQTSNFRVQPTDSIVRFPNITNLCPFGEVFNATTFASVYAWNRMP789/Manis
LSEAKCTLKSLTVEKGIYQTSNFRVQPTESIVRFPNITNLCPFGEVFNATTFASVYAWNR SARSCoV2
KRISNCVADYSVLYNSASFSTFKCYGVSPTKLNDLCFTNVYADSFVIRGDEVRQIAPGQTBCoV_RaTG13
KRISNCVADYSVLYNSTSFSTFKCYGVSPTKLNDLCFTNVYADSFVITGDEVRQIAPGQTMP789/Manis
KRISNCVADYSVLYNSTSFSTFKCYGVSPTKLNDLCFTNVYADSFVVRGDEVRQIAPGQT
>RBMSARSCoV2          GKIADYNYKLPDDFTGCVIAWNSNNLDSKVGGNYNYLYRLFRKSNLKPFERDISTEIYQABCoV_RaTG13
GKIADYNYKLPDDFTGCVIAWNSKHIDAKEGGNFNYLYRLFRKANLKPFERDISTEIYQAMP789/Manis
GRIADYNYKLPDDFTGCVIAWNSNNLDSKVGGNYNYLYRLFRKSNLKPFERDISTEIYQA
RBM<                      RBD<SARSCoV2
GSTPCNGVEGFNCYFPLQSYGFQPTNGVGYQPYRVVVLSFELLHAPATVCGPKKSTNLVKBCoV_RaTG13
GSKPCNGQTGLNCYYPLYRYGFYPTDGVGHQPYRVVVLSFELLNAPATVCGPKKSTNLVKMP789/Manis
GSTPCNGVEGFNCYFPLQSYGFHPTNGVGYQPYRVVVLSFELLNAPATVCGPKQSTNLVK SARSCoV2
NKCVNFNFNGLTGTGVLTESNKKFLPFQQFGRDIADTTDAVRDPQTLEILDITPCSFGGVBCoV_RaTG13
NKCVNFNFNGLTGTGVLTESNKKFLPFQQFGRDIADTTDAVRDPQTLEILDITPCSFGGVMP789
NKCVNFNFNGLTGTGVLTESSKKFLPFQQFGRDIADTTDAVRDPQTLEILDITPCSFGGV
```

ACE2 Critical ContactACE2

SECRET//NOFORN

SECRET//NOFORN

# SARS-COV-2 RBD vs PCoV MP789 RBD

- 38 codon differencesFirst: 4Second: 0Third: 31First and third: 31 results in an amino acid changePangolin RBD cassette appears to be a codon optimized insert

SECRET//NOFORN

SECRET//NOFORN

# SARS-CoV-2 Spike Appears to be a Chimera



Liu *et al.*, 2020

SECRET//NOFORN

~~SECRET//NOFORN~~

# RmYN02 - A Red Herring?

- Zhou et al., 2020 publish paper describing Bat CoV rmYN02Next generation sequencing was done on pooled bat samples to develop two genome sequences – RmYN01 and RmYN02Claim that RmYN02 contains inserted nucleotides at the S1/S2 cleavage siteAssert that the SARS-CoV-2 FCS is therefore of natural originNo virus is available for peer confirmation



~~SECRET//NOFORN~~

Zhou et al., 2020

SECRET//NOFORN

# RmYNO2 - A Red Herring?

SECRET//NOFORN

SECRET//NOFORN

# HIV Epitopes

Perez, 2020

SECRET//NOFORN

SECRET//NOFORN

# HIV Sequences in the SARS-CoV-2 Spike Gene



Adapted from Perez, 2020

SECRET//NOFORN

SECRET//NOFORN

# Perez, 2020 Scientific Challenges

- None of the six proposed regions are identical at either the nucleotide or amino acid level with the corresponding HIV/SIV segmentsNone of the six peptides are related to identified immunosuppressive regions of HIV and SIV (Retroviral ISU Domains)The HIV gp41 Immunosuppressive (ISU) Domains sequence is KQLQARILAVERYLKDQQLLGG - this sequence does not match any of the sixFour of the six regions either perfectly or almost perfectly match corresponding peptides in multiple Pangolin CoVs - Perez did not account for Pangolin genomes in the paperSeveral are only found in Pangolin CoV Spike sequences and not in Bat CoV Spike sequences, indicating that the SARS-CoV-2 Spike NTD region originated from a Pangolin CoV template

The next 2 pages are DIF citing (b)(1) and (b)(3) and are not provided.

SECRET//NOFORN

SECRET//NOFORN

# Alternative Scenario

SECRET//NOFORN

SECRET//NOFORN

# Hypothetical Laboratory Origin of SARS-CoV-2

- WIV conducted a longitudinal studies to isolate a large number of bat Coronaviruses from multiple locations in China (2011-2015)WIV Developed Reverse Genetic System, assembled WIV1 full-length infectious clone, and created chimeric viruses exchanging the WIV1 spike gene with the spike gene from other bat Coronaviruses (2015-2017)WIV and other Chinese scientists conduct gain of function studies on SARS, MERS, IBV, and PEDV to insert furin cleavage sites demonstrating increased virulence of the chimeric virusesWIV conducted in vivo and in vitro studies to characterize the bank of bat CoronavirusesWIV conducted the live bat Coronavirus studies under BSL2 conditionsChinese BSL2 and US BSL2 conditions are differentChinese labs have had a history of virus escapes from BSL2 laboratoriesHypothesis:  Between 2017 and 2019, WIV created a full-length infectious clone in pBAC-CMV using an unpublished bat Coronavirus genome as template (BatCoVX)Hypothesis:  Between 2017 and 2019, WIV created chimeric Bat-CoV-X viruses using the pBAC-CMV-BCoVX backbone and swapping out key cassettes with other bat Coronaviruses (RBD, RBM, etc.) and adding additional features such as a furin cleavage siteHypothesis:  In 2018-2019, WIV conducted in vitro and in vivo studies to characterize the BatCoVX chimeric viruses under BSL2 conditionsHypothesis:  In mid-2019, one of the not fully characterized Bat-CoV-X chimeric viruses escaped from the WIV facilities and begins infecting civilians in the city of WuhanHypothesis:  Starting in mid-2019 through present, WIV and other Chinese laboratories conduct studies to characterize the Chimerc BCoVX virus that escaped (now called SARS-CoV-2)WIV (Zhou et al., 2020) publishes the 2019-nCoV genome sequence showing relatedness to RaTG13 (a previously unpublished genome)BatCoVX likely highly related to RaTG13Hypothesis:  Beginning in early 2020, WIV and other government controlled agencies begin to publish obfuscation information to drive the narrative that SARS-CoV-2 is of natural origin and resulted from natural recombinationRaTG13RMYN02Pangolin CoV's

SECRET//NOFORN

SECRET//NOFORN

# CONCLUSION

The next page is DiF citing (b)(1) and (b)(3) and is not provided.

SECRET//NOFORN

SECRET//NOFORN

# Concluding Points

- WIV possesses a bank of Bat Coronavirus isolatesWIV has scientists experienced in Coronavirology and Coronavirus Infectious Clone generationWIV Scientists generated chimeric SARS CoV and Bat CoV Spike genes to identify minimal Spike Receptor Binding Domain cassette that could transfer receptor binding specificity (Ren et al., 2008)WIV possesses an existing and published Coronavirus Reverse Genetics System (Zeng et al., 2016) utilizing their pBAC-CMV plasmidWIV has utilized the pBAC-CMV-WIV1 Full-length clone to generate chimeras with Bat CoV spike genes (Hu et al., 2017)WIV has BSL2/BSL3/BSL4 animal facilitiesWIV has multiple in vitro assays (apoptosis, IFN-β induction, etc.) to characterize their Bat Coronaviruses and chimeric Bat CoronavirusesWIV and other Chinese researchers have conducted Gain of Function studies in SARS, MERS, IBV, and PEDV to add Furin Cleavage Sites to CoV Spike proteinThe absence of a published progenitor virus for SARS-CoV-2 only indicates that it has not been published, not that it does not existThe genomic sequence of SARS-CoV-2 has Type IIS restriction sites that are consistent with being generated by the Golden Gate Cloning system utilizing the published pBAC-CMV plasmidThe SARS-CoV-2 genome has several break points where homology jumps from Bat Coronaviruses to Pangolin Coronaviruses which is consistent with a synthesized chimeric virusThe SARS-CoV-2 Spike protein similarity with RaTG13 and Pangolin CoV Spike proteins may also be explained by use of cassettes swapped into the base virus – these break points align with those identified by WIV scientists (Ren et al., 2008)The Pangolin RBD cassette is 100% identical at the amino acid level while the DNA sequence appears to be codon optimizedThere are no other published SARS lineage Betacoronaviruses that possess a Furin Cleavage Site in their Spike protein (RmYN02 does not have an insertion) and the SARS-CoV-2 FCS does not appear to be inserted via the same mechanism that drives Influenza virus insertions of polybasic cleavage sitesZeng et al., 2016 stated that "All experiments using live virus was conducted under biosafety level 2 (BSL2) conditions" which would make an accidental release of a pathogenic Bat CoV capable of binding human ACE2 more likelyA chimeric virus comprised of segments from natural Bat CoV genomes would appear like a recombined virus

The molecular biology capabilities of WIV and the genome assessment are consistent with the hypothesis that SARS-CoV-2 was a lab-engineered virus that was part of a bank of chimeric viruses in Zhen-Li Shi's laboratory at WIV that escaped from containment

SECRET//NOFORN

SECRET//NOFORN

# BACK-UP SLIDES

SECRET//NOFORN

~~SECRET//NOFORN~~

# Nucleotide 914 Region



~~SECRET//NOFORN~~

SECRET//NOFORN

# Nucleotide 1312 Region



SECRET//NOFORN

SECRET//NOFORN

# Nucleotide 1535 Region



SECRET//NOFORN

SARS-CoV   CATGTCGACACTTCTTATGAGTGCGACATTCCTATTGGAGCTGGCATTTGTGCTAGTTAC
       1980       H  V  D  T  S  Y  E  C  D  I  P  I  G  A  G  I  C  A  S  YSARS-CoV-2
CATGTCAACAACTCATATGAGTGTGACATACCCATTGGT GCAGGTATATGCG CTAGTTAT       2022
H  V  N  N  S  Y  E  C  D  I  P  I  G  A  G  I  C  A  S  YBCoV RaTG13
CATGTCAATAACTCGTATGAGTGTGACATACCTATTGGTGCAGGAATATGCGCCAGTTAT       2022
H  V  N  N  S  Y  E  C  D  I  P  I  G  A  G  I  C  A  S  Y    SARS-CoV   CATACAGTTTCTTTATT------------
ACGTAGTACTAGCCAAAAATCTATTGTGGCT       2028       H  T  V  S  L  L       R  S  T  S  Q  K  S  I
V  ASARS-CoV-2  CAGACTCAGACTAATTCTCCTCGGCGGGCACGTAGTGTAGCTAGTCAATCCATCATTGCC
       2082       Q  T  Q  T  N  S  P  R  R  A  R  S  V  A  S  Q  S  I  I ABCoV RaTG13
CAGACTCAAACTAATTC-----------ACGTAGTGTGGCCAGTCAATCTATTATTGCC       2070       Q  T  Q
T  N  S       R  S  V  A  S  Q  S  I  I AFurin Cleavage SiteBspMI Restriction SiteNmeAIII Restriction SiteBsrDI
Restriction Site

SECRET//NOFORN

**From:** (b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e); (b)(6)

**To:**

**Subject:**

**Date:** 2020/10/20 14:12:57

**Priority:** Normal

**Type:** Note

Classification: ~~TOP SECRET~~/

Let me know if there is any day this week or next when we might cross paths at the change-of-shift?

**Sent:** Tuesday, October 20, 2020 8:21 AM

Classification: ~~TOP SECRET~~/

(b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e); (b)(6)

most appreciated!

**Sent:** Monday, October 19, 2020 6:27 PM

Classification: ~~TOP SECRET~~/

ICYMI:

**Sent:** Monday, October 19, 2020 4:42 PM

Classification: ~~TOP SECRET~~

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6)

**Sent:** Monday, October 19, 2020 4:28 PM

Classification: ~~TOP SECRET~~

has shared a document with you.

Pages 3-176 are denied in full citing Exemptions 1 and 3 and are not provided.

```
==========================(b)(3):50 USC 3024(i)
Classification: TOP SECRET

==========================
Classification: TOP SECRET

==========================
Classification: TOP SECRET

==========================
Classification: TOP SECRET
```

(b)(3):10 USC 424; (b)(6)

**Sender:**

**Recipient:**

**Sent Date:** 2020/10/20 14:12:54
**Delivered Date:** 2020/10/20 14:12:57

20-cv-05096 (DF-2020-00213)000016

~~SECRET//NOFORN~~



**DEFENSE
INTELLIGENCE
DIGEST**

## WORLDWIDE

# (U) Alternative Analysis: The Next 12 Months of COVID-19

(b)(1); Sec. 1.4(e)

20 March 2020

████ DIA's authoritative assessment is that the COVID-19 outbreak

The WHO declared the COVID-19 outbreak a pandemic on 11 March, when it included more than 118,000 cases and 4,000 deaths in 114 countries. We also considered plausible yet unpredictable events that could alter the COVID-19 landscape.

> (U) **Methodology: Alternate Futures and Wild Card**
>
> (U) *We used the alternate futures structured analytic technique to examine potential outcomes by systematically exploring multiple ways a situation can develop when there is high complexity and uncertainty. We considered potential outcomes for a persistence of COVID-19 during the next year, including indicators and implications. We did not consider total global cessation of COVID-19 because of the lack of indicators to distinguish this potential future from its transmission being suppressed to undetected levels. This analysis also examines wild cards—plausible but unpredictable game-changing events—that could affect outcomes. Our alternative analysis assumes that at least two-thirds of countries will transparently report disease data in accordance with International Health Regulation guidelines to allow for monitoring of the outbreak's trajectory and the international response. If this assumption were proven false, the outbreak and pandemic could follow an incorrectly identified pattern without global awareness, restricting our ability to assess the future of the pandemic and its implications accurately. Alternative analysis products are intended to be thought provoking, not authoritative.*

(U) **Drivers for an Outbreak or Pandemic**

Classified by: ████
Derived from: ████
Declassify on: 20451231

(b)(3):10 USC 424; (b)(6)

1 of 4

DIA_F_14046_A

~~SECRET//NOFORN~~

20-cv-05096 (DF-2020-00213)000017

 (U) **WORLDWIDE:** Alternative Analysis: The Next 12 Months of COVID-19

(U) Global COVID-19 activity in 12 months could remain at transmission levels similar to today. This could occur because of new COVID-19 outbreaks in previously unaffected areas, continuation of outbreaks in affected areas, or a resurgence of COVID-19 transmission. Drivers that will shape this longer-term trajectory are government public health responses and individual behaviors and the human immune response. The following drivers of a reemergence of COVID-19 are listed in no particular order.

- (U) **Response and Behavior.** Government-mandated public health and individual measures such as case detection and isolation, quarantine, school and workplace closures, restrictions on gatherings, and personal hygiene are expected to reduce peak and total COVID-19 transmission ("flattening the curve"), while premature termination of preventative and mitigation measures could enable outbreaks or pandemics to return, according to an academic article.

- (U) **Immunity.** The human immune response to other endemic coronaviruses does not provide long-term protection against future reinfection, according to scientific studies. Short-term immunity to COVID-19 would make populations that experienced outbreaks through the first half of 2020 vulnerable to COVID-19 outbreaks in late 2020 or early 2021.

(U) **Wild Cards Altering COVID-19 Trajectory**

(U) The following are plausible and unpredictable wild card events that could have a game-changing effect and alter the local or global trajectory of the COVID-19 pandemic during the next year. The following events are listed in no particular order.

- (U) **Superspreading Events.** A single COVID-19 case could spark a massive outbreak, enabling the disease to spread quickly. For example, in South Korea, 37 infections in a religious community were linked to one individual, according to a press report. Immediate health consequences could be high if this occurs in a health care setting or at mass gatherings with people who will return to many geographically dispersed locations.

- (U) **Medical Countermeasures.** As of 13 March, vaccines to prevent COVID-19 are unavailable and not expected to be fielded for at least a year, according to a U.S. Government expert quoted in a scientific journal. Clinical trials are underway for COVID-19 treatments, which could prove effective in reducing the clinical severity of infection and might be available before the pandemic ends, judging from a press report.

(b)(3):10 USC 424

(b)(1); Sec.

- **Misinformation or Disinformation.** False information related to COVID-19 is ubiquitous on the Internet, according to press reporting. Whether unintentional or deliberate, we deem that this

20-cv-05096 (DF-2020-00213)000018

~~SECRET//NOFORN~~



(U) **WORLDWIDE:** Alternative Analysis: The Next 12 Months of COVID-19

(b)(3):10 USC 424

(U) **Alternate Futures of COVID-19 Trajectory Through June 2021**

(b)(1); Sec. 1.4(e); (b)(3):10 USC 424; (b)(6)

*National Center for Medical Intelligence*

(b)(3):10 USC 424; (b)(6)

~~SECRET//NOFORN~~

20-cv-05096 (DF-2020-00213)000019

SECRET//NOFORN



(U) **WORLDWIDE:** Alternative Analysis: The Next 12 Months of COVID-19



(b)(3):10 USC 424

CONFIDENTIAL

(b)(1); Sec. 1.4(e)

SECRET//NOFORN

#27

~~UNCLASSIFIED//FOR OFFICIAL USE ONLY~~



# (U) CICG Workforce Update
(U) DIA is now at Health Protection Condition (HPCON) Charlie.

01 April 2020/1700 EST

## BREAKING NEWS

(b)(3):10 USC 424

(U) If you, or someone living with you, traveled to, through, or from, any foreign country, or the states of California, Colorado, Florida, Louisiana, Massachusetts, New Jersey, New York, Texas, and/or Washington within the past 14 days, you may not access any DIA facility. You must return home and self-monitor for 14 days before requesting a medical clearance to return to work. If you have symptoms, such as cough, fever, or shortness of breath, call your medical provider and notify your supervisor for further guidance. In keeping with the Governors of Maryland and Virginia "Stay-at-Home" orders issued 30 March 2020, travel should be limited to home and duty station, unless traveling for gas, food, and medical emergencies, or as stated in the Executive Orders. Continue to maintain social distancing of at least six feet from any person while in public. This new guidance is intended to minimize exposure to you and your fellow employees.
Links: Maryland Executive Order | Virginia Executive Order

~~(U//FOUO)~~ D.C. "STAY-AT-HOME" ORDER

(U) D.C. Mayor Muriel Bowser issued a "stay-at-home" order for D.C. residents effective 01 April 2020. D.C. Executive Order

~~UNCLASSIFIED//FOR OFFICIAL USE ONLY~~

~~UNCLASSIFIED//FOR OFFICIAL USE ONLY~~

The next page is denied in full and not provided.

(U//FOUO) If you are out for self-monitoring for COVID-19, have a test pending for COVID-19, tested positive for COVID-19, or were diagnosed with COVID-19, you are not permitted back into any DIA facility until you have been approved by the DIA Surgeon General. This applies to ALL personnel working in ALL DIA facilities (military, civilian or contractor). Absolutely no one can approve you coming back into the building other than the DIA Surgeon General. Starting today, individuals sent home for self-monitoring, individuals with pending COVID-19 tests, positive COVID-19 tests, or who have been diagnosed COVID-19 positive

(b)(3):10 USC 424

(U//FOUO) How to Contact OSG and Get Cleared: Employees, or supervisors on behalf of their employees, may request medical clearance, by sending an email on                OSG will need the name and contact number(s) for the employee.

(U) Those employees without email access will need to call

(U) Please remember it is important to continue practicing social distancing, hand hygiene, and respiratory hygiene to minimize your risk of exposure to and transmission of COVID-19.

(U) DI's COVID-19 Manning Plan (Follow link)

~~UNCLASSIFIED//FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//FOR OFFICIAL USE ONLY

\*\*Important Recurring Data\*\*

## I. **(U) DIA Director Critical Information Requirements** (Top of Page)

(U) LTG Ashley requests that all employees avoid inadvertently spreading possible contagions by going straight to their desks upon arriving at work. Detours and delays increase the potential risk of infection. Practice social distancing by avoiding face-to-face meetings and conducting business by telephone, (b)(3):10 USC 424 or other available options. Try to avoid touching surfaces and use body parts other than fingers (e.g., elbows or wrists) when you must. Use the hand sanitizer located at the main entrances and dispersed throughout the building.

\*\*End Important Recurring Data\*\*

## II. **(U) Travel Guidance** (Top of Page)

(U) Updated Travel Guidance: Per the DIA Director: Effective immediately, if you have traveled outside of the 50 United States in the last 14 days, you are not to enter the DIA HQ facility. Call your supervisor and go home for 14 days. (b)(3):10 USC 424

**(U) To return to work, even though the DIA Clinic is closed, you MUST still call** **for authorization before you return to duty.**

Map is UNCLASSIFIED                                    SOURCE: World Health Organization



Countries, areas or territories with COVID-19 cases reported in the last 7 days, as of 31 March 2020, 10:00 (CET) — World Health Organization

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**(U) CONUS COVID-19 Statistics:**

Map is UNCLASSIFIED                    SOURCE: Center for Disease Control 01 April 2020



Figure 2: Reported Cases

**\*\*New Data\*\* ICOD 01 0600L APRIL 2020**

(U) 188,247 **(+24,672)** confirmed cases

(U) 3,921 **(+848)** deaths

(U) States of Interest:
- (U) Alabama: 999 **(+52)** confirmed cases; 13 **(+2)** deaths
- (U) Colorado: 2,990 **(+362)** confirmed cases; 68 **(+18)** deaths
- (U) District of Columbia: 495 **(+0)** confirmed cases; 9 **(+0)** deaths
- (U) Florida: 6,741 **(+1,047)** confirmed cases; 85 **(+14)** deaths
- (U) Illinois: 5,994 **(+924)** confirmed cases; 107 **(+23)** deaths
- (U) Maryland: 1,662 **(+248)** confirmed cases; 18 **(+3)** deaths
- (U) Nebraska: 193 **(+8)** confirmed cases; 4 **(+1)** deaths
- (U) Virginia: 1,250 **(+229)** confirmed cases; 27 **(+1)** deaths

(U) Source: Centers for Disease Control and Prevention

**\*\*End New Data\*\***

UNCLASSIFIED//FOR OFFICIAL USE ONLY

~~UNCLASSIFIED//FOR OFFICIAL USE ONLY~~

> The next nine pages are denied in full and not provided.

### III. (U) DIA Surgeon General Update (Top of Page)

(U) So, how should you handle grocery shopping?  See Appendix A.

(U) How long can the COVID-19 virus stay in the air and on surfaces?  See Appendix B.

(U) COVID-19 Increased Risks.  See Appendix C.

(U) COVID-19 Diagnosis

(U) Medical providers will evaluate patients presenting with symptoms of illness, including symptoms of COVID-19 (cough, fever, and shortness of breath), by completing a diagnostic assessment that includes, but is not limited to, the following:  history of present illness and symptoms (the most important part of the evaluation), travel history/exposure history, past medical history, family medical history, current medications, and social history.

(U) Medical providers will then order laboratory and other tests to assist with making a diagnosis.  These tests may include blood tests, strep tests, and flu tests.

(U) Given the severe shortage of COVID-19 laboratory tests, along with the fact that personal protective equipment (PPE), which is in very short supply, must be worn by healthcare workers who are obtaining the nose and throat swabs for the test, not all patients presenting COVID-19 symptoms will be tested.  Medical providers are following CDC guidance along with clinical judgment to determine if a COVID-19 laboratory test will be ordered.

(U) Medical providers will then make a diagnosis to a reasonable degree of medical certainty:

- (U) A confirmed case/diagnosis based on medical provider diagnostic assessment of clinical symptoms and a COVID-19 positive laboratory test.

- (U) A presumptive clinical case/diagnosis case based on medical provider diagnostic assessment of clinical symptoms and without a COVID-19 laboratory test.

(U) Medical providers will initiate a COVID-19 treatment plan for both groups of patients.

(U) The CDC definition of a presumptive case of COVID-19 is different from a presumptive clinical case/diagnosis made by a medical provider.  Per the CDC, a presumptive case of COVID-19 meant that a state laboratory confirmed a positive laboratory test for COVID-19, but the CDC laboratory had not confirmed it yet.

(U) If you think you might be getting sick, stay at home!  Please do not threaten the safety of your co-workers!

### IV. (U) Workforce Q&A (Top of Page)

(U) NSTR

~~UNCLASSIFIED//FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//FOR OFFICIAL USE ONLY

## XIV. (U) Appendices

### (U) Appendix A. (Top of page)

(U) Regardless of how you get your groceries, be sure to:

(U) Wash nonporous containers. Simple rubbing with soap and water can kill the coronavirus. Use dish soap on plastic, glass, and metal before putting them away. If that's not practical, be sure to wash your hands after putting away all packaging, including paper boxes and bags.

(U) It also doesn't hurt to wash your hands after opening the containers and using their contents. However, there is little likelihood that the virus could still be active on the container after a few days.

(U) Wash your hands, counter, and other surfaces you've touched. Do this after you've put away the groceries. A disinfectant is not necessary unless you're sharing a space with someone who is exhibiting signs of respiratory illness or has been exposed to the virus.

(U) Wash produce with soap and water. Because COVID-19 is very likely deactivated by contact with soap and water, washing your fruit and vegetables with soap and water should eliminate any live virus. What's more, rubbing fruit and vegetables under running water can help remove pesticides.

(U) For hard-skinned produce, scrub skins or peels with a soft-bristled vegetable brush, using dish or hand soap and warm water. For other types of produce, including leafy greens, soak in soapy water for 10 to 15 minutes, then rinse thoroughly.

(U) Buying frozen vegetables rather than fresh, under the assumption that they're packed and more sanitary, is not an approach that has been backed up by evidence.

### (U) If You're Getting Your Groceries Delivered

(U) Even if a grocery store or warehouse is thoroughly cleaned on a regular basis, the delivery person needs to take the same precautions to prevent the spread of a virus to you. Follow these steps when ordering deliveries:

(U) Avoid a direct hand-off. Arrange to have the items delivered to your doorstep or a place nearby instead.

(U) Tip electronically. One benefit of ordering deliveries online, or via an app, is that you don't have to hand the delivery person money. Opportunities to tip the delivery person are included in most delivery apps and online ordering systems.

(U) Order earlier than you usually do. Although this is not a safety issue, you may find that in the midst of higher demand, you have to wait longer.

### (U) If You're Picking Up Prepacked Groceries

(U) The steps are basically the same for this option as for delivery. If you've ordered and are merely having someone put the groceries in your car in a parking lot, consider opening your car

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

door yourself rather than having the person bringing the items to your car touch the handle. If you can tip on a supermarket's app, do so rather than handing over cash.

(U) If You're Buying Groceries In A Store

(U) A key way to prevent the virus's spread is to stay six feet away from other people. Here are a few other ideas:

(U) Go shopping at a time that's less busy. If you type in the store's name and location in Google search, a box often will pop up showing when foot traffic there is highest.

(U) Take germicide (hand sanitizer/wipes) with you. Some stores offer wipes to disinfect carts before and after you shop. If they do not, bring your own wipes and wipe your cart yourself.

(U) Use a credit or debit card. That way, you don't have to hand over bills or receive change. Also, use your own pen to sign receipts. If you can, use a virtual payment system so that you don't have to open your wallet at all.

## (U) Appendix B. (Top of page)

(U) A recent study from National Institutes of Health, CDC, UCLA and Princeton University scientists in The New England Journal of Medicine published findings about how long the virus strand that causes COVID-19 can live on surfaces and in the air.

(U) According to the report, SARS-CoV-2 (the virus) is detectable for:

(U) Up to 3 hours in aerosols (droplets in the air).

(U) Up to 4 hours on copper.

(U) Up to 24 hours on cardboard.

(U) Up to 3 days on plastic and stainless steel.

(U) Due to the virus' sustainability in the air and on these surfaces, infected individuals may be spreading the virus unknowingly. This study reinforces the recommended guidance from the CDC to help prevent the spread of germs. For more information on this study, search the New England Journal of Medicine for DOI: 10.1056/NEJMc2004973.

## (U) Appendix C. (Top of page)

(U) Underlying Medical Conditions That May Increase the Risk of Serious COVID-19 for Individuals of Any Age

(U) Blood disorders (e.g., sickle cell disease or on blood thinners).

(U) Chronic kidney disease as defined by your doctor. Patient has been told to avoid or reduce the dose of medications because of kidney disease, or is under treatment for kidney disease, including receiving dialysis.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

~~UNCLASSIFIED//FOR OFFICIAL USE ONLY~~

The next five pages are denied in full and not provided.

(U) Chronic liver disease as defined by your doctor (e.g., cirrhosis, chronic hepatitis). Patient has been told to avoid or reduce the dose of medications because of liver disease or is under treatment for liver disease.

(U) Compromised immune system (immunosuppression) (e.g., seeing a doctor for cancer and treatment such as chemotherapy or radiation, received an organ or bone marrow transplant, taking high doses of corticosteroids or other immunosuppressant medications, HIV, or AIDS).

(U) Current or recent pregnancy in the last two weeks.

(U) Endocrine disorders (e.g., diabetes mellitus).

(U) Metabolic disorders (such as inherited metabolic disorders and mitochondrial disorders).

(U) Heart disease (such as congenital heart disease, congestive heart failure, and coronary artery disease).

(U) Lung disease, including asthma or chronic obstructive pulmonary disease, (chronic bronchitis or emphysema) or other chronic conditions associated with impaired lung function or that require home oxygen.

(U) Neurological, neurologic, and neurodevelopment conditions (including disorders of the brain, spinal cord, peripheral nerve, and muscle, such as cerebral palsy, epilepsy (seizure disorders), stroke, intellectual disability, moderate to severe developmental delay, muscular dystrophy, or spinal cord injury).

**(U) Appendix D.** (Top of page)

(b)(3):10 USC 424

27

**From:**

**To:**

**Subject:** CICG WORKFORCE UPDATE 02APR20
**Date:** 2020/04/02 20:56:08
**Priority:** Normal
**Type:** Note

(b)(3):10 USC 424; (b)(6)

Classification: ~~UNCLASSIFIED//FOUO~~



# (U) CICG Workforce Update
(U) DIA is now at Health Protection Condition (HPCON) Charlie.

02 April 2020/1700 EST

## BREAKING NEWS

(b)(3):10 USC 424

## (U//FOUO) PERSONNEL TRAVEL RESTRICTIONS

(b)(3):10 USC 424

- (U) Travel among the [    ] DIA facilities - To reduce risk of infection, and possible cross-contamination, minimize travel between the different DIA buildings. For example, if you work at Reston and need to communicate with HQ, call or utilize a Tandberg whenever possible.

- (U) If you, or someone living with you, **traveled to/from, or stopped in**, any foreign country, or the states of California, Colorado, Florida, Louisiana, Massachusetts, New Jersey, New York, Texas, and/or Washington within the past 14 days, you may not access any DIA facility. You must return home and self-monitor for 14 days before requesting a medical clearance to return to work. If you have symptoms, such as cough, fever, or shortness of breath, call your medical provider and notify your supervisor for further guidance. In keeping with the Governors of Maryland, Virginia, and District of Columbia "Stay-at-Home" orders, travel should be limited to home and duty station, unless traveling for gas, food, and medical emergencies, or as stated in the Executive Orders. Continue to maintain social distancing of at least six feet from any person while in public. This new guidance is intended to minimize exposure to you and your fellow employees.
  Links: Maryland Executive Order | Virginia Executive Order | D.C. Executive Order



(b)(3):10
USC 424

(b)(3):10 USC 424

**\*\*Important Recurring Data\*\***

## I. **(U) DIA Director Critical Information Requirements** (Top of Page)

(b)(3):10
USC 424

(U) LTG Ashley requests that all employees avoid inadvertently spreading possible contagions by going straight to their desks upon arriving at work. Detours and delays increase the potential risk of infection. Practice social distancing by avoiding face-to-face meetings and conducting business by telephone, [                    ] or other available options. Try to avoid touching surfaces and use body parts other than fingers (e.g., elbows or wrists) when you must. Use the hand sanitizer located at the main entrances and dispersed throughout the building.

**\*\*End Important Recurring Data\*\***

## II. **(U) Travel Guidance** (Top of Page)

(U) Updated Travel Guidance: Per the DIA Director: Effective immediately, if you have traveled outside of the 50 United States in the last 14 days, you are not to enter the DIA HQ facility. Call your supervisor and go home for 14 days.

(b)(3):10
USC 424

**(U) To return to work, even though the DIA Clinic is closed, you MUST still call [          ] [     ] for authorization before you return to duty.**

Map is UNCLASSIFIED                                    SOURCE: World Health Organization



**(U) CONUS COVID-19 Statistics:**
Map is UNCLASSIFIED                          SOURCE:  Center for Disease Control 02 April 2020



(b)(3):10 USC 424

### III. (U) DIA Surgeon General Update (Top of Page)

(U) So, how should you handle grocery shopping?  See Appendix A.

(U) How long can the COVID-19 virus stay in the air and on surfaces?  See Appendix B.

(U) COVID-19 Increased Risks.  See Appendix C.

(U) COVID-19 Diagnosis

(U) Medical providers will evaluate patients with symptoms of illness, including symptoms of COVID-19 (cough, fever, and shortness of breath), by completing a diagnostic assessment that includes, but is not limited to, the following:  history of present illness and symptoms (the most important part of the evaluation), travel history/exposure history, past medical history, family medical history, current medications, and social history.

(U) Medical providers will then order laboratory and other tests to assist with making a diagnosis.  These tests may include blood tests, strep tests, and flu tests.

(U) Given the severe shortage of COVID-19 laboratory tests and personal protective equipment (PPE), not all patients presenting COVID-19 symptoms will be tested.  Medical providers are following CDC guidance along with clinical judgment to determine if a COVID-19 laboratory test will be ordered.

(U) Medical providers will then make a diagnosis to a reasonable degree of medical certainty:

- (U) A confirmed case/diagnosis based on medical provider diagnostic assessment of clinical symptoms and a COVID-19 positive laboratory test.

- (U) A presumptive clinical case/diagnosis case based on medical provider diagnostic assessment of clinical symptoms and without a COVID-19 laboratory test.

(U) Medical providers will initiate a COVID-19 treatment plan for both groups of patients.

(U) The CDC definition of a presumptive case of COVID-19 is different from a presumptive clinical case/diagnosis made by a medical provider.  Per the CDC, a presumptive case of COVID-19 meant that a state laboratory confirmed a positive laboratory test for COVID-19, but the CDC laboratory had not confirmed it yet.

(U) If you think you might be getting sick, stay at home!  Please do not threaten the safety of your co-workers!

(U//FOUO) If you are out for self-monitoring for COVID-19, have a test pending for COVID-19, tested positive for COVID-19, or were diagnosed with COVID-19, you are not permitted back into any DIA facility until you have been approved by the DIA Surgeon General. This applies to ALL personnel working in ALL DIA facilities (military, civilian, or contractor). Absolutely no one can approve you coming back into the building other than the DIA Surgeon General, who can be contacted at

(b)(3):10 USC 424

(b)(3):10 USC 424

(U//~~FOUO~~) How to Contact OSG and Get Cleared:  Employees, or supervisors on behalf of their employees, may request medical clearance, by sending an email on [          ]  OSG will need the name and contact number(s) for the employee.

(b)(3):10 USC 424

(U) Please remember it is important to continue practicing social distancing, hand hygiene, and respiratory hygiene to minimize your risk of exposure to and transmission of COVID-19.

(b)(3):10 USC 424

## V.  (U) Office of Human Resources Update (Top of Page)

(U) Civilian employees, on military duty for more than 30 days, are entitled to Federal Employees Health Benefits (FEHB) coverage for up to 24 months.  Further, employees activated under a contingency operation, may be entitled to an additional 22 days of military leave per calendar year.  A full list of benefits available to DIA employees serving on active military orders will be posted to the CICG website later this week.

(U) CIO Updates to Admin Leave Coding for Timecards

(b)(3):10 USC 424

(U) To reduce risk of infection, and possible cross-contamination, do not move between different DIA buildings. If you work at Reston and need to communicate with HQ, use a phone/Tandberg whenever possible.

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)



### XIII. (U) Office/Special Office/IIC Information (Top of Page)

(U) The DI's top priority continues to be "protect the workforce." As such, DI has implemented a manning plan that seeks to optimize the available workforce, by limiting the number of officers in the workplace at any given time (the target being 25 percent), and by establishing a strategic reserve used to supplement gaps due to illness, isolation, daycare needs, or at-risk personnel not available.

(b)(3):10 USC 424

(U) ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ The exceptions in DI are NCMI and MARS, which continue to operate with 100 percent of available personnel, working daily on these critical mission areas.

(U) ⎯⎯⎯⎯⎯⎯⎯ These are officers aligned to perform DI's mission-essential functions on a week-on/week-off schedule. Each team represents ~25 percent of the respective offices' overall manning, with some variations due to mission requirements. In all cases, DI leaders are constantly reviewing requirements to ensure only those officers necessary are in the workplace. In addition to overall numbers, DI is ensuring that social distancing is enforced in all

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)

that we do, including meetings and seating assignments. These safe operating procedures are critical to protecting the strategic reserve

(U          ) This is DI's strategic reserve. DI has already cross-leveled the Directorate to ensure that NCMI has personnel aligned to all critical tasks.

(U)          officers who are not available to work right now. This includes officers identified as "At Risk", have daycare requirements, are in self-isolation, or are sick. priority, for those not sick or performing daycare, is telework.

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)

## (U) If You're Picking Up Prepacked Groceries

(U) The steps are basically the same for this option as for delivery. If you've ordered and are merely having someone put the groceries in your car in a parking lot, consider opening your car door yourself rather than having the person bringing the items to your car touch the handle. If you can tip on a supermarket's app, do so rather than handing over cash.

## (U) If You're Buying Groceries In A Store

(U) A key way to prevent the virus's spread is to stay six feet away from other people. Here are a few other ideas:

(U) Go shopping at a time that's less busy. If you type in the store's name and location in Google search, a box often will pop up showing when foot traffic there is highest.

(U) Take germicide (hand sanitizer/wipes) with you. Some stores offer wipes to disinfect carts before and after you shop. If they do not, bring your own wipes and wipe your cart yourself.

(U) Use a credit or debit card. That way, you don't have to hand over bills or receive change. Also, use your own pen to sign receipts. If you can, use a virtual payment system so that you don't have to open your wallet at all.

## (U) Appendix B. (Top of page)

(U) A recent study from National Institutes of Health, CDC, UCLA and Princeton University scientists in The New England Journal of Medicine published findings about how long the virus strand that causes COVID-19 can live on surfaces and in the air.
(U) According to the report, SARS-CoV-2 (the virus) is detectable for:

(U) Up to 3 hours in aerosols (droplets in the air).

(U) Up to 4 hours on copper.

(U) Up to 24 hours on cardboard.

(U) Up to 3 days on plastic and stainless steel.

(U) Due to the virus' sustainability in the air and on these surfaces, infected individuals may be spreading the virus unknowingly. This study reinforces the recommended guidance from the CDC to help prevent the spread of germs. For more information on this study, search the New England Journal of Medicine for DOI: 10.1056/NEJMc2004973.

## (U) Appendix C. (Top of page)

## (U) Underlying Medical Conditions That May Increase the Risk of Serious COVID-19 for Individuals of Any Age

(U) Blood disorders (e.g., sickle cell disease or on blood thinners).

(U) Chronic kidney disease as defined by your doctor. Patient has been told to avoid or reduce the dose of medications because of kidney disease, or is under treatment for kidney disease, including receiving dialysis.

(U) Chronic liver disease as defined by your doctor (e.g., cirrhosis, chronic hepatitis). Patient has been told to avoid or reduce the dose of medications because of liver disease or is under treatment for liver disease.

(U) Compromised immune system (immunosuppression) (e.g., seeing a doctor for cancer and treatment such as chemotherapy or radiation, received an organ or bone marrow transplant, taking high doses of corticosteroids or other immunosuppressant medications, HIV, or AIDS).

(U) Current or recent pregnancy in the last two weeks.

(U) Endocrine disorders (e.g., diabetes mellitus).

(U) Metabolic disorders (such as inherited metabolic disorders and mitochondrial disorders).

(U) Heart disease (such as congenital heart disease, congestive heart failure, and coronary artery disease).

(U) Lung disease, including asthma or chronic obstructive pulmonary disease, (chronic bronchitis or emphysema) or other chronic conditions associated with impaired lung function or that require home oxygen.

(U) Neurological, neurologic, and neurodevelopment conditions (including disorders of the brain, spinal cord, peripheral nerve, and muscle, such as cerebral palsy, epilepsy (seizure disorders), stroke, intellectual disability, moderate to severe developmental delay, muscular dystrophy, or spinal cord injury).

(b)(3):10 USC 424

(b)(3):10 USC 424

(U) During the Coronavirus Disease 2019 (COVID-19) pandemic, DIA will leverage telework flexibilities to maximize personnel dispersion and prevent disease transmission. Effective immediately, DIA organizations will make a management decision regarding telework eligibility for each employee to perform unclassified telework based on mission need and the nature of the individual employee's work.

(U) Supervisor approval is required prior to telework. Those employees deemed telework-eligible by their management will be directed to telework from home and instructed not to return to their duty stations until further notice.

UNCLASSIFIED//FOR OFFICIAL USE ONLY



# (U) CICG Workforce Update
(U) DIA is now at Health Protection Condition (HPCON) Charlie.

02 April 2020/1700 EST

(b)(3):10 USC 424

UNCLASSIFIED//FOR OFFICIAL USE ONLY

- (U) **If** you, or someone living with you, **traveled to/from, or stopped in**, any foreign country, or the states of California, Colorado, Florida, Louisiana, Massachusetts, New Jersey, New York, Texas, and/or Washington within the past 14 days, you may not access any DIA facility. You must return home and self-monitor for 14 days before requesting a medical clearance to return to work. If you have symptoms, such as cough, fever, or shortness of breath, call your medical provider and notify your supervisor for further guidance. In keeping with the Governors of Maryland, Virginia, and District of Columbia "Stay-at-Home" orders, travel should be limited to home and duty station, unless traveling for gas, food, and medical emergencies, or as stated in the Executive Orders. Continue to maintain social distancing of at least six feet from any person while in public. This new guidance is intended to minimize exposure to you and your fellow employees.
  Links: Maryland Executive Order | Virginia Executive Order | D.C. Executive Order

UNCLASSIFIED//FOR OFFICIAL USE ONLY

~~UNCLASSIFIED//FOR OFFICIAL USE ONLY~~

**Important Recurring Data**

## I. (U) DIA Director Critical Information Requirements (Top of Page)

(b)(3):10
USC 424

(U) LTG Ashley requests that all employees avoid inadvertently spreading possible contagions by going straight to their desks upon arriving at work. Detours and delays increase the potential risk of infection. Practice social distancing by avoiding face-to-face meetings and conducting business by telephone[                ] or other available options. Try to avoid touching surfaces and use body parts other than fingers (e.g., elbows or wrists) when you must. Use the hand sanitizer located at the main entrances and dispersed throughout the building.

**End Important Recurring Data**

(b)(3):10
USC 424

## II. (U) Travel Guidance (Top of Page)

(U) Updated Travel Guidance: Per the DIA Director: Effective immediately, if you have traveled outside of the 50 United States in the last 14 days, you are not to enter the DIA HQ facility. Call your supervisor and go home for 14 days.

**(U) To return to work, even though the DIA Clinic is closed, you MUST still call** [        ] **for authorization before you return to duty.**

Map is UNCLASSIFIED                                          SOURCE: World Health Organization



~~UNCLASSIFIED//FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

**(U) CONUS COVID-19 Statistics:**
Map is UNCLASSIFIED                    SOURCE:  Center for Disease Control 02 April 2020

Figure 2:  Reported Cases

**\*\*New Data\*\* ICOD 02 0600L APRIL 2020**

(U) 214,461 **(+26,214)** confirmed cases

(U) 4,841 **(+920)** deaths

(U) States of Interest:
- (U) Alabama:  1,106 **(+107)** confirmed cases; 28 **(+15)** deaths
- (U) Colorado:  3,346 **(+356)** confirmed cases; 80 **(+12)** deaths
- (U) District of Columbia:  586 **(+91)** confirmed cases; 11 **(+2)** deaths
- (U) Florida:  7,765 **(+1,024)** confirmed cases; 100 **(+15)** deaths
- (U) **Hawaii:**  258 **(+34)** confirmed cases; 1 **(+0)** deaths
- (U) Illinois:  6,980 **(+986)** confirmed cases; 146 **(+39)** deaths
- (U) Maryland:  1,985 **(+323)** confirmed cases; 33 **(+15)** deaths
- (U) Nebraska:  249 **(+56)** confirmed cases; 5 **(+1)** deaths
- (U) Virginia:  1,511 **(+261)** confirmed cases; 34 **(+7)** deaths

(U) Source:  Centers for Disease Control and Prevention

**\*\*End New Data\*\***

UNCLASSIFIED//FOR OFFICIAL USE ONLY

### III.  (U) DIA Surgeon General Update  (Top of Page)

(U) So, how should you handle grocery shopping?  See Appendix A.

(U) How long can the COVID-19 virus stay in the air and on surfaces?  See Appendix B.

(U) COVID-19 Increased Risks.  See Appendix C.

(U) COVID-19 Diagnosis

(U) Medical providers will evaluate patients with symptoms of illness, including symptoms of COVID-19 (cough, fever, and shortness of breath), by completing a diagnostic assessment that includes, but is not limited to, the following:  history of present illness and symptoms (the most important part of the evaluation), travel history/exposure history, past medical history, family medical history, current medications, and social history.

(U) Medical providers will then order laboratory and other tests to assist with making a diagnosis.  These tests may include blood tests, strep tests, and flu tests.

(U) Given the severe shortage of COVID-19 laboratory tests and personal protective equipment (PPE), not all patients presenting COVID-19 symptoms will be tested.  Medical providers are following CDC guidance along with clinical judgment to determine if a COVID-19 laboratory test will be ordered.

(U) Medical providers will then make a diagnosis to a reasonable degree of medical certainty:

- (U) A confirmed case/diagnosis based on medical provider diagnostic assessment of clinical symptoms and a COVID-19 positive laboratory test.

- (U) A presumptive clinical case/diagnosis case based on medical provider diagnostic assessment of clinical symptoms and without a COVID-19 laboratory test.

(U) Medical providers will initiate a COVID-19 treatment plan for both groups of patients.

(U) The CDC definition of a presumptive case of COVID-19 is different from a presumptive clinical case/diagnosis made by a medical provider.  Per the CDC, a presumptive case of COVID-19 meant that a state laboratory confirmed a positive laboratory test for COVID-19, but the CDC laboratory had not confirmed it yet.

(U) If you think you might be getting sick, stay at home!  Please do not threaten the safety of your co-workers!

(U//FOUO) If you are out for self-monitoring for COVID-19, have a test pending for COVID-19, tested positive for COVID-19, or were diagnosed with COVID-19, you are not permitted back into any DIA facility until you have been approved by the DIA Surgeon General. This applies to ALL personnel working in ALL DIA facilities (military, civilian, or contractor). Absolutely no one can approve you coming back into the building other than the DIA Surgeon General, who can be contacted at

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)

6

UNCLASSIFIED//FOR OFFICIAL USE ONLY

been diagnosed COVID-19 positive, will have their DIA intelligence community badges turned off until they are approved for return by the Surgeon General.

(U//FOUO) How to Contact OSG and Get Cleared:  Employees, or supervisors on behalf of their employees, may request medical clearance, by sending an email on NIPR or JWICS.  OSG will need the name and contact number(s) for the employee.

- NIPR: (b)(3):10 USC 424

- JWICS: (b)(3):10 USC 424

(U) Those employees without email access will need to call (b)(3):10 USC 424

(U) Please remember it is important to continue practicing social distancing, hand hygiene, and respiratory hygiene to minimize your risk of exposure to and transmission of COVID-19.

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)

7

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

Non Responsive Record

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)

(U) To reduce risk of infection, and possible cross-contamination, do not move between different DIA buildings.  If you work at Reston and need to communicate with HQ, use a phone whenever possible.

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

UNCLASSIFIED//FOR OFFICIAL USE ONLY



(b)(3):10 USC 424

## XIII. (U) Office/Special Office/IIC Information (Top of Page)

(U) The DI's top priority continues to be "protect the workforce." As such, DI has implemented a manning plan that seeks to optimize the available workforce, by limiting the number of officers in the workplace at any given time (the target being 25 percent), and by establishing a strategic reserve used to supplement gaps due to illness, isolation, daycare needs, or at-risk personnel not available.

(U) The exceptions in DI are NCMI and MARS, which continue to operate with 100 percent of available personnel, working daily on these critical mission areas.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

(U) [redacted] These are officers aligned to perform DI's mission-essential functions on a week-on/week-off schedule. Each team represents ~25 percent of the respective offices' overall manning, with some variations due to mission requirements. In all cases, DI leaders are constantly reviewing requirements to ensure only those officers necessary are in the workplace. In addition to overall numbers, DI is ensuring that social distancing is enforced in all that we do, including meetings and seating assignments.

(U) [redacted] This is DI's strategic reserve. DI has already cross-leveled the Directorate to ensure that NCMI has personnel aligned to all critical tasks.

(U) [redacted] officers who are not available to work right now. This includes officers identified as "At Risk", have daycare requirements, are in self-isolation, or are sick. [redacted] priority, for those not sick or performing daycare, is telework.

(b)(3):50 USC 3024(i)

16

UNCLASSIFIED//FOR OFFICIAL USE ONLY

(U) If You're Picking Up Prepacked Groceries

(U) The steps are basically the same for this option as for delivery. If you've ordered and are merely having someone put the groceries in your car in a parking lot, consider opening your car door yourself rather than having the person bringing the items to your car touch the handle. If you can tip on a supermarket's app, do so rather than handing over cash.

(U) If You're Buying Groceries In A Store

(U) A key way to prevent the virus's spread is to stay six feet away from other people. Here are a few other ideas:

(U) Go shopping at a time that's less busy. If you type in the store's name and location in Google search, a box often will pop up showing when foot traffic there is highest.

(U) Take germicide (hand sanitizer/wipes) with you. Some stores offer wipes to disinfect carts before and after you shop. If they do not, bring your own wipes and wipe your cart yourself.

(U) Use a credit or debit card. That way, you don't have to hand over bills or receive change. Also, use your own pen to sign receipts. If you can, use a virtual payment system so that you don't have to open your wallet at all.

## (U) Appendix B. [Top of page]

(U) A recent study from National Institutes of Health, CDC, UCLA and Princeton University scientists in The New England Journal of Medicine published findings about how long the virus strand that causes COVID-19 can live on surfaces and in the air.

(U) According to the report, SARS-CoV-2 (the virus) is detectable for:

(U) Up to 3 hours in aerosols (droplets in the air).

(U) Up to 4 hours on copper.

(U) Up to 24 hours on cardboard.

(U) Up to 3 days on plastic and stainless steel.

(U) Due to the virus' sustainability in the air and on these surfaces, infected individuals may be spreading the virus unknowingly. This study reinforces the recommended guidance from the CDC to help prevent the spread of germs. For more information on this study, search the New England Journal of Medicine for DOI: 10.1056/NEJMc2004973.

## (U) Appendix C. [Top of page]

(U) Underlying Medical Conditions That May Increase the Risk of Serious COVID-19 for Individuals of Any Age

(U) Blood disorders (e.g., sickle cell disease or on blood thinners).

18
UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

(U) Chronic kidney disease as defined by your doctor.  Patient has been told to avoid or reduce the dose of medications because of kidney disease, or is under treatment for kidney disease, including receiving dialysis.

(U) Chronic liver disease as defined by your doctor (e.g., cirrhosis, chronic hepatitis).  Patient has been told to avoid or reduce the dose of medications because of liver disease or is under treatment for liver disease.

(U) Compromised immune system (immunosuppression) (e.g., seeing a doctor for cancer and treatment such as chemotherapy or radiation, received an organ or bone marrow transplant, taking high doses of corticosteroids or other immunosuppressant medications, HIV, or AIDS).

(U) Current or recent pregnancy in the last two weeks.

(U) Endocrine disorders (e.g., diabetes mellitus).

(U) Metabolic disorders (such as inherited metabolic disorders and mitochondrial disorders).

(U) Heart disease (such as congenital heart disease, congestive heart failure, and coronary artery disease).

(U) Lung disease, including asthma or chronic obstructive pulmonary disease, (chronic bronchitis or emphysema) or other chronic conditions associated with impaired lung function or that require home oxygen.

(U) Neurological, neurologic, and neurodevelopment conditions (including disorders of the brain, spinal cord, peripheral nerve, and muscle, such as cerebral palsy, epilepsy (seizure disorders), stroke, intellectual disability, moderate to severe developmental delay, muscular dystrophy, or spinal cord injury).

(b)(3):10 USC 424

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

(b)(3):10 USC 424

(U) During the Coronavirus Disease 2019 (COVID-19) pandemic, DIA will leverage telework flexibilities to maximize personnel dispersion and prevent disease transmission. Effective immediately, DIA organizations will make a management decision regarding telework eligibility for each employee to perform unclassified telework based on mission need and the nature of the individual employee's work.

20

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

(U) Supervisor approval is required prior to telework.  Those employees deemed telework-eligible by their management will be directed to telework from home and instructed not to return to their duty stations until further notice.

(b)(3):10 USC 424

27

UNCLASSIFIED//FOR OFFICIAL USE ONLY

29

**From:** (b)(3):10 USC 424; (b)(6)

**To:**

**Subject:** CICG WORKFORCE UPDATE 06APR2020
**Date:** 2020/04/06 10:31:50
**Priority:** Normal
**Type:** Note

Classification: ~~UNCLASSIFIED//FOUO~~
===================================================================

06 April 2020/1700 EST
DIA Health Protection Condition (HPCON): <u>Charlie</u> <u>OPORD</u>

**\*\*New Data\*\***

**(U) <u>If you might be getting sick, stay home!</u>** Please do not threaten the safety of your coworkers by reporting to work when feeling sick. Disregarding this notice may be construed as failure to follow guidance, and <u>could result in administrative action.</u>

(U) The DIA Office of the Surgeon General (OSG) recognizes that personnel may choose to wear surgical masks in the workplace. More guidance will be provided in the upcoming days. Below is some information on surgical masks and respirators:

- • (U) <u>Surgical masks</u>: FDA approved and designed to help prevent contamination of the work environment from large droplets generated by the wearer (e.g. spit, mucous). Masks can be used when close contact might be expected (lunchroom, walking the hallways, etc.) and removed when personal distance can be maintained (in office, sitting at well-separated desks, etc.).

- • (U) <u>Respirators</u>:  graded by the percentage of airborne droplets they will filter out, and are certified by the National Institute of Occupational Safety and Health, which is reflected on the packaging.  Respirators should be reserved for use by medical personnel or by individuals who are at high risk for personal exposure from COVID-19; supplies are currently very limited.

**End New Data**



(b)(3):10 USC 424

Due to the evolving situation, you are advised to regularly check the DIA website and the CICG SharePoint site, read the Workforce Update Daily, and maintain contact with your supervisor. ** For the latest information on COVID-19, please consider visiting the websites for the Center for Disease Control and Prevention (CDC) and/or the World Health Organization.

## (U) DIA Director Critical Information Requirements All
employees should avoid inadvertently spreading possible contagions by going straight to their desks upon arriving at work.  Detours and delays increase the potential risk of infection.  Practice social distancing by avoiding face-to-face meetings and conducting business by telephone, VOIP, Tandberg, or other available options.  Avoid touching surfaces and use body parts other than fingers (e.g., elbows or wrists) when you must.  Use the hand sanitizers at the main entrances and dispersed throughout the building.

Non Responsive Record

(U//FOUO) **DIA Surgeon General Update** If you are self-monitoring, have a test pending, tested positive, or were diagnosed with COVID-19, you are not permitted into any DIA facility until you have been approved by the OSG. This applies to ALL personnel working in ALL DIA facilities (military, civilian, or contractor). Absolutely no one can approve you coming back into the building other than the OSG. OSG will need the name and contact number(s) for the employee. Individuals sent home for self-monitoring, individuals with pending or positive COVID-19 tests, or who have been diagnosed COVID-19 positive, will

have their DIA IC badges turned off until they are approved for return by the OSG.

(b)(3):10 USC 424

**(U) Travel Guidance** If you, or someone living with you, **traveled to or from, or stopped in,** any foreign country, or the states of California, Colorado, Florida, Louisiana, Massachusetts, New Jersey, New York, Texas, or Washington within the past 14 days, you may not access any DIA facility. You must return home and self-monitor for 14 days before requesting a medical clearance to return to work. If you have symptoms, such as cough, fever, or shortness of breath, call your medical provider and notify your supervisor. In keeping with the District of Columbia, Maryland, and Virginia Governors' "Stay-at-Home" orders, travel should be limited to home and duty station, unless traveling for gas, food, and medical emergencies, or as stated in the Executive Orders. Links: Maryland Executive Order | Virginia Executive Order | D.C. Executive Order

(U) CDC COVID-19 Statistics

**\*\*New Data\*\* ICOD 05 1200L APRIL 2020**

(U) Nationwide: 311,536 **(+65,963)** confirmed cases; 8,499 **(+2,441)** deaths

(U) States of Interest:
- (U) Alabama: 1,633 **(+363)** confirmed cases; 44 **(+12)** deaths
- (U) Colorado: 4,574 **(+846)** confirmed cases; 126 **(+30)** deaths
- (U) District of Columbia: 902 **(+249)** confirmed cases; 21 **(+9)** deaths
- (U) Florida: 11,537 **(+2,537)** confirmed cases; 194 **(+50)** deaths
- (U) Hawaii: 349 **(+66)** confirmed cases; 3 **(+1)** deaths
- (U) Illinois: 10,357 **(+2,662)** confirmed cases; 248 **(+83)** deaths
- (U) Maryland: 3,125 **(+794)** confirmed cases; 54 **(+18)** deaths
- (U) Nebraska: 339 **(+66)** confirmed cases; 8 **(+2)** deaths
- (U) Virginia: 2,407 **(+701)** confirmed cases; 52 **(+11)** deaths

**\*\*End New Data\*\***

(b)(3):10 USC 424

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)

## (U) Office/Special Office/IIC Information

(U) The DI's top priority continues to be "protect the workforce." As such, DI has implemented a staffing plan that seeks to optimize the available workforce by limiting the number of officers in the workplace at any given time and by establishing a strategic reserve used to supplement gaps due to illness, isolation, daycare needs, or at-risk personnel not available.

The exceptions in DI are NCMI and MARS, which continue to operate with 100 percent of available personnel, working daily on these critical mission areas.

- (U) [     ] officers aligned to perform DI's mission-essential functions on a week-on/week-off schedule. Each team represents ~25 percent of the respective offices' overall manning, with some variations due to mission requirements.

- (U) [     ] strategic reserve, used to supplement gaps. (U) [     ] officers who are not available to work right now. This includes officers identified as "At Risk", have daycare requirements, are in self-isolation, or are sick. [     ] priority, for those not sick or performing daycare, is telework.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

# COVID-19 Integration and Coordination Group (CICG)

Agency-level Workforce Update

06 April 2020/1700 EST
DIA Health Protection Condition (HPCON): Charlie OPORD



**BREAKING NEWS**

**\*\*New Data\*\***

**(U) If you might be getting sick, stay home!** Please do not threaten the safety of your coworkers by reporting to work when feeling sick. Disregarding this notice may be construed as failure to follow guidance, and **could result in administrative action.**

(U) The DIA Office of the Surgeon General (OSG) recognizes that personnel may choose to wear surgical masks in the workplace. More guidance will be provided in the upcoming days. Below is some information on surgical masks and respirators:

- (U) <u>Surgical masks</u>: FDA approved and designed to help prevent contamination of the work environment from large droplets generated by the wearer (e.g. spit, mucous). Masks can be used when close contact might be expected (lunchroom, walking the hallways, etc.) and removed when personal distance can be maintained (in office, sitting at well-separated desks, etc.).
- (U) <u>Respirators</u>: graded by the percentage of airborne droplets they will filter out, and are certified by the National Institute of Occupational Safety and Health, which is reflected on the packaging. Respirators should be reserved for use by medical personnel or by individuals who are at high risk for personal exposure from COVID-19; supplies are currently very limited.

**\*\*End New Data\*\***

(b)(3):10 USC 424

\*\* Due to the evolving situation, you are advised to regularly check the DIA website and the CICG SharePoint site, read the Workforce Update Daily, and maintain contact with your supervisor.

\*\* For the latest information on COVID-19, please consider visiting the websites for the Center for Disease Control and Prevention (CDC) and/or the World Health Organization.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**(U) DIA Director Critical Information Requirements** All employees should avoid inadvertently spreading possible contagions by going straight to their desks upon arriving at work. Detours and delays increase the potential risk of infection. Practice social distancing by avoiding face-to-face meetings and conducting business by telephone, VOIP, Tandberg, or other available options. Avoid touching surfaces and use body parts other than fingers (e.g., elbows or wrists) when you must. Use the hand sanitizers at the main entrances and dispersed throughout the building.

(b)(3):10 USC 424

2

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

(b)(3):10 USC 424

**(U//FOUO) DIA Surgeon General Update** If you are self-monitoring, have a test pending, tested positive, or were diagnosed with COVID-19, you are not permitted into any DIA facility until you have been approved by the OSG. This applies to ALL personnel working in ALL DIA facilities (military, civilian, or contractor). Absolutely no one can approve you coming back into the building other than the OSG. OSG will need the name and contact number(s) for the employee. Individuals sent home for self-monitoring, individuals with pending or positive COVID-19 tests, or who have been diagnosed COVID-19 positive, will have their DIA IC badges turned off until they are approved for return by the OSG.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**(U) Travel Guidance** If you, or someone living with you, **traveled to or from, or stopped in**, any foreign country, or the states of California, Colorado, Florida, Louisiana, Massachusetts, New Jersey, New York, Texas, or Washington within the past 14 days, you may not access any DIA facility. You must return home and self-monitor for 14 days before requesting a medical clearance to return to work. If you have symptoms, such as cough, fever, or shortness of breath, call your medical provider and notify your supervisor. In keeping with the District of Columbia, Maryland, and Virginia Governors' "Stay-at-Home" orders, travel should be limited to home and duty station, unless traveling for gas, food, and medical emergencies, or as stated in the Executive Orders.

Links: Maryland Executive Order | Virginia Executive Order | D.C. Executive Order

(U) CDC COVID-19 Statistics

**\*\*New Data\*\* ICOD 05 1200L APRIL 2020**

(U) Nationwide: 311,536 **(+65,963)** confirmed cases; 8,499 **(+2,441)** deaths

(U) States of Interest:
- (U) Alabama: 1,633 **(+363)** confirmed cases; 44 **(+12)** deaths
- (U) Colorado: 4,574 **(+846)** confirmed cases; 126 **(+30)** deaths
- (U) District of Columbia: 902 **(+249)** confirmed cases; 21 **(+9)** deaths
- (U) Florida: 11,537 **(+2,537)** confirmed cases; 194 **(+50)** deaths
- (U) Hawaii: 349 **(+66)** confirmed cases; 3 **(+1)** deaths
- (U) Illinois: 10,357 **(+2,662)** confirmed cases; 248 **(+83)** deaths
- (U) Maryland: 3,125 **(+794)** confirmed cases; 54 **(+18)** deaths
- (U) Nebraska: 339 **(+66)** confirmed cases; 8 **(+2)** deaths
- (U) Virginia: 2,407 **(+701)** confirmed cases; 52 **(+11)** deaths

**\*\*End New Data\*\***

(b)(3):10 USC 424

## (U) JBAB Base Access

(b)(3):10 USC 424

4

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)

UNCLASSIFIED//FOR OFFICIAL USE ONLY



## (U) Office/Special Office/IIC Information

(U) The DI's top priority continues to be "protect the workforce." As such, DI has implemented a staffing plan that seeks to optimize the available workforce by limiting the number of officers in the workplace at any given time and by establishing a strategic reserve used to supplement gaps due to illness, isolation, daycare needs, or at-risk personnel not available.

The exceptions in DI are NCMI and MARS, which continue to operate with 100 percent of available personnel, working daily on these critical mission areas.

- (U) [             ] officers aligned to perform DI's mission-essential functions on a week-on/week-off schedule. Each team represents ~25 percent of the respective offices' overall manning, with some variations due to mission requirements.

5

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)

UNCLASSIFIED//FOR OFFICIAL USE ONLY

- (U) _____ strategic reserve, used to supplement gaps.

(U) _____ who are not available to work right now. This includes officers identified as "At Risk", have daycare requirements, are in self-isolation, or are sick. priority, for those not sick or performing daycare, is telework.

UNCLASSIFIED//FOR OFFICIAL USE ONLY