30

UNCLASSIFIED//FOUO (b)(3):10 USC 424



# CICG Workforce Update

10 MAR 2020 1200 EST

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)

UNCLASSIFIED//FOUO (b)(3):10 USC 424

UNCLASSIFIED//FOUO (b)(3):10 USC 424

Map is UNCLASSIFIED.                         SOURCE: World Health Organization



**Distribution of COVID-19 cases as of 09 March 2020**

(U) CONUS COVID-19 Statistics
1. (U) 729 confirmed cases (+184)
2. (U) 26 deaths (+4)

Map is UNCLASSIFIED.                         SOURCE: Center for Disease Control



UNCLASSIFIED//FOUO (b)(3):10 USC 424

UNCLASSIFIED//FOUO (b)(3):10 USC 424

Figure 2: Reported Cases

3.  (U) Total states with COVID-19
    a.  (U) 36 states (+4)
4.  (U) States of interest:
    a.  (U) Alabama: No confirmed cases
    b.  (U) District of Columbia
        i.  (U) 23 patients being monitored/tested (+4)
        ii.  (U) 17 negative results (+3)
        iii.  (U) 4 presumptive positive results (+3)
    c.  (U) Maryland: 5 confirmed cases (+2)
    d.  (U) Virginia:
        i.  (U) 166 being monitored (+27)
        ii.  (U) 252 completed testing process with no public health action
        iii.  (U) 3 presumptive positive cases (+1)
    e.  (U) West Virginia: No confirmed cases
5.  (U) States of emergency: 11 total (+3) Washington, California, Indiana, Kentucky, Maryland, New York, Pennsylvania, Utah, Ohio, Illinois, New Jersey

6.  (U) COVID-19 comparison:
    a.  (U) Seasonal Flu: 0.1% fatality rate
    b.  (U) COVID-19: 3.5% fatality rate
    c.  (U) SARS: 10% fatality rate
    d.  (U) MERS: 35% fatality rate

(U//FOUO (b)(3):10 USC 424 **DIA Surgeon General Update**

(U) EMPLOYEES (MILITARY, CONTRACTORS, AND CIVILIANS) NEED TO CHECK THE COVID-19 ALERT SIGNS POSTED AT THE ENTRANCES AND ELEVATORS WITHIN DIA BUILDINGS ON A REGULAR BASIS AS NEW RESTRICTED COUNTRIES MAY BE ADDED.

(U) Employees working in one of the high-risk countries should monitor their health status. If they become symptomatic (cough, fever, shortness of breath) they should contact their medical provider first to receive guidance. Employees must then notify their supervisor if advised to stay at home; if admitted to a health care facility; or if placed in community quarantine related to COVID-19. If diagnosed with COVID-19, please contact the MSOC immediately at (b)(3):10 USC 424

(U) Unlike the common cold or seasonal flu, the specific symptoms of COVID-19 are cough, fever, and shortness of breath. If you experience symptoms, stay at home and call your medical provider for guidance.

(U) Precautionary measures include: frequent hand washing at work and home for at least 20 seconds with soap and water; use hand-disinfecting gels (containing 60% or greater alcohol); cough into your elbow; and try to avoid shaking hands whenever possible to reduce the risk of transmission of COVID-19.

(b)(3):10 USC 424; (b)(6)

(b)(3):10 USC 424; (b)(6)

UNCLASSIFIED//FOUO (b)(3):10 USC 424

## (U) What Does Home Self-Isolation Mean?

- (U) Home self-isolation means to remain at home and not go to work, limit your movements outside, and monitor your health for 14 days.

## (U) Home Self-Isolation Guidelines for DIA Employees Working at DIA Facilities:

- (U) Stay at home and do not come to work.
- (U) Avoid all non-essential travel around the community.
- (U) Avoid crowds, public events, meetings, social activities, or other group activities. If possible, have your food delivered to your door to minimize exposure and transmission.
- (U) Avoid close contact (coming within 6 feet of someone): For example, you may take a walk outside but avoid close contact with others.
- (U) Do not share utensils, toothbrushes, water bottles, pillows, and avoid shaking hands, kissing, hugging, or other intimate activities.
- (U) Call your medical provider for guidance before going to a medical appointment.
- (U) If you need to get urgent or emergency care, let the medical staff at your personal provider's office or the urgent care center or the emergency department medical staff at your local hospital know that you have been on home self-isolation because of travel to China, Korea, Hong Kong, Italy, Japan, or Iran within the past 14 days.

## (U) How Do I Monitor My Health?

- (U) During this time, employees are required to monitor symptoms including fever, cough and shortness of breath.
- (U) Employees must also check and record their temperature twice a day. If it's elevated above 100 degrees Fahrenheit during the 14 days, employees should call their medical provider first for further clinical guidance.

## (U) If You Must Go Out for Essential Reasons:

- (U) Cough/sneeze into your shoulder/elbow.
- (U) Wash your hands often with soap and water for 20 seconds, or use an alcohol-based hand sanitizer that contains at least 60% alcohol.
- (U) Do not shake hands.
- (U) Avoid touching your mouth, nose, and eyes to minimize transmission.

UNCLASSIFIED//FOUO/ (b)(3):10 USC 424

**(U) Security Update**

(U) The DIA Police and Office of Security are committed to protecting the Agency and its employees from the risks posed by potential exposure to the COVID-19. The DIA Police have established the following procedures to assist with protecting the workforce from possible COVID-19 exposure in DIA facilities:

1.  (U) DIA employees and visitors to DIA facilities should expect to see additional procedures put in place to protect the workforce against the spread of the COVID-19.

(b)(3):10 USC 424;
(b)(3):50 USC 3024(i)

2.  (U) DIA Police have placed notices on the entrances of all DIA facilities notifying employees and visitors that if they have visited China, Hong Kong, Korea, Japan, Italy or Iran in the last 14 days, they will not be allowed in the facility.

**(U) Service PCS Travel Restrictions**

*   (U) ARMY: On 7 Mar 20, the Department of the Army released fragmentary order (FRAGO) 4 from execute order (EXORD) 144-20 Army wide preparedness and response to COVID-19 outbreak. Effective immediately, Army PCS moves to and from CDC Level 3 countries (Korea and Italy) will stop and delay travel until 6 May 2020 or further notice. Soldiers stationed in countries with a CDC level 2 or above, who are scheduled to attend CONUS PME for 6 months or less, in a training status, will postpone their schooling until further notice. Soldiers in countries with CDC COVID-19 level of 2 and above, who are scheduled to attend CONUS PME for 6 months or longer, will arrive 14 days early to sites identified for screening and quarantine. Soldiers will not attend training, exercises, exchanges, and visits in countries with a CDC COVID-19 Level 2 and above, and international students from countries with a CDC COVID-19 alert level category 2 and above will not participate in all CONUS scheduled exercises, exchanges, and visits.

UNCLASSIFIED//FOUO/ (b)(3):10 USC 424

UNCLASSIFIED//FOUO//(b)(3):10 USC 424

CDC and Department of State travel advisory Level 3 issued for Italy on February 28, 2020.

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)

UNCLASSIFIED//FOUO//(b)(3):10 USC 424

7

(b)(3):10 USC 424; (b)(6)

31

**From:**

**To:**

**Subject:** CICG WORKFORCE UPDATE 27APR2020
**Date:** 2020/04/27 21:59:03
**Priority:** Normal
**Type:** Note

Classification: ~~UNCLASSIFIED//FOUO~~
======================================================



CICG_Email_Banner2
27 April 2020/1700 EST
DIA Health Protection Condition (HPCON): Charlie OPORD

Breaking News-Banner April 16

(U) **If you might be getting sick, stay home!** Please do not threaten the safety of your coworkers by reporting to work when feeling sick. Disregarding this notice may be construed as failure to follow instructions, and **could result in administrative action.**

(U) **Have a question for the CICG or are looking for an answer, click** <u>here</u>.

(b)(3):10 USC 424

**\*\* Due to the evolving situation, you are advised to regularly check the DIA website and the CICG SharePoint site, read the Workforce Update Daily, and maintain contact with your supervisor.**

**\*\* For the latest information on COVID-19, please consider visiting the websites for the Center for Disease Control and Prevention (CDC) and/or the World Health Organization.**

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)

(U) Additionally, MSLOG is in the process of revising the submission form.  The new form will show the cleaning supplies and disinfectants available for issue.

**(U) Distribution of Cloth Facial Coverings (CFC):**  To expedite delivery within the NCR, and effective 23 April 2020, LOG will begin issuing CFCs in bulk, at designated building locations, to the Staff Director or his/her designee.  Please see your Staff Director for more details on the designated locations.

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)

## (U) Workforce Q&A

\*\*New Data\*\*

(U) Question:  For partner agency personnel who occupy a DIA facility, what, if anything, do they need to do before being allowed back into a DIA facility after a self-quarantine?

(U) Answer:  If you are self-monitoring, have a test pending, tested positive, or were diagnosed with COVID-19, you are not permitted into any DIA facility until you have been cleared by the Surgeon General.  This applies to ALL personnel working in ALL DIA facilities (military, civilian, or contractor).  Absolutely no one can clear you coming back into the building other than the OSG.  OSG will need the name and contact number(s) for the employee.  Individuals sent home for self-monitoring, individuals with pending or positive COVID-19 tests, or who have been diagnosed COVID-19 positive, will have their DIA IC badges turned off until they are cleared for return by the OSG.

(U//FOUO) Employees, or supervisors on behalf of employees, may request medical clearance, by calling [redacted] or sending an email [redacted]

\*\*End New Data\*\*

## (U//FOUO) DIA Surgeon General Update

(U) Volunteers Needed:  The OSG and the CICG are seeking volunteers from the GOV workforce (military and civilian personnel) to assume a vital responsibility by serving as a Temperature Screener.  DIA employees should not volunteer on days they are otherwise scheduled to work in DIA facilities, as this could impact their time spent on the mission.  Rather, OSG and the CICG seek volunteers from those otherwise assigned to telework.  To volunteer, please contact the POC for your facility:

(b)(3):10 USC 424; (b)(6); (b)(3):50 USC 3024(i)

**(U) Temperature Screening:** Due to the seasonal fluctuation of atmospheric temperatures during the day, employee temperature inspection checkpoints are now located inside the HQ, immediately before the turn stiles. If the employee temperature inspection checkpoints are returned to the tented area outside the exterior DIA HQ doors, space heaters will be used to raise the air temperature to the level needed to get an accurate core body temperature reading.

**(U) Reminder:** Masks or cloth face coverings are required to enter the DIA facility, when undergoing temperature screening, in open public spaces, and in work spaces where it is difficult to maintain at least 6 feet of social distance. This includes, but is not limited to, wearing face coverings in open spaces, such as mass transit hubs, lines to obtain products or services, sidewalks, entrances and exits, hallways, elevators, escalators, bathrooms, concessions, and ATM areas.

**(U) Food Safety:** Coronaviruses are generally thought to be spread from person-to-person through respiratory droplets. There is no current evidence supporting transmission of COVID-19 associated with food. Before preparing or eating food, it is important to always wash your hands with soap and water for 20 seconds for general food safety. It may be possible that a person can get COVID-19 by touching a surface or object that has the virus on it, and then touching their own mouth, nose, or eyes, although this is not thought to be the main way the virus spreads. In general, because of poor survivability of these coronaviruses on surfaces, there is likely very low risk of spread from food products or packaging that are shipped over a period of days or weeks at ambient, refrigerated, or frozen temperatures. https://www.cdc.gov/foodsafety/newsletter/food-safety-and-Coronavirus.html

(U) You can further reduce the risk by taking the following steps: Wash your hands when you get home from the grocery store. Place your groceries on a surface you can clean. Unpack your groceries, clean the surface, and wash your hands again. If you are particularly worried, you can wipe down glass jars, cans, plastic tubs, etc., with a disinfecting wipe or transfer the contents to a new container. https://www.consumerreports.org/food-safety/coronavirus-common-questions-about-the-food-you-eat-food-safety/

## (U) Travel

(U) If you, or someone living with you, **traveled to or from, or stopped in**, any foreign country, or the states of California, Colorado, Florida, Louisiana, Massachusetts, New Jersey, New York, Texas, or Washington within the past 14 days, you may not access any DIA facility. You must

return home and self-monitor for 14 days before requesting a medical clearance to return to work. If you have symptoms, such as a cough, fever, or shortness of breath, call your medical provider and notify your supervisor.

**(U) VA Order:** Governor Ralph Northam extended the executive order closing recreation and entertainment businesses, and banning large gatherings, until 8 May 2020 (updated order pending).

**(U) MD Order:** Governor Larry Hogan issued an updated COVID-19 <u>Executive Order</u>.

**(U) D.C. Order:** Mayor Muriel Bowser extended the stay-at-home <u>order</u> through 15 May 2020, as well as a new order on the wearing of face coverings.
**(U) CDC COVID-19 Statistics**

**\*\*New Data\*\* ICOD 24 0530L APRIL 2020 to 27 0530L APRIL 2020**

(U) Nationwide: 965,214 **(+98,109)** confirmed cases; 49,465 **(+5,001)** deaths.
(U) States of Interest:
- (U) Alabama: 6,421 **(+589)** confirmed cases; 219 **(+22)** deaths
- (U) Colorado: 13,441 **(+2,179)** confirmed cases; 678 **(+121)** deaths
- (U) District of Columbia: 3,841 **(+480)** confirmed cases; 178 **(+39)** deaths
- (U) Florida: 31,520 **(+1,880)** confirmed cases; 1,073 **(+87)** deaths
- (U) Hawaii: 599 **(+9)** confirmed cases; 14 **(+2)** deaths
- (U) Illinois: 43,903 **(+6,968)** confirmed cases; 1,943 **(+246)** deaths
- (U) Maryland: 18,581 **(+2,844)** confirmed cases; 827 **(+147)** deaths
- (U) Nebraska: 3,126 **(+935)** confirmed cases; 56 **(+9)** deaths
- (U) Virginia: 12,970 **(+1,970)** confirmed cases; 448 **(+73)** deaths

**\*\*End New Data\*\***

(b)(3):10 USC 424

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)

## (U) Other Updates and Links

**(U) Testing:**  The DoD Force Health Protection (Supplement 6) has provided **guidance** for DoD Components to test civilian employees for COVID-19 (who are not otherwise DoD healthcare beneficiaries) who meet criteria outlined in the supplement, and whose supervisor has determined that their presence is urgently required in the DoD workplace.

**(U) Covid-19 Information Access:**  Babel Street® is launching a free tier of Babel Channels® to provide organizational users with access to COVID-19 information until 30 June 2020.  For more information, please contact

(b)(3):10 USC 424; (b)(6)

**(U) Coping Assistance:** As the COVID-19 pandemic continues, here are some **tips** for *Coping with Coronavirus Fears* to consider.

===========================================================

Classification: ~~UNCLASSIFIED//FOUO~~

**Sender**

**Recipient**

**Sent Date:** 2020/04/27 21:57:07
**Delivered Date:** 2020/04/27 21:59:03

UNCLASSIFIED//FOR OFFICIAL USE ONLY



# COVID-19 Integration and Coordination Group (CICG)
Agency level Workforce Update

27 April 2020/1700 EST
DIA Health Protection Condition (HPCON): Charlie OPORD

## BREAKING NEWS

(U) **If you might be getting sick, stay home!** Please do not threaten the safety of your coworkers by reporting to work when feeling sick. Disregarding this notice may be construed as failure to follow instructions, and **could result in administrative action.**

(U) Have a question for the CICG or are looking for an answer, click here.

(U) New DIA Guidance concerning employees who self-identified as high risk can be found at this link. High-risk employees and/or supervisors should direct any questions to their DD4, IIC Chief, or Special Office Chief.

(b)(3):10 USC 424

** Due to the evolving situation, you are advised to regularly check the DIA website and the CICG SharePoint site, read the Workforce Update Daily, and maintain contact with your supervisor.

** For the latest information on COVID-19, please consider visiting the websites for the Center for Disease Control and Prevention (CDC) and/or the World Health Organization.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)

UNCLASSIFIED//FOR OFFICIAL USE ONLY

(U) Additionally, MSLOG is in the process of revising the submission form. The new form will show the cleaning supplies and disinfectants available for issue.

(U) Distribution of Cloth Facial Coverings (CFC): To expedite delivery within the NCR, and effective 23 April 2020, LOG will begin issuing CFCs in bulk, at designated building locations, to the Staff Director or his/her designee. Please see your Staff Director for more details on the designated locations.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

## (U) Workforce Q&A

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)

**New Data**

(U) Question: For partner agency personnel who occupy a DIA facility, what, if anything, do they need to do before being allowed back into a DIA facility after a self-quarantine?

(U) Answer: If you are self-monitoring, have a test pending, tested positive, or were diagnosed with COVID-19, you are not permitted into any DIA facility until you have been cleared by the Surgeon General. This applies to ALL personnel working in ALL DIA facilities (military, civilian, or contractor). Absolutely no one can clear you coming back into the building other than the OSG. OSG will need the name and contact number(s) for the employee. Individuals sent home for self-monitoring, individuals with pending or positive COVID-19 tests, or who have been diagnosed COVID-19 positive, will have their DIA IC badges turned off until they are cleared for return by the OSG.

(U//FOUO) Employees, or supervisors on behalf of employees, may request medical clearance, by calling [          ] or sending an email [          ]

## (U//FOUO) DIA Surgeon General Update

(U) Volunteers Needed: The OSG and the CICG are seeking volunteers from the GOV workforce (military and civilian personnel) to assume a vital responsibility by serving as a Temperature Screener. DIA employees should not volunteer on days they are otherwise scheduled to work in DIA facilities, as this could impact their time spent on the mission. Rather, OSG and the CICG seek volunteers from those otherwise assigned to telework. To volunteer, please contact the POC for your facility:

UNCLASSIFIED//FOR OFFICIAL USE ONLY

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

~~UNCLASSIFIED//FOR OFFICIAL USE ONLY~~



**(U) Temperature Screening:** Due to the seasonal fluctuation of atmospheric temperatures during the day, employee temperature inspection checkpoints are now located inside the HQ, immediately before the turn stiles. If the employee temperature inspection checkpoints are returned to the tented area outside the exterior DIA HQ doors, space heaters will be used to raise the air temperature to the level needed to get an accurate core body temperature reading.

**(U) Reminder:** Masks or cloth face coverings are required to enter the DIA facility, when undergoing temperature screening, in open public spaces, and in work spaces where it is difficult to maintain at least 6 feet of social distance. This includes, but is not limited to, wearing face coverings in open spaces, such as mass transit hubs, lines to obtain products or services, sidewalks, entrances and exits, hallways, elevators, escalators, bathrooms, concessions, and ATM areas.

**(U) Food Safety:** Coronaviruses are generally thought to be spread from person-to-person through respiratory droplets. There is no current evidence supporting transmission of COVID-19 associated with food. Before preparing or eating food, it is important to always wash your hands with soap and water for 20 seconds for general food safety. It may be possible that a person can get COVID-19 by touching a surface or object that has the virus on it, and then touching their own mouth, nose, or eyes, although this is not thought to be the main way the virus spreads. In general, because of poor survivability of these coronaviruses on surfaces, there is likely very low risk of spread from food products or packaging that are shipped over a period of days or weeks at ambient, refrigerated, or frozen temperatures.
https://www.cdc.gov/foodsafety/newsletter/food-safety-and-Coronavirus.html

(U) You can further reduce the risk by taking the following steps: Wash your hands when you get home from the grocery store. Place your groceries on a surface you can clean. Unpack your groceries, clean the surface, and wash your hands again. If you are particularly worried, you can wipe down glass jars, cans, plastic tubs, etc., with a disinfecting wipe or transfer the contents to a new container.
https://www.consumerreports.org/food-safety/coronavirus-common-questions-about-the-food-you-eat-food-safety/

## (U) Travel

(U) If you, or someone living with you, **traveled to or from, or stopped in**, any foreign country, or the states of California, Colorado, Florida, Louisiana, Massachusetts, New Jersey, New York, Texas, or Washington within the past 14 days, you may not access any DIA facility. You must return home and self-monitor for 14 days before requesting a medical clearance to return to work. If you have symptoms, such as a cough, fever, or shortness of breath, call your medical provider and notify your supervisor.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**(U) VA Order:** Governor Ralph Northam extended the executive order closing recreation and entertainment businesses, and banning large gatherings, until 8 May 2020 (updated order pending).

**(U) MD Order:** Governor Larry Hogan issued an updated COVID-19 Executive Order.

**(U) D.C. Order:** Mayor Muriel Bowser extended the stay-at-home order through 15 May 2020, as well as a new order on the wearing of face coverings.

**(U) CDC COVID-19 Statistics**

**\*\*New Data\*\* ICOD 24 0530L APRIL 2020 to 27 0530L APRIL 2020**

(U) Nationwide: 965,214 **(+98,109)** confirmed cases; 49,465 **(+5,001)** deaths.
(U) States of Interest:
- (U) Alabama: 6,421 **(+589)** confirmed cases; 219 **(+22)** deaths
- (U) Colorado: 13,441 **(+2,179)** confirmed cases; 678 **(+121)** deaths
- (U) District of Columbia: 3,841 **(+480)** confirmed cases; 178 **(+39)** deaths
- (U) Florida: 31,520 **(+1,880)** confirmed cases; 1,073 **(+87)** deaths
- (U) Hawaii: 599 **(+9)** confirmed cases; 14 **(+2)** deaths
- (U) Illinois: 43,903 **(+6,968)** confirmed cases; 1,943 **(+246)** deaths
- (U) Maryland: 18,581 **(+2,844)** confirmed cases; 827 **(+147)** deaths
- (U) Nebraska: 3,126 **(+935)** confirmed cases; 56 **(+9)** deaths
- (U) Virginia: 12,970 **(+1,970)** confirmed cases; 448 **(+73)** deaths

**\*\*End New Data\*\***

(b)(3):10 USC 424

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

(b)(3):50 USC 3024(i)

**(U) Testing:** The DoD Force Health Protection (Supplement 6) has provided **guidance** for DoD Components to test civilian employees for COVID-19 (who are not otherwise DoD healthcare beneficiaries) who meet criteria outlined in the supplement, and whose supervisor has determined that their presence is urgently required in the DoD workplace.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

(b)(3):10 USC 424

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**(U) Covid-19 Information Access:** Babel Street® is launching a free tier of Babel Channels® to provide organizational users with access to COVID-19 information until 30 June 2020. For more information, please contact

**(U) Coping Assistance:** As the COVID-19 pandemic continues, here are some tips for *Coping with Coronavirus Fears* to consider.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

(b)(3):10 USC 424; (b)(6)

32

**From:**

**To:**

**Subject:** CICG WORKFORCE UPDATE 28APR2020
**Date:** 2020/04/28 21:07:33
**Priority:** Normal
**Type:** Note

Classification: ~~UNCLASSIFIED//FOUO~~
==============================================================



CICG_Email_Banner2
28 April 2020/1700 EST
DIA Health Protection Condition (HPCON): Charlie OPORD

Breaking News-Banner April 16

(U) **If you might be getting sick, stay home!** Please do not threaten the safety of your coworkers by reporting to work when feeling sick. Disregarding this notice may be construed as failure to follow instructions, and **could result in administrative action.**

(U) There is new guidance for employees who self-identify as high risk. High-risk employees and/or supervisors should direct any questions to their DD4, IIC Chief, or Special Office Chief. Please do not contact the OSG on High Risk employee policy.

**\*\*New Data\*\***

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)

(U) Mission Services is taking steps to sanitize DIA facilities in coordination with OSG.

(U) Reminder:  Masks or cloth face coverings are required to enter the DIA facility, when undergoing temperature screening, in open public spaces, and in work spaces where it is difficult to maintain at least six feet of social distance.  This includes, but is not limited to, wearing face coverings in open spaces, such as mass transit hubs, lines to obtain products or services, sidewalks, entrances and exits, hallways, elevators, escalators, bathrooms, concessions, and ATM areas. PLEASE WEAR YOUR MASK!

**End New Data**

** Due to the evolving situation, you are advised to regularly check the DIA website and the CICG SharePoint site, read the Workforce Update Daily, and maintain contact with your supervisor.

** For the latest information on COVID-19, please consider visiting the websites for the Center for Disease Control and Prevention (CDC) and/or the World Health Organization.

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)

(b)(3):10 USC 424

(U) Additionally [____] is in the process of revising the submission form. The new form will show the cleaning supplies and disinfectants available for issue.

(b)(3):10 USC 424

**(U) Distribution of Cloth Facial Coverings (CFC):** To expedite delivery within the NCR, and effective 23 April 2020, [____] will begin issuing CFCs in bulk, at designated building locations, to the Staff Director or his/her designee. Please see your Staff Director for more details on the designated locations.

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)



~~(U//FOUO)~~ **DIA Surgeon General Update**

**(U)** There is new <u>guidance</u> for employees who self-identify as high risk. High-risk employees and/or supervisors should direct any questions to their DD4, IIC Chief, or Special Office Chief.

**(U) Volunteers Needed:** The OSG and the CICG are seeking volunteers from the GOV workforce (military and civilian personnel) to assume a vital responsibility by serving as a Temperature Screener. DIA employees should not volunteer on days they are otherwise scheduled to work in DIA facilities, as this could impact their time spent on the mission. Rather, OSG and the CICG seek volunteers from those otherwise assigned to telework. To volunteer, please contact the POC for your facility:

(b)(3):10 USC 424; (b)(6)

**(U) Temperature Screening:** Due to the seasonal fluctuation of atmospheric temperatures during the day, employee temperature inspection checkpoints are now located inside the HQ, immediately before the turn stiles. If the employee temperature inspection checkpoints are returned to the tented area outside the exterior DIA HQ doors, space heaters will be used to raise the air temperature to the level needed to get an accurate core body temperature reading.

**(U) Tips: OSG has provided several suggestions and guidance, ranging from food safety, to blood donations, to hand sanitizer, which can be accessed here.**

## (U) Travel

(U) If you, or someone living with you, **traveled to or from, or stopped in,** any foreign country, or the states of California, Colorado, Florida, Louisiana, Massachusetts, New Jersey, New York, Texas, or Washington within the past 14 days, you may not access any DIA facility. You must return home and self-monitor for 14 days before requesting a medical clearance to return to work. If you have symptoms, such as a cough, fever, or shortness of breath, call your medical provider and notify your supervisor.

**(U) VA Order:** Governor Ralph Northam extended the executive order closing recreation and entertainment businesses, and banning large gatherings, until 8 May 2020 (updated order pending).

**(U) MD Order:** Governor Larry Hogan issued an updated COVID-19 <u>Executive Order</u>.

**(U) D.C. Order:** Mayor Muriel Bowser extended the stay-at-home <u>order</u> through 15 May 2020, as well as a new order on the wearing of face coverings.

**(U) CDC COVID-19 Statistics**

**\*\*New Data\*\* ICOD 27 0530L APRIL 2020 to 28 0530L APRIL 2020**

(U) Nationwide: 987,681 **(+22,467)** confirmed cases; 50,819 **(+1,354)** deaths.

(U) States of Interest:

- (U) Alabama: 6,539 **(+118)** confirmed cases; 228 **(+9)** deaths

- (U) Colorado: 13,804 **(+363)** confirmed cases; 705 **(+27)** deaths

    - (U) District of Columbia: 3,892 **(+51)** confirmed cases; 185 **(+7)** deaths

    - (U) Florida: 32,130 **(+610)** confirmed cases; 1,087 **(+14)** deaths

    - (U) Hawaii: 600 **(+1)** confirmed cases; 16 **(+2)** deaths

    - (U) Illinois: 45,883 **(+1,980)** confirmed cases; 1,992 **(+49)** deaths

    - (U) Maryland: 19,487 **(+906)** confirmed cases; 858**(+31)** deaths

- (U) Nebraska: 3,487 **(+361)** confirmed cases; 55 deaths

- (U) Virginia: 13,535 **(+565)** confirmed cases; 458 **(+10)** deaths

**\*\*End New Data\*\***

Non Responsive Record

(b)(3):50 USC 3024(i)

## (U) Other Updates and Links

**(U) Testing:**  The DoD Force Health Protection (Supplement 6) has provided **guidance** for DoD Components to test civilian employees for COVID-19 (who are not otherwise DoD healthcare beneficiaries) who meet criteria outlined in the supplement, and whose supervisor has determined that their presence is urgently required in the DoD workplace.

(b)(3):10 USC 424

**(U) Covid-19 Information Access:** Babel Street® is launching a free tier of Babel Channels® to provide organizational users with access to COVID-19 information until 30 June 2020. For more information, please contact

(b)(3):10 USC 424; (b)(6)

**(U) Coping Assistance:** As the COVID-19 pandemic continues, here are some tips for *Coping with Coronavirus Fears* to consider.

========================================================

Classification: ~~UNCLASSIFIED//FOUO~~

**Sender:**

**Recipient:**

**Sent Date:** 2020/04/28 21:05:52

**Delivered Date:** 2020/04/28 21:07:33

UNCLASSIFIED//FOR OFFICIAL USE ONLY



# COVID-19 Integration and Coordination Group (CICG)
Agency level Workforce Update

28 April 2020/1700 EST
DIA Health Protection Condition (HPCON): Charlie OPORD

(b)(3):10 USC 424

# BREAKING NEWS

(U) **If you might be getting sick, stay home!** Please do not threaten the safety of your coworkers by reporting to work when feeling sick. Disregarding this notice may be construed as failure to follow instructions, and **could result in administrative action.**

(U) There is new guidance for employees who self-identify as high risk. High-risk employees and/or supervisors should direct any questions to their DD4, IIC Chief, or Special Office Chief.  Please do not contact the OSG on High Risk employee policy.

**New Data**

(U) Mission Services is taking steps to sanitize DIA facilities in coordination with OSG.

(U) Reminder:  Masks or cloth face coverings are required to enter the DIA facility, when undergoing temperature screening, in open public spaces, and in work spaces where it is difficult to maintain at least six feet of social distance. This includes, but is not limited to, wearing face coverings in open spaces, such as mass transit hubs, lines to obtain products or services, sidewalks, entrances and exits, hallways, elevators, escalators, bathrooms, concessions, and ATM areas. PLEASE WEAR YOUR MASK!

**End New Data**

** Due to the evolving situation, you are advised to regularly check the DIA website and the CICG SharePoint site, read the Workforce Update Daily, and maintain contact with your supervisor.

** For the latest information on COVID-19, please consider visiting the websites for the Center for Disease Control and Prevention (CDC) and/or the World Health Organization.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

(b)(3):10 USC 424

UNCLASSIFIED//FOR OFFICIAL USE ONLY

(b)(3):10 USC 424

(U) Additionally, ☐ is in the process of revising the submission form. The new form will show the cleaning supplies and disinfectants available for issue.

(b)(3):10 USC 424

**(U) Distribution of Cloth Facial Coverings (CFC):** To expedite delivery within the NCR, and effective 23 April 2020, ☐ will begin issuing CFCs in bulk, at designated building locations, to the Staff Director or his/her designee. Please see your Staff Director for more details on the designated locations.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

(b)(3):10 USC 424; (b)(2)

## (U//FOUO) DIA Surgeon General Update

(U) There is new guidance for employees who self-identify as high risk. High-risk employees and/or supervisors should direct any questions to their DD4, IIC Chief, or Special Office Chief.

(U) Volunteers Needed: The OSG and the CICG are seeking volunteers from the GOV workforce (military and civilian personnel) to assume a vital responsibility by serving as a Temperature Screener. DIA employees should not volunteer on days they are otherwise scheduled to work in DIA facilities, as this could impact their time spent on the mission. Rather, OSG and the CICG seek volunteers from those otherwise assigned to telework. To volunteer, please contact the POC for your facility:

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

(b)(3):10 USC 424; (b)(6)

**(U) Temperature Screening:** Due to the seasonal fluctuation of atmospheric temperatures during the day, employee temperature inspection checkpoints are now located inside the HQ, immediately before the turn stiles. If the employee temperature inspection checkpoints are returned to the tented area outside the exterior DIA HQ doors, space heaters will be used to raise the air temperature to the level needed to get an accurate core body temperature reading.

**(U) Tips:** OSG has provided several suggestions and guidance, ranging from food safety, to blood donations, to hand sanitizer, which can be accessed here.

## (U) Travel

(U) If you, or someone living with you, **traveled to or from, or stopped in**, any foreign country, or the states of California, Colorado, Florida, Louisiana, Massachusetts, New Jersey, New York, Texas, or Washington within the past 14 days, you may not access any DIA facility. You must return home and self-monitor for 14 days before requesting a medical clearance to return to work. If you have symptoms, such as a cough, fever, or shortness of breath, call your medical provider and notify your supervisor.

**(U) VA Order:** Governor Ralph Northam extended the executive order closing recreation and entertainment businesses, and banning large gatherings, until 8 May 2020 (updated order pending).

**(U) MD Order:** Governor Larry Hogan issued an updated COVID-19 **Executive Order**.

**(U) D.C. Order:** Mayor Muriel Bowser extended the stay-at-home order through 15 May 2020, as well as a new order on the wearing of face coverings.

**(U) CDC COVID-19 Statistics**

**\*\*New Data\*\* ICOD 27 0530L APRIL 2020 to 28 0530L APRIL 2020**

(U) Nationwide: 987,681 **(+22,467)** confirmed cases; 50,819 **(+1,354)** deaths.
(U) States of Interest:
- (U) Alabama: 6,539 **(+118)** confirmed cases; 228 **(+9)** deaths
- (U) Colorado: 13,804 **(+363)** confirmed cases; 705 **(+27)** deaths
- (U) District of Columbia: 3,892 **(+51)** confirmed cases; 185 **(+7)** deaths

4

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

- (U) Florida: 32,130 **(+610)** confirmed cases; 1,087 **(+14)** deaths
- (U) Hawaii: 600 **(+1)** confirmed cases; 16 **(+2)** deaths
- (U) Illinois: 45,883 **(+1,980)** confirmed cases; 1,992 **(+49)** deaths
- (U) Maryland: 19,487 **(+906)** confirmed cases; 858**(+31)** deaths
- (U) Nebraska: 3,487 **(+361)** confirmed cases; 55 deaths
- (U) Virginia: 13,535 **(+565)** confirmed cases; 458 **(+10)** deaths

**\*\*End New Data\*\***

Non Responsive Record

UNCLASSIFIED//FOR OFFICIAL USE ONLY

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**(U) Testing:** The DoD Force Health Protection (Supplement 6) has provided **guidance** for DoD Components to test civilian employees for COVID-19 (who are not otherwise DoD healthcare beneficiaries) who meet criteria outlined in the supplement, and whose supervisor has determined that their presence is urgently required in the DoD workplace.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

(b)(3):10 USC 424

(U) **Coping Assistance:** As the COVID-19 pandemic continues, here are some tips for *Coping with Coronavirus Fears* to consider.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

#28

The next page is denied in full and not provided.

UNCLASSIFIED//FOR OFFICIAL USE ONLY



# (U) CICG Workforce Update

29 March 2020/1700 EST

## BREAKING NEWS

(b)(3):10 USC 424

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**Important Recurring Data**

## I. (U) DIA Director Critical Information Requirements (Top of Page)

(U) DIA employees are required to report on a COVID-19 diagnosis for themselves and/or their cohabitants. If diagnosed, you must immediately report status

(b)(3):10 USC 424

(U) LTG Ashley requests that all employees avoid inadvertently spreading possible contagions by going straight to their desks upon arriving at work. Detours and delays increase the potential risk of infection. Practice social distancing by avoiding face-to-face meetings and conducting business by telephone (b)(3):10 USC 424 or other available options. Try to avoid touching surfaces and use body parts other than fingers (e.g., elbows or wrists) when you must. Use the hand sanitizer located at the main entrances and dispersed throughout the building.

**End Important Recurring Data**

## II. (U) Travel Guidance (Top of Page)

(U) Updated Travel Guidance: Per the DIA Director: Effective immediately, if you have traveled outside of the 50 United States in the last 14 days, you are not to enter the DIA HQ facility. Call your supervisor and go home for 14 days.

**(U) To return to work, even though the DIA Clinic is closed, you MUST still call** **for authorization before you return to duty.**

(b)(3):10 USC 424

UNCLASSIFIED//FOR OFFICIAL USE ONLY

Map is UNCLASSIFIED                          SOURCE:  World Health Organization



## (U) CONUS COVID-19 Statistics:

Map is UNCLASSIFIED                    SOURCE:  Center for Disease Control 29 March 2020



Figure 2:  Reported Cases

4

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**\*\*New Data\*\***

(U) 123,804 **confirmed cases (+55,298)**

(U) 2,137 **(+1,147)** deaths

(U) States of Interest:
- (U) Alabama: 760 **(+374)** confirmed cases; 5 **(+4)** deaths
- (U) Colorado: 2,062 **(+975)** confirmed cases; 43 **(+24)** deaths
- (U) District of Columbia: 342 **(+111)** confirmed cases; 4 **(+1)** deaths
- (U) Florida: 4,038 **(+2,073)** confirmed cases; 56 **(+34)** deaths
- (U) Illinois: 3,547 **(+1,672)** confirmed cases; 50 **(+29)** deaths
- (U) Maryland: 581 **(+643)** confirmed cases; 10 **(+6)** deaths
- (U) Nebraska: 122 **(+30)** confirmed cases; 2 **(+2)** deaths
- (U) Virginia: 843 **(+452)** confirmed cases; 17 **(+8)** deaths

(U) Source: Centers for Disease Control and Prevention

**\*\*End New Data\*\***

## III.  **(U) DIA Surgeon General Update** (Top of Page)

(U) So, how should you handle grocery shopping?  See Appendix A.

(U) How long can the COVID-19 virus stay in the air and on surfaces?  See Appendix B.

(U) COVID-19 Increased Risk Conditions.  See Appendix C.

(U) If you or someone living with you traveled to, from, or through any foreign country or the New York Metro Area within the last 14 days, you may have been exposed to COVID-19 but are not yet showing symptoms.  We want to separate you from others who have not been so exposed to prevent the possible spread of COVID-19; this is known as QUARANTINE.

(U) If you develop symptoms of COVID-19, or are diagnosed with COVID-19, you need to remain separated from others to prevent the spread of your illness; this is known as ISOLATION.

### (U) COVID-19 Diagnosis

(U) Medical providers will evaluate patients presenting with symptoms of illness, including symptoms of COVID-19 (cough, fever, and shortness of breath), by completing a diagnostic assessment that includes, but is not limited to, the following:  history of present illness and symptoms (the most important part of the evaluation), travel history/exposure history, past medical history, family medical history, current medications, and social history.

(U) Medical providers will then order laboratory and other tests to assist with making a diagnosis.  These tests may include blood tests, strep tests, and flu tests.

(U) Given the severe shortage of COVID-19 laboratory tests, along with the fact that personal protective equipment (PPE), which is in very short supply, must be worn by healthcare workers

5
UNCLASSIFIED//FOR OFFICIAL USE ONLY

~~UNCLASSIFIED//FOR OFFICIAL USE ONLY~~

The next seven pages are denied in full and not provided.

who are obtaining the nose and throat swabs for the test, not all patients presenting COVID-19 symptoms will be tested. Medical providers are following CDC guidance along with clinical judgment to determine if a COVID-19 laboratory test will be ordered.

(U) Medical providers will then make a diagnosis to a reasonable degree of medical certainty:

- (U) A confirmed case/diagnosis based on medical provider diagnostic assessment of clinical symptoms and a COVID-19 positive laboratory test.

- (U) A presumptive clinical case/diagnosis case based on medical provider diagnostic assessment of clinical symptoms and without a COVID-19 laboratory test.

(U) Medical providers will initiate a COVID-19 treatment plan for both groups of patients.

(U) The CDC definition of a presumptive case of COVID-19 is different from a presumptive clinical case/diagnosis made by a medical provider. Per the CDC, a presumptive case of COVID-19 meant that a state laboratory confirmed a positive laboratory test for COVID-19, but the CDC laboratory had not confirmed it yet.

## IV.  **(U) Workforce Q&A**  (Top of Page)

**\*\*New Data\*\***

**(U) Question: I have an employee whose spouse's (non-DIA) co-worker has been tested positive for COVD-19. Does he have to self-isolate? He has been present for duty this week. How will this impact his DIA coworkers?**

(b)(3):10 USC 424

**(U) Answer: DIA employees are required to report on a COVID-19 diagnosis for themselves and/or their cohabitants. If diagnosed, you must immediately report status**

**\*\*End New Data\*\***

Non Responsive Record; (b)(3):10 USC 424

UNCLASSIFIED//FOR OFFICIAL USE ONLY

## XV. (U) Appendices

### (U) Appendix A. (Top of page)

#### (U) Regardless of how you get your groceries, be sure to:

(U) Wash nonporous containers. Simple rubbing with soap and water can kill the coronavirus. Use dish soap on plastic, glass, and metal before putting them away. If that's not practical, be sure to wash your hands after putting away all packaging, including paper boxes and bags.

(U) It also doesn't hurt to wash your hands after opening the containers and using their contents. However, there is little likelihood that the virus could still be active on the container after a few days.

(U) Wash your hands, counter, and other surfaces you've touched. Do this after you've put away the groceries. A disinfectant is not necessary unless you're sharing a space with someone who is exhibiting signs of respiratory illness or has been exposed to the virus.

(U) Wash produce with soap and water. Because COVID-19 is very likely deactivated by contact with soap and water, washing your fruit and vegetables with soap and water should eliminate any live virus. What's more, rubbing fruit and vegetables under running water can help remove pesticides.

(U) For hard-skinned produce, scrub skins or peels with a soft-bristled vegetable brush, using dish or hand soap and warm water. For other types of produce, including leafy greens, soak in soapy water for 10 to 15 minutes, then rinse thoroughly.

(U) Buying frozen vegetables rather than fresh, under the assumption that they're packed and more sanitary, is not an approach that has been backed up by evidence.

#### (U) If You're Getting Your Groceries Delivered

(U) Even if a grocery store or warehouse is thoroughly cleaned on a regular basis, the delivery person needs to take the same precautions to prevent the spread of a virus to you. Follow these steps when ordering deliveries:

(U) Avoid a direct hand-off. Arrange to have the items delivered to your doorstep or a place nearby instead.

(U) Tip electronically. One benefit of ordering deliveries online, or via an app, is that you don't have to hand the delivery person money. Opportunities to tip the delivery person are included in most delivery apps and online ordering systems.

(U) Order earlier than you usually do. Although this is not a safety issue, you may find that in the midst of higher demand, you have to wait longer.

#### (U) If You're Picking Up Prepacked Groceries

(U) The steps are basically the same for this option as for delivery. If you've ordered and are merely having someone put the groceries in your car in a parking lot, consider opening your car

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

door yourself rather than having the person bringing the items to your car touch the handle. If you can tip on a supermarket's app, do so rather than handing over cash.

(U) If You're Buying Groceries In A Store

(U) A key way to prevent the virus's spread is to stay six feet away from other people. Here are a few other ideas:

(U) Go shopping at a time that's less busy. If you type in the store's name and location in Google search, a box often will pop up showing when foot traffic there is highest.

(U) Take germicide (hand sanitizer/wipes) with you. Some stores offer wipes to disinfect carts before and after you shop. If they do not, bring your own wipes and wipe your cart yourself.

(U) Use a credit or debit card. That way, you don't have to hand over bills or receive change. Also, use your own pen to sign receipts. If you can, use a virtual payment system so that you don't have to open your wallet at all.

## (U) Appendix B. (Top of page)

(U) A recent study from National Institutes of Health, CDC, UCLA and Princeton University scientists in The New England Journal of Medicine published findings about how long the virus strand that causes COVID-19 can live on surfaces and in the air.

(U) According to the report, SARS-CoV-2 (the virus) is detectable for:

(U) Up to 3 hours in aerosols (droplets in the air).

(U) Up to 4 hours on copper.

(U) Up to 24 hours on cardboard.

(U) Up to 3 days on plastic and stainless steel.

(U) Due to the virus' sustainability in the air and on these surfaces, infected individuals may be spreading the virus unknowingly. This study reinforces the recommended guidance from the CDC to help prevent the spread of germs. For more information on this study, search the New England Journal of Medicine for DOI: 10.1056/NEJMc2004973.

## (U) Appendix C. (Top of page)

(U) Underlying Medical Conditions That May Increase the Risk of Serious COVID-19 for Individuals of Any Age

(U) Blood disorders (e.g., sickle cell disease or on blood thinners).

(U) Chronic kidney disease as defined by your doctor. Patient has been told to avoid or reduce the dose of medications because of kidney disease, or is under treatment for kidney disease, including receiving dialysis.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

The next five pages are denied in full and not provided.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

(U) Chronic liver disease as defined by your doctor (e.g., cirrhosis, chronic hepatitis). Patient has been told to avoid or reduce the dose of medications because of liver disease or is under treatment for liver disease.

(U) Compromised immune system (immunosuppression) (e.g., seeing a doctor for cancer and treatment such as chemotherapy or radiation, received an organ or bone marrow transplant, taking high doses of corticosteroids or other immunosuppressant medications, HIV, or AIDS).

(U) Current or recent pregnancy in the last two weeks.

(U) Endocrine disorders (e.g., diabetes mellitus).

(U) Metabolic disorders (such as inherited metabolic disorders and mitochondrial disorders).

(U) Heart disease (such as congenital heart disease, congestive heart failure, and coronary artery disease).

(U) Lung disease, including asthma or chronic obstructive pulmonary disease, (chronic bronchitis or emphysema) or other chronic conditions associated with impaired lung function or that require home oxygen.

(U) Neurological, neurologic, and neurodevelopment conditions (including disorders of the brain, spinal cord, peripheral nerve, and muscle, such as cerebral palsy, epilepsy (seizure disorders), stroke, intellectual disability, moderate to severe developmental delay, muscular dystrophy, or spinal cord injury).

**(U) Appendix D.** (Top of page)

(b)(3):10 USC 424; Non Responsive Record

16

#29

The next two pages are denied in full and not provided.

~~UNCLASSIFIED//FOR OFFICIAL USE ONLY~~



# (U) CICG Workforce Update

(U) DIA is now at Health Protection Condition (HPCON) Charlie.

31 March 2020/1700 EST

(b)(3):10 USC 424

## BREAKING NEWS

(U) If you, or someone living with you, travelled to, through, or from, Florida, Texas, California, Washington State, Colorado, New York, New Jersey, Massachusetts and/or Louisiana within the past 14 days, you may not access any of the above listed facilities. You must return home and self-monitor for 14 days before requesting medical clearance to return to work. If you have symptoms, such as cough, fever, or shortness of breath, call your medical provider and notify your supervisor for further guidance. In keeping with the Governors of Maryland and Virginia "Stay-at-Home" orders issued 30 March 2020, travel should be limited to home and duty station unless traveling for gas, food, medical emergencies, or as stated in the Executive Orders. Continue to maintain social distancing of at least six feet from any person while in public. This new guidance is intended to minimize exposure to your fellow employees. Links: Maryland Executive Order | Virginia Executive Order

~~(U//FOUO)~~ D.C. STAY-AT-HOME ORDER

(U) D.C. Mayor Muriel Bowser issued a stay-at-home order for D.C. residents effective 01 April 2020. D.C. Executive Order

~~UNCLASSIFIED//FOR OFFICIAL USE ONLY~~

~~UNCLASSIFIED//FOR OFFICIAL USE ONLY~~

\*\*Important Recurring Data\*\*

## I. (U) DIA Director Critical Information Requirements (Top of Page)

(U) DIA employees are required to report on a COVID-19 diagnosis for themselves and/or their cohabitants. If diagnosed, you must immediately report status

(b)(3):10 USC 424

(U) LTG Ashley requests that all employees avoid inadvertently spreading possible contagions by going straight to their desks upon arriving at work. Detours and delays increase the potential risk of infection. Practice social distancing by avoiding face-to-face meetings and conducting business by telephone (b)(3):10 USC 424 or other available options. Try to avoid touching surfaces and use body parts other than fingers (e.g., elbows or wrists) when you must. Use the hand sanitizer located at the main entrances and dispersed throughout the building.

\*\*End Important Recurring Data\*\*

## II. (U) Travel Guidance (Top of Page)

(b)(3):10 USC 424

(U) Updated Travel Guidance: Per the DIA Director: Effective immediately, if you have traveled outside of the 50 United States in the last 14 days, you are not to enter the DIA HQ facility. Call your supervisor and go home for 14 days.

(U) To return to work, even though the DIA Clinic is closed, you MUST still call
for authorization before you return to duty.

Map is UNCLASSIFIED                    SOURCE: World Health Organization



Countries, areas or territories with COVID-19 cases reported in the last 7 days, as of 30 March 2020, 10:00 (CET) — World Health Organization

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**(U) CONUS COVID-19 Statistics:**

Map is UNCLASSIFIED                    SOURCE:  Center for Disease Control 31 March 2020



Figure 2:  Reported Cases

**\*\*New Data\*\* ICOD 31 0600L MARCH 2020**

(U) 163,575 (+21,580) confirmed cases

(U) 3,073 (+587) deaths

(U) States of Interest:
- (U) Alabama:  947 (+117) confirmed cases; 11 (+6) deaths
- (U) Colorado:  2,628 (+313) confirmed cases; 50 (+4) deaths
- (U) District of Columbia:  495 (+153) confirmed cases; 9 (+5) deaths
- (U) Florida:  5,694 (+752) confirmed cases; 71 (+12) deaths
- (U) Illinois:  5,070 (+457) confirmed cases; 84 (+14) deaths
- (U) Maryland:  1,414 (+170) confirmed cases; 15 (+4) deaths
- (U) Nebraska:  185 (+48) confirmed cases; 3 (+1) deaths
- (U) Virginia:  1,021 (+131) confirmed cases; 26 (+4) deaths

(U) Source:  Centers for Disease Control and Prevention

**\*\*End New Data\*\***

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

> The next nine pages are denied in full and not provided.

### III. (U) DIA Surgeon General Update (Top of Page)

(U) So, how should you handle grocery shopping?  See Appendix A.

(U) How long can the COVID-19 virus stay in the air and on surfaces?  See Appendix B.

(U) COVID-19 Increased Risks.  See Appendix C.

(U) If you, or someone living with you, traveled to, from, or through any foreign country or the New York Metro Area within the last 14 days, you may have been exposed to COVID-19 but are not yet showing symptoms.  We want to separate you from others who have not been so exposed to prevent the possible spread of COVID-19; this is known as QUARANTINE.

(U) If you develop symptoms of COVID-19, or are diagnosed with COVID-19, you need to remain separated from others to prevent the spread of your illness; this is known as ISOLATION.

#### (U) COVID-19 Diagnosis

(U) Medical providers will evaluate patients presenting with symptoms of illness, including symptoms of COVID-19 (cough, fever, and shortness of breath), by completing a diagnostic assessment that includes, but is not limited to, the following:  history of present illness and symptoms (the most important part of the evaluation), travel history/exposure history, past medical history, family medical history, current medications, and social history.

(U) Medical providers will then order laboratory and other tests to assist with making a diagnosis.  These tests may include blood tests, strep tests, and flu tests.

(U) Given the severe shortage of COVID-19 laboratory tests, along with the fact that personal protective equipment (PPE), which is in very short supply, must be worn by healthcare workers who are obtaining the nose and throat swabs for the test, not all patients presenting COVID-19 symptoms will be tested.  Medical providers are following CDC guidance along with clinical judgment to determine if a COVID-19 laboratory test will be ordered.

(U) Medical providers will then make a diagnosis to a reasonable degree of medical certainty:

- (U) A confirmed case/diagnosis based on medical provider diagnostic assessment of clinical symptoms and a COVID-19 positive laboratory test.

- (U) A presumptive clinical case/diagnosis case based on medical provider diagnostic assessment of clinical symptoms and without a COVID-19 laboratory test.

(U) Medical providers will initiate a COVID-19 treatment plan for both groups of patients.

(U) The CDC definition of a presumptive case of COVID-19 is different from a presumptive clinical case/diagnosis made by a medical provider.  Per the CDC, a presumptive case of COVID-19 meant that a state laboratory confirmed a positive laboratory test for COVID-19, but the CDC laboratory had not confirmed it yet.

(U) If you think you might be getting sick, stay at home!  Please do not threaten the safety of your co-workers!

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

Non Responsive Record

## (U) Appendix A. (Top of page)

(U) Regardless of how you get your groceries, be sure to:

(U) Wash nonporous containers. Simple rubbing with soap and water can kill the coronavirus. Use dish soap on plastic, glass, and metal before putting them away. If that's not practical, be sure to wash your hands after putting away all packaging, including paper boxes and bags.

(U) It also doesn't hurt to wash your hands after opening the containers and using their contents. However, there is little likelihood that the virus could still be active on the container after a few days.

(U) Wash your hands, counter, and other surfaces you've touched. Do this after you've put away the groceries. A disinfectant is not necessary unless you're sharing a space with someone who is exhibiting signs of respiratory illness or has been exposed to the virus.

(U) Wash produce with soap and water. Because COVID-19 is very likely deactivated by contact with soap and water, washing your fruit and vegetables with soap and water should eliminate any live virus. What's more, rubbing fruit and vegetables under running water can help remove pesticides.

(U) For hard-skinned produce, scrub skins or peels with a soft-bristled vegetable brush, using dish or hand soap and warm water. For other types of produce, including leafy greens, soak in soapy water for 10 to 15 minutes, then rinse thoroughly.

(U) Buying frozen vegetables rather than fresh, under the assumption that they're packed and more sanitary, is not an approach that has been backed up by evidence.

### (U) If You're Getting Your Groceries Delivered

(U) Even if a grocery store or warehouse is thoroughly cleaned on a regular basis, the delivery person needs to take the same precautions to prevent the spread of a virus to you. Follow these steps when ordering deliveries:

(U) Avoid a direct hand-off. Arrange to have the items delivered to your doorstep or a place nearby instead.

(U) Tip electronically. One benefit of ordering deliveries online, or via an app, is that you don't have to hand the delivery person money. Opportunities to tip the delivery person are included in most delivery apps and online ordering systems.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

(U) Order earlier than you usually do. Although this is not a safety issue, you may find that in the midst of higher demand, you have to wait longer.

(U) If You're Picking Up Prepacked Groceries

(U) The steps are basically the same for this option as for delivery. If you've ordered and are merely having someone put the groceries in your car in a parking lot, consider opening your car door yourself rather than having the person bringing the items to your car touch the handle. If you can tip on a supermarket's app, do so rather than handing over cash.

(U) If You're Buying Groceries In A Store

(U) A key way to prevent the virus's spread is to stay six feet away from other people. Here are a few other ideas:

(U) Go shopping at a time that's less busy. If you type in the store's name and location in Google search, a box often will pop up showing when foot traffic there is highest.

(U) Take germicide (hand sanitizer/wipes) with you. Some stores offer wipes to disinfect carts before and after you shop. If they do not, bring your own wipes and wipe your cart yourself.

(U) Use a credit or debit card. That way, you don't have to hand over bills or receive change. Also, use your own pen to sign receipts. If you can, use a virtual payment system so that you don't have to open your wallet at all.

## (U) Appendix B. (Top of page)

(U) A recent study from National Institutes of Health, CDC, UCLA and Princeton University scientists in The New England Journal of Medicine published findings about how long the virus strand that causes COVID-19 can live on surfaces and in the air.

(U) According to the report, SARS-CoV-2 (the virus) is detectable for:

(U) Up to 3 hours in aerosols (droplets in the air).

(U) Up to 4 hours on copper.

(U) Up to 24 hours on cardboard.

(U) Up to 3 days on plastic and stainless steel.

(U) Due to the virus' sustainability in the air and on these surfaces, infected individuals may be spreading the virus unknowingly. This study reinforces the recommended guidance from the CDC to help prevent the spread of germs. For more information on this study, search the New England Journal of Medicine for DOI: 10.1056/NEJMc2004973.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

~~UNCLASSIFIED//FOR OFFICIAL USE ONLY~~

The next five pages are denied in full and not provided.

## (U) Appendix C. (Top of page)

(U) Underlying Medical Conditions That May Increase the Risk of Serious COVID-19 for Individuals of Any Age

(U) Blood disorders (e.g., sickle cell disease or on blood thinners).

(U) Chronic kidney disease as defined by your doctor. Patient has been told to avoid or reduce the dose of medications because of kidney disease, or is under treatment for kidney disease, including receiving dialysis.

(U) Chronic liver disease as defined by your doctor (e.g., cirrhosis, chronic hepatitis). Patient has been told to avoid or reduce the dose of medications because of liver disease or is under treatment for liver disease.

(U) Compromised immune system (immunosuppression) (e.g., seeing a doctor for cancer and treatment such as chemotherapy or radiation, received an organ or bone marrow transplant, taking high doses of corticosteroids or other immunosuppressant medications, HIV, or AIDS).

(U) Current or recent pregnancy in the last two weeks.

(U) Endocrine disorders (e.g., diabetes mellitus).

(U) Metabolic disorders (such as inherited metabolic disorders and mitochondrial disorders).

(U) Heart disease (such as congenital heart disease, congestive heart failure, and coronary artery disease).

(U) Lung disease, including asthma or chronic obstructive pulmonary disease, (chronic bronchitis or emphysema) or other chronic conditions associated with impaired lung function or that require home oxygen.

(U) Neurological, neurologic, and neurodevelopment conditions (including disorders of the brain, spinal cord, peripheral nerve, and muscle, such as cerebral palsy, epilepsy (seizure disorders), stroke, intellectual disability, moderate to severe developmental delay, muscular dystrophy, or spinal cord injury).

(b)(3):10 USC 424;

## (U) Appendix D. (Top of page)

VIROLOGICA SINICA 2016, 31 (1): 31–40
DOI: 10.1007/s12250-016-3713-9



# RESEARCH ARTICLE

# Coexistence of multiple coronaviruses in several bat colonies in an abandoned mineshaft

Xing-Yi Ge[1#], Ning Wang[1#], Wei Zhang[1], Ben Hu[1], Bei Li[1], Yun-Zhi Zhang[2,3], Ji-Hua Zhou[2], Chu-Ming Luo[1], Xing-Lou Yang[1], Li-Jun Wu[1], Bo Wang[1], Yun Zhang[4], Zong-Xiao Li[4], Zheng-Li Shi[1✉]

1. Key Laboratory of Special Pathogens, Wuhan Institute of Virology, Chinese Academy of Sciences, Wuhan 430071, China
2. Yunnan Provincial Key Laboratory for Zoonosis Control and Prevention, Yunnan Institute of Endemic Diseases Control and Prevention, Dali 671000, China
3. School of Public Health, Dali University, Dali 671000, China
4. Mojiang Center for Diseases Control and Prevention, Mojiang 654800, China

Since the 2002–2003 severe acute respiratory syndrome (SARS) outbreak prompted a search for the natural reservoir of the SARS coronavirus, numerous alpha- and betacoronaviruses have been discovered in bats around the world. Bats are likely the natural reservoir of alpha- and beta-coronaviruses, and due to the rich diversity and global distribution of bats, the number of bat coronaviruses will likely increase. We conducted a surveillance of coronaviruses in bats in an abandoned mineshaft in Mojiang County, Yunnan Province, China, from 2012–2013. Six bat species were frequently detected in the cave: *Rhinolophus sinicus, Rhinolophus affinis, Hipposideros pomona, Miniopterus schreibersii, Miniopterus fuliginosus*, and *Miniopterus fuscus*. By sequencing PCR products of the coronavirus RNA-dependent RNA polymerase gene (*RdRp*), we found a high frequency of infection by a diverse group of coronaviruses in different bat species in the mineshaft. Sequenced partial *RdRp* fragments had 80%–99% nucleic acid sequence identity with well-characterized *Alphacoronavirus* species, including BtCoV HKU2, BtCoV HKU8, and BtCoV1, and unassigned species BtCoV HKU7 and BtCoV HKU10. Additionally, the surveillance identified two unclassified betacoronaviruses, one new strain of SARS-like coronavirus, and one potentially new betacoronavirus species. Furthermore, coronavirus co-infection was detected in all six bat species, a phenomenon that fosters recombination and promotes the emergence of novel virus strains. Our findings highlight the importance of bats as natural reservoirs of coronaviruses and the potentially zoonotic source of viral pathogens.

KEYWORDS    coronavirus; bat; coinfection; mineshaft

## INTRODUCTION

Coronaviruses are divided into the genera *Alphacoronavirus, Betacoronavirus, Gammacoronavirus*, and a proposed *Deltacoronavirus* genus (Woo et al., 2012a), and belong to the subfamily *Coronavirinae*, family *Coronaviridae*, of the order *Nidovirales*. Alphacoronaviruses infect pigs (Kusanagi et al., 1992), humans (Macnaughton and Madge, 1978; van der Hoek et al., 2004), cats (Pedersen et al., 1984), bats (Poon et al., 2005), and other mammals. Betacoronaviruses infect humans (Bruckova et al., 1970; Peiris et al., 2003; Woo et al., 2005; Zaki et al., 2012), mice (Mizutani, 2001), bats (Li et al., 2005), and other mammals. Gammacoronaviruses mostly infect birds though some infect sea mammals (Mihindukulasuriya et al., 2008; Woo et al., 2012a). The proposed

Received: 1 January 2016, Accepted: 22 January 2016,
Published online: 18 February 2016
# These authors contributed equally to this work.
✉Correspondence:
Phone: +86-27-87197240, Email: zlshi@wh.iov.cn
ORCID: 0000-0001-8089-163X

© Wuhan Institute of Virology, CAS and Springer Science+Business Media Singapore 2016

Bat coronaviruses in a mineshaft

deltacoronaviruses primarily infect birds but are also reported to infect mammals (Woo et al., 2012a).

Human coronaviruses used to have low pathogenicity and cause mild respiratory symptoms. However, two coronaviruses, severe acute respiratory syndrome coronavirus (SARS-CoV) (Peiris et al., 2003) and Middle East respiratory syndrome coronavirus (MERS-CoV), can cause severe respiratory diseases (Zaki et al., 2012). Phylogenetic evidence indicates that SARS-CoV and MERS-CoV originated from bats (van Boheemen et al., 2012; Ge et al., 2013; Lau et al., 2013). Since the 2002–2003 outbreak of SARS in China, coronaviruses have been discovered in 71 bat species throughout Asia, America, Africa, and Europe (Tang et al., 2006; Lau et al., 2012; Woo et al., 2012b; Anthony et al., 2013; De Benedictis et al., 2013; Geldenhuys et al., 2013; Goes et al., 2013; Graham et al., 2013; Lelli et al., 2013; Shi, 2013). Among the 15 established alpha- and betacoronavirus species, eight were identified in bats in China, including *Miniopterus bat coronavirus 1* (*BtCoV 1*), *Miniopterus bat coronavirus HKU8* (BtCoV HKU8), *Rhinolophus bat coronavirus HKU2* (BtCoV HKU2), *Scotophilus bat coronavirus 512* (BtCoV 512), SARS-related or SARS-like CoVs (SL-CoV; WIV1, Rp3, HKU3, etc.), *Pipistrellus bat coronavirus HKU5* (BtCoV HKU5), *Rousettus bat coronavirus HKU9* (BtCoV HKU9), and *Tylonycteris bat coronavirus HKU4* (BtCoV HKU4) (Lau et al., 2005; Li et al., 2005; Woo et al., 2006; Lau et al., 2007; Chu et al., 2008; Woo et al., 2009; Cavanagh and Britton, 2012; Woo et al., 2012b). Viruses similar to the above bat coronavirus species or strains (BtCoV 1, HKU2, HKU9, 512, HKU8, and SL-CoV) have been found in southeast Asia and Europe (Watanabe et al., 2010; Gouilh et al., 2011; Wacharapluesadee et al., 2015; Drexler et al., 2010; Lelli et al., 2013).

Considering the species diversity and geographical distribution of bats, it is likely that novel bat coronaviruses remain to be discovered. Furthermore, continuous surveillance of bat coronaviruses will provide insights into the evolution of coronaviruses as well as help in evaluating the potential for interspecies transmission of these viruses from bats to humans and other animals (Drexler et al., 2011). In this study, we conducted a two-year RT-PCR surveillance of bat coronaviruses in an abandoned mineshaft in Mojiang County, Yunnan Province, China. We found a high infection rate with a genetically diverse array of coronaviruses in different bat species in the mineshaft.

## MATERIALS AND METHODS

### Sample collection and viral RNA extraction
Bat fecal swabs were collected in August and September of 2012 and in April and July of 2013 as described previously (Li et al., 2005). The collected samples were kept in viral transport medium (1 × Hank's balanced salt solution, 1% bovine albumin, pH 7.4, 15 μL/mL amphotericin B, 100 units/mL penicillin G and 50 ug/mL streptomycin) and stored at −80 °C before processing. The bat species were first identified based on morphology. PCR amplification and sequencing of cytochrome b (*Cytb*) or NADH dehydrogenase subunit 1 (*ND1*) (Irwin et al., 1991; Mayer and von Helversen, 2001) from DNA extracted from the fecal swabs was used to confirm the bat species. Viral RNA was extracted from 140 μL of the fecal swab samples with Viral RNA Mini Kit (Qiagen, Westburg, The Netherlands) per the manufacturer's instructions. RNA was eluted in 60 μL of AVE (RNase-free water with 0.04% sodium azide) buffer, aliquoted, and stored at −80 °C.

### PCR screening of coronaviruses and sequencing
One-step RT-PCR (Invitrogen, San Diego, USA) was used for the amplification of a 440-bp fragment targeting the RNA-dependent RNA polymerase gene (*RdRp*) of all known alpha- and betacoronaviruses (de Souza Luna et al., 2007). Amplification of an 816-bp fragment extending the 440 bp was performed using published methods (Drexler et al., 2010). Spike (*S*) genes were amplified using degenerate primers designed based on the alignment of known coronaviruses (sequences provided upon request). Standard precautions were taken to avoid PCR contamination, and no false positives were observed in negative controls. PCR products were gel-purified and sequenced on the ABI PRISM® 3100 Genetic Analyzer (Applied Biosystems, Foster City, USA). The sequencing chromatograms were carefully inspected for overlapping multicolor peaks, which are an indicator of sequence heterogeneity in the amplicons. The PCR products of corresponding samples were cloned and 10 clones of each sample were sequenced to confirm sequence heterogeneity. To avoid PCR contamination, all positive samples were checked through two independent PCRs by different experimenters. The positive samples detected in this study were named using the abbreviated bat species name plus the bat sample number abbreviation. For example, a virus detected from *Rhinolophus sinicus* in sample number 4017 was named RsBtCoV/4017. If the bat was co-infected by two different coronaviruses, numbers were appended to the sample names, such as RsBtCoV/4017-1 and RsBtCoV/4017-2.

### Sequence analysis
Preliminary sequence management and analysis were carried out using Geneious (version 5.5.9, Biomatters Limited, New Zealand), sequence alignment and editing were performed using ClustalW (version 2.0) and BioEdit (version 7.1.9) (Hall, 1999; Larkin et al., 2007). Poten-

tial *in vitro* recombinant sequences (i.e., PCR artifacts) were screened for and discarded using Recombination Detection Program v2.0 (Martin et al., 2005). Obtained consensus sequences were compared with known sequences of the coronavirus *RdRp* genes in GenBank. Phylogenetic trees were constructed using MrBayes (version 3.2) under the GTR model and the Maximum Likelihood algorithm in Geneious (Huelsenbeck and Ronquist, 2001).

## RESULTS

### Bat species identification

In total, 276 bats (83 in August 2012; 97 in September 2012; 52 in April 2013, and 44 in July 2013) were sampled in a mineshaft in Mojiang (Figure 1). Six bat species were identified based on morphology and confirmed by sequencing of the *Cytb* or *ND1* gene (Table 1). Bat species or most closely related species were *R. sinicus, Rhinolophus affinis, Hipposideros pomona, Miniopterus schreibersii, Miniopterus fuliginosus,* and *Miniopterus fuscus*. Full-length *Cytb* and *ND1* gene sequences were deposited in GenBank under accession numbers KP876547 to KP876557.

### Detection of CoVs in bats

Among the collected 276 fecal samples, 138 (50%) were positive for coronavirus: 45.7% (37/81) in August and 74.7% (74/99) in September 2012, and 46.2% (24/52) in



Figure 1. Sample collection site in Mojiang, Yunnan Province. The mineshaft where bat samples were collected is indicated with a red dot, three county towns (Mojiang, Zhenyuan, and Ning'er) near the mineshaft are labeled with green dots.

April and 6.8% (3/44) in July 2013. All six bat species showed high infection rates, from 35% to 73% (Table 1). *R. sinicus, R. affinis,* and *M. schreibersii* were observed to have the highest infection rates in September 2012. Due to the small sample size, it was not possible to accurately assess changes in the infection rate for *H. pomona, M. fuliginosus,* and *M. fuscus*.

From the 138 positive samples, 152 *RdRp* partial coronavirus sequences (approximately 400 bp) were obtained, indicating co-infections of two viruses. Two sequences (HiBtCoV/3740-2 and RaBtCoV/4991) were homologous to betacoronaviruses, all other 150 sequences were homologous to alphacoronaviruses, including the established bat coronavirus species BtCoV 1, BtCoV HKU2, and BtCoV HKU8, unassigned BtCoV HKU7 and BtCoV HKU10, and unclassified alphacoronavirus (Table 2, Figure 2). To better understand the phylogenetic relationships between these bat coronaviruses, we selected 12 samples representing different branches of the tree and extended the sequence of the partial *RdRp* screening fragment to 816 bp (Figure 3). The partial *RdRp* sequences obtained in this study were submitted to GenBank under accession numbers KP876505 to KP876546 and KU343189 to KU343200.

### Alphacoronaviruses detected in bats

Among the 150 *RdRp* partial sequences that were homologous to alphacoronaviruses, fifty-one were related to BtCoV 1, thirty-seven to BtCoV HKU2, one to BtCoV HKU7, fifty-one to BtCoV HKU8, four to BtCoV HKU10, and four to unclassified alphacoronaviruses (Table 2). Most sequences shared 87%–98% nucleotide (nt) identity and 95%–100% amino acid (aa) identity with the established bat coronavirus species, suggesting that some of these coronaviruses represent different strains of known viral species. Only a few sequences were related to unclassified bat coronaviruses. One of two sequences detected in a *R. affinis* bat (RaBtCoV/4307-1) was related to an unclassified alphacoronavirus *Hipposideros* BtCoV Ratcha-67/THA/2007 detected in Thailand, with 83% nt and 92% aa identities, based on the 816-bp sequence (Figure 3) (Gouilh et al., 2011). Three sequences (one in *M. fuliginosus* and two in *R. sinicus*) were related to another unclassified alphacoronavirus *Cardioderma* BtCoV Kenya/KY43/2006 detected in Kenya, with 80% nt and 93% aa identities (Tong et al., 2009).

### Betacoronaviruses detected in bats

Only two sequences detected in this study were homologous to betacoronaviruses. One of them (RaBtCoV/4991) was detected in a *R. affinis* sample and was related to SL-CoV. The conserved 440-bp *RdRp* fragment of RaBtCoV/4991 had 89% nt identity and 95% aa identity with SL-CoV Rs672 (Yuan et al., 2010). In the phylogenetic

Bat coronaviruses in a mineshaft

Table 1. Coronavirus infection in six bat species sampled in an abandoned mineshaft in Mojing County, Yunnan Province, China from 2012 to 2013.

| Bat species | No. positive/tested (%) | | | | No. co-infection |
|---|---|---|---|---|---|
| | Aug, 2012 | Sep, 2012 | Apr, 2013 | Jul, 2013 | |
| Rhinolophus sinicus | 4/11 (36) | 14/19 (74) | 1/4 (25) | 0/11(0) | 3/45 (6.7) |
| Rhinolophus affinis | 4/15 (27) | 7/17 (41) | 21/43 (49) | 2/31 (6) | 1/106 (1) |
| Hipposideros pomona | 3/3 (100) | 0/1 (0) | 0/2 (0) | 1/2 (50) | 1/8 (12) |
| Miniopterus schreibersii | 13/29 (45) | 50/57 (88) | - | - | 5/86 (6) |
| Miniopterus fuliginosus | 13/23 (56) | - | 2/3 (67) | - | 3/26 (11) |
| Miniopterus fuscus | - | 3/5 (60) | - | - | 1/5 (20) |

Table 2. Closely related coronavirus species detected in different bat species.

| Coronavirus species | | Bat species and number of individuals in which coronaviruses were detected | | | | | |
|---|---|---|---|---|---|---|---|
| | | R. sinicus | R. affinis | H. pomona | M. schreibersii | M. fuliginosus | M. fuscus |
| Alpha-CoV | 1 | 3 | - | - | 28 | 12 | - |
| | HKU2 | 6 | 29 | - | - | - | - |
| | HKU7 | - | - | - | 1 | - | - |
| | HKU8 | 7 | 4 | - | 29 | - | 2 |
| | HKU10 | - | - | 3 | - | - | - |
| Beta-CoV | SARS-related | - | 1 | - | - | - | - |
| Co-infection | 1/HKU8 | 1 | - | - | 5 | 3 | - |
| | HKU8/ Unclassified alphaCoV | 1 | - | - | - | - | 1 |
| | HKU2/ Unclassified alphaCoV | 1 | 1 | - | - | - | - |
| | HKU10/ Unclassified betaCoV | - | - | 1 | - | - | - |

Note: 1, Miniopterus bat coronavirus 1; HKU2, Rhinolophus bat coronavirus HKU2; HKU8, Miniopterus bat coronavirus HKU8; SARS-related, SARS-related coronavirus; HKU7, Miniopterus bat coronavirus HKU7, unassigned; HKU10, bat coronavirus HKU10, unassigned.

tree, RaBtCoV/4991 showed more divergence from human SARS-CoV than other bat SL-CoVs and could be considered as a new strain of this virus lineage (Figure 2). Another sequence (HpBtCoV/3740-2) was detected in a *H. pomona* sample and shared the closest similarity (81% and 89.1% identities at nt and aa levels, respectively, based on the 816-bp sequence) with a *Hipposideros* bat coronavirus Hipposideros/GhanaBoo/348/2008 discovered in Ghana (Quan et al., 2010). These two strains, together with Zaria bat ZBCoV (host *Hipposideros commersoni*) and Thailand bat BtCoV/B56054 (host *Hipposideros larvatus*) (Tong et al., 2009; Wacharapluesadee et al., 2015), formed an independent lineage distantly related to SL-CoVs (Figure 2, 3). The partial *RdRp*

sequences of this lineage shared less than 90% aa identity compared to the closest CoVs in lineage B and thus, this lineage may represent a novel betacoronavirus species.

### Co-infections of coronaviruses

Co-infection with different coronavirus species was found in 14 out of 138 positive specimens. Co-infection events were detected in all six bat species (Table 2, Figure 2). The most frequent co-infections were with the Bt-CoV 1B and BtCoV HKU8 lineages, as found previously by Chu *et al.* (2008). The other co-infections involved BtCoV HKU8 or BtCoV HKU2 and the unclassified bat alphacoronaviruses. Most interestingly, we also

VIROLOGICA SINICA

Xing-Yi Ge et al



Bat coronaviruses in a mineshaft

Figure 2. Phylogenetic analysis of bat coronaviruses detected in this study based on the partial *RdRp* gene sequences. The partial *RdRp* gene sequences (~370 bp) obtained in this study were aligned with those of known representative coronaviruses and used to construct the phylogenetic tree by MrBayes V3.2 under assumption of GTR model, using 1,000,000 trees sampled every 100 steps, annotated with a burn-in of 90% using TreeAnnotator V1.0.6. Detected coronaviruses were classified into seven alphacoronavirus groups and two betacoronavirus lineages separated with horizontal lines. Coronaviruses co-infecting an individual are indicated by sequential number after the name of each strain. All the detected coronaviruses here are in bold and co-infection coronaviruses are labeled with a black triangle to the left of the name.



Figure 3. Phylogenetic analysis of coronaviruses based on the amino acid sequences of the partial (816-bp) *RdRp* gene. Sequences obtained in this study were aligned with those of known representative coronaviruses and used to construct the phylogenetic tree using MrBayes. Coronaviruses co-infecting an individual are indicated with a sequential number after the name of each strain. The aa identities between coronavirus sequences detected in this study and the closest reference sequence are labeled following the virus names. The coronaviruses detected in this study are in bold and co-infecting viruses are labeled with a black triangle to the left of the sample name.

VIROLOGICA SINICA

found a co-infection with coronavirus species from two different genera, BtCoV HKU10 and an unclassified betacoronavirus in one *H. pomona* bat (no. 3740).

### Interspecies infections of bat coronaviruses

We detected high interspecies host diversity, with the same coronavirus species infecting different bat species within and/or across families. BtCoV 1 was detected in three out of six bat species of two families (*Vespertilionidae* and *Rhinolophidae*), including *M. schreibersii*, *M. fuliginosus*, and *R. sinicus*. BtCoV HKU2 was detected in two closely related species of the same family, *R. sinicus*, and *R. affinis*. BtCoV HKU8 was detected in five out of six bat species of two families, including *M. schreibersii*, *M. fuliginosus*, *M. fuscus*, *R. sinicus*, and *R. affinis*.

To further address interspecies infections of coronaviruses in bats, we amplified 8 full-length *S* genes from BtCoV 1-positive samples including *M. schreibersii*, *M. fuliginosus*, and *R. sinicus*. The full-length *S* genes ranged from 4,125 to 4,137 bp (Supplementary Table S1). In the phylogenetic tree, MfulBtCoV/3759-1, MsBtCoV/4068-1, MfulBtCoV/3736-1, MsBtCoV/4001-1, MfulBtCoV/3709, and RsBtCoV/3716 clustered with BtCoV 1B, and MsBtCoV/4056-1 and MsBtCoV/3710 clustered with BtCoV 1A (Figure 4). Sequence comparison showed that the *S* gene of RsBtCoV/3716, derived from *R. sinicus*, showed higher divergence from other strains among the BtCoV 1B group (Supplementary Table S1). Interestingly, the *S* genes of coronaviruses detected from the same bat family displayed high divergence. The *S* gene sequences obtained in this study were deposited in GenBank under accession numbers KU343201 to KU343208.

## DISCUSSION

Bats and rodents are both considered important natural reservoirs of zoonotic viruses (Luis et al., 2013). A previous study reported the discovery of paramyxovirus



**Figure 4.** Phylogenetic analysis of bat coronaviruses of BtCoV 1 based on full-length *S* genes. Eight full-length *S* gene sequences obtained in this study were aligned with 4 reference *S* genes and used to construct the phylogenetic tree using MrBayes. Sequences obtained in this study are in bold.

(MojV) in rats (*Rattus flavipectus*) in the same mineshaft in Mojiang (Wu et al., 2014). Here, focusing on another host, we performed a surveillance of coronaviruses in bats. In contrast to the sole strain MojV detected in rats, we found highly divergent alphacoronavirus strains and two betacoronavirus strains in bats from the same mineshaft. Among the eight known bat coronavirus species, four were detected in the cave. In addition, a new putative coronavirus species was detected in a *Hipposideros* bat.

Most coronaviruses first replicate in epithelial cells of the respiratory and/or enteric tract. Unapparent enteric infection of animals maintains the virus in the population (Lai et al., 2007). Previous studies have indicated that bats host a large number of viruses, but seldom display clinical symptoms under natural or experimental infection conditions (Baker et al., 2013). In this study, we conducted an 18-month surveillance of bat coronaviruses in an abandoned mineshaft cohabited by six bat species across three families. High infection rates of bat coronaviruses, particularly alphacoronaviruses, were detected in the four sampling periods. More interestingly, we observed a high rate of co-infection with two coronavirus species and interspecies infection with the same coronavirus species within or across bat families. These phenomena may be owing to the diversity and high density of bat populations in the same cave, facilitating coronavirus intra- and interspecies transmissions, which may result in recombination and acceleration of coronavirus evolution. Alphacoronaviruses were found in all six collected bat species. The most frequently detected sequences were related to BtCoV 1, BtCoV HKU2, and BtCoV HKU8, BtCoV HKU10, BtCoV HKU7, and two unclassified alphacoronaviruses were less frequently detected. As previously reported, BtCoV 1 and BtCoV HKU8 are highly prevalent in *Miniopterus* species (Chu et al., 2006; Woo et al., 2006; Chu et al., 2008), while BtCoV HKU2 mainly infects *Rhinolophus* species (Woo et al., 2006; Lau et al., 2007). Due to the overlapping host range and cohabitation, high rates of co-infection with BtCoV 1 and BtCoV HKU8 in individual bats were detected in *Miniopterus* species. As BtCoV 1B were detected mainly in *Miniopterus* bats, it could be speculated that RsBtCoV/3716 may have been a spillover from *Miniopterus* bats and adapted to *R. sinicus* through *S* gene mutation.

Most viral sequences detected had high nt/aa identities with the established coronavirus species, indicating that these viruses had relatively stable genetic evolution. Several identified sequences were homologous to unclassified alphacoronaviruses previously detected in Thailand and Kenya, suggesting that these viruses represent novel groups of alphacoronaviruses (Tong et al., 2009; Gouilh et al., 2011; Wacharapluesadee et al., 2015). Further sequencing of full-length genomes will be helpful to

Bat coronaviruses in a mineshaft

determine their taxonomic positions.

Members of the genus *Betacoronavirus* are divided into four lineages: A, B, C, and D (previously termed groups 2A, 2B, 2C, and 2D). Lineage A includes two human coronaviruses, hCoVs OC43 and HKU1, which are typically associated with common colds. Lineage B includes the highly pathogenic human SARS-CoV and the diverse bat SL-CoVs (WIV1, SHC014, Rp3, HKU1, and others). Lineage C includes the highly pathogenic human MERS-CoV and several bat MERS-CoV-related coronaviruses (BtCoVs HKU4 and HKU 5). Lineage D only contains coronaviruses discovered in bats (BtCoV HKU9). In this study, we detected a SL-CoV-related sequence in *R. affinis*. This strain is distantly related to the previously discovered bat SL-CoVs in other *Rhinolophus* species and represents a new strain of SL-CoVs. Additionally, we detected a new betacoronavirus (RaBtCoV/3740-2) in a *H. pomona* sample that formed a distinct lineage in *Betacoronavirus* along with several other coronaviruses found in *Hipposideros* bats (Tong et al., 2009; Quan et al., 2010; Gouilh et al., 2011; Wacharapluesadee et al., 2015). Previous studies have indicated that these coronaviruses in *Hipposideros* bats are SARS-related and should be considered members of betacoronavirus lineage B (Tong et al., 2009; Quan et al., 2010; Gouilh et al., 2011). Based on the sequence comparison and phylogenetic analysis in this study, we suggest that these coronaviruses found in *Hipposideros* bats of different countries may represent a novel betacoronavirus lineage (tentatively, lineage E). Considering that the two highly pathogenic human coronaviruses (SARS-CoV and MERS-CoV) in this genus originated from bats (Ge et al., 2013; Lau et al., 2013; Corman et al., 2014), attention should be particularly paid to these lineages of bat coronaviruses.

## ACKNOWLEDGMENTS

This work was jointly funded by the National Natural Science Foundation of China (81290341) and Scientific and Technological Basis Special Project (2013FY113500), and China Mega-Project for Infectious Disease (2014ZX 10004001-003) from the Minister of Science and Technology of the People's Republic of China, and USNI-AID (R01AI110964). We are very grateful to Adam Nitido for help in language editing.

## COMPLIANCE WITH ETHICS GUIDELINES

The authors declare that they have no conflict of interest. This study was approved by the Ethics Committee of the Yunnan Institute of Endemic Disease Control and Prevention. All institutional and national guidelines for the care and use of animals were followed.

## AUTHOR CONTRIBUTIONS

ZLS designed and coordinated the study. XYG, YZZ, JHZ, CML, XLY, LJW, BW, YZ, and ZXL collected samples. NW, XYG, WZ, BH, and BL performed molecular studies. XYG and NW analyzed the data. XYG and ZLS drafted the manuscript. All authors read and approved the final manuscript.

Supplementary Table S1 is available on the website of *Virologica Sinica*: www.virosin.org; link.springer.com/journal/12250.

## REFERENCES

Anthony SJ, Ojeda-Flores R, Rico-Chavez O, Navarrete-Macias I, Zambrana-Torrelio CM, Rostal MK, Epstein JH, Tipps T, Liang E, Sanchez-Leon M, Sotomayor-Bonilla J, Aguirre AA, Avila-Flores R, Medellin RA, Goldstein T, Suzan G, Daszak P, Lipkin WI. 2013. Coronaviruses in bats from Mexico. J Gen Virol, 94: 1028–1038.

Baker ML, Schountz T, Wang LF. 2013. Antiviral immune responses of bats: a review. Zoonoses Public Health, 60: 104–116.

Bruckova M, McIntosh K, Kapikian AZ, Chanock RM. 1970. The adaptation of two human coronavirus strains (OC38 and OC43) to growth in cell monolayers. Proc Soc Exp Biol Med, 135: 431–435.

Cavanagh D, Britton P. 2012. Virus Taxonomy: Ninth Report of the International Committee on Taxonomy of Viruses. Family Coronaviridae. In: International Committee on Taxonomy of Viruses. Andrew M.Q. King MJA, Eric B. Carstens, and Elliot J. Lefkowitz (eds). Cambridge: Academic Press Elsevier, pp. 770–792.

Chu DK, Peiris JS, Chen H, Guan Y, Poon LL. 2008. Genomic characterizations of bat coronaviruses (1A, 1B and HKU8) and evidence for co-infections in Miniopterus bats. J Gen Virol, 89: 1282–1287.

Chu DK, Poon LL, Chan KH, Chen H, Guan Y, Yuen KY, Peiris JS. 2006. Coronaviruses in bent-winged bats (Miniopterus spp.). J Gen Virol, 87: 2461–2466.

Corman VM, Ithete NL, Richards LR, Schoeman MC, Preiser W, Drosten C, Drexler JF. 2014. Rooting the phylogenetic tree of Middle East respiratory syndrome coronavirus by characterization of a conspecific virus from an African bat. J Virol, 88: 11297–11303.

De Benedictis P, Marciano S, Scaravelli D, Priori P, Zecchin B, Capua I, Monne I, Cattoli G. 2013. Alpha and lineage C betaCoV infections in Italian bats. Virus Genes, 48: 366–371.

de Souza Luna LK, Heiser V, Regamey N, Panning M, Drexler JF, Mulangu S, Poon L, Baumgarte S, Haijema BJ, Kaiser L, Drosten C. 2007. Generic detection of coronaviruses and differentiation at the prototype strain level by reverse transcription-PCR and nonfluorescent low-density microarray. J Clin Microbiol, 45: 1049–1052.

Drexler JF, Corman VM, Wegner T, Tateno AF, Zerbinati RM, Gloza-Rausch F, Seebens A, Muller MA, Drosten C. 2011. Amplification of emerging viruses in a bat colony. Emerg Infect Dis, 17: 449–456.

Drexler JF, Gloza-Rausch F, Glende J, Corman VM, Muth D, Goettsche M, Seebens A, Niedrig M, Pfefferle S, Yordanov S, Zhelyazkov L, Hermanns U, Vallo P, Lukashev A, Muller MA, Deng H, Herrler G, Drosten C. 2010. Genomic characterization of severe acute respiratory syndrome-related coronavirus in European bats and classification of coronaviruses based on partial RNA-dependent RNA polymerase gene sequences. J Virol, 84: 11336–11349.

Ge XY, Li JL, Yang XL, Chmura AA, Zhu G, Epstein JH, Mazet JK, Hu B, Zhang W, Peng C, Zhang YJ, Luo CM, Tan B, Wang N, Zhu Y, Crameri G, Zhang SY, Wang LF, Daszak P, Shi ZL. 2013. Isolation and characterization of a bat SARS-like coronavirus that uses the ACE2 receptor. Nature, 503: 535–538.

Geldenhuys M, Weyer J, Nel LH, Markotter W. 2013. Coronaviruses in South african bats. Vector Borne Zoonotic Dis, 13: 516–519.

Goes LG, Ruvalcaba SG, Campos AA, Queiroz LH, de Carvalho C, Jerez JA, Durigon EL, Davalos LI, Dominguez SR. 2013. Novel bat coronaviruses, Brazil and Mexico. Emerg Infect Dis, 19: 1711–1713.

Gouilh MA, Puechmaille SJ, Gonzalez JP, Teeling E, Kittayapong P, Manuguerra JC. 2011. SARS-Coronavirus ancestor's foot-prints in South-East Asian bat colonies and the refuge theory. Infect Genet Evol, 11: 1690–1702.

Graham RL, Donaldson EF, Baric RS. 2013. A decade after SARS: strategies for controlling emerging coronaviruses. Nat Rev Microbiol, 11: 836–848.

Hall TA. 1999. BioEdit: a user-friendly biological sequence alignment editor and analysis program for Windows 95/98/NT. Nucleic Acids Symp Ser (Oxf), 41: 95–98.

Huelsenbeck JP, Ronquist F. 2001. MRBAYES: Bayesian inference of phylogenetic trees. Bioinformatics, 17: 754–755.

Irwin DM, Kocher TD, Wilson AC. 1991. Evolution of the Cytochrome-B Gene of Mammals. J Mol Evol, 32: 128–144.

Kusanagi K, Kuwahara H, Katoh T, Nunoya T, Ishikawa Y, Samejima T, Tajima M. 1992. Isolation and serial propagation of porcine epidemic diarrhea virus in cell cultures and partial characterization of the isolate. J Vet Med Sci, 54: 313–318.

Lai MMC, Perlman S, Anderson LJ. 2007. Coronaviridae. In: Fields Virology, Knipe DM, Howley PM (eds). Philadephia: Lippincott Williams & Wilkins, pp. 1305–1336.

Larkin MA, Blackshields G, Brown NP, Chenna R, McGettigan PA, McWilliam H, Valentin F, Wallace IM, Wilm A, Lopez R, Thompson JD, Gibson TJ, Higgins DG. 2007. Clustal W and Clustal X version 2.0. Bioinformatics, 23: 2947–2948.

Lau SK, Li KS, Tsang AK, Lam CS, Ahmed S, Chen H, Chan KH, Woo PC, Yuen KY. 2013. Genetic characterization of Betacoronavirus lineage C viruses in bats reveals marked sequence divergence in the spike protein of pipistrellus bat coronavirus HKU5 in Japanese pipistrelle: implications for the origin of the novel Middle East respiratory syndrome coronavirus. J Virol, 87: 8638–8650.

Lau SK, Li KS, Tsang AK, Shek CT, Wang M, Choi GK, Guo R, Wong BH, Poon RW, Lam CS, Wang SY, Fan RY, Chan KH, Zheng BJ, Woo PC, Yuen KY. 2012. Recent transmission of a novel alphacoronavirus, bat coronavirus HKU10, from Leschenault's rousettes to pomona leaf-nosed bats: first evidence of interspecies transmission of coronavirus between bats of different suborders. J Virol, 86: 11906–11918.

Lau SK, Woo PC, Li KS, Huang Y, Tsoi HW, Wong BH, Wong SS, Leung SY, Chan KH, Yuen KY. 2005. Severe acute respiratory syndrome coronavirus-like virus in Chinese horseshoe bats. Proc Natl Acad Sci U S A, 102: 14040–14045.

Lau SKP, Woo PCY, Li KSM, Huang Y, Wang M, Lam CSF, Xu HF, Guo RT, Chan KH, Zheng BJ, Yuen KY. 2007. Complete

genome sequence of bat coronavirus HKU2 from Chinese horseshoe bats revealed a much smaller spike gene with a different evolutionary lineage from the rest of the genome. Virology, 367: 428–439.

Lelli D, Papetti A, Sabelli C, Rosti E, Moreno A, Boniotti MB. 2013. Detection of coronaviruses in bats of various species in Italy. Viruses, 5: 2679–2689.

Li W, Shi Z, Yu M, Ren W, Smith C, Epstein JH, Wang H, Crameri G, Hu Z, Zhang H, Zhang J, McEachern J, Field H, Daszak P, Eaton BT, Zhang S, Wang LF. 2005. Bats are natural reservoirs of SARS-like coronaviruses. Science, 310: 676–679.

Luis AD, Hayman DTS, O'Shea TJ, Cryan PM, Gilbert AT, Pulliam JRC, Mills JN, Timonin ME, Willis CKR, Cunningham AA, Fooks AR, Rupprecht CE, Wood JLN, Webb CT. 2013. A comparison of bats and rodents as reservoirs of zoonotic viruses: are bats special? Proc Biol Sci, 280: 20122753.

Macnaughton MR, Madge MH. 1978. The genome of human coronavirus strain 229E. J Gen Virol, 39: 497–504.

Martin DP, Williamson C, Posada D. 2005. RDP2: recombination detection and analysis from sequence alignments. Bioinformatics, 21: 260–262.

Mayer F, von Helversen O. 2001. Cryptic diversity in European bats. Proc Biol Sci, 268: 1825–1832.

Mihindukulasuriya KA, Wu G, St Leger J, Nordhausen RW, Wang D. 2008. Identification of a novel coronavirus from a beluga whale by using a panviral microarray. J Virol, 82: 5084–5088.

Mizutani T. 2001. The mechanism of MHV transcription. Uirusu, 51: 225–236. (In Janpanese)

Pedersen NC, Black JW, Boyle JF, Evermann JF, McKeirnan AJ, Ott RL. 1984. Pathogenic differences between various feline coronavirus isolates. Adv Exp Med Biol, 173: 365–380.

Peiris JS, Lai ST, Poon LL, Guan Y, Yam LY, Lim W, Nicholls J, Yee WK, Yan WW, Cheung MT, Cheng VC, Chan KH, Tsang DN, Yung RW, Ng TK, Yuen KY. 2003. Coronavirus as a possible cause of severe acute respiratory syndrome. Lancet, 361: 1319–1325.

Poon LL, Chu DK, Chan KH, Wong OK, Ellis TM, Leung YH, Lau SK, Woo PC, Suen KY, Yuen KY, Guan Y, Peiris JS. 2005. Identification of a novel coronavirus in bats. J Virol, 79: 2001–2009.

Quan PL, Firth C, Street C, Henriquez JA, Petrosov A, Tashmukhamedova A, Hutchison SK, Egholm M, Osinubi MO, Niezgoda M, Ogunkoya AB, Briese T, Rupprecht CE, Lipkin WI. 2010. Identification of a severe acute respiratory syndrome coronavirus-like virus in a leaf-nosed bat in Nigeria. MBio, 1. doi: 10.1128/mBio.00208-10.

Shi ZL. 2013. Emerging infectious diseases associated with bat viruses. Science China-Life Sciences, 56: 678–682.

Tang XC, Zhang JX, Zhang SY, Wang P, Fan XH, Li LF, Li G, Dong BQ, Liu W, Cheung CL, Xu KM, Song WJ, Vijaykrishna D, Poon LLM, Peiris JSM, Smith GJD, Chen H, Guan Y. 2006. Prevalence and genetic diversity of coronaviruses in bats from China. J Virol, 80: 7481–7490.

Tong S, Conrardy C, Ruone S, Kuzmin IV, Guo X, Tao Y, Niezgoda M, Haynes L, Agwanda B, Breiman RF, Anderson LJ, Rupprecht CE. 2009. Detection of novel SARS-like and other coronaviruses in bats from Kenya. Emerg Infect Dis, 15: 482–485.

van Boheemen S, de Graaf M, Lauber C, Bestebroer TM, Raj VS, Zaki AM, Osterhaus AD, Haagmans BL, Gorbalenya AE, Snijder EJ, Fouchier RA. 2012. Genomic characterization of a newly discovered coronavirus associated with acute respiratory distress syndrome in humans. MBio, 3. doi: 10.1128/mBio.00473-12.

van der Hoek L, Pyrc K, Jebbink MF, Vermeulen-Oost W,

Bat coronaviruses in a mineshaft

Berkhout RJ, Wolthers KC, Wertheim-van Dillen PM, Kaandorp J, Spaargaren J, Berkhout B. 2004. Identification of a new human coronavirus. Nat Med, 10: 368–373.

Wacharapluesadee S, Duengkae P, Rodpan A, Kaewpom T, Maneeorn P, Kanchanasaka B, Yingsakmongkon S, Sittidetboripat N, Chareesaen C, Khlangsap N, Pidthong A, Leadprathom K, Ghai S, Epstein JH, Daszak P, Olival KJ, Blair PJ, Callahan MV, Hemachudha T. 2015. Diversity of coronavirus in bats from Eastern Thailand. Virol J, 12: 57.

Watanabe S, Masangkay JS, Nagata N, Morikawa S, Mizutani T, Fukushi S, Alviola P, Omatsu T, Ueda N, Iha K, Taniguchi S, Fujii H, Tsuda S, Endoh M, Kato K, Tohya Y, Kyuwa S, Yoshikawa Y, Akashi H. 2010. Bat Coronaviruses and Experimental Infection of Bats, the Philippines. Emerg Infect Dis, 16: 1217–1223.

Woo PC, Lau SK, Chu CM, Chan KH, Tsoi HW, Huang Y, Wong BH, Poon RW, Cai JJ, Luk WK, Poon LL, Wong SS, Guan Y, Peiris JS, Yuen KY. 2005. Characterization and complete genome sequence of a novel coronavirus, coronavirus HKU1, from patients with pneumonia. J Virol, 79: 884–895.

Woo PC, Lau SK, Lam CS, Lau CC, Tsang AK, Lau JH, Bai R, Teng JL, Tsang CC, Wang M, Zheng BJ, Chan KH, Yuen KY. 2012a. Discovery of seven novel Mammalian and avian coronaviruses in the genus *deltacoronavirus* supports bat coronaviruses as the gene source of *alphacoronavirus* and *betacoronavirus* and avian coronaviruses as the gene source of *gammacoronavirus* and *deltacoronavirus*. J Virol, 86: 3995–4008.

Woo PC, Lau SK, Li KS, Poon RW, Wong BH, Tsoi HW, Yip BC, Huang Y, Chan KH, Yuen KY. 2006. Molecular diversity of coronaviruses in bats. Virology, 351: 180–187.

Woo PCY, Lau SKP, Huang Y, Yuen KY. 2009. Coronavirus Diversity, Phylogeny and Interspecies Jumping. Exp Biol Med (Maywood), 234: 1117–1127.

Woo PCY, Lau SKP, Li KSM, Tsang AKL, Yuen KY. 2012b. Genetic relatedness of the novel human group C betacoronavirus to Tylonycteris bat coronavirus HKU4 and Pipistrellus bat coronavirus HKU5. Emerg Microb Infect, 1: e35.

Wu ZQ, Yang L, Yang F, Ren XW, Jiang JY, Dong J, Sun LL, Zhu YF, Zhou HN, Jin Q. 2014. Novel Henipa-like Virus, Mojiang Paramyxovirus, in rats, China, 2012. Emerg Infect Dis, 20: 1064–1066.

Yuan J, Hon CC, Li Y, Wang D, Xu G, Zhang H, Zhou P, Poon LL, Lam TT, Leung FC, Shi Z. 2010. Intraspecies diversity of SARS-like coronaviruses in *Rhinolophus sinicus* and its implications for the origin of SARS coronaviruses in humans. J Gen Virol, 91: 1058–1062.

Zaki AM, van Boheemen S, Bestebroer TM, Osterhaus AD, Fouchier RA. 2012. Isolation of a novel coronavirus from a man with pneumonia in Saudi Arabia. N Engl J Med, 367: 1814–1820.

**From:**

**To:**

**Subject:** RE: (U) RE:

**Date:** 2020/05/29 13:25:00

**Priority:** Normal

**Type:** Note



(b)(3):10 USC 424:  (b)(3):50 USC 3024(I):  (b)(6)

(b)(3):10 USC 424:  (b)(3):50 USC 3024(I):
(b)(6)

Thank you!

**From:**

**Sent:** Friday, May 29, 2020 12:12 PM

**To:**

**Subject:** RE: (U) RE:

**From:**

**Sent:** Wednesday, May 27, 2020 2:22 PM

**To:**

**Subject:** RE: (U) RE:



Those are good questions. Do you know how to access

**From:**  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)
**Sent:** Wednesday, May 27, 2020 1:22 PM
**To:**

**Subject:** RE: (U) RE:

Took a little more time just now to dive into this and yes, I agree with you, though I should caution that I'm not really tracking the

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  (b)(6)

**From:**
**Sent:** Wednesday, May 27, 2020 9:27 AM
**To:**

**Subject:** RE: (U) RE

(b)(3):50 USC 3024(i):  (b)(6)

~~Declassify On: 20151231~~

===============================================================

Thank you for the introduction. And apologies for plunging us immediately into the weeds.

(b)(3):10 USC 424:  (b)(1):  (b)(3):50 USC 3024(i):  Sec. 1.4(c):
(b)(6)

**From:**
**Sent:** Tuesday, May 26, 2020 3:39 PM
**To:**

**Subject:** RE: (U) RE:

~~Classification: TOP SECRET//~~

~~Classified By:~~
~~Derived From:~~
~~Declassify On: 20451231~~

===============================

Sure thing. I'm afraid I just haven't had time to dive into this. Would you like me to introduce you to

**From:**
**Sent:** Tuesday, May 26, 2020 1:22 PM
**To:**

**Subject:** RE: (U) RE:

~~Classification: TOP SECRET//~~

~~Classified By:~~
~~Derived From:~~
~~Declassify On: 20451231~~

=======================================================



Thank you for forwarding!

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  (b)(6)

**From:**
**Sent:** Friday, May 22, 2020 1:54 PM
**To:**

**Subject:** FW: (U) RE:

===============================================================

See attached and below thread. This is from _____ who (I think)

**From:**
**Sent:** Tuesday, May 19, 2020 3:35 PM
**To:**
**Subject:** FW: (U) RE:

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC
3024(i);  Sec. 1.4(c);  (b)(6)

Will have them by tomorrow afternoon.



Please let me know if you need any other information

(b)(3):10 USC 424;  (b)(1);
(b)(3):50 USC 3024(i);  Sec.
1.4(c);  (b)(6)

**From**
**Sent:** Tuesday, May 19, 2020 2:24 PM



**To:**
**Subject:** RE: (U) RE:

~~Classification: TOP SECRET~~

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

I'm in office now.

**From:**
**Sent:** Tuesday, May 19, 2020 1:27 PM
**To:**
**Subject:** RE: (U) RE:

(b)(3):10 USC 424;  (b)(3):50 USC 3024(I);  (b)(6)

~~Classification: TOP SECRET~~

~~Classified By~~

~~Derived From~~

~~Declassify On: 20451231~~

================================================================

Let me know when you have time to talk. | Should have it written up by
tomorrow.

**From**
**Sent:** Monday, May 18, 2020 10:14 PM
**To**
**Subject:** RE: (U) RE:

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(I);  Sec. 1.4(c);  (b)(6)

~~Classification: TOP SECRET~~

I'm back from vacation. Let me know if you have time to talk this week



**From:**
**Sent:** Friday, May 8, 2020 6:03 PM
**To:**
**Subject:** RE: (U) RE:

~~Classification: TOP SECRET~~

(b)(3):10 USC 424;
(b)(3):50 USC 3024(I);
(b)(6)

Here's my updated temp number for the next few weeks

**From:**
**Sent:** Friday, May 8, 2020 6:00 PM
**To:**
**Subject:** RE: (U) RE:

(b)(3):10 USC 424;  (b)(3):50
USC 3024(I);  (b)(6)

~~Classification: TOP SECRET/~~

~~Classified By:~~
~~Derived From:~~
~~Declassify On: 20451231~~

====================================================================

Please let me know when you will be in the office.

I am in the office every day M-F and check this email

(b)(1);  (b)(3):50 USC 3024(I);  Sec. 1.4(c);  (b)(6)



**From**

**Sent:** Friday, May 08, 2020 2:34 PM

**To**

**Subject:** (U) RE

(b)(3):10 USC 424;  (b)(1);
(b)(3):50 USC 3024(i);  Sec.
1.4(c);  (b)(6)

~~Classification: TOP SECRET~~

All,

We released this report earlier today                    in the attached document
within the report.

(b)(3):50 USC 3024(i);  (b)(6)

~~Classified By~~
~~Derived From~~
~~Dated: 20130930~~
~~Declassify On: 20450501~~

~~Classification: TOP SECRET~~

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

(b)(3):50 USC 3024(i);
(b)(6)

~~Classified By~~
~~Derived From~~
~~Dated: 20130930~~
~~Declassify On: 20450501~~

~~Classification: TOP SECRET~~

(b)(3):50 USC 3024(i)

(b)(3):50 USC 3024(i);  (b)(6)

~~Classified By~~
~~Derived From~~
~~Dated: 20130930~~
~~Declassify On: 20450501~~

The following page is withheld in full citing (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6), and is not provided.  The final page is blank and not provided.



(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**From:**

**To:**

**Subject:** RE: (U) RE:
**Date:** 2020/05/27 09:20:49
**Priority:** Normal
**Type:** Note

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);
Sec. 1.4(c);  Sec. 1.4(e);  (b)(6)

Several steps in the reasoning there; not sure I have it all right.

**From:**
**Sent:** Tuesday, May 26, 2020 9:34 PM          (b)(3):10 USC 424;  (b)(6)
**To**

**Subject:** RE: (U) RE:



(b)(3):10 USC 424;  (b)(3):50 USC 3024(I);  (b)(6)

that is how I read from a layman's perspective and it seems there is some diversity in the coronavirus genomes. I would surmise that may mean there are different strains of SARS-COV-2, but need some help understanding if this is something new or confirms our assessments.

V/r,

(b)(3):10 USC 424;  (b)(6)

**From:**

**Sent:** Tuesday, May 26, 2020 1:32 PM

**To:**

**Subject:** FW: (U) RE:

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(I);  Sec. 1.4(c);
Sec. 1.4(e);  (b)(6)



**From:**

**Sent:** Friday, May 22, 2020 1:54 PM

**To:**

**Subject:** FW: (U) RE

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

See attached and below thread. This is from [ ] who (I think) [ ] it.

**From:**

**Sent:** Tuesday, May 19, 2020 3:35 PM

**To:**

**Subject:** FW: (U) RE:

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  (b)(6)

Will have them by tomorrow afternoon.



Please let me know if you need any other information

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  (b)(6)

**From**
**Sent:** Tuesday, May 19, 2020 2:24 PM
**To:**
**Subject:** RE: (U) RE:

Classification: TOP SECRET/

I'm in office now.

**From:**
**Sent:** Tuesday, May 19, 2020 1:27 PM
**To:**
**Subject:** RE: (U) RE:

~~Classification: TOP SECRET/~~

~~Classified By:~~
~~Derived From:~~
~~Declassify On: 20451231~~

==============================================================

Let me know when you have time to talk. Should have it written up by tomorrow.

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  (b)(6)

**From:**
**Sent:** Monday, May 18, 2020 10:14 PM
**To:**
**Subject:** RE: (U) RE:

~~Classification: TOP SECRET/~~

I'm back from vacation. Let me know if you have time to talk this week.

**From:**                                                     (b)(3):50 USC 3024(i);  (b)(6)
**Sent:** Friday, May 8, 2020 6:03 PM
**To:**
**Subject:** RE: (U) RE:

~~Classification: TOP SECRET~~

Here's my updated temp number for the next few weeks

From
Sent: Friday, May 8, 2020 6:00 PM
To
Subject: RE: (U) R

~~Classification: TOP SECRET~~

(b)(1):  (b)(3):10 USC 424:
(b)(3):50 USC 3024(I):  Sec. 1.4(c)
(b)(6)

Please let me know when you will be in the office.

I am in the office every day M-F and check this email

From
Sent: Friday, May 08, 2020 2:34 PM
To:
Subject: (U) RE:

(b)(3):10 USC 424:
(b)(3):50 USC 3024(I):
(b)(6)

~~Classification: TOP SECRET~~

All,

We released this report earlier today.  in the attached document within the report.

(b)(1): (b)(3):50 USC 3024(i):
Sec. 1.4(c): (b)(6)

(b)(3):50 USC
3024(i): (b)(6)

Classified By:

Derived From:

Dated: 20130930

Declassify On: 20150501

Classification: TOP SECRET//

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)

(b)(3):50 USC 3024(i): (b)(6)

Classified By:

Derived From:

Dated: 20130930

Declassify On: 20150501

Classification: TOP SECRET//

(b)(3):50 USC 3024(i)

(b)(3):50 USC 3024(i): (b)(6)

Classified By:

Derived From:

Dated: 20130930

Declassify On: 20150501

Classification: TOP SECRET//

(b)(3):50 USC 3024(i)

(b)(3):50 USC 3024(i): (b)(6)

Classified By:

Derived From:

Dated: 20130930

Declassify On: 20150501

The following page is withheld in full citing (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6), and is not provided.



**From:**

**To:**

**Subject:** RE: (U) RE:

**Date:** 2020/05/28 11:10:15

**Priority:** Normal

**Type:** Note

~~Classification: TOP SECRET~~/

~~Classified By~~
~~Derived From~~
~~Declassify On~~
===================

That seems like a great idea to me.

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  (b)(6)

Thank you,

**From:**

**Sent:** Wednesday, May 27, 2020 2:25 PM

**To:**

**Subject:** RE:

~~Classification: TOP SECRET~~/

~~Classified By~~
~~Derived From~~
~~Declassify On~~

(b)(3):10 USC 424;  (b)(3):50 USC
3024(i);  (b)(6)

Let me follow up with the        folks. We will get back to you.



**From:**
**Sent:** Wednesday, May 27, 2020 1:44 PM
**To:**
**Subject:** RE

(b)(3):10 USC 424:  (b)(1):  (b)(3):50 USC 3024(i):  Sec. 1.4(c):
(b)(6)

**From:**
**Sent:** Tuesday, May 19, 2020 3:35 PM
**To:**
**Subject:** FW:

Will have them by tomorrow afternoon.

(b)(3):10 USC 424:  (b)(1):  (b)(3):50 USC 3024(i):  Sec. 1.4(c):  (b)(6)



Please let me know if you need any other information

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  (b)(6)

**From:**
**Sent:** Tuesday, May 19, 2020 2:24 PM
**To:**
**Subject:** RE

~~Classification: TOP SECRET~~

I'm in office now.

**From:**
**Sent:** Tuesday, May 19, 2020 1:27 PM
**To:**
**Subject:** RE

(b)(3):10 USC 424:
(b)(3):50 USC 3024(i):
(b)(6)



===============================================================

Let me know when you have time to talk.                              Should have it written up by
tomorrow.

**From:**
**Sent:** Monday, May 18, 2020 10:14 PM
**To:**
**Subject:** RE:

I'm back from vacation. Let me know if you have time to talk this week

(b)(1):  (b)(3):10 USC 424:
(b)(3):50 USC 3024(I):  Sec.
1.4(c):  (b)(6)

**From:**
**Sent:** Friday, May 8, 2020 6:03 PM
**To:**
**Subject:** RE:



Classification: ~~TOP SECRET~~

Here's my updated temp number for the next few weeks

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**From:**
**Sent:** Friday, May 8, 2020 6:00 PM
**To:**
**Subject:** RE: (U) RE

~~Classification: TOP SECRET/~~

~~Classified By:~~
~~Derived From:~~
~~Declassify On: 20451221~~

============================================================

Please let me know when you will be in the office.

I am in the office every day M-F and check this email

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  (b)(6)

**From:**
**Sent:** Friday, May 08, 2020 2:34 PM
**To:**
**Subject:** (U) RE:

Classification: ~~TOP SECRET/~~

All,

We released this report earlier today, _____ in the attached document within the report.



(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  (b)(6)

(b)(3):50 USC 3024(i)

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

(b)(3):50 USC 3024(i);  (b)(6)

(b)(3):50 USC 3024(i)

(b)(3):50 USC 3024(i);  (b)(6)

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

(b)(3):50 USC 3024(i);  (b)(6)

The following page is withheld in full citing (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6), and is not provided.

This is page 2. Page 1 is withheld in full citing (b)(1), (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6), and is not provided.

(b)(3):10 USC 424;  (b)(6)

Sounds good. Thanks for setting up this meeting!

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c)

Below are who is attending from our side:

(b)(3):50 USC 3024(i);  (b)(6)

**From:**
**Sent:** Tuesday, February 25, 2020 10:39 AM
**To:**

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** RE (b)(3):50 USC 3024(i)

~~Classification: TOP SECRET~~ / (b)(3):50 USC 3024(i)

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived From: Multiple Sources~~
~~Declassify On: 20451231~~
========================================================

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c)

Thanks!

(b)(3):10 USC 424;  (b)(6)

**From:**
Sent: Tuesday, February 25, 2020 10:05 AM
**To:**

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** RE: (b)(3):50 USC 3024(i)

~~Classification: TOP SECRET//~~ (b)(3):50 USC 3024(i)

(b)(3):10 USC 424;  (b)(6)

Yes, we're still able to make it up on Friday. I believe it will be 5 of us.

Thanks!

(b)(3):50 USC 3024(i);  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)
Sent: Tuesday, February 25, 2020 9:31 AM
**To:**

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** RE: (b)(3):50 USC 3024(i)

~~Classification: TOP SECRET~~ (b)(3):50 USC 3024(i)

~~Classified By:~~ (b)(3):10 USC 424; (b)(6)
~~Derived From: Multiple Sources~~
~~Declassify On: 20451231~~

================================================================

Hi (b)(3):10 USC 424; (b)(3):50

Are we still on for the 28th? If so, I will get us a room. Sorry, I haven't responded, SARS-CoV-2 has taken over, as I am sure it has for you as well.

(b)(3):10 USC 424; (b)(6)

**From:** (b)(3):10 USC 424; (b)(6)
**Sent:** Thursday, February 13, 2020 10:15 AM
**To:**

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

**Subject:** RE: (b)(3):50 USC 3024(i)

~~Classification: TOP SECRET~~ (b)(3):50 USC 3024(i)

Thanks (b)(3):10 USC 424; (b)(6)

28 February is our preferred date. Sorry again about having to re-schedule.

(b)(3):50 USC 3024(i); (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)

**Sent:** Tuesday, February 11, 2020 7:41 AM

**To:**

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** RE: (b)(3):50 USC 3024(i)

~~Classification: TOP SECRET~~ (b)(3):50 USC 3024(i);  (b)(6)

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived From: Multiple Sources~~
~~Declassify On: 20451231~~

==========================================================

Hello,

I am available Feb 27 anytime besides 1300-1400 and anytime Feb 28.



(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)

**Sent:** Monday, February 10, 2020 10:52 AM

**To**

**Cc**

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** RE: (b)(3):50 USC 3024(i)

~~Classification: TOP SECRET~~ (b)(3):50 USC 3024(i)

(b)(3):10 USC 424;  (b)(6)

Due to some last minute unforeseen scheduling conflicts, a number of us who were planning to visit this Friday had to back out. If possible, can we re-schedule to the week of 24 February? We were planning to have 6 folks visit.

Thanks,

(b)(3):50 USC 3024(i);  (b)(6)

**From:** (b)(3):10 USC 424

**Sent:** Friday, January 31, 2020 12:21 PM

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** RE: (b)(3):50 USC 3024(i)

~~Classification: TOP SECRET~~/ (b)(3):50 USC 3024(i)

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)

~~Derived From: Multiple Sources~~

~~Declassify On: 20451231~~

=========================================================================

Hi,

We have conference room 2 available on February 14th from 1100-1300 (we likely won't need the full time). Does that time work for you?

(b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)

**Sent:** Thursday, January 30, 2020 11:40 AM

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** RE: (b)(3):50 USC 3024(i)

~~Classification: TOP SECRET/~~ (b)(3):50 USC 3024(i)

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived From: Multiple Sources~~
~~Declassify On: 20451231~~

================================================================

(b)(3):50 USC 3024(i);
           (b)(6)

Let me check to make sure we have a room available on the 14th. I'll get back to you as soon as I know.

Thanks!

(b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)

**Sent:** Tuesday, January 28, 2020 8:14 AM

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** RE: (b)(3):50 USC 3024(i)

~~Classification: TOP SECRET~~ (b)(3):50 USC 3024(i)

(b)(3):10 USC
424;  (b)(6)

Actually, I believe the 14th would work best for us if that date is still available.

Thanks!

(b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Tuesday, January 28, 2020 7:59 AM
(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** RE: (b)(3):50 USC 3024(i)

~~Classification: TOP SECRET/~~ (b)(3):50 USC 3024(i)

(b)(3):10 USC 424;  (b)(6)

Sorry for the delayed response. We've been short-staffed due to illness.

7 February should work for our team. I don't yet have an exact head count, but I suspect it will be between 4-6 people.

(b)(3):50 USC 3024(i);  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Wednesday, January 22, 2020 11:18 AM
(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** RE: (b)(3):50 USC 3024(i)

~~Classification: TOP SECRET~~/ (b)(3):50 USC 3024(i)

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)

~~Derived From: Multiple Sources~~
~~Declassify On: 20451231~~
========================================================

Hi | (b)(3):50 USC 3024(i);  (b)(6) |

Just checking in to see if any of the below dates work for you and your team.

(b)(3):10 USC 424;  (b)(6)

From: (b)(3):10 USC 424;  (b)(6)
**Sent:** Wednesday, January 15, 2020 3:46 PM

(b)(3):10 USC 424;  (b)(6)

**Subject:** RE: (b)(3):50 USC 3024(i)

~~Classification: TOP SECRET/~~ | (b)(3):50 USC 3024(i) |

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived From: Multiple Sources~~
~~Declassify On: 20451231~~
========================================================

Hi | (b)(3):50 USC 3024(i);  (b)(6) |

Fantastic! Yes, please don't be shy to reach out

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c)

We are available anytime during the next month to meet except for January 28 – February 3, February 6-7, February 10, or February 14. What day works best for your team? Also, how many [b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c)] do you expect to join us? I want to make sure I reserve the right size room.

Looking forward to it,



**From:** (b)(3):10 USC 424; (b)(6)
**Sent:** Wednesday, January 15, 2020 3:09 PM
(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

**Subject:** (b)(3):50 USC 3024(i)

~~Classification: TOP SECRET/~~ (b)(3):50 USC 3024(i)

(b)(3):10 USC 424; (b)(6)    [b)(3):10 USC 424]    [b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c)]

Thanks for reaching out! We have noticed the feedback from [b)(3):10 USC 424] and greatly appreciate the detail and questions your team has been providing! We'd be happy to host your team, or alternatively we can come up to [(b)(3):10 USC 424; (b)(6)] and meet and discuss requirements.

We would also appreciate discussing more in depth the Azimuth capability,

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c)

However, we'd like to discuss this capability more in depth to figure out how we can best work together and take advantage of this tool. I'm unable to open the hyperlinks, so I'm not sure if there's an access issue or some other connection problem.

Let us know what times/location is best for you!

(b)(3):50 USC 3024(i); (b)(6)

(U████)

The following 3 pages are withheld in full citing (b)(1), (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6), and are not provided.

Hope this helps! Looking forward to hearing back from you and working more closely with you in the future.

(b)(3):10 USC 424;  (b)(6)

=========================================================================

Classification: TOP SECRET

(b)(3):50 USC 3024(i);  (b)(6)

Classification: TOP SECRET//
=========================================================================
Classification: TOP SECRET

=========================================================================
Classification: TOP SECRET

Classification: TOP SECRET//

Classification: TOP SECRET//
=========================================================================
Classification: TOP SECRET

The final page is withheld in full citing (b)(3) 10 USC 424 + 50 USC 3024(i) and (b)(6) and is not provided.

**From:**

(b)(3):10 USC 424; (b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); (b)(6)



**To:**

**Subject:**

**Date:** 2020/06/23 13:36:48

**Priority:** Normal

**Type:** Note



(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

(b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e); (b)(6)

Please reach out if you would have any questions or would like to discuss. Additionally, please reach out with any questions/requests



(b)(3):10 USC 424;  (b)(1):
(b)(3):50 USC 3024(i):
Sec. 1.4(c);  (b)(6)

**From:**
**Sent:** Friday, June 19, 2020 8:47 AM
**To:**



(b)(3):10 USC 424;  (b)(3):50 USC
3024(i);  (b)(6)

**Subject**

FYI



**From**

**Sent:** Thursday, June 18, 2020 4:57 PM

**To:**

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

**Cc:**

**Subject:**

(b)(3):50 USC 3024(i);  (b)(6)
et al:

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c)

We sent some feedback and thought we might share it more broadly. While we feel pretty good about we wanted to share with a wider group in case we've missed something important, it knocks loose any connections you might have made or it helps contextualize your future sifting. That said, we could be wrong!

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c)

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c)

Based on the results I think we can draw a few preliminary conclusions:

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c)

We're slowly working our way through                    but don't have anything interesting to discuss at the moment. As always, and to echo what I wrote at the outset, we welcome other community partner comments on our interpretation. Perhaps we've overlooked something significant and would appreciate the course correction.

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c)

Best,

(b)(3):50 USC 3024(i); (b)(6)

**Sent:** Wednesday, June 17, 2020 6:10 AM

**To**

**Subject**

<del>Classification: TOP SECRET</del>

<del>Classified By:</del>

<del>Derived From: Department of State, SCG</del>

<del>Declassify On: 20451021</del>



b)(3):10 USC 424:
b)(3):50 USC 3024(I):
b)(6)

Hi All,

Looping in a few more people and following-up that I'm also interested in curious about more context

and



(b)(1); (b)(3):50 USC 3024(i) Sec. 1.4(c)

**From:**
**Sent:** Tuesday, June 9, 2020 5:08 PM
**To:**

**Cc:**

**Subject**

~~Classification: TOP SECRET//~~

~~Classified By~~

~~Derived From: Department of State, CSC~~
~~Declassify On: 20451231~~

=========================================================================

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); (b)(6)

Hi all,
Curious if anyone has published                                    I've cut
down the distro to a few folks I think were working on this issue, since when I replied to last
time I got many bounce backs. I also added



**Cc**

**Subject:**

~~Classification: TOP SECRET~~

~~Classified By:~~

~~Derived From: Department of State, SCG~~                    (b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC
~~Declassify On: 20451231~~                                  3024(i);  Sec. 1.4(c);  (b)(6)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Thank you for this! Just to clarify, when you say

**Sent:** Friday, May 29, 2020 4:02 PM

The following 6 pages are withheld in full citing (b)(1), (b)(3) 10 USC 424 + 50
USC 3024(i), and (b)(6), and are not provided.



(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

~~Classification: TOP SECRET/~~

(b)(3):10 USC 424;  (b)(6)

~~Classified By:~~
~~Derived From: ODNI SC~~
~~Declassify On: 20151231~~

====================================================================

please see the below comment regarding a topic from our VTC today.

**From:**
**Sent:** Friday, May 22, 2020 12:22 PM
**To:**

**Subject:**

~~Classification: TOP SECRET~~

As discussed in the VTC,

(b)(1);  (b)(3):50 USC
3024(i):  Sec. 1.4(c);  (b)(6)

I received an undeliverable when trying to reply all to the VTC group, thanks again for passing along to them.
Thanks,

The final 2 pages are withheld in full citing (b)(3) 10 USC 424 + 50 USC 3024(i) and (b)(6) and are not provided.

| From: | (b)(3):10 USC 424;  (b)(6) |
|---|---|
| To: | |
| Subject: | FW: (b)(3):50 USC 3024(i) |
| Date: | 2020/02/28 09:26:00 |
| Priority: | Normal |
| Type: | Note |

~~Classification: SECRET~~

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived From: Multiple Sources~~
~~Declassify On: 20451231~~
=================================================================

(b)(3):10 USC 424;  (b)(6)

From: (b)(3):10 USC 424;  (b)(6)
Sent: Friday, February 28, 2020 9:10 AM
To: (b)(3):10 USC 424;  (b)(6)
Cc:
Subject: RE: (b)(3):50 USC 3024(i)

~~Classification: SECRET~~

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived From: Multiple Sources~~
~~Declassify On: 20451231~~                                       (b)(3):10
=================================================================  USC 424

(b)(3):10 USC 424;  (b)(6)

Thanks so much for leading this. Thoughts on including the below question for [ ] If so, I can reach out if you prefer, either way works.

The following page is withheld in full citing (b)(3) 10 USC 424 + 50 USC 3024(i) and (b)(6) and is not provided.

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Wednesday, February 26, 2020 10:00 AM
**To:** (b)(3):10 USC 424;  (b)(6)
**Subject:** RE: (b)(3):50 USC 3024(i)

~~Classification: SECRET~~

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived From: Multiple Sources~~
~~Declassify On: 20451231~~
================================================================

All,

I'll take the ball on this. Thanks for forwarding, (b)(3):10 USC 424;  (b)(6)

(b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Wednesday, February 26, 2020 9:56 AM

The following page is withheld in full citing (b)(1),  (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6), and is not provided.

(b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)

Very respectfully,

(b)(3):10 USC 424; (b)(6)

Classification: SECRET/　　(b)(3):10 USC 424

Classification: SECRET/

Classification: SECRET

Classification: SECRET

Classification: SECRET

Classification: SECRET

| | |
|---|---|
| Sender: | (b)(3):10 USC 424; (b)(6) |
| Recipient: | |
| Sent Date: | 2020/02/28 09:26:25 |
| Delivered Date: | 2020/02/28 09:26:00 |

The final page is blank, and not provided.

| From: | (b)(3):10 USC 424;  (b)(6) |
|---|---|
| To: | |
| Subject: | |
| Date: | 2020/09/10 13:36:40 |
| Priority: | Normal |
| Type: | Note |

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);
(b)(6);  (b)(7)(D)

(b)(3):10 USC 424;  (b)(6)

for your SA

(b)(3):10 USC 424;  (b)(6)

**From:**
**Sent:** Thursday, September 10, 2020 10:47 AM
**To:** (b)(3):10 USC 424;  (b)(6)
**Subject:**

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6);  (b)(7)(D)

Sir, for your SA. (b)(3):10 USC 424;  (b)(6)

(b)(3):10 USC 424;  (b)(6)

**From:**
**Sent:** Thursday, September 10, 2020 9:35 AM
**To:**

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6);
(b)(7)(C)

**Subject:**

~~Classification: TOP SECRET/~~

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6);  (b)(7)(D)

~~Classified By:~~
~~Derived From:~~
~~Declassify On:~~

==================================================

Hello,

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

Thank you,

The following 3 pages are withheld in full citing (b)(1), (b)(3) 10 USC 424 + 50 USC 3024(i), (b)(6), (b)(7)(C), (b)(7)(D), and (b)(7)(E) and are not provided.

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6):
(b)(7)(C);  (b)(7)(E)

**From:**
**Sent:** Thursday, September 03, 2020 11:33 AM
**To:**

**Cc:**

**Subject:**

Classification: SECRET//NOFORN

Classified By:
Derived From:
Declassify On: 25X1, 20701231

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6);  (b)(7)(D)

=============================================================

(b)(3):50 USC
3024(i)       Added one ___ We can all call-in from the same room. Thanks!

**From:**
**Sent:**
**To:**

**Cc:**

**Subject:**

(b)(3):10 USC 424;
(b)(3):50 USC
3024(i);  (b)(6);
(b)(7)(C);
(b)(7)(E)

Classification: SECRET//NOFORN

Classified By:
Derived From:
Declassify On: 25X1, 20701231

(b)(3):10 USC 424;  (b)(3):50
USC 3024(i);  (b)(6);
(b)(7)(D)

=============================================================

Hello,

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6);  (b)(7)(E)

The following page is withheld in full citing (b)(3) 10 USC 424 + 50 USC
3024(i), (b)(6), (b)(7)(C), (b)(7)(D), and (b)(7)(E) and is not provided.

Hello Everyone,

The FBI's _____ would like to participate as well. I copied in our _____ too.

Thank you,

(b)(3):50 USC 3024(i):  (b)(6):  (b)(7)(C):  (b)(7)(E)



(b)(3):10 USC 424;
(b)(3):50 USC 3024(i);
(b)(6);
(b)(7)(C);
(b)(7)(E)

**From:**
**Sent:** Wednesday, September 02, 2020 2:26 PM
**To:**

**Cc:**

**Subject:**

Classification: SECRET//NOFORN

Classified By:
Derived From:
Declassify On: 25X1, 20701264

(b)(3):10 USC 424:  (b)(3):50 USC 3024(i):
(b)(6):  (b)(7)(D)

==============================================================

Thank you, _____ and yes that date/time works too if confirmed: Friday, Sept 11 for around 1230.

(b)(3):10 USC 424:  (b)(3):50 USC 3024(i):  (b)(6)

The following page is withheld in full citing (b)(3) 10 USC 424 + 50 USC 3024(i), (b)(6), (b)(7)(C), (b)(7)(D), and (b)(7)(E) and is not provided.



(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6);  (b)(7)(C);  (b)(7)(E)

**Subject**

~~Classification: SECRET//NOFORN~~

~~Classified By~~

~~Derived From:~~

~~Declassify On: 25X1, 20701231~~

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);
(b)(6);  (b)(7)(D)

Hi

we have availability 16-18 September (Wed-Fri), except for a

Thanks so much for your efforts in organizing the VTC and looking forward to hearing

**From:**
**Sent:** Friday, August 28, 2020 10:02 AM
**To:**
**Cc:**

(b)(3):10
USC 424;
(b)(3):50
USC
3024(i);
(b)(6);
(b)(7)(C);
(b)(7)(E)

**Subject:**

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(7)(D)

The following page is withheld in full citing (b)(1), (b)(3) 10 USC 424 + 50 USC 3024(i), (b)(6), (b)(7)(C), (b)(7)(D), and (b)(7)(E) and is not provided.

~~Classification: SECRET//NOFORN~~

~~Classified By~~ (b)(3):50 USC 3024(i); (b)(6)
~~Derived From~~

~~Declassify On: 25 July 20701231~~

Hi All,

Just catching up on emails from last week and this is the most recent one I have on this topic. If the meeting didn't happen last week, let's try and schedule this week.



(b)(3):50 USC 3024(i); (b)(6)



**From:**

**Sent:** Monday, August 17, 2020 10:29 AM

**To:**

**Cc:**

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6); (b)(7)(C); (b)(7)(E)

**Subject:**

~~Classification: SECRET//NOFORN~~

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(7)(D)

(b)(3):50 USC 3024(i);  (b)(6)

~~Classified By~~
~~Derived From~~
~~Declassify On: 25X1, 20701231~~

(b)(3):10 USC 424

Hi! Thanks for flagging. We'd definitely be interested in learning more about [    ] findings!

(b)(3):50 USC 3024(i);  (b)(6)

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6);  (b)(7)(C);  (b)(7)(E)

**From:**
**Sent:** Monday, August 17, 2020 9:06 AM
**To:**
**Cc:**

**Subject:**

~~Classification: SECRET//NOFORN~~

~~Classified By~~
~~Derived From:~~
~~Declassify On: 25X1, 20701231~~

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6);  (b)(7)(D)

Hi All,

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6);  (b)(7)(D);  (b)(7)(E)

The final 2 pages are withheld in full citing (b)(1), (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6), and are not provided.

Pages 2-10 are withheld in full citing (b)(1), (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6), and are not provided.

| | |
|---|---|
| **From:** | (b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6) |
| **To:** | |
| **Subject:** | |
| **Date:** | 2020/05/14 10:53:00 |
| **Priority:** | Normal |
| **Type:** | Note |

~~Classification: TOP SECRET/~~ (b)(3):50 USC 3024(i)

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)

~~Derived From:~~

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c)

~~Declassify On:~~

========================================================

(b)(3):10 USC 424; (b)(6)  this is all the info I have on global vaccines as of today. (b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)

**Sent:** Tuesday, May 12, 2020 3:41 PM

**To:**

(b)(3):10 USC 424;  (b)(6)

**Subject:**

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e)

~~Classification: TOP SECRET/~~ (b)(3):50 USC 3024(i)

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)

~~Derived From:~~

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c)

~~Declassify On:~~

=======================================================

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6)

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e)

---

~~Classification: SECRET//NOFORN~~

~~Classification: SECRET//NOFORN~~

~~Classification: SECRET//NOFORN~~

~~Classification: TOP SECRET/~~ (b)(3):50 USC 3024(i)

~~Classification: TOP SECRET/~~

| | |
|---|---|
| **Sender:** | (b)(3):10 USC 424;  (b)(6) |
| **Recipient:** | |
| **Sent Date:** | 2020/05/14 10:53:42 |
| **Delivered Date:** | 2020/05/14 10:53:00 |

**From:** (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**To:**

**Subject:** RE: (b)(3):50 USC 3024(i)

**Date:** 2020/02/27 12:04:23

**Priority:** Normal

**Type:** Note

~~Classification TOP SECRET~~/ (b)(3):50 USC 3024(i)

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived From: Multiple Sources~~
~~Declassify On: 20451231~~
=================================================================

Hi (b)(3):50 USC 3024(i);  (b)(6)

As we discussed on the phone I need to reschedule tomorrow's planned the meeting as I was just

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

Sorry about needing to reschedule.

(b)(3):10 USC 424;  (b)(6)

(b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)
**Sent:** Wednesday, February 26, 2020 8:44 AM
**To:**

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** RE (b)(3):50 USC 3024(i)

~~Classification: TOP SECRET~~    (b)(3):50 USC 3024(i)

(b)(3):10 USC 424;  (b)(6)

Sounds good. Thanks for setting up this meeting!

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c)

Below are who is attending from our side:

(b)(3):50 USC 3024(i);  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Tuesday, February 25, 2020 10:39 AM
**To:**

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

(b)(3):10 USC 424;  (b)(6)

**Subject:** RE: (b)(3):50 USC 3024(i)

~~Classification: TOP SECRET//~~ (b)(3):50 USC 3024(i)

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived From: Multiple Sources~~
~~Declassify On: 20451231~~

=======================================================================

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c)

Thanks!

(b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):50 USC 3024(i);  (b)(6)
**Sent:** Tuesday, February 25, 2020 10:05 AM
**To:**

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** RE: (b)(3):50 USC 3024(i)

~~Classification: TOP SECRET//~~ (b)(3):50 USC 3024(i)

(b)(3):10 USC 424;  (b)(6)

Yes, we're still able to make it up on Friday. I believe it will be 5 of us.

Thanks!
(b)(3):50 USC 3024(i);  (b)(6)

(U//~~FOUO~~)



(b)(3):50 USC 3024(i);  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Tuesday, February 25, 2020 9:31 AM
**To:**

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** RE (b)(3):50 USC 3024(i)

~~Classification: TOP SECRET~~ (b)(3):50 USC 3024(i)

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived From: Multiple Sources~~
~~Declassify On: 20451231~~
==========================================================

Hi (b)(3):50 USC 3024(i);  (b)(6)

Are we still on for the 28th? If so, I will get us a room. Sorry, I haven't responded, SARS-CoV-2 has taken over, as I am sure it has for you as well.

(b)(3):10 USC 424;  (b)(6)

**From** (b)(3):50 USC 3024(i);  (b)(6)
**Sent:** Thursday, February 13, 2020 10:15 AM
**To:**

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** RE (b)(3):50 USC 3024(i)

~~Classification: TOP SECRET~~ (b)(3):50 USC 3024(i)

Thanks (b)(3):10 USC 424;  (b)(6)

28 February is our preferred date. Sorry again about having to re-schedule.

(b)(3):50 USC 3024(i);  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Tuesday, February 11, 2020 7:41 AM
**To:**

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

**Subject:** RE (b)(3):50 USC 3024(i)

~~Classification  TOP SECRET~~/ (b)(3):50 USC 3024(i)

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived From: Multiple Sources~~
~~Declassify On: 20451231~~

====================================================

Hello,

I am available Feb 27 anytime besides 1300-1400 and anytime Feb 28.

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  (b)(6)

**From** (b)(3):50 USC 3024(i);  (b)(6)

**Sent:** Monday, February 10, 2020 10:52 AM

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** RE (b)(3):50 USC 3024(i)

~~Classification: TOP SECRET/~~ (b)(3):50 USC 3024(i)

(b)(3):10 USC 424;  (b)(6)

Due to some last minute unforeseen scheduling conflicts, a number of us who were planning to visit this Friday had to back out. If possible, can we re-schedule to the week of 24 February? We were planning to have 6 folks visit.

Thanks,

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)

**Sent:** Friday, January 31, 2020 12:21 PM

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** RE (b)(3):50 USC 3024(i)

~~Classification: TOP SECRET/~~ (b)(3):50 USC 3024(i)

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)

~~Derived From: Multiple Sources~~

~~Declassify On: 20451231~~

===========================================================

Hi,

We have conference room 2 available on February 14th from 1100-1300 (we likely won't need the full time). Does that time work for you?



**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Thursday, January 30, 2020 11:40 AM
(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** RE (b)(3):50 USC 3024(i)

~~Classification: TOP SECRET~~ / (b)(3):50 USC 3024(i)

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived From: Multiple Sources~~
~~Declassify On: 20451231~~

=================================================================

(b)(3):50 USC 3024(i);  (b)(6)

Let me check to make sure we have a room available on the 14th. I'll get back to you as soon as I know.

Thanks!

(b)(3):10 USC 424;  (b)(6)

**From** (b)(3):10 USC 424;  (b)(6)

**Sent: Tuesday, January 28, 2020 8:14 AM**

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** RE: (b)(3):50 USC 3024(i)

~~Classification: TOP SECRET//~~ (b)(3):50 USC 3024(i)

(b)(3):10 USC 424;  (b)(6)

Actually, I believe the 14th would work best for us if that date is still available.

Thanks!

(b)(3):50 USC 3024(i);  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)

**Sent: Tuesday, January 28, 2020 7:59 AM**

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** RE: (b)(3):50 USC 3024(i)

~~Classification: TOP SECRET//~~ (b)(3):50 USC 3024(i)

(b)(3):10 USC 424;  (b)(6)

Sorry for the delayed response. We've been short-staffed due to illness.

7 February should work for our team. I don't yet have an exact head count, but I suspect it will be between 4-6 people.

(b)(3):50 USC 3024(i);  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)

**Sent:** Wednesday, January 22, 2020 11:18 AM

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** RE: (b)(3):50 USC 3024(i)

~~Classification:  TOP SECRET~~/ (b)(3):50 USC 3024(i)

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)

~~Derived From: Multiple Sources~~

~~Declassify On:  20451231~~

===========================================================

Hi (b)(3):50 USC 3024(i);  (b)(6)

Just checking in to see if any of the below dates work for you and your team.

(b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)

**Sent:** Wednesday, January 15, 2020 3:46 PM

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** RE (b)(3):50 USC 3024(i)

~~Classification:  TOP SECRET~~/ (b)(3):50 USC 3024(i)

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)

~~Derived From: Multiple Sources~~

~~Declassify On: 20451231~~

===================================================

Hi | (b)(3):50 USC 3024(i);  (b)(6) |                    (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c)

Fantastic! Yes, please don't be shy to reach out

We are available anytime during the next month to meet except for January 28 – February 3, February 6-7, February 10, or February 14. What day works best for your team? Also, how many (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c) do you expect to join us? I want to make sure I reserve the right size room.

Looking forward to it,

(b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Wednesday, January 15, 2020 3:09 PM
(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** (b)(3):50 USC 3024(i)

~~Classification: TOP SECRET/~~ (b)(3):50 USC 3024(i)

(b)(3):10 USC 424;  (b)(6)                                       (b)(3):10 USC 424

Thanks for reaching out! We have noticed the feedback from [ (b)(3):10 USC 424 ] and greatly appreciate the detail and questions your team has been providing (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c)

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c)     We'd be happy to host your team, or alternatively we can come up to (b)(3):10 USC 424 and meet and discuss requirements.

We would also appreciate discussing more in depth the Azimuth capability,

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c)

However, we'd like to discuss this capability more in depth to figure out how we can best work together and take advantage of this tool. I'm unable to open the hyperlinks, so I'm not sure if there's an access issue or some other connection problem.

Let us know what times/location is best for you!

(b)(3):50 USC 3024(i);  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)

**Sent:** Tuesday, January 14, 2020 11:54 AM

**To:**

**Cc:**

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** (b)(3):50 USC 3024(i)

Classification: TOP SECRET (b)(3):50 USC 3024(i)

Classified By: (b)(3):10 USC 424;  (b)(6)

Derived From: Multiple Sources

Declassify On: 20451231

=============================================================

Hello,

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e)

The following 2 pages are withheld in full citing (b)(1), (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6), and are not provided.

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6)



Hope this helps! Looking forward to hearing back from you and working more closely with you in the future.

(b)(3):10 USC 424;  (b)(6)



(b)(3):50 USC 3024(i);  (b)(6)

The final 2 pages are withheld in full citing (b)(3) 10 USC 424 + 50 USC 3024(i) and (b)(6) and are not provided.

This is page 2. The first page is withheld in full citing (b)(3) 10 USC 424, 50 USC 3024(i), and 50 USC 3024(m) as well as (b)(6) and is not provided.



(b)(3):10 USC 424; (b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); (b)(6); (b)(3):50 USC 3024(m)

CC:

Subject:

**Date:** 2020/07/02 14:12:00

**Priority:** Normal

**Type:** Note.SMIME.MultipartSigned



(b)(3):50 USC 3024(i); (b)(6); (b)(3):50 USC 3024(m)

Seconding questions – appreciate any insights! And just to clarify

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); (b)(5)