

(b)(3):10 USC 424:  (b)(3):50 USC 3024(i):  (b)(6):  (b)(3):50 USC 3024(m)

**From**
**Sent:** Thursday, July 2, 2020 1:36 PM
**To:**

**Cc:**

**Subject:**

~~Classification:  TOP SECRET~~

~~Classified By:~~
~~Derived From: Department of State aaa~~
~~Declassify On: 20451231~~

(b)(1):  (b)(3):50 USC
3024(I):  Sec. 1.4(c):
(b)(6):  (b)(3):50 USC
3024(m)

================================================================

Hi again All,

(b)(3):50 USC 3024(l):  (b)(6)

(b)(1):  (b)(3):50 USC 3024(l):  Sec. 1.4(c):  (b)(5)

Just wanted to pass along some interesting things from [ ] for those who haven't already seen these. It still seems to me

I'm not tracking all these little details as close as some of you, so maybe it's all really clear and simple to you, but my head is swimming

With that, happy 4th of July!

(b)(1):  (b)(3):50 USC 3024(l):  Sec. 1.4(c):  (b)(5)

(b)(3):50 USC 3024(i):  (b)(6):  (b)(3):50 USC 3024(m)

**From:**
**Sent:** Wednesday, June 17, 2020 9:10 AM
**To:**

(b)(3):10 USC 424:  (b)(3):50 USC 3024(l):  (b)(6):  (b)(3):50 USC 3024(m)

**Cc:**



(b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i);
Sec. 1.4(c); (b)(6); (b)(3):50 USC 3024(m)

**Subject:**

~~Classification:  TOP SECRET/~~

~~Classified By~~

~~Derived From: Department of State 000~~

~~Declassify On: 20451231~~

=================================================================

Hi All,

Looping in a few more people and following-up that I'm also interested in                    and
curious about more context

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  (b)(5);  (b)(6);  (b)(3):50 USC 3024(m)



(b)(1); (b)(3):10 USC 424: (b)(3):50 USC 3024(i): Sec. 1.4(c): (b)(6): (b)(3):50 USC 3024(m)

**From:**
**Sent:** Tuesday, June 9, 2020 5:08 PM
**To:**

**Cc:**

**Subject:**

Classification: TOP SECRET

(b)(3):50 USC 3024(i); (b)(6)

Classified By:

===========================================================

Hi all,
Curious if anyone has published
down the distro to a few folks I think were working on this issue, since when I replied to                    last
time I got many bounce backs. I also added

(b)(3):10 USC 424: (b)(1): (b)(3):50 USC 3024(i): Sec. 1.4(c): (b)(6): (b)(3):50 USC 3024(m)

**From:**
**Sent:** Friday, May 29, 2020 4:21 PM
**To:**

The next 4 pages are withheld in full citing (b)(3) 10 USC 424, 50 USC 3024(i), and 50 USC 3024(m) as well as (b)(6) and are not provided.



**Cc:**

**Subject:**

~~Classification: TOP SECRET~~

~~Classified By:~~

~~Derived From: Department of State 123~~

~~Declassify On: 20151231~~

========================================

Thank you for this! Just to clarify, when you say

(b)(1):  (b)(3):10 USC 424:  (b)(3):50 USC 3024(i):  Sec. 1.4(c):  (b)(6)

(b)(3):10 USC 424:  (b)(3):50 USC 3024(i):  (b)(6):  (b)(3):50 USC 3024(m)

**From:**

**Sent:** Friday, May 29, 2020 4:02 PM

**To:**

The next 5 pages are withheld in full citing (b)(1) and (b)(3) 10 USC 424, 50 USC 3024(i), and 50 USC 3024(m) as well as (b)(6) and are not provided.



(b)(3):10 USC 424; (b)(1); (b)(3):50 USC
3024(I); Sec. 1.4(c); (b)(6); (b)(3):50 US
3024(m)

**Subject:**

Classification: TOP SECRET/

Classified By:

Derived From: ~~ODNI, CC~~

Declassify On: 20451221

=================================================================

please see the below comment regarding a topic from our VTC today.

**From:**                                          (b)(3):50 USC 3024(I); (b)(6)

**Sent:** Friday, May 22, 2020 12:22 PM

**To:**

**Subject:**

~~Classification: TOP SECRET~~

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);
(b)(6);  (b)(3):50 USC 3024(m)

As discussed in the VTC,

I received an undeliverable when trying to reply all to the VTC group, thanks again for passing along to them.

Thanks,

(b)(3):50 USC 3024(i);  (b)(6)

(b)(3):50 USC 3024(i);  (b)(6)

~~Classified By:~~

~~Derived From:~~

~~Dated: 20160110~~

~~Declassify On: 20450501~~

The next 3 pages are withheld in full citing (b)(3) 10 USC 424, 50 USC 3024(i), and 50 USC 3024(m) as well as (b)(6) and are not provided.

**From:** (b)(3):10 USC 424; (b)(6)

**To:**

**Subject:** RE:

**Date:** 2020/09/23 12:42:23

**Priority:** Normal

**Type:** Note

(b)(3):10 USC 424;
(b)(3):50 USC 3024(I);
(b)(7)(D); (b)(7)(E)

~~Classification: SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)
~~Derived From:~~
~~Declassify On: 20350705~~

===========================================================

Sorry I was just finishing a [ ] You can call now.
(b)(3):50 USC 3024(I)

V/R

(b)(3):10 USC 424; (b)(6)

**From:** (b)(3):10 USC 424; (b)(6)
**Sent:** Wednesday, September 23, 2020 12:41 PM
**To:** (b)(3):10 USC 424; (b)(6)
**Subject:** Re:

(b)(3):10 USC 424;
(b)(3):50 USC 3024(I);
(b)(7)(D); (b)(7)(E)

Do you have time for a quick call? If so, what

**From:** (b)(3):10 USC 424; (b)(6)
**Sent:** Wednesday, September 23, 2020 12:37:34 PM

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(7)(D);  (b)(7)(E)

**To:** (b)(3):10 USC 424;  (b)(6)

**Subject:** RE:

~~Classification: SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)
~~Derived From:~~
~~Declassify On: 20350705~~
==========================================================

I think we can definitely do that. Do we have a timeline for when they'd want this?

V/R
(b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)

(b)(3):10 USC 424;
(b)(3):50 USC 3024(i);
(b)(7)(D);  (b)(7)(E)

**Sent:** Wednesday, September 23, 2020 12:33 PM
**To:** (b)(3):10 USC 424;  (b)(6)
**Subject:** Fw:

(b)(1);  (b)(3):10 USC 424;  Sec. 1.4(c);  (b)(6);  (b)(7)(D);  (b)(7)(E)

**From:** (b)(3):10 USC 424;  (b)(6)

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);
(b)(7)(C);  (b)(7)(D)

**Sent:** Wednesday, September 23, 2020 11:08 AM
**To:** (b)(3):10 USC 424;  (b)(6)
**Subject:** FW:

~~Classification: SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)
~~Derived From:~~
~~Declassify On:~~ 20360705
=======================================================

Well at least he responded.

(b)(3):10 USC 424;  (b)(6)


**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Wednesday, September 23, 2020 11:07 AM
**To:** (b)(3):10 USC 424;  (b)(6)
**Cc:**
**Subject:** RE:              (b)(3):10 USC 424; (b)(3):50 USC 3024(I); (b)(7)(D);  (b)(7)(E)

~~Classification: SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)
~~Derived From:~~
~~Declassify On:~~ 20360705
=======================================================

(b)(3):10 USC 424;  (b)(6)    I'd recommend we just use something like the below in the email response to the POCs.

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6);  (b)(7)(D);  (b)(7)(E)


(b)(3):10 USC 424;  (b)(6)


The following 2 pages are withheld in full citing (b)(3) 10 USC 424 + 50 USC 3024(i), (b)(6), (b)(7)(D), and (b)(7)(E) and are not provided.

(b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c); (b)(6), (b)(7)(D); (b)(7)(E)

## SUSPENSE: 28 Sep 20 / 1600

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e); (b)(7)(D); (b)(7)(E)

**BACKGROUND**: Awaiting further guidance for any classification or formatting restrictions.

=====================================================================
~~Classification: SECRET//NOFORN~~

=====================================================================
~~Classification: SECRET//NOFORN~~

=====================================================================
~~Classification: SECRET//NOFORN~~

=====================================================================
~~Classification: SECRET//NOFORN~~

=====================================================================
~~Classification: SECRET//NOFORN~~

=====================================================================
~~Classification: SECRET//NOFORN~~

=====================================================================
~~Classification: SECRET//NOFORN~~

| | (b)(3):10 USC 424; (b)(6) |
|---|---|
| **Sender:** | |
| **Recipient:** | |
| **Sent Date:** | 2020/09/23 12:42:23 |

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6);  (b)(7)(C);  (b)(7)(D);  (b)(7)(E)

**From:**

**To:**

**CC:**

**Subject:**

**Date:** 2020/09/10 15:14:48

**Priority:** Normal

**Type:** Note.SMIME.MultipartSigned

Classification: TOP SECRET

Classified By:

Derived From:

Declassify On:

(b)(3):50 USC 3024(i);  (b)(6);  (b)(7)(C);  (b)(7)(E)

==================================================================

Hello Everyone,

Since I will be out tomorrow, our POC will be [(b)(3):50 USC 3024(i);  (b)(6);  (b)(7)(C)] I copied a member of our team, [(b)(3):50 USC 3024(i);  (b)(6);  (b)(7)(C)] as a secondary.

Thank you all and have a nice weekend,

(b)(3):50 USC 3024(i);  (b)(6);
(b)(7)(C)

(b)(3):50 USC 3024(i);  (b)(6);  (b)(7)(C);  (b)(7)(E)

(b)(3):10 USC 424;
(b)(3):50 USC
3024(i);  (b)(6);
(b)(7)(C);  (b)(7)(E)

**From:**

**Sent:** Thursday, September 10, 2020 1:56 PM

**To:**

**Subject:**

Classification: TOP SECRET

Classified By
Derived From:
Declassify On:

(b)(3):10 USC 424;  (b)(3):50
USC 3024(i);  (b)(6);  (b)(7)(D)

==================================================================

All,

Attached are the sources referenced in (b)(3):10 USC 424;  (b)(6) write up.

V/r,

(b)(3):10 USC 424;  (b)(6)

**From:**

**Sent:** Thursday, September 10, 2020 9:36 AM

**To:**

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6);  (b)(7)(C);  (b)(7)(E)

The following 3 pages are withheld in full citing (b)(1), (b)(3) 10 USC 424 + 50 USC 3024(i), (b)(6), (b)(7)(C), (b)(7)(D), and (b)(7)(E) and are not provided.

(b)(3):50 USC 3024(i); (b)(6); (b)(7)(C), (b)(7)(E)

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6); (b)(7)(C); (b)(7)(E)

**From:**
**Sent:** Thursday, September 03, 2020 11:33 AM
**To:**

**Cc:**

**Subject:**

Classification: SECRET//NOFORN

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6); (b)(7)(D)

Classified By:
Derived From:
Declassify On: 25X1, 20701231

===================================================

(b)(3):50 USC 3024(i)

Added one ___    We can all call-in from the same room. Thanks!

**From:**
**Sent:** Thursday, September 03, 2020 11:17 AM
**To:**

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6); (b)(7)(C); (b)(7)(E)

**Cc:**

**Subject:**

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(7)(D)

The following page is withheld in full citing (b)(3) 10 USC 424 + 50 USC 3024(i), (b)(6), (b)(7)(C), and (b)(7)(E) and is not provided.





(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6);  (b)(7)(C);  (b)(7)(E)

**Subject:**

~~Classification: SECRET//NOFORN~~

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6);  (b)(7)(D)

~~Classified By:~~
~~Derived From:~~
~~Declassify On: 25X1, 20701231~~

==========================================================

Hello Everyone,

The FBI's [           ] would like to participate as well. I copied in our [          ] too.

Thank you,

(b)(3):50 USC 3024(i);  (b)(6);  (b)(7)(C); (b)(7)(E)

**From:**
**Sent:** Wednesday, September 02, 2020 2:26 PM
**To:**

**Cc:**

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6);  (b)(7)(C);  (b)(7)(E)

(b)(3):10 USC 424:  (b)(3):50 USC 3024(i):  (b)(6)

**Subject:**

~~Classification: SECRET//NOFORN~~

~~Classified By:~~
~~Derived From:~~
~~Declassify On: 25X1, 20701231~~

(b)(3) 10 USC 424  (b)(3):50 USC 3024(i):  (b)(6):  (b)(7)(D)

=====================================================

Thank you,             and yes that date/time works too if confirmed: Friday, Sept 11 for around 1230.

(b)(3):10 USC 424:  (b)(3):50 USC 3024(i):  (b)(6)

**From:**
**Sent:** Wednesday, September 02, 2020 11:11 AM
**To:**
**Cc:**

(b)(3):10 USC 424:  (b)(6)

**Subject:**

~~Classification: SECRET//NOFORN~~

~~Classified By:~~
~~Derived From:~~
~~Declassify On: 25X1, 20701231~~

(b)(3):10 USC 424  (b)(3):50 USC 3024(i)  (b)(6):  (b)(7)(D)

=====================================================

Hi (b)(3):10 USC 424:  (b)(6)

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

Best,

(b)(3):10 USC 424;  (b)(6)

**From:**

**Sent:** Wednesday, September 02, 2020 11:04 AM

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6);
(b)(7)(C);  (b)(7)(E)

**To:**

**Cc:**

**Subject:**

~~Classification: SECRET//NOFORN~~

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i)
(b)(6);  (b)(7)(D)

~~Classified By:~~
~~Derived From:~~
~~Declassify On: 25X1, 20701231~~

================================================

Hi

we have availability 16-18 September (Wed-Fri), except for a

Thanks so much for your efforts in organizing the VTC and looking forward to hearing

The following page is withheld in full citing (b)(1), (b)(3) 10 USC 424 + 50 USC 3024(i), (b)(6), (b)(7)(C), (b)(7)(D), and (b)(7)(E) and is not provided.

(b)(3):10 USC 424;  (b)(6)

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6);
(b)(7)(C);  (b)(7)(E)

**From:**
**Sent:** Monday, August 24, 2020 2:01 PM
**To:**

**Cc:**

**Subject:**

Classification: SECRET//NOFORN

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6);  (b)(7)(D)

Classified By:
Derived From:
Declassify On: 25X1, 20701231

================================================================

Hi All,

Just catching up on emails from last week and this is the most recent one I have on this topic. If the meeting didn't happen last week, let's try and schedule this week.



(b)(3):50 USC 3024(i);  (b)(6)

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6);  (b)(7)(C);  (b)(7)(E)

**From:**
**Sent:** Monday, August 17, 2020 10:29 AM
**To:**

**Cc:**

**Subject:**

~~Classification: SECRET//NOFORN~~

~~Classified By:~~
~~Derived From:~~
~~Declassify On: 25X1, 20701231~~

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6);  (b)(7)(D)

(b)(3):10 USC 424

===================================================================

Hi! Thanks for flagging. We'd definitely be interested in learning more about [        ] findings!

(b)(3):50 USC 3024(i);  (b)(6)

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6);
(b)(7)(C);  (b)(7)(E)

**From:**
**Sent:** Monday, August 17, 2020 9:06 AM
**To:**
**Cc:**

**Subject:**

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(7)(D)

The following 3 pages are withheld in full citing (b)(1), (b)(3) 10 USC 424 + 50 USC 3024(i), (b)(6), (b)(7)(C), (b)(7)(D), and (b)(7)(E) and are not provided.

| | (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6) |
|---|---|
| **From:** | |
| **To:** | |
| **CC:** | |
| **Subject:** | |
| **Date:** | 2020/08/25 12:28:03 |
| **Priority:** | Normal |
| **Type:** | Note.SMIME.MultipartSigned |

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(7)(D)

~~Classification:  SECRET//NOFORN~~

~~Classified By:~~ (b)(3):50 USC 3024(i);  (b)(6)
~~Derived From:~~
~~Declassify On:  25X1, 20701231~~

===========================================================

Roger that, and no worries, it's been challenging for everyone with staffing limitations. I think there is clear interest for having this discussion so let us know possible dates for you all and [ ] and we'll go from there.

(b)(3):50 USC 3024(i);  (b)(6)

(b)(3):10 USC 424;
(b)(6)

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

(b)(3):10 USC 424;
(b)(3):50 USC 3024(i)
(b)(6)

**From**

**Sent:** Tuesday, August 25, 2020 10:57 AM

**To:**

**Cc:**

**Subject:**

~~Classification: SECRET//NOFORN~~

~~Classified By~~

~~Derived From:~~

~~Declassify On: 25X1, 20701231~~

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6);  (b)(7)(D)

=======================================================

(b)(3):50 USC 3024(i);  (b)(6)

Sorry for not connecting with you sooner, I've been out for the past two weeks.

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)



(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**From:**
**Sent:** Monday, August 24, 2020 2:01 PM
**To:**

**Cc:**

(b)(3):10
USC 424;
(b)(6);
(b)(7)(C);
(b)(7)(E)

**Subject:**

~~Classification: SECRET//NOFORN~~

~~Classified By:~~                                          (b)(3):10 USC 424  (b)(3):50 USC 3024(i);  (b)(6);  (b)(7)(D)
~~Derived From:~~
~~Declassify On: 25X1, 20701231~~
======================================================

Hi All,

Just catching up on emails from last week and this is the most recent one I have on this topic. If the meeting didn't happen last week, let's try and schedule this week.

(b)(3):50 USC 3024(i);  (b)(6)



(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**From:**

**Sent:** Monday, August 17, 2020 10:29 AM

**To:**

**Subject:**

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6); (b)(7)(C);  (b)(7)(E)

~~Classification: SECRET//NOFORN~~

~~Classified By:~~

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6); (b)(7)(D)

~~Derived From:~~

~~Declassify On: 25X1, 20701231~~

(b)(3):10 USC 424

============================================================

Hi! Thanks for flagging. We'd definitely be interested in learning more about ___ findings!

(b)(3):50 USC 3024(i);  (b)(6)

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6); (b)(7)(C); (b)(7)(E)

**From:**

**Sent:** Monday, August 17, 2020 9:06 AM

**To:**

**Cc:**

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i); (b)(6); (b)(7)(D)

**Subject**

The following 2 pages are withheld in full citing (b)(1), (b)(3) 10 USC 424 + 50 USC 3024(i), (b)(6), (b)(7)(D), and (b)(7)(E) and are not provided.

**From:** (b)(3):10 USC 424;  (b)(6)

**To:**

**Subject:** RE: (b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

**Date:** 2020/04/30 14:45:00

**Priority:** Normal

**Type:** Note

Classification: SECRET//NOFORN

Classified By: (b)(3):10 USC 424; (b)(6)

Derived From: DI-SCG, ODNI-CG

Declassify On: FixedDate

--------------------------------------------------------

(b)(3):10 USC 424;
(b)(6)

Looks good; I offered a few suggestions.

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)

**Sent:** Thursday, April 30, 2020 2:32 PM

**To:** (b)(3):10 USC 424;  (b)(6)

**Subject:** RE (b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

Classification: SECRET//NOFORN

(b)(3):10 USC 424;
(b)(6)

~~Classified By:~~

~~Derived From: DI ESG, SDNI 88~~

~~Declassify On: FixedDate~~

==================================================================

(b)(3):10 USC
424;  (b)(6)

My edits below. Please ensure I did not mischaracterize with my changes. If you are good, let me know and I'll forward.

(b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)

**Sent:** Thursday, April 30, 2020 2:19 PM

(b)(3):10 USC 424;  (b)(6)

**Subject:** RE: (b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

~~Classification:  SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424;
(b)(8)

~~Derived From: DI ESG, SDNI 88~~

~~Declassify On: FixedDate~~

==================================================================

Please see below the response we just discussed. I will work on a more detailed, slightly more technical response now and aim to get to you within the hour. [_____] may have left for the day—I am not sure—but I will get started and loop him in if I see him.

(b)(3):10 USC 424;
(b)(3):50 USC 3024(i);
(b)(6)

(b)(3):50 USC 3024(i)

**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Thursday, April 30, 2020 7:38 AM
(b)(3):10 USC 424;  (b)(6)

**Subject:** FW: (b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

~~Classification:   SECRET//NOFORN~~

Classified By: (b)(3):10 USC 424;  (b)(6)

~~Derived From: DI SCG, ODNI SC~~
~~Declassify On: FixedDate~~

================================================================

(b)(3):10 USC 424;
(b)(6)

Please see question below from LTG Ashley and provide me a response.

Thank you,

(b)(3):10 USC 424;  (b)(6)

**From:** Ashley Robert P LTG DIA DR (b)(3):10 USC 424;  (b)(6)
**Sent:** Wednesday, April 29, 2020 4:05 PM
**To:** (b)(3):10 USC 424;  (b)(6)



**Cc:**

White Suzanne L DIA DD

Sawyer Johnny O DIA CS

**Subject:** RE: (b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

(b)(3):10 USC 424;
(b)(6)

~~Classification:   SECRET//NOFORN~~

(b)(3):10 USC 424;  (b)(6)

~~Classified By:~~
~~Derived From: DI-SCG, ODNI CG~~
~~Declassify On: FincalDate~~

================================================================

(b)(3):10 USC 424;  (b)(6)

Thanks.

Can you unpack the highlighted portion below. Not sure exactly what your telling me? Unexpected but

(b)(3):50 USC 3024(i);  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)

**Sent:** Wednesday, April 29, 2020 3:55 PM

**To:** Ashley Robert P LTG DIA DR

**Cc:**

White Suzanne L DIA DD

Sawyer Johnny O DIA CS

**Subject:** RE: (b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

(b)(3):10 USC 424;
(b)(6)

~~Classification:   SECRET//NOFORN~~

(b)(3):10 USC 424;  (b)(6)

~~Classified By:~~
~~Derived From: DI-SCG, ODNI CG~~
~~Declassify On: FincalDate~~

================================================================

Sir,

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

The following page is withheld in full citing (b)(3) 10 USC 424 + 3014(i) and
(b)(6), and is not provided.

~~Declassify On: FixedDate~~

==================================================================

Sir,

Copy all. Working it.

Thank you,

(b)(3):10 USC 424; (b)(6)

**From:** Ashley Robert P LTG DIA DR (b)(3):10 USC 424; (b)(6)
**Sent:** Tuesday, April 21, 2020 2:24 PM
(b)(3):10 USC 424; (b)(6)

**Subject:** FW (b)(3):10 USC 424; (b)(3):50 USC 3024(i)

~~Classification: SECRET//NOFORN~~

~~Classified By~~ (b)(3):10 USC 424; (b)(6)
~~Derived from: DI DSC, ODNI SC~~
~~Declassify On: FixedDate~~

==================================================================

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

**From:** (b)(3):50 USC 3024(i); (b)(6)
**Sent:** Tuesday, April 21, 2020 2:13 PM
**To:** Ashley Robert P LTG DIA DR (b)(3):10 USC 424; (b)(6)
**Subject:** RE (b)(3):10 USC 424; (b)(3):50 USC 3024(i)



~~Classification: SECRET//NOFORN~~
~~Classified By:~~ (b)(3):50 USC 3024(i); (b)(6)
~~Derived From: DI-SCG, ODNI-SG~~
~~Declassify On: FixedDate~~
===================================================

(b)(3):50 USC 3024(i)

From: Ashley Robert P LTG DIA DR (b)(3):10 USC 424; (b)(6)
Sent: Tuesday, April 21, 2020 12:42 PM
(b)(3):50 USC 3024(i); (b)(6)
Subject: FW: (b)(3):10 USC 424; (b)(3):50 USC 3024(i)

~~Classification: SECRET//NOFORN~~
~~Classified By:~~ (b)(3):10 USC 424; (b)(6)
~~Derived From: DI-SCG~~
~~Declassify On: 00260705~~
===================================================

(b)(3):10 USC 424; (b)(6)

See the string below.
They have only had unclass conversations.
I asked them to link up for classified discussion.

(b)(3):10 USC 424; (b)(6)

From: Ashley Robert P LTG DIA DR
Sent: Tuesday, April 21, 2020 12:41 PM                     (b)(3):10 USC 424; (b)(6)
To:
Cc:

White Suzanne L DIA DD

Sawyer Johnny O DIA CS

Subject: RE: (b)(3):10 USC 424; (b)(3):50 USC 3024(i)

~~Classification: SECRET//NOFORN~~
~~Classified By:~~ (b)(3):10 USC 424; (b)(6)
~~Derived From: DI-SCG~~

~~Declassify On: 20960705~~
==========================================================

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)    (b)(3):10 USC 424;  (b)(6)
**Sent:** Tuesday, April 21, 2020 10:25 AM
**To:** Ashley Robert P LTG DIA DR (b)(3):10 USC 424;  (b)(6)
**Cc:**

White Suzanne L DIA DD

Sawyer Johnny O DIA CS

**Subject:** RE: (b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

~~Classification: SECRET//NOFORN~~

Classified By: (b)(3):10 USC 424;  (b)(6)
~~Derived From: DI SCG~~
~~Declassify On: 20960705~~
==========================================================

Sir,

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

The final 4 pages are withheld in full citing (b)(1), (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6), and are not provided.

**From:** (b)(3):10 USC 424;  (b)(6)

**To:**

**CC:**

**Subject:** RE: (b)(3):10 USC 424;  (b)(3):50 USC 3024(i)
**Date:** 2020/04/30 14:18:00
**Priority:** Normal
**Type:** Note

~~Classification: SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424

~~Derived From: DI SCG, ODNI SG~~

~~Declassify On: FixedDate~~

========================================================

(b)(3):10 USC 424;  (b)(6)

(b)(3):10 USC 424;  (b)(6)

Please see below the response we just discussed. I will work on a more detailed, slightly more technical response now and aim to get to you within the hour. [                    ] may have left for the day—I am not sure—but I will get started and loop him in if I see him.

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Thursday, April 30, 2020 7:38 AM
**To:** (b)(3):10 USC 424;  (b)(6)

(b)(3):10 USC 424;  (b)(6)

Subject: FW: (b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

~~Classification:   SECRET//NOFORN~~

~~Classified By:~~   (b)(3):10 USC 424;  (b)(6)
~~Derived From: DI-SCG, ODNI-CG~~
~~Declassify On: FixedDate~~

======================================================

(b)(3):10 USC 424;  (b)(6)

Please see question below from LTG Ashley and provide me a response.

Thank you,

(b)(3):10 USC 424;  (b)(6)



From: Ashley Robert P LTG DIA DR (b)(3):10 USC 424;  (b)(6)    (b)(3):10 USC 424;  (b)(6)
Sent: Wednesday, April 29, 2020 4:05 PM
To:
Cc:

White Suzanne L DIA DD

Sawyer Johnny O DIA CS

Subject: RE: (b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

~~Classification:   SECRET//NOFORN~~

~~Classified By:~~   (b)(3):10 USC 424;  (b)(6)
~~Derived From: DI-SCG,~~ ~~ODNI-CG~~
~~Declassify On: FixedDate~~

======================================================

(b)(3):10 USC 424;  (b)(6)

Thanks.

Can you unpack the highlighted portion below. Not sure exactly what your telling me? Unexpected but
(b)(3):50 USC 3024(i);  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Wednesday, April 29, 2020 3:55 PM
**To:** Ashley Robert P LTG DIA DR (b)(3):10 USC 424;  (b)(6)
**Cc:**

(b)(3):10 USC 424;  (b)(6)

White Suzanne L DIA DD

Sawyer Johnny O DIA CS

**Subject:** RE: (b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

~~Classification: SECRET//NOFORN~~

(b)(3):10 USC 424;  (b)(6)

~~Classified By:~~
~~Derived From: DI SSG, ODNI SG~~
~~Declassify On: FixedDate~~

====================================================

Sir,

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

(b)(3):10 USC 424;  (b)(6)

**From:** Ashley Robert P LTG DIA DR (b)(3):10 USC 424;  (b)(6)
**Sent:** Tuesday, April 21, 2020 4:27 PM
**To:** (b)(3):10 USC 424;  (b)(6)
**Subject:** RE: (b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

(b)(3):10 USC 424;  (b)(6)

========================================================

Thanks

(b)(3):10 USC 424;  (b)(6)

**From:**
**Sent:** Tuesday, April 21, 2020 3:58 PM
**To:** Ashley Robert P LTG DIA DR                                   (b)(3):10 USC 424;  (b)(6)
**Cc:**
**Subject:** RE: (b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

(b)(3):10 USC 424;  (b)(6)

========================================================

Sir,

Copy all. Working it.

Thank you,

(b)(3):10 USC 424;  (b)(6)

(b)(3):10 USC 424;  (b)(6)

**From:** Ashley Robert P LTG DIA DR (b)(3):10 USC 424;  (b)(6)
**Sent:** Tuesday, April 21, 2020 2:24 PM
**To** (b)(3):10 USC 424;  (b)(6)
**Cc:**
**Subject:** FW (b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

~~Classification: SECRET//NOFORN~~

(b)(3):10 USC 424;  (b)(6)

~~Classified By~~
~~Derived From: DI SCG, ODNI CG~~
~~Declassify On: FixedDate~~

================================================================

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**From:** (b)(3):50 USC 3024(i);  (b)(6)
**Sent:** Tuesday, April 21, 2020 2:13 PM
**To:** Ashley Robert P LTG DIA DR (b)(3):10 USC 424;  (b)(6)
**Subject:** RE (b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

~~Classification: SECRET//NOFORN~~

~~Classified By~~ (b)(3):50 USC 3024(i);  (b)(6)
~~Derived From: DI SCG, ODNI CG~~
~~Declassify On: FixedDate~~

================================================================

(b)(3):50 USC 3024(i)

**From:** Ashley Robert P LTG DIA DR (b)(3):10 USC 424;  (b)(6)
**Sent:** Tuesday, April 21, 2020 12:42 PM
**To:** (b)(3):50 USC 3024(i);  (b)(6)
**Subject:** FW: (b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

~~Classification: SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)

~~Derived From: DI-SCG~~

~~Declassify On: 20360705~~

===========================================================

See the string below.
They have only had unclass conversations.
I asked them to link up for classified discussion.

(b)(3):10 USC 424;  (b)(6)

**From:** Ashley Robert P LTG DIA DR                                         (b)(3):10 USC 424;  (b)(6)
**Sent:** Tuesday, April 21, 2020 12:41 PM
**To:**
**Cc:**

White Suzanne L DIA DD

Sawyer Johnny O DIA CS

**Subject:** RE: (b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

~~Classification: SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424

~~Derived From: DI-SCG~~

~~Declassify On: 20360705~~

===========================================================

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

(b)(3):10 USC 424;  (b)(6)
**From:**
**Sent:** Tuesday, April 21, 2020 10:25 AM
**To:** Ashley Robert P LTG DIA DR (b)(3):10 USC 424;  (b)(6)
**Cc:**

(b)(3):10 USC 424;  (b)(6)

White Suzanne L DIA DD

The final 4 pages are withheld in full citing (b)(1), (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6), and are not provided.

| From: | (b)(3):10 USC 424;  (b)(6) |
| To: | |
| Subject: | FW: (b)(3):50 USC 3024(i) |
| Date: | 2020/02/28 09:26:00 |
| Priority: | Normal |
| Type: | Note |

Classification:  SECRET

Classified By: (b)(3):10 USC 424;

Derived From:  Multiple Sources

Declassify On:  20451231

================================================

(b)(3):10 USC 424;  (b)(6)

From: (b)(3):10 USC 424;  (b)(6)
Sent: Friday, February 28, 2020 9:10 AM
To: (b)(3):10 USC 424;  (b)(6)
Cc:
Subject: RE: (b)(3):50 USC 3024(i)

Classification:  SECRET

Classified By: (b)(3):10 USC 424;  (b)(6)

Derived From:  Multiple Sources                                                    (b)(3):10
Declassify On:  20451231                                                            USC 424
================================================

(b)(3):10 USC 424;  (b)(6)

Thanks so much for leading this. Thoughts on including the below question for      ? If so, I can reach
out if you prefer, either way works.

The following page is withheld in full citing (b)(3) 10 USC 424 + 50 USC
3024(i) and (b)(6) and is not provided.

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)

**Sent:** Wednesday, February 26, 2020 10:00 AM

**To:** (b)(3):10 USC 424;  (b)(6)

**Subject:** RE: (b)(3):50 USC 3024(i)

~~Classification: SECRET~~

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived From: Multiple Sources~~
~~Declassify On: 20451231~~

------------------------------------------------------------------------

All,

I'll take the ball on this. Thanks for forwarding. (b)(3):10 USC 424;
(b)(6)

(b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)

**Sent:** Wednesday, February 26, 2020 9:56 AM

The following page is withheld in full citing (b)(1),  (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6), and is not provided.

(b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)

Very respectfully,

(b)(3):10 USC 424; (b)(6)

===========================================================
~~Classification: SECRET/~~ | (b)(3):10 USC 424 |

===========================================================
~~Classification: SECRET/~~

===========================================================
~~Classification: SECRET~~

===========================================================
~~Classification: SECRET~~

===========================================================
~~Classification: SECRET~~

===========================================================
~~Classification: SECRET~~

**Sender:** (b)(3):10 USC 424; (b)(6)

**Recipient:**

**Sent Date:** 2020/02/28 09:26:25

**Delivered Date:** 2020/02/28 09:26:00

The final page is blank, and not provided.

**From:** (b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(g);  (b)(6)

**To:**

**CC:**

**Subject:**

**Date:** 2020/04/23 12:00:47

**Priority:** Normal

**Type:** Note

~~Classification: TOP SECRET~~

~~Classified By:~~
~~Derived From: Multiple Sources~~
~~Declassify On:~~

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

================================================================

Back at ya with modifications! Let me know if you need more...

(b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)

**Sent:** Thursday, April 23, 2020 10:12 AM

(b)(1);  (b)(3):10 USC 424;  Sec. 1.4(c);  Sec. 1.4(g);  (b)(6)

~~Classification: TOP SECRET/~~

~~Classified By:~~

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)



~~Derived From: Multiple Sources~~
~~Declassify On:~~

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i)  (b)(6)

Here's as far as I got with bullet 4 before I had to turn to edits on a different product. Can you please take it from here?

V/r,

(b)(3):10 USC 424;  (b)(6)

From: (b)(3):10 USC 424;  (b)(6)

**Sent:** Wednesday, April 22, 2020 1:15 PM

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(g)



~~Classification: TOP SECRET/~~

~~Classified By:~~ (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)
~~Derived From: Multiple Sources~~
~~Declassify On:~~

(b)(3):10 USC 424;  (b)(6)

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e)

website. Hopefully, I can get something to you early tomorrow, but if the share drive does not come back online soon, I'll have to reinvent the wheel.

V/r,

(b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Wednesday, April 22, 2020 9:49 AM

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(g);  (b)(6)

~~Classification: TOP SECRET/~~

~~Classified By:~~  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)
~~Derived From: Multiple Sources~~
~~Declassify On:~~

========================================================

Hi,

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

Thank you,

(b)(3):10 USC 424;  (b)(6)

(b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)

**Sent:** Wednesday, April 22, 2020 9:18 AM

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(g);  (b)(6)

~~Classification: TOP SECRET~~

~~Classified By:~~   (b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

~~Derived From: Multiple Sources~~

~~Declassify On:~~

===========================================================

I think that's a very good idea!

V/R

(b)(3):10 USC 424;  (b)(6)

(b)(3):10 USC 424;  (b)(6)

**From:**
**Sent:** Wednesday, April 22, 2020 9:13 AM
(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(g);  (b)(6)

~~Classification:  TOP  SECRET~~/

~~Classified By:~~   (b)(3):10 USC 424;  (b)(3):50 USC 3024(i),  (b)(6)

~~Derived From:  Multiple  Sources~~

~~Declassify On:~~

====================================================================

Yep. FYSA, I also plan on looping in (b)(3):10 USC 424;  (b)(6) (assuming she is in the office).

(b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Wednesday, April 22, 2020 9:09 AM
(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(g);  (b)(6)

~~Classification: TOP SECRET~~/

~~Classified By:~~ (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

~~Derived From: Multiple Sources~~

~~Declassify On:~~

===========================================================

(b)(3):10 USC 424;  (b)(6)

You are correct. We need to have an answer ready to send and then let the Seniors determine who we

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

Let me know if that makes sense or not.

Thanks.

V/R

(b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)

**Sent:** Wednesday, April 22, 2020 8:58 AM

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(g);  (b)(6)

~~Classification: TOP SECRET~~

~~Classified By:~~ (b)(3) 10 USC 424; (b)(3):50 USC 3024(i); (b)(6)
~~Derived From: Multiple Sources~~
~~Declassify On:~~
=================================================================

Hi,
(b)(3):50 USC 3024(i)

Just want to check, answering this RFI is ok in light of the recent guidance (attached) about

(b)(3):10 USC 424; (b)(6)

Please let us know what you find out about coordination procedures.

Best,

(b)(3):10 USC 424; (b)(6)

**From** (b)(3):10 USC 424; (b)(6)
**Sent:** Wednesday, April 22, 2020 8:37 AM
(b)(1); (b)(3):10 USC 424; Sec. 1.4(c); Sec. 1.4(g); (b)(6)

~~Classification: TOP SECRET/~~

~~Classified By:~~ (b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)
~~Derived From: Multiple Sources~~
~~Declassify On:~~
=================================================================

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

Let me know if you have any questions and if you think others need to be included on the tasker.

Thank you.


V/R

(b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)

**Sent:** Tuesday, April 21, 2020 4:42 PM

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(g);  (b)(6)

~~Classification:  TOP SECRET/~~

~~Classified By:~~       (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

~~Derived From:  Multiple Sources~~

~~Declassify On:~~

================================    =======

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(g);  (b)(6)

(b)(3):10 USC 424;  (b)(6)

**SUSPENSE: 29 Apr 20 / 1600**

**ACTION: Provide response by SUSPENSE**

**GUIDANCE:** As we continue to monitor COVID-19-related developments, could you provide answers to the following:

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e)

The following 2 pages are withheld in full citing (b)(1), (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6), and are not provided

**From:** (b)(3):10 USC 424;  (b)(6)

**To:**

**CC:**

**Subject:** RE: (b)(3):50 USC 3024(i)

**Date:** 2020/05/14 14:16:00

**Priority:** Normal

**Type:** Note

~~Classification: SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424; (b)(6)

~~Derived From:~~

~~Declassify On: 20450421~~

========================================================

Great, thank you!

**From:** (b)(3):10 USC 424;  (b)(6)

**Sent:** Thursday, May 14, 2020 2:11 PM

(b)(3):10 USC 424;  (b)(6)

**Subject:** RE (b)(3):50 USC 3024(i)

~~Classification: SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)

~~Derived From:~~

~~Declassify On: 20450421~~

========================================================



11 is perfect. Thank you so much.

**From:**

**Sent:** Thursday, May 14, 2020 1:36 PM

**To:**

**Cc:**

**Subject:** RE

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

~~Classification: SECRET//NOFORN~~



(b)(3):10 USC 424;
(b)(6)

==================================================================

(b)(3):10 USC 424;  (b)(6)


Sure, how about 11 am?

Thank you,

(b)(3):10 USC 424;  (b)(6)


**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Thursday, May 14, 2020 12:50 PM
(b)(3):10 USC 424;  (b)(6)


**Subject:** RE: (b)(3):50 USC 3024(i)


(b)(3):10 USC 424;  (b)(6)

==================================================================

(b)(3):10 USC 424;  (b)(6)

I just found out that I have a meeting that I'm required to attend at noon tomorrow. I know it's late, but could change the time to 11 or 1?
Thanks!
(b)(3):10 USC 424;  (b)(6)


**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Thursday, May 14, 2020 12:24 PM
(b)(3):10 USC 424;  (b)(6)


**Subject:** RE: (b)(3):50 USC 3024(i)


(b)(3):10 USC 424;  (b)(6)

==================================================================

Thank you. Would it be OK for me to all you? I can borrow a small conference room so as not to disturb my neighbors (I'm in a cubicle with colleagues nearby), but am not sure what the phone # is.

**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Thursday, May 14, 2020 12:21 PM
(b)(3):10 USC 424;  (b)(6)

**Subject:** RE (b)(3):50 USC 3024(i)

~~Classification: SECRET//NOFORN~~

~~Classified By~~ (b)(3):10 USC 424
~~Derived From:~~
~~Declassify On: 20450421~~

====================================================

That's perfect! Do you want me to call you?
(b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Thursday, May 14, 2020 12:20 PM
(b)(3):10 USC 424;  (b)(6)

**Subject:** RE: (b)(3):50 USC 3024(i)

~~Classification: SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived From:~~
~~Declassify On: 20450421~~

====================================================

Great! How about 12 pm?

**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Thursday, May 14, 2020 11:41 AM
(b)(3):10 USC 424;  (b)(6)

**Subject:** RE: (b)(3):50 USC 3024(i)

~~Classification: SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived From:~~
~~Declassify On: 20450421~~

====================================================

(b)(3):10 USC 424;  (b)(6)

Friday works well for me! Please let me know the best time for you.

Best,

(b)(3):10

From: (b)(3):10 USC 424

Sent: Thursday, May 14, 2020 9:28 AM

(b)(3):10 USC 424

Subject: RE: (b)(3):50 USC 3024(i)

~~Classification: SECRET//NOFORN~~

~~Classified By~~ (b)(3):10 USC 424; (b)(6)
~~Derived From:~~
~~Declassify On: 20450421~~

========================================================

(b)(3):10 USC 424; (b)(6)

Thank you _____ Though we wouldn't want you to have to make a special trip to the office. If you're in the rest of this week, might you have time on Friday? In any case, we can talk whenever convenient for you. Any day is OK, and generally 1400 or earlier is better for us, since ____ and I are on the morning shift every day, but if later is better we may be able to work it out.

(b)(3):10 USC 424; (b)(6)

Best,

(b)(3):10 USC 424; (b)(6)

From: (b)(3):10 USC 424; (b)(6)

Sent: Tuesday, May 12, 2020 3:20 PM

(b)(3):10 USC 424; (b)(6)

Subject: RE: (b)(3):50 USC 3024(i)

~~Classification: SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424
~~Derived From:~~
~~Declassify On: 20450421~~

========================================================

(b)(3):10 USC 424; (b)(6)                        (b)(3):50 USC 3024(i)

I would be happy to discuss the _____ I'm hoping by pooling our resources, we can all collaborate on the history of the virus, without duplicating efforts.

I'm in the office this week, but not next week. I might be able to ask for an exception for next week, if it's needed. Do you have any preference for day or time?

(b)(3):10 USC 424; (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)

**Sent:** Tuesday, May 12, 2020 1:27 PM

(b)(3):10 USC 424;  (b)(6)

**Subject:** (b)(3):50 USC 3024(i)

~~Classification: SECRET//NOFORN~~

~~Classified By~~ (b)(3):10 USC 424;  (b)(6)

~~Derived From:~~

~~Declassify On: 20450421~~

=========================================================

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

Would it be possible to set up a call to compare notes, maybe late this week or next week?

(b)(3):10 USC 424;  (b)(6)

=========================================================

~~Classification: SECRET//NOFORN~~

=========================================================

~~Classification: SECRET//NOFORN~~

=========================================================

~~Classification: SECRET//NOFORN~~

The following page is withheld in full citing (b)(3) 10 USC 424 and (b)(6), and is not provided.



(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**From:**

**To:**

**CC:**

**Subject:** (U) RE: Coronavirus Nomenclature and Note to Briefer
**Date:** 2020/02/13 08:30:14
**Priority:** Normal
**Type:** Note

~~Classification: TOP SECRET/~~ (b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

That is going to cause mass confusion on our side.

Hopefully not, but we don't have eyes on everything. (b)(1);  (b)(3):50 USC 3024(i)   Sec. 1.4(c

**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Thursday, February 13, 2020 8:05 AM
**To:**

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** RE: Coronavirus Nomenclature and Note to Briefer

~~Classification~~ UNCLASSIFIED/~~FOUO~~
===============================================================

The following 2 pages are withheld in full citing (b)(1), (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6), and are not provided.



**From:**

**To:**

**CC:**

**Subject:** Coronavirus research capabilities

**Date:** 2020/06/02 09:50:00

(b)(3):10 USC 424; (b)(3):50 USC 3024(I); (b)(6)

**Priority:** Normal

**Type:** Note

~~Classification: SECRET//NOFORN~~

~~Classified By~~ (b)(3):10 USC 424; (b)(6)

~~Derived From:~~

~~Declassify On:~~

========================================================

(b)(3):10 USC 424; (b)(3):50 USC 3024(I); (b)(6)

I'm usually in the office until at least 1500, and can usually stay later than that, if we should talk through it.

Thank you!

(b)(3):10 USC 424; (b)(6)

========================================================

~~Classification: SECRET//NOFORN~~

(b)(3):10 USC 424; (b)(6)

**Sender:**

The final page is withheld in full citing (b)(3) 10 USC 424 and (b)(6) and is not provided.

**UNCLASSIFIED**



**DEFENSE INTELLIGENCE AGENCY**

**U-20-0002/OSG** · **April 16, 2020**

**(U) Office of the Surgeon General (OSG): COVID-19 Vaccine and Therapy Development Update**

*(U) This paper responds to a Director request for information on Vaccine and Therapy Development against COVID-19 during the 1700 CICG Sync meeting on 08 April 2020.*

(U) Potential Treatments for COVID-19: The current need for a therapeutic treatment for COVID-19 is paramount and we are seeing large scale public and private sector investment and engagement. A vaccine to COVID-19 is likely to be the most favorable method of controlling the current pandemic and preventing further COVID-19 spread. Potential treatments, via antivirals or other methodologies, is needed to treat those already infected with COVID-19. The timelines for both a publically available vaccine(s) and effective COVID-19 treatments are currently unknown, with the FDA's COVID-19 Treatment Accelerated Program likely to accelerate future availability.

**(U) Vaccines**

(U) Vaccine(s) are likely our best method for controlling and suppressing the spread of the COVID-19 pandemic. There are numerous government and private institutes involved in the research and development of COVID-19 vaccines. The timeline to a publicly available vaccine is unknown but it is likely to be at least a minimum of 18 months.

- (U) As of 14 April, 2020, according to academic and open source reporting, there are 79 potential candidate vaccines in various stages of research and development. Currently, 3 of the candidate vaccines are undergoing Phase 1 of 3 for vaccine development, with an additional 12 vaccines slated to begin Phase 1 (human clinical trials) within the next 12 months

- (U) The ongoing COVID-19 pandemic will likely increase the demand for vaccine development. Vaccine development requires significant financial support and a tolerance for high rates of failure. The COVID-19 pandemic will likely lead to high levels of government support, private sector engagement, and increasing public demand that will offset traditional barriers.

- (U) The ongoing COVID-19 pandemic will likely expedite candidate vaccine testing and approval. Vaccine trials require large and diverse population samples size to ensure proper testing of the efficacy and safety of candidate vaccines. The global nature of the COVID-19

Committed to Excellence in Defense of the Nation

Classified by:
Derived from:
Declassify on:

(b)(3):10 USC 424; (b)(6)

**UNCLASSIFIED**

**UNCLASSIFIED**

pandemic and continued presence of large cohorts of infected individuals will ensure these needs are met.

## (U) Antivirals

(U) Antivirals are drugs that are created to attack the virus and may do so in a variety of ways, such as inhibiting viral replication or preventing viral entry in the cell.

- (U) Gilead Corporation's Remdesivir is receiving the most media attention likely due to the World Health Organizations public show of support. Remdesivir was originally developed as a treatment for Ebola, and is now in clinical trials as a treatment for COVID-19. Previously developed therapeutics, such as Remdesivir, offer a faster path to market and are likely to attract continued interest.

- (U) As of 15 April, according to scientific reporting, there are at least 13 different anti-viral candidates being studied for their potential repurposing as a COVID-19 treatment. This number is likely to increase as scientist identify more viable therapeutic candidates.

## (U) Human Antibody Therapy

(U) Human Antibody Therapy is the treatment of COVID-19 via antibodies harvested from the plasma of recovered COVID-19 patients. This type of treatment holds promise but is likely to be used with caution due to concerns of potentially serious side effects.

## (U) Engineered Antibodies

(U) Engineered Antibodies are manufactured antibodies that are designed to be an effective treatment for COVID-19 without the risk associated with antibodies harvested from recovered patients. Currently, this an ongoing area of research and there is no viable engineered antibody treatment for COVID-19 infection at this time.

## (U) Drug Therapies

(U) Drug therapy is currently an area of ongoing research for potential COVID-19 treatment. Hydroxychloroquine has recently gained a lot of public attention as a potential treatment for COVID-19. As of 15 April, based on scientific reporting, there is no conclusive evidence to support the efficacy of this treatment. Common side effects of Hydroxychloroquine includes vomiting, diarrhea, stomach cramps, skin rash, headache, dizziness, and vision related toxicity. Hydroxychloroquine side effects can be serious and sometimes fatal, with reported side effecting including cardiac arrhythmia, bronchospasm, angioedema, and seizures.

cc:  DIA Dep DIR
     DIA Chief of Staff
     DIA CICG Chief

(U) Prepared by:  Office of the Surgeon General [                    ]    (b)(3):10 USC 424; (b)(6)

2

**UNCLASSIFIED**

**UNCLASSIFIED**



**DEFENSE INTELLIGENCE AGENCY**

7

U-20-0002/OSG                                                    **April 16, 2020**

**(U) Office of the Surgeon General (OSG): COVID-19 Vaccine and Therapy Development Update**

*(U) This paper responds to a Director request for information on Vaccine and Therapy Development against COVID-19 during the 1700 CICG Sync meeting on 08 April 2020.*

**(U) Potential Treatments for COVID-19**

(U) A vaccine for COVID-19 is likely to be the most effective method of controlling the current pandemic and preventing further COVID-19 spread. The small number of genetic differences between the original strain of the novel coronavirus from Wuhan and those currently circulating in the US population indicates that a vaccine may likely offer lasting immunity. Although all replicating viruses accumulate some mutations that persist due to natural selection, the genetics of SARS-CoV-2 suggest that it is not mutating at a high rate which would indicate a single vaccine would be sufficient to confer lasting immunity. Potential treatments, via antivirals or other methodologies, are needed to treat those already infected with COVID-19. The timelines for both a publically available vaccine(s) and effective COVID-19 treatments are currently at a minimum 12 – 18 months away, though the FDA's COVID-19 Treatment Accelerated Program is likely to accelerate future their availability.

**(U) Vaccines**

(U) As of 14 April, 2020, according to academic and open source reporting, there are 79 potential candidate vaccines in various stages of research and development. The furthest along in the clinical process is an experimental vaccine developed by Hong Kong-listed CanSino Biologics Inc. and the Beijing Institute of Biotechnology, which is in phase two of three clinical trials. The other two being tested in humans are treatments developed separately by U.S. drug makers Moderna Inc. and Inovio Pharmaceuticals Inc., according to a WHO document.

- (U) The ongoing COVID-19 pandemic will likely expedite candidate vaccine testing and approval. Vaccine trials require large and diverse population sample sizes to ensure proper testing of the efficacy and safety of candidate vaccines. The global nature of the COVID-19 pandemic and continued presence of large cohorts of infected individuals will ensure these needs are met.

(b)(3):10 USC 424; (b)(6)

Committed to Excellence in Defense of the Nation

Classified by:
Derived from:
Declassify on:

**UNCLASSIFIED**

**UNCLASSIFIED**

### (U) Antivirals

(U) Antivirals are drugs created to attack the virus and may do so in a variety of ways, such as inhibiting viral replication or preventing viral entry in the cell.

- (U) As of 15 April, according to scientific reporting, there are at least 13 different antiviral candidates being studied for their potential repurposing as a COVID-19 treatment. Gilead's remdesivir is receiving the most media attention likely due to the World Health Organizations public show of support. Remdesivir was originally developed as a treatment for Ebola, and is now in clinical trials as a treatment for COVID-19 in mild to moderately sick patients. Previously developed therapeutics, such as remdesivir and BioSig Technologies' merimepobid, offer a faster path to market and are likely to attract continued support.

### (U) Other Treatments

(U) There are three other types of treatments also being explored: drug therapies, human antibody therapy, and engineered antibodies. Amongst drug therapies, the most well-known is hydroxychloroquine which is commonly used as an antimalarial drug. To date the results regarding efficacy are inconclusive and there are potentially dangerous side effects associated with its use. Antibody therapy is less likely to become a viable treatment option given the technology needed for development is not far enough along at this time.

cc: DIA Dep DIR
    DIA Chief of Staff
    DIA CICG Chief

(U) Prepared by: Office of the Surgeon General

(b)(3):10 USC 424; (b)(6)

2
**UNCLASSIFIED**

UNCLASSIFIED

8

# COVID-19 Serology POC Testing Kits

**Warnings and Precautions Only for human in vitro clinical diagnostics only.** The product should only be used by trained clinical professionals. After opening the sealed cassette pouch the test should be used within one hour. Do not immerse test cassette in water. Do not freeze test cassette or buffer solution. Handle specimens in accordance to the OSHA Standard on Bloodborne Pathogens Wear protective gloves, clothing, and eyewear Wash hands thoroughly after handling specimens. Do not use test cassette, buffer solution, or any kit component beyond the indicated expiration date. Dispose of all used or damaged test cassettes, capillary samplers, or other kit component as biohazardous materials. Do not use test cassette, buffer solution, or any other kit components if the pouch is damaged or the seal is broken. Do not use samples containing lipids, hemolysis, or turbidity which can affect results.

UNCLASSIFIED

UNCLASSIFIED

# COVID-19 Serology POC Testing Kits

**Storage Instructions The reagent should be stored in the dark at room temperature (2° to 45°C) and has a shelf-life of 12 months. The container should be protected from light after being opened. Do not freeze.**

UNCLASSIFIED

UNCLASSIFIED

# COVID-19 Serology POC Testing Kits

**Sample Requirements Suitable for human serum, plasma, or whole blood samples (capillary or venous) including samples prepared by commonly used anticoagulants (EDTA, heparin, sodium citrate).Fresh samples should be collected and tested immediately.Serum and plasma samples can be stored at 2-8°C for 5 days.If long-term storage of serum or plasma samples is required, store at -20°C and avoid repeated freeze/thaw cycles.Anticoagulated whole blood samples can be stored at 2-8°C for 7 days.Before testing, samples stored in refrigerated or frozen storage should be slowly returned to room temperature (15-30° C) and stirred. When particulates are clearly visible in the sample the precipitate should be removed by centrifugation before testing.**

UNCLASSIFIED

UNCLASSIFIED

# COVID-19 Serology POC Testing Kits

**Test Procedure Do not open pouch until ready to use. Prep necessaryMaterials: test cassette, buffer solution, capillary sampler label test cassette with patient IDObtain a specimen using standard laboratory protocols.The finger is usually the preferred site for capillary testing in an adult patient. Apply alcohol to the entry site and allow to air dry Wipe away the first drop of blood because it may be contaminated with tissue fluid or debris (sloughing skin).Avoid squeezing the finger or heel too tightly because this dilutes the specimen with tissue fluid (plasma) and increases the probability of hemolysis. Using capillary sampler, obtain 20µL of fingerstick or venous whole blood specimen or 10µL of serum or plasma.For intravenous sampling follow standard laboratory protocols.When the blood collection procedure is complete, apply firm pressure to the site to stop the bleeding.Dispense the specimen into the Test Cassette sample well.Ensure that the entire sample is dispensed into the sample well.Remove cap of the Buffer Solution bottle and dispense 2-3 drops into the Test Cassette sample well.Remove any air bubbles in the dropper.Test on a level surface at room temperature.Allow test to run for 10 minutes. Read the results by viewing the detection window.Test results that have run over 15 minutes are invalid.**

UNCLASSIFIED

UNCLASSIFIED

# COVID-19 Serology POC Testing Kits

**Potential Complications Complications that can arise in capillary sampling include:Collapse of veins if the tibial artery is lacerated from puncturing the medial aspect of the heelOsteomyelitis of the heel bone if utilizing the heel Hematoma and loss of access to the venous branch used if utilizing a vein ScarringLocalized or generalized necrosis (a long-term effect)Skin breakdown from repeated use of adhesive strips (particularly in very young or very elderly patients) – this can be avoided if sufficient pressure is applied and the puncture site is observed after the procedure. DO NOT puncture the skin more than once with the same lancet, or use a single puncture site more than once, because this can lead to bacterial contamination and infection.**

UNCLASSIFIED



1. Lancet and collection tube.



2. Assemble equipment and supplies.



3. Perform hand hygiene (if using soap and water, dry hands with single-use towels).



4. Put on well-fitting, non-sterile gloves.



5. Select the site. Apply 70% isopropyl alcohol and allow to air dry.



6. Puncture the skin.



7. Wipe away the first drop of blood.



8. Avoid squeezing the finger too lightly.



9. Dispose of all sharps appropriately.



10. Dispose of waste materials appropriately.



11. Remove gloves and place in general waste. Perform hand hygiene (if using soap and water, dry hands with single-use towels).

# How It Works



## Steps

1. Collect blood/serum/plasma sample.

2. Add blood/serum/plasma sample to sample well.

3. Place 2-3 drops of buffer in sample well.

4. Read results after 10 minutes and no more than 15 minutes.

# Results



A total of three detection lines are possible, with the control (C) line appearing when sample has been flowed through the cassette.

**1 | Negative Result**: If only the quality control line (C) appears and the detection lines G and M are not visible, then no novel coronavirus antibody has been detected and the result is negative.

**2 | Positive Result, M only**: If both the quality control line (C) and the detection line M appears, then the novel coronavirus IgM antibody has been detected and the result is positive for the IgM antibody.

**3 | Positive Result, G only**: If both the quality control line (C) and the detection line G appears, then the novel coronavirus IgG antibody has been detected and the result is positive for the IgG antibody.

**4 | Positive Result, G and M**: If the quality control line (C) and both detection lines G and M appear, then the novel coronavirus IgG and IgM antibodies have been detected and the result is positive for both the IgG and IgM antibodies.

UNCLASSIFIED

BLUF: We propose to leverage existing DoD/USG funding and capabilities to:

- Expedite isolation and return to duty
- Track immune response to assess risk of reinfection

Before testing was widely available, a 14 day isolation protocol was calculated as a two (2) fold the time from initial exposure to viral shedding and symptoms. We propose to test during:

- Day (1) one (initial screen)
- Day (5) five, (6) six, and (7) seven (active period of infection)

to provide a data driven method to medically clear personnel to return to work in seven (7) days. This process is based on data from China and their processes for evaluating potentially infected individuals.

The immune response to COVID-19 infection impacts the severity of disease and susceptibility to reoccurrence and reinfection. Early development of a robust antibody response is associated with prompt recovery. We also know that antibodies from recovered patients is an effective preventative/treatment used for COVID-19. Measuring the immune response/antibody levels could support personnel readiness by assessing the risk of reinfection and defining an "immune status".

| | |
|---|---|
| **From:** | (b)(3):10 USC 424; (b)(6) |
| **To:** | |
| **CC:** | |
| **Subject:** | DI Info paper COVID 19 Warning Timeline-FINAL.docx |
| **Date:** | 2020/04/07 13:17:22 |
| **Priority:** | Normal |
| **Type:** | Note |

Classification: ~~TOP SECRET~~

Classified By: (b)(3):10 USC 424; (b)(6)
Derived From: ~~Multiple Sources~~
Declassify On: ~~50X1 HUM~~



"Opportunity is missed by most people, because it is dressed in overalls and looks like work." Thomas Edison

Classification: ~~TOP SECRET~~

| Sender: | (b)(3):10 USC 424; (b)(6) |
|---|---|
| Recipient: | |
| **Sent Date:** | 2020/04/07 13:17:21 |
| **Delivered Date:** | 2020/04/07 13:17:22 |

~~SECRET//NOFORN~~

## INFO MEMO

6 April 2020

SUBJECT: (U) Global Pandemic WATCHCON history for the COVID-19 Outbreak

(b)(1); Sec. 1.4(e); (b)(3):10 USC 424; (b)(6)

~~SECRET//NOFORN~~

SECRET//NOFORN

## INFO MEMO

3 April 2020

SUBJECT: (U) Global Pandemic WATCHCON history for the COVID-19 Outbreak

(b)(1); Sec. 1.4(e); (b)(3):10 USC 424; (b)(6)

SECRET//NOFORN

~~SECRET//NOFORN~~

# INFO MEMO

6 April 2020

SUBJECT: (U) Global Pandemic WATCHCON history for the COVID-19 Outbreak

(b)(1); Sec. 1.4(e); (b)(3):10 USC 424; (b)(6)

~~SECRET//NOFORN~~



The 5 previous pages and 2 pages after this page are denied in full under FOIA exemptions (B)(1) and (B)(3):50 USC 3024(i) & (B)(3):10 USC 424

~~TOP SECRET~~// (b)(3):50 USC 3024(i)  ~~NOFORN~~  (b)(3):50 USC 3024(i)

## DEFENSE INTELLIGENCE AGENCY

**(U) Biosafety Requirements for Handling BSL-4 Pathogens: Diagnostic Versus Research Laboratories**

(U) Researching extremely dangerous pathogens in a lower-level containment or a diagnostic BSL-4 facility poses a significant biosafety risk and goes against international biosafety regulations. WHO standards specify that research BSL-3 and BSL-4 laboratories require more biosafety equipment and engineering controls than diagnostic facilities.[37] Performing research in high-containment laboratories usually involves complex methodologies and manipulation of high-risk agents at very high concentrations, increasing the risk of pathogen exposures. Diagnostic BSL-3 and BSL-3+ facilities that detect deadly diseases, such as HIV or Ebola, mitigate biosafety risks associated with inadequate equipment by handling pathogens at low concentrations or inactivating test samples before performing disease detection methods. BSL-3+ laboratories sometimes identify pathogens usually handled in a BSL-4 and operate with more biosafety measures than a typical BSL-3. However, BSL-3+ facilities do not have suitable infrastructure like a BSL-4 to safely research extremely dangerous pathogens.[38]



(S//NF) (b)(1); Sec. 1.4(c); Sec. 1.4(e)

(S//NF)

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)

## *(U) Outlook, Implications, and Opportunities*  (b)(3):50 USC 3024(i)

(TS/)  (NF/)

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e); Sec. 1.4(g)

(S//NF)  (b)(1); Sec. 1.4(c); Sec. 1.4(e)   |6

~~TOP SECRET~~//(b)(3):50 USC 3024(i)  ~~NOFORN~~  (b)(3):50 USC 3024(i)

The next page is denied in full under FOIA exemptions (B)(3):50 USC 3024(I) & (B)(3):10 USC 424

~~TOP SECRET~~ (b)(3):50 USC 3024(i) NOFORN (b)(3):50 USC 3024(i)

# DEFENSE INTELLIGENCE AGENCY

[19] (U) Internet, World Health Organization website | 12 Dec 2018 | (U) Biosafety Guidelines for Diagnostic and Research laboratories Working with HIV; Overall document classification is UNCLASSIFIED.



(b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c)

[37] (U) Internet, World Health Organization website | 12 Dec 2018 | (U) Biosafety Guidelines for Diagnostic and Research laboratories Working with HIV; Overall document classification is UNCLASSIFIED.

[38] (U) Internet, World Health Organization website | 12 Dec 2018 | (U) Biosafety Guidelines for Diagnostic and Research laboratories Working with HIV; Overall document classification is UNCLASSIFIED.

[39] (U/

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)

[40] (U)

Guinea: France and Russia Increasing Ebola Exposure Risk | 9

~~TOP SECRET~~ (b)(3):50 USC 3024(i) NOFORN (b)(3):50 USC 3024(i)

The next 5 pages are denied in full under FOIA exemptions (B)(1) and (B)(3):50 USC 3024(I) & (B)(3):10 USC 424

TOP SECRET// (b)(3):50 USC 3024(i) //NOFORN// (b)(3):50 USC 3024(I)

(S// (b)(3):10 USC 424

(b)(1); Sec. 1.4(c)

**DEFENSE INTELLIGENCE | 16 APRIL 2020**

(TS//SI//) (b)(3):10 USC 424

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)

> (U) In mid-February, China's Ministry of Science and Technology issued new policies to strengthen laboratory management and address chronic loopholes in biosafety, according to Chinese press.[7] Chinese President Xi Jinping stated that Beijing would fast-track national legislation to address biosafety and biosecurity deficiencies and create guidelines similar to those of the United States.[8]

> (TS//SI//) (b)(3):10 USC 424

(b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e); Sec. 1.4(g)

Classified by (b)(3):10 USC 424 (U)

(b)(3):10 USC 424

ICOD: 1 April 2020
DIA_F_14584_A

CORE Version 5.1

TOP SECRET// (b)(3):50 USC 3024(i) //NOFORN// (b)(3):50 USC 3024(i)

The next 2 pages are denied in full under FOIA exemptions (B)(1) and (B)(3):50 USC 3024(i) & (B)(3):10 USC 424


(b)(3):50 USC 3024(i)    (b)(3):50 USC 3024(i)

## (U) Source Endnotes


(b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c)

(b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c)

[7] (U) OSC | CHW2020021785754217 | 17 Feb 2020 | 17 Feb 2020 | (U) Global Times Online: Biosafety Guideline Issued To Fix Chronic Management Loopholes At Virus Labs | Classification of extracted information is U | Overall classification is U | (U) Beijing Global Times Online in English 2013 GMT 16 Feb 20 - NCMI ID: 43c1989a-5157-4183-aaf4-5c9070cb1b1d

[8] (U) OSE | 41408327487 | 18 Feb 2020 | 18 Feb 2020 | (U) Outbreak 'a fresh impetus' to biosecurity law; Beijing to speed up legislation to cover a broader range than existing mix of regulations under different departments | Classification of extracted information is U | Overall classification is U | (U) NCMI ID: a2320c84-ad70-4fe1-b371-9c0ce975e12b


(b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c)

(b)(3):10 USC 424; (b)(1); Sec. 1.4(c)    7

(b)(3):50 USC 3024(i)    (b)(3):50 USC 3024(i)

The next 2 pages are denied in full under FOIA exemptions (B)(1) and (B)(3):50 USC 3024(i) & (B)(3):10 USC 424

~~TOP SECRET~~ (b)(3):10 USC 424



(S// (b)(3):10 USC 424

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c)



**DEFENSE INTELLIGENCE | 1 MAY 2020**

(TS//SI// (b)(3):10 USC 424

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)

> (U) In mid-February, China's Ministry of Science and Technology issued new policies to strengthen laboratory management and address chronic loopholes in biosafety, according to Chinese press. Chinese President Xi Jinping stated that Beijing would fast-track national legislation to address biosafety and biosecurity deficiencies and create guidelines similar to those of the United States.

> (TS//SI// (b)(3):10 USC 424

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)

Classified by: (b)(3):10 USC 424
Derived from: ~~multiple sources~~

(U) Only the U.S. Government may declassify this product. Forward declassification requests to the Defense Intelligence Agency.

ICOD: 1 April 2020
DIA_F_14584_B
CORE Version 5.1

~~TOP SECRET//SI//~~ (b)(3):10 USC 424

TOP SECRET// (b)(3):50 USC 3024(i) //NOFORN

(b)(3):10 USC 424

(b)(1); Sec. 1.4(c)

**DEFENSE INTELLIGENCE | 28 JANUARY 2021**

(b)(3):50 USC 3024(i)

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e); Sec. 1.4(g)

(b)(3):10 USC 424

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)

According to Chinese press, the Beijing IBP's BSL-3 production facility passed all required inspections in July and is operating 24 hours per day.[12][13] A CNBG vice president expected the new Wuhan IBP facility to begin manufacturing vaccines by February or March 2021.[14]

(b)(3):10 USC 424

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)

In mid-January 2021, the CNBG chairman claimed Sinopharm aims to produce 500 million vaccine doses in 2021, though in December 2020 he also said that the goal was 1 billion doses.[19][20]

Classified by: (b)(3):10 USC 424

ICOD: 19 January 2021
DIA_F_20461_A

CORE Version 5.1

TOP SECRET// (b)(3):50 USC 3024(i) //NOFORN



The next 2 pages are denied in full under FOIA exemptions (B)(1) and (B)(3):50 USC 3024(i) & (B)(3):10 USC 424

> (U) Chinese firm Sinovac began building a new Beijing vaccine plant in spring 2020 that contains a BSL-3 production facility and initiated production testing in July, according to Chinese press.[21][22][23] A German firm provided support to the construction, equipping, and certification of both the Wuhan IBP and Sinovac BSL-3 facilities, according to its website.[24] Sinovac's CEO expected to begin operation of a new production line in February 2021, expanding its annual production capacity to 1 billion doses.[25]

> (U) In late December, Chinese company Walvax Biotechnology broke ground on two new vaccine production facilities in Beijing and Yuxi, located in Kunming Province, according to Chinese press.[26] By mid-2021, Walvax plans to produce its adenovirus vaccine candidate, developed with Tsinghua University and Tianjin Medical University, at Walvax's Beijing plant and to manufacture 200 million vaccines annually.[27] Chinese press states the plant in Yuxi will be China's first facility able to mass-produce mRNA COVID-19 vaccines, which Walvax developed in conjunction with the Academy of Military Medical Sciences and Suzhou Abogen Biosciences.[28][29] Walvax's chairman has said the Yuxi plant will be operational in the second half of the year and able to produce 120 million doses annually.



### (U) Good Manufacturing Practice Impacts on Chinese Vaccines



(b)(3) 50 USC 3024(i)

## *(U) Source Endnotes*

[1] (U) News Article, Associated Press | 25 SEP 2020 | 20 SEP 2020 | (U) China Aims To Make 1 Billion COVID-19 Vaccine Doses a Year | Classification of extracted information is U | Overall classification is U | (U) NCMI ID: 8ac9ffc5-52be-46f9-acd8-56104774046e.

[2] (U) OSE | 07 AUG 2020 | 07 AUG 2020 | (U) Global Times Online: World's First COVID-19 Vaccine Production Line Wins Approval | Classification of extracted information is U | Overall classification is U | (U) Beijing Global Times Online in English -- Online version of an English-language weekday newspaper, sponsored by Renmin Ribao (People's Daily), that launched on 20 April 2009 and is aimed at English-language audiences; Global Times focuses on China's international and domestic political issues and features translations from its Chinese-language sister paper, Huanqiu Shibao, as well as unique content; URL: http://www.globaltimes.cn/ - NCMI ID: eee918db-8032-47b0-84d2-f2d1b854ecb3.

[3] (U) NCMI | judgments classified by NCMI SCG 003-2017, dated 10 MAY 2017 | declassify on: 20461231 ~~DECLASS~~ (b)(3) 10 USC 424

[4] (U) OSE | CHW2020053101550191 | 30 MAY 2020 | 30 MAY 2020 | (U) SCMP: China Building Secure Facilities To Fast Track Coronavirus Vaccine Production; South China Morning Post | Classification of extracted information is U | Overall classification is U | (U) Hong Kong South China Morning Post Online in English -- Website of Hong Kong's most prominent English-language daily, owned by China's e-commerce giant Alibaba Group; features extensive original reporting on Hong Kong's and China's political issues; URL: http://www.scmp.com - NCMI ID: cdd2115f-8d53-4e66-9fe6-c98a0fe6fa1c.

[5] (U) News Article, BBC | 21 DEC 2020 | 21 DEC 2020 | (U) Covid-19 Vaccines: China Media Highlight Vaccination Targets by Spring 2021 | Classification of extracted information is U | Overall classification is U | (U) NCMI ID: a64e2e60-fc6a-4608-ac5b-f533ebd3947e.

[6] (b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c)

[7] (b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c)

[8] (b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c)

[9] (b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c)

[10] (U) (b)(3):10 USC 424; (b)(3):50 USC 3024(i)

[11] (b)(3):10 USC 424; (b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c)

[12] (U) OSE | 07 AUG 2020 | 07 AUG 2020 | (U) Global Times Online: World's First COVID-19 Vaccine Production Line Wins Approval | Classification of extracted information is U | Overall classification is U | (U) Beijing Global Times Online in English -- Online version of an English-language weekday newspaper, sponsored by Renmin Ribao (People's Daily), that launched on 20 April 2009 and is aimed at English-language audiences; Global Times focuses on China's international and domestic political issues and features translations from its Chinese-language sister paper, Huanqiu Shibao, as well as unique content; URL: http://www.globaltimes.cn/ - NCMI ID: eee918db-8032-47b0-84d2-f2d1b854ecb3.

[13] (U) News Article, Xinhua | 05 JAN 2021 | 05 JAN 2021 | (U) The Reporter Directly Hit the Beijing New Crown Vaccine Production Site: Workers "Three Shifts," the Workshop Runs 24 Hours | Classification of extracted information is U | Overall classification is U | (U) NCMI ID: 7d3e6707-142e-40ae-aa2a-4032095eeb42.

[14] (U) News Article, South China Morning Post | 11 JAN 2021 | 11 JAN 2021 | (U) Vaccine Developer Hopes To Inoculate Young Population; Chinese Company Seeks To Expand Use of Product Already Approved for Adults to People Under 18 | Classification of extracted information is U | Overall classification is U | (U) NCMI ID: 47b2f86b-d848-49f2-b871-0d9c0aab9856.

[15] (b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c)

[16] (b)(3):10 USC 424; (b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c)

(b)(3):10 USC 424; (b)(1); Sec. 1.4(c)

5

(b)(3) 50 USC 3024(i)



The next page is denied in full under FOIA exemptions (b)(1), and (b)(3) statute 50 USC 3024 and 10 USC 424

(b)(1), (b)(3):10 USC 424; Sec. 1.4(c)

(b)(1), (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c)

19 (U) News Article, South China Morning Post | 11 JAN 2021 | 11 JAN 2021 | (U) Vaccine Developer Hopes To Inoculate Young Population; Chinese Company Seeks To Expand Use of Product Already Approved for Adults to People Under 18 | Classification of extracted information is U | Overall classification is U | (U) NCMI ID: 47b2f86b-d848-49f2-b871-0d9c0aab9856.

20 (U) News Article, People's Daily Online | 13 DEC 2020 | 13 DEC 2020 | (U) Production Capacity of COVID-19 Vaccine From Sinopharm Subsidiary CNBG To Reach 1 Billion Next Year | Classification of extracted information is U | Overall classification is U | (U) NCMI ID: 806cf5cf-7af4-4fbc-86da-9c3b65eacbc0.

21 (U) News Article, Reuters | 23 APR 2020 | 23 APR 2020 | (U) China's Sinovac Gains Land and Loans To Speed Up Work on Coronavirus Vaccine | Classification of extracted information is U | Overall classification is U | (U) NCMI ID: ece277d9-a061-4f0c-8287-064cad07f455.

22 (U) OSE | CHW2020053101550191 | 30 MAY 2020 | 30 MAY 2020 | (U) SCMP: China Building Secure Facilities To Fast Track Coronavirus Vaccine Production; South China Morning Post | Classification of extracted information is U | Overall classification is U | (U) Hong Kong South China Morning Post Online in English -- Website of Hong Kong's most prominent English-language daily, owned by China's e-commerce giant Alibaba Group; features extensive original reporting on Hong Kong's and China's political issues; URL: http://www.scmp.com - NCMI ID: cdd2115f-8d53-4e66-9fe6-c98a0fe6fa1c.

23 (U) News Article, South China Morning Post | 01 JUN 2020 | 01 JUN 2020 | (U) Construction Under Way for Secure Vaccine Production; Five Possible Inoculations Months Away From Evaluation but Facilities Are Already Being Built | Classification of extracted information is U | Overall classification is U | (U) NCMI ID: 8ce22de4-5af1-41da-8464-7944c7c9586e.

24 (U) Sauter | 08 JUN 2020 | 08 JUN 2020 | (U) SAUTER Technology for Two COVID-19 Vaccine Research and Development Facilities in Beijing, China | Classification of extracted information is U | Overall classification is U | (U) NCMI ID: 80de6a28-2d81-41d6-a9e9-35f868dd0906.

25 (U) OSE | CHW2021011804789057 | 17 JAN 2021 | 17 JAN 2021 | (U) China Daily: A Glimpse Into Sinovac's COVID-19 Vaccine Work | Classification of extracted information is U | Overall classification is U | (U) Beijing China Daily Online (China Edition) in English -- Beijing China Daily Online (China Edition) in English Website of China's official English-language newspaper, offering both the website of the paper and additional content; URL: http://www.chinadaily.com.cn/ - NCMI ID: 92a28e8b-40c9-4393-931e-58298d3bd386.

26 (U) OSE | CHW2020122180571293 | 21 DEC 2020 | 21 DEC 2020 | (U) Coronavirus: China Breaks Ground on mRna Vaccine Plant | South China Morning Post | Classification of extracted information is U | Overall classification is U | (U) Hong Kong South China Morning Post Online in English -- Hong Kong South China Morning Post Online in English Website of Hong Kong's most prominent English-language daily, since late 2015 owned by China's e-commerce giant Alibaba Group; features extensive original reporting on political and social issues in Hong Kong and China; URL: https://www.scmp.com - NCMI ID: 1371623e-8bff-4a8c-a433-f852094933d6.

27 (U) News Article, Reuters | 27 DEC 2020 | 27 DEC 2020 | (U) China's Walvax To Make COVID-19 Vaccine Candidate Similar to AstraZeneca's - Media | Classification of extracted information is U | Overall classification is U | (U) NCMI ID: 47d17025-76d3-4eec-8c58-a35946018538.

28 (U) OSE | CHW2020122878411033 | 28 DEC 2020 | 26 DEC 2020 | (U) Construction Starts On New Plant For Viral Vector COVID-19 In Beijing | Classification of extracted information is U | Overall classification is U | (U) Beijing Global Times Online in English -- Beijing Global Times Online in English Online version of an English-language weekday newspaper, sponsored by Renmin Ribao (People's Daily), that launched on 20 April 2009 and is aimed at English-language audiences; Global Times focuses on China's international and domestic political issues and features translations from its Chinese-language sister paper, Huanqiu Shibao, as well as unique content; URL: http://www.globaltimes.cn/ - NCMI ID: 2d8aa64f-a74e-49ce-aecd-5b3a519230ad.



(b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c)

33 (U)

(b)(3) 10 USC 424; (b)(3):50 USC 3024(i)

(b)(3) 10 USC 424; (b)(1), Sec. 1.4(c)

(b)(3):50 USC 3024(i)

~~UNCLASSIFIED//FOUO~~
DRAFT 27 1500 April 2020

37

XX April 2020

DEFENSE INTELLIGENCE AGENCY CORONAVIRUS-19 RECONSTITUTION PLAN
(U) This plan serves as the DIA plan to begin reconstitution operations.

(U) REFERENCES.
    a. (U) National Guidelines for Opening Up America Again, President of the United States, DTD 16 April 2020
    b. (U) M-20-23, Aligning Federal Agency Operations with the National Guidelines for Opening Up America Again, Office of Management and Budget, and U.S. Office of Personnel Management, 20 April 2020
    c. ~~(U//FOUO)~~ DOD Response to Novel Coronavirus, SECDEF Execute Order (EXORD) DTG 01222240Z FEB 20
    d. (U) GENADMIN, on the NOVEL (New) Coronavirus (NCOV), SECDEF Message DTG 042146Z FEB 20
    f. (U) FHP (Supplement 6) DOD Guidance for Coronavirus Disease 2019 Laboratory Diagnostic Testing Services, 01 April 2020
    g. (U) Declaration of State of Emergency and Existence of Catastrophic Health Emergency – COVID-19, Governor of Maryland, 05 March, 2020
    h. (U) Stay at Home Order – 2020-045, Government of the District of Columbia, Office of the Mayor, 11 March 2020
    i. (U) Executive Order 51, Temporary Stay at Home Order, Governor of Virginia 12 March 2020

1  (U) Situation.

  a  (U) General.

    (1)  (U) President Trump declared a National emergency in response to the COVID-19 virus on 13 March 2020, and OPM published guidance authorizing liberal use of weather and safety administrative leave and emergency telework on 15 March 2020. The Governors of Virginia (12 March 2020) and Maryland (05 March 2020), and the Mayor of Washington, D.C. (11 March 2020) issued restrictions on travel and public gatherings, which impacted the entire federal workforce in the National Capital Region. Across the country, governors issued similar restrictions, while countries worldwide enacted restrictions at varying levels, impacting DIA's workforce globally. To support the nation's gradual shift from mitigation to recovery, the White House published National guidelines for *Opening Up America Again* (16 April 2020). OPM issued guidance (20 April 2020) for the Federal government to align reconstitution plans to the National guidelines, which outline a phased approach with gating criteria informed by "objective

1

UNCLASSIFIED//FOUO

DRAFT 27 1500 April 2020

assessments of epidemiological status and overall preparedness."

(b)(5)

(3)  (U) While DIA reduced staffing levels to minimize risk to exposure, we also remained mindful that we must support DIA's mission – Provide Intelligence on Foreign Militaries to Prevent and Decisively Win Wars – all while looking for ways to remain agile within a reduced manning profile.  This plan articulates a path forward for reconstituting the Agency while understanding the different HPCON levels throughout DoD, navigating the applicable state and local government and overseas travel restrictions, tracking COVID-19 cases within the workforce, mitigating counter-intelligence concerns, and responding to the international security environment.  DIA will not return to the old ways of doing business; when new methods have proven more effective, we must implement lessons learned to improve processes, reduce our footprint where prudent, and reassess how we prioritize our tasks.

b   (U) Facts and assumptions.

(1)  (U) Facts.

(a)  (U) Strong leadership, effective communication, and attention to social distancing protocols will be required to assure employees that returning to the workplace is safe and to address their unique concerns.

(b)  (U) DIA and the local public health authorities lack the ability to test (both diagnostic and antibodies) the entire workforce.

(c)  (U) Reconstitution must be done in accordance with National, DoD, and OPM published guidelines and linked to localized HPCONs.

2

UNCLASSIFIED//FOUO

DRAFT 27 1500 April 2020

(d)    (U) DIA facilities do not have adequate administrative workspace to accommodate a full return of the workforce while also maintaining social distancing guidelines.

(e)    (U) JIOCS will reintegrate in accordance with combatant command plans, Joint Staff J2 with the Joint Staff.

(f)    (U) DIA employees assigned to Combatant Commands will adhere to local plans for reconstitution.

(g)    (U) DIA employees not assigned to, but located at Combatant Commands, will adhere to local plans for reconstitution unless mission impacts dictate otherwise; in which case those employees will coordinate with the CCMD J2 and appropriate DIA HQs directorate.

(h)    (U) Common areas will remain closed for the near-term.

(2)    (U) Assumptions.

(a)    (U) DIA will not receive detailed guidance on how and when to reconstitute.

(b)    (U) Parts of the Department of Defense, U.S. Government, and DIA will return at different rates.

(c)    (U) The novel Corona Virus will rebound at least once and remain a constant threat pending development of a vaccine.

(d)    (U) Given the development of medical preparedness during the first wave of the virus, potential rebounds in Q1 FY21 and beyond will not have as severe an impact on manning.

(e)    (U) Employee expectations will be different upon return, for example:

- (U) Increased and sustained teleworking opportunities;

- (U) Ability to mitigate risk to most high risk populations;

- (U) Accommodations for childcare issues and concerns; and,

- (U) Recognition for mission essential staff who remained onsite.

(f)    (U) DIA will not fully know who has been exposed, is infected, not infected, or is immune.

3

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO
DRAFT 27 1500 April 2020

     (g)   (U) Temperature screening processes will modify at some point as the number of employees in the facilities increases, and will be based on current HPCON and community epidemiological conditions.

     (h)   (U) TDYs will remain only mission critical in the coming months. We must travel only for those tasks that cannot be done via teleconference, such as onsite maintenance or installation of new equipment.

     (i)   (U) We will gradually open the food services and other kiosks while implementing social distancing.

(b)(5)

**2**

**3**  (U) Execution.

   **a**  (U) Director's Vision. We will gradually re-establish full operational capability of DIA while taking all prudent steps to ensure the health and safety of our global workforce and their families. We have a great opportunity to reimagine how we best execute our mission while establishing an improved new normal, constantly evolving, for our global workforce to a constantly changing operational and threat environment.

   **b**  (U) Director's Intent.

     (1)  (U//FOUO) Decentralized planning and execution: We operate at the speed of trust; that means decentralized planning and decentralized execution. Maximum decision-making, including the authority to recall personnel, will be at the Directorate, Integrated Intelligence Centers (IIC), and special office level.

     (2)

     (3)  (U) This is not a return to normal operations; focus on new, improved ways of doing business.

     (4)  (U) Phased return with the Directorate for Mission Services (MS) setting the conditions by synchronizing support services with the return of the workforce.

     (5)  (U) Remember the Director's Intent. Now more than ever we must show patience and care for each other as we reconstitute. I've been very proud of how DIA has executed since

4

UNCLASSIFIED//FOUO

NEXT PAGE IS DENIED IN FULL AND NOT PROVIDED

~~UNCLASSIFIED//FOUO~~

DRAFT 27 1500 April 2020

the beginning of the pandemic, and I know we'll only get better.

| |
|---|
| - We strive to be great teammates: |
| - We challenge the status quo, respectfully |
| - We listen first |
| - We move at the speed of relevance |
| - We must be accountable for our own behavior |
| - We value people |
| - We complete the run together |

Figure 1. Director's Intent, DIA Strategic Approach, 2018.
Figure is (U)

(b)(5)



c

d    (U) Reconstitution Objectives.

(1)   (U) Objective 1: Safely return to full operational capability and integrate the workforce back into a healthy and secure environment as DIA transitions to NEW NORMAL.

(2)   (U) Objective 2: Complete and refine budget analysis that reflects current and future impacts.

(3)   (U) Objective 3: Establish a clear understanding of what missions are critical, essential, and as necessary codify priorities for future use.



e

5

(b)(5)

UNCLASSIFIED//FOUO
DRAFT 27 1500 April 2020

(c)   (U//FOUO) National Guidelines identify three core areas employers should address after satisfying the gating criteria, and before moving through the phases. The following areas will be assessed during each phase of reconstitution.

  (1)   (U) Develop appropriate policies, in accordance with Federal, State, and local regulations and guidance, and informed by industry best practices. These policies will address social distancing and protective equipment, temperature checks, sanitation, testing and isolating, contact tracing, and disinfection of common areas.

  (2)   (U) Monitor workforce for indication of symptoms. Do not allow symptomatic people to enter a DIA or DoD facility until cleared by the Office of the Surgeon General.

  (3)   (U) Develop and implement policies and procedures for workforce contact tracing following an employee COVID+ diagnosis.

(d)   (U) During PH I:

  (1)

  (2)   (U) Limit groups of persons to five to eight, and maintain social distancing of at least 6 feet.

  (3)   (U) Continue to limit travel to mission essential only as determined by Directorate, IICs, or offices.

  (4)   (U) Continue to maximize telework consistent with mission requirements as we reconstitute.

  (5)   (U) Continue to restrict access to common areas where personnel are likely to congregate.

  (6)   (U) Fitness facilities should remain closed.

7

UNCLASSIFIED//FOUO

(b)(5)

UNCLASSIFIED//FOUO
DRAFT 27 1500 April 2020



(a)    (U) Phase IIA (Expand Facility Capability).  Increase facility and support capability and capacity.  MS increases Agency support capacity to enable execution of mission critical and essential tasks.

(c)    (U) During PH II:

(2)    (U) Limit groups of persons to forty or less where social distancing is not practical.

(3)    (U) Continue to minimize nonessential travel.

(4)    (U) Encourage telework when feasible, consistent with mission requirements.

(5)    (U) Begin to open and monitor common areas where personnel are likely to congregate or enforce moderate social distancing protocol.

(6)    (U) Fitness facilities may reopen in accordance with the above limitations.  Maximum capacity numbers will be posted in the gym and monitored.

(5)    (U) Phase III (New Normal).  This stage begins when DIA has achieved our new FOC.  "Phase III Validate New Normal" will identify, validate, and institutionalize new and improved ways of doing business through analysis of lessons learned and current requirements. This phase will end when the DIA Director acknowledges all required tasks have been completed and the risk of infections is sufficiently abated.

8

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO
DRAFT 27 1500 April 2020

(b)(5)



(a)    (U) During PH III:

(1)

(2)    (U) Minimize time spent in venues of 50 or more.

(3)    (U) Nonessential travel may resume.

(4)    (U) Encourage telework, consistent with mission requirements.

(5)    (U) Reopen common areas where personnel are likely to congregate.

(6)    (U) Fitness facilities can remain open.

f    (U) Tasks.

(1)    (U) Chief of Staff.

(a)    (U) Recommend phase transition to Director and Deputy Director, DIA when conditions allow.

(b)    (U) Be prepared to develop and publish plan to modify tasking procedures if required.

(c)    (U) Be prepared to evaluate DIA policies that may need to be updated and what new DIA policies may need to be established.

(d)    (U) Ensure that approved plan is forwarded to USD (I&S) prior to execution.

(e)    (U) Provide periodic updates to USD (I&S) on plan execution, as a minimum when we transition among phases.

(2)    (U) Deputy Director for Strategic Integration.

(a)    (U) Facilitate Agency implementation of established DIA Lessons Learned Program procedures to gather observations that may inform improvements to DIA operations.

(b)    (U) Compile lessons learned for a 4th QTR FY20 brief to Director, DIA to identify and institutionalize new and improved ways of doing business.

9

UNCLASSIFIED//FOUO

(b)(5)

UNCLASSIFIED//FOUO

DRAFT 27 1500 April 2020

(c)

(3)  (U) The Directorate for Analysis.  Be prepared to provide recommendations to single source agencies on how to prioritize collection backlogs.

(4)  (U) The Directorate for Operations.  Plan for FOC globally through expanded collect, protect, and enabling activities, while complying with Department of State and Host Nation guidance.

(5)  (U) The Directorate for Mission Services.

(a)  (U) Provide a plan and updated timeline to resume promotion panels.

(b)  (U) Develop a plan for modified security procedures to ensure a healthy and secure work environment.

(c)  (U) Develop a plan on how to eliminate any backlogs in security processes to include periodic reinvestigations and polygraphs.

(d)  (U) Create a timeline for the Academy for Defense Intelligence to resume training classes, prioritizing mandatory training.

(e)  (U) Provide recommendations on reopening food courts, shops, locker rooms, and recreational facilities to ensure a healthy and functioning work environment.

(f)  (U) Plan to ensure support functions, to include mental health professionals, are capable of sustaining increased workforce numbers before workforce returns.

(g)  (U) Develop an Agency plan for COVID-19 testing (diagnostic and antibodies), if they become available, and contact tracing in to order prepare for possible virus resurgence and future emerging threats.

(h)  (U) Provide guidance on returning "high risk" employees (and those who live with high risk people) to workplace. Maintain situational awareness for a possible resurgence.

(6)  (U) The Americas and Transregional Threat Center.

(a)

(b)

10

UNCLASSIFIED//FOUO
DRAFT 27 1500 April 2020

(7)  (U) The Office of the Chief Financial Officer.

   (a)    (U) Reconsider FY20 spend plans while re-building future spend plans.

   (b)

(8)  (U) The Office of the Chief Information Officer.

   (a)    (U) Publish prioritization schedule for trouble ticket processing, patching, and all networking issues.

   (b)    (U) Develop and implement plans to support teleworking on a large scale in Phase III.

(9)  (U) The Office of Corporate Communications.

   (a)    (U) Develop communications plan to update and assure employees that returning to the workplace is safe and to address their unique concerns.  Be prepared to execute this plan prior to implementation of Phase I.

   (b)    (U) Develop communications plan(s) to convey changes to overseers, workforce, partners, and public.

(10) (U) The Office of Partner Engagement.

   (a)    (U) Provide recommendations for foreign visitor policy as the Agency reconstitutes to minimize risk to workforce health.  Be prepared to support as required the restart of foreign visits in Phase III.

   (b)    (U) Provide recommendations on support to Washington DC-based Defense Attaches, to include Policy Lunches, Operational Orientation Program trips, and Key Leader Engagements.

   (c)

   (d)

(b)(5)

11

UNCLASSIFIED//FOUO
DRAFT 27 1500 April 2020

g   (U) Coordinating instructions.  (Tasks common to all)

(1)   (U) Directorates, IICs, and special offices will provide an Initial Mission Analysis of their respective reconstitution framework to the Chief of Staff on 27-30 April 2020.  See Enclosure A.

(2)   (U) Lesson Learned Portal will be updated weekly in accordance with instructions provided by DDSI, effective 01 May 2020.

(3)   (U) Each directorate, IIC, and special office will present a plan for post-COVID-19 operations to DR on or about 12-14 May 2020.  Reconstitution support plans are due to SPP, no later than 08 1600May2020.  See Enclosure B.

(4)   (U) Directorates, IICs, and special offices will coordinate with MS, CIO, and CFO for planned personnel returns prior to execution to ensure the plans are supportable.

(5)   (U) Directorates, IICs, and special offices be prepared to return funds that will not be liquidated during FY20 to Agency level no later than 30 June 2020 while continuing to reassess bi-weekly.

(6)   (U) Directorates, IICs, and special offices continually reassess what can be done outside the buildings to reduce our footprint consistent with mission requirements.

(7)   (U) Directorates, IICs, and special offices will provide MS customer prioritization to eliminate backlogs in personnel actions created by months of absence.  As a minimum, consider the following actions:  Personnel Action Requests, awards, PCS moves, hiring actions, and on-boarding.

(8)   (U) Directorates, IICs, and special offices will permanently sustain telework capacity and off-site work where feasible and consistent with mission requirements.

(9)   (U) Directorates, IICs, and special offices will maintain a record of all COVID-19 expenditures.

4   (U) Administration and sustainment.  Not applicable.

5   (U) Command and signal.

a   (U) Command relationships.

b   (U) Base plan approval.

12

UNCLASSIFIED//FOUO

~~UNCLASSIFIED//FOUO~~

DRAFT 27 1500 April 2020

    (1)  (U) Director, DIA is the approval authority for the base plan.

    (2)  (U) Director, DIA is the approval authority for all supporting plans.

  c  (U) DIA points of contact.

(b)(3):10 USC 424; (b)(6)

ROBERT P. ASHLEY, JR
LTG, USA
Director, Defense Intelligence Agency

OFFICIAL:
Enclosures:
A – Initial Mission Analysis / Backbrief Template
B – Plan Approval Brief Template
C – Decision Support – TBD
D – Prioritization Matrix – TBD
E – DIA guidance concerning return to work place of employees who self-identified as high risk

13

~~UNCLASSIFIED//FOUO~~

~~SECRET//NOFORN~~



# Coronavirus Intelligence Coordination Group

LTG Ashley,

> (b)(1); Sec. 1.4(b); Sec. 1.4(c); Sec. 1.4(d); (b)(3):10 USC 424

Our next update will be 28 February 2020 at 1700.

## (U) Executive Summary

~~(S//NF)~~ The J2 assesses the COVID-19 outbreak very likely will become a global pandemic during the next 30 days. To date, there are 82,539 confirmed cases of the novel COVID-19 (coronavirus) in 47 countries, with 2,812 deaths, according to the World Health Organization. _____ will lead DIA's _____ coordination efforts for the COVID-19 outbreak. _____ developing a Global Outlook Tabloid _____

On 25 February 2020, the _____ DIA/National Center for Medical Intelligence (DIA/NCMI) changed the _____ for "Risk of Pandemic" from _____ (Probable Crisis) to _____ (Imminent Crisis) for the COVID-19 outbreak.

~~SECRET//NOFORN~~

SECRET//NOFORN

## (U) Analytic Updates

(b)(1); Sec. 1.4(b); Sec. 1.4(c); Sec. 1.4(d); (b)(3):10 USC 424; (b)(3):50 USC 3024(i)

**27 February 2020**

(S/              ) During the past 2 months, the COVID-19 outbreak has spread to 37 countries on 5 continents and is very likely to become a pandemic during the next 30 days.

**26 February 2020**

On 25 February 2020, NCMI raised the Risk of Pandemic warning problem from              (Probable Crisis) to              (Imminent Crisis) for COVID-19 following sustained human-to-human transmission of the pathogen outside the

## (U) Significant Events

SECRET//NOFORN

(b)(1); Sec. 1.4(b); Sec. 1.4(c); (b)(3):10 USC 424;
(b)(3):50 USC 3024(i)

SECRET//NOFORN

35 people currently under "home isolation" across the Agency

SECRET//NOFORN

SECRET//NOFORN

**(U) Significant RFIs**

(b)(1); Sec. 1.4(c)

**(U) Next 24 hours CICG**

(U) Developing COVID-19 status updates
(U) Next SITREP at 1700 EST 28 February 2020
(U) Formalizing (b)(3):10 USC 424 as lead

SECRET//NOFORN

38

~~SECRET//NOFORN~~



**COVID-19 Integration and Coordination Group**

Next two pages are denied in full and not provided.

(b)(1); Sec. 1.4(b); Sec. 1.4(c); Sec. 1.4(d); (b)(3):10

27 March 2020/1500 EST

**(U) Executive Summary:**

(U//FOUO)

As the number of personnel in fourteen-day isolation continues to grow, as does the population requiring clearance to return to the workforce, the CICG is refining the business processes to efficiently reintegrate that population.

1

(b)(1): Sec. 1.4(b); Sec. 1.4(c); Sec. 1.4(d); (b)(3):10 USC 424; (b)(3):50 USC 3024(i)

SECRET//NOFORN

We separated our WATCH teams by shifts and locations to reduce contamination and have an isolated team as back up.

(U//FOUO) OCC Update: OCC is conducting full-spectrum communications support to CE, CICG, and the Surgeon General for workforce message prep, graphics/video production, internal/external posting. They are keeping oversight committees updated on Agency activities related to COVID-19 COOP while distributing daily classified and unclassified CICG/COVID-19 information to Congressional staff. OCC is

4

SECRET//NOFORN

SECRET//NOFORN

responding to media queries and associated PAO activities while responding to time-sensitive Congressional RFIs, briefing requests, and produce what is required.

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)



SECRET//NOFORN

Next 2 pages are denied in full and not provided.

~~SECRET//NOFORN~~

~~(U//FOUO)~~ Isolation Statistics



UNCLASSIFIED//FOUO



**(U) PERSTAT UPDATE – AGENCY ISOLATION LEVELS**

(U) 27 MAR 2020

IN ISOLATION:
583

AWAITING CLEARANCE:
102

CLEARED:
41

CONFIRMED:
13

UNCLASSIFIED//FOUO                                      DEFENSE INTELLIGENCE AGENCY    1

(b)(1); Sec. 1.4(b); Sec. 1.4(c); Sec. 1.4(d); (b)(3):10 USC 424; (b)(3):50 USC 3024(i)

6

~~SECRET//NOFORN~~

46





## COVID-19 Integration and Coordination Group

08 April 2020/1500 EDT

**(U) Executive Summary:**

(U//FOUO) The CICG issued new reporting guidelines to improve the accuracy of employee isolation statistics. Analytic elements continue to assess the impact of the COVID-19 crisis on the equities they cover in support of key customers.

(b)(1); Sec. 1.4(b); Sec. 1.4(c); Sec. 1.4(d); (b)(3):10 USC 424; (b)(3):50 USC 3024(i)



(b)(3):50 USC 3024(i); (b)(3):10 USC 424

**(U) Isolation Statistics**

**(U) Agency Isolation Levels**

(U//FOUO) There are 230 personnel within their 14-day isolation period as reflected below in red. Four hundred and fourteen have completed their 14-day isolation period and are awaiting clearance from the Office of the Surgeon General. To date, 400 personnel have completed their 14-day isolation and were cleared to return to work. The Agency is reporting 32 confirmed cases of which 10 have recovered for a total of 22 active COVID-19 cases.



(b)(3):50 USC 3024(i); (b)(3):10 USC 424

## COVID-19 Integration and Coordination Group

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(1); Sec. 1.4(b); Sec. 1.4(c); Sec. 1.4(d)

10 April 2020/1500 EDT

**(U) Executive Summary:**

(U//FOUO)

Yesterday, NCMI hosted the weekly Pandemic Warning Community of Interest (COI), during which the recent inaccurate reporting about the timing of NCMI's pandemic warnings to U.S. policymakers was a major topic of discussion; foreign partner representatives were relieved that NCMI had not withheld important assessments on the threat of a pandemic.

**(U) Of Note:**

(U) The CICG will disseminate the clarifying guidance regarding face masks, as well as the requirements for reporting information on personnel in isolation.

1

TOP SECRET

(b)(3):50 USC 3024(i); (b)(3):10 USC 424

(b)(3):50 USC 3024(i); (b)(3):10 USC 424

**(U) DIA Directorate/Center Updates:**

(b)(1); Sec. 1.4(c); Sec. 1.4(e)

(b)(1); Sec. 1.4(c); Sec. 1.4(d)

**(U) Isolation Statistics**

**(U) Agency Isolation Levels**

(U//FOUO) There are 176 personnel within their 14-day isolation period as reflected below in red. Two hundred and eighty-one have completed their 14-day isolation period and are awaiting clearance from the Office of the Surgeon General. To date, 474 personnel have completed their 14-day isolation and were cleared to return to work. The Agency is reporting 33 confirmed cases of which 11 have recovered for a total of 22 active COVID-19 cases.



(b)(3):50 USC 3024(i);
(b)(3):10 USC 424

39

(b)(3):50 USC 3024(i); (b)(3):10 USC 424

## COVID-19 Integration and Coordination Group

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(1); Sec. 1.4(b); Sec. 1.4(c); Sec. 1.4(d)

10 April 2020/1500 EDT

**(U) Executive Summary:**

(U//FOUO)

Yesterday, NCMI hosted the weekly Pandemic Warning Community of Interest (COI), during which the recent inaccurate reporting about the timing of NCMI's pandemic warnings to U.S. policymakers was a major topic of discussion; foreign partner representatives were relieved that NCMI had not withheld important assessments on the threat of a pandemic.

**(U) Of Note:**

(U) The CICG will disseminate the clarifying guidance regarding face masks, as well as the requirements for reporting information on personnel in isolation.

(b)(3):50 USC 3024(i); (b)(3):10 USC 424

(b)(3):50 USC 3024(i); (b)(3):10 USC 424

~~TOP SECRET~~/

### (U) DIA Directorate/Center Updates:

(b)(1); Sec. 1.4(c); Sec. 1.4(e)

(b)(1); Sec. 1.4(c); Sec. 1.4(d)

### (U) Isolation Statistics

### (U) Agency Isolation Levels

~~(U//FOUO)~~ There are 176 personnel within their 14-day isolation period as reflected below in red. Two hundred and eighty-one have completed their 14-day isolation period and are awaiting clearance from the Office of the Surgeon General. To date, 474 personnel have completed their 14-day isolation and were cleared to return to work. The Agency is reporting 33 confirmed cases of which 11 have recovered for a total of 22 active COVID-19 cases.



~~TOP SECRET~~/

(b)(3):50 USC 3024(i);
(b)(3):10 USC 424

**41**

~~TOP SECRET~~

(b)(3):50 USC 3024(i); (b)(3):10 USC 424

**COVID-19 Integration and Coordination Group**

17 April 2020/1500 EDT

**(U) Executive Summary:**

(b)(3):10 USC 424  On 16 April 2020, NCMI and the Pandemic Warning COI agreed there are no indicators to warrant a change to the WATCHCON level for the current pandemic.

(b)(1); Sec. 1.4(b); Sec. 1.4(c); Sec. 1.4(d); (b)(3):10 USC 424; (b)(3):50 USC 3024(i)

(b)(3):50 USC 3024(i); (b)(3):10 USC 424

1

~~TOP SECRET~~



**(U) Isolation Statistics**

(b)(3):50 USC 3024(i); (b)(3):10 USC 424

(U) Agency Isolation Levels

(U//FOUO) There are 103 personnel within their 14-day isolation period as reflected below in red. 244 have completed their 14-day isolation period and are awaiting clearance from the Office of the Surgeon General. To date, 687 personnel have completed their 14-day isolation and were cleared to return to work. The Agency is reporting 35 confirmed cases of which 17 have recovered for a total of 18 active COVID-19 cases.



(b)(3):50 USC 3024(i); (b)(3):10 USC 424

42

(b)(3):50 USC 3024(i); (b)(3):10 USC 424

**COVID-19 Integration and Coordination Group**

20 April 2020/1500 EDT



(b)(1); Sec. 1.4(b); Sec. 1.4(c); Sec. 1.4(d); (b)(3):50 USC 3024(i)

(b)(3):50 USC 3024(i); (b)(3):10 USC 424

1

~~TOP SECRET~~ (b)(3):50 USC 3024(i); (b)(3):10 USC 424

**(U) Isolation Statistics**

**(U) Agency Isolation Levels**

~~(U//FOUO)~~ There are 76 personnel within their 14-day isolation period as reflected below in red. 195 have completed their 14-day isolation period and are awaiting clearance from the Office of the Surgeon General. To date, 787 personnel have completed their 14-day isolation and were cleared to return to work. The Agency is reporting 37 confirmed cases of which 19 have recovered for a total of 18 active COVID-19 cases.



~~TOP SECRET~~ (b)(3):50 USC 3024(i); (b)(3):10 USC 424

Pages 2-7 are withheld in full and not included.

48

~~TOP SECRET~~ ~~NOFORN~~

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)



## COVID-19 Integration and Coordination Group

23 March 2020/1500 EST

LTG Ashley,

(U) **The World Health Organization (WHO) has declared the novel coronavirus a global pandemic.**

~~TOP SECRET~~ (b)(3):50 USC 3024(i) ~~NOFORN~~

(b)(3):50 USC 3024(i); (b)(3):10 USC 424

~~TOP SECRET//~~ ~~NOFORN~~

(U) Over the past 72 hours and according to open-source information:

- (U) A U.S. senator is the third member of Congress to test positive for COVID-19. All U.S. senators will be tested as a precautionary measure.

- (U) Nearly one in three Americans was under gubernatorial decree on 22 March 2020 to stay home to slow the spread of the coronavirus pandemic as Delaware, Louisiana, and Ohio became the latest states to enact broad restrictions, along with the city of Philadelphia. The three states join California, Connecticut, Illinois, New Jersey, and New York—home to 101 million Americans combined—in issuing the order.
- (U) The Food and Drug Administration has authorized the use of a rapid diagnostic test that can detect the novel coronavirus in 45 minutes. Tests will begin shipping this week to select hospitals.

- (U) POTUS announced that the federal government has activated the National Guard to assist California, New York, and Washington—three of the states hit hardest by COVID-19.

- (U) The WHO announced a large global trial, called SOLIDARITY, to tackle COVID-19 treatment efforts. The effort is an unprecedented, coordinated push to collect robust scientific data rapidly during a pandemic. The study, which could include many thousands of patients in dozens of countries, has been designed to be as simple as possible so that even hospitals overwhelmed by an onslaught of COVID-19 patients can participate. Scientists have suggested dozens of existing compounds for testing but WHO is focusing on what it says are the four most promising therapies: an experimental antiviral compound called remdesivir; the malaria medications chloroquine and hydroxychloroquine; a combination of two HIV drugs, lopinavir

8



Page 10 is withheld in full and not included.

and ritonavir; and that same combination plus interferon-beta, an immune system messenger that can help cripple viruses.

- (U) Schools have closed in 46 states, affecting 55 million students. The governor of New York requested that POTUS authorize the U.S. Army Corps of Engineers to set up temporary hospitals across the state.

- (U) On 22 March 2020, The National Institute of Allergy and Infectious Diseases (NIAID) Vaccine Research Center in Bethesda, MD, requested incident management support from the USCG National Strike Force because of a worker testing positive for COVID-19 at the NIAID facility. A USCG Incident Management Team will assist NIAID in getting its research center back in operation.

- (U) USCG reports Cruise Ship NORWEGIAN JEWEL arrived in Honolulu; passengers will be allowed to disembark, board chartered flights, and return to their home of residence (HI, DoS, and CDC are coordinating offload efforts). USCG is tracking 12 cruise ships at sea with 12,636 passengers abroad.

- (U) FEMA and HHS have supplied states/private partners with enough supplies to operate 40 Community Based Testing Sites across the United States. FEMA NRCC remains at Level I in a unified effort with HHS SOC. All Regional Response Coordination Centers are activated.

(b)(1): Sec. 1.4(c); Sec. 1.4(d); (b)(3):10 USC 424; (b)(3):50 USC 3024(i)

43

(b)(3):50 USC 3024(i); (b)(3):10 USC 424



**COVID-19 Integration and Coordination Group**

24 April 2020/1500 EDT

**(U) Of Note:**

(U) The Office of the Surgeon General (OSG) produced an analysis of COVID-19 cases relative to DIA locations with corresponding employee residency statistics and county case counts. This product is intended to assist DIA leadership with planning for reconstitution of the workforce. This data will provide a baseline for calculating impacts that any changes to policies and procedures may have on overall mission posture and readiness.

(b)(1); Sec. 1.4(b); Sec. 1.4(c); Sec. 1.4(d); (b)(3):50 USC 3024(i)

1

(b)(3):50 USC 3024(i); (b)(3):10 USC 424



(b)(3):50 USC 3024(i); (b)(3):10 USC 424

**(U) Isolation Statistics**

(U) Agency Isolation Levels
~~(U//FOUO)~~ There are 75 personnel within their 14-day isolation period as reflected below in red; 129 have completed their 14-day isolation period and are awaiting clearance from the Office of the Surgeon General. To date, 977 personnel have completed their 14-day isolation and were cleared to return to work. The Agency is reporting 43 confirmed cases of which 23 have recovered for a total of 20 active COVID-19 cases.



(b)(3):50 USC 3024(i); (b)(3):10 USC 424