44

~~TOP SECRET~~



**COVID-19 Integration and Coordination Group**

27 April 2020/1500 EDT

(b)(1); Sec. 1.4(c); Sec. 1.4(d); Sec. 1.4(b); (b)(3):50 USC 3024(i); (b)(3):10 USC 424

1

~~TOP SECRET~~



(b)(3):50 USC 3024(i); (b)(3):10 USC 424

**(U) Isolation Statistics**

(U) Agency Isolation Levels

(U//FOUO) There are 71 personnel within their 14-day isolation period as reflected below in red; 133 have completed their 14-day isolation period and are awaiting clearance from the Office of the Surgeon General. To date, 1,006 personnel have completed their 14-day isolation and were cleared to return to work. The Agency is reporting 46 confirmed cases of which 25 have recovered for a total of 21 active COVID-19 cases.



(b)(3):50 USC 3024(i); (b)(3):10 USC 424



**COVID-19 Integration and Coordination Group**

**29 April 2020/1500 EDT**

(b)(1): Sec. 1.4(b); Sec. 1.4(c); Sec. 1.4(d); (b)(3):10 USC 424; (b)(3):50 USC 3024(i)

22

~~TOP SECRET~~ (b)(3): 10 USC 424; (b)(3):50 USC 3024(i)



**COVID-19 Integration and Coordination Group**

06 April 2020/1500 EDT

**(U) Executive Summary:**

(U) The CICG has now transitioned to Blue/Gold alternating teams, enhancing operational capacity while reducing personnel footprint in the building. A Silver team will soon be operational, allowing for a standing reserve force. For the first time, the number of individuals awaiting clearance from the Office of the Surgeon General surpassed the number of individuals in isolation. This pattern will likely continue as the OSG continues to increase its capacity to clear personnel. The CICG team has simplified the Workforce Update format to be more user-friendly, with the placement of key information up front, and recurring content available through links.

(b)(1); Sec. 1.4(b); Sec. 1.4(c); Sec. 1.4(d); (b)(3):50 USC 3024(i)

~~TOP SECRET~~ (b)(3):10 USC 424; (b)(3):50 USC 3024(i)

> The next 5 pages are denied in full and not provided.

**(U) DIA Directorate/Center Updates:**

(b)(1); Sec. 1.4(c); (b)(3):50 USC 3024(i); (b)(3):10 USC 424

(U) **NCMI:** On 6 April 2020, a [redacted] officer returned to work before getting clearance from the Surgeon General. His badge had been turned off, but the contract security guard issued him a temporary badge to enter the [redacted] facility. When it was discovered he had not gone through proper clearing procedures, he was removed from the building, and his work area was sanitized before any employees were allowed into that area (none had been in the area between the time the officer arrived and when the area was sanitized). He reported to the clinic on base for a COVID-19 test and is at home awaiting results. All personnel were reminded about self-isolation procedures and clearance by the OSG before returning to work.

(b)(3):10 USC 424

~~TOP SECRET~~ (b)(3):50 USC 3024(i); (b)(3):10 USC 424



| | |
|---|---|
| **From:** | (b)(3):10 USC 424; (b)(6) |
| **To:** | |
| **CC:** | |
| **Subject:** | DR Prep Due Out |
| **Date:** | 2020/02/24 22:18:57 |
| **Due Date:** | 2020/02/25 00:00:00 |
| **Priority:** | Normal |
| **Type:** | Note |

Classification: UNCLASSIFIED~~//FOUO~~

OSG Team – I attended today's DR congressional prep session and we have one due out.

Just need an email response to who declares a pandemic? Is it WHO, NIH, DoD, NORTHCOM...are there different levels of authority? Can just be an simple paragraph response via email.

When I respond back, I'll provide the text in the attached as additional background.

Thanks.

R,


(b)(3):10 USC 424; (b)(6)

Classification: UNCLASSIFIED/~~//FOUO~~



| | |
|---|---|
| **Sender:** | (b)(3):10 USC 424; (b)(6) |
| **Recipient:** | |
| **Sent Date:** | 2020/02/24 22:18:56 |
| **Delivered Date:** | 2020/02/24 22:18:57 |
| **From:** | (b)(3):10 USC 424; (b)(6) |
| **To:** | |
| **CC:** | |
| **Subject:** | Coronavirus Talking Points |
| **Date:** | 2020/02/24 20:36:27 |
| **Priority:** | Normal |
| **Type:** | Note |

Classification: UNCLASSIFIED/~~//FOUO~~

(b)(3):10 USC 424; (b)(6)                                                                    (b)(3):10 USC
424; (b)(6)

Here are the updated talking points as of today (I briefed MS leadership on Thursday at the Off-
Site). Korea was added today to DIA's Infectious Disease Response Plan as below.
is preparing a message for the workforce on this, which will need to be disseminated
ASAP. She has been in direct communication with (b)(6)                          due to the time
sensitivity.

OSG also strongly recommends that this information gets briefed to members of the Command Element and other Senior Leaders soonest – especially given Dr. Fauci's concerns about a pandemic. This is too much info for the LGM – however, I did highlight in red the most important points as of today.

Please let me know the best way to get this briefed.

V/r,



-

## OVERVIEW on OSG Response Plan to Novel Coronavirus (COVID-19)
## Talking Points

- Only 50 days ago, the World Health Organization's country office was notified of a cluster of cases of pneumonia of unknown cause in Wuhan city. In just seven weeks, this outbreak (A disease outbreak happens when a disease occurs in greater numbers than expected in a community or region or during a season. An outbreak may occur in one community or even extend to several countries. It can last from days to years) has captured the world's attention, because it has the potential to cause severe political, social and economic upheaval.

- Novel Coronavirus is a <u>new</u> virus that causes respiratory illness in people and can spread from person to person. The virus was first identified during an investigation of an outbreak in Wuhan, Hubei Province, China in mid-December, 2019.

- On 30 January the World Health Organization declared it an outbreak of Public Health Emergency of International Concern (PHEIC). The goal of PHEIC is to mobilize researchers and clinicians to develop effective drug treatments and vaccines against the new virus which currently do not exist.

- DIA has been tracking Novel Coronavirus (also known as 2019 n-CoV Virus name), and COVID-19 (name of illness) through NCMI Intel channels as it has done for other coronaviruses MERS/SARS, but more aggressively from a medical/epidemiologic perspective over the past six weeks.

- In recent weeks this illness has become an Epidemic (An epidemic occurs when an infectious disease spreads rapidly to many people.) Due to the increasing number of confirmed cases we must remain vigilant about containing the spread of the illness.

  - The WHO provides daily Situation in Numbers— The Total number and new cases in the last 24 Hours are:

    Globally  79,331 confirmed (715 new)
    China  77,262 confirmed (415 new), 2595 deaths (150 new)
    Outside of China 2,069 confirmed (300 new), 29 countries, 1 new deaths

- As of 02/24/20 –The total number of confirmed cases in the U.S. is 35 (with 14 determined as China being the likely source of exposure; (2) in reporting country, (1) case with site of transmission under investigation).

- The symptoms of 2019 n-COV include: fever, cough, shortness of breath. Patients with COVID-19 have reportedly had mild to severe respiratory illness—severe complications have resulted in pneumonia and in some cases death. The current outbreak of COVID-19 has now spread internationally, impacting an increasing number of countries. Most often spread from person to person –this happens during close exposure to a person infected with 2019-n-COV mainly through respiratory droplets produced when an infected person coughs, similar to influenza viruses and other respiratory pathogens. These droplets can land in the mouths, noses, or eyes of people who are nearby or possibly be inhaled into the lungs.

- Out of an abundance of caution approach to protect the Safety and Health of the DIA workforce and maintain mission readiness we instituted a response plan announced by the Deputy Chief of Staff 30 January.

  - While the epicenter of the epidemic is in China, we are now taking additional measures to control the potential spread of the disease guided by input from the U.S. Centers for Disease Control and Prevention, the World Health Organization through the pandemic alert system to include Hong Kong and Korea. We are now including Korea in our administrative leave (14 day home-self isolation response plan) in addition to China and Hong Kong. This response also includes monitoring temperature twice daily (and recording) and call-in to the DIA-HQ clinic/soon to be ▢ clinic as well for medical screening and medical clearance for return to work.

(b)(3):10 USC 424

- In a recent report by the WHO Director-General he stated it is far too early to make predictions about this epidemic. "We know that more than 80% of patients have mild disease and will recover. But the other 20% of patients have severe or critical disease, ranging from shortness of breath to septic shock and multi-organ failure. In 2% of reported cases, the virus is fatal, and the risk of death increases the older the patient is, and with underlying health conditions. WHO is working with Chinese counterparts to find answers to the severity of the disease, transmissibility of the virus, and the impact of measures taken thus far.

- Seven days ago Dr. Anthony Fauci (DR National Institute for Allergy and Infectious Diseases at the National Institutes of Health 02/17/20… stated it is on the "verge of becoming a Pandemic, (a pandemic is when you have multiple countries throughout the world that have what's called sustained transmission from person to person to person, spanning multiple generations), unless containment is more successful than it is right now."

- He also said researchers are working on a vaccine, but a one-year timeline is very ambitious: Fauci said, "If you go any faster, you'll be cutting dangerous corners."

An influenza pandemic occurs when:

- • * A new subtype of virus arises. This means humans have little or no immunity to it. Everyone is at risk.
- • * The virus spreads easily from person to person, such as through sneezing or coughing.
- • * The virus begins to cause serious illness worldwide. With past flu pandemics, the virus reached all parts of the globe within six to nine months. With the speed of air travel today, public health experts believe an influenza pandemic could spread much more quickly. A pandemic can occur in waves. And all parts of the world may not be affected at the same time.

- This Infectious Disease Response Plan includes:

  -Home isolation (self-quarantine) for all DIA personnel returning from China and traveling through Hong Kong, and newly added KOREA for the 14 day incubation period of the illness.

  -Medical screening through the DIA HQ and soon to be added ▓▓▓ clinic for DO and DI officers for all returning personnel before clearance to return to work at their duty location including (military, civilian, and contractors)

  (b)(3):10 USC 424

- Screening of "Visitors" entering DIA facilities for recent travel to China, Hong Kong and Korea- and a no admit policy for those who have returned within the past 14 days.
-All Hazards Working Group—consisting of organizational elements with stake in the game to prevent/control exposures and protect our workforce and assure mission readiness worldwide
-Updating the Pandemic Influenza/Emerging Pathogen Preparedness and Response Plan for COVID-19
-Providing technical support to organizational elements on personal protection equipment
-Ordering medical supplies and PPE
-Coordinating with local, state, federal entities –including DoD, IC—the number of cases of COVID-19 is expected to grow OCONUS and CONUS in the coming weeks.
- If it spreads in U.S. Communities, this will trigger additional actions on the part of local/state/federal health authorities – school and business closings, quarantine locations, contact tracing—we want to ensure our workforce is well-informed.

- Risk Communication Information to the workforce on:
  - What you need to know about COVID-19, How to Stop the Spread of Germs, What to Do if you are sick with or suspect you may be sick with COVID-19, and What the public should do. And we have prepared Operational Guidance documents for special populations (e.g. DO/DI).

- Daily SITREPS to DIA Senior Leadership

- In the days, weeks, and months ahead we will continue to monitor the progression of the Disease, provide the best available information to leadership and the workforce and take efforts to control its spread ensuring the safety, health and readiness of our global team.

  - In the coming days we will inform the workforce how to prevent the spread of this illness from person to person, and how local, state and federal agencies will work to minimize exposures and contain the spread.

  - We would be happy to provide additional details/briefs to the Command Element and other Senior Leaders

V/r,

(b)(3):10 USC 424: (b)(6)



(b)(3):10 USC 424; (b)(6)

==================================================================

Classification: UNCLASSIFIED/~~FOUO~~



| | (b)(3):10 USC 424; (b)(6) |
|---|---|
| Sender: | |
| Recipient: | |
| Sent Date: | 2020/02/24 20:36:25 |
| Delivered Date: | 2020/02/24 20:36:27 |

SECRET//NOFORN



## COVID-19 Integration and Coordination Group

LTG Ashley,

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)

SECRET//NOFORN

(b)(3):10 USC 424;  (b)(6)

**Subject:** (b)(7)(D) follow-up questions
**Date:** 2020/09/28 10:48:10
**Priority:** Normal
**Type:** Note

(b)(3):10 USC 424; (b)(3):50 USC 3024(I); Sec. 1.4(c); Sec. 1.4(e)

(b)(3):10 USC 424; (b)(6)

I am pleased with the questions and the order. I think this can illuminate any discrepancies between (b)(7)(D) and the analysis of (b)(6) and (b)(3):10 USC 424; (b)(6)

**Sent:** Monday, September 28, 2020 10:19:22 AM

(b)(3):10 USC 424; (b)(6)

**Subject:** (b)(7)(D) follow-up questions

Classification: SECRET//NOFORN

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e); (b)(6); (b)(7)(C); (b)(7)(D)

The next page is withheld in full citing (b)(1), (b)(3) 10 USC 424 and 50 USC 3024(i), (b)(6), (b)(7)(C), (b)(7)(D), and (b)(7)(E), and is not provided.

(b)(3):10 USC 424;  (b)(6)

**Subject:** (b)(7)(D)  follow-up questions

~~Classification:  SECRET//NOFORN~~

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6)

An additional question we are looking to have answered is:

Who are (b)(7)(D)  and what are their backgrounds?

V/R

(b)(3):10 USC 424;  (b)(6)

**Sent:** Wednesday, September 23, 2020 12:19 PM

(b)(3):10 USC 424;  (b)(6)

The final 4 pages are withheld in full citing (b)(1), (b)(3) 10 USC 424 and 50 USC 3024(i), (b)(6), (b)(7)(C), (b)(7)(D), and (b)(7)(E), and are not provided.

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**From:**

**To:**

**Subject:** —follow-up questions

**Date:** 2020/09/24 08:05:09    (b)(7)(D)

**Priority:** Normal

**Type:** Note

_____you are tracking. I am comfortable with the order also. I hope the answers from (b)(7)(D) will help clarify some issues. Thanks

Sent: Wednesday, September 23, 2020 1:38:05 PM

(b)(3):10 USC 424:  (b)(6)

Subject (b)(7)(D)    follow-up questions

Just to make sure I am tracking, the list of questions below is your list of questions with 4 additional questions added, correct? Are you ok with the order of importance of the questions below? If not, how do you think it should change?

Thanks,



(b)(3):10 USC 424;  (b)(6)

Sent: Wednesday, September 23, 2020 10:04 AM

(b)(3):10 USC 424;  (b)(6)

**Subject:** (b)(7)(D)  follow-up questions

After reviewing the proposed questions for (b)(7)(D) I think this inquiry will provide valuable information to "close the gap" between (b)(3):10 USC 424;  (b)(6) and (b)(7)(D) views. I think (b)(7)(D)

(b)(7)(D)                         Let me know if you need anything additional. (b)(3):10 USC 424;  (b)(6)

(b)(3):10 USC 424;  (b)(6)

**Sent:** Tuesday, September 22, 2020 3:16 PM

**Subject:** (b)(7)(D)  follow-up questions                    (b)(3):10 USC 424;  (b)(6)

Classification:  SECRET//NOFORN

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6);  (b)(7)(C);  (b)(7)(D);  (b)(7)(E)

The final 4 pages are withheld in full citing (b)(1), (b)(3) 10 USC 424 and 50 USC 3024(i), (b)(6), (b)(7)(C), (b)(7)(D), and (b)(7)(E), and are not provided.



| | |
|---|---|
| **From:** | (b)(3):10 USC 424;  (b)(6) |
| **To:** | |
| **CC:** | |
| **Subject:** | RE: Follow Up- COVID 19 (b)(3):50 USC 3024(i) |
| **Date:** | 2020/05/08 08:21:00 |
| **Priority:** | Normal |
| **Type:** | Note |

~~Classification: SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived From: Multiple Sources~~
~~Declassify On:~~ (b)(3):50 USC 3024(i)
====================================================

This would be very valuable inquiry in my view. (b)(3):10 USC 424;  (b)(6)

(b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)          (b)(3):10 USC 424;  (b)(6)
**Sent:** Thursday, May 7, 2020 3:00 PM
**To:**

**Cc:** (b)(3):10 USC 424;  (b)(6)

**Subject:** RE: Follow Up- COVID 19 (b)(3):50 USC 3024(i)

~~Classification:   SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived From:  Multiple Sources~~
~~Declassify On:~~ (b)(3):50 USC 3024(i)
=============================================================

Agreed, I would also be interested!

(b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Thursday, May 7, 2020 2:14 PM
**To:**

**Cc:**
**Subject:** RE: Follow Up- COVID 19 (b)(3):50 USC 3024(i)

(b)(3):10 USC 424;  (b)(6)

~~Classification:   SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived From:  Multiple Sources~~
~~Declassify On:~~ (b)(3):50 USC 3024(i)
=============================================================

Hi        – yes I would be interested in this for sure!

(b)(3):10 USC 424;  (b)(6)

V/r,

(b)(3):10 USC 424;  (b)(6)

(b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Thursday, May 07, 2020 12:42 PM
**To:**

(b)(3):10 USC 424;  (b)(6)

**Cc:**
**Subject:** FW: Follow Up- COVID 19 (b)(3):50 USC 3024(i)

Classification: SECRET//NOFORN

Classified By: (b)(3):10 USC 424;  (b)(6)
Derived From: Multiple Sources
Declassify On: (b)(3):50 USC 3024(i)
=======================================================================

Hi team,

(b)(3):10 USC 424

Please see message below from [ ] would any of you be interested in this?

Thanks,
(b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Tuesday, May 05, 2020 1:16 PM
**To:** (b)(3):10 USC 424
**Cc:**

**Subject:** FW: Follow Up- COVID 19 (b)(3):50 USC 3024(i)     (b)(3):10 USC 424;  (b)(6)

Classification: SECRET//NOFORN

Classified By: (b)(3):10 USC 424;  (b)(6)
Derived From: Multiple Sources
Declassify On: (b)(3):50 USC 3024(i)
=======================================================================

The following 2 pages are withheld in full citing (b)(1), (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6), and are not provided.

```
===========================================================
```
~~Classification: SECRET//NOFORN~~

```
===========================================================
```
~~Classification: SECRET//NOFORN~~

| | |
|---|---|
| **Sender:** | (b)(3):10 USC 424;  (b)(6) |
| **Recipient:** | |

| | |
|---|---|
| **Sent Date:** | 2020/05/08 08:21:55 |
| **Delivered Date:** | 2020/05/08 08:21:00 |

| | (b)(3):10 USC 424;  (b)(6) |
|---|---|
| **From:** | |
| **To:** | |
| **Subject:** | RE: Follow Up- COVID 19 (b)(3):50 USC 3024(i) |
| **Date:** | 2020/05/12 13:50:00 |
| **Priority:** | Normal |
| **Type:** | Note |

~~Classification:  TOP  SECRET~~ / (b)(3):10 USC 424;  (b)(6)

~~Classified  By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived  From:  Multiple  Sources~~
~~Declassify  On:~~ (b)(3):50 USC 3024(i)
=====================================================

Hi (b)(3):10 USC 424;  (b)(6)

Thanks a lot for mentioning this. Hopefully we can link everyone up and compare notes (b)(3):10 USC 424;  (b)(6)
from the call today, + your contacts there).

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  (b)(6)

I'm glad you could join today. Thank you for looping us in.

Best,

(b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Tuesday, May 12, 2020 1:30 PM
**To** (b)(3):10 USC 424;  (b)(6)
**Subject:** FW: Follow Up- COVID 19 (b)(3):50 USC 3024(i)

~~Classification:  TOP  SECRET~~, (b)(3):50 USC 3024(i)

~~Classified  By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived  From:  Multiple  Sources~~
~~Declassify  On:~~ (b)(3):50 USC 3024(i)
=====================================================

Hey (b)(3):10 USC 424;  (b)(6)

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)

**Sent:** Monday, May 11, 2020 12:10 PM

(b)(3):10 USC 424;  (b)(6)

**Subject:** RE: Follow Up- COVID 19 (b)(3):50 USC 3024(i)

~~Classification: TOP SECRET/~~ (b)(3):50 USC 3024(i)

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived From: Multiple Sources~~
~~Declassify On:~~ (b)(3):50 USC 3024(i)
=================================================================

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6)

If there is anything additional or if you have questions, please let me know. I will let you know the progress as we move forward.

v/r
(b)(3):10 USC 424;  (b)(6)

The following 2 pages are withheld in full citing (b)(1), (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6), and are not provided.

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived From:  Multiple Sources~~
~~Declassify On:~~ (b)(3):50 USC 3024(i)
==================================================

(b)(3):10 USC 424;  (b)(6)

From: (b)(3):10 USC 424;  (b)(6)
Sent: Thursday, May 7, 2020 12:42 PM
To:

Cc:
Subject: FW: Follow Up- COVID 19 (b)(3):50 USC 3024(i)

(b)(3):10 USC 424;  (b)(6)

~~Classification:  SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived From:  Multiple Sources~~
~~Declassify On:~~ (b)(3):50 USC 3024(i)
==================================================

Hi team,

Please see message below from [ ] would any of you be interested in this?

Thanks,                          (b)(3):10 USC 424
(b)(3):10 USC 424;  (b)(6)

The following 2 pages are withheld in full citing (b)(1), (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6), and are not provided.

(b)(3):10 USC 424;  (b)(6)

===============================================================

~~Classification: SECRET//NOFORN~~

===========================================================

~~Classification: SECRET//NOFORN~~

============================================================

~~Classification: SECRET//NOFORN~~

============================================================

~~Classification: SECRET//NOFORN~~

============================    (b)(3):50 USC 3024(i)    ==========

~~Classification: TOP SECRET/~~

============================                            ==========

~~Classification: TOP SECRET/~~

============================                            ==========

~~Classification: TOP SECRET/~~

============================                            ==========

~~Classification: TOP SECRET/~~

============================                            ==========

~~Classification: TOP SECRET/~~

| | |
|---|---|
| **Sender:** | (b)(3):10 USC 424;  (b)(6) |
| **Recipient:** | |
| **Sent Date:** | 2020/05/12 13:50:55 |
| **Delivered Date:** | 2020/05/12 13:50:00 |

(b)(3):10 USC 424

**From:**

**To:**

**Subject:** FW: hope this helps

**Date:** 2020/12/09 08:27:12

**Priority:** Normal

**Type:** Note

Classification: ~~UNCLASSIFIED//FOUO~~

======================================================



for your thoughts. V/R

**Sent:** Tuesday, December 8, 2020 7:47 AM

**Subject:** RE: hope this helps

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

This page is almost blank.  The next page is withheld in full citing (b)(1) 1.4 (c)/(e), (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6), and is not provided.

Invitros



**Sent:** Wednesday, December 2, 2020 9:49 AM

**Subject:** FW: hope this helps

Classification: ~~SECRET~~/

the following for your SA and thoughts. V/R

**Sent:** Wednesday, December 2, 2020 7:58 AM

**Subject:** hope this helps

Classification: ~~SECRET~~/

(b)(3):10 USC 424; (b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e); (b)(6)

The final two pages are withheld in full citing (b)(3) 10 USC 424 + 50 USC 3024(i) and (b)(6), and are not provided.

**From:** (b)(3):10 USC 424

**To:**

**Subject:** FW: hope this helps

**Date:** 2020/12/09 08:18:31

**Priority:** Normal

**Type:** Note

Classification: ~~UNCLASSIFIED//FOUO~~

=======================================================

for your thoughts. Thanks,

**Sent:** Tuesday, December 8, 2020 7:47 AM

**Subject:** RE: hope this helps

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

This page is almost blank. The next page is withheld in full citing (b)(1) 1.4 (c)/(e), (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6), and is not provided.

Invitros

**Sent:** Wednesday, December 2, 2020 9:49 AM

**Subject:** FW: hope this helps

Classification: ~~SECRET~~/

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6)

the following for your SA and thoughts. V/R

**Sent:** Wednesday, December 2, 2020 7:58 AM

**Subject:** hope this helps

Classification: ~~SECRET~~

The final two pages are withheld in full citing (b)(3) 10 USC 424 + 50 USC 3024(i) and (b)(6), and are not provided.



**From:**

**To:**

**CC:**

**Subject:** FW: hope this helps

**Date:** 2020/12/09 05:38:59

**Priority:** Normal

**Type:** Note

Classification: UNCLASSIFIED//FOUO

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Sent:** Tuesday, December 8, 2020 7:47 AM

**Subject:** RE: hope this helps

I
n
v
i
t
r

This page is almost blank.  The next page withheld in full citing (b)(1) 1.4 (c)/(e) and (b)(3) 50 USC 3024(i), and is not provided.

**Sent:** Wednesday, December 2, 2020 9:49 AM

**Subject:** FW: hope this helps

Classification: ~~SECRET~~

(b)(3):10 USC 424; (b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e); (b)(6)

the following for your SA and thoughts. V/R

**Sent:** Wednesday, December 2, 2020 7:58 AM

**Subject:** hope this helps

Classification: ~~SECRET~~

The final 2 pages are withheld in full citing (b)(3) 10 USC 424 ÷ 50 USC 3024(i) and (b)(6), and are not provided.

11



| | |
|---|---|
| **From:** | (b)(3):10 USC 424; (b)(6) |
| **To:** | |
| **Subject:** | FW: Hydroxychloroquine and azithromycin drug combination tasker response |
| **Date:** | 2020/03/31 16:56:46 |
| **Priority:** | Normal |
| **Type:** | Note |

Classification: UNCLASSIFIED
════════════════════════════════════════════════════════════

**From:**
**Sent:** Tuesday, March 31, 2020 12:54 PM
**To:**                    (b)(3):10 USC 424; (b)(6)
**Cc:**

**Subject:** Hydroxychloroquine and azithromycin drug combination tasker response

Classification: UNCLASSIFIED
════════════════════════════════════════════════════════════

Sir,

Please find below the response to the tasker referenced in the subject line for posting in the FAQ. In addition, I was requested to ask for another POC from your office to send materials to for posting to the FAQ in the future.

R,

(b)(3):10 USC 424; (b)(6)

---

Re: Hydroxychloroquine and azithromycin drug combination tasker response

BLUF: There appears to be a benefit in terms of recovery and blunted viral replication with this combination therapy, but the data are very preliminary and will need to be confirmed in larger randomized clinical trials. It should also be noted that hydroxychloroquine does have some serious side effects that must be considered.

On 28 March, the FDA issued an Emergency Use Authorization (EUA) for both chloroquine and hydroxylchloroquine at the request of Dr. Rick Bright, Director of the

Biomedical Advanced Research and Development Authority at the Department of Health and Human Services. The use is limited to a valid clinical indication described in the EUA, a valid prescription from a licensed practitioner, and sourcing from the Strategic National Stockpile.

Limited testing with this combination therapy has resulted in promising but very preliminary results. The individual efforts described below are two small studies showing a positive benefit, a summary of Chinese clinical experience, and a larger planned clinical study to be conducted in Australia.

- One study (https://www.sciencedirect.&#65279;com/science/article/pii/s0924857920300 996?via%3dihub) with a small cohort (34 patients total) concluded that *"Despite its small sample size our survey shows that hydroxychloroquine treatment is significantly associated with viral load reduction/disappearance in COVID-19 patients and its effect is reinforced by azithromycin."*
- A description of the summary of Chinese clinical evidence (no data shown) makes similar claims ( https://www.jstage.jst.go.jp/article/bst/14/1/14_2020.&#65279;01047/_pdf/-char/en)
- Another small study showing some benefit from combination therapy (https://www.medrxiv.org/content/10.1101/2020.03.22.20040949v1.full.&#65 279;pdf )
- A larger study is being planned in Australia (https://www.uq.edu.&#65279;au/news/article/2020/03/researchers-set-begin-clinical-trials-potential-coronavirus-treatment ).

Please let me know if you have any additional questions or if I can be of further help.

R,

[b)(3):10 USC 424; (b)(6)]

Classification: UNCLASSIFIED

Classification: UNCLASSIFIED

| | |
|---|---|
| **Sender:** | (b)(3):10 USC 424; (b)(6) |
| **Recipient:** | |
| **Sent Date:** | 2020/03/31 16:56:27 |
| **Delivered Date:** | 2020/03/31 16:56:46 |

12



| | |
|---|---|
| **From:** | (b)(3):10 USC 424; (b)(6) |
| **To:** | |
| **CC:** | |
| **Subject:** | FW: Hydroxychloroquine and azithromycin drug combination tasker response |
| **Date:** | 2020/04/01 19:33:19 |
| **Priority:** | Normal |
| **Type:** | Note |

Classification: UNCLASSIFIED

════════════════════════════════════════════════════════════════



The FAQ submission below was approved by OCC and OGC and is approved to be posted.

R,

**From:**
**Sent:** Wednesday, April 1, 2020 1:14 PM
**To:**                                    (b)(3):10 USC 424; (b)(6)

**Cc:**
**Subject:** RE: Hydroxychloroquine and azithromycin drug combination tasker response

Classification: UNCLASSIFIED

════════════════════════════════════════════════════════════════

OCC: no objections.

(Perhaps add one of the serious side effects?  I think I read: ....heart attacks.)

**From:** ▮▮▮▮▮
**Sent:** Wednesday, April 1, 2020 12:31 PM
**To:** ▮▮▮▮▮                    (b)(3):10 USC 424; (b)(6)

**Cc:** ▮▮▮▮▮
**Subject:** RE: Hydroxychloroquine and azithromycin drug combination tasker response

Classification: UNCLASSIFIED
═══════════════════════════════════════════════════════════



OGC has no legal objection.

v/r,

(b)(3):10 USC 424; (b)(6)

WARNING: This e-mail and any attachments may be protected by the attorney-client privilege or attorney work product privilege and may also contain FOIA exempt information. This information is intended for use only by the individual or entity to which it is addressed. If you are not the intended recipient or employee or agent responsible for delivering the e-mail to the intended recipient, any dissemination, distribution, copying or use of this e-mail or its contents for other than official purposes is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by replying to this message and immediately destroy all copies of this e-mail. Unauthorized disclosure or misuse of this information may result in legal penalties.

**From:** ▮▮▮▮▮
**Sent:** Wednesday, April 1, 2020 10:36 AM
**To:** ▮▮▮▮▮           (b)(3):10 USC 424; (b)(6)

**Cc:** ▮▮▮▮▮
**Subject:** FW: Hydroxychloroquine and azithromycin drug combination tasker response

Classification: UNCLASSIFIED
═══════════════════════════════════════════════════════════

ALCON. Please review write-up below for legal and language and return to me for posting on FAQs.

Thanks

Re: Hydroxychloroquine and azithromycin drug combination tasker response

BLUF: There appears to be a benefit in terms of recovery and blunted viral replication with this combination therapy, but the data are very preliminary and will need to be confirmed in larger randomized clinical trials. It should also be noted that hydroxychloroquine does have some serious side effects that must be considered.

On 28 March, the FDA issued an Emergency Use Authorization (EUA) for both chloroquine and hydroxylchloroquine at the request of Dr. Rick Bright, Director of the Biomedical Advanced Research and Development Authority at the Department of Health and Human Services. The use is limited to a valid clinical indication described in the EUA, a valid prescription from a licensed practitioner, and sourcing from the Strategic National Stockpile.

Limited testing with this combination therapy has resulted in promising but very preliminary results. The individual efforts described below are two small studies showing a positive benefit, a summary of Chinese clinical experience, and a larger planned clinical study to be conducted in Australia.

- One study (https://www.sciencedirect.&#65279;com/science/article/pii/s0924857920300 996?via%3dihub) with a small cohort (34 patients total) concluded that *"Despite its small sample size our survey shows that hydroxychloroquine treatment is significantly associated with viral load reduction/disappearance in COVID-19 patients and its effect is reinforced by azithromycin."*
- A description of the summary of Chinese clinical evidence (no data shown) makes similar claims ( https://www.jstage.jst.go.jp/article/bst/14/1/14_2020.&#65279;01047/_pdf/-char/en)
- Another small study showing some benefit from combination therapy (https://www.medrxiv.org/content/10.1101/2020.03.22.20040949v1.full.&#65 279;pdf )
- A larger study is being planned in Australia (https://www.uq.edu.&#65279;au/news/article/2020/03/researchers-set-begin-clinical-trials-potential-coronavirus-treatment ).

Please let me know if you have any additional questions or if I can be of further help.

R,

(b)(3):10 USC 424; (b)(6)

Classification: UNCLASSIFIED

Classification: UNCLASSIFIED

Classification: UNCLASSIFIED

Classification: UNCLASSIFIED

Classification: UNCLASSIFIED

| Sender: | (b)(3):10 USC 424; (b)(6) |
|---|---|
| Recipient: | |
| Sent Date: | 2020/04/01 19:33:04 |
| Delivered Date: | 2020/04/01 19:33:19 |

(b)(3):10 USC 424;
(b)(6)

13

| | |
|---|---|
| **From:** | |
| **To:** | |
| **CC:** | |
| **Subject:** | FW: INFO: Daily NCMI novel coronavirus update: 27 February 2020 |
| **Date:** | 2020/02/27 20:59:17 |
| **Priority:** | Normal |
| **Type:** | Note |

Classification: ~~TOP SECRET//HCS-P/SI//REL USGOV/NOFORN~~

(b)(3):10 USC 424; (b)(6)

Classified By: 
Derived From: Counterintelligence SCG
Declassify On: ~~20301031~~
======================================================

POCs for starters up at NCMI.

VR,

*"Si vis pacem, para bellum"*



(b)(3):10 USC 424; (b)(6)

**From:**
**Sent:** Thursday, February 27, 2020 2:07 PM
**To**
**Subject:** FW: INFO: Daily NCMI novel coronavirus update: 27 February 2020

(b)(3):10 USC 424;

Classification: ~~TOP SECRET//HCS-P/SI//FGI~~ ~~USGOV/NOFORN~~

Classified By:
Derived From: Counterintelligence SCG
Declassify On: ~~20301231~~

NCMI Coronavirus Crisis Team

AM/ 04-1300

PM/ 12-2100

Below is a daily update we push to Sr leaders. This is reviewed by Front Office and then pushed to Sr's

(b)(3):10 USC 424; (b)(6)

I think I can get you added to the distro if you want/ or I can send on the sly. When it comes out this afternoon I'll look for        folks and give you a heads up

**From:**
**Sent:** Thursday, February 27, 2020 1:39 PM
**To:**

(b)(1); Sec. 1.4(c); Sec. 1.4(e); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

**Subject:** INFO: Daily NCMI novel coronavirus update: 27 February 2020

Classification: ~~TOP SECRET//HCS-P/SI//~~ ~~ORCON/NOFORN~~

(b)(3):10 USC 424; (b)(6)

Classified By:
Derived From: Counterintelligence SCG
Declassify On: 20301231
==================================================================

Team – Please provide any changes/recommendations before 1400.  Thank you.

# DRAFT

Gentlemen,

(U) Daily NCMI Coronavirus update below:

**(U) Significant Updates**

**(U) Analytic Updates**

(b)(1); Sec. 1.4(c); Sec. 1.4(e)

## (U) Significant Events

- (U) Since 12 Feb, the number of COVID-19 cases and infected countries has nearly doubled. Countries with outbreaks have imposed quarantines and travel restrictions, and canceled public events, threatening economies and limiting military activity. (J2-07-2002-470)

- (U) the Red Cross Society of China will send its first voluntarily consignment, including 20,000 coronavirus test kits and other medical equipment to fight the virus, to Iran on 28 February, according to the Spokesperson of the Iranian Foreign Ministry. (EUW2020022759453121)

## (U) Significant RFIs

## (U) Published NCMI Finished Intelligence in the last 48 hours
### 27 February

(b)(1); Sec. 1.4(c); Sec. 1.4(e)

- (U) NCMI Collaborated in two Joint Staff J2 slides:

  o (U) Worldwide |COVID-19 Continues to Spread (J2-07-2002-470)

  o (U) Worldwide | ... and Threatens to Impact Additional Countries (J2-07-2002-471)

  **26 February**
- • (U) China: International Collaboration To Speed COVID-19 Prevention and Treatment (DIA_F_13490_A)

**(U) NCMI Finished Intelligence Production Plan**

| Status | Title | Type | Target Pub Date |
|---|---|---|---|
| Scheduled Pub date 28Feb. DID staff pushed to 6 March | (U) China: Meeting International Disease Reporting Requirements, Withholding Additional Information | DID Article | 28-Feb-20 |
| Drafting | (U) Central Asian Republics: Coronavirus Cases and Prevention Measures | DIA Memo | 28-Feb-20 |
| SIO Reviewed 25 Feb | (U) North Korea: Coronavirus Preparedness and Response | DI Short | 26-Feb-20 |
| SIO Reviewed | (U) Vietnam: Coronavirus Preparedness and Response | DI Short | 24-Feb-20 |

(b)(1); Sec. 1.4(c); Sec. 1.4(e)

| 26 Feb | | | | |
|---|---|---|---|---|
| Drafting | (U) China: Coronavirus outbreak threatening pharmaceutical supply chains | DID Article | 09-Mar-20 | |
| Internal Coord 25 Feb | | DI Short | 26-Feb-20 | |
| In Editing 24 Feb | (U) Pakistan: Coronavirus Preparedness and Response | DI Short | 26-Feb-20 | |
| In Editing 24 Feb | (U) Cambodia: Coronavirus Preparedness and Response | DI Short | 26-Feb-20 | |
| In Editing 25 Feb | (U) United Arab Emirates: Coronavirus Preparedness and Response | DI Short | 26-Feb-20 | |
| In Dvision Review 26 Feb | (U) Philippines: Coronavirus Preparedness and Response | DI Short | 28-Feb-20 | |
| In SIA Review 26 Feb | (U) China: Coronavirus Preparedness and Response Outside Wuhan Limited | DI Short | 28-Feb-20 | |
| In Coord 24 Feb | (U) India: Coronavirus Preparedness and Response | DI Short | 28-Feb-20 | |
| In Precoord Review 21 Feb | (U) Malaysia: Coronavirus Preparedness and Response | DI Short | 28-Feb-20 | |

**(U) Customer RFIs**

| Status | Due Date | Task | Task Number | Arrival |
|---|---|---|---|---|
| In process | 2-Mar | | #196072 | 24-Feb |
| In process | 2-Mar | | #195694 | 20-Feb |
| In process | 28-Feb | (U) Support to SECDEF Travel; DASD APC RFI | #196077 | 24-Feb |



(b)(1); Sec. 1.4(c); Sec. 1.4(e)

| | 27-Feb | | #196343 | 26-Feb |
| | 27-Feb | | #196042 | 26-Feb |

**(U) Links of interest**

- • (U) <u>Coronavirus Special Interest</u>
- • (U) <u>Risk of Pandemic Warning</u>

(b)(3):50 USC 3024(i)

Classification: ~~TOP SECRET//HCS P/SI//FGI USGOV/NOFORN~~

Classification: ~~TOP SECRET//HCS P/SI//FGI USGOV/NOFORN~~

Classification: ~~TOP SECRET//HCS P/SI//FGI USGOV/NOFORN~~

Classification: ~~TOP SECRET//HCS P/SI//FGI USGOV/NOFORN~~

(b)(3):10 USC 424; (b)(6)

| Sender | |
| Recipient | |

(b)(3):10 USC 424; (b)(6)

| | |
|---|---|
| **Sent Date:** | 2020/02/27 20:58:50 |
| **Delivered Date:** | 2020/02/27 20:59:17 |

(b)(3):10 USC 424; (b)(6)

**From:**

**To:**

**CC:**

**Subject:** FW: some bullets

**Date:** 2020/10/21 08:03:11

**Priority:** Normal

**Type:** Note

(b)(3):10 USC 424   (b)(3):50 USC 3024(i);  (b)(6)

Classification: ~~TOP SECRET~~

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6)

**From:**

**Sent:** Tuesday, October 20, 2020 11:17 AM

**To:**

**Subject:** some bullets

Classification: ~~TOP SECRET/~~

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

==========================================================

Here are some bullets. Hope this will help, and I've probably given you more than is required so feel free to use whatever you need.

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e)

The final 2 pages are withheld in full citing (b)(1) 1.4 (c)/(e), (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6), and are not provided.

**From:**

**To:**

**Subject:** FW: some bullets
**Date:** 2020/10/30 06:21:06
**Priority:** Normal
**Type:** Note

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

Classification: ~~TOP   SECRET~~

==================================================================

for your SA. V/R

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Sent:** Tuesday, October 20, 2020 11:17 AM

**Subject:** some bullets

Classification: ~~TOP   SECRET~~/

==================================================================

Here are some bullets. Hope this will help, and I've probably given you more than is required so feel free to use whatever you need.

The remaining 2 pages are withheld in full citing (b)(1) 1.4 (c)/(e), (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6), and are not provided.



**From:**

**To:**

**Subject:** FW: some bullets
**Date:** 2020/10/20 12:23:38
**Priority:** Normal
**Type:** Note

Classification: ~~TOP SECRET~~/

some additional thoughts for you. V/R

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Sent:** Tuesday, October 20, 2020 11:17 AM

**Subject:** some bullets

Classification: ~~TOP SECRET~~/

Here are some bullets. Hope this will help, and I've probably given you more than is required so feel free to use whatever you need.

The remaining 2 pages are withheld in full citing (b)(1) 1.4 (c)/(e), (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6), and are not provided.

SECRET//NOFORN

# Perez, 2020 Scientific Challenges

• None of the six proposed regions are identical at either the nucleotide or amino acid level with the corresponding HIV/SIV segmentsNone of the six peptides are related to identified immunosuppressive regions of HIV and SIV (Retroviral ISU Domains)The HIV gp41 Immunosuppressive (ISU) Domains sequence is KQLQARILAVERYLKDQQLLGG - this sequence does not match any of the sixFour of the six regions either perfectly or almost perfectly match corresponding peptides in multiple Pangolin CoVs - Perez did not account for Pangolin genomes in the paper

The next 2 pages are withheld in full citing (b)(1) and (b)(3) 50 USC 3024(i) and are not provided.

SECRET//NOFORN

SECRET//NOFORN

# Alternative Scenario

SECRET//NOFORN

SECRET//NOFORN

# Hypothetical Laboratory Origin of SARS-CoV-2

- WIV conducted a longitudinal studies to isolate a large number of bat Coronaviruses from multiple locations in China (2011-2015)WIV Developed Reverse Genetic System, assembled WIV1 full-length infectious clone, and created chimeric viruses exchanging the WIV1 spike gene with the spike gene from other bat Coronaviruses (2015-2017)WIV and other Chinese scientists conduct gain of function studies on SARS, MERS, IBV, and PEDV to insert furin cleavage sites demonstrating increased virulence of the chimeric virusesWIV conducted in vivo and in vitro studies to characterize the bank of bat CoronavirusesWIV conducted the live bat Coronavirus studies under BSL2 conditionsHypothesis: Between 2017 and 2019, WIV created a full-length infectious clone in pBAC-CMV using an unpublished bat Coronavirus genome as template (BatCoVX)Hypothesis: Between 2017 and 2019, WIV created chimeric Bat-CoV-X viruses using the pBAC-CMV-BCoVX backbone and swapping out key cassettes with other bat Coronaviruses (RBD, RBM, etc.) and adding additional features such as a furin cleavage siteHypothesis: In 2018-2019, WIV conducted in vitro and in vivo studies to characterize the BatCoVX chimeric viruses under BSL2 conditionsHypothesis: In mid-2019, one of the not fully characterized Bat-CoV-X chimeric viruses escaped from the WIV facilities and begins infecting civilians in the city of WuhanHypothesis: Starting in mid-2019 through present, WIV and other Chinese laboratories conduct studies to characterize the Chimerc BCoVX virus that escaped (now called SARS-CoV-2)WIV (Zhou et al., 2020) publishes the 2019-nCoV genome sequence showing relatedness to RaTG13 (a previously unpublished genome)BatCoVX likely highly related to RaTG13Hypothesis: Beginning in early 2020, WIV and other government controlled agencies begin to publish obfuscation information to drive the narrative that SARS-CoV-2 is of natural origin and resulted from natural recombinationRaTG13RMYN02Pangolin CoV's

SECRET//NOFORN

SECRET//NOFORN

# CONCLUSION

The next page is withheld in full citing (b)(1) and (b)(3) 50 USC 3024(i) and is not provided.

SECRET//NOFORN

SECRET//NOFORN

# Concluding Points

- WIV possesses a bank of Bat Coronavirus isolatesWIV has scientists experienced in Coronavirology and Coronavirus Infectious Clone generationWIV Scientists generated chimeric SARS CoV and Bat CoV Spike genes to identify minimal Spike Receptor Binding Domain cassette that could transfer receptor binding specificity (Ren et al., 2008)WIV possesses an existing and published Coronavirus Reverse Genetics System (Zeng et al., 2016) utilizing their pBAC-CMV plasmidWIV has utilized the pBAC-CMV-WIV1 Full-length clone to generate chimeras with Bat CoV spike genes (Hu et al., 2017)WIV has BSL2/BSL3/BSL4 animal facilitiesWIV has multiple in vitro assays (apoptosis, IFN-B induction, etc.) to characterize their Bat Coronaviruses and chimeric Bat CoronavirusesWIV and other Chinese researchers have conducted Gain of Function studies in SARS, MERS, IBV, and PEDV to add Furin Cleavage Sites to CoV Spike proteinThe absence of a published progenitor virus for SARS-CoV-2 only indicates that it has not been published, not that it does not existThe genomic sequence of SARS-CoV-2 has Type IIS restriction sites that are consistent with being generated by the Golden Gate Cloning system utilizing the published pBAC-CMV plasmidThe SARS-CoV-2 genome has several break points where homology jumps from Bat Coronaviruses to Pangolin Coronaviruses which is consistent with a synthesized chimeric virusThe SARS-CoV-2 Spike protein similarity with RaTG13 and Pangolin CoV Spike proteins may also be explained by use of cassettes swapped into the base virus – these break points align with those identified by WIV scientists (Ren et al., 2008)There are no other published Betacoronaviruses that possess a Furin Cleavage Site in their Spike protein (RmYN02 does not have an insertion)Zeng et al., 2016 stated that "All experiments using live virus was conducted under biosafety level 2 (BSL2) conditions" which would make an accidental release of a pathogenic Bat CoV capable of binding human ACE2 more likelyA chimeric virus comprised of segments from natural Bat CoV genomes would appear like a recombined virus

The molecular biology capabilities of WIV and the genome assessment are consistent with the hypothesis that SARS-CoV-2 was a lab-engineered virus that was part of a bank of chimeric viruses in Zhen-Li Shi's laboratory at WIV that escaped from containment

SECRET//NOFORN

SECRET//NOFORN

# BACK-UP SLIDES

SECRET//NOFORN

SECRET//NOFORN

# Nucleotide 914 Region



SECRET//NOFORN

SECRET//NOFORN

# Nucleotide 1312 Region



SECRET//NOFORN

SECRET//NOFORN

# Nucleotide 1535 Region



SECRET//NOFORN

SARS-CoV   CATGTCGACACTTCTTATGAGTGCGACATTCCTATTGGAGCTGGCATTTGTGCTAGTTAC
          1980        H V D T S Y E C D I P I G A G I C A S  YSARS-CoV-2
CATGTCAACAACTCATATGAGTGTGACATACCCATTGGTGCAGGTATATGCGCTAGTTAT          2022
H V N N S Y E C D I P I G A G I C A S YBCoV RaTG13
CATGTCAATAACTCGTATGAGTGTGACATACCTATTGGTGCAGGAATATGCGCCAGTTAT          2022
H V N N S Y E C D I P I G A G I C A S Y    SARS-CoV    CATACAGTTTCTTTATT------------
ACGTAGTACTAGCCAAAAATCTATTGTGGCT          2028        H T V S L L          R S T S Q K S I
V ASARS-CoV-2  CAGACTCAGACTAATTCTCCTCGGCGGGCACGTAGTGTAGCTAGTCAATCCATCATTGCC
          2082        Q T Q T N S P R R A R S V A S Q S I I ABCoV RaTG13
CAGACTCAAACTAATTC------------ACGTAGTGTGGCCAGTCAATCTATTATTGCC          2070        Q T Q
T N S          R S V A S Q S I I AFurin Cleavage SiteBspMI Restriction SiteNmeAIII Restriction SiteBsrDI
Restriction Site

SECRET//NOFORN

55

(b)(1); Sec. 1.4(c); (b)(3):10 USC 424; (b)(5); (b)(6)

| | |
|---|---|
| **From:** | |
| **To:** | |
| **Subject:** | LGM Notes—17 March 2020 |
| **Date:** | 2020/03/17 23:08:33 |
| **Priority:** | Normal |
| **Type:** | Note |

Classification: ~~SECRET//~~

Classified By:
Derived From:
Declassify On:
=================================================================

Sir,

Here are the notes from today's LGM:

**DR Announcements & Tasks**

- • Thanks for everyone's patience as we developed Coronavirus (COVID-19) plans. We will default to protecting the workforce and will evolve guidance as the situation changes.
- • When pushing out workforce COVID-19 guidance, keep the guidance simple and give people something they can execute. Let's over communicate and get as factual and accurate as possible information out to the workforce.
- • Keep a sense of normalcy in day-to-day business. COVID-19 will impact manning for the foreseeable future, so keep [redacted]
- • Think about how we capture degradation of mission with our COVID-19 posture— [redacted] will track this issue for DIA. This includes [redacted]

    [redacted] Would like this information captured across the [redacted] Offices in a basic roll-up so that it can be provided to USD(I&S).
- • Look at plans for how we would implement HPCON C. Need to go through [redacted] and see what we would need to implement.
- • Put together a chart for each directorate on mission essential functions, and ensure phone rosters are in place and work.
- • Interested in [redacted] related to the pandemic. This includes [redacted] handling COVID-19.

DD

(b)(1); Sec. 1.4(c)

(b)(1); Sec. 1.4(c); (b)(3):10 USC 424; (b)(5)

CS

- • Please submit all manning numbers and plans to CICG for your Directorates and offices. We need to ensure visibility on agency-wide procedures for COVID-19 manning.

ST

leadership focused on 4 Lines of Effort; COVID-19 reporting.

The DIA HQ gym is closed due. The cafeteria will no longer allow dining in options, food must be picked up and brought back to the office. Will put signs out to notify workforce of new procedures.

Per DR request, increasing clean crew manning and intensity. **DR Comment: The cleaning crews do excellent work each day to sanitize the building. Please take the time to thank them for their efforts.**

Hosting COVID-19 synch meetings at 0700 & 1800 via

(b)(1); Sec. 1.4(c); (b)(3):10 USC 424; (b)(5)

- New guidance for DIA building entrance, as of 16 March. Signs have been updated to reflect the new guidance.
- Please ensure all office recall rosters are updated,

- Main concern is COVID-19.

(b)(1); Sec. 1.4(c); (b)(3):10 USC 424; (b)(5)

DR Comment:  Our critical comms have to stay up, please reach out to DR for TDY approval on case-by-case basis.  Should have authorities from USD(I&S) to make these approvals in the near-term.

Practicing social distancing, all meetings are virtual.

Max telework, virtual meetings, and discussions.

Implemented telework, flex schedules, and shifts for COVID-19.

(b)(3):10 USC 424; (b)(5); (b)(6)



J1

- Service elements implemented Team A and B.

Defense Intelligence Agency

(b)(3):10 USC 424; (b)(5); (b)(6)

(b)(3):10 USC 424; (b)(6)



Classification: SECRET

| | |
|---|---|
| **Sender:** | |
| **Recipient:** | |
| **Sent Date:** | 2020/03/17 23:08:20 |
| **Delivered Date:** | 2020/03/17 23:08:33 |

56

(b)(1); (b)(3):10 USC 424; (b)(5); (b)(6)

| | |
|---|---|
| **From:** | |
| **To:** | |
| **Subject:** | LGM Notes--21 April |
| **Date:** | 2020/04/21 21:31:41 |
| **Priority:** | Normal |
| **Type:** | Note |

Classification: ━━━━/

Classified By:
Derived From:
Declassify On
===============                       =============

Sir,

Here are the notes from today's LGM:

**DR Announcements &Tasks**

- • Try to keep your events and battle rhythm going during our COVID-19 manning.

- • For the [ ] updates [ ] should review this input and not defer to [ ]. This information is read by Secretary Kernan, so we need to ensure it is accurate and holistic.

- • Arthur Ashe has a relevant quote for today. "Start where you are. Use what you have. Do what you can."

**DD**

**CS**

- • The White House issued new guidance on opening up America that we are working to implement at DIA.

(b)(1); Sec. 1.4(c); (b)(3): 10 USC 424; (b)(5); (b)(6)

- • I sent out an e-mail [ ] on capturing lesson learned at DIA from COVID-19. Please ensure your workforce has this information and is capturing this data. [ ] is compiling weekly updates.

(b)(1); (b)(3):10 USC 424; (b)(5)

Page four is
denied in full and
not provided.

• Working reconstitution plan for DIA.

- • Please send [          ] all dates and times of town halls so CICG can
  maintain visibility.

(b)(3):10 USC 424; (b)(6)

- • There's a lot of good information in the CICG FAQs, please review it since it is
  being updated regularly.

(b)(1); (b)(3):10 USC 424; (b)(5)

- • Working on a COVID-19 expenditures slide.

- • Consolidating COVID-19 lessons learned for DIA.

(b)(1); Sec. 1.4(c); (b)(3):10 USC 424; (b)(5)

- • Looking at lessons learned and reconstitution from COVID-19.

- • Finalizing Congressional Notification on COVID-19 mission impact.

(b)(3):10 USC 424; (b)(5)

- • Working a base plan for DIA's reconstitution planning.

- • SECDEF issued travel guidance.
- • Special leave accrual policy published.

(b)(3):10 USC 424; (b)(5); (b)(6)

**Defense Intelligence Agency**

Classification: ~~SECRET~~

| | |
|---|---|
| **Sender:** | |
| **Recipient:** | |
| **Sent Date:** | 2020/04/21 21:30:16 |
| **Delivered Date:** | 2020/04/21 21:31:41 |

(b)(3):10 USC 424; (b)(8)

54

| From: | |
| To: | |
| Subject: | |
| Date: | 2020/04/28 20:38:25 |
| Priority: | Normal |
| Type: | Note |

Classification: ~~SECRET~~/

Classified By:
Derived From:
Declassify On:

=====================================================================

Sir,                                                                    0

The following are the notes from today's LGM:

## LARGE GROUP MEETING (LGM)

### 28 April 2020

### DR Announcements &Tasks

- Need all to enforce compliance with issued guidance on protective measures at DIA facilities (physical distancing, face covering, etc)

- 
  o Pay attention to completion of evals and awards for service members

(b)(3):10 USC 424; (b)(5); (b)(6)

**DD**

Update on Thursday, 30 May

on Thursday, 30 May

- Meeting with [redacted] next week, please send over any issues that you would like raised or think may come up

**CS**

- Received reconstitution plan briefing. Will continue to receive remaining plans.

  o Anticipate COVID-19 protective measures in place for 1 year or until vaccine developed.

  o DIA deployees who are asymptomatic designated [redacted]

  o Remaining DIA workforce designated [redacted]

  [redacted] will be prioritized based upon the priority issued to the

- Pentagon will publish their plan by weeks end.

- [redacted] is working, thanks to [redacted] for helping to get this up and running!

(b)(1); Sec. 1.4(c); (b)(3):10 USC 424; (b)(5)

working lessons learned from COVID-19 impact

(b)(1); Sec. 1.4(c); (b)(3):10 USC 424; (b)(5)

(b)(1); Sec. 1.4(c); (b)(3) 10 USC 424; (b)(5)

Pages 5-6 are withheld in full and not provided.

- Key upcoming Engagements

  o DR Comment: Send meeting notes post each of these engagements.

(b)(1); Sec. 1.4(c); (b)(3):10 USC 424; (b)(5)



- Working on reconstitution plans

<u>J2</u>

- Looking at COVID-19 impact on

Page nine is denied in full and not provided.

(b)(1); Sec. 1.4(c); (b)(3):10 USC 424; (b)(5)

- Working on reconstitution plan

- Congress in recess until 4 May 2020

- Working on signage refresh to display COVID-19 precautions

  in preparation for gradual return of the workforce

Reconstitution plan need to reference other CSAs that have a footprint at DIA facilities.

**OIG**

**OGC**



| | |
|---|---|
| **Sender** | (b)(3):10 USC 424; (b)(6) |
| **Recipient** | |
| **Sent Date:** | 2020/04/28 20:38:12 |
| **Delivered Date:** | 2020/04/28 20:38:25 |

(b)(3):10 USC 424; (b)(5); (b)(6)

57



| From: | |
|---|---|
| To: | |
| Subject: | LGM Notes--31 March 2020 |
| Date: | 2020/03/31 22:08:47 |
| Priority: | Normal |
| Type: | Note |

Classification: ~~SECRET~~/

Classified By:
Derived From:
Declassify On

=================================================================

Sir,

Here are the notes from today's LGM:

**DR Announcements &Tasks**

- • Today is one day closer to flattening the curve and finding a vaccination for COVID-19. We will get through this period, thank you for everything you do!

- • Thanks for everyone's flexibility as they work through issues and pursue new solutions.

- • Keep your battle rhythm, over-communicate, work issues, integrate partners. We are all in this together! Keep a sense of normalcy.

**CS**

- •

- • Working with OGC on the leave policy USD(I&S) sent out for COVID-19 and will send guidance out to everyone.

(b)(1), Sec. 1.4(c); (b)(3): 10 USC 424; (b)(5)

DI

- • Prioritizing cleaning requests to focus on COVID-19 efforts.

- • People need to be medically cleared to return to DIA after self-isolation or quarantine. Guidance was sent out by _____ on the process, please ensure it is followed so that people can enter the building.

(b)(1); Sec. 1.4(c); (b)(3):10 USC 424; (b)(5)



CICG Synchs at 0700 and 1700.  Please

(b)(1); Sec. 1.4(c); (b)(3):10 USC 424; (b)(5)



(b)(1): Sec. 1.4(c); (b)(3):10 USC 424; (b)(5)

• • Working implementation of CARES Act.

(b)(1); Sec. 1.4(c); (b)(3): 10 USC 424; (b)(5)

Page seven is denied in full and not provided.

- • Working Community of Interest on instability during COVID-19.

[redacted] providing weekly update on COVID-19 impact on collection each Friday.

- • Thanks to [redacted] for all of the COVID-19 assistance!

DIA IG

(b)(1); Sec. 1.4(c); (b)(3) 10 USC 424; (b)(5); (b)(6)



- • ▪ Increasing　　　support to CICG.

Defense Intelligence Agency

Classification: ~~SECRET~~/

| | |
|---|---|
| **Sender:** | |
| **Recipient:** | |
| **Sent Date:** | 2020/03/31 22:08:38 |
| **Delivered Date:** | 2020/03/31 22:08:47 |

*Preprints* (www.preprints.org) | NOT PEER-REVIEWED | Posted: 5 June 2020
doi:10.20944/preprints202006.0044.v1

# Major Concerns on the Identification of Bat Coronavirus Strain RaTG13 and Quality of Related Nature Paper

**Authors:**

Xiaoxu Sean Lin, Global Health Knowledge Exchange Inc., Silver spring, MD, U.S.A.

Shizhong Chen, Genestitute, San Diego, CA, U.S.A

**Abstract**

A recent manuscript (Zhou, P. et al. "A pneumonia outbreak associated with a new coronavirus of probable bat origin", Nature 579, 270–273 (2020). https://doi.org/10.1038/s41586-020-2012-7) from Wuhan Institute of Virology claimed the identification of a bat coronavirus, RaTG13, which showed 96.2% genome homology with SARS-CoV-2. In this paper, we raise the puzzling observations surrounding the identification, characterization, unique genome features of this RaTG13 strain, as well as its 100% nucleotide identity in partial RdRp gene with another bat coronavirus strain BtCoV/4991.  And the paper presented premature hypothesis of potential bat origin of SARS-CoV-2 while RaTG13 strain was not successfully isolated.  We also present the concerns on the methodology, data quality and experiment procedures described in this paper. We call for the authors to provide additional data, to share related samples to be verified and further characterized by other scientists.

**Keywords:** Epidemiology; COVID-19; coronavirus; bat; RaTG13; BtCoV/4991; SARS-CoV-2; Pangolin Coronavirus; next generation sequencing

---

After COVID-19 outbreak started in China, one group of Chinese scientists, including Peng Zhou and Zhengli Shi from Wuhan Institute of Virology (WIV), published an impactful article in Nature on February 3, 2020[1]. The paper was first submitted on January 20, 2020. It claimed that full-length coronavirus genome sequences were obtained from five patients and the viral genome is 96.2% identical at the whole-genome level to a bat coronavirus RaTG13 strain. This paper was highly cited since its publication, as it is the only one that presented this unique bat coronavirus strain, which serves as support for a potential viral zoonotic transmission from bat to human.

However, after careful reading into this paper, the origin, identification and characterization of BatCoV RaTG13 strain emerges as outstanding questions.  Some experimental methodology, data quality, and experimental procedures described in this paper are concerning and warrant further validation as well.

### The mysterious origin of bat coronavirus strain RaTG13

Shi's Nature paper[1] stated that "We then found that a short region of RNA-dependent RNA polymerase (RdRp) from a bat coronavirus (BatCoV RaTG13) —which was previously detected in

© 2020 by the author(s). Distributed under a Creative Commons CC BY license.

doi:10.20944/preprints202006.0044.v1

*Rhinolophus affinis* from Yunnan province—showed high sequence identity to 2019-nCoV. We carried out full-length sequencing on this RNA sample (GISAID accession number EPI_ISL_402131). Simplot analysis showed that 2019-nCoV was highly similar throughout the genome to RaTG13 (Fig. 1c), with an overall genome sequence identity of 96.2%."

According to the information on GISAID regarding RaTG13, this bat coronavirus strain was collected in July 2013, nearly 7 years ago. Zhengli Shi's previous publications related to bat coronaviruses have identified a total of 365 bat coronavirus strains from Yunnan province, from a total of 1981 bat samples[2-6]. However, all these publications did not mention this unique strain RaTG13 despite high-profile publications describing single coronavirus discoveries[2]. In addition, Shi's previous study[5,6] of BatCoV RdRp in 2016 did not report about this RaTG13 strain, but highlighted another bat coronavirus strain, BtCoV/4991, which was also identified in the same bat species of *Rhinolophus affinis*[5].

What is most unusual is that the short region of RdRp gene that was used to distinguish different lineages of bat coronaviruses in the phylogenetic analysis[5] showed 100% nucleotide identity between BtCoV/4991 and RaTG13[7]. This raises the serious question whether RaTG13 and BtCoV/4991 are the same strain, as this 100% identity is not at the amino acid level, but at nucleotide level. If these two were indeed two separate strains of bat coronaviruses, then Shi's group should also report, or even first find out, that BtCoV/4991 showing high similarity with SARS-CoV-2 RdRp, as BtCoV/4991 RdRp sequence was previously sequenced and submitted to GenBank (Accession number KP876546) in 2016.   And if they are the same strain, what was the rationale to designate two separate names to the same thing?

In addition, through GenBank blast analysis, we found that BtCoV/4991 partial RdRp gene sequence has 98.65-98.92% nucleotide homology with that of SARS-CoV-2 strains, but only 87% homology with two other bat SARS-like coronavirus strains (bat-SL-CoVZXC21, GenBank: MG772934.1; bat-SL-CoVZC45, GenBank: MG772933.1) that have relatively high genome homology (89%) with SARS-CoV-2. Therefore, this unique feature of very high homology in RdRp gene should warrant more studies on BtCoV/4991 strain, yet this strain was not mentioned at all in this Nature paper[1].

Currently, RaTG13 is the only BatCoV that shows as high as 96% full genome homology with SARS-CoV-2, as BtCoV/4991 full genome sequence was not available. The sequence of RaTG13 was a total outlier in the phylogenetic analysis when compared to other bat coronaviruses. Jiumeng Sun et al.[8] found that in the maximum likelihood phylogenetic analysis a middle segment of the SARS-CoV-2 genome (from nt 13522 to nt 23686) and RaTG13 does not cluster with Sarbecovirus, a subgenus of the betacoronavirus that bat SARS-like coronaviruses belong to.   Lam et al.[9] found six pangolin coronavirus sequences with 85.5% to 92.4% homology to SARS-CoV-2, which is less than the 96% homology that RaTG13 has. However, the pangolin coronavirus spike protein sequences shared five key amino acids in the receptor-binding domain (RBD) with that of SARS-CoV-2, while RaTG13 only shared one key amino acid in its RBD with SARS-CoV-2. Meanwhile, only SARS-CoV-2 has a G/C rich polybasic furin-cleavage site at

doi:10.20944/preprints202006.0044.v1

the S1/S2 junction in the spike protein, while RaTG13 or pangolin coronaviruses do not have this cleavage site. No mention of this polybasic cleavage site was reported in Shi's Nature paper[1], despite it being a major feature that differentiates SARS-CoV-2 from RaTG13 spike proteins. Therefore, these unique features of the RaTG13 strain sequence make the SARS-CoV-2 origin and immediate animal reservoir issues deeply compounded.

As it is a routine task of Shi's lab to study bat coronavirus spike proteins and their RBD domains, it is odd that RaTG13 or BtCoV/4991 was allegedly not pursued by the Shi group for a period of nearly seven years, to further characterize their S proteins. In 2013, her group published an article in Nature describing the discovery of two bat coronaviruses, Rs3367 and SHC014, that share considerable sequence similarities in the RBD region with SARS[2]. However, while studies with RBD motifs in Rs3367 and SHC014 made breakthroughs in coronavirus research, it is rather unusual that RaTG13 with unique features failed to trigger any interest within the Shi group so far. Even in the most recent 2020 publication[10] by Shi's group, SHC014 and other bat SARS-like coronaviruses, but not RaTG13 or BtCoV/4991, were used to study the interaction among S proteins and bat ACE2 variants, while making pseudoviruses with the S protein from RaTG13 or BtCoV/4991 would not be challenging for her lab.

The only functional characterization experiment related to RaTG13 was a structure study[11] using the synthetic S protein based on the RaTG13 S gene sequence in the GenBank (accession number QHR63300.2), not using any RaTG13 virus sample.  In addition, the affinity of S protein from RaTG13 with human ACE2 needs to be characterized as well, since affinity of human ACE2 is 4.5 times higher for SARS-CoV-2 than for SARS-CoV[12]. If the affinity of RaTG13 S protein is similar to SARS CoV-2, this suggests human transmission is readily possible from a RaTG13 "sister virus" (or progenitor virus of SARS-CoV-2). If RaTG13 S protein affinity is much lower, this suggests significant adaptation could have been required between the progenitor virus and SARS-CoV-2 to gain tight human ACE2 interaction capacity.

In essence, only the genome sequence of RaTG13 has been made available so far. Key information related to the identification and isolation of this RaTG13 virus strain are missing in Shi's Nature paper[1]. A series of important questions regarding RaTG13 still remain to be answered: What bat tissue/organ samples were collected in 2013 and then subjected to viral isolation or sequencing to obtain this BatCoV RaTG13?  Did RaTG13 cause diseases in this bat species of *Rhinolophus affinis?*  Was the bat sample for RaTG13 collected in the same cave as that of BtCoV/4991?

In addition, this Nature paper[1] did not mention any efforts to rule out the possibilities that the RaTG13-related bat sample collected in 2013 might have been mixed with other bat samples, or the bat was infected with two different strains of coronaviruses, as co-infections with two or more strains of coronaviruses in bats was not a rare event[5, 13]. If the current RaTG13 sequence identified was indeed a mixed sequence of two strains of bat coronavirus, due to random sequencing of bat samples without prior isolation of the virus, then all the current phylogenetic analyses involving RaTG13 were futile and subjected to correction.

doi:10.20944/preprints202006.0044.v1

Considering the above-mentioned strange features in RaTG13 genome as well as the fact that no prior or recent studies have been conducted using live viral stocks of this virus, concerns regarding the history and existence of the BatCoV RaTG13 strain is reasonable and legitimate. This is an important issue because the existence of this unique BatCoV RaTG13 is significantly involved in the analyses of the evolutionary relationship among SARS-CoV-2, bat SARS-like coronaviruses and other pangolin coronaviruses. If the authors had collected these two specimens (for RaTG13 & BtCoV/4991) that were outliers to other bat coronaviruses in one location in Yunnan, it would suggest that maybe other closely related sister viruses also exist in the same region. This is critical to know as these SARS-CoV-2 "sister viruses" could pose significant threat of another global pandemic and could provide key information on the evolution origin of the SARS-CoV-2 virus. Furthermore, additional virus sequences in the SARS-CoV-2, RaTG13, or BtCoV/4991 sublineage would aid understanding of the origin of the insertion between S1 and S2 of a furin cleavage site in SARS-CoV-2 that is associated with increased pathogenicity[14].

Under the openness and ethics guidelines for scientific publications, particularly in Nature and given the magnitude of the pandemic's impact, the Shi's team has the obligation to provide samples of RaTG13 & BtCoV/4991 for other scientists to conduct independent verification experiments and further characterization of this RaTG13 or BtCoV/4991 virus strain.

**Concerns on methodology, data quality and experiment procedures**

Shi's Nature paper[1] mentioned that "Of the 10,038,758 total reads—of which 1,582 total reads were retained after filtering of reads from the human genome—1,378 (87.1%) sequences matched the sequence of SARSr-CoV (Fig. 1a). By de novo assembly and targeted PCR, we obtained a 29,891-base-pair CoV genome that shared 79.6% sequence identity to SARS-CoV BJ01 (GenBank accession number AY278488.2). High genome coverage was obtained by remapping the total reads to this genome (Extended Data Fig. 1). This sequence has been submitted to GISAID (https://www.gisaid.org/) (accession number EPI_ISL_402124)."

However, the methods described here to obtain full SARS-CoV-2 sequence have major flaws. First, characterization of novel viruses from patient samples using next-generation sequencing (NGS) technology must overcome the challenges posed by the high degree of genetic diversity observed across most virus families, especially for RNA viruses. Due to the error rate in RNA viral replication, what existed in a patient sample are usually viral quasispecies or mixed populations. Therefore, the method of random sequencing plus de novo assembly used in this study should only be used as the initial characterization. What is needed is to redo the NGS using the isolated virus stock so that the volume of raw reads related to target sequence would be significantly enhanced[15]. Then, reference assembly (using a SARS-CoV strain or Bat SARS-like CoV strain as reference) can be applied to obtain comprehensive coverage of the full viral genome with ample depth. Therefore, in this study, using only 1,378 reads from random amplification to conduct de novo assembly and getting near complete genome coverage (as shown in Extended Data Fig.1) for such a large RNA virus genome (near 30K in total length) is

doi:10.20944/preprints202006.0044.v1

beyond miracle. Meanwhile, for regions with high chance of mutations such as spike protein open reading frame, very deep coverage of raw reads is often needed to ensure the accuracy of sequencing data. Random sequencing from patient samples would not work for genome regions with high variations, yet the paper did not mention any extra efforts being applied to address such concerns. The accuracy of the full genome sequences obtained in this study should be seriously challenged.

In the "Extended Data Fig. 6: Isolation and antigenic characterization of 2019-nCoV" of this paper[1], it did mention carrying out "metagenomics analysis of supernatants from Vero E6 cell cultures". Then, if NGS was conducted using viral supernatants from cell culture, the authors need to explain why those sets of NGS data was not presented in the paper, but instead NGS data from random sequencing of patient samples was presented. Therefore, the SARS-CoV-2 genome sequence submitted to the GISAID (accession number EPI_ISL_402124) in this study needs to be verified for its quality.

Meanwhile, Shi's Nature paper[1] mentioned that "four more full-length genome sequences of 2019-nCoV (WIV02, WIV05, WIV06 and WIV07) (GISAID accession numbers EPI_ISL_402127–402130) that were more than 99.9% identical to each other were subsequently obtained from four additional patients using next-generation sequencing and PCR (Extended Data Table 2)." However, since these full-length genome sequences were obtained without isolating the viruses from the patient samples (as explained in the footnote for Table 2)[1], the quality of the genome sequences could be compromised. To ensure the quality of data submitted to GISAID, Zhengli Shi team should provide raw NGS reads to open platforms so that other scientists could review and re-analyze the raw sequencing data related to these important COVID-19 patient samples.

Meanwhile, on the official website of Wuhan Institute of Virology, the Institute leadership published an open letter to all its staffs and graduate students on February 17, 2020. In this open letter, it stated that the SARS-CoV-2 strain was isolated on January 5, 2020 and its full genome sequence was obtained as early as January 2, 2020[16]. However, regarding the procedures for viral isolation, the Nature paper[1] also described in the Method section that "the culture supernatant was examined for the presence of virus by qRT–PCR methods developed in this study". This indicated that the viral isolation could NOT be initiated at the same time with genome sequencing experiments from patient samples, because the qRT-PCR experiments would need specific primers and probes that could only be designed and produced after the genome sequencing was completed. This would suggest that Shi's team only had as little as 2-3 days to obtain the viral isolate. Therefore, the experiment procedures described in this paper were surely rushed and needs further validation.

**Conclusion:**

In summary, as a study that isolated first SARS-CoV-2 strain and identified a bat coronavirus with high homology to SARS-CoV-2, it is critical that all data relating to viral genomes are of top quality, since many studies used or might use them as reference sequences. Meanwhile,

doi:10.20944/preprints202006.0044.v1

although the leadership in Wuhan Institute of Virology might highlight their impressive speed to complete all related experiments described in the paper[16], the accurate patient sample collection date and sequencing data with better quality needs to be recorded in the scientific paper.

In addition, there have been no studies on RaTG13's infectivity in bat/human cells or in animal models, its interactions with antibodies or antiviral drugs. There is lack of understandings on RaTG13's virulence, transmissibility, pathogenicity, immune epitopes, immune evasion mechanism, etc. This was because WIV did not isolate the RaTG13 virus and does not have any related viral stocks, if the statement from Dr. Yanyi Wang (the director of WIV) in a recent TV interview[17] was accurate.

Therefore, a careful examination of the related RaTG13 samples and raw data sets of its genome sequencing are warranted to exclude any possibilities of errors or the potential co-infection of two different strains of coronavirus. And the authors need to clearly explain the relationship between RaTG13 and BtCoV/4991, whether they were the same strain or two closely related strains.

This paper was rushed to make a premature connection between bat coronavirus and SARS-CoV-2, drawing a potential bat origin scenario to support SARS-CoV-2 zoonotic transmission from bat to human. However, this connection was based on a potential bat coronavirus strain RaTG13, that may not truly exist, considering its key information missing: such as no related bat sample description, no sequencing procedure details published, confusion/identity issue with BtCoV/4991 strain, unusual sequence features, no viral isolation and related characterization, et al.

In light of these concerns, we call for the retraction of this Nature paper[1] to further verify the sequencing data, patient sample collection date and provide more information regarding the origin, identification and characterization of this BatCoV RaTG13. Proper verification should involve Dr. Zhengli Shi sending the RaTG13 and BtCoV/4991-related bat samples to other non-collaborating laboratories to be analyzed independently. And this Nature paper[1] should be cautious on making the "probable bat origin" hypothesis before RaTG13 existence could be confirmed.

**Reference:**

1. Zhou, P., Yang, X., Wang, X. et al. A pneumonia outbreak associated with a new coronavirus of probable bat origin. Nature 579, 270–273 (2020). https://doi.org/10.1038/s41586-020-2012-7
2. Ge, X., Li, J., Yang, X. et al. Isolation and characterization of a bat SARS-like coronavirus that uses the ACE2 receptor. Nature 503, 535–538 (2013). https://doi.org/10.1038/nature12711

www.preprints.org | NOT PEER-REVIEWED | Posted: 5 June 2020     doi:10.20944/preprints202006.0044.v1

3.  Luo Y, Li B, Jiang RD, et al. Longitudinal Surveillance of Betacoronaviruses in Fruit Bats in Yunnan Province, China During 2009-2016. Virol Sin. 2018;33(1):87–95. https://doi:10.1007/s12250-018-0017-2

4.  Hu B, Zeng LP, Yang XL, et al. Discovery of a rich gene pool of bat SARS-related coronaviruses provides new insights into the origin of SARS coronavirus. PLoS Pathog. 2017;13(11): e1006698. Published 2017 Nov 30. https://doi:10.1371/journal.ppat.1006698

5.  Ge, X., Wang, N., Zhang, W. et al. Coexistence of multiple coronaviruses in several bat colonies in an abandoned mineshaft. Virol. Sin. 31, 31–40 (2016). https://doi.org/10.1007/s12250-016-3713-9

6.  Wang MN, Zhang W, Gao YT, et al. Longitudinal surveillance of SARS-like coronaviruses in bats by quantitative real-time PCR. Virol Sin. 2016;31(1):78–80. https://doi:10.1007/s12250-015-3703-3

7.  Rahalkar, M.C.; Bahulikar, R.A. Understanding the Origin of BatCoVRaTG13, a Virus Closest to SARS-CoV-2. Preprints 2020, 2020050322. https://doi:10.20944/preprints202005.0322.v1

8.  Sun, J., He, W. T., Wang, L., Lai, A., Ji, X., Zhai, X., Li, G., Suchard, M. A., Tian, J., Zhou, J., Veit, M., & Su, S. (2020). COVID-19: Epidemiology, Evolution, and Cross-Disciplinary Perspectives. Trends in molecular medicine, 26(5), 483–495. https://doi.org/10.1016/j.molmed.2020.02.008

9.  Lam, T.T., Shum, M.H., Zhu, H. et al. Identifying SARS-CoV-2 related coronaviruses in Malayan pangolins. Nature (2020). https://doi.org/10.1038/s41586-020-2169-0

10. Guo H, Hu B, Shi Z, et al. Evolutionary arms race between virus and host drives genetic diversity in bat SARS related coronavirus spike genes. bioRxiv 2020.05.13.093658; https://doi.org/10.1101/2020.05.13.093658

11. Shang, J., Ye, G., Shi, K. et al. Structural basis of receptor recognition by SARS-CoV-2. Nature 581, 221–224 (2020). https://doi.org/10.1038/s41586-020-2179-y

12. Walls A, Park Y, M. Veesler A, et al. Structure, Function, and Antigenicity of the SARS-CoV-2 Spike Glycoprotein. Cell, Volume 181, Issue 2, 2020, 281-292.e6, https://doi.org/10.1016/j.cell.2020.02.058.

13. Drexler J, Gloza-Rausch F, Drosten C, et al. Genomic Characterization of Severe Acute Respiratory Syndrome-Related Coronavirus in European Bats and Classification of Coronaviruses Based on Partial RNA-Dependent RNA Polymerase Gene Sequences. Journal of Virology Oct 2010, 84 (21) 11336-11349; https://DOI:10.1128/JVI.00650-10

14. Coutard B, Valle C, de Lamballerie X, Canard B, Seidah NG, Decroly E. The spike glycoprotein of the new coronavirus 2019-nCoV contains a furin-like cleavage site absent in CoV of the same clade. Antiviral Res. 2020;176:104742. https://doi:10.1016/j.antiviral.2020.104742

Preprints (www.preprints.org) | NOT PEER-REVIEWED | Posted: 5 June 2020    doi:10.20944/preprints202006.0044.v1

15. Park WB, Kwon NJ, Oh MD, et al. Virus Isolation from the First Patient with SARS-CoV-2 in Korea. J Korean Med Sci. 2020 Feb 24; 35(7): e84. https://doi:10.3346/jkms.2020.35.e84

16. "致全所职工和研究生的一封信 - 中国科学院武汉病毒研究所", February 19, 2020. http://www.whiov.ac.cn/tzgg_105342/202002/t20200219_5502325.html

17. Exclusive: Dir. of Wuhan Institute of Virology on COVID-19. CGTN, May 24, 2020. https://www.youtube.com/watch?v=bRuzsPA4Ukw

**From:**

**To:**

**CC:**

**Subject:** (U) List of questions

**Date:** 2020/06/04 15:08:02

**Priority:** Normal

**Type:** Note

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)
(b)(6)

Classification: ~~TOP SECRET~~

~~(TS/~~

==============

Here are a list of questions and queries that I've been compiling...

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)

Any ideas about how to address these?

Thanks.

(b)(3):10 USC 424;  (b)(6)

==============================================================

Classification: ~~TOP SECRET~~ (b)(3):50 USC 3024(i)

(b)(3):10 USC 424;  (b)(6)

**Sender:**

**Recipient:**

**Sent Date:** 2020/06/04 15:08:01
**Delivered Date:** 2020/06/04 15:08:02

59

~~SECRET//NOFORN~~

**INFO MEMO**

7 April 2020

FOR: Director, DIA

FROM: [ ] Director for Analysis, DIA

SUBJECT: (U) NCMI's COVID-19-Related Production and WATCHCON Changes



(b)(1)
Sec.

Classified by: d193386
Derived from: MS
Declassify on: 20441231

~~SECRET//NOFORN~~

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

15



| From: | |
| To: | |
| CC: | |
| **Subject:** | NCMI Discussion with Gen Stewart on COVID-19 |
| **Date:** | 2020/03/31 15:27:05 |
| **Priority:** | Normal |
| **Type:** | Note |

Classification: ~~UNCLASSIFIED//FOUO~~

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

60



(b)(3):10 USC 424; (b)(6)

| | |
|---|---|
| **Subject:** | OCC's DRAFT FOR REVIEW    RE: COVID-19 now at WATCHCON 1 |
| **Date:** | 2020/02/26 18:38:54 |
| **Priority:** | Normal |
| **Type:** | Note |

Classification: ~~TOP SECRET//SI//NOFORN~~

Classified By: (b)(3):10 USC 424; (b)(6)
Derived From: ~~Multiple Sources~~
Declassify On: ~~25X1, NS 1095~~

========================================================

(b)(3):10 USC 424; (b)(6)

Thanks, again.

BLUF: The message immediately below includes points OCC discussed with D/CoS and [ ] Please let us know whether this is now good to go for release.

(b)(3):10 USC 424; (b)(6)

# START - proposed workforce message:

As you're likely aware, the coronavirus (COVID-19) is a topic of increased concern and has transitioned into worldwide epidemic. China, Hong Kong, Korea and, now, Italy are countries with travel concerns.

DIA has been closely monitoring the situation. Based on the common understanding that COVID-19 is likely to become a pandemic, which means worldwide spread of the disease will occur despite containment efforts, DIA has elevated the threat to WATCHCON 1 – Imminent Crisis.

**What does that mean?** Essentially, WATCHCON 1 serves as a warning for U.S. forces worldwide to make operational and risk management decisions based on the expectation of a pandemic threat, though operational action is not required.

All employees **who travel to, from or through China, Hong Kong, Korea and Italy** are required to go through a 14 day incubation period **before returning to your duty station.**

> Administrative leave will be authorized for this period of home self-isolation.
> During this time employees are required to monitor symptoms including fever, cough and shortness of breath.
> They must also check and record their temperature twice a day. If it's elevated above 100 degrees Fahrenheit during the 14 days, employees should call their medical provider for further clinical guidance.
> If there are no symptoms in the 14 day period, employees must call the DIA HQ Clinic on day 14 to complete the mandatory post-travel screening. Employees who work for DO/DI should contact the DLOC Clinic          This screening will determine clearance to return to work.
> Employees should also inform the DIA clinics if there has been direct contact with exposed household or family members.

(b)(3):10 USC 424

**Employees working in China, Hong Kong, Korea or Italy** should monitor their health status. If they become symptomatic they should contact their health care provider first, then notify their supervisor of the medical guidance provided.

**Employees who have been exposed to someone sick with COVID-19** in the last 14 days should follow isolation procedures above and seek medical attention.

**Employees who are ill with COVID-19** should follow this attached guidance from the CDC and stay home. Employees who pose risk of having or spreading COVID-19 have and will be sent

home. Cooperation is integral to our ability to try to slow the spread of this virus and keep our workforce healthy.

It is critical that all supervisors are in touch with employees who may not receive this guidance.

As this situation continues to evolve, the workforce will be notified as appropriate.

We are working to finalize a policy that supports the below guidance. It's anticipated to be signed and distributed on Friday. Check the Chief of Staff Update for additional information.

Health related questions about this notice should be addressed to the DIA Surgeon General's Senior Advisor (b)(3):10 USC 424; (b)(6) Employees may also contact one of the health clinics.

---end---

(b)(3):10 USC 424; (b)(6)

**Subject:** RE: OCC RE: COVID-19 now at WATCHCON 1
**Importance:** High

Classification: ~~TOP SECRET//SI//NOFORN~~

Classified By: (b)(3):10 USC 424; (b)(6)
Derived From: ~~Multiple Sources~~
Declassify On: ~~25X1, EO 12951~~

Is this separate from the below UNCLASSIFED message that needs to be released ASAP?

The Office of the Surgeon General has continued to monitor the evolving COVID-19 epidemic worldwide. Based upon recent data we are now adding Korea and Italy to our list of countries in our COVID-19 Infectious Disease Response plan.
Please note changes to the guidance provided in the Deputy Chief of Staff Message sent below on 01/31/2020.

- All employees who travel to, from, or through China, Hong Kong, Korea and Italy are required to go through a 14 day incubation period before returning to your duty station.
- Administrative leave will be authorized for this period of home self-isolation through their chain of command.
- During this time you will be required to monitor symptoms including fever, cough and shortness of breath for those 14 calendar days.
- Check and record your temperature twice a day.
- If your temperature is elevated above 100 degrees Fahrenheit during the 14 days call your medical provider for further clinical guidance.
- If there are no symptoms in the 14 day period, contact the DIA HQ clinic on day 14 to complete your mandatory post-travel screening. If you work for DO/DI please contact the DLOC Clinic This screening will determine your clearance to return to work.
- Inform the DIA HQ/DLOC clinics if you have direct household family members who also work for DIA.
- The number for the DIA HQ clinic is: (b)(3):10 USC 424
- The number for the DIA DLOC clinic is:
- Employees working in China, Hong Kong, or Korea should monitor their health status. If you become symptomatic please contact your health care provider first, then notify your supervisor of the medical guidance provided.
- If you have been in China, Hong Kong or Korea or have been exposed to someone sick with COVID-19 in the last 14 days, you will face some limitations on your movement and activity. Please follow instructions during this time. Your cooperation is integral to the ongoing public health response to try to slow spread of this virus.
- For people who are ill with COVID-19, please follow CDC guidance on how to reduce the risk of spreading your illness to others
  https://www.cdc.gov/coronavirus/2019-ncov/about/steps-when-sick.&#65279;html
- It is critical that all supervisors ensure you are in touch with your employees who may not receive this electronic guidance.

This information is subject to change with the evolving epidemic. Please continue to monitor closely for updates.

Health related questions or questions related to this notice should be addressed to the DIA Surgeon General's Senior Advisor,                                                          or the DIA HQ/DLOC clinics during working hours at

(b)(3):10 USC 424; (b)(6)

(b)(3):10 USC 424; (b)(6)

**Subject:** OCC RE: COVID-19 now at WATCHCON 1

Classification: ~~TOP SECRET//SI//NOFORN~~

Classified By: (b)(3):10 USC 424; (b)(6)
Derived From: ~~Multiple Sources~~
Declassify On: ~~25X1, EO 13051~~

Thanks!

BLUF: OCC is now working on a *corporate* message that we'll disseminate today; it will reflect all of the related points.

(We'll share the draft with you prior to release.)

Best,

(b)(3):10 USC 424; (b)(6)

(b)(3):10 USC 424; (b)(6)

**Subject:** RE: COVID-19 now at WATCHCON 1

Classification: ~~TOP SECRET//SI//NOFORN~~

(b)(3):10
USC 424;

Classified By: (b)(3):10 USC 424; (b)(6)
Derived From: ~~...~~
Declassify On: ~~25X1, EO 13051~~
=======================================================

has factored this in.  We are putting together another email on this topic tomorrow.

Please push the email out ASAP.

(b)(3):10 USC 424; (b)(6)

(b)(3):10
USC 424;

**Subject:** RE: COVID-19 now at WATCHCON 1

Classification: ~~TOP SECRET//SI//NOFORN~~

Classified By:
Derived From: ~~...~~
Declassify On: ~~25X1, EO 13051~~
=======================================================

Just talked to        and he has some guidance coming from P&R forwarded by            on the low side. We may want to factor that in in or cross check. V/R

(b)(3):10 USC 424; (b)(6)

(b)(3):10 USC 424; (b)(6)

**Subject:** RE: COVID-19 now at WATCHCON 1

Classification: ~~TOP SECRET//SI//NOFORN~~

Classified By: (b)(3):10 USC 424; (b)(6)
Derived From: ~~████████████~~
Declassify On: ~~25X1, EO 13526~~

OCC has been working with [            ] on the message that will be sent to the workforce. It'll be pushed this afternoon.

(b)(3):10 USC 424; (b)(6)

vr

(b)(3):10 USC 424; (b)(6)

(b)(3):10 USC 424; (b)(6)

(b)(3):10 USC 424; (b)(6)

**Subject:** RE: COVID-19 now at WATCHCON 1

Classification: ~~TOP SECRET//SI//NOFORN~~

Classified By: (b)(3):10 USC 424; (b)(6)
Derived From: ~~Multiple Sources~~
Declassify On: ~~25X1, EO 12951~~

=======================================(b)(3):10 USC 424; (b)(6)==============

Thanks for looping us in [          ] We're collaborating on all of those requests. But we don't want to hold up comms about expanding quarantine rules to Korea and Italy while we work through all of this. That needs to be the priority and pushed out as soon as possible.

Best,

(b)(3):10 USC 424; (b)(6)

cid:image001.png@01D5B5C5.96DE6640

(b)(3):10 USC 424; (b)(6)

**Subject:** FW: COVID-19 now at WATCHCON 1

Classification: ~~TOP SECRET//SI//NOFORN~~

Classified By: (b)(3):10 USC 424; (b)(6)
Derived From: ~~Multiple Sources~~
Declassify On: ~~25X1, EO 12951~~
=================================================================

b)(6) (b)(3):10 USC 424

– did not see you on this message.                                                                   (b)(6); (b)(3):10 USC 424

(b)(3):10 USC 424; (b)(6)  I am aware that the Surgeon General's office sent the attached for us to release.          and I spoke with
briefly this morning about that message and the one below.  Chief also mentioned relaying the
below info to                                    this morning.          (b)(3):10 USC 424; (b)(6)

Couple of thoughts for what we need to address in the next workforce email:
-Provide any updates available on USG response and actions individual agencies can take.  What does
WATCHCON 1/Imminent Crisis mean?
-Is DIA putting travel restrictions in place, for personal and/or official travel?  Does the supervisor have
the authority to deny leave to these countries?  Who should they notify?  If an employee travels on
personal leave is the agency providing them admin leave?
-Has OHR reached out to HCMO on whether broader USDI policy will be promulgated?
-Has State Dept provided any travel restrictions?

I realize we may not have answers to all of these questions yet but believe the next note to the
workforce needs to be more comprehensive.

Just some thoughts...

vr

                                             (b)(3):10 USC 424; (b)(6)

                                                                                     (b)(3):10 USC 424; (b)(6)

Subject: RE: COVID-19 now at WATCHCON 1

Classification: ~~TOP SECRET//SI//NOFORN~~

Classified By: (b)(3):10 USC 424; (b)(6)

Derived From: ~~Multiple Sources~~
Declassify On: ~~25X1,  EO 12951~~
===========================================================

DR, DD,

Surgeon General and MS are working policy ICW ODNI on how we handle the virus for our workforce and facilities.   Intent is to include in CS update, but depending on discussions with ODNI, we may update workforce sooner.

V/R

(b)(3):10 USC 424; (b)(6)

"One is too small a number for greatness!"

cid:image001.png@01D5EC7D.614B0030

(b)(3):10 USC 424; (b)(6)

**Subject:** FW: COVID-19 now at WATCHCON 1

Classification: ~~TOP SECRET//SI//NOFORN~~

Classified By: (b)(3):10 USC 424; (b)(6)
Derived From: ~~Multiple Sources~~
Declassify On: ~~25X1,  EO 12951~~
==================================================================

Sir

JS J2 sent over the below message on the COVID-19 WATCHON 1 status and defense collection posture.

VR,
(b)(3):10 USC 424; (b)(6)



(b)(3):10 USC 424; (b)(6)

**Subject:** RE: COVID-19 now at WATCHCON 1

Classification: ~~TOP SECRET//SI//NOFORN~~

Classified By: (b)(3):10 USC 424; (b)(6)
Derived From: ~~Multiple Sources~~
Declassify On: ~~25X1, EO 13051~~

(b)(3):10 USC 424; (b)(6)

Bluf:
(b)(1); Sec. 1.4(c); Sec. 1.4(a)

(b)(1); Sec. 1.4(c)



(b)(1); Sec. 1.4(c); (b)(3):10 USC 424

Directorate for Intelligence (J2)
Pentagon

(b)(3);10 USC 424; (b)(6)

(b)(3):10 USC 424; (b)(6)

**Subject:** RE: COVID-19 now at WATCHCON 1

Classification: ~~TOP SECRET//SI/~~ (b)(3):50 USC 3024(i)

Classified By: (b)(3):10 USC 424; (b)(6)
Derived From: ~~Multiple Sources~~
Declassify On: ~~25X1, EO 13051~~

Thanks (b)(3):10 USC 424; (b)(6)

Because of the hearing today, can you give us a quick BLUF that we can provide the boss? He is in short final for his prep this morning

V/R

(b)(3):10 USC 424; (b)(6)

"Opportunity is missed by most people, because it is dressed in overalls and looks like work." Thomas Edison

(b)(3):10 USC 424; (b)(6)

**Subject:** FW: COVID-19 now at WATCHCON 1

Classification: ~~TOP SECRET//SI/~~ (b)(3):50 USC 3024(i)

Classified By: (b)(3):10 USC 424; (b)(6)
Derived From: ~~Multiple Sources~~

Declassify On: ~~25X1, EO 13051~~

(b)(3):10 USC 424; (b)(6)

J26 has the COVID-19 [redacted] Posture placemat for action. Their suspense to the J2 is 1500 today.

(b)(3):10 USC 424; (b)(6)

(b)(1); Sec. 1.4(c); (b)(3):10 USC 424



(b)(3):10 USC 424; (b)(6)

**Subject:** RE: COVID-19 now at WATCHCON 1

Classification: ~~TOP SECRET//SI//REL TO USA, FVEY~~

Classified By: (b)(3):10 USC 424; (b)(6)
Derived From: ~~Multiple Sources~~
Declassify On: ~~25X1, EO 13051~~

Thanks. So what are
Where are we on

(b)(1); Sec. 1.4(c); (b)(3):10 USC 424

(b)(3):10 USC 424; (b)(6)



(b)(3):10 USC 424; (b)(6)

**Subject:** COVID-19 now at WATCHCON 1

Classification: ~~TOP SECRET//SI//~~ (b)(3):50 USC 3024(i)

Classified By (b)(3):10 USC 424; (b)(6)
Derived From: ~~Multiple Sources~~
Declassify On: ~~25X1, EO 12951~~

DR,

(b)(1): Sec. 1.4(c); (b)(3):10 USC 424

The next two pages are denied in full and not provided.

(b)(1); Sec. 1.4(c); (b)(3):10 USC 424

Please let us know if you require additional information.

V/R

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)



**From:**

**To:**

**Subject:** RE: 1-page primer on COVID-19 virus origin
**Date:** 2020/05/04 06:51:23
**Priority:** Normal
**Type:** Note



Thanks    Also thank you for setting up all the calls    they were very informative!

**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Friday, May 1, 2020 2:34 PM
**To:**

(b)(3):10 USC 424;  (b)(6)

**Subject:** FW: 1-page primer on COVID-19 virus origin

FYI, attached is a draft short overview of genomic investigation of new viruses in general and SARS-CoV-2 specifically, aiming for a not-super-technical level. It reflects the thinking of a few scientists who are experts in the topic. It is not a comprehensive analysis (e.g. doesn't get into RBD anomalies or riboswitch questions), but hopefully gives a sense of the issues that could be investigated further. Please don't distribute as this is a working document, not approved for distribution.

Thank you,

(b)(3):10 USC 424;  (b)(6)

The final page is withheld in full citing (b)(3 10 USC 424 and (b)(6), and is not provided.

(b)(3):50 USC 3024(i)

~~TOP SECRET~~



(S/

# *China: Origins of COVID-19 Outbreak Remain Unknown*

DEFENSE INTELLIGENCE | 27 MARCH 2020

(b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)

---

[i] (U) For this product, we define genetic engineering as using a set of biotechnologies to manipulate or "edit" an organism or virus's genome; it does not include directed evolution by other means such as the use of repeated passage through animals or cell culture.

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

~~Classified by:~~
~~Derived from: Multiple Sources~~
~~Declassify on:~~

ICOD: 24 March 2020
DIA_F_14317_A

CORE Version 5.1

~~TOP SECRET~~

TOP SECRET (b)(3):50 USC 3024(i)

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e)

> (U) WIV and Wuhan CDC scientists collect SARS-like coronaviruses from bats in the wild, according to a news article and a Chinese prepublished academic article.[20][21] While collecting coronavirus samples, a Wuhan CDC researcher was accidentally exposed to bat blood and urine and subsequently self-quarantined for 14 days, according to the same Chinese prepublished academic article.[22] The Wuhan CDC's discarded infected animal tissue samples could be the source of the initial COVID-19 patient infections, according to the same source.[23]

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(d)

(b)(3):50 USC 3024(i)

TOP SECRET

The next 3 pages are withheld in full pursuant to Exemptions 1, 3 (10 USC 424 + 50 USC 3024(i)), and (7)(E) and are not provided.

TOP SECRET (b)(3):50 USC 3024(i)

Any reproduction, dissemination, or communication (including, but not limited to, oral briefings) of this information must be accompanied by a statement of these restrictions.

(U) Prepared by

(U) Coordinated with:

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)

The final 5 pages are withheld in full pursuant to Exemptions 1, 3 (10 USC 424 + 50 USC 3024(i)), and (7)(E) and are not provided.

TOP SECRET (b)(3):10 USC 424; (b)(3):50 USC 3024(i)

(b)(3):10 USC 424;  (b)(6)

**From:**

**To:**

**Subject:** Origins Discussion
**Date:** 2020/06/25 07:07:33
**Start Date:** 2020/06/29 11:00:00
**End Date:** 2020/06/29 12:00:00
**Priority:** Normal
**Type:** Appointment
**Location:**     (b)(3):10 USC 424;  (b)(6)
**Attendees:**

Classification: ~~TOP SECRET~~

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

================================================================

ALCON,

At the request of (b)(3):10 USC 424;  (b)(6) will be briefing us on their assessment of the origins of SARS-CoV-2 on 29 June at 1100. Please see the attached read-ahead for a general idea of the basis for their assessment. The outcome of the briefing will determine the way forward; however, if it is determined that a change in the analytic line is necessary, it will be handled through the established production guidelines for publishing on the topic of origins.

I've kept the distro on this the same as the original distro; I defer to [ ] for any others that she would like to have in the room.

(b)(3):10 USC 424;  (b)(6)

Please let me know if you have any questions.

The final page is withheld in full citing (b)(3) 10 USC 424 + 50 USC 3024(i) and (b)(6), and is not provided.

(b)(3):10 USC 424;  (b)(6)

**From:**

**To:**

**Subject:** Re: ORIGINS: Way Forward
**Date:** 2020/07/27 12:14:01
**Priority:** Normal
**Type:** Note

I have attached a draft of the _____ for your thoughts.

**From:**
**Sent:** Thursday, July 23, 2020 12:13:30 PM
**To:**

**Cc:**

**Subject:** RE: ORIGINS: Way Forward

~~Classification: TOP SECRET/~~

~~Classified By~~ :
~~Derived From~~:
~~Declassify On~~: 20451231

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

=================================================================

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

Please advise if you'd like them to take a separate course of action.

VR
(b)(3):10 USC 424;  (b)(6)

(b)(3):10 USC 424;  (b)(6)

**From:**
**Sent:** Thursday, July 23, 2020 12:03 PM
**To:** (b)(3):10 USC 424;  (b)(6)

Just doing a quick gut check on the ACH to see how it's coming along. I know ▮ is on leave next week and then out the door in a couple weeks, so just wanted to see where we stand and if there's anything the team can to do help.

VR

**From**

**Sent:** Monday, June 22, 2020 8:48 AM

**To:**

**Cc:**

**Subject:** RE: ORIGINS: Way Forward



(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

===========================

Thank you, Monday 29 June at 1100 is good for me. I think ▮ is back tomorrow and can let us know then if OK for him too.

**From**

**Sent:** Monday, June 22, 2020 7:53 AM

**To:**

**Cc:**

**Subject:** RE: ORIGINS: Way Forward



(b)(3):10 USC 424:  (b)(1):  (b)(3):50 USC 3024(i):  Sec. 1.4(c)  Sec. 1.4(e):  (b)(6)

Please let me know if there are any issues or concerns with that date/time slot.

Thanks again for your work on this; I'm looking forward to the discussion!

**From**
**Sent:**
**To**

**Cc:**

**Subject:** RE: ORIGINS: Way Forward

Thanks again for the opportunity.

V/r,

**From:**
**Sent:**
**To:**

(b)(3):10 USC 424;  (b)(6)

**Cc:**

**Subject:** RE: ORIGINS: Way Forward

~~Classification:   SECRET//NOFORN~~

~~Classified By~~ (b)(3):10 USC 424
~~Derived From:~~
~~Declassify On:  20360916~~

========================================================

Got it, thank you. That's a high bar but we'll put the best case forward and see where we end up!

V/r,

**From**                                      (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)
**Sent:** Wednesday, June 10, 2020 11:14 AM
**To:**

**Cc:**

**Subject:** RE: ORIGINS: Way Forward

~~Classification:   SECRET//NOFORN~~

(b)(3):10 USC 424;  (b)(6)

Classified By

Derived From:

Declassify On: 00360016

Please let me know if you have any other questions.

**From:**
**Sent:** Monday, June 08, 2020 11:09 AM
**To:**

**Cc**

**Subject:** RE: ORIGINS: Way Forward

Classification  SECRET//NOFORN

(b)(3):10 USC 424;  (b)(1);  (b)(3):50
USC 3024(i);  Sec. 1.4(c);  Sec.
1.4(e);  (b)(6)

Classified By

Derived From:

Declassify On: 00360016

=============================

The following 2 pages are withheld in full citing (b)(1), (b)(3) 10 USC 424
+ 50 USC 3024(i), and (b)(6), and are not provided.



```
========================
Classification: TOP SECRET

========================
Classification: TOP SECRET

========================
Classification: TOP SECRET

========================
Classification: TOP SECRET

========================
Classification: TOP SECRET

========================
Classification: TOP SECRET
```

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

| | |
|---|---|
| **Sender:** | |
| **Recipient:** | |
| **Sent Date:** | 2020/07/27 12:14:00 |
| **Delivered Date:** | 2020/07/27 12:14:01 |