16

**UNCLASSIFIED**



## DEFENSE INTELLIGENCE AGENCY

---

**U-20-0002/OSG**                                                 **April 16, 2020**

**(U) Office of the Surgeon General (OSG): COVID-19 Vaccine and Therapy Development Update**

*(U) This paper responds to a Director request for information on Vaccine and Therapy Development against COVID-19 during the 1700 CICG Sync meeting on 08 April 2020.*

**(U) Potential Treatments for COVID-19**

(U) A vaccine for COVID-19 is likely to be the most effective method of controlling the current pandemic and preventing further COVID-19 spread. The small number of genetic differences between the original strain of the novel coronavirus from Wuhan and those currently circulating in the US population indicates that a vaccine may likely offer lasting immunity. Although all replicating viruses accumulate some mutations that persist due to natural selection, the genetics of SARS-CoV-2 suggest that it is not mutating at a high rate which would indicate a single vaccine would be sufficient to confer lasting immunity. Potential treatments, via antivirals or other methodologies, are needed to treat those already infected with COVID-19. The timelines for both a publically available vaccine(s) and effective COVID-19 treatments are currently at a minimum 12 – 18 months away, though the FDA's COVID-19 Treatment Accelerated Program is likely to accelerate future their availability.

**(U) Vaccines**

(U) As of 14 April, 2020, according to academic and open source reporting, there are 79 potential candidate vaccines in various stages of research and development. The furthest along in the clinical process is an experimental vaccine developed by Hong Kong-listed CanSino Biologics Inc. and the Beijing Institute of Biotechnology, which is in phase two of three clinical trials. The other two being tested in humans are treatments developed separately by U.S. drug makers Moderna Inc. and Inovio Pharmaceuticals Inc., according to a WHO document.

- (U) The ongoing COVID-19 pandemic will likely expedite candidate vaccine testing and approval. Vaccine trials require large and diverse population sample sizes to ensure proper testing of the efficacy and safety of candidate vaccines. The global nature of the COVID-19 pandemic and continued presence of large cohorts of infected individuals will ensure these needs are met.

Committed to Excellence in Defense of the Nation

*Classified by:* (b)(3):10 USC 424; (b)(6)
*Derived from: Multiple Sources*
*Declassify on: None*

**UNCLASSIFIED**

**UNCLASSIFIED**

### (U) Antivirals

(U) Antivirals are drugs created to attack the virus and may do so in a variety of ways, such as inhibiting viral replication or preventing viral entry in the cell.

- (U) As of 15 April, according to scientific reporting, there are at least 13 different antiviral candidates being studied for their potential repurposing as a COVID-19 treatment. Gilead's remdesivir is receiving the most media attention likely due to the World Health Organizations public show of support. Remdesivir was originally developed as a treatment for Ebola, and is now in clinical trials as a treatment for COVID-19 in mild to moderately sick patients. Previously developed therapeutics, such as remdesivir and BioSig Technologies' merimepobid, offer a faster path to market and are likely to attract continued support.

### (U) Other Treatments

(U) There are three other types of treatments also being explored: drug therapies, human antibody therapy, and engineered antibodies. Amongst drug therapies, the most well-known is hydroxychloroquine which is commonly used as an antimalarial drug. To date the results regarding efficacy are inconclusive and there are potentially dangerous side effects associated with its use. Antibody therapy is less likely to become a viable treatment option given the technology needed for development is not far enough along at this time.

cc:  DIA Dep DIR
     DIA Chief of Staff
     DIA CICG Chief

(U) Prepared by:  Office of the Surgeon General, (b)(3):10 USC 424

2
**UNCLASSIFIED**

bioRxiv preprint first posted online Jan. 31, 2020; doi: http://dx.doi.org/10.1101/2020.01.30.927871. The copyright holder for this preprint (which was not peer-reviewed) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-NC-ND 4.0 International license.

# Uncanny similarity of unique inserts in the 2019-nCoV spike protein to HIV-1 gp120 and Gag

Prashant Pradhan[S1,2], Ashutosh Kumar Pandey[S1], Akhilesh Mishra[S1], Parul Gupta[1], Praveen Kumar Tripathi[1], Manoj Balakrishnan Menon[1], James Gomes[1], Perumal Vivekanandan*[1]and Bishwajit Kundu*[1]

[1]Kusuma School of biological sciences, Indian institute of technology, New Delhi-110016, India.

[2]Acharya Narendra Dev College, University of Delhi, New Delhi-110019, India

[S]Equal contribution

* Corresponding authors- email: bkundu@bioschool.iitd.ac.in

vperumal@bioschool.iitd.ac.in

## Abstract:

We are currently witnessing a major epidemic caused by the 2019 novel coronavirus (2019-nCoV). The evolution of 2019-nCoV remains elusive. We found 4 insertions in the spike glycoprotein (S) which are unique to the 2019-nCoV and are not present in other coronaviruses. Importantly, amino acid residues in all the 4 inserts have identity or similarity to those in the HIV-1 gp120 or HIV-1 Gag. Interestingly, despite the inserts being discontinuous on the primary amino acid sequence, 3D-modelling of the 2019-nCoV suggests that they converge to constitute the receptor binding site. The finding of 4 unique inserts in the 2019-nCoV, all of which have identity /similarity to amino acid residues in key structural proteins of HIV-1 is unlikely to be fortuitous in nature. This work provides yet unknown insights on 2019-nCoV and sheds light on the evolution and pathogenicity of this virus with important implications for diagnosis of this virus.

## Introduction

Coronaviruses (CoV) are single-stranded positive-sense RNA viruses that infect animals and humans. These are classified into 4 genera based on their host specificity: *Alphacoronavirus, Betacoronavirus, Deltacoronavirus and Gammacoronavirus* (Snijder et al., 2006). There are seven known types of CoVs that includes 229E and NL63 (Genus Alphacoronavirus), OC43, HKU1, MERS and SARS (Genus Betacoronavirus). While 229E, NL63, OC43, and HKU1 commonly infect humans, the SARS and MERS outbreak in 2002 and 2012 respectively occurred when the virus crossed-over from animals to humans causing significant mortality (J. Chan et al., n.d.; J. F. W. Chan et al., 2015). In December 2019, another outbreak of coronavirus was reported from Wuhan, China that also transmitted from animals to humans. This new virus has been temporarily termed as 2019-novel Coronavirus (2019-nCoV) by the World Health Organization (WHO) (J. F.-W. Chan et al., 2020; Zhu et al., 2020). While there are several hypotheses about the origin of 2019-nCoV, the source of this ongoing outbreak remains elusive.

The transmission patterns of 2019-nCoV is similar to patterns of transmission documented in the previous outbreaks including by bodily or aerosol contact with persons infected with the virus.

bioRxiv preprint first posted online Jan. 31, 2020; doi: http://dx.doi.org/10.1101/2020.01.30.927871. The copyright holder for this preprint (which was not peer-reviewed) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-NC-ND 4.0 International license.

Cases of mild to severe illness, and death from the infection have been reported from Wuhan. This outbreak has spread rapidly distant nations including France, Australia and USA among others. The number of cases within and outside China are increasing steeply. Our current understanding is limited to the virus genome sequences and modest epidemiological and clinical data. Comprehensive analysis of the available 2019- nCoV sequences may provide important clues that may help advance our current understanding to manage the ongoing outbreak.

The spike glycoprotein (S) of cornonavirus is cleaved into two subunits (S1 and S2). The S1 subunit helps in receptor binding and the S2 subunit facilitates membrane fusion (Bosch et al., 2003; Li, 2016). The spike glycoproteins of coronoviruses are important determinants of tissue tropism and host range. In addition the spike glycoproteins are critical targets for vaccine development (Du et al., 2013). For this reason, the spike proteins represent the most extensively studied among coronaviruses. We therefore sought to investigate the spike glycoprotein of the 2019-nCoV to understand its evolution, novel features sequence and structural features using computational tools.

### Methodology

### Retrieval and alignment of nucleic acid and protein sequences

We retrieved all the available coronavirus sequences (n=55) from NCBI viral genome database (https://www.ncbi.nlm.nih.gov/) and we used the GISAID (Elbe & Buckland-Merrett, 2017)[https://www.gisaid.org/] to retrieve all available full-length sequences (n=28) of 2019-nCoV as on 27 Jan 2020. Multiple sequence alignment of all coronavirus genomes was performed by using MUSCLE software (Edgar, 2004) based on neighbour joining method. Out of 55 coronavirus genome 32 representative genomes of all category were used for phylogenetic tree development using MEGAX software (Kumar et al., 2018). The closest relative was found to be SARS CoV. The glycoprotein region of SARS CoV and 2019-nCoV were aligned and visualized using Multalin software (Corpet, 1988). The identified amino acid and nucleotide sequence were aligned with whole viral genome database using BLASTp and BLASTn. The conservation of the nucleotide and amino acid motifs in 28 clinical variants of 2019-nCoV genome were presented by performing multiple sequence alignment using MEGAX software. The three dimensional structure of 2019-nCoV glycoprotein was generated by using SWISS-MODEL online server (Biasini et al., 2014) and the structure was marked and visualized by using PyMol (DeLano, 2002).

### Results

### Uncanny similarity of novel inserts in the 2019-nCoV spike protein to HIV-1 gp120 and Gag

Our phylogentic tree of full-length coronaviruses suggests that 2019-nCoV is closely related to SARS CoV [Fig1]. In addition, other recent studies have linked the 2019-nCoV to SARS CoV. We therefore compared the spike glycoprotein sequences of the 2019-nCoV to that of the SARS CoV (NCBI Accession number: AY390556.1). On careful examination of the sequence alignment we found that the 2019- nCoV spike glycoprotein contains 4 insertions [Fig.2]. To further investigate if these inserts are present in any other corona virus, we performed a multiple

bioRxiv preprint first posted online Jan. 31, 2020; doi: http://dx.doi.org/10.1101/2020.01.30.927871. The copyright holder for this preprint (which was not peer-reviewed) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-NC-ND 4.0 International license.

sequence alignment of the spike glycoprotein amino acid sequences of all available coronaviruses (n=55) [refer Table S.File1] in NCBI refseq (ncbi.nlm.nih.gov) this includes one sequence of 2019-nCoV[Fig.S1]. We found that these 4 insertions [inserts 1, 2, 3 and 4] are unique to 2019-nCoV and are not present in other coronaviruses analyzed. Another group from China had documented three insertions comparing fewer spike glycoprotein sequences of coronaviruses . Another group from China had documented three insertions comparing fewer spike glycoprotein sequences of coronaviruses (Zhou et al., 2020).



**Figure 1:** Maximum likelihood genealogy show the evolution of 2019- nCoV: The evolutionary history was inferred by using the Maximum Likelihood method and JTT matrix-based model. The tree with the highest log likelihood (12458.88) is shown. Initial tree(s) for the heuristic search were obtained automatically by applying Neighbor-Join and BioNJ algorithms to a matrix of pairwise distances estimated using a JTT model, and then selecting the topology with superior log likelihood

bioRxiv preprint first posted online Jan. 31, 2020; doi: http://dx.doi.org/10.1101/2020.01.30.927871. The copyright holder for this preprint (which was not peer-reviewed) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-NC-ND 4.0 International license.

value. This analysis involved 5 amino acid sequences. There were a total of 1387 positions in the final dataset. Evolutionary analyses were conducted in MEGA X.

**Figure 2: Multiple sequence alignment between spike proteins of 2019-nCoV and SARS.** The sequences of spike proteins of 2019-nCoV (Wuhan-HU-1, Accession NC_045512) and of SARS CoV (GZ02, Accession AY390556) were aligned using MultiAlin software. The sites of difference are highlighted in boxes.

We then analyzed all available full-length sequences (n=28) of 2019-nCoV in GISAID (Elbe & Buckland-Merrett, 2017) as on January 27, 2020 for the presence of these inserts. As most of these sequences are not annotated, we compared the nucleotide sequences of the spike glycoprotein of all available 2019-nCoV sequences using BLASTp. Interestingly, all the 4 insertions were absolutely (100%) conserved in all the available 2019- nCoV sequences analyzed [Fig.S2, Fig.S3].

bioRxiv preprint first posted online Jan. 31, 2020; doi: http://dx.doi.org/10.1101/2020.01.30.927871. The copyright holder for this preprint (which was not peer-reviewed) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-NC-ND 4.0 International license.

We then translated the aligned genome and found that these inserts are present in all Wuhan 2019-nCoV viruses except the 2019-nCoV virus of Bat as a host [Fig.S4]. Intrigued by the 4 highly conserved inserts unique to 2019-nCoV we wanted to understand their origin. For this purpose, we used the 2019-nCoV local alignment with each insert as query against all virus genomes and considered hits with 100% sequence coverage. Surprisingly, each of the four inserts aligned with short segments of the Human immunodeficiency Virus-1 (HIV-1) proteins. The amino acid positions of the inserts in 2019-nCoV and the corresponding residues in HIV-1 gp120 and HIV-1 Gag are shown in Table 1. The first 3 inserts (insert 1,2 and 3) aligned to short segments of amino acid residues in HIV-1 gp120. The insert 4 aligned to HIV-1 Gag. The insert 1 (6 amino acid residues) and insert 2 (6 amino acid residues) in the spike glycoprotein of 2019-nCoV are 100% identical to the residues mapped to HIV-1 gp120. The insert 3 (12 amino acid residues) in 2019-nCoV maps to HIV-1 gp120 with gaps [see Table 1]. The insert 4 (8 amino acid residues) maps to HIV-1 Gag with gaps.

Although, the 4 inserts represent discontiguous short stretches of amino acids in spike glycoprotein of 2019-nCoV, the fact that all three of them share amino acid identity or similarity with HIV-1 gp120 and HIV-1 Gag (among all annotated virus proteins) suggests that this is not a random fortuitous finding. In other words, one may sporadically expect a fortuitous match for a stretch of 6-12 contiguous amino acid residues in an unrelated protein. However, it is unlikely that all 4 inserts in the 2019-nCoV spike glycoprotein fortuitously match with 2 key structural proteins of an unrelated virus (HIV-1).

The amino acid residues of inserts 1, 2 and 3 of 2019-nCoV spike glycoprotein that mapped to HIV-1 were a part of the V4, V5 and V1 domains respectively in gp120 [Table 1]. Since the 2019-nCoV inserts mapped to variable regions of HIV-1, they were not ubiquitous in HIV-1 gp120, but were limited to selected sequences of HIV-1 [ refer S.File1] primarily from Asia and Africa.

The HIV-1 Gag protein enables interaction of virus with negatively charged host surface (Murakami, 2008) and a high positive charge on the Gag protein is a key feature for the host-virus interaction. On analyzing the pI values for each of the 4 inserts in 2019-nCoV and the corresponding stretches of amino acid residues from HIV-1 proteins we found that a) the pI values were very similar for each pair analyzed b) most of these pI values were $10\pm2$ [Refer Table 1] . Of note, despite the gaps in inserts 3 and 4 the pI values were comparable. This uniformity in the pI values for all the 4 inserts merits further investigation.

As none of these 4 inserts are present in any other coronavirus, the genomic region encoding these inserts represent ideal candidates for designing primers that can distinguish 2019-nCoV from other coronaviruses.

bioRxiv preprint first posted online Jan. 31, 2020; doi: http://dx.doi.org/10.1101/2020.01.30.927871. The copyright holder for this preprint (which was not peer-reviewed) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-NC-ND 4.0 International license.

| Motifs | Virus Glycoprotein | Motif Alignment | HIV protein and Variable region | HIV Genome Source Country/ subtype | Number of Polar Residues | Total Char ge | pI Valu e |
|---|---|---|---|---|---|---|---|
| Insert 1 | 2019- nCoV (GP) HIV1(GP120) | 71    76 TNGTKR TNGTKR 404   409 | gp120-V4 | Thailand */ CRF01_ AE | 5 5 | 2 2 | 11 11 |
| Insert 2 | 2019- nCoV (GP) HIV1(GP120) | 145   150 HKNNKS HKNNKS 462   467 | gp120-V5 | Kenya*/ G | 6 6 | 2 2 | 10 10 |
| Insert 3 | 2019- nCoV (GP) HIV1(GP120) | 245          256 RSYL----TPGDSSSG RTYLFNETRGNSSSG 136          150 | gp120-V1 | India*/C | 8 10 | 2 1 | 10.84 8.75 |
| Insert 4 | 2019- nCoV (Poly P) HIV1(gag) | 676          684 QTNS------------PRRA QTNSSILMQRSNFKG PRRA 366          384 | Gag | India*/C | 6 12 | 2 4 | 12.00 12.30 |

**Table 1: Aligned sequences of 2019-nCoV and gp120 protein of HIV-1 with their positions in primary sequence of protein. All the inserts have a high density of positively charged residues. The deleted fragments in insert 3 and 4 increase the positive charge to surface area ratio. *please see Supp. Table 1 for accession numbers**

*The novel inserts are part of the receptor binding site of 2019-nCoV*

To get structural insights and to understand the role of these insertions in 2019-nCoV glycoprotein, we modelled its structure based on available structure of SARS spike glycoprotein (PDB: 6ACD.1.A). The comparison of the modelled structure reveals that although inserts 1,2 and 3 are at non-contiguous locations in the protein primary sequence, they fold to constitute the part of glycoprotein binding site that recognizes the host receptor (Kirchdoerfer et al., 2016) (Figure 4). The insert 1 corresponds to the NTD (N-terminal domain) and the inserts 2 and 3 correspond to the CTD (C-terminal domain) of the S1 subunit in the 2019-nCoV spike glycoprotein. The insert 4 is at the junction of the SD1 (sub domain 1) and SD2 (sub domain 2) of the S1 subunit (Ou et al., 2017). We speculate, that these insertions provide additional flexibility to the glycoprotein binding site by forming a hydrophilic loop in the protein structure that may facilitate or enhance virus-host interactions.

bioRxiv preprint first posted online Jan. 31, 2020; doi: http://dx.doi.org/10.1101/2020.01.30.927871. The copyright holder for this preprint (which was not peer-reviewed) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-NC-ND 4.0 International license.



Insert 1 > TNGTKR
Insert 3 > RSYL- - - TPGDSSSG
Insert 2 > HKNNKS
Insert 4 > QTNSPRRA

**Figure 3. Modelled homo-trimer spike glycoprotein of 2019-nCoV virus.** The inserts from HIV envelop protein are shown with colored beads, present at the binding site of the protein.

### Evolutionary Analysis of 2019-nCoV

It has been speculated that 2019-nCoV is a variant of Coronavirus derived from an animal source which got transmitted to humans. Considering the change of specificity for host, we decided to study the sequences of spike glycoprotein (S protein) of the virus. S proteins are surface proteins that help the virus in host recognition and attachment. Thus, a change in these proteins can be reflected as a change of host specificity of the virus. To know the alterations in S protein gene of 2019-nCoV and its consequences in structural re-arrangements we performed *in-sillico* analysis of 2019-nCoV with respect to all other viruses. A multiple sequence alignment between the S protein amino acid sequences of 2019-nCoV, Bat-SARS-Like, SARS-GZ02 and MERS revealed that S protein has evolved with closest significant diversity from the SARS-GZ02 (Figure 1).

### Insertions in Spike protein region of 2019-nCoV

Since the S protein of 2019-nCoV shares closest ancestry with SARS GZ02, the sequence coding for spike proteins of these two viruses were compared using MultiAlin software. We found four new insertions in the protein of 2019-nCoV- "GTNGTKR" (IS1), "HKNNKS" (IS2), "GDSSSG" (IS3) and "QTNSPRRA" (IS4) (Figure 2). To our surprise, these sequence insertions were not only absent in S protein of SARS but were also not observed in any other member of the *Coronaviridae* family (Supplementary figure). This is startling as it is quite unlikely for a virus to have acquired such unique insertions naturally in a short duration of time.

bioRxiv preprint first posted online Jan. 31, 2020; doi: http://dx.doi.org/10.1101/2020.01.30.927871. The copyright holder for this preprint (which was not peer-reviewed) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-NC-ND 4.0 International license.

## Insertions share similarity to HIV

The insertions were observed to be present in all the genomic sequences of 2019-nCoV virus available from the recent clinical isolates (Supplementary Figure 1). To know the source of these insertions in 2019-nCoV a local alignment was done with BLASTp using these insertions as query with all virus genome. Unexpectedly, all the insertions got aligned with Human immunodeficiency Virus-1 (HIV-1). Further analysis revealed that aligned sequences of HIV-1 with 2019-nCoV were derived from surface glycoprotein gp120 (amino acid sequence positions: 404-409, 462-467, 136-150) and from Gag protein (366-384 amino acid) (Table 1). Gag protein of HIV is involved in host membrane binding, packaging of the virus and for the formation of virus-like particles. Gp120 plays crucial role in recognizing the host cell by binding to the primary receptor CD4.This binding induces structural rearrangements in GP120, creating a high affinity binding site for a chemokine co-receptor like CXCR4 and/or CCR5.

## Discussion

The current outbreak of 2019-nCoV warrants a thorough investigation and understanding of its ability to infect human beings. Keeping in mind that there has been a clear change in the preference of host from previous coronaviruses to this virus, we studied the change in spike protein between 2019-nCoV and other viruses. We found four new insertions in the S protein of 2019-nCoV when compared to its nearest relative, SARS CoV. The genome sequence from the recent 28 clinical isolates showed that the sequence coding for these insertions are conserved amongst all these isolates. This indicates that these insertions have been preferably acquired by the 2019-nCoV, providing it with additional survival and infectivity advantage. Delving deeper we found that these insertions were similar to HIV-1. Our results highlight an astonishing relation between the gp120 and Gag protein of HIV, with 2019-nCoV spike glycoprotein. These proteins are critical for the viruses to identify and latch on to their host cells and for viral assembly (Beniac et al., 2006). Since surface proteins are responsible for host tropism, changes in these proteins imply a change in host specificity of the virus. According to reports from China, there has been a gain of host specificity in case 2019-nCoV as the virus was originally known to infect animals and not humans but after the mutations, it has gained tropism to humans as well.

Moving ahead, 3D modelling of the protein structure displayed that these insertions are present at the binding site of 2019-nCoV. Due to the presence of gp120 motifs in 2019-nCoV spike glycoprotein at its binding domain, we propose that these motif insertions could have provided an enhanced affinity towards host cell receptors. Further, this structural change might have also increased the range of host cells that 2019-nCoV can infect. To the best of our knowledge, the function of these motifs is still not clear in HIV and need to be explored. The exchange of genetic material among the viruses is well known and such critical exchange highlights the risk and the need to investigate the relations between seemingly unrelated virus families.

## Conclusions

Our analysis of the spike glycoprotein of 2019-nCoV revealed several interesting findings: First, we identified 4 unique inserts in the 2019-nCoV spike glycoprotein that are not present in any other coronavirus reported till date. To our surprise, all the 4 inserts in the 2019-nCoV mapped to

bioRxiv preprint first posted online Jan. 31, 2020; doi: http://dx.doi.org/10.1101/2020.01.30.927871. The copyright holder for this preprint (which was not peer-reviewed) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-NC-ND 4.0 International license.

short segments of amino acids in the HIV-1 gp120 and Gag among all annotated virus proteins in the NCBI database. This uncanny similarity of novel inserts in the 2019- nCoV spike protein to HIV-1 gp120 and Gag is unlikely to be fortuitous. Further, 3D modelling suggests that atleast 3 of the unique inserts which are non-contiguous in the primary protein sequence of the 2019-nCoV spike glycoprotein converge to constitute the key components of the receptor binding site. Of note, all the 4 inserts have pI values of around 10 that may facilitate virus-host interactions. Taken together, our findings suggest unconventional evolution of 2019-nCoV that warrants further investigation. Our work highlights novel evolutionary aspects of the 2019-nCoV and has implications on the pathogenesis and diagnosis of this virus.

## References

Beniac, D. R., Andonov, A., Grudeski, E., & Booth, T. F. (2006). Architecture of the SARS coronavirus prefusion spike. *Nature Structural and Molecular Biology*, 13(8), 751–752. https://doi.org/10.1038/nsmb1123

Biasini, M., Bienert, S., Waterhouse, A., Arnold, K., Studer, G., Schmidt, T., Kiefer, F., Cassarino, T. G., Bertoni, M., Bordoli, L., & Schwede, T. (2014). SWISS-MODEL: Modelling protein tertiary and quaternary structure using evolutionary information. *Nucleic Acids Research*. https://doi.org/10.1093/nar/gku340

Bosch, B. J., van der Zee, R., de Haan, C. A. M., & Rottier, P. J. M. (2003). The Coronavirus Spike Protein Is a Class I Virus Fusion Protein: Structural and Functional Characterization of the Fusion Core Complex. *Journal of Virology*, 77(16), 8801–8811. https://doi.org/10.1128/jvi.77.16.8801-8811.2003

Chan, J. F.-W., Kok, K.-H., Zhu, Z., Chu, H., To, K. K.-W., Yuan, S., & Yuen, K.-Y. (2020). Genomic characterization of the 2019 novel human-pathogenic coronavirus isolated from a patient with atypical pneumonia after visiting Wuhan. *Emerging Microbes & Infections*, 9(1), 221–236. https://doi.org/10.1080/22221751.2020.1719902

Chan, J. F. W., Lau, S. K. P., To, K. K. W., Cheng, V. C. C., Woo, P. C. Y., & Yuen, K.-Y. (2015). *Middle East Respiratory Syndrome Coronavirus: Another Zoonotic Betacoronavirus Causing SARS-Like Disease*. https://doi.org/10.1128/CMR.00102-14

Chan, J., To, K., Tse, H., Jin, D., microbiology, K. Y.-T. in, & 2013, undefined. (n.d.). Interspecies transmission and emergence of novel viruses: lessons from bats and birds. *Elsevier*.

Corpet, F. (1988). Multiple sequence alignment with hierarchical clustering. *Nucleic Acids Research*. https://doi.org/10.1093/nar/16.22.10881

DeLano, W. L. (2002). The PyMOL Molecular Graphics System, Version 1.1. *Schr{ö}dinger LLC*. https://doi.org/10.1038/hr.2014.17

Du, L., Zhao, G., Kou, Z., Ma, C., Sun, S., Poon, V. K. M., Lu, L., Wang, L., Debnath, A. K., Zheng, B.-J., Zhou, Y., & Jiang, S. (2013). Identification of a Receptor-Binding Domain in the S Protein of the Novel Human Coronavirus Middle East Respiratory Syndrome Coronavirus as an Essential Target for Vaccine Development. *Journal of Virology*, 87(17), 9939–9942. https://doi.org/10.1128/jvi.01048-13

bioRxiv preprint first posted online Jan. 31, 2020; doi: http://dx.doi.org/10.1101/2020.01.30.927871. The copyright holder for this preprint (which was not peer-reviewed) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-NC-ND 4.0 International license.

Edgar, R. C. (2004). MUSCLE: Multiple sequence alignment with high accuracy and high throughput. *Nucleic Acids Research.* https://doi.org/10.1093/nar/gkh340

Elbe, S., & Buckland-Merrett, G. (2017). Data, disease and diplomacy: GISAID's innovative contribution to global health. *Global Challenges.* https://doi.org/10.1002/gch2.1018

Kirchdoerfer, R. N., Cottrell, C. A., Wang, N., Pallesen, J., Yassine, H. M., Turner, H. L., Corbett, K. S., Graham, B. S., McLellan, J. S., & Ward, A. B. (2016). Pre-fusion structure of a human coronavirus spike protein. *Nature.* https://doi.org/10.1038/nature17200

Kumar, S., Stecher, G., Li, M., Knyaz, C., & Tamura, K. (2018). MEGA X: Molecular evolutionary genetics analysis across computing platforms. *Molecular Biology and Evolution.* https://doi.org/10.1093/molbev/msy096

Li, F. (2016). Structure, Function, and Evolution of Coronavirus Spike Proteins. *Annual Review of Virology, 3*(1), 237–261. https://doi.org/10.1146/annurev-virology-110615-042301

Murakami, T. (2008). Roles of the interactions between Env and Gag proteins in the HIV-1 replication cycle. *Microbiology and Immunology, 52*(5), 287–295. https://doi.org/10.1111/j.1348-0421.2008.00008.x

Ou, X., Guan, H., Qin, B., Mu, Z., Wojdyla, J. A., Wang, M., Dominguez, S. R., Qian, Z., & Cui, S. (2017). Crystal structure of the receptor binding domain of the spike glycoprotein of human betacoronavirus HKU1. *Nature Communications.* https://doi.org/10.1038/ncomms15216

Snijder, E. J., van der Meer, Y., Zevenhoven-Dobbe, J., Onderwater, J. J. M., van der Meulen, J., Koerten, H. K., & Mommaas, A. M. (2006). Ultrastructure and origin of membrane vesicles associated with the severe acute respiratory syndrome coronavirus replication complex. *Journal of Virology, 80*(12), 5927–5940. https://doi.org/10.1128/JVI.02501-05

Zhou, P., Yang, X.-L., Wang, X.-G., Hu, B., Zhang, L., Zhang, W., Si, H.-R., Zhu, Y., Li, B., Huang, C.-L., Chen, H.-D., Chen, J., Luo, Y., Guo, H., Jiang, R.-D., Liu, M.-Q., Chen, Y., Shen, X.-R., Wang, X., … Shi, Z.-L. (2020). Discovery of a novel coronavirus associated with the recent pneumonia outbreak in humans and its potential bat origin. *BioRxiv.* https://doi.org/10.1101/2020.01.22.914952

Zhu, N., Zhang, D., Wang, W., Li, X., Yang, B., Song, J., Zhao, X., Huang, B., Shi, W., Lu, R., Niu, P., Zhan, F., Ma, X., Wang, D., Xu, W., Wu, G., Gao, G. F., & Tan, W. (2020). A Novel Coronavirus from Patients with Pneumonia in China, 2019. *New England Journal of Medicine,* NEJMoa2001017. https://doi.org/10.1056/NEJMoa2001017

bioRxiv preprint first posted online Jan. 31, 2020; doi: http://dx.doi.org/10.1101/2020.01.30.927871. The copyright holder for this preprint (which was not peer-reviewed) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-NC-ND 4.0 International license.

| INSERT 1 | INSERT 2 | INSERT 3 | INSERT 4 |
|---|---|---|---|

Fig.S1 Multiple sequence alignment of glycoprotein of *coronaviridae* family, representing all the four inserts.

bioRxiv preprint first posted online Jan. 31, 2020; doi: http://dx.doi.org/10.1101/2020.01.30.927871. The copyright holder for this preprint (which was not peer-reviewed) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-NC-ND 4.0 International license.

Fig.S2: All four inserts are present in the aligned 28 Wuhan 2019-nCoV virus genomes obtained from GISAID. The gap in the Bat-SARS Like CoV in the last row shows that insert 1 and 4 is very unique to Wuhan 2019-nCoV.

bioRxiv preprint first posted online Jan. 31, 2020; doi: http://dx.doi.org/10.1101/2020.01.30.927871. The copyright holder for this preprint (which was not peer-reviewed) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-NC-ND 4.0 International license.



Fig.S3 Phylogenetic tree of 28 clinical isolates genome of 2019-nCoV including one from bat as a host.

bioRxiv preprint first posted online Jan. 31, 2020; doi: http://dx.doi.org/10.1101/2020.01.30.927871. The copyright holder for this preprint (which was not peer-reviewed) is the author/funder, who has granted bioRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-NC-ND 4.0 International license.



**Supplementary Fig 4.** Genome alingment of Coronaviridae family. Highlighted black sequences are the inserts represented here.

**From:** (b)(3):10 USC 424;  (b)(6)

**To:**

**Subject:** RE: ~~(U//NF)~~ Questions for (b)(7)(D)

**Date:** 2020/10/02 09:25:17

**Priority:** Normal

**Type:** Note

(b)(3):10 USC 424;  (b)(6)

Thank you for the update. Please keep me posted as to how this progresses. I would very much appreciate the opportunity to discuss (b)(7)(D)

R/

**Sent:** Tuesday, September 22, 2020 3:56 PM

(b)(3):10 USC 424;  (b)(6);
(b)(7)(D)

**Subject:** Re: Questions for

most appreciated! Standing by for further guidance.

**Sent:** Tuesday, September 22, 2020 11:34 AM

**Subject:** RE: Questions for

~~Classification: SECRET//NOFORN~~

(b)(3):10 USC 424;  (b)(1);  (b)(3)50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(
(b)(7)(D)

sent forward ...

(b)(3):10 USC 424;  (b)(6)

(b)(3):10 USC 424;  (b)(6)

**Sent:** Monday, September 14, 2020 10:27 AM

**Subject:** Questions for (b)(7)(D)

(b)(6)

questions from my colleague and Sars-COV-2 SME Please let me know if you need anything additional. (b)(3):10 USC 424;  (b)(6)

Classification: SECRET//NOFORN

(b)(3):10 USC 424;  (b)(6)

**Sender:**

**Recipient:**

**Sent Date:** 2020/10/02 09:24:43

**Delivered Date:** 2020/10/02 09:25:17

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**From:**

**To:**

**Subject:** Fw: Questions for (b)(7)(D)

**Date:** 2020/09/14 12:06:37

**Priority:** Normal

**Type:** Note

Sir, I have been working with (b)(3):10 USC 424; (b)(6) regarding questions for (b)(7)(D)
(b)(7)(D) recently. Attached are our questions for your SA. Please let me know if you require anything additional. (b)(3):10 USC 424. (b)(6)

**Sent:** Monday, September 14, 2020 10:26 AM

(b)(3).10 USC 424: (b)(6): (b)(7)(D)

**Subject:** Questions for

questions from my colleague and Sars-COV-2 SME (b)(3):10 USC 424; (b)(6) Please let me know if you need anything additional. (b)(3):10 USC 424: (b)(6)

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

**Sender:**

**Recipient:**

**Sent Date:** 2020/09/14 12:06:36

**Delivered Date:** 2020/09/14 12:06:37

61

| From: | |
|-------|---|
| **To:** | |
| **CC:** | |
| **Subject:** | RE: CICG WORKFORCE UPDATE 10MAR2020/1200 |
| **Date:** | 2020/03/11 11:20:52 |
| **Priority:** | Normal |
| **Type:** | Note |

Classification: ~~UNCLASSIFIED//FOUO~~

(b)(3):10 USC 424; (b)(6)

**Subject:** FW: CICG WORKFORCE UPDATE 10MAR2020/1200

Classification: ~~UNCLASSIFIED//FOUO~~ (b)(3):10 USC 424



(b)(3):10 USC 424; (b)(6)

Subject: CICG WORKFORCE UPDATE 10MAR2020/1200

Classification: ~~UNCLASSIFIED//FOUO~~/

Team:

Attached is the CICG Workforce Update for today.



**(U) CONUS COVID-19 Statistics:**

Map is UNCLASSIFIED.                                    SOURCE: Center for



Disease Control

Figure 2: Reported Cases

1. (U) 729 confirmed cases (+184)

2. (U) 26 deaths (+4)

3. (U) Total states with COVID-19

   a. (U) 36 states (+4)

4. (U) States of interest:

   a. (U) Alabama: No confirmed cases

   b. (U) District of Columbia

      i. (U) 23 patients being monitored/tested (+4)

      ii. (U) 17 negative results (+3)

      iii. (U) 4 presumptive positive results (+3)

   c. (U) Maryland: 5 confirmed cases (+2)

   d. (U) Virginia:

      i. (U) 166 being monitored (+27)

      ii. (U) 252 completed testing process with no public health action

      iii. (U) 3 presumptive positive cases (+1)

   e. (U) West Virginia: No confirmed cases

5. (U) States of emergency: 11 total (+3) Washington, California, Indiana, Kentucky, Maryland, New York, Pennsylvania, Utah, Ohio, Illinois, New Jersey

6. (U) COVID-19 comparison:

   a. (U) Seasonal Flu: 0.1% fatality rate

   b. (U) COVID-19: 3.5% fatality rate

   c. (U) SARS: 10% fatality rate

   d. (U) MERS: 35% fatality rate

(U//FOUO) (b)(3):10 USC 424    **DIA Surgeon General Update**

(b)(3):10 USC 424; (b)(6)

(U) EMPLOYEES (MILITARY, CONTRACTORS, AND CIVILIANS) NEED TO CHECK THE COVID-19 ALERT SIGNS POSTED AT THE ENTRANCES AND ELEVATORS WITHIN DIA BUILDINGS ON A REGULAR BASIS AS NEW RESTRICTED COUNTRIES MAY BE ADDED.

(U) Employees working in one of the high-risk countries should monitor their health status. If they become symptomatic (cough, fever, shortness of breath) they should contact their medical provider first to receive guidance. Employees must then notify their supervisor if advised to stay at home; if admitted to a health care facility; or if placed in community quarantine related to COVID-19. If diagnosed with COVID-19, please contact the MSOC immediately at

(U) Unlike the common cold or seasonal flu, the specific symptoms of COVID-19 are cough, fever, and shortness of breath. If you experience symptoms, stay at home and call your medical provider for guidance.

(U) Precautionary measures include: frequent hand washing at work and home for at least 20 seconds with soap and water; use hand-disinfecting gels (containing 60% or greater alcohol); cough into your elbow; and try to avoid shaking hands whenever possible to reduce the risk of transmission of COVID-19.

**Employee General Guidance**

- Do NOT shake hands.

- Wash your hands often with soap and water for 20 seconds, or use an alcohol-based hand sanitizer that contains at least 60% alcohol.

- Practice social distancing to reduce the probability of contact between persons carrying an infection, and others who are not infected, to minimize disease transmission, morbidity and ultimately, mortality.

- If sick or ill stay home and call your medical provider for guidance.

**Employees who have visited China, Italy, Korea, Hong Kong, Japan, Iran within the last 14 days**

- Are required to go home for 14 days home self-isolation.

- Self-observe for symptoms of COVID-19 (fever, cough, shortness of breath)

- Self-monitor for symptoms of COVID-19 (fever, cough, shortness of breath)

- Take your temperature twice a day (one in morning, once in evening)

- Call your medical provider for guidance of you experience the specific triad of symptoms. If you are unable to reach your provider, call urgent care, or your local hospital for guidance.

- If you test positive for COVID-19, notify your supervisor and call the DIA MSOC.

- Follow local and state health department authority guidance if you test positive for COVID-19.

**Employees returning from China, Italy, Korea, Hong Kong, Japan, or Iran (scenarios)**

- Ifa DIA employee tests positive for COVID-19

  o Their medical provider is legally required to notify state and local health departments of your health status.

  o Each health department has a COVID-19 website.

o If your provider asks you to report your own test information, contact the health department and provide the medical provider contact information.

**Employees Scenarios for Home Self-Isolation (New)**

- If a DIA employee comes into contact with any person (family, child, co-worker, clergy, shopkeeper) who is confirmed to have COVID-19, the employee goes into 14 day home self-isolation. See home self-isolation guidance.

- If a DIA employee comes into contact with *someone else* who came in contact with a COVID-19 diagnosed person (third party contact), then the employee reports to work and self-monitors. If possible, the employee will follow up with exposed person to see if they test positive.

- If a DIA employee is cohabitating with a person who just returned from a Level 2/3 country, the DIA employee will go into 14 day home self-isolation.

- If a DIA employee is in home self-isolation due to DIA guidance, but is not showing signs of COVID-19, the person is on Admin Leave. If the employee becomes ill, they go on Sick Leave.

**Home Self-Isolation Guidelines for DIA Employees Working at DIA Facilities:**

- Stay at home and do not come to work.

- Avoid all non-essential travel around the community.

- Avoid crowds, public events, meetings, social activities, or other group activities. If possible, have your food delivered to your door to minimize exposure and transmission.

- Avoid close contact (coming within 6 feet of someone): For example, you may take a walk outside but avoid close contact with others.

- Do not share utensils, toothbrushes, water bottles, pillows, and avoid shaking hands, kissing, hugging, or other intimate activities.

- Call your medical provider for guidance before going to a medical appointment. If you need to get urgent or emergency care, let the medical staff at your personal provider's office, the urgent care center or the emergency department medical staff at your local hospital know that you have been on home self-isolation because of travel to China, Korea, Hong Kong, Italy, Japan or Iran within the past 14 days.

**How Do I Monitor My Health?**

- During this time employees are required to monitor symptoms including fever, cough and shortness of breath.

- Employees must also check and record their temperature twice a day. If it's elevated above 100 degrees Fahrenheit during the 14 days, employees should call their medical provider first for further clinical guidance.

(b)(3):10 USC 424

CDC DEFINITION - *Self-monitoring means people should monitor themselves for fever by taking their temperatures twice a day (morning and evening) and remain alert for cough or difficulty breathing during the self-monitoring period, they should self-isolate, limit contact with others, and seek advice by telephone from a healthcare provider or their local health department to determine whether medical evaluation is needed.

CDC DEFINITION - *Self-observation means people should remain alert for subjective fever, cough, or shortness of breath. If they feel feverish or develop cough or shortness of breath during the self-observation period, they should take their temperature, self-isolate, limit contact with others, and seek advice by

telephone from their healthcare provider or their local health department to determine whether further medical evaluation is necessary.

**If You Must Go Out for Essential Reasons:**

- Cough/sneeze into your shoulder/elbow.

- Wash your hands often with soap and water for 20 seconds, or use an alcohol-based hand sanitizer that contains at least 60% alcohol.

- Do not shake hands.

- Avoid touching your mouth, nose, and eyes to minimize transmission.

(U//FOUO)                                    **Workforce Questions**

(b)(3):10 USC 424

(b)(3):10 USC 424

"DOD Civilian Workforce Guidance 08 MAR 2020" – found under Admin tab

## (U) Security Update

(U)The DIA Police and Office of Security are committed to protecting the Agency and its employees from the risks posed by potential exposure to the COVID-19. The DIA Police have established the following procedures to assist with protecting the workforce from possible COVID-19 exposure in DIA facilities:

1. (U) DIA employees and visitors to DIA facilities should expect to see additional procedures put in place to protect the workforce against the spread of the COVID-19.

2. (U) DIA Police have placed notices on the entrances of all DIA facilities notifying employees and visitors that if they have visited China, Hong Kong, Korea, Japan, Italy or Iran in the last 14 days, they will not be allowed in the facility.

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)

## (U) Service PCS Travel Restrictions

- (U) ARMY: On 7 Mar 20, the Department of the Army released fragmentary order (FRAGO) 4 from execute order (EXORD) 144-20 Army wide preparedness and response to COVID-19 outbreak. Effective immediately, Army PCS moves to and from CDC Level 3 countries (Korea and Italy) will stop and delay travel until 6 May 2020 or further notice. Soldiers stationed in countries with a CDC level 2 or above, who are scheduled to attend CONUS PME for 6 months or less, in a training status, will postpone their schooling until further notice. Soldiers in countries with CDC COVID-19 level of 2 and above, who are scheduled to attend CONUS PME for 6 months or longer, will arrive 14 days early to sites identified for screening and quarantine. Soldiers will not attend training, exercises, exchanges, and visits in countries with a CDC COVID-19 Level 2 and above, and international students from countries with a CDC COVID-19 alert level category 2 and above will not participate in all CONUS scheduled exercises, exchanges, and visits.

(U//FOUO) CDC and Department of State travel advisory Level 3 issued for Italy on February 28, 2020.

(b)(3):10 USC 424; (b)(6)

62

| From | |
|------|---|
| To | |
| Subject: | RE: Concerns regarding the CICG WORKFORCE UPDATEs |
| Date: | 2020/03/10 18:20:23 |
| Priority: | Normal |
| Type: | Note |

Classification: UNCLASSIFIED//FOUO
======================================================

Thank you. I appreciate the response.

Belief is the death of Intelligence.
~Robert Anton Wilson

Subject: RE: Concerns regarding the CICG WORKFORCE UPDATEs

Classification: UNCLASSIFIED//FOUO/
======================================================

We are updating our guidance to reflect this.

Subject: Concerns regarding the CICG WORKFORCE UPDATEs



Classification: ~~UNCLASSIFIED//FOUO~~

(b)(3):10 USC 424; (b)(6)

==========================================================

I am in southern California and we are being bombarded with COVID-19 information, as I am sure the DMV area is as well.

One distinction that medical professionals are attempting to emphasize is that words matter and definitions are not all the same.

So pardon me if I am mistaken, but it appears that the below updates are not using the word "isolation" correctly, as it relates to communicable diseases. In particular, there are numerous references to "self-isolation" if an employee believes to have been potentially exposed to COVID-19. I see there are CDC definitions for "self-monitoring" and "self-observation" included in the CICG Workforces updates. However, the CDC definition for "isolation" is not included, but clearly stated on the CDC website:

"Isolation separates sick people with a contagious disease from people who are not sick."

That is not the status described under the "self-isolation" guides and scenarios. I believe the accurate word would be "quarantine" — as defined by the CDC: "Quarantine separates and restricts the movement of people who were exposed to a contagious disease to see if they people sick."

If I am mis-reading the below information, I apologize for taking up your time. However, I do believe these updates are not accurate in their use of "isolation." Given that this is coming from the COVID-19 Integration and Coordination Group (CICG) – the entity that has been given the mandate to provide accurate, timely information to the DIA workforce during this crisis – precision is paramount to successfully educating and informing the audience, as well as maintaining a level of trust in the institution providing the guidance.

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

Thank you for our time.

Belief is the death of Intelligence.

~Robert Anton Wilson

**Subject:** CICG WORKFORCE UPDATE 10MAR2020/1200

Classification: ~~UNCLASSIFIED//FOUO~~

Team:

Attached is the CICG Workforce Update for today.



C

# ICG Workforce Update

10 MAR 2020 1200 EST

(b)(3):10 USC 424



**(U) CONUS COVID-19 Statistics:**

Map is UNCLASSIFIED.                              SOURCE: Center for



Disease Control

Figure 2: Reported Cases

1. (U) 729 confirmed cases (+184)

2. (U) 26 deaths (+4)

3. (U) Total states with COVID-19

    a. (U) 36 states (+4)

4. (U) States of interest:

    a. (U) Alabama: No confirmed cases

    b. (U) District of Columbia

        i. (U) 23 patients being monitored/tested (+4)

        ii. (U) 17 negative results (+3)

        iii. (U) 4 presumptive positive results (+3)

    c. (U) Maryland: 5 confirmed cases (+2)

    d. (U) Virginia:

        i. (U) 166 being monitored (+27)

        ii. (U) 252 completed testing process with no public health action

        iii. (U) 3 presumptive positive cases (+1)

    e. (U) West Virginia: No confirmed cases

5. (U) States of emergency: 11 total (+3) Washington, California, Indiana, Kentucky, Maryland, New York, Pennsylvania, Utah, Ohio, Illinois, New Jersey

6. (U) COVID-19 comparison:

    a. (U) Seasonal Flu: 0.1% fatality rate

    b. (U) COVID-19: 3.5% fatality rate

    c. (U) SARS: 10% fatality rate

    d. (U) MERS: 35% fatality rate

(U//FOUO (b)(3) 10 USC 424    **DIA Surgeon General Update**

(U) EMPLOYEES (MILITARY, CONTRACTORS, AND CIVILIANS) NEED TO CHECK THE COVID-19 ALERT SIGNS POSTED AT THE ENTRANCES AND ELEVATORS WITHIN DIA BUILDINGS ON A REGULAR BASIS AS NEW RESTRICTED COUNTRIES MAY BE ADDED.

(U) Employees working in one of the high-risk countries should monitor their health status. If they become symptomatic (cough, fever, shortness of breath) they should contact their medical provider first to receive guidance. Employees must then notify their supervisor if advised to stay at home; if admitted to a health care facility; or if placed in community quarantine related to COVID-19. If diagnosed with COVID-19, please contact the MSOC immediately at 202-231-1900.

(U) Unlike the common cold or seasonal flu, the specific symptoms of COVID-19 are cough, fever, and shortness of breath. If you experience symptoms, stay at home and call your medical provider for guidance.

(U) Precautionary measures include: frequent hand washing at work and home for at least 20 seconds with soap and water; use hand-disinfecting gels (containing 60% or greater alcohol); cough into your elbow; and try to avoid shaking hands whenever possible to reduce the risk of transmission of COVID-19.

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

### Employee General Guidance

- Do NOT shake hands.

- Wash your hands often with soap and water for 20 seconds, or use an alcohol-based hand sanitizer that contains at least 60% alcohol.

- Practice social distancing to reduce the probability of contact between persons carrying an infection, and others who are not infected, to minimize disease transmission, morbidity and ultimately, mortality.

- If sick or ill stay home and call your medical provider for guidance.

**Employees who have visited China, Italy, Korea, Hong Kong, Japan, Iran within the last 14 days**

- Are required to go home for 14 days home self-isolation.

- Self-observe for symptoms of COVID-19 (fever, cough, shortness of breath)

- Self-monitor for symptoms of COVID-19 (fever, cough, shortness of breath)

- Take your temperature twice a day (one in morning, once in evening)

- Call your medical provider for guidance of you experience the specific triad of symptoms. If you are unable to reach your provider, call urgent care, or your local hospital for guidance.

- If you test positive for COVID-19, notify your supervisor and call the DIA MSOC.

- Follow local and state health department authority guidance if you test positive for COVID-19.

**Employees returning from China, Italy, Korea, Hong Kong, Japan, or Iran (scenarios)**

- Ifa DIA employee tests positive for COVID-19

  o Their medical provider is legally required to notify state and local health departments of your health status.

  o Each health department has a COVID-19 website.

o If your provider asks you to report your own test information, contact the health department and provide the medical provider contact information.

**Employees Scenarios for Home Self-Isolation (New)**

- If a DIA employee comes into contact with any person (family, child, co-worker, clergy, shopkeeper) who is confirmed to have COVID-19, the employee goes into 14 day home self-isolation. See home self-isolation guidance.

- If a DIA employee comes into contact with *someone else* who came in contact with a COVID-19 diagnosed person (third party contact), then the employee reports to work and self-monitors. If possible, the employee will follow up with exposed person to see if they test positive.

- If a DIA employee is cohabitating with a person who just returned from a Level 2/3 country, the DIA employee will go into 14 day home self-isolation.

- If a DIA employee is in home self-isolation due to DIA guidance, but is not showing signs of COVID-19, the person is on Admin Leave. If the employee becomes ill, they go on Sick Leave.

**Home Self-Isolation Guidelines for DIA Employees Working at DIA Facilities:**

- Stay at home and do not come to work.

- Avoid all non-essential travel around the community.

- Avoid crowds, public events, meetings, social activities, or other group activities. If possible, have your food delivered to your door to minimize exposure and transmission.

- Avoid close contact (coming within 6 feet of someone): For example, you may take a walk outside but avoid close contact with others.

- Do not share utensils, toothbrushes, water bottles, pillows, and avoid shaking hands, kissing, hugging, or other intimate activities.

- Call your medical provider for guidance before going to a medical appointment. If you need to get urgent or emergency care, let the medical staff at your personal provider's office, the urgent care center or the emergency department medical staff at your local hospital know that you have been on home self-isolation because of travel to China, Korea, Hong Kong, Italy, Japan or Iran within the past 14 days.

## How Do I Monitor My Health?

- During this time employees are required to monitor symptoms including fever, cough and shortness of breath.

- Employees must also check and record their temperature twice a day. If it's elevated above 100 degrees Fahrenheit during the 14 days, employees should call their medical provider first for further clinical guidance.

(b)(3):10 USC 424

CDC DEFINITION - *Self-monitoring means people should monitor themselves for fever by taking their temperatures twice a day (morning and evening) and remain alert for cough or difficulty breathing during the self-monitoring period, they should self-isolate, limit contact with others, and seek advice by telephone from a healthcare provider or their local health department to determine whether medical evaluation is needed.

CDC DEFINITION - *Self-observation means people should remain alert for subjective fever, cough, or shortness of breath. If they feel feverish or develop cough or shortness of breath during the self-observation period, they should take their temperature, self-isolate, limit contact with others, and seek advice by

telephone from their healthcare provider or their local health department to determine whether further medical evaluation is necessary.

**If You Must Go Out for Essential Reasons:**

- Cough/sneeze into your shoulder/elbow.

- Wash your hands often with soap and water for 20 seconds, or use an alcohol-based hand sanitizer that contains at least 60% alcohol.

- Do not shake hands.

- Avoid touching your mouth, nose, and eyes to minimize transmission.



(U//FOUO [ ] **Workforce Questions**                (b)(3):10 USC 424

1. (U) There is guidance, which encourages anyone who shows any symptoms of COVID-19 to seek a medical diagnosis. If an employee follows this recommendation, will DIA cover the cost of their medical expenses?

   (U) DIA does not reimburse employees for personal medical expenses. The employee should consult their insurance provider regarding personal medical concerns.

2. (U) Is telework voluntary?

   (U) Yes, generally, telework is a voluntary flexibility. However, in certain circumstance, employees may be required to telework.

(b)(3):10 USC 424

"DOD Civilian Workforce Guidance 08 MAR 2020" – found under Admin tab

## (U) Security Update

(U)The DIA Police and Office of Security are committed to protecting the Agency and its employees from the risks posed by potential exposure to the COVID-19. The DIA Police have established the following procedures to assist with protecting the workforce from possible COVID-19 exposure in DIA facilities:

1. (U) DIA employees and visitors to DIA facilities should expect to see additional procedures put in place to protect the workforce against the spread of the COVID-19.

2. (U) DIA Police have placed notices on the entrances of all DIA facilities notifying employees and visitors that if they have visited China, Hong Kong, Korea, Japan, Italy or Iran in the last 14 days, they will not be allowed in the facility.

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)

## (U) Service PCS Travel Restrictions

* (U) ARMY: On 7 Mar 20, the Department of the Army released fragmentary order (FRAGO) 4 from execute order (EXORD) 144-20 Army wide preparedness and response to COVID-19 outbreak. Effective immediately, Army PCS moves to and from CDC Level 3 countries (Korea and Italy) will stop and delay travel until 6 May 2020 or further notice. Soldiers stationed in countries with a CDC level 2 or above, who are scheduled to attend CONUS PME for 6 months or less, in a training status, will postpone their schooling until further notice. Soldiers in countries with CDC COVID-19 level of 2 and above, who are scheduled to attend CONUS PME for 6 months or longer, will arrive 14 days early to sites identified for screening and quarantine. Soldiers will not attend training, exercises, exchanges, and visits in countries with a CDC COVID-19 Level 2 and above, and international students from countries with a CDC COVID-19 alert level category 2 and above will not participate in all CONUS scheduled exercises, exchanges, and visits.

18

| | (b)(3):10 USC 424; (b)(6) |
|---|---|
| **From:** | |
| **To:** | |
| **CC:** | |
| **Subject:** | RE: Hydroxychloroquine and azithromycin drug combination tasker response |
| **Date:** | 2020/04/01 14:06:54 |
| **Priority:** | Normal |
| **Type:** | Note |

Classification: UNCLASSIFIED
========================================================

(b)(3):10 USC 424;
(b)(6)

I sent this prematurely, and this needs to be reviewed by OCG and OCC before being published on the FAQ. If it is published, can you please have it deleted. We will submit directly before resending it to (b)(3):10 USC 424; (b)(6) for publishing.

(b)(3):10 USC
424; (b)(6)

**From:**
**Sent:** Tuesday, March 31, 2020 12:54 PM
**To:**                              (b)(3):10 USC 424; (b)(6)
**Cc:**

**Subject:** Hydroxychloroquine and azithromycin drug combination tasker response

Classification: UNCLASSIFIED
========================================================

Sir,

Please find below the response to the tasker referenced in the subject line for posting in the FAQ. In addition, I was requested to ask for another POC from your office to send materials to for posting to the FAQ in the future.

R,

(b)(3):10 USC 424; (b)(6)

--------------------------------------------------------

Re: Hydroxychloroquine and azithromycin drug combination tasker response

BLUF: There appears to be a benefit in terms of recovery and blunted viral replication with this combination therapy, but the data are very preliminary and will need to be confirmed in larger randomized clinical trials. It should also be noted that hydroxychloroquine does have some serious side effects that must be considered.

On 28 March, the FDA issued an Emergency Use Authorization (EUA) for both chloroquine and hydroxylchloroquine at the request of Dr. Rick Bright, Director of the Biomedical Advanced Research and Development Authority at the Department of Health and Human Services. The use is limited to a valid clinical indication described in the EUA, a valid prescription from a licensed practitioner, and sourcing from the Strategic National Stockpile.

Limited testing with this combination therapy has resulted in promising but very preliminary results. The individual efforts described below are two small studies showing a positive benefit, a summary of Chinese clinical experience, and a larger planned clinical study to be conducted in Australia.

- One study (https://www.sciencedirect.&#65279;com/science/article/pii/s0924857920300996?via%3dihub) with a small cohort (34 patients total) concluded that *"Despite its small sample size our survey shows that hydroxychloroquine treatment is significantly associated with viral load reduction/disappearance in COVID-19 patients and its effect is reinforced by azithromycin."*
- A description of the summary of Chinese clinical evidence (no data shown) makes similar claims ( https://www.jstage.jst.go.jp/article/bst/14/1/14_2020.&#65279;01047/_pdf/-char/en)
- Another small study showing some benefit from combination therapy (https://www.medrxiv.org/content/10.1101/2020.03.22.20040949v1.full.&#65279;pdf )
- A larger study is being planned in Australia (https://www.uq.edu.&#65279;au/news/article/2020/03/researchers-set-begin-clinical-trials-potential-coronavirus-treatment ).

Please let me know if you have any additional questions or if I can be of further help.

R,

(b)(3) 10 USC 424, (b)(6)

```
================================================================
```
Classification: UNCLASSIFIED

```
================================================================
```
Classification: UNCLASSIFIED

| | |
|---|---|
| **Sender:** | (b)(3):10 USC 424; (b)(6) |
| **Recipient:** | |
| **Sent Date:** | 2020/04/01 14:06:52 |
| **Delivered Date:** | 2020/04/01 14:06:54 |

63

| | |
|---|---|
| **From:** | (b)(3):10 USC 424; (b)(6) |
| **To:** | |
| **Subject:** | RE: LGM Topics for Tues |
| **Date:** | 2020/02/24 18:39:55 |
| **Priority:** | Normal |
| **Type:** | Note |

(b)(3):10
USC 424;
(b)(6)

Classification: UNCLASSIFIED
=================================================================

Here are some suggested talking points for (b)(3):10 USC 424; (b)(6) for the LGM. The numbers from WHO have not been posted yet. I will wait another hour and if they are not out I will put in numbers for the 23rd. Please free to edit as you see fit. PLEASE DON'T send forward for another hour in case I can add new numbers from WHO.

### OVERVIEW on OSG Response Plan to Novel Coronavirus (COVID-19)
### Talking Points for MS Leadership at the LGM 02/25/20
**Talking Points**

- **Only 50 days ago, the World Health Organization's country office was notified of a cluster of cases of pneumonia of unknown cause in Wuhan city. In just seven weeks, this outbreak (A** disease outbreak happens when a disease occurs in greater numbers than expected in a community or region or during a season. An outbreak may occur in one community or even extend to several countries. It can last from days to years) **has captured the world's attention, because it has the potential to cause severe political, social and economic upheaval.**

- **Novel Coronavirus is a <u>new</u> virus that causes respiratory illness in people and can spread from person to person. The virus was first identified during an investigation of an outbreak in Wuhan, Hubei Province, China in mid-December, 2019.**

- **On 30 January the World Health Organization declared it an outbreak of Public Health Emergency of International Concern (PHEIC). The goal of PHEIC is to mobilize researchers and clinicians to develop effective drug treatments and vaccines against the new virus which currently do not exist.**

- DIA has been tracking Novel Coronavirus (also known as 2019 n-CoV Virus name), and COVID-19-name of illness) through NCMI Intel channels as it has done for other coronaviruses MERS/SARS, but more aggressively from a medical/epidemiologic perspective over the past six weeks.

- The symptoms of 2019 n-COV include: fever, cough, shortness of breath. Patients with COVID-19 have reportedly had mild to severe respiratory illness—severe complications have resulted in pneumonia and in some cases death. The current outbreak of COVID-19 has now spread internationally, impacting an increasing number of countries (add today's number) . Most often spread from person to person –this happens during close exposure to a person infected with 2019-n-COV mainly through respiratory droplets produced when an infected person coughs, similar to influenza viruses and other respiratory pathogens. These droplets can land in the mouths, noses, or eyes of people who are nearby or possibly be inhaled into the lungs.

- Out of an abundance of caution approach to protect the Safety and Health of the DIA workforce and maintain mission readiness we instituted a response plan announced by the Deputy Chief of Staff 30 January.

- In recent weeks this illness has become an Epidemic (An epidemic occurs when an infectious disease spreads rapidly to many people.)  Due to the increasing number of confirmed cases we must remain vigilant about containing the spread of the illness.

- ADD NEW Numbers--The WHO provides daily Situation in Numbers— The Total number and new cases in the last 24 Hours are:

  > Globally  75,204 confirmed (1872 new)
  > China  74,280 confirmed (1752 new), 2006 deaths (136 new)
  > Outside of China 924 confirmed (120 new), 25 countries, 3 deaths

- As of 02/19/20 –The total number of confirmed cases in the U.S. is 15 (with 13 determined as China being the likely source of exposure).

- In yesterday's report by the WHO Director-General he stated it is far too early to make predictions about this epidemic. "We know that more than 80% of patients have mild disease and will recover. But the other 20% of patients have severe or critical disease, ranging from shortness of breath to septic shock and multi-organ failure. In 2% of reported cases, the virus is fatal, and the risk of death increases the older the patient is, and with underlying health conditions. WHO is working with Chinese counterparts to find answers to the severity of the disease, transmissibility of the virus, and the impact of measures taken thus far.

- Three days ago Dr. Anthony Fauci (DR  National Institute for Allergy and Infectious Diseases at the National Institutes of Health 02/17/20… stated it is on the "verge of becoming a Pandemic, (a pandemic is when you have multiple countries throughout the world that have what's called sustained transmission from person to person to person, spanning multiple generations), unless containment is more successful than it is right now."

- He also said researchers are working on a vaccine, but a one-year timeline is very ambitious:  "You can't do any better than that," Fauci said. "If you go any faster, you'll be cutting dangerous corners."

An influenza pandemic occurs when:

  - • A new subtype of virus arises. This means humans have little or no immunity to it. Everyone is at risk.
  - • The virus spreads easily from person to person, such as through sneezing or coughing.
  - • The virus begins to cause serious illness worldwide. With past flu pandemics, the virus reached all parts of the globe within six to nine months. With the speed of air travel today, public health experts believe an influenza pandemic could spread much more quickly. A pandemic can occur in waves. And all parts of the world may not be affected at the same time.

- While the epicenter of the epidemic is in China, we are now taking measures to control the potential spread of the disease guided by input from the U.S. Centers for Disease Control and Prevention, the World Health Organization through the pandemic alert system to include Hong and Korea.

How many people die from a pandemic depends upon:

- • The number of people who become infected
- • The severity of disease caused by the virus (its virulence)
- • The vulnerability of affected populations
- • The effectiveness of preventive steps

- This <u>Infectious Disease Response Plan</u> includes:

  -Home isolation (self-quarantine) for all DIA personnel returning from China and traveling through Hong Kong, and newly added KOREA for the 14 day incubation period of the illness.    (b)(3):10 USC 424
  -Medical screening through the DIA HQ [redacted] clinics for all returning personnel before clearance to return to work at their duty location including (military, civilian, and contractors)
  - Screening of "Visitors" entering DIA facilities for recent travel to China/Hong Kong and Korea- and a no admit policy for those who have returned within the past 14 days.
  -All Hazards Working Group—consisting of organizational elements with stake in the game to prevent/control exposures and protect our workforce and assure mission readiness worldwide
  -Updating the Pandemic Influenza/Emerging Pathogen Preparedness and Response Plan for COVID-19
  -Providing technical support to organizational elements on personal protection equipment
  -Ordering medical supplies and PPE
  -Coordinating with local, state, federal entities –including DoD, IC—the number of cases of COVID-19 is expected to grow OCONUS and CONUS in the coming weeks.
  - If it spreads in U.S. Communities this will trigger additional actions on the part of local/state/federal health authorities – school and business closings, quarantine locations, contact tracing—we want to ensure our workforce is well-informed. (NEW Bullet)

- Risk Communication Information to the workforce on:

  o What you need to know about COVID-19, How to Stop the Spread of Germs, What to Do if you are sick with or suspect you may be sick with COVID-19, and What the public should do. And we have prepared Operational Guidance documents for special populations (e.g. DO/DI).

- Daily SITREPS to DIA Senior Leadership

- We would be happy to provide additional details to the command element

- In the days, weeks, and months ahead we will continue to monitor the progression of the Disease, provide the best available information to leadership and the workforce and take efforts to control its spread ensuring the safety, health and readiness of our global team.

(b)(3):10 USC 424

*Recent numbers on the emerging COVD-19 epidemic require additional protective measures for the DIA workforce. We are now including Korea in our administrative leave (14 day home-self isolation response plan) in addition to China and Hong Kong. This response also includes monitoring temperature twice daily (and recording) and call-in to the DIA-HQ clinic/soon to be [redacted] clinic as well for medical screening and medical clearance for return to work.

*We are using "credible sources" at WHO, CDC, National Institute of Health, Hopkins, and NCMI and IC partners to serve as the basis for informed, timely decision-making. We are at the next phase of pre-pandemic planning requiring additional risk communication to our workforce. It is highly likely the number of confirmed cases in the U.S. will increase over the coming weeks. The World Health Organization, and the Department of Health and Human Services have indicated high levels of concern (as an Outbreak of Public Health Emergency of International Concern, and a Public Health Emergency respectively). In the coming days we will inform the workforce how to prevent the spread of this illness from person to person, how local, state and federal agencies work to minimize exposures and

**From:** [redacted]

(b)(3):10 USC 424; (b)(6)

**Sent:** Monday, February 24, 2020 12:15 PM
**To:** [redacted]

**Subject:** FW: LGM Topics for Tues
**Importance:** High

Classification: UNCLASSIFIED

This is a briefing for the DR and all Senior Leaders.



**From:**
**Sent:** Monday, February 24, 2020 10:51 AM
**To:**

(b)(3):10 USC 424; (b)(6)

**Cc:**

**Subject:** LGM Topics for Tues

Classification: UNCLASSIFIED

MS Leaders,

Please send any talking points/topics that you would like (b)(3):10 USC 424; (b)(6) to consider for the LGM on Tues to MS HQ Exec Sec no later than 1500.

Thanks.

R,



(b)(3):10 USC 424; (b)(6)

Classification: UNCLASSIFIED

========================================================================

Classification: UNCLASSIFIED

========================================================================

Classification: UNCLASSIFIED

| | |
|---|---|
| **Sender:** | (b)(3):10 USC 424; (b)(6) |
| **Recipient:** | |
| **Sent Date:** | 2020/02/24 18:39:54 |
| **Delivered Date:** | 2020/02/24 18:39:55 |

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6); (b)(1); Sec. 1.4(c); Sec. 1.4(e)

19

| From: | |
| To: | |
| CC: | |
| Subject: | RE: NCMI COVID-19 Production and WATCHCON Changes_20200407.docx |
| Date: | 2020/04/08 01:12:18 |
| Priority: | Normal |
| Type: | Note |

Classification: ~~SECRET//NOFORN~~

"Opportunity is missed by most people, because it is dressed in overalls and looks like work." Thomas Edison

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

(b)(1); Sec. 1.4(c); Sec. 1.4(e); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)



~~SECRET//NOFORN~~

## INFO MEMO

7 April 2020

FOR: Director, DIA

FROM: [ ] Director for Analysis, DIA

SUBJECT: (U) NCMI's COVID-19-Related Production and WATCHCON Changes

*Classified by:* [ ]
*Derived from:* MS
*Declassify on:* [ ]

~~SECRET//NOFORN~~

(b)(3):10 USC 424; (b)(6)

(b)(1); Sec. 1.4(e); Sec. 1.4(c); (b)(3):10 USC 424; (b)(3):50 USC 3024(i);
(b)(6)

| | |
|---|---|
| **From:** | |
| **To:** | |
| **CC:** | |
| **Subject:** | RE: NCMI-USAMRIID COVID-19 Engagements Summary and Way Ahead |
| **Date:** | 2020/04/29 20:05:22 |
| **Priority:** | Normal |
| **Type:** | Note |

Classification: ~~SECRET//NOFORN~~

(b)(1); Sec. 1.4(e); Sec. 1.4(c); (b)(3):10 USC 424; (b)(3):50 USC 3024(i);

(b)(1); Sec. 1.4(c); Sec. 1.4(e); (b)(3):10 USC 424; (b)(6)

**Subject:** RE: NCMI-USAMRIID COVID-19 Engagements Summary and Way Ahead

Classification: ~~SECRET//NOFORN~~

**Subject:** RE: NCMI-USAMRIID COVID-19 Engagements Summary and Way Ahead

Classification: ~~SECRET//NOFORN~~    (b)(3):10 USC 424; (b)(6)

Classified By:

Derived From: DI SCG, ODNI CG



**From:**

**To:**

**CC:**

**Subject:** RE: ORIGINS: Way Forward
**Date:** 2020/06/23 09:07:41
**Priority:** Normal
**Type:** Note

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

Classification: ~~TOP SECRET~~/

**Sent:** Monday, June 22, 2020 8:48 AM

**Subject:** RE: ORIGINS: Way Forward

Classification: ~~TOP SECRET~~/

Thank you, Monday 29 June at 1100 is good for me. I think          s back tomorrow and can let us know then if OK for him too.

V/r,

**Sent:** Monday, June 22, 2020 7:53 AM

**Subject:** RE: ORIGINS: Way Forward

Classification: ~~TOP SECRET/~~

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Sent:** Thursday, June 18, 2020 3:36 PM

**Subject:** RE: ORIGINS: Way Forward

Classification: ~~TOP SECRET~~/

Thanks again for the opportunity.

V/r,

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6)

**Sent:** Wednesday, June 10, 2020 12:03 PM

**Subject:** RE: ORIGINS: Way Forward

Classification:  ~~SECRET//NOFORN~~

Got it, thank you. That's a high bar but we'll put the best case forward and see where we end up!

V/r,

**Sent:** Wednesday, June 10, 2020 11:14 AM

**Subject:** RE: ORIGINS: Way Forward

Classification: ~~SECRET//NOFORN~~

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC
3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6)

Please let me know if you have any other questions.

VR

(b)(3):10 USC 424;  (b)(6)

**Sent:** Monday, June 08, 2020 11:09 AM

**Subject:** RE: ORIGINS: Way Forward

The next two pages are withheld citing Exemptions 1, 3 and 6 and are not provided.

(b)(3):10 USC 424;  (b)(6)

========================================================

Classification: SECRET//NOFORN

========================================================

Classification: SECRET//NOFORN

========================================================

Classification: SECRET//NOFORN

========================================================

Classification: SECRET//NOFORN

========================================================

Classification: TOP SECRET

========================================================

Classification: TOP SECRET

========================================================

Classification: TOP SECRET

(b)(3):50 USC 3024(i)

========================================================

Classification: TOP SECRET

**Sender:** (b)(3):10 USC 424;  (b)(6)

**Recipient:**

**Sent Date:** 2020/06/23 09:07:40

**Delivered Date:** 2020/06/23 09:07:41

The first 3 pages are withheld citing Exemptions 1, 3 and 6 and are not provided.

Classification: ~~TOP SECRET~~

Thank you, Monday 29 June at 1100 is good for me. I think          is back tomorrow and can let us know then if OK for him too.

V/r,

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Sent:** Monday, June 22, 2020 7:53 AM

**Subject:** RE: ORIGINS: Way Forward

Classification: ~~TOP SECRET~~

**Sent:** Thursday, June 18, 2020 3:36 PM

**Subject:** RE: ORIGINS: Way Forward

Classification: ~~TOP SECRET~~

(b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e); (b)(6)

Thanks again for the opportunity.

V/r,

**Sent:** Wednesday, June 10, 2020 12:03 PM

**Subject:** RE: ORIGINS: Way Forward

Classification: ~~SECRET//NOFORN~~

Got it, thank you. That's a high bar but we'll put the best case forward and see where we end up!

V/r,

**Sent:** Wednesday, June 10, 2020 11:14 AM

**Subject:** RE: ORIGINS: Way Forward

Classification: ~~SECRET//NOFORN~~

(b)(1);  (b)(3):10 USC 424;
(b)(3):50 USC 3024(i);
Sec. 1.4(c);  Sec. 1.4(e);
(b)(6)

Please let me know if you have any other questions.

VR

**Sent:** Monday, June 08, 2020 11:09 AM

The next two pages are withheld citing Exemptions 1, 3 and 6 and are not provided.

(b)(3):10 USC 424;  (b)(6)

==========================================================
Classification: ~~SECRET//NOFORN~~

==========================================================
Classification: ~~SECRET//NOFORN~~

==========================================================
Classification: ~~SECRET//NOFORN~~

==========================================================
Classification: ~~SECRET//NOFORN~~

==========================
Classification: ~~TOP SECRET/~~

(b)(3):50 USC 3024(i)

==========================
Classification: ~~TOP SECRET/~~

==========================
Classification: ~~TOP SECRET/~~

==========================
Classification: ~~TOP SECRET/~~

==========================
Classification: ~~TOP SECRET/~~

==========================
Classification: ~~TOP SECRET/~~



Classification: ~~TOP SECRET~~

Sender:

Recipient:

**Sent Date:** 2020/07/23 13:38:10
**Delivered Date:** 2020/07/23 13:37:00



**From:**
**To:**
**CC:**
**Subject:**                                   (b)(3):10 USC 424;  (b)(6)
**Date:**
**Priority:**
**Type:**

Classification:  ~~SECRET//NOFORN~~

Fascinating, thank you! Great find.

V/r,

(b)(3):10 USC 424;  (b)(6)

Classification: ~~SECRET//NOFORN~~

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6)

**Sent:** Wednesday, June 10, 2020 11:14 AM

**Subject:** RE: ORIGINS: Way Forward

Classification: ~~SECRET//NOFORN~~

Please let me know if you have any other questions.

VR

The next 2 pages are withheld in full citing Exemptions 1, 3 and 6 and are not provided.

(b)(3):10 USC 424;  (b)(6)

===========================================================

Classification: SECRET//NOFORN

===========================================================

Classification: SECRET//NOFORN

===========================================================

Classification: SECRET//NOFORN

===========================================================

Classification: SECRET//NOFORN

===========================================================

Classification: SECRET//NOFORN

Sender: (b)(3):10 USC 424;  (b)(6)

Recipient:

Sent Date: 2020/06/11 09:03:48

**Delivered Date:** 2020/06/11 09:03:00



**From:**

**To:**

**Subject:** RE: ORIGINS: Way Forward
**Date:** 2020/06/19 08:47:00
**Priority:** Normal
**Type:** Note

Classification: ~~TOP SECRET/~~

V/r,

(b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e); (b)(6)

**Sent:** Friday, June 19, 2020 8:36 AM

**Subject:** RE: ORIGINS: Way Forward

Classification: ~~TOP SECRET/~~

**Sent:** Thursday, June 18, 2020 3:36 PM

**Subject:** RE: ORIGINS: Way Forward

Classification: ~~TOP SECRET~~

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6)

Thanks again for the opportunity.

V/r,

**Sent:** Wednesday, June 10, 2020 12:03 PM

(b)(3):10 USC 424;  (b)(6)

**Subject:** RE: ORIGINS: Way Forward

Classification: ~~SECRET//NOFORN~~

Got it, thank you. That's a high bar but we'll put the best case forward and see where we end up!

V/r,

**Sent:** Wednesday, June 10, 2020 11:14 AM

(b)(3):10 USC 424;  (b)(6)

**Subject:** RE: ORIGINS: Way Forward

Classification: ~~SECRET//NOFORN~~

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6)

Please let me know if you have any other questions.

VR

**Sent:** Monday, June 08, 2020 11:09 AM

(b)(3):10 USC 424;  (b)(6)

**Subject:** RE: ORIGINS: Way Forward

The next two pages are withheld citing Exemptions 1, 3 and 6 and are not provided.

```
(b)(3):10 USC 424;  (b)(6)
```

===================================================
Classification: SECRET//NOFORN

===================================================
Classification: SECRET//NOFORN

===================================================
Classification: SECRET//NOFORN

===================================================
Classification: SECRET//NOFORN

===========================
Classification: TOP SECRET

```
(b)(3):50 USC 3024(i)
```

===========================
Classification: TOP SECRET
===========================
Classification: TOP SECRET

```
                (b)(3):10 USC 424;  (b)(6)
    Sender:
 Recipient:
```

**Sent Date:** 2020/06/19 08:47:51
**Delivered Date:** 2020/06/19 08:47:00

**From:** (b)(3):10 USC 424;  (b)(6)

**To:**

**Subject:** Fw; (U)(b)(7)(D)  report --- UNCLASSIFIED//FOUO

**Date:** 2020/09/14 12:30:44

**Priority:** Normal

**Type:** Note



(b)(3):10 USC 424;  (b)(6)

I spoke with      and told him we were familiar with (b)(7)(D)  report. I also indicated we were developing an ACH that is in review and I would alert him when we have a product that has been published. (b)(3):10 USC 424;  (b)(6)

**Sent:** Monday, September 14, 2020 11:53 AM

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** (U)(b)(7)(D)  report --- UNCLASSIFIED//FOUO

Classification: UNCLASSIFIED//FOUO

==================================================================

Thanks,    What's your #?

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Sent:** Monday, September 14, 2020 11:47 AM

**Subject:** (b)(7)(D)  report

(b)(6)    we are familiar with (b)(7)(D)  report and have reviewed (b)(7)(D)
(b)(7)(D)    I would be happy to discuss at your leisure. (b)(3):10 USC 424;  (b)(6)

==================================================================

Classification: UNCLASSIFIED//FOUO

The final page is withheld in full citing (b)(3) 10 USC 424 and (b)(6), and is not provided.

**8**

This is the 3rd page. The first 2 pages are DIF citing (b)(1), (b)(3) and (b)(6) and are not provided.

(b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e); (b)(6)

**Sent:** Tuesday, June 9, 2020 9:11 AM

**Subject:** RE: Review of Andersen paper

Classification: SECRET//NOFORN

Thanks so much, _____ We appreciate how busy you all are, and are happy to be fit into your schedule however is best for you. This is an ongoing analysis, and we do not have a specific date after which this would not be useful.

Best,

(b)(3):10 USC 424;  (b)(6)

**Sent:** Monday, June 08, 2020 3:20 PM

**Subject:** RE: Review of Andersen paper

~~Classification:  SECRET//NOFORN~~

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6)

We will pull together the author affiliations and work out how best to display networks. Can you let us know your timeline for this effort?

Thanks,

(b)(3):10 USC 424;  (b)(6)

**Sent:** Monday, June 8, 2020 3:05 PM

**Subject:** RE: Review of Andersen paper

Classification: SECRET//NOFORN

Thank you for considering! Sounds like you've assembled a great resource for these queries.

**Sent:** Monday, June 08, 2020 12:18 PM

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6)

**Subject:** RE: Review of Andersen paper

The next 3 pages are DIF citing (b)(1), (b)(3) and (b)(6) and are not provided.

Thank you for the excellent comments! We strive for full nerd at all times, so this is most welcome. We will incorporate them into the next version.

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6)

**Sent:** Wednesday, June 03, 2020 12:23 PM
(b)(3):10 USC 424;  (b)(6)

**Subject:** RE: Review of Andersen paper

Classification:  SECRET//NOFORN

The final 3 pages are DIF citing (b)(1), (b)(3) and (b)(6) and are not provided.

This is the 4th page. The first 3 pages are DIF citing (b)(1), (b)(3) and (b)(6) and are not provided.

**9**

**Sent:** Tuesday, June 9, 2020 9:11 AM

**Subject:** RE: Review of Andersen paper

~~Classification: SECRET//NOFORN~~

(b)(3):10 USC 424; (b)(6)

(b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e); (b)(6)

Thanks so much, [          ] We appreciate how busy you all are, and are happy to be fit into your schedule however is best for you. This is an ongoing analysis, and we do not have a specific date after which this would not be useful.

Best,

(b)(3):10 USC 424; (b)(6)

**Sent:** Monday, June 08, 2020 3:20 PM

**Subject:** RE: Review of Andersen paper

~~Classification: SECRET//NOFORN~~

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

We will pull together the author affiliations and work out how best to display networks. Can you let us know your timeline for this effort?

Thanks,

(b)(3):10 USC 424; (b)(6)

**Sent:** Monday, June 8, 2020 3:05 PM

**Subject:** RE: Review of Andersen paper

~~Classification: SECRET//NOFORN~~

Thank you for considering! Sounds like you've assembled a great resource for these queries.

(b)(3):10 USC 424; (b)(1);
(b)(3):50 USC 3024(i); Sec.
1.4(c); Sec. 1.4(e); (b)(6)

**Sent:** Wednesday, June 3, 2020 1:38 PM

(b)(3):10 USC 424; (b)(6)

**Subject:** RE: Review of Andersen paper

~~Classification: SECRET//NOFORN~~

Thank you for the excellent comments! We strive for full nerd at all times, so this is most welcome. We will incorporate them into the next version.

This is the 3rd page.  The first 2 pages are DIF citing (b)(1), (b)(3) and (b)(6) and are not provided.

**10**

**Subject:** RE: Review of Andersen paper

Classification:  SECRET//NOFORN

Thanks so much[             ]We appreciate how busy you all are, and are happy to be fit into your schedule however is best for you. This is an ongoing analysis, and we do not have a specific date after which this would not be useful.

Best,

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)
(b)(3):10 USC 424;  (b)(6)

**Sent:** Monday, June 08, 2020 3:20 PM

**Subject:** RE: Review of Andersen paper

Classification:  SECRET//NOFORN

We will pull together the author affiliations and work out how best to display networks. Can you let us know your timeline for this effort?

Thanks,

(b)(3):10 USC 424; (b)(6)

**Sent:** Monday, June 8, 2020 3:05 PM



**Subject:** RE: Review of Andersen paper

Classification:    SECRET//NOFORN

(b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e); (b)(6)

Thank you for considering! Sounds like you've assembled a great resource for these queries.

**Sent:** Monday, June 08, 2020 12:18 PM
(b)(3):10 USC 424; (b)(6)

The next 3 pages are DIF citing (b)(1), (b)(3) and (b)(6) and are not provided.

**Sent:** Wednesday, June 3, 2020 1:38 PM

(b)(3):10 USC 424;  (b)(6)

**Subject:** RE: Review of Andersen paper

Classification: SECRET//NOFORN

Thank you for the excellent comments! We strive for full nerd at all times, so this is most welcome. We will incorporate them into the next version.

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6)

The final 3 pages are DIF citing (b)(1), (b)(3) and (b)(6) and are not provided.

## 11

**Subject:** RE: Review of Andersen paper
**Date:** 2020/06/19 10:41:00
**Priority:** Normal
**Type:** Note

Classification: ~~SECRET//NOFORN~~

Thank you, I'm putting in the request now. Do you know how to find my
requires this information, but their "help" function for this item isn't working.

(b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e); (b)(6)

Best,

(b)(3):10 USC 424; (b)(6)

**Sent:** Friday, June 19, 2020 10:11 AM

**Subject:** RE: Review of Andersen paper

Classification: ~~SECRET//NOFORN~~

The next 2 pages are DIF citing (b)(1), (b)(3) and (b)(6) and are not provided.

Thanks so much [         ] We appreciate how busy you all are, and are happy to be fit into your schedule however is best for you. This is an ongoing analysis, and we do not have a specific date after which this would not be useful.

Best,

(b)(3):10 USC 424;  (b)(6)

**Sent:** Monday, June 08, 2020 3:20 PM

**Subject:** RE: Review of Andersen paper

~~Classification:  SECRET//NOFORN~~    (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

We will pull together the author affiliations and work out how best to display networks. Can you let us know your timeline for this effort?

Thanks,

**Subject:** RE: Review of Andersen paper

Classification: ~~SECRET//NOFORN~~

Thank you for considering! Sounds like you've assembled a great resource for these queries.

(b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e); (b)(6)

**Sent:** Monday, June 08, 2020 12:18 PM

**Subject:** RE: Review of Andersen paper

Classification: ~~SECRET//NOFORN~~

The next 3 pages are DIF citing (b)(1), (b)(3) and (b)(6) and are not provided.

**Subject:** RE: Review of Andersen paper

Classification:  SECRET//NOFORN

Thank you for the excellent comments! We strive for full nerd at all times, so this is most welcome. We will incorporate them into the next version.

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e); (b)(6)

**Sent:** Wednesday, June 03, 2020 12:23 PM

(b)(3):10 USC 424;  (b)(6)

**Subject:** RE: Review of Andersen paper

Classification:  SECRET//NOFORN

The final 3 pages are DIF citing (b)(1), (b)(3) and (b)(6) and are not provided.



**From:**

**To:**

**Subject:** RE: some bullets

**Date:** 2020/11/05 07:52:39

**Priority:** Normal

**Type:** Note

Please give me a call when you are back at your desk.

**Sent:** Thursday, November 5, 2020 4:17 AM

**Subject:** FW: some bullets

Classification: ~~TOP SECRET~~

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

**Sent:** Tuesday, October 20, 2020 11:17 AM



**Subject:** some bullets

Classification: ~~TOP SECRET~~

(b)(3):10 USC 424; (b)(6)

Here are some bullets. Hope this will help, and I've probably given you more than is required so feel free to use whatever you need.

(b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)

The final 2 pages are withheld in full citing (b)(1) 1.4 (c)/(e), (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6), and are not provided.

**From:**

**To:**

**Subject:** RE: some bullets
**Date:** 2020/11/05 07:52:09
**Priority:** Normal
**Type:** Note

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

Classification: ~~UNCLASSIFIED~~
================================

**Sent:** Thursday, November 5, 2020 7:34 AM

**Subject:** RE: some bullets

Give me a few minutes to read over these email messages and I'll give you a call. What number would you like for me to call you at?

R/

**Sent:** Thursday, November 5, 2020 4:17 AM

**Subject:** FW: some bullets    (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

Classification: ~~TOP SECRET~~/



(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Sent:** Tuesday, October 20, 2020 11:17 AM

**Subject:** some bullets

Classification: ~~TOP SECRET~~

Here are some bullets. Hope this will help, and I've probably given you more than is required so feel free to use whatever you need.

(b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e)



The final 2 pages are withheld in full citing (b)(1) 1.4 (c)/(e), (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6), and are not provided.

Nucleotide ▼ [                                                                    ]

COVID-19 is an emerging, rapidly evolving situation.
Get the latest public health information from CDC: https://www.coronavirus.gov .
Get the latest research from NIH: https://www.nih.gov/coronavirus.

GenBank

# Rhinolophus bat coronavirus BtCoV/4991 RNA-dependent RNA polymerase (RdRp) gene, partial cds

GenBank: KP876546.1

FASTA   Graphics   PopSet

Go to:

```
LOCUS       KP876546                 370 bp    RNA     linear   VRL 02-MAR-2016
DEFINITION  Rhinolophus bat coronavirus BtCoV/4991 RNA-dependent RNA polymerase
            (RdRp) gene, partial cds.
ACCESSION   KP876546
VERSION     KP876546.1
KEYWORDS    .
SOURCE      Rhinolophus bat coronavirus BtCoV/4991
  ORGANISM  Rhinolophus bat coronavirus BtCoV/4991
            Viruses; Riboviria; Orthornavirae; Pisuviricota; Pisoniviricetes;
            Nidovirales; Cornidovirineae; Coronaviridae; Coronavirinae;
            unclassified Coronavirinae.
REFERENCE   1  (bases 1 to 370)
  AUTHORS   Ge,X.Y., Wang,N., Zhang,W., Hu,B., Li,B., Zhang,Y.Z., Zhou,J.H.,
            Luo,C.M., Yang,X.L., Wu,L.J., Wang,B., Zhang,Y., Li,Z.X. and
            Shi,Z.L.
  TITLE     Coexistence of multiple coronaviruses in several bat colonies in an
            abandoned mineshaft
  JOURNAL   Virol Sin 31 (1), 31-40 (2016)
   PUBMED   26920708
REFERENCE   2  (bases 1 to 370)
  AUTHORS   Ge,X., Wang,N., Zhang,W., Hu,B., Li,B., Zhang,Y., Zhou,J., Luo,C.,
            Yang,X., Wu,L., Wang,B., Zhang,Y., Li,Z. and Shi,Z.
  TITLE     Direct Submission
  JOURNAL   Submitted (04-MAR-2015) Key Laboratory of Special Pathogens and
            Biosafety, Wuhan Institute of Virology, Chinese Academy of
            Sciences, Xiaohongshan 44, Wuhan, Hubei 430071, China
COMMENT     ##Assembly-Data-START##
            Sequencing Technology :: Sanger dideoxy sequencing
            ##Assembly-Data-END##
FEATURES             Location/Qualifiers
     source          1..370
                     /organism="Rhinolophus bat coronavirus BtCoV/4991"
                     /mol_type="genomic RNA"
                     /isolate="BtCoV/4991"
                     /isolation_source="Feces/Swabs"
                     /host="Rhinolophus affinis"
                     /db_xref="taxon:1788497"
                     /country="China"
                     /collection_date="Jul-2013"
     gene            <1..>370
                     /gene="RdRp"
     CDS             <1..>370
                     /gene="RdRp"
                     /codon_start=1
                     /product="RNA-dependent RNA polymerase"
                     /protein_id="AMB42835.1"
                     /translation="ASLVLARKHTTCCSLSHRFYRLANECAQVLSEMVMCGGSLYVKP
                     GGTSSGDATTAYANSVFNICQAVTANVNALLSTDGNKIADKHVRNLQHRLYECLYRNR
                     DVDTDFVNEFYAYLRKHFSMM"
ORIGIN      
        1 gcctcacttg ttcttgctcg caaacataca acgtgctgta gcttgtcaca ccgtttctat
       61 agattagcta atgagtgtgc tcaagtattg agtgaaatgg tcatgtgtgg cggttcacta
      121 tatgttaaac caggtggaac ctcatcagga gatgccacaa ctgcttatgc taatagtgtc
      181 tttaacattt gtcaagctgt tacggccaat gttaatgcac ttttatctac tgatggtaac
      241 aaaattgccg ataagcacgt ccgcaattta caacacagac tttatgagtg tctctataga
      301 aatagagatg ttgacacaga ctttgtgaat gagttttacg catatttgcg taaacatttc
```

~~SECRET//NOFORN~~

# Postulated WIV Bat-CoV-X Full-length Clone Construction Process

~~SECRET//NOFORN~~

~~SECRET//NOFORN~~

# Quote from Zeng *et al.*, 2016

- From Materials and Methods, Virus and cells section
  "All experiments using live virus was conducted under biosafety level 2 (BSL2) conditions."
  From the first paragraph of the Discussion
  "In this study, we have developed a fast and cost-effective method for reverse genetics of coronaviruses by combining two approaches developed by others (29, 30). Our method allows the genomes of coronaviruses to be split into multiple fragments and inserted into a BAC plasmid with a single step. Recombinant viruses can then be efficiently rescued by direct transfection of the BAC construct. As the genomes can be divided into multiple short fragments, mutations can be introduced into individual fragments easily (31). Using this method, we successfully rescued three recombinant viruses derived from SL-CoV WIV1 (rWIV1, rWIV1-DX, and rWIV1-GFP-DX)."

The next page is withheld in full citing (b)(1) and (b)(3) 50 USC 3024(i) and is not provided.

~~SECRET//NOFORN~~

~~SECRET//NOFORN~~

# WIV SARS-CoV Reverse Genetics System



FIG 1 Strategy for construction of an infectious WIV1 BAC clone. (A) Genomic structure of WIV1. (B) The mutations are indicated under the stars. C1575A was used to ablate a natural BglI site at nucleotide 1571 (∇), and T27527C was used to disrupt a potential T7 stop site. The others were for introducing BglI sites (▼). (C) The WIV1 genome was split into eight contiguous cDNAs (A to G): A, nt 1 to 4387; B, nt 4388 to 8032; C1, nt 8033 to 10561; C2, nt 10562 to 12079; D, nt 12080 to 17017; E, nt 17018 to 22468; F, nt 22469 to 27352; G, nt 27353 to 30309. Unique BglI sites were introduced into the fragments by synonymous mutations to make these fragments capable of unidirectional ligation along with native BglI sites in the genome. The original nucleotides are shown above the flanking sequences of corresponding fragments. A poly(A) sequence was added to the 3' terminus of fragment G. A CMV promoter, HDV ribozyme, and BGH transcriptional terminal signal were inserted into pBeloBAC11 between BamHI and HindIII sites. SacII and AscI sites were introduced between the CMV promoter and ribozyme. Fragments A to G were inserted into the pBAC-CMV plasmid in a single step.

Zeng et al., 2016

~~SECRET//NOFORN~~

# SARS-COV-2 GENOME RESTRICTION MAP



SECRET//NOFORN

# Type IIS Restriction Enzymes

- BsmBI (Plus strand)
  5' - CGTCTCNNNNN-3'
  3' - GCAGAGNNNNN - 5'
  5' - GGTCTCNNNNN-3'
  3' - CCAGAGNNNNN - 5'

- BsmBI (Minus strand)
  5' - NNNNNGAGACG-3'
  3' - NNNNNCTCTGC-

BsaI (Plus strand)
  5'BsaI (Minus strand)
  5' - NNNNNGAGACC-3'
  3' - NNNNNCTCTGG - 5'

SARS-CoV-2 genome does not have any SacII or AscI restriction sites

(b)(1)  (b)(3):50 USC 3024(i)  Sec. 1.4(c)  Sec. 1.4(e)

SECRET//NOFORN

SECRET//NOFORN

# RE-based Fragment Build Option – *Bsm*BI/*Bsa*I (4 nt overhangs)



SECRET//NOFORN

SECRET//NOFORN

# RE-based Fragment Build Option – *Bsa*I/*Esp3*I (Invisible restriction sites)



SECRET//NOFORN

~~SECRET//NOFORN~~

# Xie et al., 2020 SARS-CoV-2 FLC Assembly




Figure 1. Assembly of a Full-Length SARS-CoV-2 Infectious cDNA Clone

(A) Genome structure SARS-CoV-2. The open reading frames (ORFs) from the full genome are indicated

(B) Strategy for in vitro assembly of an infectious cDNA clone of SARS-CoV-2. The nucleotide sequences and genomic locations of the cohesive overhangs are indicated. The WT full-length (FL) cDNA of SARS-CoV-2 (IC-WT) was directionally assembled using in vitro ligation

(C) Diagram of the terminal sequences of each cDNA fragment recognized by BsaI and Esp3I.

(D) Gel analysis of the seven purified cDNA fragments. Individual fragments (F1–F7) were digested from corresponding plasmid clones and gel purified. Seven purified cDNA fragments (50–100 ng) were analyzed on a 0.6% native agarose gel. The 1-kb DNA ladders are indicated.

(E) Gel analysis of cDNA ligation products. Approx 400 ng of purified ligation product was analyzed on a 0.6% native agarose gel. Triangle indicates the FL cDNA product. Circles indicate the intermediate cDNA products.

(F) Gel analysis of RNA transcripts. About 1 µg of in vitro transcribed (IVT) RNAs were analyzed on a 0.6% native agarose gel. DNA ladders are indicated. Because this is a native agarose gel, the DNA size is not directly correlated to the RNA size. Triangle indicates the genome-length RNA transcript. Circles show the shorter RNA transcripts.

~~SECRET//NOFORN~~

SECRET//NOFORN

# Spike Gene

SECRET//NOFORN

~~SECRET//NOFORN~~

# SARS CoV-2 SPIKE GENE



Highest homology toRaTG13Pangolin CoV

~~SECRET//NOFORN~~

~~SECRET//NOFORN~~

# SARS-COV-2 SPIKE GENE SEGMENTS
# QUERY: PANGOLIN-COV



- SARS-CoV-2_WIV02
- Bat CoV RaTG13
- Bat SARSr-CoV ZC45
- Bat SARSr-CoV ZXC21

b



Region 1-914

Region 1312-1533



Region 1534-3825

Xiao et al., 2020

~~SECRET//NOFORN~~

SECRET//NOFORN

# SARS-CoV-2 SimPLOT



"A recent study found that a human ACE2-binding ridge in SARS-CoV-2 RBD takes a more compact conformation compared with the SARS-CoV RBD; moreover, several residue changes in SARS-CoV-2 RBD may also enhance its human ACE2-binding affinity [13]. The core residues in RBM which may related to higher human ACE2-binding affinity than SARS-CoV are 100% identical between SARSCoV-2 and CoV-Pangolin-2020. Therefore, pangolin-CoV-2020 (CoV-pangolin/GD) potentially recognizes human ACE2 better than the SARS-CoV."

Liu *et al.*, 2020

SECRET//NOFORN

SECRET//NOFORN

# Minimal Receptor Binding Domain Cassette

- WIV scientists previously defined the minimal Receptor Binding Domain cassette that could functionally transfer ACE2 binding capability from one Spike protein to anotherSARS Nucleotide: 930-1554SARS Amino Acid: 310-518Receptor Binding MotifSARS Nucleotide:  1251-1482SARS Amino Acid:  417-494Homology cut points of SARS-CoV-2 coincide with WIV-identified borders of RBD and RBM



Xiao *et al.*, 2020 & Ren *et al.*, 2008

SECRET//NOFORN

SECRET//NOFORN

# Furin Cleavage Site

SARS-CoV    CATGTCGACACTTCTTATGAGTGCGACATTCCTATTGGAGCTGGCATTTGTGCTAGTTAC
      1980        H V D T S Y E C D I P I G A G I C A S YSARS-CoV-2
CATGTCAACAACTCATATGAGTGTGACATACCCATTGGTGCAGGTATATGCGCTAGTTAT        2022
H V N N S Y E C D I P I G A G I C A S YBCoV RaTG13
CATGTCAATAACTCGTATGAGTGTGACATACCTATTGGTGCAGGAATATGCGCCAGTTAT        2022
H V N N S Y E C D I P I G A G I C A S Y    SARS-CoV    CATACAGTTTCTTTATT-----------
ACGTAGTACTAGCCAAAAATCTATTGTGGCT        2028        H T V S L L        R S T S Q K S I
V ASARS-CoV-2  CAGACTCAGACTAATTCTCCTCGGCGGGCACGTAGTGTAGCTAGTCAATCCATCATTGCC
      2082        Q T Q T N S P R R A R S V A S Q S I I ABCoV RaTG13
CAGACTCAAACTAATTC-----------ACGTAGTGTGGCCAGTCAATCTATTATTGCC        2070        Q T Q
T N S        R S V A S Q S I I AFurin Cleavage SiteNmeAIII Restriction Site

SECRET//NOFORN

~~SECRET//NOFORN~~

# SARS-CoV-2 Furin Cleavage Site GC Content

- The percent GC of the furin cleavage site insert is 77% compared to ~40% of the surrounding DNAContains an NmeAIII restriction siteThe other CoV's with FCS have a %GC of <55%

| Virus | Nucleotide and Amino Acid Sequences |
|---|---|
| **SARSCoV2 (47%)** | G G T A T A T G C G C T A G T T A T C A G A C T C A G A C T A A T T C ▓▓▓▓▓ C G T A G T G T A G C T A G T C A A T C C A T C A T T G C C T A C A C T A T G |
| | G I C A S Y Q T Q T N S ▓ R S V A S Q S I I A Y T M |
| | %GC: 14/35 = 40%  |  %GC: 10/13 = 77%  |  %GC: 17/39 = 44% |
| **MERS-CoV (54%)** | C T C T G T G C T C T T C C T G A C A C A C C T A G T A C T C T C A C A C C T C G C A G T G T G C G G C T C T G T T C C A G G T G A A A T G C G C T T G G C A T C C A T T G C T |
| | L C A L P D T P S T L T P R S V R S V P G E M R L A S I A |
| | %GC: 18/35 = 51%  |  %GC: 8/13 = 62%  |  %GC: 21/39 = 54% |
| **BatCoV-HKU5 (47%)** | G G T C A A T C A C T T T G T G C T A T T C C A C C A A C T A C T T C T T C A C G C G T T C G A C G T G C T A C T T C T G G T G C A T C T G A T G T G T T T C A A A T C G C C |
| | G Q S L C A I P P T T S S R V R R A T S G A S D V F Q I A |
| | %GC: 15/35 = 43%  |  %GC: 7/13 = 54%  |  %GC: 19/39 = 49% |
| **IBV-Beaudette (34%)** | G A G A A C C A G T T T T A C A T C A A A A A T C A C T A A T G G A A C A C G T C G T T T T A G A C G T T C T A T T A C T G A A A A T G T T G C A A A T T G C C C T T A T G T T |
| | E N Q F Y I K I T N G T R R F R R S I T E N V A N C P Y V |
| | %GC: 12/35 = 31%  |  %GC: 5/13 = 38%  |  %GC: 13/39 = 33% |

~~SECRET//NOFORN~~



Liu *et al.*, 2020

SECRET//NOFORN

# RmYN02 a Red Herring

- Zhou et al., 2020 publish paper describing Bat CoV rmYN02Next generation sequencing was done on pooled bat samples to develop two genome sequences – RmYN01 and RmYN02Claim that RmYN02 contains inserted nucleotides at the S1/S2 cleavage siteAssert that the SARS-CoV-2 FCS is therefore of natural originNo virus is available for peer confirmation



SECRET//NOFORN

# RmYN02 a Red Herring

| Virus | Nucleotide and Amino Acid Sequences | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SARSCoV2 | | | | | | | | | G | | | | | T | C | C | T | C | G | G | C | G | G | G | C | A | | | | | | | | C | | | |
| | G | | C | A | S | Y | Q | T | Q | T | N | S | | P | | R | | A | | | | | | R | S | V | A | S | Q | S | I | | R | | T | W |
| RaTG13 | | A | | | C | | | | | | A | | | A | | | | | | | | | | | | | | | G | | C | | | | T | | T | |
| | G | | C | A | S | Y | Q | T | Q | T | N | S | | | | | | | | | | R | S | V | A | S | Q | S | I | | A | | T | W |
| RmYN02 | | G | G | T | C | | | C | | A | C | T | A | C | T | G | A | G | C | G | | | | | C | | | G | | C | A | T | | T | | G | G |
| | G | V | C | A | S | Y | | N | S | P | A | A | | | | | | | R | Y | G | T | N | S | I | | R | A | W |

The next 3 pages are withheld in full citing (b)(1) and (b)(3) 50 USC 3024(i) and are not provided.

~~SECRET//NOFORN~~

# HIV Epitopes

Perez, 2020

~~SECRET//NOFORN~~

~~SECRET//NOFORN~~

# HIV Sequences in the SARS-CoV-2 Spike Gene



Adapted from Perez, 2020

~~SECRET//NOFORN~~

**From:**
**To:**
**CC:**

(b)(1), (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c); (b)(6)

**Subject:** RE:
**Date:** 2020/06/24 13:54:23
**Priority:** Normal
**Type:** Note



Thank you [          ] will not be able to get the updates (they grabbed the slides during their weekly JWICS access yesterday), but I did forward to [          ]

**From:**
**Sent:** Wednesday, June 24, 2020 1:51 PM
**To:**
**Cc:**
**Subject:** RE (b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c)

I added one more slide....



**From**
**Sent:** Wednesday, June 24, 2020 4:30 PM
**To:**
**Cc:**
**Subject:** RE

~~Declassify On: 20450421~~

==================================================================

Remarkable. Many thanks, sir.



**From:**
**Sent:** Wednesday, June 24, 2020 11:53 AM
**To:**
**Cc:**
**Subject:** RE

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i)
Sec. 1.4(c);  (b)(6)

Here are some updated slides

(b)(3):10 USC 424;  (b)(6)

**From:**
**Sent:** Wednesday, June 24, 2020 2:49 PM
**To:** (b)(3):10 USC 424;  (b)(6)
**Cc:**
**Subject:** RE:

(b)(1);  (b)(3):50 USC 3024(i); Sec. 1.4(c)

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i); (b)(6)

~~Classification: TOP SECRET~~
~~Classified By:~~
~~Derived From: DIA SCG dated 20070108~~
~~Declassify On: 20151231~~

==================================================================

(b)(3):10 USC 424;  (b)(6)

Apologies sir, [          ] just came over to recap the conversation you had about aa identity in the RBD for SARS2 and pangolin; I didn't realize this is what you may have been referring to below (e.g. see also Xiao et al., attached

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c)

Any thoughts on all this are most welcome!



**From:**

**Sent:** Wednesday, June 24, 2020 8:59 AM

**To:**

**Cc:**

**Subject:** RE:

Great idea. Could you please remind me which ⎡ ⎤ has been sending along

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); (b)(6)

(Actually ⎡ ⎤ and I asked them to do this a few weeks ago.)

But at the moment it is, of course, "temporarily down for maintenance".

(b)(3):10 USC 424; (b)(6)

**From:**

**Sent:** Tuesday, June 23, 2020 3:51 PM

**To:** (b)(3):10 USC 424; (b)(6)

**Subject:**

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)

(b)(3):10 USC 424; (b)(6)

**From:**
**Sent:** Tuesday, June 2, 2020 7:46 PM
**To:**
(b)(3):50 USC 3024(i); (b)(6)
**Subject:** RE:

~~Classification: TOP SECRET~~

~~Classified By:~~          (b)(3):10 USC 424; (b)(3):50 USC 3024(I)

~~Derived From:~~

~~Declassify On: 20451231~~

================================================================

(b)(3):10 USC 424; (b)(6)

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)

Apologies for the disorganized data dump, sir. I have to run to get home for something.

Attached are a few emails with analysis and correspondence regarding

Looking forward to catching up tomorrow if you have time!

(b)(3):10 USC 424; (b)(6)

**From:**
**Sent:** Tuesday, June 02, 2020 1:29 PM



**To:**

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);
Sec. 1.4(c);  (b)(6)

I am back up on JWICS. They had to re-image the entire hard drive. My JWICS phone number is

**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Monday, June 1, 2020 2:21 PM
**To:** (b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  (b)(6)
**Subject:** RE:

~~Classification: SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived From: DIA~~  ~~SCG~~
~~Declassify On: 20450421~~

Great, thank you!   (b)(3):10 USC 424;  (b)(6)

**From:**
**Sent:** Monday, June 01, 2020 1:59 PM
**To:**
**Subject:** RE:

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  (b)(6)

(b)(3):10 USC 424;  (b)(6)

~~CLASSIFICATION: SECRET//NOFORN~~

Ok. Hopefully they will have the office set up by tomorrow morning.

~~CLASSIFICATION: SECRET//NOFORN~~

**From:**

**Sent:** Monday, June 1, 2020 12:50 PM

**To:**

(b)(3):10 USC 424:  (b)(1):  (b)(3):50 USC 3024(i):  Sec. 1.4(c):  (b)(6)

**Subject:** RE

~~Classification:  SECRET//NOFORN~~

~~Classified By~~:

~~Derived From:  DIA~~     ~~SCG~~          (b)(3):10 USC 424:  (b)(6)

~~Declassify On:  20450421~~

=============================            ===================

Thank you, sir! Great. Because of our shift schedule,         and I probably will be chased from the building sometime between 1400 and 1500 (we're on the earlier shift). But if we miss you today and if you'll have easy access to a phone again tomorrow or later in the week, we are mostly available all week until mid-afternoon.

(b)(3):10 USC 424:  (b)(1):  (b)(3):50 USC 3024(i):  Sec. 1.4(c):  (b)(6)

**From**

**Sent:** Monday, June 01, 2020 12:38 PM

**To:**

**Subject:**

~~CLASSIFICATION: SECRET//NOFORN~~

I will have a read over the document that you sent. I should be in an office this afternoon and would be able to give you a phone number.

(b)(3):10 USC 424:  (b)(6)

~~CLASSIFICATION: SECRET//NOFORN~~

=======================================================

~~Classification:  SECRET//NOFORN~~

=======================================================

~~Classification:  SECRET//NOFORN~~

============================                     ======

~~Classification:  TOP SECRET/~~  (b)(3):50 USC 3024(i);  (b)(6)



~~Classification: TOP SECRET~~

~~Classification: TOP SECRET~~

~~Classification: TOP SECRET~~

~~Classification: SECRET//NOFORN~~

~~Classification: SECRET//NOFORN~~

|  | (b)(3):10 USC 424; (b)(6) |
|---|---|
| **Sender:** | |
| **Recipient:** | |

**Sent Date:** 2020/06/24 13:54:24

**Delivered Date:** 2020/06/24 13:54:23

**From:**

**To:**



(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(I);
Sec. 1.4(c);  (b)(6)

**Subject:** RE:

**Date:** 2020/06/24 13:36:41

**Priority:** Normal

**Type:** Note

~~Classification: SECRET//NOFORN~~

~~Classified By:~~

~~Derived From:~~ SCC dated 20110916     (b)(3):10 USC 424;  (b)(3):50 USC 3024(I);  (b)(6)

~~Declassify On: 20360916~~

====================================

updated slides in your folder

**From:**

**Sent:** Wednesday, June 24, 2020 12:30 PM

**To:**

**Cc:**

**Subject:** RE:

~~Classification: SECRET//NOFORN~~

~~Classified By:~~

~~Derived From: DIA~~ SCC

~~Declassify On: 20450421~~

==========================================================

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(I);
Sec. 1.4(c);  (b)(6)

Remarkable. Many thanks, sir.

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(I);
Sec. 1.4(c);  (b)(6)

**From:**

**Sent:** Wednesday, June 24, 2020 11:53 AM

**To**

**Cc**

**Subject:** RE:

Here are some updated slides.

**From:**
**Sent:** Wednesday, June 24, 2020 2:49 PM
**To:**
**Cc:**
**Subject:** RE

(b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c); (b)(6)

~~Classification: TOP SECRET~~

~~Classified By:~~
~~Derived From: DIA SCG dated 20070108~~
~~Declassify On: 20451231~~

===================================================

(b)(3):10 USC 424; (b)(6)

Apologies sir [ ] just came over to recap the conversation you had about aa identity in the RBD for SARS2 and pangolin; I didn't realize this is what you may have been referring to below (e.g. see also Xiao et al., attached

(b)(3):10 USC 424; (b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); (b)(6)

Any thoughts on all this are most welcome!

**From:**
**Sent:** Wednesday, June 24, 2020 8:59 AM
**To:**
**Cc:**
**Subject:** RE

(b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c); (b)(6)

~~Classification: TOP SECRET~~

~~Classified By:~~
~~Derived From: DIA SCG dated 20070108~~

Declassify On: 20451231

========================================================

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); (b)(6

Great idea. Could you please remind me which                                     has been
sending along

(Actually               I asked them to do this a few weeks ago.)

But at the moment it is, of course, "temporarily down for maintenance".
(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

**From:**
**Sent:** Tuesday, June 23, 2020 3:51 PM
**To:**
**Subject:** RE

Classification: TOP SECRET/

Classified By:
Derived From: DIA SCG dated 20070100
Declassify On: 20451231

========================================================

(b)(3):10 USC 424; (b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e); (b)(6)



**From:**
**Sent:** Tuesday, June 2, 2020 7:46 PM
**To:**
**Subject:** RE:

(b)(1): (b)(3):10 USC 424:
(b)(3):50 USC 3024(i): Sec.
1.4(c): (b)(6)

~~Classification: TOP SECRET/~~

~~Classified By:~~
~~Derived From:~~
~~Declassify On: 20451231~~

=====================================================

(b)(3):10 USC 424: (b)(1): (b)(3):50 USC 3024(i): Sec.
1.4(c): Sec. 1.4(e): (b)(6)

Apologies for the disorganized data dump, sir. I have to run to get home for something.

Attached are a few emails with analysis and correspondence regarding
Looking forward to catching up tomorrow if you have
time!

**From:**
**Sent:** Tuesday, June 02, 2020 1:29 PM
**To:**
**Subject:** RE

(b)(3):10 USC 424: (b)(1): (b)(3):50 USC 3024(i):
Sec. 1.4(c): (b)(6)

I am back up on JWICS. They had to re-image the entire hard drive. My JWICS phone number is 558-1253.

**Sent:** Monday, June 1, 2020 2:21 PM
**To:**
**Subject:** RE:

~~Classification: SECRET//NOFORN~~

~~Classified By:~~
~~Derived From: DIA~~        ~~SCG~~
~~Declassify On: 20450421~~

[b)(3):10 USC 424;
(b)(6)]

==========================================================

Great, thank you!

[b)(3):10 USC 424; (b)(1); (b)(3):50 USC
3024(i): Sec. 1.4(c); (b)(6)]

**From**

**Sent:** Monday, June 01, 2020 1:59 PM

**To:**

**Subject:** RE:

~~CLASSIFICATION: SECRET//NOFORN~~

Ok. Hopefully they will have the office set up by tomorrow morning.

~~CLASSIFICATION: SECRET//NOFORN~~

**From**

**Sent:** Monday, June 1, 2020 12:50 PM

**To:**

**Subject:** RE:

[b)(1); (b)(3):10
USC 424;
(b)(3):50 USC
3024(i): Sec.
1.4(c); (b)(6)]

~~Classification: SECRET//NOFORN~~

~~Classified By:~~
~~Derived From: DIA,~~        ~~SCG~~
~~Declassify On: 20450421~~

[b)(3):10 USC
424; (b)(6)]

==========================================

Thank you, sir! Great. Because of our shift schedule,____and I probably will be chased from the building sometime between 1400 and 1500 (we're on the earlier shift). But if we miss you today and if you'll have easy access to a phone again tomorrow or later in the week, we are mostly available all week until mid-afternoon.

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  (b)(6)

**From:**

**Sent:** Monday, June 01, 2020 12:38 PM

**To:**

**Subject:**

~~CLASSIFICATION: SECRET//NOFORN~~

(b)(3):10 USC 424;  (b)(6)

I will have a read over the document that you sent. I should be in an office this afternoon and would be able to give you a phone number.

~~CLASSIFICATION: SECRET//NOFORN~~

============================================================================

~~Classification: SECRET//NOFORN~~

============================================================================

~~Classification: SECRET//NOFORN~~

====================================== (b)(3):50 USC 3024(i) ========

~~Classification: TOP SECRET//~~

==============================                                    ========

~~Classification: TOP SECRET//~~

==============================                                    ========

~~Classification: TOP SECRET//~~

==============================                                    ========

~~Classification: TOP SECRET//~~

============================================================================

~~Classification: SECRET//NOFORN~~

============================================================================

~~Classification: SECRET//NOFORN~~

(b)(3):10 USC 424;  (b)(6)

**Sender:**

The final page is withheld in full citing (b)(3)10 USC 424 and (b)(6), and is not provided.

**From:**

(b)(3):10 USC 424;  (b)(6)

**To:**

**CC:**

**Subject:** RE: (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c)

**Date:** 2020/06/26 09:16:52

**Priority:** Normal

**Type:** Note

~~Classification:  TOP  SECRET/~~

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);
(b)(6)

~~Classified  By:~~

~~Derived  From:  DIA  SCG  dated  20070100~~

~~Declassify  On:  20451231~~

=================================================================

Got it! Thank you. Sure, here you go.

**From**

**Sent:** Thursday, June 25, 2020 4:00 PM

**To**

**Cc**

(b)(3):10 USC 424;  (b)(1);
(b)(3):50 USC 3024(i);
Sec. 1.4(c);  (b)(6)

**Subject:**

~~Classification:  TOP  SECRET~~

~~Classified  By:~~  (b)(3):10 USC 424;  (b)(6)

~~Derived  From:  DIA  SCG  dated  20070100~~

~~Declassify  On:  20451231~~

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

Here is the file.

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e)

Unfortunately, I would just do the alignment myself on JWICS, but they still do not have my certs approved. Speed of the government....

In addition....

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6)

**From:**
**Sent:** Wednesday, June 24, 2020 12:59 PM
**To**
**Cc**
**Subject:** RE:

(b)(3):10 USC 424;
(b)(1);  (b)(3):50 USC
3024(i);  Sec. 1.4(c);
(b)(6)

~~Classification: TOP SECRET/~~

~~Classified By:~~
~~Derived From: DIA SCG dated 20070108~~
~~Declassify On: 20451231~~

===================================================

(b)(3):10 USC 424;  (b)(6)

Great idea. Could you please remind me which [                    ] has been
sending along [                    ]

(Actually [          ] I asked them to do this a few weeks ago.)

(b)(3):50 USC 3024(i)

(b)(1);  (b)(3):50 USC 3024(i);
Sec. 1.4(c);  (b)(6)

But at the moment it is, of course, "temporarily down for maintenance".

(b)(3):10 USC 424;
(b)(6)

**From:**
**Sent:** Tuesday, June 23, 2020 3:51 PM
**To:**
**Subject:** RE: (b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  (b)(6)

~~Classification: TOP SECRET/~~

~~Classified By:~~
~~Derived From: DIA SCG dated 20070108~~
~~Declassify On: 20451231~~

===================================================

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6)

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec.
1.4(e);  (b)(6)



(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC
3024(i);  Sec. 1.4(c);  (b)(6)

**From:**
**Sent:** Tuesday, June 2, 2020 7:46 PM
**To:**
**Subject:** RE:

~~Classification: TOP SECRET/~~

~~Classified By:~~
~~Derived From:~~
~~Declassify On: 20451231~~

==========================================================

(b)(3):10 USC 424;  (b)(6)

Apologies for the disorganized data dump, sir. I have to run to get home for something.

Attached are a few emails with analysis and correspondence regarding

Looking forward to catching up tomorrow if you have
time!

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6)

V/r,

**From**
**Sent:** Tuesday, June 02, 2020 1:29 PM
**To:**
**Subject:** RE:

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  (b)(6)

I am back up on JWICS. They had to re-image the entire hard drive. My JWICS phone number is (b)(3):10 USC 424; (b)(6)

(b)(3):10 USC 424; (b)(6)

**From:**
**Sent:** Monday, June 1, 2020 2:21 PM
**To:**
**Subject:** RE

Classification: SECRET//NOFORN

(b)(3):10 USC 424; (b)(1); (b)(3):50 USC 3024(l); Sec. 1.4(c); (b)(6)

Classified By:
Derived From: DIA        SCG
Declassify On: 20450421
==========================================================

Great, thank you!

**From:**
**Sent:** Monday, June 01, 2020 1:59 PM
**To:**
**Subject:** RE:

(b)(3):10 USC 424; (b)(1); (b)(3):50 USC 3024(l); Sec. 1.4(c); (b)(6)

CLASSIFICATION: SECRET//NOFORN

(b)(3):10 USC 424; (b)(6)

Ok. Hopefully they will have the office set up by tomorrow morning.

CLASSIFICATION: SECRET//NOFORN

**From:**
**Sent:** Monday, June 1, 2020 12:50 PM
**To:**
**Subject:** RE:

(b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(l); Sec. 1.4(c); (b)(6)



~~Classification: SECRET//NOFORN~~

~~Classified By~~
~~Derived From: DIA~~ SCG
~~Declassify On: 20450421~~

==============================================

Thank you, sir! Great. Because of our shift schedule,         and I probably will be chased from the building sometime between 1400 and 1500 (we're on the earlier shift). But if we miss you today and if you'll have easy access to a phone again tomorrow or later in the week, we are mostly available all week until mid-afternoon.

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  (b)(6)

**From:**
**Sent:** Monday, June 01, 2020 12:38 PM
**To:**
**Subject:**

~~CLASSIFICATION: SECRET//NOFORN~~

I will have a read over the document that you sent. I should be in an office this afternoon and would be able to give you a phone number.

(b)(3):10 USC 424;  (b)(6)

~~CLASSIFICATION: SECRET//NOFORN~~

==============================================

~~Classification: SECRET//NOFORN~~

==============================================

~~Classification: SECRET//NOFORN~~

(b)(3):50 USC 3024(i)

==============================================

~~Classification: TOP SECRET/~~

==============================================

~~Classification: TOP SECRET/~~

==============================================

~~Classification: TOP SECRET/~~



~~Classification: TOP SECRET/~~

~~Classification: TOP SECRET/~~

(b)(3):50 USC 3024(i)

**Sender:**

**Recipient:**

**Sent Date:** 2020/06/26 09:16:48
**Delivered Date:** 2020/06/26 09:16:52

SECRET//NOFORN

(b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e)

(U) Emergence of a new virus prompts immediate comparison of the genetic sequence to sequences of other known viruses. This can provide initial indications of important characteristics, such as transmissibility and virulence, if the new virus is a close match to other viruses for which these properties are known. These analyses also can elucidate the evolutionary history of the virus, and suggest the non-human species the virus emerged from or passed through on its way to humans.

(U) In the case of SARS-CoV-2, the evolutionary history remains unclear, despite ongoing investigations by many skilled laboratories. The closest relative of the virus was reported by Chinese researchers in bats, which host hundreds or thousands of coronaviruses, including some capable of infecting humans (such as ones related to the viruses that cause Ebola, SARS, and MERS). However, it is now well-established that the genome sequences in key parts of SARS-CoV-2 differ substantially from this related bat virus. For example, the SARS-CoV-2 spike protein, which mediates attachment to host cells, contains a furin cleavage site between the S1 and S2 domains, encoded by a 12-base pair insertion. This site is not found in the related bat virus or in any SARS-related coronaviruses (Beta 2 coronaviruses; although it is likely that only a small proportion of all bat coronaviruses have been characterized). The presence of this site is expected to increase infectivity in the human respiratory tract and other tissues, and thereby promote more efficient spread in human populations than other SARS-related coronaviruses.

(U) SARS-CoV-2 is an RNA virus. While viruses with RNA genomes accumulate mutations at a higher rate than DNA viruses, these mutations are generally single-nucleotide changes, additions, or deletions. Larger insertions, such as the 12-base pair insertion that encodes the furin cleavage site in SARS-CoV-2, generally are not seen to arise all at once.

(U) Larger genomic segments can arise naturally through recombination, when two viral genomes infecting the same cell exchange genetic material (as occurs, for example, when a novel influenza strain arises through exchange of genetic material between two strains, which may derive from different host species). The insertion encoding the furin site in SARS-CoV-2 could have occurred during co-infection of a non-human host by two different coronaviruses—one related to the bat coronavirus that is the closest known relative of SARS-CoV-2, and another coronavirus (not yet identified) with unique characteristics found in the SARS-CoV-2 spike protein.

(b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e)

SECRET//NOFORN

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c)

Emergence of a new virus prompts immediate comparison of the genetic sequence to sequences of other known viruses. This can provide initial indications of important characteristics, such as transmission route, transmissibility, and virulence, if the new virus is a close match to other viruses for which these properties are known. These comparative analyses also can elucidate the evolutionary history of the new virus, and suggest the non-human species the virus emerged from or passed through on its way to humans.

In the case of SARS-CoV-2, the evolutionary history of the virus remains unclear, despite computational investigations by many skilled laboratories. The closest relative of the virus was reported by Chinese researchers in bats, which host thousands of coronaviruses, including some capable of infecting humans (such as viruses related to the viruses that cause Ebola, SARS, and MERS). However, it is now well-established that the genome sequences in key parts of SARS-CoV-2 differs substantially from this related bat virus. In particular, the SARS-CoV-2 spike protein, which mediates attachment to host cells, contains a furin cleavage site between the S1 and S2 domains, encoded by a 12-base pair insertion. This site is not found in the related bat virus or in any SARS-related coronaviruses. The presence of this site is expected to increase infectivity in the human respiratory tract, and thereby promote more efficient spread than other SARS-related coronaviruses.

SARS-CoV-2 is an RNA virus. While viruses with RNA genomes accumulate mutations at a higher rate than DNA viruses, these mutations are generally single-nucleotide changes, additions, or deletions. Larger insertions, such as the 12-base pair insertion that encodes the furin cleavage site in SARS-CoV-2, generally are not seen to arise all at once.

Larger genomic segments like the 12-base pair insertion can arise naturally through recombination, when two viral genomes infecting the same cell exchange genetic material (as occurs, for example, when a novel influenza strain arises through exchange of genetic material between two influenza strains, which may derive from different animal species). This insertion could have occurred during co-infection of a non-human host by two different coronaviruses—one related to the bat coronavirus that is the closest known relative of SARS-CoV-2, and another coronavirus (not yet identified) with unique characteristics found in the SARS-CoV-2 spike protein.

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)

**From:**
**To:**
**CC:**
**Subject:** SARS-CoV-2 origin
**Date:** 2020/05/15 12:50:00
**Priority:** Normal
**Type:** Note

Classification: ~~SECRET~~

Thank you! Understood. Will do.

V/r,

(b)(3):10 USC 424; (b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e); (b)(6)

**Sent:** Friday, May 15, 2020 12:39 PM

**Subject:** SARS-CoV-2 origin

Classification: ~~SECRET~~

Please keep us apprised of when the next talk is.

The next two pages are withheld in full citing (b)(1) 1.4 (c)/(e), (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6), and are not provided.

**Delivered Date:** 2020/05/15 12:50:00



**From:**

**To:**

**Subject:** SARS-CoV-2

**Date:** 2020/06/09 13:14:40

**Priority:** Normal

**Type:** Note

Classification: ~~SECRET//NOFORN~~

Thank you! We are getting into it now.

V/r,

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** SARS-CoV-2

Classification: ~~SECRET//NOFORN~~

**Sender:**

**Recipient:**

**Sent Date:** 2020/06/09 13:14:41

**Delivered Date:** 2020/06/09 13:14:40

<u>**2**</u>

UNCLASSIFIED

(b)(3):10 USC 424; (b)(6)

Informational Slides
29 JUNE 2020

UNCLASSIFIED

1

# (U) NOTABLE VIRUS FEATURES

(U) Adaptation to humans early in the outbreak: genomic evolution study



(U) "In a side-by-side comparison of evolutionary dynamics between the 2019/2020 SARS-CoV-2 and the 2003 SARS-CoV, we were surprised to find that SARS-CoV-2 resembles SARS-CoV in the late phase of the 2003 epidemic after SARS-CoV had developed several advantageous adaptations for human transmission. Our observations suggest that by the time SARS-CoV-2 was first detected in late 2019, it was already pre-adapted to human transmission to an extent similar to late epidemic SARS-CoV."

Zhan et al. SARS-CoV-2 is well adapted for humans. What does this mean for emergence? bioRxiv 2020.

# (U) NOTABLE VIRUS FEATURES

(U) Similar to bat and pangolin coronaviruses in different regions



Liu et al. Are pangolins the intermediate host of the 2019 novel coronavirus (SARS-CoV-2)? PLoS Pathogens 2020.

UNCLASSIFIED

(U) "In the region of nucleotides 1-914, Pangolin-CoV is more similar to Bat SARSr-CoV ZXC21 and Bat SARSr-CoV ZC45, while in the remaining part of the gene, Pangolin-CoV is more similar to SARS-CoV-2 and Bat-CoV-RaTG13 . . . In particular, the receptor-binding domain of the S protein of Pangolin-CoV has only one amino acid difference from that of SARS-CoV-2. Overall, these data indicate that SARS-CoV-2 might have originated as the recombination of a Pangolin-CoV-like virus with a Bat-CoV-RaTG13-like virus.

Xiao et al. Isolation of SARS-CoV-2-related coronavirus from Malayan pangolins. Nature 2020.

The following page is withheld citing (b)(3) 50 USC 3024(i), and is not provided.

UNCLASSIFIED