UNCLASSIFIED

# (U) COULD A LAB HAVE MADE THE VIRUS?

(U) "The Institute [Wuhan Institute of Virology] does not have the capability to design and synthesize a new coronavirus . . ."

(U) China Ministry of Foreign Affairs, press release 5 May 2020

The following page is withheld citing (b)(3) 50 USC 3024(i), and is not provided.

UNCLASSIFIED

5

UNCLASSIFIED

# (U) PREVIOUS WIV RESEARCH IN RELATION TO SARS-COV-2

(U) Example: Method for synthesizing bat CoV WIV1 (reverse genetics system: 2016)



(U) "Strategy for construction of an infectious WIV1 BAC clone."

(U) "In this study, we have developed a fast and cost-effective method for reverse genetics of coronaviruses by combining two approaches developed by others. Our method allows the genomes of coronaviruses to be split into multiple fragments and inserted into a BAC plasmid with a single step . . . As the genomes can be divided into multiple short fragments, mutations can be introduced into individual fragments easily."

Zeng et al. Bat Severe Acute Respiratory Syndrome-Like Coronavirus WIV1 encodes an extra accessory protein, ORFX, involved in modulation of the host immune response. J Virol 2016.

UNCLASSIFIED

UNCLASSIFIED

# (U) PREVIOUS WIV RESEARCH IN RELATION TO SARS-COV-2

(U) Example: Construction of chimeras with spike from new bat CoVs on WIV1 backbone, infection studies (2017)



B

**Hela-hACE2**

— WIV1
— Rs4874
— WIV1-Rs4231
— WIV1-Rs7327

(U) Synthetic chimera infection of cells with human receptor.

(U) "In this cave, we have now obtained full-length genome sequences of additional 11 novel SARSr-CoVs from bats . . . Using the reverse genetics technique we previously developed for WIV1, we constructed a group of infectious bacterial artificial chromosome (BAC) clones with the backbone of WIV1 and variants of S genes from 8 different bat SARSr-CoVs."

Hu et al. Discovery of a rich gene pool of bat SARS-related coronaviruses provides new insight into the origin of SARS coronavirus. PLoS Pathogens 2017.

UNCLASSIFIED

8

UNCLASSIFIED

# (U) PREVIOUS WIV RESEARCH IN RELATION TO SARS-COV-2

(U) Example: insertion of furin cleavage site enabling bat CoV (MERS-CoV progenitor) to infect human cells (2015)



(U) MERS-CoV and bat CoV HKU4 spike proteins.

(U) " . . . the two mutations adaptive to human cellular proteases transformed MERS-CoV spike from completely lacking to fully possessing the capacity to mediate viral entry into human cells, and thus they likely played the most critical role in the bat-to-human transmission of MERS-CoV, either directly or through intermediate hosts."

Yang et al. Two mutations were critical for bat-to-human transmission of Middle East Respiratory Syndrome coronavirus. J Virol 2015.

UNCLASSIFIED

9



**From:**

**To:**

**Subject:** RE: SARS-CoV-2 Origins

**Date:** 2020/10/09 08:40:23

**Priority:** Normal

**Type:** Note

Classification: TOP SECRET

Classified By:

Derived From: Multiple Sources

Declassify On: MR or 20251007

==================================================================

Unfortunately, I don't have the others.

**From:**

**Sent:** Thursday, October 08, 2020 1:52 PM

**To:**

**Subject:** RE: SARS-CoV-2 Origins

Classification: TOP SECRET/

Classified By:

Derived From: Multiple Sources

Declassify On: MR or 20251007

==================================================================

Hi

Attached is what I have. I'll continue tomorrow.

**From:**

**Sent:** Thursday, October 08, 2020 12:44 PM

**To:**

(b)(3):10 USC 424;
(b)(6)

**Cc:**

**Subject:** SARS-CoV-2 Origins

~~Classification: TOP SECRET~~

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

~~Classified By:~~
~~Derived From: Multiple Sources~~
~~Declassify On: MR or 20251007~~
================================================================

Team,

(b)(3):10 USC 424;  (b)(6)

We are moving forward on the re-evaluation of the SARS-CoV-2 origins analysis. We believe working through an ACH with a diverse group will achieve the best results and ask for your help and participation. The goal was representation from

If I've missed someone viral to the analysis, please let me know and we can discuss adding them.

(b)(5)

(b)(3):10 USC 424; (b)(6)

put together an initial ACH framework with the evidence they have collected. From here I propose we follow the steps below:

(b)(3):10 USC 424; (b)(5); (b)(6)

We realize this is a big undertaking and appreciate your support! Please reach out if you have additional questions for need assistance.

Cheers,

(b)(3):10 USC 424; (b)(6)

The final page is withheld in full citing (b)(3) 10 USC 424 + 50 USC 3024(i) and (b)(6), and is not provided.

**From:**

**To:** (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** Re: SARS-CoV-2 Origins

**Date:** 2020/10/08 13:36:57

**Priority:** Normal

**Type:** Note

makes sense.

**From** (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Sent:** Thursday, October 8, 2020 1:05:04 PM

**To:**

**Cc:**

**Subject:** RE: SARS-CoV-2 Origins

~~Classification: TOP SECRET/~~

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)

~~Derived From: Multiple Sources~~

~~Declassify On: 20451231~~

===================================================

expanding this out to a wider    audience is farther down the line. I'm including    only because they have the    and worked with us on previous production.

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

(b)(3):10 USC 424;  (b)(6)

**From:**

**Sent:** Thursday, October 08, 2020 1:00 PM

**To:**

**Subject:** Re: SARS-CoV-2 Origins    (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

I would suggest to add    who has worked intimately with the    (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)
COV-2 genome. Also, since they have not performed my migration yet, many of my papers are
on the low side. I forwarded many of those to    earlier and have asked her to help me
with the    Do we have a few days to finish the

**From:**

**Sent:** Thursday, October 8, 2020 12:44:11 PM

**To**

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Cc:**

**Subject:** SARS-CoV-2 Origins

~~Classification:  TOP SECRET /~~

~~Classified By:~~

~~Derived From:  Multiple Sources~~

~~Declassify On:  MR or 20251007~~

=================================================================

Team,

(b)(3):10 USC 424;  (b)(6)

We are moving forward on the re-evaluation of the SARS-CoV-2 origins analysis. We believe working through an ACH with a diverse group will achieve the best results and ask for your help and participation. The goal was representation from

If I've missed someone viral to the analysis, please let me know and we can discuss adding them.

(b)(5)

(b)(3):10 USC 424;  (b)(6)

put together an initial ACH framework with the evidence they have collected. From here I propose we follow the steps below:

(b)(3):10 USC 424;  (b)(5);  (b)(6)

(b)(3):10 USC 424; (b)(5); (b)(6)

We realize this is a big undertaking and appreciate your support! Please reach out if you have additional questions for need assistance.

Cheers,

(b)(3):10 USC 424; (b)(6)

=============================== (b)(3):50 USC 3024(i)

~~Classification: TOP SECRET~~

===============================

~~Classification: TOP SECRET~~

===============================

~~Classification: TOP SECRET~~

(b)(3):10 USC 424; (b)(6)

**Sender:**

**Recipient:**

**Sent Date:** 2020/10/08 13:36:56

**Delivered Date:** 2020/10/08 13:36:57

**From:** (b)(3):10 USC 424; (b)(6)

**To:**

**CC:**

**Subject:** RE: SARS-CoV-2 Origins (b)(3):50 USC 3024(i)

**Date:** 2020/10/09 06:31:23

**Priority:** Normal

**Type:** Note

Classification: ~~TOP SECRET~~/ (b)(3):50 USC 3024(i)

~~Classified By:~~ (b)(3):10 USC 424; (b)(6)

~~Derived From: Multiple Sources~~

~~Declassify On: MR of 20251007~~

(b)(3):10 USC 424; (b)(6)  (b)(3):10 USC 424; (b)(6)  (b)(3):10 USC 424

I will leave [ ] participation up to [ ] That way he can balance expertise with [ ] (b)(3):10 USC 424 production commitments and provide a consolidated response.

Cheers,

(b)(3):10 USC 424; (b)(6)

**Sent:** Thursday, October 08, 2020 1:47 PM

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:** RE: SARS-CoV-2 Origins

~~Classification: TOP SECRET~~

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived From: Multiple Sources~~
~~Declassify On: MR or 20251007~~
================================================================

Hi

(b)(3):10 USC 424;  (b)(6)
and I have also been talking to                about the origins question.

(b)(5)

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(5)

Also, in case people want to refer to the common definitions decided [ (b)(3):50 USC 3024(i) ] I've attached those for people's convenience.

Best,

From: 
Sent: Thursday, October 08, 2020 12:44 PM

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

Subject: SARS-CoV-2 Origins

~~Classification: TOP SECRET/~~

~~Classified By:~~ (b)(3):10 USC 424; (b)(6)
~~Derived From: Multiple Sources~~
~~Declassify On: MR or 20251007~~

==========================================================

Team,

We are moving forward on the re-evaluation of the SARS-CoV-2 origins analysis. We believe working through an ACH with a diverse group will achieve the best results and ask for your help and participation. The goal was representation from [ (b)(3):10 USC 424; (b)(6) ] If I've missed someone viral to the analysis, please let me know and we can discuss adding them.

(b)(5)

(b)(5)

(b)(3):10 USC 424; (b)(6) put together an initial ACH framework with the evidence they have collected. From here I propose we follow the steps below:

(b)(3):10 USC 424; (b)(5); (b)(6)

We realize this is a big undertaking and appreciate your support! Please reach out if you have additional questions for need assistance.

Cheers,

(b)(3):10 USC 424; (b)(6)

The final page is withheld in full citing (b)(3) 10 USC 424 + 50 USC 3024(i) and (b)(6), and is not provided.



(b)(3):10 USC 424; (b)(3):50 USC 3024(I); (b)(6)

**From:**

**To:**

**Subject:** Fw: SARS-CoV-2 Origins
**Date:** 2020/10/08 13:01:37
**Priority:** Normal
**Type:** Note

would you be able to help with the

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

**From:**
**Sent:** Thursday, October 8, 2020 1:00 PM
**To:**
**Subject:** Re: SARS-CoV-2 Origins

(b)(3):10 USC 424; (b)(3):50 USC 3024(I); (b)(6)

I would suggest to add _____ who has worked intimately with the COV-2 genome. Also, since they have not performed my migration yet, many of my papers are on the low side. I forwarded many of those to _____ earlier and have asked her to help me with the _____ Do we have a few days to finish the _____

(b)(3):10 USC 424; (b)(3):50 USC 3024(I); (b)(6)

**From:**
**Sent:** Thursday, October 8, 2020 12:44:11 PM
**To:**

**Cc:**
**Subject:** SARS-CoV-2 Origins

(b)(3):10 USC 424; (b)(3):50 USC 3024(I); (b)(6)

~~Classification: TOP SECRET/~~
(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

~~Classified By:~~
~~Derived From: Multiple Sources~~
~~Declassify On: MR or 20251007~~
=================================================

Team,

(b)(3):10 USC 424; (b)(6)

We are moving forward on the re-evaluation of the SARS-CoV-2 origins analysis. We believe working through an ACH with a diverse group will achieve the best results and ask for your help and participation. The goal was representation from _____ If I've missed someone viral to the analysis, please let me know and we can discuss adding them.

(b)(5)

(b)(3):10 USC 424; (b)(6) put together an initial ACH framework with the evidence they have collected. From here I propose we follow the steps below:

(b)(3):10 USC 424; (b)(5); (b)(6)

We realize this is a big undertaking and appreciate your support! Please reach out if you have additional questions for need assistance.

(b)(3):10 USC 424; (b)(6)

Cheers,

The final page is withheld in full citing (b)(3) 10 USC 424 and 50 USC 3024(i) and (b)(6) and is not provided.

**From:** (b)(3):10 USC 424; (b)(6)

**To:**

**Subject:** DIA assessment of SARS-CoV-2 origin
**Date:** 2020/06/08 12:01:00
**Priority:** Normal
**Type:** Note

Classification: TOP SECRET/

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

Classified By:

Derived From:

Declassify On: 20451231

========================================================

Gentlemen,

For reference, please find attached DIA's standing assessment of SARS-CoV-2 origin, from March.

V/r,

(b)(3):10 USC 424; (b)(6)

========================================  (b)(3):50 USC 3024(i)
Classification: TOP SECRET/

**Sender:** (b)(3):10 USC 424; (b)(6)

**Recipient:**

**Sent Date:** 2020/06/08 12:02:04
**Delivered Date:** 2020/06/08 12:01:00

**From:**

**To:**                                           (b)(3):10 USC 424;  (b)(6)

**Subject:** _____ analysis in progress

**Date:** 2020/06/11 10:08:00

**Priority:** Normal

**Type:** Note



~~Classification: TOP SECRET~~

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

~~Classified By:~~

~~Derived From:~~

~~Declassify On:  20451231~~

==================================================================

(b)(3):10 USC 424;  (b)(6)

I thought I'd share what I have before getting too far along, so at least you can get a sense of the length and structure. We get 1 page, with an opening paragraph (authoritative assessment, (b)(3):50 USC 3024(i) context) followed by 3 evidence bullets, which I think we agreed are 1) capabilities and objectives, 2) features for SARS-CoV-2,

(b)(3):50 USC 3024(i)

I took a shot at the opening paragraph and the 2nd bullet, on SARS-CoV-2 features of note. I'll work in your capabilities/objectives material into the 1st bullet (which I think may be our strongest), and in the meantime will start on the 3rd bullet.

Thank you,

(b)(3):10 USC 424;  (b)(6)

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e)

The next two pages are withheld in full citing (b)(1) and (b)(3) 10 USC 424 + 50 USC 3024(i) and (b)(6), and are not provided.

**From:** (b)(1); (b)(3):10 USC 424; Sec. 1.4(c); (b)(6)

**To:**

**Subject:**

**Date:** 2020/06/17 10:24:07

**Priority:** Normal

**Type:** Note.SMIME.MultipartSigned

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

=================================================================

FYI, others starting to ask the questions we've been asking.

(b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c); (b)(6)

**From:**

**Sent:** Wednesday, June 17, 2020 9:10 AM

**To:**

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  (b)(6)



Cc:

Subject:

~~Classification: TOP SECRET~~ /

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

~~Classified By:~~
~~Derived From: Department of State, SSG~~
~~Declassify On: 20451231~~

===========================================================================

Hi All,

Looping in a few more people and following-up that I'm also interested in [            ] and curious about more context

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  (b)(6)



**From**

**Sent:** Tuesday, June 9, 2020 5:08 PM

**To**

**Cc**

**Subject:**

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  (b)(6)

(b)(3):50 USC 3024(i);  (b)(6)

==================================================

Hi all,

Curious if anyone has published [(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c)] I've cut down the distro to a few folks I think were working on this issue, since when I replied to [                ] last time I got many bounce backs. I also added

(b)(3):50 USC 3024(i);  (b)(6)

(b)(1);  (b)(3):10 USC 424
(b)(3):50 USC 3024(i);
Sec. 1.4(c);  (b)(6)

**From:**

**Sent:** Friday, May 29, 2020 4:21 PM

**To:**

The next 4 pages are withheld in full citing (b)(3) 10 USC 424 and 50 USC 3024(i) and (b)(6), and are not provided.

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  (b)(6)

**Cc:**

**Subject:**

~~Classification: TOP SECRET~~ / (b)(3):50 USC 3024(i);  (b)(6)

~~Classified By:~~

~~Derived From: Department of State~~

~~Declassify On: 20451221~~

========================================================

Thank you for this! Just to clarify, when you say

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c); (b)(6)

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**From:**

**Sent:** Friday, May 29, 2020 4:02 PM

**To:**

The next 5 pages are withheld in full citing (b)(1), (b)(3) 10 USC 424 + 50 USC 3024(i) and (b)(6), and are not provided.



(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**Subject:**

~~Classification~~

~~Classified By:~~

~~Derived From: ODNI CG~~

~~Declassify On: 20751231~~

(b)(1):  (b)(3):50 USC
3024(I):  Sec. 1.4(c):  (b)(6)

=================================================================

please see the below comment regarding a topic from our VTC today.

**From:**

(b)(3):50 USC 3024(i):  (b)(6)

**Sent:** Friday, May 22, 2020 12:22 PM



(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); (b)(6)

**To:**

**Subject:**

~~Classification: TOP SECRET~~//

As discussed in the VTC,

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c)

I received an undeliverable when trying to reply all to the VTC group, thanks again for passing along to them.

Thanks,

(b)(3):50 USC 3024(i); (b)(6)

(b)(3):50 USC 3024(i); (b)(6)

~~Classified By~~

~~Derived From~~

~~Dated: 20180110~~

~~Declassify On: 20450501~~

The final page is withheld in full citing (b)(3) 10 USC 424 + 50 USC 3024(i) and (b)(6), and is not provided.

5

(b)(3):50 USC 3024(i)

TOP SECRET

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e)



(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e)

5 additional pages are DIF citing (b)(1) and (b)(3), and are not provided.

TOP SECRET

(b)(3):50 USC 3024(i)



**From:** (b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

**To:**

**Subject:** RaTG13
**Date:** 2020/05/27 12:21:00
**Priority:** Normal
**Type:** Note



~~Classification: TOP SECRET~~

(b)(3):50 USC 3024(i); (b)(6)

===== ------------------------------------------------------------------------ =====

Gentlemen,

I've been piecing together recent open and classified reports on SARS-CoV-2's closest known relative, setting aside for the moment the question of whether it actually exists (which I do not think is necessary to assume for the thoughts below). I've attempted to pull this together in the 3 paragraphs below, with references attached. I know this is very much in the weeds, and I surely haven't explained in the clearest possible way. If you can get through it, I would be grateful for any thoughts, as it's possible I do not have the details, chronology, or logic straight. Thank you!

V/r,

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)

The second page is withheld in full citing (b)(1) 1.4 (c)/(e), (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6), and is not provided.

~~SECRET//NOFORN~~

# SARS CoV-2 SPIKE GENE



Highest homology toRaTG13Pangolin CoV

~~SECRET//NOFORN~~

~~SECRET//NOFORN~~

# SARS-COV-2 SPIKE GENE SEGMENTS
# QUERY: PANGOLIN-COV







Extracted from Xiao *et al.*, 2020

~~SECRET//NOFORN~~

~~SECRET//NOFORN~~

# Nucleotide 914 Region



~~SECRET//NOFORN~~

~~SECRET//NOFORN~~

# Nucleotide 1312 Region



~~SECRET//NOFORN~~

~~SECRET//NOFORN~~

# Nucleotide 1535 Region



~~SECRET//NOFORN~~

SARS-CoV   CATGTCGACACTTCTTATGAGTGCGACATTCCTATTGGAGCTGGCATTTGTGCTAGTTAC
    1980        H V D T S Y E C D I P I G A G I C A S YSARS-CoV-2
CATGTCAACAACTCATATGAGTGTGACATACCCATTGGTGCAGGTATATGCGCTAGTTAT          2022
H V N N S Y E C D I P I G A G I C A S YBCoV RaTG13
CATGTCAATAACTCGTATGAGTGTGACATACCTATTGGTGCAGGAATATGCGCCAGTTAT          2022
H V N N S Y E C D I P I G A G I C A S Y     SARS-CoV    CATACAGTTTCTTTATT------------
ACGTAGTACTAGCCAAAAATCTATTGTGGCT          2028        H T V S L L          R S T S Q K S I
V ASARS-CoV-2  CAGACTCAGACTAATTCTCCTCGGCGGGCACGTAGTGTAGCTAGTCAATCCATCATTGCC
    2082        Q T Q T N S P R R A R S V A S Q S I I ABCoV RaTG13
CAGACTCAAACTAATTC------------ACGTAGTGTGGCCAGTCAATCTATTATTGCC          2070          Q T Q
T N S       R S V A S Q S I I AFurin Cleavage SiteNovel BspMI Restriction SiteNovel NmeAIII
Restriction SiteNovel BsrDI Restriction Site

The following 3 pages are withheld in full citing (b)(1) and (b)(3) 50 USC 3024(i), and are not provided.

~~SECRET//NOFORN~~

SECRET//NOFORN

# Back-Up Slides

SECRET//NOFORN

~~SECRET//NOFORN~~

# RE-based Fragment Build Option – *Xcm*I
# (1 nt overhang)



~~SECRET//NOFORN~~

SECRET//NOFORN

# RE-based Fragment Build Option – *Bmr*I (1 nt overhang)



SECRET//NOFORN

SECRET//NOFORN

# RE-based Fragment Build Option – *Bsm*BI (4 nt overhang)



SECRET//NOFORN



**From:**

**To:**

**Subject:** FW: (U) OSD and NSC Feedback Summary for 26 February 2020

**Date:** 2020/02/26 15:02:53

**Priority:** Normal

**Type:** Note

(b)(3):10 USC 424; (b)(6)

(b)(3):10 USC 424, (b)(6)

------------------------------------------------------------------

In case not seen.

V/r,

(b)(3):10 USC 424; (b)(6)

**From**

**Sent:** Wednesday, February 26, 2020 2:55 PM

**To:**

**Cc:**

**Subject:** (U) OSD and NSC Feedback Summary for 26 February 2020

~~Classification: SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424; (b)(6)

~~Derived From: Multiple Sources~~

~~Declassify On: 20451231~~

=================================================================

**26 February 2020**   (b)(3):10 USC 424; (b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); (b)(6)

| Principal | Significant Feedback | |
|---|---|---|
| **Deputy Secretary of Defense [David Norquist]** | | |

=================================================================

~~Classification: SECRET//NOFORN~~

=================================================================

~~Classification: SECRET//NOFORN~~

**Sender:** (b)(3):10 USC 424; (b)(6)

The final page is withheld in full citing (b)(3) 10 USC 424 and (b)(6) and is not provided.

**From:** (b)(3):10 USC 424;  (b)(6)

**To:**

**Subject:** RE: (b)(3):50 USC 3024(i) research capabilities

**Date:** 2020/06/15 08:53:00

**Priority:** Normal

**Type:** Note

~~Classification: SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)

~~Derived From:~~

~~Declassify On: 20450431~~

========================================================

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

Thank you,

(b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)

**Sent:** Friday, June 12, 2020 3:21 PM

(b)(3):10 USC 424;  (b)(6)

**Subject:** RE: (b)(3):50 USC 3024(i) research capabilities

~~Classification: SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)

~~Derived From:~~

~~Declassify On: 20450431~~

========================================================

Gents – are we still writing this paper? Anything you need from me?

(b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)

**Sent:** Tuesday, June 02, 2020 9:19 AM

(b)(3):10 USC 424;  (b)(6)

**Subject:** RE: (b)(3):50 USC 3024(i)   research capabilities

~~Classification: SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)

~~Derived From:~~

~~Declassify On: 20150121~~

====================================================================

(b)(3):10 USC 424;  (b)(6)

(b)(3):10 USC 424;  (b)(6)

Good idea. I will make the change and send to (b)(3):10 USC 424;  (b)(6)

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

I plan to be in until around 1430-1500 today, so might see you if you're in at the top of your shift.

Thank you,

(b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)

**Sent:** Monday, June 01, 2020 4:44 PM

The remaining 5 pages are withheld in full citing (b)(1), (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6), and are not provided.



From: (b)(3):10 USC 424; (b)(6)

To:

(b)(3):10 USC 424; (b)(6)

| | |
|---|---|
| **Subject:** | Today's DHS COVID-19 (Update 59) - Worldwide (Awareness NOC 0051-19) |
| **Date:** | 2020/03/23 12:50:49 |
| **Priority:** | Normal |
| **Type:** | Note |

Classification: ~~UNCLASSIFIED//FOUO~~
====================================================================

Good Morning ALCON:

Please find today's DHS COVID-19 (Update 59) - Worldwide (Awareness NOC 0051-19).

v/r,

(b)(3):10 USC 424; (b)(6)

~~UNCLASSIFIED//FOR OFFICIAL USE ONLY~~

(U) **Overview:** As of 1700 ET 22 Mar, the World Health Organization (WHO) reported 26,514 COVID-19 cases in the U.S. and 342 domestic fatalities across 34 states with the most in WA with 94. WHO reported 266,073 confirmed cases in 177 countries and 11,184 fatalities worldwide. To ensure consistency in federal-level reporting of case numbers, DHS NOC now uses FEMA/HHS sourcing (this accounts for significant variances in numbers from yesterday's report).

(U) POTUS approved a Major Disaster Declaration for CA. Eleven states have issued Stay at Home Orders. Schools have closed in 46 states, affecting 55 million students. The Governor of NY requested POTUS authorize USACE to set up temporary hospitals across NY state. A U.S. senator from KY has tested positive for COVID-19 and is under self-quarantine.

(U) On 22 Mar, The National Institute of Allergy and Infectious Diseases (NIAID) Vaccine Research Center in Bethesda, MD requested incident management support from the USCG National Strike Force due to a worker testing positive for COVID-19 at the NIAID facility. A USCG Incident Management Team will assist NIAID in getting its research center back in operation.

(U) As of 22 Mar, CBP referred 237,901 (+9,404) travelers to CWMD for enhanced screening; including 1,420 (+58) who were referred to CDC for further screening. FPS will provide up to 50 LEOs to Federal quarantine locations to provide security and law enforcement support, beginning on or about 1 Apr. A TSA officer at Dulles International Airport in Washington, DC has tested positive for COVID-19.

(U) USCG reports Cruise Ship NORWEGIAN JEWEL arrived in Honolulu; passengers will be allowed to disembark, board chartered flights, and return to their home of residence (HI, DoS, and CDC are coordinating offload efforts). USCG is tracking 12 cruise ships at sea with 12,636 passengers abroad.

(U) FEMA and HHS have supplied states/private partners with enough supplies to operate 40 Community Based Testing Sites across the U.S. FEMA NRCC remains at Level I in a unified effort with HHS SOC. All Regional Response Coordination Centers are activated.

(U) For additional information, refer to the DHS Common Operating Picture
and the Homeland Security Information Network
(b)(3):50 USC 3024(i)

(U) **Distribution:** DHS HQ Leadership and Senior Staff; DHS Component Leadership and Operations Centers; WHSR; Federal Interagency Operations Centers, and State and Local Mission Partners.

# Ubiquitous genomic fragment in human 2019-nCoV viruses in the spike-protein, also encoding a novel 87 aa protein, completely missing in all other coronaviruses

Sandeep Chakraborty,

## Abstract

The origins of the highly virulent coronavirus isolated from Wuhan (Hubei, China) are uncertain, as are the reasons for its highly virulent nature (human-to-human transmission before the onset of symptoms). Here, 29 genomes of 2019-nCoV in GISAID reveals a genomic fragment which is present in all 2019-nCoV genomes, (and also in the recent Nanopore sequencing data from a family [1]), and absent in other species. The only entry in GISAID from bats (BatCoV-RaTG13) is a mystery (it does not have any publications linked to it), but is very close to human 2019-nCoV. Mutations in the viral genome need to translate in changes in protein sequences (and function) in order modulate its virulence. This genomic fragment is in the N-terminal of the spike-protein (98-228), a known-epitope region and implicated in viral entry into host cells. Interestingly, this region also encodes a novel 87 aa protein, with a shifted open-reading frame (a phenomenon common in viruses). The genomic fragment will help in faster diagnosis (excluding all other coronaviruses), while the protein information will aid in vaccine or inhibitor design. Note, there are no other fragments which have this property - present in nCov and absent in others. Coincidentally, amino acids '17-240 were deleted from the N-terminal domain of the TGEV Spike gene' using CRISPR, an experiment carried out in Wuhan [2].

2

# Introduction

Coronaviruses are enveloped RNA viruses [3]. Out of the six coronavirus species that are known to cause human disease, four (HKU1, 229E, OC43 and NL63) cause mild symptoms, while SARS-CoV and MERS-CoV have caused disease outbreaks in China and the Middle-east [4]. The sequence (NC_045512.2 [5]) of the extremely virulent novel coronavirus (2019-nCoV) isolated from the city of Wuhan in China shows that it forms a separate clade within the subgenus sarbecovirus [5,6]. It is closely related to the single bat entry (BatCoV-RaTG13) in GISAID, the origin of which remains unclear.

In the current work, a fragment is shown that is present in all human 2019-nCoV, slightly mutated in the bat BatCoV-RaTG13, and completely missing in all other species. This genomic region is within the spike-protein, which is implicated in host entry and virulence. This region also encodes a putative 87 aa protein (frame-shifted within the spike-protein - a common phenomenon in viruses [7]).

# Results and discussion

### 29 nCov genomes from GISAID

GISAID has currently 29 genomes of 2019-nCoV. One of this is BatCoV-RaTG13 from bats, whose origin is the missing link to other coronaviruses.

The fragment from human 2019-nCoV (Accid:NC_045512.2 [5]) (21852-22427, SI:nCoVFULLSLICE.fa) can be split into two with lesser homology elsewhere. These are 21883-22056 (SI:nCovSLICE1.fa,n=174) and 22167-22347 (SI:nCovSLICE2.fa,n=181), and are present in all 29 2019-nCoV genomes, slightly mutated in the BatCoV-RaTG13, and absent in other species. This region is at end of the 'middle region (10,901-22,830)' which grouped-nCoV and RaTG13 in a separate lineage from the sarbecovirus branch [6].

### Nterminal of the spike protein is highly mutated:

Mutations in the genome need to translate into changes in protein sequences (and function) in order modulate its virulence (Table 1). nCoVFULLSLICE is in the N-terminal (98-228 of the 1273 spike protein). In BatCoV-RaTG13, this has only one amino-acid changed. However, it has many differences (including insertions) in other species (Fig 1).;

Note, ORF1ab which falls in the 'middle segment' [6] has 96% homology in the protein (Table 1). So, genomic variability here does not translate into as much protein changes. On the other hand, ORF8 which is at the end has only 59% homology.

### Introduction of a new protein?

The changes in this region of the spike protein introduces a 87 novel aa protein (SI:novelprotein.fa), which is frame-shifted (Table 1). Gene overlaps (nucleotides coding for multiple proteins by being read in different reading frames) are common in viruses [7]. If this indeed is a protein, then it would greatly aid the development of a vaccine or an inhibitor.

3

Table 1: **Novel proteins in nCov (Accid:NC_045512.2 [5] encoded by nCovSLICE1** The genomic variation in viruses need to be looked at protein-level changes. And there are just a handful of proteins. A recent pre-print found that "a middle segment" has more variation from known Covs. Here, the end (27888 - 28256) which encodes ORF8 seems to have diverged the most (59%).

| Protein | ORF in nCov | % in Batcov | % in others |
|---|---|---|---|
| ORF1a | 254 - 13480 | 98 | 81 |
| ORF1ab | 13450 - 21552 | 99 | 96 |
| NOVEL | 21894 - 22196 | 93 | ---- |
| spike glycoprotein | 21503 - 25381 | 97 | 75 |
| ORF3a | 25348 - 26217 | 98 | 71 |
| membrane glycoprotein | 26460 - 27188 | 99 | 87 |
| ORF7a | 27388 - 27756 | 98 | 88 |
| ORF8 | 27888 - 28256 | 95 | 59 |
| ORF9a (**) | 28260 - 28574 | 93 | 75 |
| nucleocapsid phosphoprotein | 28232 - 29530 | 99 | 90 |

### nCov sequences from a family of six

nCoV from 'a family of six patients who traveled to Wuhan from Shenzhen between Dec 29, 2019 and Jan 4, 2020' was sequenced' [1]. The genomes (MN938384 and MN975262) are not yet available on ncbi. However, three samples sequenced using Nanopore (PRJNA601630) are available. The analysis of these reads also confirm the presence of these fragments (note Nanopore sequencing has a 10% error rate - so one needs to sequence deeper).



Figure 1: **MSA of the spike protein within the genomic fragment unique to nCov**: Identities=92/191 (48%), Gaps = 12/191. The spike-protein (1273 aa long) is a multifunctional enzyme that mediates host cell entry, and mutations in the protein has been implicated in virulence.

## Discussion:

Here, two genomic fragments (proximal to each other) is identified which is unique to 2019-nCoV. Note, there are no other fragments which have this property - present in 2019-nCoV and absent in others. This has two important implications.

First, it mutates the N-terminal of the spike protein. The coronavirus spike protein mediates viral entry into host cells, among many other functions [8]. The 300 aa N-terminal was the epitope-binding site of the murine coronavirus [12]. Mutations in the protein has been implicated in virulence in many instances [9]. Specifically, N-terminal mutations in mice-specific coronaviruses extended the host range [10]. Such N-terminal deletions were being done for a while [11]. Interestingly, aa '17-240 were deleted from the N-terminal domain of the TGEV Spike gene' using CRISPR, an experiment carried out in Wuhan [2].

Secondly, it encodes a putative 87 aa protein, with a shifted open-reading frame, which is again missing in all other coronavirus species. The Lancet study noted that all 'respiratory samples were negative on two point-of-care multiplex PCR systems for 18 respiratory viral and four bacterial targets.' [1]. These two fragments could be added to this panel. Taken together, this aids faster diagnosis of exact 2019-nCoV, and gives a plausible explanation for the high virulence - simultaneously suggesting targets for inhibition/vaccine development.

5

## Materials and methods

A small script splits the genome into sliding kmers of 300 nucleotides, each of which was aligned to a collection of coronavirus genomes (SI:Others.fa) which excluded the genomes from GISAID. Kmers that did not align to any of the genomes were then selected - it was found there were only 2 such fragments, and nothing else which satisfied this criteria.

MAFFT (v7.123b) [13] was used for doing the multiple sequence alignment (MSA). MSA figures were generated using the ENDscript server [14].

## Competing interests

No competing interests were disclosed.

## References

1. Chan JFW, Yuan S, Kok KH, To KKW, Chu H, et al. (2020) A familial cluster of pneumonia associated with the 2019 novel coronavirus indicating person-to-person transmission: a study of a family cluster. The Lancet .

2. Wang G, Liang R, Liu Z, Shen Z, Shi J, et al. (2019) The n-terminal domain of spike protein is not the enteric tropism determinant for transmissible gastroenteritis virus in piglets. Viruses 11: 313.

3. Fehr AR, Perlman S (2015) Coronaviruses: an overview of their replication and pathogenesis. In: Coronaviruses, Springer. pp. 1–23.

4. Lu G, Wang Q, Gao GF (2015) Bat-to-human: spike features determining 'host jump'of coronaviruses sars-cov, mers-cov, and beyond. Trends in microbiology 23: 468–478.

5. Zhu N, Zhang D, Wang W, Li X, Yang B, et al. (2020) A novel coronavirus from patients with pneumonia in china, 2019. New England Journal of Medicine .

6. Paraskevis D, Kostaki EG, Magiorkinis G, Panayiotakopoulos G, Tsiodras S (2020) Full-genome evolutionary analysis of the novel corona virus (2019-nCoV) rejects the hypothesis of emergence as a result of a recent recombination event. bioRxiv .

7. Chirico N, Vianelli A, Belshaw R (2010) Why genes overlap in viruses. Proceedings of the Royal Society B: Biological Sciences 277: 3809–3817.

8. Li F (2016) Structure, function, and evolution of coronavirus spike proteins. Annual review of virology 3: 237–261.

9. Chang HW, Egberink HF, Halpin R, Spiro DJ, Rottier PJ (2012) Spike protein fusion peptide and feline coronavirus virulence. Emerging infectious diseases 18: 1089.

10. Schickli JH, Thackray LB, Sawicki SG, Holmes KV (2004) The n-terminal region of the murine coronavirus spike glycoprotein is associated with the extended host range of viruses from persistently infected murine cells. Journal of virology 78: 9073–9083.

11. Hou Y, Lin CM, Yokoyama M, Yount BL, Marthaler D, et al. (2017) Deletion of a 197-amino-acid region in the n-terminal domain of spike protein attenuates porcine epidemic diarrhea virus in piglets. Journal of virology 91: e00227–17.

6

12. Kubo H, Yamada YK, Taguchi F (1994) Localization of neutralizing epitopes and the receptor-binding site within the amino-terminal 330 amino acids of the murine coronavirus spike protein. Journal of Virology 68: 5403–5410.

13. Katoh K, Standley DM (2013) MAFFT multiple sequence alignment software version 7: improvements in performance and usability. Mol Biol Evol 30: 772–780.

14. Robert X, Gouet P (2014) Deciphering key features in protein structures with the new endscript server. Nucleic acids research 42: W320–W324.



**From:** (b)(3):10 USC 424;  (b)(6)

**To:**

**CC:**

**Subject:** Sec. 1.4(c)

**Date:** 2020/07/08 12:20:00

**Priority:** Normal

**Type:** Note

Classification:  SECRET//NOFORN

Thank you,     Quite a Comment!

**From**
**Sent:** Wednesday, July 08, 2020 10:12 AM
**To:**
**Subject:**

Classification.  SECRET//NOFORN

(b)(1):  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i):  Sec. 1.4(c):  (b)(6)

FYSA.

**From:**
**Sent:** Tuesday, July 07, 2020 2:36 PM
**To:**
**Subject:**

Classification:  SECRET//NOFORN

The next two pages are withheld in full citing (b)(1), (b)(3) 10 USC 424 + 50 USC 3024i, and (b)(6), and are not provided.

**Subject:**

~~Classification: SECRET//NOFORN~~

(b)(3):10 USC 424; (b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); (b)(6)

Hi

Here are [ ] questions. I just copied and pasted from what our analysts sent me so I wouldn't lose anything in translation/editing. If you have any questions on the questions, address them to (b)(3):10 USC 424; (b)(6) and [ ] as they were the originators.

(b)(3):10 USC 424; (b)(6)

Thanks,

(b)(3):10 USC 424; Sec. 1.4(c); Sec. 1.4(e); (b)(6)

The next three pages are withheld in full citing (b)(1), (b)(3) 10 USC 424 + 50 USC 3024i, and (b)(6), and are not provided.

That is wonderful! Thank you for reaching out.



(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  (b)(6)



**From:**
**Sent:** Thursday, June 18, 2020 1:27 PM
**To**
**Subject**

Classification:  SECRET//NOFORN

(b)(1);  (b)(3):10 USC 424;
(b)(3):50 USC 3024(I);  Sec. 1.4(c);
(b)(6)

Hi

Just as a heads up, I have been tasked with consolidating questions from____ on this topic. I will send you our list Friday evening. I am sure there will be interest in all the presentations.

Thanks,

(b)(3):10 USC 424;  (b)(6)

**From:** (b)(3):10 USC 424;  (b)(6)
**Sent:** Thursday, June 18, 2020 6:54 AM
**To:**

(b)(3):10 USC 424;  (b)(6)

**Cc:**
**Subject:**

Classification: SECRET//NOFORN

Please submit to ____ by COB Friday.

(b)(3):10 USC 424;
(b)(1);  (b)(3):50 USC
3024(I);  Sec. 1.4(c);
(b)(6)

**From:**                                                   (b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(I);  Sec. 1.4(c)
**Sent:** Thursday, June 18, 2020 6:48 AM
**To:**

**Cc:**
**Subject:**

Classification: SECRET//NOFORN

Sec. 1.4(c);  Sec. 1.4(e)

All, please stand down from submitting any

who will consolidate

Please draft some questions and send them to

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  (b)(6)

Sent: Wednesday, June 17, 2020 12:01 PM

To

Cc:

Subject:

Classification:  SECRET//NOFORN

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  (b)(6)

The next four pages are withheld in full citing (b)(1), (b)(3) 10 USC 424 + 50 USC 3024i, and (b)(6), and are not provided.

**From:** (b)(3):10 USC 424;  (b)(6)

**To:**

**Subject:** RE: Question
**Date:** 2020/04/27 11:54:46
**Priority:** Normal
**Type:** Note

~~Classification: TOP SECRET//NOFORN~~

(b)(3):10 USC 424;  (b)(6)

~~Classified By:~~
~~Derived From: MS~~
~~Declassify On: 25X1, EO 12951~~
================================================================

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6)

Cheers,
(b)(3):10 USC 424;  (b)(6)

**From:**
**Sent:** Monday, April 27, 2020 11:52 AM
**To:**

(b)(3):10 USC 424;  (b)(6)

**Subject:** FW: Question

~~Classification: TOP SECRET//NOFORN~~

(b)(3):10 USC 424;  (b)(6)

~~Classified By:~~
~~Derived From: MS~~
~~Declassify On: 25X1, EO 12951~~
================================================================

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)

Thank you for any thoughts!

(b)(3):10 USC 424; (b)(6)

(b)(3):10 USC 424; (b)(6)

**From:**
**Sent:** Monday, April 27, 2020 10:37 AM
**To:**
**Cc:**

**Subject:** FW: Question

~~Classification: TOP SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424; (b)(6)
~~Derived From: MS~~
~~Declassify On: 25X1, EO 12951~~

================================================================

This came in today. While the DR is asking
that may be out there. Maybe we can help inform through our channels to the DR?

(b)(3):10 USC 424;
(b)(3):50 USC 3024(i)

(b)(3):10 USC 424; (b)(6)

(b)(3):10 USC 424;  (b)(6)

**From:**
**Sent:** Monday, April 27, 2020 10:21 AM
**To:**

**Subject:** FW: Question

~~Classification: TOP SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived From: MS~~
~~Declassify On: 25X1, EO 12951~~

========================================================

(b)(3):10 USC 424;  (b)(6)

(b)(3):10 USC 424;  (b)(6)

**From:** Ashley Robert P LTG DIA DR
**Sent:** Monday, April 27, 2020 10:18 AM
**To:**
**Cc:**

White Suzanne L DIA DD                                    Sawyer

Johnny O DIA CS

**Subject:** Question

~~Classification: TOP SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived From: MS~~
~~Declassify On: 25X1, EO 12951~~

========================================================

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6)

The final page is withheld citing (b)(3) 10 USC 424 and (b)(6) and is not provided.

**From:** (b)(3):10 USC 424; (b)(6)

**To:**

**Subject:** RE: Question
**Date:** 2020/04/27 12:06:00
**Priority:** Normal
**Type:** Note

~~Classification: TOP SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424; (b)(6)
~~Derived From: MS~~
~~Declassify On: 25X1, EO 12951~~
============================================================

Thanks very much!

**From:**
**Sent:** Monday, April 27, 2020 11:57 AM
**To:**                                              (b)(3):10 USC 424; (b)(6)

**Subject:** RE: Question

~~Classification: TOP SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424; (b)(6)
~~Derived From: MS~~
~~Declassify On: 25X1, EO 12951~~
============================================================

All,

(b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e)

Thanks,

**From**

**Sent:** Monday, April 27, 2020 11:52 AM    (b)(3):10 USC 424; (b)(6)

**To:**

**Subject:** FW: Question

~~Classification: TOP SECRET//NOFORN~~

(b)(3):10 USC 424; (b)(6)

~~Classified By:~~

~~Derived From: MS~~

~~Declassify On: 25X1, EO 12951~~

================================================================

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)

Thank you for any thoughts!

(b)(3):10 USC 424; (b)(6)

**From:**    (b)(3):10 USC 424; (b)(6)

**Sent:** Monday, April 27, 2020 10:37 AM

**To:**

**Cc:**

**Subject:** FW: Question

~~Classification: TOP SECRET//NOFORN~~

(b)(3):10 USC 424; (b)(6)

~~Classified By:~~

~~Derived From: MS~~

~~Declassify On: 25X1, EO 12951~~

================================================================

(b)(3):10 USC 424; (b)(6)

This came in today. While the DR is asking [                    ]
[                ] that may be out there. Maybe we can help inform through our channels to the DR?

(b)(3):10 USC 424; (b)(6)

(b)(3):10 USC 424;
(b)(3):50 USC 3024(l)

**From** [                    ]
**Sent:** Monday, April 27, 2020 10:21 AM
**To:** (b)(3):10 USC 424; (b)(6)

**Subject:** FW: Question

~~Classification: TOP SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424; (b)(6)
~~Derived From: MS~~
~~Declassify On: 25X1, EO 12951~~

===========================================================

(b)(3):10 USC 424; (b)(6)

**From:** Ashley Robert P LTG DIA DR [        ]
**Sent:** Monday, April 27, 2020 10:18 AM
**To:**
**Cc:**

White Suzanne L DIA DD                                      Sawyer

(b)(3):10 USC 424; (b)(6)

Johnny O DIA CS

**Subject:** Question

(b)(3):10 USC 424;  (b)(6)

~~Classification:  TOP  SECRET//NOFORN~~

(b)(3):10 USC 424;  (b)(6)

~~Classified  By:~~
~~Derived  From:  MS~~
~~Declassify  On:  25X1,  EO  12951~~

=====================================================================

(b)(1);  (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6)

**From:** [(b)(3):10 USC 424; (b)(6)]

**To:**

**Subject:** RE: Question

**Date:** 2020/04/28 14:22:00

**Priority:** Normal

**Type:** Note

~~Classification: TOP SECRET//NOFORN~~

~~Classified By:~~ [(b)(3):10 USC 424; (b)(6)]

~~Derived From: MS~~

~~Declassify On: 25X1, EO 12951~~

============================================================

Ah, I see. Thank you for explaining. Actually I happened to be talking with [(b)(3):50 USC 3024(i)] today; they are following the various variants, especially a few higher-frequency mutations that might possibly influence functional characteristics. Amazing that this can be tracked in close to real-time.

Thank you for the collaboration. Please let us know if we can do anything to support you all.

V/r,

[(b)(3):10 USC 424; (b)(6)]

**From:**

**Sent:** Tuesday, April 28, 2020 11:49 AM

**To:**

**Subject:** RE: Question

~~Classification: TOP SECRET//NOFORN~~

~~Classified By:~~ [(b)(3):10 USC 424; (b)(6)]

~~Derived From: MS~~

~~Declassify On: 25X1, EO 12951~~

============================================================

[(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)]

*Respectfully,*

[(b)(3):10 USC 424; (b)(6)]

(b)(3):10 USC 424;  (b)(6)

*The society that separates its scholars from its warriors will have its thinking done by cowards and its fighting by fools.*

*Thucydides, c. 460 – c. 400 BC*

**From:**
**Sent:** Tuesday, April 28, 2020 11:36 AM
**To:**
**Subject:** RE: Question

(b)(3):10 USC 424; (b)(6)

~~Classification: TOP SECRET//NOFORN~~

(b)(3):10 USC 424;  (b)(6)

~~Classified By:~~
~~Derived From: MS~~
~~Declassify On: 25X1, EO 12951~~

---

Thank you! Looks great, just one quick follow-up—wondering about the

that follows?

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e)

**From:**
**Sent:** Tuesday, April 28, 2020 11:30 AM
**To:**
**Subject:** RE: Question

(b)(3):10 USC 424;  (b)(6)

~~Classification: TOP SECRET//NOFORN~~

(b)(3):10 USC 424;  (b)(6)

~~Classified By:~~
~~Derived From: MS~~
~~Declassify On: 25X1, EO 12951~~

---

Looks good. Edits in red. Thanks for letting me collaborate with you!

*Respectfully,*

(b)(3):10 USC 424;  (b)(6)

*The society that separates its scholars from its warriors will have its thinking done by cowards and its fighting by fools.*

*Thucydides, c. 460 – c. 400 BC*

**From:**
**Sent:** Tuesday, April 28, 2020 9:30 AM
**To:**
**Subject:** FW: Question

(b)(3):10 USC 424;
(b)(6)

~~Classification: TOP SECRET//NOFORN~~

(b)(3):10 USC 424; (b)(6)

~~Classified By:~~

~~Derived From: MS~~

~~Declassify On: 25X1, EO 12951~~

=====================================================================

(b)(3):10 USC 424; (b)(6)

Hello

(b)(1); (b)(3):50
USC 3024(I);
Sec. 1.4(c);
Sec. 1.4(e)

Could we please coordinate with you on a response to the Director on _____ as my leadership requests below? If you're able to help with this today, I would be grateful. I drafted a few bullets; please edit as needed. Thank you!

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)

(U) Different species of coronavirus also are sometimes referred to as "strains". There are four other endemic human coronaviruses, which typically cause nothing worse than the common cold, and it is possible for a patient to be infected with the COVID-19 virus and one of these other coronaviruses. In a recent US study, 4% of 116 COVID-19 patients also were infected with another coronavirus at the same time.

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)

(b)(3):10 USC 424; (b)(6)

**From:**
**Sent:** Tuesday, April 28, 2020 7:45 AM
**To:**
**Cc:**

(b)(3):10 USC 424; (b)(6)

**Subject:** FW: Question

~~Classification: TOP SECRET//NOFORN~~

(b)(3):10 USC 424; (b)(6)

~~Classified By:~~
~~Derived From: MS~~
~~Declassify On: 25X1, EO 12951~~

======================================================

(b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)

I'll leave it to you for the coordination. I felt [ ] had a good and succinct answer to begin with. Can you work with her to come up with an answer that directly covers the DR's questions. I believe he is asking of a [ ] Please have [ ] review what you and [ ] land on. We should have the answer done today.

(b)(3):10 USC 424; (b)(6)

(b)(3):10 USC 424; (b)(6)

(b)(3):10 USC 424;  (b)(6)

**From:**
**Sent:** Monday, April 27, 2020 5:22 PM
**To:**

**Cc:**                                          (b)(3):10 USC 424;  (b)(6)

**Subject:** RE: Question

~~Classification: TOP SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424; (b)(6)

~~Derived From: MS~~

~~Declassify On: 25X1, EO 12951~~

================================================================

Good afternoon,

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6)

(b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e); (b)(6)

*Respectfully,*

(b)(3):10 USC 424; (b)(6)

*The society that separates its scholars from its warriors will have its thinking done by cowards and its fighting by fools.*

*Thucydides, c. 460 – c. 400 BC*

**From:**

**Sent:** Monday, April 27, 2020 2:20 PM

**To:**

**Cc:**

**Subject:** RE: Question

~~Classification: TOP SECRET//NOFORM~~

(b)(3):10 USC 424; (b)(6)

~~Classified By:~~

~~Derived From: MS~~

~~Declassify On: 25X1, EO 12951~~

(b)(3):10 USC 424; (b)(6)

=====================================================

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

is out today, but our very capable ▮ has a short and sweet answer below. Perhaps we can coordinate a response

v/r

(b)(3):10 USC 424; (b)(6)

Good morning,

(b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e)

*Respectfully,*

(b)(3):10 USC 424;  (b)(6)

*The society that separates its scholars from its warriors will have its thinking done by cowards and its fighting by fools.*

*Thucydides, c. 460 – c. 400 BC*

**From:**
**Sent:** Monday, April 27, 2020 1:20 PM
**To:**
**Cc:**

**Subject:** FW: Question                                                              (b)(3):10 USC 424;  (b)(6)

~~Classification: TOP SECRET//NOFORN~~

~~Classified By:~~   (b)(3):10 USC 424;  (b)(6)

~~Derived From: MS~~

~~Declassify On: 25X1, EO 12951~~

==============================================================

Were you tracking on the questions from the DR to (b)(3):10 USC 424;  (b)(6) ? I do not want to send as is: Our folks provided their views (I wanted them in on the conversation

Is there a plan for how to answer the DR? If so, we need to clean this up before including...   (b)(3):10 USC 424;
(b)(3):50 USC 3024(i)



(b)(3):10 USC 424;  (b)(6)

**From:**
**Sent:** Monday, April 27, 2020 1:10 PM
**To**
**Cc**

**Subject:** RE: Question

~~Classification: TOP SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424; (b)(6)
~~Derived From: MS~~
~~Declassify On: 25X1, EO 13951~~

============================================================

(b)(3):10 USC 424;  (b)(6)

Adding [ ] teammates. We're not aware of this particular report, but can review it. We are monitoring these topics and will continue to do so.

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e)

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)

V/r,

(b)(3):10 USC 424; (b)(6)

**From:**
**Sent:** Monday, April 27, 2020 10:37 AM
**To:**
**Cc:**

(b)(3):10 USC 424; (b)(6)

**Subject:** FW: Question

~~Classification: TOP SECRET//NOFORN~~

(b)(3):10 USC 424; (b)(6)

~~Classified By:~~
~~Derived From: MS~~
~~Declassify On: 25X1, EO 12951~~

================================================================

(b)(3):10 USC 424; (b)(6)

This came in today. While the DR is asking
that may be out there. Maybe we can help inform through our channels to the DR?

(b)(3):10 USC 424; (b)(3):50 USC 3024(i)

(b)(3):10 USC 424; (b)(6)

(b)(3):10 USC 424;  (b)(6)

**From:**

**Sent:** Monday, April 27, 2020 10:21 AM

**To**

**Subject:** FW: Question

(b)(3):10 USC 424;  (b)(6)

~~Classification: TOP SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)

~~Derived From: MS~~

~~Declassify On: 25X1, EO 12951~~

===============================================================

(b)(3):10 USC 424;  (b)(6)

**From:** Ashley Robert P LTG DIA DR

**Sent:** Monday, April 27, 2020 10:18 AM

**To:**

**Cc:**

(b)(3):10 USC 424;  (b)(6)

White Suzanne L DIA DD

Sawyer

Johnny O DIA CS

**Subject:** Question

~~Classification: TOP SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)

~~Derived From: MS~~

~~Declassify On: 25X1, EO 12951~~

===============================================================

The final 2 pages are withheld in full citing (b)(1), (b)(3) 10 USC 424 + 50 USC 3024(i), and (b)(6) and are not provided.



**From:**

**To:**

**CC:**

**Subject:** RE: Question
**Date:** 2020/04/28 14:36:02
**Priority:** Normal
**Type:** Note

Classification: TOP SECRET//NOFORN

Classified By: (b)(3):10 USC 424; (b)(6)
Derived From: MS
Declassify On: 25X1, EO 12951
======================================================



Great, Much appreciated!

**From:**
**Sent:** Tuesday, April 28, 2020 2:27 PM
**To:**
**Cc:**

**Subject:** RE: Question

~~Classification: TOP SECRET//NOFORN~~

(b)(3):10 USC 424; (b)(6)

~~Classified By:~~
~~Derived From: MS~~
~~Declassify On: 25X1, EO 12951~~

==================================================

(b)(3):10 USC 424; (b)(6)

Below please find the response I coordinated with [redacted] Standing by to re-work as needed.

V/r,

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)

(U) Different species of coronavirus also are sometimes referred to as "strains". There are four other endemic human coronaviruses, which typically cause nothing worse than the common cold, and it is possible for a patient to be infected with the COVID-19 virus and one of these other coronaviruses. In a recent US study, 4% of 116 COVID-19 patients also were infected with another coronavirus at the same time.

(b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)

**From:**

**Sent:** Tuesday, April 28, 2020 7:45 AM

**To:**

**Cc**



**Subject:** FW: Question

~~Classification: TOP SECRET//NOFORN~~

(b)(3):10 USC 424; (b)(6)

~~Classified By:~~

~~Derived From: MS~~

~~Declassify On: 25X1, EO 12951~~

=================================================

(b)(3):10 USC 424; (b)(6)

I'll leave it to you for the coordination. I felt [____] had a good and succinct answer to begin with. Can you work with her to come up with an answer that directly covers the DR's questions. I believe he is asking of a [_____] Please have [__] review what you and land on. We should have the answer done today.

(b)(3):50 USC 3024(I); Sec. 1.4(c); Sec. 1.4(e)

(b)(3):10 USC 424; (b)(6)

(b)(3):10 USC 424; (b)(6)

**From:**

**Sent:** Monday, April 27, 2020 5:22 PM

**To:**

**Cc:**

**Subject:** RE: Question

Classification: TOP SECRET//NOFORN

(b)(3):10 USC 424; (b)(6)

Classified By:

Derived From: MS

Declassify On: 25X1, EO 12951
==================================================

Good afternoon,

(b)(3):10 USC 424; (b)(1); (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e); (b)(6)

(b)(1); (b)(3):10 USC 424; (b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e); (b)(6)

*Respectfully,*

(b)(3):10 USC 424; (b)(6)

*The society that separates its scholars from its warriors will have its thinking done by cowards and its fighting by fools.*

(b)(3):10 USC 424; (b)(6)

*Thucydides, c. 460 – c. 400 BC*

**From:**
**Sent:** Monday, April 27, 2020 2:20 PM
**To:**
**Cc:**

**Subject:** RE: Question

~~Classification: TOP SECRET//NOFORN~~

(b)(3):10 USC 424; (b)(6)

~~Classified By:~~
~~Derived From: MS~~
~~Declassify On: 25X1, EO 12951~~

(b)(3):10 USC 424; (b)(6)

(b)(3):10 USC 424; (b)(6) is out today, but our very capable [ ] has a short and sweet answer below. Perhaps we can coordinate a response [ ]

v/r

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

(b)(3):10 USC 424; (b)(6)

Good morning,

(b)(3):50 USC 3024(i); Sec. 1.4(c); Sec. 1.4(e)

*Respectfully,*

(b)(3):10 USC 424; (b)(6)

*The society that separates its scholars from its warriors will have its thinking done by cowards and its fighting by fools.*

*Thucydides, c. 460 – c. 400 BC*

**From:** [b)(3):10 USC 424;  (b)(6)]
**Sent:** Monday, April 27, 2020 1:20 PM
**To:**
**Cc:**

**Subject:** FW: Question

~~Classification:   TOP  SECRET//NOFORN~~

~~Classified By:~~ [(b)(3):10 USC 424;  (b)(6)]
~~Derived From:  MS~~
~~Declassify On:  25X1,  EO  12951~~

================================================

[b)(3):10 USC 424;  (b)(6)]                                    [b)(3):10 USC 424;  (b)(6)]

Were you tracking on the questions from the DR to [              ]? I do not want to send as is: Our
[b)(3):10 USC 424] folks provided their views (I wanted them in on the conversation\

Is there a plan for how to answer the DR? If so, we need to clean this up before including...

[b)(3):10 USC 424;  (b)(6)]

[b)(3):10 USC 424;  (b)(3):50 USC 3024(I)]

**From:** [                    ]
**Sent:** Monday, April 27, 2020 1:10 PM
**To:**
**Cc:**

[b)(3):10 USC 424; (b)(6)]

**Subject:** RE: Question

~~Classification:   TOP   SECRET//NOFORN~~

~~Classified   By:~~ [(b)(3):10 USC 424;  (b)(6)]
~~Derived   From:   MS~~
~~Declassify   On:   25X1,   EO  12951~~

=================================================================

[(b)(3):10 USC 424;  (b)(6)]          [(b)(3):10 USC 424]

Adding [        ] teammates. We're not aware of this particular report, but can review it. We are monitoring these topics and will continue to do so.

(b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e)

V/r,
[(b)(3):10 USC 424;  (b)(6)]

**From:** [redacted]  b)(3):10 USC 424; (b)(6)
**Sent:** Monday, April 27, 2020 10:37 AM
**To:** [redacted]
**Cc:** [redacted]

**Subject:** FW: Question

~~Classification: TOP SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424; (b)(6)
~~Derived From: MS~~
~~Declassify On: 25X1, EO 12951~~

=================================================

(b)(3):10 USC 424; (b)(6)

This came in today. While the DR is asking [redacted] that may be out there. Maybe we can help inform through our channels to the DR?

(b)(3):10 USC 424; (b)(6)

(b)(3):10 USC 424; (b)(3):5 USC 3024(l)

**From:** [redacted]
**Sent:** Monday, April 27, 2020 10:21 AM  (b)(3):10 USC 424; (b)(6)
**To:** [redacted]

**Subject:** FW: Question

~~Classification: TOP SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424; (b)(6)
~~Derived From: MS~~
~~Declassify On: 25X1, EO 12951~~

=================================================

(b)(3):10 USC 424;  (b)(6)

**From:** Ashley Robert P LTG DIA DR
**Sent:** Monday, April 27, 2020 10:18 AM
**To:**
**Cc:**

(b)(3):10 USC 424;  (b)(6)

White Suzanne L DIA DD

Sawyer

Johnny O DIA CS

**Subject:** Question

~~Classification:  TOP  SECRET//NOFORN~~

(b)(3):10 USC 424;  (b)(6)

~~Classified By:~~
~~Derived From:  MC~~
~~Declassify  On:  25X1,  EO  12951~~

================================================

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6)

~~Classification:  TOP  SECRET//NOFORN~~

================================================

~~Classification:  TOP  SECRET//NOFORN~~

================================================

~~Classification:  TOP  SECRET//NOFORN~~

================================================

~~Classification:  TOP  SECRET//NOFORN~~



| | |
|---|---|
| **From:** | (b)(3):10 USC 424; (b)(6) |
| **To:** | |
| **CC:** | |
| **Subject:** | |
| **Date:** | 2020/08/11 12:09:43 |
| **Priority:** | Normal |
| **Type:** | Note |

~~Classification: TOP SECRET/~~

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

~~Classified By:~~
~~Derived From:~~
~~Declassify On: 20451231~~

================================================

Perfect, [ ] thank you! That combined with [ ] outline should be all we need.

(b)(3):10 USC 424; (b)(6)



**From:** [ ]
**Sent:** Tuesday, August 11, 2020 11:29 AM
**To:** [ ]

(b)(3):10 USC 424; (b)(6)

**Cc:** [ ]
**Subject:** [ ]

~~Classification: TOP SECRET/~~
(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)
~~Classified By:~~

The following page is withheld citing (b)(3) 10 USC 424 + 50 USC 3024(i) and (b)(6), and is not provided.



Classification: TOP SECRET/
(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

Classified By:
Derived From:
Declassify On: 20451231
======================================================

is gathering that information.

From:
Sent: Tuesday, August 11, 2020 8:58 AM
To:

Cc:

Subject:

Classification: TOP SECRET
(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

Classified By:
Derived From:
Declassify On: 20451231
======================================================

I still would like a rundown of the actual dates, please?

(b)(3):10 USC 424; (b)(6)

From:
Sent: Tuesday, August 11, 2020 6:55 AM
To:

Cc:

Subject:
(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

Classification: TOP SECRET/

Classified By



Derived From:

Declassify On: 20451231

===============================    =============================

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

This is hugely helpful; thank you! _____ may have additional questions when he returns on Friday, but I believe this will suffice for now.

Thanks again!

(b)(3):10 USC 424;  (b)(1);  (b)(3):50 USC 3024(i);  Sec. 1.4(c);  Sec. 1.4(e);  (b)(6)

**Sent:** Monday, August 10, 2020 2:21 PM

**To**

**Cc**

**Subject**

Classification: TOP SECRET

Classified By

Derived From:

Declassify On: 20451231

=========================

**Subject**

Classification: UNCLASSIFIED/~~FOUO~~

=======================================================

Yes, that is exactly the information we need to piece together!

(b)(3):10 USC 424;  (b)(3):50 USC 3024(l);  (b)(6)

**From**

Sent: Monday, August 10, 2020 1:28 PM

**To:**

**Cc:**

**Subject:**

Classification: UNCLASSIFIED/~~FOUO~~

=======================================================

ALCON,

For additional information, what we're also trying to discern is the following:

(b)(3):10 USC 424;  (b)(3):50 USC 3024(l);  (b)(6)



(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

**From:**

**Sent:** Monday, August 10, 2020 12:51 PM

**To**

**Cc:**

**Subject:**

Classification: UNCLASSIFIED//FOUO

Please consolidate a timeline and synopsis for        on                    support to

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

The final two pages are withheld citing (b)(3) 10 USC 424 + 50 USC 3024(i) and (b)(6), and are not provided.

(b)(3):10 USC 424;  (b)(6)

Subject: (b)(3):10 USC 424;  (b)(3):50 USC 3024(i)
Date: 2020/04/30 15:35:00
Priority: Normal
Type: Note

~~Classification:  SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424; (b)(6)
~~Derived From:  DI SCG,  ODNI  CG~~
~~Declassify On:  FixedDate~~

FYI, (b)(3):10 USC 424;  (b)(6) is here and we are working on the 1-pager.

V/r,

(b)(3):10 USC 424;
(b)(6)

From: (b)(3):10 USC 424;  (b)(6)
Sent: Thursday, April 30, 2020 2:52 PM
To: (b)(3):10 USC 424;  (b)(6)
Cc:
Subject: FW (b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

~~Classification:  SECRET//NOFORN~~

~~Classified By:~~ (b)(3):10 USC 424;  (b)(6)
~~Derived From:  DI SCG,  ODNI  CG~~
~~Declassify On:  FixedDate~~

(b)(3):50 USC 3024(i)

(b)(3):50 USC 3024(i)

(b)(3):10.USC 424;  (b)(6)

From: (b)(3):10 USC 424;  (b)(6)
Sent: Thursday, April 30, 2020 2:45 PM
To (b)(3):10 USC 424;  (b)(6)
Subject: RE: (b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

~~Classification: SECRET//NOFORN~~

~~Classified By: (b)(3):10 USC 424;  (b)(6)~~
~~Derived From: DI SCG, ODNI CG~~
~~Declassify On: FixedDate~~
===============================================

(b)(3):10 USC 424;  (b)(6)

Looks good; I offered a few suggestions.

(b)(3):10 USC 424;
(b)(6)

(b)(3):50 USC 3024(i)

From: (b)(3):10 USC 424;  (b)(6)
Sent: Thursday, April 30, 2020 2:32 PM
To: (b)(3):10 USC 424;  (b)(6)
Subject: RE: (b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

~~Classification: SECRET//NOFORN~~

~~Classified By~~: (b)(3):10 USC 424;  (b)(6)
~~Derived From: DI SCG, ODNI CG~~
~~Declassify On: FixedDate~~
~~=============================================~~

(b)(3):10 USC 424;
(b)(6)

My edits below. Please ensure I did not mischaracterize with my changes. If you are good, let me know and I'll forward.

(b)(3):10 USC 424;  (b)(6)

From: (b)(3):10 USC 424;  (b)(6)
Sent: Thursday, April 30, 2020 2:19 PM
To: (b)(3):10 USC 424;  (b)(6)
Cc:
GO
Subject: RE: (b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

~~Classification: SECRET//NOFORN~~

~~Classified By~~: (b)(3):10 USC 424;  (b)(6)
~~Derived From: DI SCG, ODNI CG~~
~~Declassify On: FixedDate~~
~~=============================================~~

(b)(3):10 USC 424;  (b)(6)

Please see below the response we just discussed. I will work on a more detailed, slightly more technical response now and aim to get to you within the hour. [____] may have left for the day—I am not sure—but I will get started and loop him in if I see him.

(b)(3):10 USC 424;
(b)(6)

(b)(3):10 USC 424; (b)(6)

(b)(3):50 USC 3024(i)

**From:** (b)(3):10 USC 424; (b)(6)

**Sent:** Thursday, April 30, 2020 7:38 AM

(b)(3):10 USC 424; (b)(6)

**Subject:** FW: (b)(3):10 USC 424; (b)(3):50 USC 3024(i)

Classification: SECRET//NOFORN

Classified By: (b)(3):10 USC 424; (b)(6)
Derived From: DI OCG, ODNI CG
Declassify On: FixedDate
================================================================

(b)(3):10 USC 424; (b)(6)

Please see question below from LTG Ashley and provide me a response.

Thank you,

(b)(3):10 USC 424; (b)(6)

(b)(3):10 USC 424

From: Ashley Robert P LTG DIA DR (b)(3):10 USC 424; (b)(6)
Sent: Wednesday, April 29, 2020 4:05 PM
(b)(3):10 USC 424; (b)(6)

White Suzanne L DIA DD
; Sawyer Johnny O DIA CS
(b)(3):10 USC 424; (b)(6)
Subject: (b)(3):10 USC 424; (b)(3):50 USC 3024(i)

~~Classification: SECRET//NOFORN~~

~~Classified By: (b)(3):10 USC 424; (b)(6)~~
~~Derived From: DI-SCG, ODNI CG~~
~~Declassify On: FixedDate~~
==================================================================

(b)(3):10 USC 424; (b)(6)


Thanks,
Can you unpack the highlighted portion below. Not sure exactly what your telling me? Unexpected but
(b)(3):50 USC 3024(i); (b)(6)



From: (b)(3):10 USC 424; (b)(6)
Sent: Wednesday, April 29, 2020 3:55 PM
To: Ashley Robert P LTG DIA DR (b)(3):10 USC 424; (b)(6)
(b)(3):10 USC 424; (b)(6)


White Suzanne L DIA DD
; Sawyer Johnny O DIA CS
Subject: RE: (b)(3):10 USC 424; (b)(3):50 USC 3024(i)     (b)(3):10 USC 424; (b)(6)

~~Classification: SECRET//NOFORN~~


The following page is withheld in full citing (b)(3) 10 USC 424 +
3014(i) and (b)(6), and is not provided.

From: (b)(3):10 USC 424; (b)(6)
Sent: Tuesday, April 21, 2020 3:58 PM
To: Ashley Robert P LTG DIA DR (b)(3):10 USC 424; (b)(6)
(b)(3):10 USC 424; (b)(6)
Subject: RE: (b)(3):10 USC 424; (b)(3):50 USC 3024(i)

Classification: SECRET//NOFORN

Classified By: (b)(3):10 USC 424; (b)(6)
Derived From: DI SCG, ODNI CG
Declassify On: FixedDate
============================================================

Sir,

Copy all. Working it.

Thank you,

(b)(3):10 USC 424; (b)(6)

From: Ashley Robert P LTG DIA DR (b)(3):10 USC 424; (b)(6)
Sent: Tuesday, April 21, 2020 2:24 PM
(b)(3):10 USC 424; (b)(6)

Subject: (b)(3):10 USC 424; (b)(3):50 USC 3024(i)

Classification: SECRET//NOFORN

Classified By: (b)(3):10 USC 424; (b)(6)
Derived From: DI SCG, ODNI CG
Declassify On: FixedDate
============================================================

(b)(3):10 USC 424; (b)(6)

(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)

From:
Sent: Tuesday, April 21, 2020 2:13 PM
To: Ashley Robert P LTG DIA DR (b)(3):10 USC 424;  (b)(6)
Subject: RE: (b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

~~Classification:  SECRET//NOFORN~~

Classified By: [(b)(3):10 USC 424;  (b)(6)]
~~Derived From:  DI SCG, ODNI GC~~
~~Declassify On:  FixedDate~~
===========================================================

(b)(3):50 USC 3024(i)


From: Ashley Robert P LTG DIA DR (b)(3):10 USC 424;  (b)(6)
Sent: Tuesday, April 21, 2020 12:42 PM
To (b)(3):10 USC 424;  (b)(6)
Subject: FW: (b)(3):10 USC 424;  (b)(3):50 USC 3024(i)

~~Classification:  SECRET//NOFORN~~

~~Classified By~~: [(b)(3):10 USC 424;  (b)(6)]
~~Derived From:  DI SCG~~
~~Declassify On:  20260705~~
===========================================================

(b)(3):10 USC 424;  (b)(6)

See the string below.
They have only had unclass conversations.
I asked them to link up for classified discussion.


From: Ashley Robert P LTG DIA DR
Sent: Tuesday, April 21, 2020 12:41 PM   (b)(3):10 USC 424;  (b)(6)
To
Cc:

The final 5 pages are withheld in full citing (b)(1), (b)(3) 10 USC 424 + 3014(i) and (b)(6), and are not provided.

49

~~SECRET//NOFORN~~

Pages 2-7 are withheld in full and not included.



**COVID-19 Integration and Coordination Group**

24 March 2020/1500 EST

LTG Ashley,

(U) **The World Health Organization (WHO) has declared the novel coronavirus a global pandemic.**

(b)(1); Sec. 1.4(c); (b)(3):50 USC 3024(i); (b)(3):10 USC 424

1

~~SECRET//NOFORN~~

(b)(1); Sec. 1.4(c); (b)(3):10 USC 424; (b)(3):50 USC
3024(i)

SECRET//NOFORN

(U) **Over the Past 24 hours and According to Open-Source Information:**

- (U) The Governor of Florida issued an executive order mandating a 14-day self-quarantine or isolation period for travelers coming to Florida from airports in Connecticut, New Jersey, and New York, amid the COVID-19 pandemic. The order marks the first large-scale attempt by a

8

SECRET//NOFORN

state to impose a self-quarantine period for domestic travelers, and underscores the expansive measures elected officials are attempting, and willing, to enact as the outbreak spreads.

- (U) A team of British ear, nose, and throat doctors raised the possibility of a new indicator of COVID-19. One, they say, has been observed globally, even in patients who are otherwise asymptomatic: anosmia, a condition that causes the loss of sense of smell. In a statement, they warned that adults experiencing recent anosmia could be unknown carriers of COVID-19, and urged them to consider self-isolation. Experts at the WHO say they have not yet confirmed the loss of smell or taste as a symptom of COVID-19, but have not ruled it out.

(b)(1); Sec. 1.4(c); (b)(3):10 USC 424; (b)(3):50 USC 3024(i)

SECRET//NOFORN

SECRET//NOFORN

# WIV Bat Coronavirus Collection Efforts

- WIV possesses a large bank of Bat Coronaviruses isolated from various bat species in Yunnan Province ChinaGe et al., 2013Yang et al., 2016Hu et al., 2017Five-year longitudinal study to isolate Bat Coronaviruses (April 2011 – October 2015)Only a few sequences have been published

This is the second page. The first page is DIF citing (b)(1) and (b)(3) and is not provided.

Table 1. Summary of SARSr-CoV detection in bats from a single habitat in Kunming, Yunnan.

| Sampling time | Sample type | Sample Numbers | | | SARSr-CoV + bat species (No.) |
|---|---|---|---|---|---|
| | | Total | CoV + | SARSr-CoV + | |
| April, 2011 | anal swab | 14 | 1 | 1 | R. sinicus (1) |
| October, 2011 | anal swab | 8 | 3 | 3 | R. sinicus (3) |
| May, 2012 | anal swab & feces | 54 | 0 | 4 | R. sinicus (4) |
| September, 2012 | feces | 39 | 29 | 10 | R. sinicus (10) R. ferrumequinum (3) |
| April, 2013 | feces | 52 | 21 | 18 | R. sinicus (16) |
| July, 2013 | anal swab & feces | 115 | 9 | 8 | R. sinicus (8) |
| May, 2014 | feces | 131 | 6 | 4 | A. stoliczkanus (3) R. affinis (1) |
| October, 2014 | anal swab | 19 | 4 | 4 | R. sinicus (4) |
| May, 2015 | feces | 145 | 3 | 0 | |
| October, 2015 | anal swab | 25 | 6 | 5 | R. sinicus (5) |
| Total | | 602 | 84 | 64 | R.(?) A (?) |



(1) Yunnan
(2) Guizhou
(3) Guangxi
(4) Hong Kong
(5) Hubei
(6) Shaanxi
(7) Hebei
(8) Jilin

SECRET//NOFORN

Extracted from Hu et al., 2017

SECRET//NOFORN

# SARS-CoV-2 SimPLOT



* "A recent study found that a human ACE2-binding ridge in SARS-CoV-2 RBD takes a more compact conformation compared with the SARS-CoV RBD; moreover, several residue changes in SARS-CoV-2 RBD may also enhance its human ACE2-binding affinity [13]. The core residues in RBM which may related to higher human ACE2-binding affinity than SARS-CoV are 100% identical between SARSCoV-2 and CoV-Pangolin-2020. Therefore, pangolin-CoV-2020 (CoV-pangolin/GD) potentially recognizes human ACE2 better than the SARS-CoV."

Liu et al., 2020

SECRET//NOFORN

SECRET//NOFORN

# Minimal Receptor Binding Domain Cassette

- WIV scientists previously defined the minimal Receptor Binding Domain cassette that could functionally transfer ACE2 binding capability from one Spike protein to anotherSARS Nucleotide: 930-1554SARS Amino Acid: 310-518Receptor Binding MotifSARS Nucleotide: 1251-1482SARS Amino Acid: 417-494Homology cut points of SARS-CoV-2 coincide with WIV-identified borders of RBD and RBM



Xiao *et al.*, 2020 & Ren *et al.*, 2008

SECRET//NOFORN

SECRET//NOFORN

# SARS-CoV-2 Spike Appears to be a Chimera



Liu *et al.*, 2020

SECRET//NOFORN

SECRET//NOFORN

# Perez, 2020 Scientific Challenges

- None of the six proposed regions are identical at either the nucleotide or amino acid level with the corresponding HIV/SIV segmentsNone of the six peptides are related to identified immunosuppressive regions of HIV and SIV (Retroviral ISU Domains)The HIV gp41 Immunosuppressive (ISU) Domains sequence is KQLQARILAVERYLKDQQLLGG - this sequence does not match any of the sixFour of the six regions either perfectly or almost perfectly match corresponding peptides in multiple Pangolin CoVs - Perez did not account for Pangolin genomes in the paperSeveral are only found in Pangolin CoV Spike sequences and not in Bat CoV Spike sequences, indicating that the SARS-CoV-2 Spike NTD region originated from a Pangolin CoV template

The next page is DIF citing (b)(1) and (b)(3) and is not provided.

SECRET//NOFORN

SECRET//NOFORN

# Concluding Points

- WIV possesses a bank of Bat Coronavirus isolatesWIV has scientists experienced in Coronavirology and Coronavirus Infectious Clone generationWIV Scientists generated chimeric SARS CoV and Bat CoV Spike genes to identify minimal Spike Receptor Binding Domain cassette that could transfer receptor binding specificity (Ren et al., 2008)WIV possesses an existing and published Coronavirus Reverse Genetics System (Zeng et al., 2016) utilizing their pBAC-CMV plasmidWIV has utilized the pBAC-CMV-WIV1 Full-length clone to generate chimeras with Bat CoV spike genes (Hu et al., 2017)WIV has BSL2/BSL3/BSL4 animal facilitiesWIV has multiple in vitro assays (apoptosis, IFN-B induction, etc.) to characterize their Bat Coronaviruses and chimeric Bat CoronavirusesWIV and other Chinese researchers have conducted Gain of Function studies in SARS, MERS, IBV, and PEDV to add Furin Cleavage Sites to CoV Spike proteinThe absence of a published progenitor virus for SARS-CoV-2 only indicates that it has not been published, not that it does not existThe genomic sequence of SARS-CoV-2 has Type IIS restriction sites that are consistent with being generated by the Golden Gate Cloning system utilizing the published pBAC-CMV plasmidThe SARS-CoV-2 genome has several break points where homology jumps from Bat Coronaviruses to Pangolin Coronaviruses which is consistent with a synthesized chimeric virusThe SARS-CoV-2 Spike protein similarity with RaTG13 and Pangolin CoV Spike proteins may also be explained by use of cassettes swapped into the base virus – these break points align with those identified by WIV scientists (Ren et al., 2008)There are no other published Betacoronaviruses that possess a Furin Cleavage Site in their Spike protein (RmYN02 does not have an insertion)Zeng et al., 2016 stated that "All experiments using live virus was conducted under biosafety level 2 (BSL2) conditions" which would make an accidental release of a pathogenic Bat CoV capable of binding human ACE2 more likelyA chimeric virus comprised of segments from natural Bat CoV genomes would appear like a recombined virus

The molecular biology capabilities of WIV and the genome assessment are consistent with the hypothesis that SARS-CoV-2 was a lab-engineered virus that was part of a bank of chimeric viruses in Zhen-Li Shi's laboratory at WIV that escaped from containment

SECRET//NOFORN

SECERET/NOFORN

# Hypothetical Origin of SARS-COV-2



SECERET/NOFORN

# The Pan-SL-CoV/GD sequences may be from contamination.

Daoyu Zhang.

## ABSTRACT

Recently, There were much hype about an alleged SARS-like coronavirus being found in samples of Malayan pangolins (Manis Javanica) possessing nearly identical RBD to the SARS-CoV-2 coronavirus. Prominent journals cite the alleged discovery to claim that pangolins may be one of a possible intermediate host for the zoonotic transmission of SARS-CoV-2 to humans.

Here, we report that all databases used to support such a claim, upon which metagenomic analysis was possible, contained unexpected reads and was in serious risk of contamination. Here we also report that the presence of unexpected reads are directly related to the presence of coronavirus reads. Finally, we deduced the actual causative agent of the death of the pangolins sampled in GuangDong 2019 where the claim of coronavirus detections was made.

## METHODS

## The NCBI Trace tool

The NCBI SRA archive come with it's own tool called Trace, which identifies the origin or reads within the SRA dataset through the recognition of unique K-mers within the nucleotide sequence. Multiple reads of 32 nucleotides is taken from each read to identify the reads toward an origin by comparison with a large database of reference sequences, which produces a classification signal. Then read of 64 nucleotides are taken from each of the read for definitive mapping toward species in the reference database. If any one of the 32nt or 64nt K-mers are found in more than one reference sequence, the reads are instead classified at the lowest phylogenetic classification node where reference sequences containing such a K-mer is found.

The 32nt TRACE generate a "strong signal" classification of sequence origin useful for the deduction of the content of the sample by organism of origin, accessed via the NCBI Krona charting tool,

While the 64nt TRACE generate a definitive classification signal used for the exact tracing of reads to the origin from a specific Species/Taxon, used for the exact classification of reads.

Both the 32nt and 64nt TRACE analysis classify their reads according to the lowest common taxonomical node where K-mers from said read are present in the reference sequence database, a strategy known as "lowest non-ambiguous mapping". Such a strategy avoids the problem with RNA degradation or sequencing errors by excluding potential errors in reads, without introducing potential ambiguous classification by clustering ambiguous reads under the lowest common classification node such ambiguity is found.

Therefore, if TRACE gives an identification to a specific taxonomical node for a sequence read, it could be from any of the taxonomical nodes and species classified under the node, but it could not be from a taxonomical node or species that is not under said node. E.g. if TRACE says hominoidea which was classified under Catarrhini; Simiiformes; Haplorrhini; Primates; Euarchontoglires, Then it can't be from a pangolin since pangolins (Manis Spp.) are classified under Pholidota; Laurasiatheria. The lowest common classification node between Primates and Pangolins is Boreoeutheria—reads from parts of the genomes shared between Primates and Pangolins will only be classified to Boreoeutheria, but not further classified down toward either Laurasiatheria or Euarchontoglires. And definitely will not be classified individually toward Pholidota or Primates, or any child nodes or phylogenetic nodes under them.

## Specific BLAST analysis

Whenever a genus or species is provided by analysis, a specific BLAST analysis is performed to confirm the presence of reads toward the exact species by a search of the database in question with representative reference sequences of the specific species in question in look for matches that is either: 100% match, or: contained no 100% matches on BLAST when queried against the Pangolin reference sequences available on GanBank.

# RESULTS

The Accession numbers and contents of all Pan-SL-CoV/GD related sequencing experiments are listed under the following table.

Table 1: List of available GD Pangolin sample datasets as provided under NCBI GenBank. By Accession number, size and citation by thesis (if claimed to have SARS-CoV-2 related reads by paper).

| Accession number | Size | SARS-CoV-2-like Coronavirus Identified and Cited? |
|---|---|---|
| SRX6893158 | 16,491,648 | |
| SRX6893157 | 9,275,501 | Lung12 [3] SRR10168374 |
| SRX6893156 | 22,220,187 | Lung11 [1] |
| SRX6893155 | 18,067,615 | Lung09 [1] [3] SRR10168376 |
| SRX6893154 | 16,414,925 | Lung08 [1] [3] [4] SRR10168377 |
| SRX6893153 | 19,045,923 | Lung07 [1] [3] [4] SRR10168378 |
| SRX6893152 | 13,527,964 | |
| SRX6893151 | 16,068,654 | |
| SRX6893150 | 12,967,281 | |
| SRX6893149 | 12,590,769 | |
| SRX6893148 | 15,273,939 | |

| SRX6893147 | 15,975,904 | |
|---|---|---|
| SRX6893146 | 19,038,817 | |
| SRX6893145 | 19,055,973 | |
| SRX6893144 | 15,350,468 | |
| SRX6893143 | 11,527,782 | |
| SRX6893142 | 20,045,443 | |
| SRX6893141 | 18,903,834 | |
| SRX6893140 | 19,986,780 | |
| SRX6893139 | 39,738,679 | Lung02 [3] SRR10168392 |
| SRX6893138 | 22,900,426 | |
| SRX7756769 | 107,267,359 PRJNA607174** | M1[2]*** |
| SRX7756766 | 273,651,431 PRJNA607174** | |
| SRX7756765 | 196,761,202 PRJNA607174** | |
| SRX7756764 | 222,286,763 PRJNA607174** | |
| SRX7756763 | 212,161,250 PRJNA607174** | |
| SRX7756762 | 232,433,120 PRJNA607174** | M6[2]*** |
| SRX7756761 | 113,900,941 PRJNA607174** | |
| SRX7732094 | 2,633* | "P2S"[3] |

*: "Design: This dataset contains coronavirus-like sequence reads, based on BLAST search."

**: All available SRA datasets from PRJNA607174

***: Actual SRA datasets identified from the "Extended Data Table 3" of [2]

## Article

**Extended Data Table 3 | Identification of SARSr-CoV sequence reads in metagenomes from the lung of pangolins using the SARS-CoV-2 sequence (GenBank accession No. MN908947) as the reference**

| Sample ID | Animal species | Total reads* | No. mapped | |
|---|---|---|---|---|
| M1 | Malayan pangolin | 107,267,359 | 496 | ←SRX7756769 "pangolin 9" |
| M2 | Malayan pangolin | 38,001,846 | 302 | |
| M3 | Malayan pangolin | 79,477,358 | 14 | |
| M4 | Malayan pangolin | 32,829,850 | 1,100 | Not available |
| M5 | Malayan pangolin | 547,302,882 | 56 | |
| M6 | Malayan pangolin | 232,433,120 | 10 | ←SRX7756762 "pangolin 2" |
| M8 | Malayan pangolin | 44,440,374 | 12 | |
| M10 | Malayan pangolin | 227,801,882 | 0 | Not available |
| Z1 | Chinese pangolin | 444,573,526 | 0 | |

Fig.1 the "Extended Data Table 3" of [2]. SRA datasets identified in the available database is pointed out by an arrow, while SRA "runs" that failed to be identified in known datasets are outlined in a red square.

**Analysis of reads from The Available datasets using NCBI Trace.**

Table 2. The Trace result of Known GD Pangolin datasets when examined using NCBI Trace SRA.

| Accession number and registration date | Primary Mammalian Trace results and percentage | Primate-related results in Krona and read size by Kbp | Identification of "Coronaviridae" as by Trace and total read size |
|---|---|---|---|
| SRX6893158 20-Sep-2019 | Manis javanica: **14.66%** | N/D | N/D |
| SRX6893157 20-Sep-2019 | Boreoeutheria: **1.24%** | Catarrhini 644546 | N/D*** |
| SRX6893156 20-Sep-2019 | Manis javanica: **7.51%** Homo sapiens: **0.03%** | Homo sapiens 81948 | Pangolin coronavirus 2Kbp |
| SRX6893155 20-Sep-2019 | Homo sapiens: **0.37%** | Homininae 3534150 | Pangolin coronavirus 5Kbp |
| SRX6893154 20-Sep-2019 | Homo sapiens: **0.02%** | Hominoidea 356003 | Pangolin coronavirus 154Kbp |
| SRX6893153 20-Sep-2019 | Homo sapiens: **0.01%** | Homo sapiens 162180 | Pangolin coronavirus 41Kbp |
| SRX6893152 20-Sep-2019 | Manis javanica: **2.87%** Euarchontoglires: **1.37%** | N/D | N/D |
| SRX6893151 20-Sep-2019 | Manis javanica: **7.47%** | N/D | N/D |
| SRX6893150 20-Sep-2019 | Boreoeutheria: **1.91%** | N/D | N/D |
| SRX6893149 20-Sep-2019 | Manis javanica: **1%** | Similformes 313069 | N/D |
| SRX6893148 20-Sep-2019 | Manis javanica: **0.4%** | Catarrhini 194320 | N/D |
| SRX6893147 20-Sep-2019 | Manis javanica: **2.71%** | Catarrhini 69937 | N/D |
| SRX6893146 20-Sep-2019 | Boreoeutheria: **1.72%** | Hominoidea 231755 | N/D |
| SRX6893145 20-Sep-2019 | Homininae: **0.27%** Manis javanica: **1.01%** | Homininae 2536765 | N/D |
| SRX6893144 20-Sep-2019 | Manis javanica: **0.62%** | Hominoidea 166628 | N/D |
| SRX6893143 20-Sep-2019 | Manis javanica: **1.63%** | N/D | N/D |
| SRX6893142 | Manis javanica: **1.28%** | Similformes 57084 | N/D |

| 20-Sep-2019 | | | |
|---|---|---|---|
| **SRX6893141**<br>20-Sep-2019 | Boreoeutheria: **1.41%** | N/D | N/D |
| **SRX6893140**<br>20-Sep-2019 | Boreoeutheria: **1.56%** | N/D | N/D |
| **SRX6893139**<br>20-Sep-2019 | Homo sapiens: **0.01%** | Homo sapiens 491120 | Pangolin coronavirus 2Kbp |
| **SRX6893138**<br>20-Sep-2019 | Boreoeutheria: **1.67%** | Homininae 2761176 | N/D |
| **SRX7756769**<br>18-Feb-2020 | Homo sapiens: **0.03%** | Homo sapiens 5457929 | Bat SARS-like coronavirus 2Kbp Wuhan seafood market pneumonia virus 2Kbp |
| **SRX7756766**<br>18-Feb-2020 | Manis javanica: **78.6%** | Cercopithecidae 3116 | Betacoronavirus 2Kbp** |
| **SRX7756765**<br>18-Feb-2020 | Manis javanica: **87.17%** | Cercopithecinae 11339 | N/D |
| **SRX7756764**<br>18-Feb-2020 | Manis javanica: **48.39%** | Cercopithecidae 22600 | N/D |
| **SRX7756763**<br>18-Feb-2020 | Manis javanica: **94.95%** | Cercopithecidae 5076 | N/D |
| **SRX7756762**<br>18-Feb-2020 | Manis javanica: **95.37%** | Catarrhini* 2831 | Nidovirales 0Kbp |
| **SRX7756761**<br>18-Feb-2020 | Manis javanica: **13.63%** | Chlorocebus sabaeus 498506 | N/D |
| **SRX7732094**<br>15-Feb-2020 | N/A*** | N/A | Pangolin coronavirus*** |

*: Chlorocebus Sabaeus

**:Not claimed as being SARS-CoV-2 related in the original publication. Likely unrelated.

***Not analyzable. All Non-Coronavirus data filtered out. Leaving only 2,633 reads, all of which can be mapped to the SARS-CoV-2 reference genome.

## Specific BLAST analysis

In order to determine the authenticity of the Primate-related reads in the datasets, Specific BLAST analysis is carried out for all datasets that possessed claimed or analyzed reads of coronaviridae-related viruses. An 100% full-length match that does not map to non-primates confirms Authenticity of read.



Chlorocebus sabaeus isolate 1994-021 unplaced genomic sc: ...

dna

1339488

Distance tree of results  MSA viewer

Fig.2a Specific BLAST analysis on the PRJNA607174 dataset, **SRX7756762** ,that contained claimed SARS-CoV-2 related coronavirus reads. The 100% full-length matches clearly indicate presence of Primate-derived material.



Fig.2b BLAST result on the returned sequence revealed it as a Primate-derived MHC complex gene, confirming Primate origin.



| | Description | | |
|---|---|---|---|
| Description | Macaca mulatta isolate AG07107 chromosome 3 genomic sc- .... | | |
| Molecule type | dna | | |
| Query Length | 17855752 | | |
| Other reports | Distance tree of results  MSA viewer | | |

Fig.3a Specific BLAST analysis of **SRX7756766** revealed large amount of 100% full-length matches with Macaca Mulatta.



Fig.3b  More  intriguing—many  of  the  reads  showed  only  100%  matches  to hominids—Chimpanzees and also clearly Macaca Mulatta itself. This indicate that **SRX7756766** also contained significant amount of material derived from primates.



Fig.4a Similarly, **SRX7756769** contained large amount of reads that are 100% full-length matches to Human genomic DNA.



Fig.4b A BLAST analysis on reads sampled from the 100% hit results confirmed that it was found only in humans. Once again confirming human origin.

Fig.5a SRX6893156 also returned 100% matched results from the human Genome.



Fig.5b BLAST search on the result returned 100% match only found in humans. Confirming origin in human-derived material.



Fig.6a Similarly, BLAST research on SRX6893155 gives large number of full length 100% matches to the human genome.

Fig.6b The results, when put through BLAST, confirms that the 100% matches are in fact derived from a Hominid origin.

Fig.7a SRX6893153 have also returned 100% match full-length read on this tiny part of the human genome.

Fig.7b Similarly, the read is only found in humans—indicating the Homo Sapiens Trace result is accurate.

Fig.8a One read from the Human MHC gene is recovered from SRX6893154 with a query sequence only 40058bp in length.



Description    gnl|SRA|SRR1016837.7.15657119.2 15657119 (Biological)
Molecule type    dna
Query Length    150
Other reports    Distance tree of results  MSA viewer  ❓

Fig.8b This MHC read is only found in Humans and Chimpanzees. This is clearly a contaminant from a hominid origin.



Fig.9a Similarly, multiple 100% match Full length reads were obtained from **SRX6893139**. As this query sequence is only 173967 nucleotides in length, the real extent of Human-derived contamination is also extremely severe.

Fig.9b Examining these reads revealed that they are only found in humans and apes. This is

therefore also clear evidence that there are Human/Hominid-derived contamination in **SRX6893139**.



Fig.10a One read is also recovered from **SRX6893157**. From a query sequence only 187174nt in length.

Fig.10b This particular sequence is only found in humans—indicating that even the **SRX6893157** dataset was contaminated by material of human origin.

## Analyzing the extent of contamination.

As the Specific BLAST analysis confirmed significant level of Human-derived contamination in all samples positive for SARS-CoV-2 related Coronaviruses, The TRACE result can therefore be trusted for the analysis on the extent of contamination.

The 32nt Krona Trace system is used for elucidating the ratio of different taxa within a sample. As Specific BLAST analysis confirmed the significant presence of Human and Primate derived Genetic material—The most basal group of primates detected in all Coronavirus-positive samples belong to Catarrhini—or Humans, Apes and Old-World Monkeys. Therefore, Trace classification results that can be classified into sister nodes of Catarrhini should be considered as Contamination by Primate-derived material.

Since Catarrhini is under Simiiformes; Haplorrhini; Primates; Euarchonta; Euarchontoglires and Manis is under Pholidota; Laurasiatheria, If a read is TRACEd down to Catarrhini, it can not be from a Pangolin, and it will have to be from a Primate-derived source—Contamination by material from the lab.



Fig. 11 Family tree of mammals, including the position and classification of Primates in the lineage of Mammalia.

Table 3a Ratios of Hominid-traced reads to Pangolin-traced reads in the SRA datasets that contained reads of the GD- Pangolin-CoV sequence, and had Hominid reads.

| Accession and date | Primate classification and total traced Kbps | Total traced Kbps to Manis Javanica (Pangolin) | Ratio of Primate to Pangolin | Virus classification and amount of reads by Kbps |
|---|---|---|---|---|
| **SRX7756769** 18-Feb-2020 | Homo sapiens 5457929 | 15401134 | 0.35 | Bat SARS-like coronavirus 2Kbp Wuhan seafood market pneumonia virus 2Kbp |
| **SRX6893139** 20-Sep-2019 | Homo sapiens 491120 | 5301351 | 0.0926 | Pangolin coronavirus 2Kbp |
| **SRX6893157** 20-Sep-2019 | Catarrhini 644546 | 1889448 | 0.34 | N/D*** |
| **SRX6893156** 20-Sep-2019 | Homo sapiens 81948 | 4765461 | 0.01719 | Pangolin coronavirus 2Kbp |
| **SRX6893155** 20-Sep-2019 | Homininae 3534150 | 525801 | 6.7214 | Pangolin coronavirus 5Kbp |
| SRX6893154 20-Sep-2019 | Hominoidea 356003 | 2232008 | 0.159 | Pangolin coronavirus 154Kbp |
| SRX6893153 20-Sep-2019 | Homo sapiens 162180 | 3110158 | 0.05214 | Pangolin coronavirus 41Kbp |

***: No trace result on Coronaviruses, despite claimed reads from [3]

Table 3b Ratios of Primate-traced reads to Coronavirus-traced reads in the SRA datasets that contained reads claimed to be traced to of the GD- Pangolin-CoV sequence, and lacked Hominid reads.

| Accession and date | Primate classification and reads (in Kbp) | Virus classification and reads | Ratio of virus reads to Primate reads |
|---|---|---|---|
| **SRX7756766** 18-Feb-2020 | Cercopithecidae 3116; BLAST to Macaca Mulatta | Betacoronavirus 2Kbp ** | 0.000642 |
| **SRX7756762** 18-Feb-2020 | Catarrhini 2831; BLAST to Chlorocebus sabaeus | Nidovirales 0Kbp Claimed 10x150bp reads | 0.000530 |
| **SRX7732094** 15-Feb-2020 | N/A* | Pangolin coronavirus | N/A* |

*: No non-coronavirus reads available in the dataset with a total of 2,633 reads, making analysis impossible.

**: No claimed reads from [2]

# DISCUSSIONS

## The extent of contamination in the pangolin sequencing datasets

As the samples were supposed to be pangolin lung tissue, which will neither contact with nor be contaminated by non-pangolin derived mammalian tissues when still inside the animal, any non-pangolin mammalian reads within such a dataset can only be introduced to the sequencing process after the sample itself have been taken and brought into a lab.

As the classification Catarrhini itself is phylogenetically very deep down the Primate line which is itself distinguished from the Pangolin line at a very basal node (Boreoeutheria), and since we have already confirmed that the Primate line in PRJNA573298 traces mostly to humans by using Specific BLAST analysis, (**SRX6893157**, the only one of the claimed coronavirus read dataset that gives a classification just down to Catarrhini, contained 213 full length 100% matches to the Human Mitochondrial reference genome alone, which is only 16569 bp in length. All other datasets gives definitive TRACE mapping to Homo Sapiens and contained distinct 100% matched reads to even very small parts of the Human genome.), We can deduce the extent of contamination of the PRJNA573298 dataset by Primate-related materials as from a minimum of 1.6% to as high as 87% by sample mass—using the ratio of Primate reads to Pangolin reads on TRACE. Such high level of contamination with Primate-derived material is unacceptable for a sample that was supposed to be Lung tissue. And therefore, the virome data of such samples in PRJNA573298 no longer reflects the original virome of the animal, and an potential "novel" reads from these contaminated samples may have been from in-lab contamination instead.

**Deducing the dynamic of contamination in PRJNA607174**

Of all 7 PRJNA607174 datasets, only **SRX7756769** and **SRX7756762** is claimed by Xiao et. Al to contain SARS-CoV-2-like reads. However, TRACE results revealed low level of contamination by Cercopithecidae (Old World Monkey) reads across all the samples. In particular, the **SRX7756762** dataset contained definitive mappings to Chlorocebus sabaeus, or African Green Monkey, while **SRX7756766** which contained 2Kbp unclaimed reads of Betacoronaviruses on TRACE, contained 100% full-length definitive mappings to Macaca Mulatta that may also be mapped to Homo Sapiens.

**SRX7756769** genetically resembles other samples in PRJNA573298, in both the kind of contamination and the extent of contamination. It contained an large excess of homo sapiens reads in levels similar to the contaminated samples in PRJNA573298.

From the method section of Lam et.al, we knew that they have performed Virus isolation using VERO E6 cells—Species Chlorocebus Sabaeus on one of the samples that have a positive PCR test for coronaviruses. The low level of contamination by Cercopithecidae-related reads in all the samples in PRJNA607174 except for **SRX7756769** itself support the possibility that **SRX7756769** is the first sample to be sequenced, and it happens before the lab begun using VERO E6 cells in the experiment. They then isolated the virus from the contaminated **SRX7756769** in VERO E6 cells, characterized it but did not sequence it, and this cell culture material then contaminated **SRX7756762** and possibly **SRX7756766**, resulting the 10 reads in **SRX7756762** and the 2Kb batacoronavirus reads in **SRX7756766**.

**The exact nature of** SRX7732094 **needs to be further scrutinized.**

The P2S dataset, SRX7732094, displays very unusual property when compared to other Datasets under the same BioProject. It is the only dataset with all Non-coronavirus reads being filtered out, and contained too little spots for it to be an ILLUMINA NextSeq 550 run. Furthermore, it was the only dataset that did not contain metadata with either an isolation source or a Library prep procedure, other than "This dataset contains coronavirus-like sequence reads, based on BLAST search."

Such a strange designation and the fact of the dataset being heavily filtered, Raises problems on whether such a dataset is an actual BioSample at all. If this sample is really as claimed by Lam et. Al, Why the dataset have to be put through such heavy filtering when the other sequencing runs was clearly not filtered as severely as this dataset? Why there was no BioSample metadata on either Biomaterial provider, Source Tissue or Collector when all other Sequencing runs clearly provided such metadata information?

Unless the complete, unfiltered sequencing reads are made available on **SRX7732094**, and the rest of **PRJNA696875**, this Dataset can not be considered to be a real, reliable sample, and it must be excluded as "evidence" of a SARS-CoV-2-like virus infecting pangolins in GuangDong, 2019.

Table 4 Sequencing runs in PRJNA696875, Accession number, BioSample, Content and designation

| Accession number and date | Size | Non-Coronavirus reads? | Source Tissue Provider and Collected by | Virus Designation: GD or GX? | Design |
|---|---|---|---|---|---|
| SRX7732094 15-Feb-2020 | 2,633 | No | N/A | GD | This dataset contains coronavirus-like sequence reads, based on BLAST search. |
| SRX7732093 15-Feb-2020 | 470,344 | Yes | Intestine Yanling Hu Wuchun Cao | GX | NEBNext Ultra II DNA Library Prep Kit, paired sequencing data has been integrated. |
| SRX7732092 15-Feb-2020 | 340,661 | Yes | Lung Yanling Hu Wuchun Cao | GX | NEBNext Ultra II DNA Library Prep Kit, paired sequencing data has been integrated. |
| SRX7732091 15-Feb-2020 | 416,659 | Yes | Intestine Yanling Hu Wuchun Cao | GX | NEBNext Ultra II DNA Library Prep Kit, paired sequencing data has been integrated. |
| SRX7732090 15-Feb-2020 | 520,254 | Yes | Lung Yanling Hu Wuchun Cao | GX | NEBNext Ultra II DNA Library Prep Kit, paired sequencing data has been integrated. |

| SRX7732089 15-Feb-2020 | 19,607,536 | Yes | Blood Yanling Hu Wuchun Cao | GX | Ion Total RNA-Seq Kit v2 |
|---|---|---|---|---|---|
| SRX7732088 15-Feb-2020 | 4,550,437 | Yes | lung and intestine Yanling Hu Wuchun Cao | GX | Ion Total RNA-Seq Kit v2 |

By closely examining the P2V dataset, SRX7732088, which claimed to be a culture sample in VERO E6 cells, Chlorocebus Sabaeus, the exact viral load in-culture when compared to Cellular mRNA can be deduced by dividing the total identifiable coronavirus signal to the total identifiable Primate signal within the dataset, 6943Kbp/451932Kbp, which correspond to 0.01536:1 Viral RNA to Cellular RNA.

This places the viral loads on the other datasets with Coronavirus-like reads from GD well within the threshold expected from cell culture contamination of the sequencing samples—including the samples in PRJNA607174.

## Potential breach of data availability statement by Xiao et al.[2]

Sequence data that support the findings of this study have been deposited in GISAID with the accession numbers EPI_ISL_410721 Raw data of RNAseq are available from the NCBI SRA under the study accession number PRJNA607174.

Fig 12. The Data Availability Statement of Xiao et al.

In the Data availability statement, the "Raw data of RNAseq" are clearly stated to be deposited under PRJNA607174. However, only 2 of the "Extended Data Table S3" datasets actually matches the datasets deposited on PRJNA607174. The other 7 datasets were completely unavailable. And the actual deposited datasets on PRJNA607174 does not match what have been claimed by Extended Data Table S3. As the RNA-seq Raw data was stated to be available within PRJNA607174, the failure to publish all the claimed data constitute a breach of the Data Availability statement on the article. Unless such datasets are published and independently examined, All such claimed reads from the strangely unpublished datasets can not be trusted as evidence of a SARS-CoV-2-like virus infecting pangolins in GuangDong, 2019.

## Identifying the Etiological agent of the GuangDong 2019 incident.

By using an approach of both SRA TRACE analysis and specific BLAST Analysis, We have uncovered the fact that all samples that does not Contain confirmed Human-derived material, also lacked Claimed reads of a SARS-CoV-2 like virus that can be confirmed using NCBI Trace. All samples with claimed or traced reads of Coronaviruses in general, contained confirmed primate reads with the lowest common phylogenetic node Catarrhini. Samples that does not give a TRACE result on primate-derived material all lacked identifiable or claimed coronavirus reads.

This strongly imply that the Coronavirus-like reads are associated with human/Primate-sourced contamination material.

Most importantly, of all dead pangolins being sampled in the studies, only 9 out of a total of 29

Analyzable samples/datasets contained TRACEd or Claimed Coronavirus reads—despite all dead pangolins displayed similar symptoms in captivity. This imply that the alleged pangolin coronavirus is not the Etiological agent of the death of the pangolins being sampled in the studies. This is further supported by the fact that 4 out of 10 lung samples in PRJNA573298 and 4 out of 7 lung samples in PRJNA607174 lacked any claimed or TRACEd coronavirus reads—despite the same symptoms displayed and similar date of death.

In order to establish the Etiological agent of the dead pangolins in the single GuangDone Accident that leads to the sampling and studies. A full virome TRACE analysis is conducted on the available samples for the determining of the exact etiological agent.

Extended Data Table S1

Full virome TRACE results of all Analyzable datasets of the GD pangolin incident

| | Mammarenavirus | Nairoviridae | Murine-respirovirus | Flaviviridae | Aidovirales | Rubulavirus | Nonanavirus | Peribunyavi | Amigovirus | Siphoviridae | Siphoviridae | Pahexaviri |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SRX6893158 | Yes | No | No | No | No | No | Yes | No | Yes | Yes | No | No |
| SRX6893157 | Yes | Yes | No | No | Claimed | No | No | Yes | No | No | No | No |
| SRX6893160 | No | No | Yes | Yes | Yes | No | No | No | Yes | No | No | Yes |
| SRX6893155 | No | No | Yes | No | Yes | No | No | No | No | No | No | No |
| SRX6893151 | No | No | Yes | No | Yes | No | No | No | No | No | No | No |
| SRX6893153 | No | No | Yes | Yes | Yes | No | No | No | Yes | No | No | No |
| SRX6893152 | Yes | Yes | Yes | Yes | No | No | No | Yes | No | No | No | No |
| SRX6893151 | Yes | Yes | No | Yes | No | No | No | Yes | Yes | No | No | No |
| SRX6893150 | Yes | Yes | Yes | No | No | No | No | Yes | Yes | No | No | No |
| SRX6893149 | Yes | Yes | No | No | No | No | No | No | No | No | Yes | No |
| SRX6893148 | Yes | Yes | Yes | No | No | No | No | No | Yes | No | No | No |
| SRX6893147 | Yes | Yes | "Respirovirus" | Yes | No | No | Yes | No | Yes | No | No | No |
| SRX6893146 | Yes | Yes | Yes | No | No | No | No | No | No | No | No | No |
| SRX6893145 | Yes | Yes | No | No | No | No | No | No | No | No | No | No |
| SRX6893144 | Yes | Yes | Yes | Yes | No | No | No | No | No | No | No | No |
| SRX6893143 | Yes | Yes | No | No | No | No | No | No | No | No | No | No |
| SRX6893142 | Yes | Yes | No | No | No | No | No | Yes | Yes | No | No | No |
| SRX6893141 | Yes | Yes | No | Yes | No | No | No | No | No | No | No | No |
| SRX6893140 | Yes | Yes | Yes | No | No | No | No | Yes | No | No | No | No |
| SRX6893139 | No | No | Yes | No | Yes | No | No | No | No | No | No | No |
| SRX6893138 | Yes | Yes | Yes | Yes | No | No | Yes | Yes | Yes | No | No | No |
| SRX7756766 | No | No | Yes | Yes | Yes | Yes | No | No | No | No | No | No |
| SRX7756765 | No | No | Yes | No | No | Yes | No | No | No | No | No | No |
| SRX7756764 | No | No | Yes | No | No | Yes | No | No | No | No | No | No |
| SRX7756763 | No | No | Yes | No | No | Yes | No | No | No | No | No | No |
| SRX7756762 | No | No | Yes | No | Claimed | Yes | No | No | No | No | No | No |
| SRX7756761 | No | No | Yes | No | No | Yes | No | No | No | No | No | No |
| SRX7756760 | No | No | Yes | Yes | Yes | No | No | No | No | No | No | No |

A full Virome TRACE result suggest all the dead pangolins were infected by either Mammarenaviruses or Murine Respirovirus, or both. Including both samples that contained Claimed Or TRACEd Coronavirus reads and the samples that didn't.

Murine Respirovirus and Mammarenaviruses co-infect 7 out of 29 Available Analyzable datasets, while None of the 29 datasets lacked both—indicating that both viruses were prevalent in the location where the pangolins were captive at The Guangdong Wildlife Rescue Center.

Symptoms of Murine Respirovirus in animals resembles that of SARS-CoV-2 in humans—It forms massive Syncytiums in Eukaryotic cells, suppresses the immune system and causes secondary bacterial infections. The virus causes necrosis of Lung tissue in 5 days, with similar inflammation and immunopathological effects in the lung tissues of infected animals [5]—creating the histopathological effect as reported by Xiao et al.

It should be worth pointing out that the only examined lung tissues were examined by Xiao et al. And all Lung tissue samples examined by Xiao et.al contained Reads from the Murine Respirovirus.

Similarly, Mammarenaviruses are also known to cause multi organ, lethal[7] infections, characterized by endothelial pathology and swelling of internal organs. [6] All of which were Symptoms reported in the incident. As these samples were not examined Histopathologically by either the authors of [4] nor by any of the authors of any other article who have used the

datasets/samples, leaving the only mean of elucidating the cause of death being the observed symptoms and the coarse examination of the organs during sampling. Mammarenavirus infection therefore remains the most likely cause of death of the Murine Respirovirus Negative samples in the available datasets.

### Is the "GD pangolin CoV" really a virus of the pangolin?

The only examination of the binding affinity of the GD pangolin CoV RBD to different animal receptors was done by Xiao et al [2], which performed molecular dynamic simulation of the RBD docking to the Human ACE2 receptor, The Civet ACE2 receptor and the pangolin ACE2 receptor. If the RBD of GD pangolin CoV in deed evolved in pangolins, we should expect the binding affinity of the RBD toward the pangolin ACE2 receptor to be the highest binding affinity returned from the examination.

However, neither the GD pangolin CoV RBD, nor the RBD of SARS-CoV-2 which is highly similar, produced a higher binding affinity to the pangolin ACE2 receptor than to the human ACE2 receptor, and both binds the Human ACE2 receptor with the highest affinity across all 3 animal species (Human, Civet, Pangolin) examined.

This fact argues strongly against the RBD residues of the GD pangolin CoV being evolved in pangolins, and instead favoring the RBD and the virus being the result of a passage experiment of a possible virus of pangolin origin (The GX/P2V virus was isolated and passaged in VERO E6 cells during it's collection in 2017) in Primate-derived cell lines.

There are only 2 locations of Biological sample storage in GuangDong, the Guangdong Institute of Applied Biological Resources and the China National GeneBank.

As all Credible (Non-filtered and contained analyzable Non-Coronavirus reads) samples were collected in a single incident from the GuangDong Wildlife Rescue Center[1][4][2], which the initial sample collection and storage was carried out by the Guangdong Institute of Applied Biological Resources[4], this experimental culture likely contaminated the GD pangolin samples during their initial collection or Storage, Either by the lab worker doing the initial sampling, or during their storage in the facility.

### Epidemiology analysis of SARS-CoV-2 and related viruses argues strongly against the existence of a Coronavirus with the claimed RBD residues and sequence similarity in or near the GuangDong Wildlife Rescue Center at the time and date of the incident and the collection of the samples.

The earliest collection date of the GD pangolin CoV available, MP789, GenBank MT084071.1, is displayed at 29 March 2019.

Since the original location of the animals and samples in question was inside the GuangDong Wildlife Rescue Center which is neither a certified Biosafety Laboratory nor possessed adequate PPE when handling the animals, from the Simulation results by Xiao et al[2] and the observed

high human transmissibility of SARS-CoV-2 which had a very similar RBD, Should the GD pangolin CoV genuinely exists at that date and within the unprotected GuangDong Wildlife Rescue Center, It would almost certainly infect one to multiple On-site workers (Rescue workers which lacked either the Biosafety training or the adequate PPEs required to handle tissues or animals infected with a virus as characterized by the GD pangolin CoV papers) in the GuangDong Wildlife Rescue Center, and caused a SARS-level epidemic in GuangDong 2013 beginning in or around April 2019.

However, no such epidemic was recorded, nor there have been any virus that genetically resembled the GD pangolin CoV sequence (which is only 90% similar to SARS-CoV-2) being isolated in humans anywhere in the world even till today.

Nor there is a possibility that the current SARS-CoV-2 pandemic may have stemmed from the 29 March incident with the GD pangolin CoV, since the estimated time of divergence between the current SARS-CoV-2 genome to the GD pangolin CoV Genome was estimated to be at least 100 years ago , ranging from 1851 [1730,1958] to 1877 [1746,1986] [8], for a genome that is only 90% similar to SARS-CoV-2 and possessed significant difference in the sequence and composition of the viral proteins they encodes.

As the Earliest time of discovery and the incident on the GD pangolin CoV is no earlier than the beginning of Year 2019, The time between the incident and the first isolate of SARS-CoV-2 is far too short for GD pangolin CoV incident to be involved in the formation of the current SARS-CoV-2 pandemic, since even the neutral sites on the RBD itself would have taken more than 19.8 years to drift/evolve into what we seen today on the actual SARS-CoV-2 genome. [9]

# Conclusions

The Extreme lack of transparency and the sheer level of contamination from the original samples, the lack of epidemiological evidence of it's existence at the location of it's collection, and the receptor binding affinity of the Viral RBD itself indicating it as not being evolved nor adapted in pangolins, all strongly argue against the existence of a SARS-CoV-2 like virus infecting pangolins captive in GuangDong at 2019.

Moreover, it suggests that the GD pangolin CoV exists only as a culture in Primate-derived cells within the lab/facility used for the initial collection and/or storage of the samples of the pangolins in question, raising important issues on the serial passage Gain-Of-Function research of viral pathogens.



Figure 13. A cartoon diagram of contamination in sequencing experiment leading to false results and false "discoveries".

# REFERENCES

[1] Are pangolins the intermediate host of the 2019 novel coronavirus (SARS-CoV-2)?

Ping Liu ,
Jing-Zhe Jiang ,
Xiu-Feng Wan,
Yan Hua,
Linmiao Li,
Jiabin Zhou,
Xiaohu Wang,
Fanghui Hou,
Jing Chen,
Jiejian Zou,
Jinping Chen

Published: May 14, 2020
https://doi.org/10.1371/journal.ppat.1008421

[2] Xiao, K., Zhai, J., Feng, Y. et al. Isolation of SARS-CoV-2-related coronavirus from Malayan pangolins. Nature (2020). https://doi.org/10.1038/s41586-020-2313-x

[3] Lam, T.T., Shum, M.H., Zhu, H. et al. Identifying SARS-CoV-2 related coronaviruses in Malayan pangolins. Nature (2020). https://doi.org/10.1038/s41586-020-2169-0

[4] Liu, P.; Chen, W.; Chen, J.-P. Viral Metagenomics Revealed Sendai Virus and Coronavirus Infection of Malayan Pangolins (Manis javanica). Viruses 2019, 11, 979.

[5] Inducible epithelial resistance improves survival of Sendai virus pneumonia in mice by both inactivating virus and preventing CD8+ T cell-mediated immunopathology
S. Wali, J. R. Flores, A.M. Jaramillo, D. L. Goldblatt, J. Pantaleón García, M. J. Tuvim, B. F. Dickey, S. E. Evans
doi: https://doi.org/10.1101/2020.01.30.917195

[6] Jorlan Fernandes, Renata Carvalho de Oliveira, Alexandro Guterres, Débora Ferreira Barreto-Vieira, Ana Claudia Pereira Terças, Bernardo Rodrigues Teixeira, Marcos Alexandre Nunes da Silva, Gabriela Cardoso Caldas, Janice Mery Chicarino de Oliveira Coelho, Ortrud Monika Barth, Paulo Sergio D'Andrea, Cibele Rodrigues Bonvicino, Elba Regina Sampaio de Lemos,
Detection of Latino virus (Arenaviridae: Mammarenavirus) naturally infecting Calomys callidus,
Acta Tropica,
Volume 179,
2018,
Pages 17-24,
ISSN 0001-706X,
https://doi.org/10.1016/j.actatropica.2017.12.003.
(http://www.sciencedirect.com/science/article/pii/S0001706X17311749)

[7] Hemorrhagic Fever-Causing Arenaviruses: Lethal Pathogens and Potent Immune Suppressors Morgan E. Brisse1,2 and Hinh Ly2,*

[8] Evolutionary origins of the SARS – CoV – 2sarbecovirus lineage responsible for the COVID-19 pandemicMaciej F Boni1*   , Philippe Lemey2*   , Xiaowei Jiang3, Tommy Tsan-Yuk Lam4, Blair Perry5, Todd Castoe5, Andrew Rambaut6    and David L Robertson7

[9] Xiaolu Tang, Changcheng Wu, Xiang Li, Yuhe Song, Xinmin Yao, Xinkai Wu, Yuange Duan, Hong Zhang, Yirong Wang, Zhaohui Qian, Jie Cui, Jian Lu, On the origin and continuing evolution of SARS-CoV-2, *National Science Review*, , nwaa036, https://doi.org/10.1093/nsr/nwaa036