**PETER D. HAWKES,** OSB No. 071986
peter@angelicalfo.com
ANGELI & CALFO LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorneys for Meta Platforms, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| EMANUEL MCCRAY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA et al.;<br><br>Defendants. | Case No.: **3:26-cv-01193-IM**<br><br>**DEFENDANT META PLATFORMS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Under Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Defendant Meta Platforms, Inc. ("Meta"), states as follows:

//

//

//

//

//

Meta is a publicly traded corporation incorporated in Delaware with its principal place of business in Menlo Park, California. It has no parent corporation, and no publicly traded corporation owns more than 10% of its stock.

DATED: August 19, 2026

ANGELI & CALFO LLC

*s/ Peter D. Hawkes*
Peter D. Hawkes, OSB No. 071986
peter@angelicalfo.com
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

ORRICK, HERRINGTON & SUTCLIFF LLP

Michelle Visser (*Pro Hac Vice* Forthcoming)
mvisser@orrick.com
405 Howard Street
San Francisco, CA 94104
T: (415) 773-5700

Aaron Brecher (*Pro Hac Vice* Forthcoming)
abrecher@orrick.com
401 Union Street, Suite 3300
Seattle, WA 98101
T: (206) 839-4300

*Attorneys for Defendant Meta Platforms, Inc.*