**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON (PORTLAND)**

| | |
|---|---|
| EMANUEL MCCRAY, a/k/a "Trump Genius," *On Behalf of Himself and All Others Similarly Situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Case No. **3:26-CV-01193-IM**<br><br>DECLARATION OF SERVICE OF PROCESS IN SUPPORT OF PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT |

I, Emanuel McCray, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true, accurate, and correct based upon my direct personal knowledge gained after review of the attached exhibits and the official docket of the United States District Court for the District of Oregon in Case No. 3:26-cv-01193-IM:

1. I am the plaintiff in the above-entitled action and I am familiar with the file, records, and pleadings in this matter.

2. A true and correct copy of the docket in this matter as of October 2, 2026 at 12:47pm is attached hereto as Declarant's Exhibit 1.

3. The complaint, ECF 1, was filed on June 12, 2026. Declarant's Exhibit 1 at Bates No. 002.

4. On or about June 12, 2026, the Court's CM/ECF system listed "Scott E. Bradford", United States Attorney's Office (Portland), as entitled to receive notice of electronic filings through the following electronic mail account: scott.bradford@usdoj.gov. See Declarant's Exhibit 3 at Bates No. 001.

5. On July 6, 2026, the summons, ECF 4, was issued as to Defendant United States Centers for Medicare & Medicaid Services ("CMS"). See Declarant's Exhibit 1 at Bates No. 002.

6. On July 7, 2026, at the time ECF 5 was filed, the CM/ECF system showed an update to include the following electronic mail addresses for the U.S. Attorney's office and the U.S. Department of Justice: scott.bradford@usdoj.gov, CaseView.ECF@usdoj.gov and jessica.biggers@usdoj.gov. Declarant's Exhibit 3 at Bates No. 003.

7. On July 14, 2026, the Honorable Presiding Judge Karin J. Immergut, when entering her "ORDER DENYING REQUEST FOR JUDICIAL NOTICE", ECF 8, specifically found that: "No defendant has yet appeared in this case." Declarant's Exhibit 3 at Bates No. 007.

8. On July 23, 2026, Defendant CMS was served with a copy of the summons and complaint. Declarant's Exhibit 2 at Bates No. 001.

9. On July 24, 2026, a copy of the summons and complaint was mailed to Defendant CMS using the United States Postal Service. See Declarant's Exhibit 2 at Bates No. 002.

10. On September 22, 2026, an answer, as per the summons, was due from Defendant CMS.

11. On August 19, 2026, at the time ECFs 10 and 12 were filed, the CM/ECF notification system no longer included the previous electronic mail addresses for the U.S. Attorney's office and the U.S. Department of Justice: scott.bradford@usdoj.gov, CaseView.ECF@usdoj.gov and jessica.biggers@usdoj.gov. See Declarant's Exhibit 3 at Bates Nos. 008-009.

12. Defendant CMS, after having full knowledge of the filing of the complaint and the proceedings against the agency, ECFs 1, 4 and Declarant's Exhibits 1 through 3 attached hereto, has failed to appear, plead or otherwise defend within the time allowed and is now in default.

13. The United States Department of Justice and the U.S. Attorney's Office at Portland, after having full knowledge of the filing of the complaint and the proceedings against Defendant CMS, ECFs 1, 4 and Declarant's Exhibits 1 through

3 attached hereto, failed to convert their informal appearance into a formal appearance on behalf of Defendant CMS.

14. Plaintiff respectfully requests that the Clerk of Court enter default against Defendant CMS pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct. I executed this Declaration on October 2, 2026 at Vancouver, Washington.

Emanuel McCray

**DECLARANT'S EXHIBIT 1**

# U.S. District Court
# District of Oregon (Portland (3))
# CIVIL DOCKET FOR CASE #: 3:26-cv-01193-IM

McCray v. United States of America et al
Assigned to: Judge Karin J. Immergut
Demand: $400,000,000,000
Cause: 28:1331 Fed. Question

Date Filed: 06/12/2026
Jury Demand: Plaintiff
Nature of Suit: 360 Personal Injury: Other
Jurisdiction: Diversity

**Plaintiff**

**Emanuel McCray**
*On Behalf of Himself and All Others Similarly Situated*
*also known as*
"Trump Genius"

represented by **Emanuel McCray**
400 W McLoughlin Blvd
Apt 5
Vancouver, WA 98660
564-208-7576
Email: emanuel.mccray@hotmail.com
PRO SE

V.

**Defendant**

**United States of America**

**Defendant**

**Anthony Stephen Fauci**
*In His Official Capacity as Director of the National Institute of Allergy and Infectious Diseases*

**Defendant**

**United States Centers for Medicare & Medicaid Services**

**Defendant**

**Atlas Genomics, LLC**
*A United States CLIA-Certified Laboratory*

**Defendant**

**X Corp.**
*A For-Profit Privately Held Corporation With A Principal Place of Business Located At 865 FM 1209, Building 2, Bastrop, TX 78602*

**Defendant**

001

| | | |
|---|---|---|
| **Meta Platforms, Inc.**<br>*A For-Profit Corporation Organized and Existing Under the Laws of the State of Delaware* | represented by | **Peter D. Hawkes**<br>Angeli & Calfo LLC<br>121 SW Morrison St.<br>Suite 400<br>Portland, OR 97204<br>503-954-2232<br>Fax: 503-227-0880<br>Email: peter@angelicalfo.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/12/2026 | 1 | Complaint. Filing fee in the amount of $405 collected. Receipt No. 117163. Jury Trial Requested: Yes. Filed by Emanuel McCray against All Defendants (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit). (ajm) (Entered: 06/15/2026) |
| 06/17/2026 | 2 | Notice of Case Assignment to Magistrate Judge Stacie F. Beckerman and Discovery and Pretrial Scheduling Order. **NOTICE: The filing party shall print and serve this Order, the summonses, and all other documents issued by the Clerk at case initiation upon all named parties in accordance with Local Rule 3-5(c)**. Discovery is to be completed by 10/15/2026. Joint Alternate Dispute Resolution Report is due by 11/16/2026. Pretrial Order is due by 11/16/2026. Ordered by Magistrate Judge Stacie F. Beckerman. *(Deposited in outgoing mail to pro se party on 6/17/2026.)* (ajm) (Entered: 06/17/2026) |
| 06/17/2026 | 3 | Notice of Case Reassignment: This case has been reassigned from Magistrate Judge Stacie F. Beckerman to Judge Karin J. Immergut. *(Deposited in outgoing mail to pro se party on 6/17/2026.)* (cw) (Entered: 06/17/2026) |
| 07/06/2026 | 4 | Summons Issued as to Anthony Stephen Fauci, United States Centers for Medicare & Medicaid Services. (ajm) (Entered: 07/06/2026) |
| 07/06/2026 | 5 | Application for CM/ECF Registration as a Self-Represented Party. Filed by Emanuel McCray. (dino) (Entered: 07/07/2026) |
| 07/06/2026 | 6 | Request for Judicial Notice. Filed by Emanuel McCray. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit ) (ajm) (Entered: 07/07/2026) |
| 07/08/2026 | 7 | **ORDER:** Granting 5 Application of Emanuel McCray for CM/ECF Registration as a Self-Represented Party. See attached order for important instructions. Ordered by Judge Karin J. Immergut. (jy) (Entered: 07/08/2026) |
| 07/14/2026 | 8 | **ORDER DENYING REQUEST FOR JUDICIAL NOTICE:** This Court is in receipt of Plaintiff's Request for Judicial Notice, ECF 6 . Plaintiff attaches over 1,200 pages of documents to his motion. It is unclear what Plaintiff is seeking this Court to take judicial notice of at this stage of the case. No defendant has yet appeared in this case. Plaintiff's request for this Court to take judicial notice of voluminous records does not comply with Federal Rule of Evidence 201, and accordingly, Plaintiff's request is DENIED. Ordered on 7/14/2026 by Judge Karin J. Immergut. (jy) (Entered: 07/14/2026) |

| | | |
|---|---|---|
| 08/12/2026 | 9 | Waiver of Service of Summons Returned Executed by Meta Platforms, Inc. waiver sent on 6/20/2026. Filed by Emanuel McCray. (McCray, Emanuel) (Entered: 08/12/2026) |
| 08/19/2026 | 10 | Motion to Dismiss Filer is subject to the requirements of Fed. R. Civ. P. 7.1. Filed by Meta Platforms, Inc.. (Hawkes, Peter) (Entered: 08/19/2026) |
| 08/19/2026 | 11 | Corporate Disclosure Statement . Filed by Meta Platforms, Inc.. (Hawkes, Peter) (Entered: 08/19/2026) |
| 08/19/2026 | 12 | Response to Motion to Dismiss Filer is subject to the requirements of Fed. R. Civ. P. 7.1 10 . Filed by Emanuel McCray. (McCray, Emanuel) (Entered: 08/19/2026) |
| 09/02/2026 | 13 | Reply *in Support* to Motion to Dismiss Filer is subject to the requirements of Fed. R. Civ. P. 7.1 10 . Filed by Meta Platforms, Inc.. (Hawkes, Peter) (Entered: 09/02/2026) |
| 09/10/2026 | 14 | Proposed Summons *ATLAS GENOMICS LLC* Filed by Emanuel McCray. (McCray, Emanuel) (Entered: 09/10/2026) |
| 09/10/2026 | 15 | Proposed Summons *FOR X CORP.* Filed by Emanuel McCray. (McCray, Emanuel) (Entered: 09/10/2026) |
| 09/10/2026 | 16 | Summons Issued Electronically as to Atlas Genomics, LLC, X Corp. **NOTICE: The filing party shall print and serve the summonses and all other documents issued by the Clerk at the time of case initiation upon all named parties in accordance with Local Rule 3-5(c).** (ajm) (Entered: 09/10/2026) |


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/02/2026 12:47:42 | | | |
| **PACER Login:** | awcsubaru | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:26-cv-01193-IM Start date: 1/1/1980 End date: 10/2/2026 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |


003

# DECLARANT'S EXHIBIT 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **3:26-CV-01193-SB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **U.S. Centers for Medicare and Medicaid Services** was received by me on **7/23/2026:**

☐ I personally served the **SUMMONS; COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Caroline White**, who is designated by law to accept service of process on behalf of **U.S. Centers for Medicare and Medicaid Services** at **200 Independence Ave., S.W., WASHINGTON, DC 20001** on **07/23/2026 at 11:36 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 80.00** for services, for a total of **$ 80.00**.

I declare under penalty of perjury that this information is true.

Date: 07/23/2026

[signature]

*Server's signature*

**Jason Bridges**

*Printed name and title*

**1108 Queen Street NE**
**APT 3**
**Washington, DC 20002**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT, to Caroline White who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 55-65 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**

Tracking #: **0233769613**

IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF OREGON AT PORTLAND

| | |
|---|---|
| **EMANUEL MCCRAY a/k/a "Trump Genius"**<br>Plaintiff/Petitioner<br>vs.<br>**UNITED STATES OF AMERICA; ET AL.**<br>Defendant/Respondent | Cause No.: **3:26-CV-01193-SB**<br><br>DECLARATION OF MAILING OF<br>**SUMMONS; COMPLAINT** |

The undersigned hereby declares: that I, Laurice Averill, am a legal resident of the State of Oregon, over the age of 18, and not party to, nor interested in the within entitled action. My business address is 1099 Stewart St Ste 700, Seattle, WA 98101.

That on **July 24, 2026**, after substituted service was made on **July 23, 2026** to **Caroline White**, I completed service by depositing a true copy of the **SUMMONS;COMPLAINT**, marked with confirmation of date, time, and place of substituted service in the United States mail, by first class mail with proper postage attached.

That I addressed the envelope(s) as follows:

U.S. CENTERS FOR MEDICARE AND MEDICAID SERVICES
200 Independence Ave., S.W.
WASHINGTON, DC 20001

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

I executed this declaration on July 24, 2026 at Seattle, WA.

Declarant Laurice Averill, 1099 Stewart St Ste 700, Seattle, WA 98101. 206-521-9000.

Tracking #: **0233769606** PDX

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **3:26-CV-01193-SB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **U.S. Department of Justice**
was received by me on **7/20/2026:**

☐ I personally served the **SUMMONS; COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Milton Pettus**, who is designated by law to accept service of process on behalf of **U.S. Department of Justice** at **601 D Street, NW, WASHINGTON, DC 20530** on **07/20/2026 at 12:12 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 80.00** for services, for a total of **$ 80.00**.

I declare under penalty of perjury that this information is true.

Date: 07/20/2026

[signature]

*Server's signature*

**Jason Bridges**

*Printed name and title*

**1108 Queen Street NE**
**APT 3**
**Washington, DC 20002**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT, to Milton Pettus who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald black male contact 45-55 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**

Tracking #: **0233149756**

IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF OREGON AT PORTLAND

| | |
|---|---|
| **EMANUEL MCCRAY a/k/a "Trump Genius"**<br>Plaintiff/Petitioner | Cause No.: **3:26-CV-01193-SB** |
| vs.<br>**UNITED STATES OF AMERICA; ET AL.**<br>Defendant/Respondent | DECLARATION OF MAILING OF<br>**SUMMONS; COMPLAINT** |

The undersigned hereby declares: that I, Laurice Averill, am a legal resident of the State of Oregon, over the age of 18, and not party to, nor interested in the within entitled action. My business address is 1099 Stewart St Ste 700, Seattle, WA 98101.

That on **July 21, 2026,** after substituted service was made on **July 20, 2026** to **Milton Pettus**, I completed service by depositing a true copy of the **SUMMONS;COMPLAINT**, marked with confirmation of date, time, and place of substituted service in the United States mail, by first class mail with proper postage attached.

That I addressed the envelope(s) as follows:

U.S. DEPARTMENT OF JUSTICE
601 D Street, NW
WASHINGTON, DC 20530

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

I executed this declaration on July 21, 2026 at Seattle, WA.

Declarant Laurice Averill, 1099 Stewart St Ste 700, Seattle, WA 98101. 206-521-9000.

Tracking #: **0233149738** PDX

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **3:26-cv-01193-SB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **United States Attorney for the District of Oregon**
was received by me on **9/18/2026:**

☐ I personally served the **SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Jen Cater**, who is designated by law to accept service of process on behalf of **United States Attorney for the District of Oregon** at **1000 SW Third Avenue Suite 600, Portland, OR 97204** on **09/21/2026 at 4:05 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date: 09/21/2026

[signature]
*Server's signature*

**Caspar Dennehy**
*Printed name and title*

**2102 Nw aspen ave**
**B**
**Portland, OR 97210**
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT, to Jen Cater who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'6"-5'8" tall and weighing 120-140 lbs.**

Tracking #: **0242820902**

IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF OREGON AT PORTLAND

| | |
|---|---|
| **EMANUEL MCCRAY**<br>Plaintiff/Petitioner<br>vs.<br>**UNITED STATES OF AMERICA; et al.**<br>Defendant/Respondent | Cause No.: **3:26-cv-01193-SB**<br><br>DECLARATION OF MAILING OF<br>**SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT** |

The undersigned hereby declares: that I, Laurice Averill, am a legal resident of the State of Oregon, over the age of 18, and not party to, nor interested in the within entitled action. My business address is 1099 Stewart St Ste 700, Seattle, WA 98101.

That on **September 23, 2026**, after substituted service was made on **September 21, 2026** to **Jen Cater**, I completed service by depositing a true copy of the **SUMMONS IN A CIVIL ACTION;CIVIL COMPLAINT**, marked with confirmation of date, time, and place of substituted service in the United States mail, by first class mail with proper postage attached.

That I addressed the envelope(s) as follows:

UNITED STATES ATTORNEY FOR THE DISTRICT OF OREGON
1000 SW Third Avenue Suite 600
Portland, OR 97204

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

I executed this declaration on September 23, 2026 at Seattle, WA.

Declarant Laurice Averill, 1099 Stewart St Ste 700, Seattle, WA 98101. 206-521-9000.

Tracking #: **0242820898** PDX

**DECLARANT'S EXHIBIT 3**

Query Reports Utilities Help Log Out

# U.S. District Court
## District of Oregon (Portland (3))
## CIVIL DOCKET FOR CASE #: 3:26-cv-01193-SB

McCray v. United States of America et al
Assigned to: Magistrate Judge Stacie F. Beckerman
Demand: $400,000,000,000
Cause: 28:1331 Fed. Question

Date Filed: 06/12/2026
Jury Demand: Plaintiff
Nature of Suit: 360 Personal Injury: Other
Jurisdiction: Diversity

**Plaintiff**

**Emanuel McCray**
*On Behalf of Himself and All Others Similarly Situated*
*also known as*
"Trump Genius"

represented by **Emanuel McCray**
400 W McLoughlin Blvd
Apt 5
Vancouver, WA 98660
564-208-7576
PRO SE

V.

**Defendant**

**United States of America**

represented by **Scott E. Bradford**
United States Attorney's Office
1000 S.W. Third Avenue
Suite 600
Portland, OR 97204
503-727-1040
Fax: 503-727-1117
Email: scott.bradford@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Anthony Stephen Fauci**
*In His Official Capacity as Director of the National Institute of Allergy and Infectious ) Diseases*

**Defendant**

**United States Centers for Medicare & Medicaid Services**

**Defendant**

**Atlas Genomics, LLC**
*A United States CLIA-Certified Laboratory*

**Defendant**

**X Corp.**
*A For-Profit Privately Held Corporation With A Principal Place of Business Located At 865 FM 1209, Building 2, Bastrop, TX 78602*

**Defendant**

**Meta Platforms, Inc.**
*A For-Profit Corporation Organized and Existing Under the Laws of the State of Delaware*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 06/12/2026 | 1 | Complaint. Filing fee in the amount of $405 collected. Receipt No. 117163. Jury Trial Requested: Yes. Filed by Emanuel McCray against All Defendants (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit). (ajm) (Entered: 06/15/2026) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/16/2026 09:12:19 | | | |
| **PACER Login:** | awcsubaru | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:26-cv-01193-SB Start date: 1/1/1980 End date: 6/16/2026 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

Outlook

Activity in Case 3:26-cv-01193-IM McCray v. United States of America et al Application for CM/ECF Registration as a Self-Represented Party

**From** info@ord.uscourts.gov <info@ord.uscourts.gov>
**Date** Tue 7/7/2026 8:08 AM
**To** nobody@ord.uscourts.gov <nobody@ord.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Oregon**

## Notice of Electronic Filing

The following transaction was entered on 7/7/2026 at 8:07 AM PDT and filed on 7/6/2026
**Case Name:** McCray v. United States of America et al
**Case Number:** 3:26-cv-01193-IM
**Filer:** Emanuel McCray
**Document Number:** 5

**Docket Text:**
Application for CM/ECF Registration as a Self-Represented Party. Filed by Emanuel McCray. (dino)

**3:26-cv-01193-IM Notice has been electronically mailed to:**

Emanuel McCray emanuel.mccray@hotmail.com

Scott E. Bradford scott.bradford@usdoj.gov, CaseView.ECF@usdoj.gov, jessica.biggers@usdoj.gov

**3:26-cv-01193-IM Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=7/7/2026] [FileNumber=9378219-0] [1
d0fc1dfd12635ee562eb8191f5c61b4c91e43c76fae60a6b8c0aed6026b9a48bdef090
5a53e03f458104d5256fa60d79e26f4ccbf29e3d2d7b6eaecb6a207b6]]

Outlook

**Activity in Case 3:26-cv-01193-IM McCray v. United States of America et al Request for Judicial Notice**

**From** info@ord.uscourts.gov <info@ord.uscourts.gov>
**Date** Tue 7/7/2026 10:55 AM
**To** nobody@ord.uscourts.gov <nobody@ord.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Oregon**

## Notice of Electronic Filing

The following transaction was entered on 7/7/2026 at 10:54 AM PDT and filed on 7/6/2026
**Case Name:** McCray v. United States of America et al
**Case Number:** 3:26-cv-01193-IM
**Filer:** Emanuel McCray
**Document Number:** 6

**Docket Text:**
Request for Judicial Notice. Filed by Emanuel McCray. (Attachments: # (1) Exhibit, # (2) Exhibit, # (3) Exhibit, # (4) Exhibit, # (5) Exhibit, # (6) Exhibit, # (7) Exhibit, # (8) Exhibit, # (9) Exhibit, # (10) Exhibit, # (11) Exhibit ) (ajm)

**3:26-cv-01193-IM Notice has been electronically mailed to:**

Emanuel McCray emanuel.mccray@hotmail.com

Scott E. Bradford scott.bradford@usdoj.gov, CaseView.ECF@usdoj.gov, jessica.biggers@usdoj.gov

**3:26-cv-01193-IM Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=7/7/2026] [FileNumber=9378579-0] [6
5432dd372f9a06a5b2d9ce243155b35037fc4e8533162e391369dead1c5982d6921c1c
514b40b696acc931c01af28686b024c6d3ecda72017dc93f32529f437]]
**Document description:** Exhibit 1
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=7/7/2026] [FileNumber=9378579-1] [8
028613a9ad4fbdb4dfd5efb0f8b29aac6f3edb10858af76c7a64aa58008b734285712a
0e8feb34e539cb80f968749a6681f9cdf34273bde9327721500f42543]]
**Document description:** Exhibit 2
**Original filename:**Not Available

**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=7/7/2026] [FileNumber=9378579-2] [3
588696b604ca47a4d27b64a13cb8c477f648c4cb62efe8b4766337a9e9be7a457dc6fd
67886dbb0b4367558a45acce0eac7d0e884bdf52eafb38aa5e6d490ef]]
**Document description:** Exhibit 3
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=7/7/2026] [FileNumber=9378579-3] [1
9647a5d790567c035fd4c112ea60f39894a861ea9d12edfc21f2c3adf4206125c3709c
cc44f937a86e63208c785633f9a8e767978bd5e1cc6f74a865030d256]]
**Document description:** Exhibit 4
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=7/7/2026] [FileNumber=9378579-4] [3
130ce88e6a993ca6d6b469c0741672e6bfffbd5e027718e7353ba6608080d5bde9c9a6
da5d4db606f958088c37e68295b9fc74e73e6458535988d173e01bea0]]
**Document description:** Exhibit 5
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=7/7/2026] [FileNumber=9378579-5] [0
3393a77b6813cd73043ebee5544b722cef06fc07f12c98d51cba8255fa5fff08e2629c
42b2ca2d71e71cf687fe1a426986569c2595113043059730c3fd5f45b]]
**Document description:** Exhibit 6
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=7/7/2026] [FileNumber=9378579-6] [a
8565512f4f14454671bc6acf24e51b602f903adbdc1d8b5621761ed185b8465c2e3169
ceacd07f94321186837f9e938ba2a0ab037cc3a33ff949ae3fd3d86f0]]
**Document description:** Exhibit 7
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=7/7/2026] [FileNumber=9378579-7] [0
82f27fd5df5f60ef3d44ec2f29b9a1dc137993cd5d4a580c5f4d6cfcef4a2b4ef3af33
05b80053c631ef063eaf1027804d7cc158015133e8c97f45b501d3740]]
**Document description:** Exhibit 8
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=7/7/2026] [FileNumber=9378579-8] [2
5e50c4a1fb01742c893eef70b9163ad2115869eb85d6c2fe51e16c9723b3705adb0c1b
7706568a463a6eed9e23f545aa34b850120803531a4058000ca934960]]
**Document description:** Exhibit 9
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=7/7/2026] [FileNumber=9378579-9] [0
0f0edcb61c489e238c2ab5373504d0064e1fe51f315313093b21ab3bca3ac037536989
657e3a6b8459e8836f51d87a83e46aa5bd3dd06bb0fbe1bfbea11cc11]]
**Document description:** Exhibit 10
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=7/7/2026] [FileNumber=9378579-10] [
a97af6b58c5c33fbafce10df767a714e01bb82441dfbcec0406416a44645027d74eecc
137604b41530771c679b63b4ecdd42f053608a8946ea5f1b8d99c2a7bf]]
**Document description:** Exhibit 11
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=7/7/2026] [FileNumber=9378579-11] [
60dbdfb0fa03b93f9b29adf69a8d3fb8c1651be3a62ab4b9774266ae23dc867261e475
ee223997d6a047d5fc8553fc7729f42a42206342ea2fa562d91c6faece]]

Outlook

**Activity in Case 3:26-cv-01193-IM McCray v. United States of America et al Order on Application for CMECF Registration as a Self-Represented Party**

**From** info@ord.uscourts.gov <info@ord.uscourts.gov>
**Date** Wed 7/8/2026 5:01 PM
**To** nobody@ord.uscourts.gov <nobody@ord.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Oregon**

## Notice of Electronic Filing

The following transaction was entered on 7/8/2026 at 4:59 PM PDT and filed on 7/8/2026
**Case Name:** McCray v. United States of America et al
**Case Number:** 3:26-cv-01193-IM
**Filer:**
**Document Number:** 7

**Docket Text:**
**ORDER:** Granting [5]Application of Emanuel McCray for CM/ECF Registration as a Self-Represented Party. See attached order for important instructions. Ordered by Judge Karin J. Immergut. (jy)

**3:26-cv-01193-IM Notice has been electronically mailed to:**

Scott E. Bradford scott.bradford@usdoj.gov, jessica.biggers@usdoj.gov, caseview.ecf@usdoj.gov

Emanuel McCray emanuel.mccray@hotmail.com

**3:26-cv-01193-IM Notice will not be electronically mailed to:**

Outlook

**Activity in Case 3:26-cv-01193-IM McCray v. United States of America et al Order on Request for Judicial Notice**

**From** info@ord.uscourts.gov <info@ord.uscourts.gov>
**Date** Tue 7/14/2026 4:55 PM
**To** nobody@ord.uscourts.gov <nobody@ord.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Oregon**

## Notice of Electronic Filing

The following transaction was entered on 7/14/2026 at 4:54 PM PDT and filed on 7/14/2026
**Case Name:** McCray v. United States of America et al
**Case Number:** 3:26-cv-01193-IM
**Filer:**
**Document Number:** 8(No document attached)

**Docket Text:**
**ORDER DENYING REQUEST FOR JUDICIAL NOTICE:** This Court is in receipt of Plaintiff's Request for Judicial Notice, ECF [6]. Plaintiff attaches over 1,200 pages of documents to his motion. It is unclear what Plaintiff is seeking this Court to take judicial notice of at this stage of the case. No defendant has yet appeared in this case. Plaintiff's request for this Court to take judicial notice of voluminous records does not comply with Federal Rule of Evidence 201, and accordingly, Plaintiff's request is DENIED. Ordered on 7/14/2026 by Judge Karin J. Immergut. (jy)

**3:26-cv-01193-IM Notice has been electronically mailed to:**

Scott E. Bradford scott.bradford@usdoj.gov, CaseView.ECF@usdoj.gov, jessica.biggers@usdoj.gov

Emanuel McCray emanuel.mccray@hotmail.com

**3:26-cv-01193-IM Notice will not be electronically mailed to:**

Outlook

**Activity in Case 3:26-cv-01193-IM McCray v. United States of America et al Motion to Dismiss**

**From** info@ord.uscourts.gov <info@ord.uscourts.gov>
**Date** Wed 8/19/2026 4:17 PM
**To** nobody@ord.uscourts.gov <nobody@ord.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Oregon**

## Notice of Electronic Filing

The following transaction was entered by Hawkes, Peter on 8/19/2026 at 4:17 PM PDT and filed on 8/19/2026
**Case Name:** McCray v. United States of America et al
**Case Number:** 3:26-cv-01193-IM
**Filer:** Meta Platforms, Inc.
**Document Number:** 10

**Docket Text:**
Motion to Dismiss Filer is subject to the requirements of Fed. R. Civ. P. 7.1. Filed by Meta Platforms, Inc.. (Hawkes, Peter)

**3:26-cv-01193-IM Notice has been electronically mailed to:**

Emanuel McCray emanuel.mccray@hotmail.com, kwikpress.tees@gmail.com, trumpgenius@recap.email

Peter D. Hawkes peter@angelicalfo.com, 4837613420@filings.docketbird.com, docketing@angelicalfo.com

**3:26-cv-01193-IM Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=8/19/2026] [FileNumber=9427478-0] [
590f4d0b65071d0d49f4d650300424686760ad85e416db8be9728b44fabb95b0a9beef
b014c1015c11465806516eee47e2c2559ce5cb35b4d47d0788050b29ef]]

Outlook

Activity in Case 3:26-cv-01193-IM McCray v. United States of America et al Response to Motion

**From** info@ord.uscourts.gov <info@ord.uscourts.gov>
**Date** Wed 8/19/2026 8:51 PM
**To** nobody@ord.uscourts.gov <nobody@ord.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Oregon**

## Notice of Electronic Filing

The following transaction was entered on 8/19/2026 at 8:50 PM PDT and filed on 8/19/2026
**Case Name:** McCray v. United States of America et al
**Case Number:** 3:26-cv-01193-IM
**Filer:** Emanuel McCray
**Document Number:** 12

**Docket Text:**
Response to Motion to Dismiss Filer is subject to the requirements of Fed. R. Civ. P. 7.1[10]. Filed by Emanuel McCray. (McCray, Emanuel)

**3:26-cv-01193-IM Notice has been electronically mailed to:**

Emanuel McCray emanuel.mccray@hotmail.com, kwikpress.tees@gmail.com, trumpgenius@recap.email

Peter D. Hawkes peter@angelicalfo.com, 4837613420@filings.docketbird.com, docketing@angelicalfo.com

**3:26-cv-01193-IM Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=8/19/2026] [FileNumber=9427662-0] [
17e71e887d59447b31ba64affb4a2dbf065001a785c09be4407530fe0de42f76484486
248f36aeb2fed5be9e3ef4d5c32f2a7122095bf3a6787e3b60ad7a58b4]]