**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON (PORTLAND)**

| | |
|---|---|
| EMANUEL MCCRAY,<br>a/k/a "Trump Genius," *On Behalf of Himself and All Others Similarly Situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Case No. **3:26-CV-01193-IM**<br><br>PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AS TO DEFENDANT UNITED STATES CENTERS FOR MEDICARE & MEDICAID SERVICES |

Plaintiff Emanuel McCray requests that the Clerk of Court enter default against defendant United States Centers for Medicare & Medicaid Services pursuant to Rule 55(a) of the Federal Rule of Civil Procedure.

In support of this request, Plaintiff relies upon the record in this case and the Declaration of Service of Process attached to this Motion.

Dated this 2nd day of October 2026.

Emanuel McCray
*Plaintiff, Pro Se*