**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON (PORTLAND)**

| | |
|---|---|
| EMANUEL MCCRAY, a/k/a "Trump Genius," *On Behalf of Himself and All Others Similarly Situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, *et al.,*<br><br>Defendants. | Case No. **3:26-CV-01193-IM**<br><br>CERTIFICATE OF SERVICE |

I, Emanuel McCray, hereby certify that on October 2, 2026, I caused a copy of ECF 17, the Motion for Entry of Default, the Affidavit in Support of the Motion for Entry of Default, and the Proposed Entry of Default to be placed in a postage-paid envelope and deposited the envelopes in the United States mail addressed to the United States Department of Justice and the U.S. Attorney's Office as set forth below:

| | |
|---|---|
| The Honorable Todd Blanche<br>U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | The Honorable Scott E. Bradford<br>United States Attorney<br>United States Attorney's Office<br>1000 SW Third Avenue, Suite 600<br>Portland, OR 97204 |

Dated this 2nd day of October 2026.

Emanuel McCray

Emanuel McCray