**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON (PORTLAND)**

| | |
|---|---|
| EMANUEL MCCRAY, a/k/a "Trump Genius," *On Behalf of Himself and All Others Similarly Situated,* Plaintiffs, vs. UNITED STATES OF AMERICA, *et al.,* Defendants. | Case No. **3:26-CV-01193-IM** PROPOSED CLERK'S ENTRY OF DEFAULT |

Plaintiff Emanuel McCray requests that the Clerk of Court enter default against defendant United States Centers for Medicare & Medicaid Services pursuant to Rule 55(a) of the Federal Rule of Civil Procedure.

It appearing from the record that defendant has failed to appear, plead, or otherwise defend, the default of defendant United States Centers for Medicare & Medicaid Services is hereby entered pursuant to Rule 55(a) of the Federal Rule of Civil Procedure.

Dated this _________ day of October, 2026.