**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON (PORTLAND)**

| | |
|---|---|
| EMANUEL MCCRAY, a/k/a "Trump Genius," *On Behalf of Himself and All Others Similarly Situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Case No. **3:26-CV-01193-IM**<br><br>DECLARATION OF SERVICE OF PROCESS IN SUPPORT OF PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT |

I, Emanuel McCray, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true, accurate, and correct based upon my direct personal knowledge and complete audit of the official docket of the United States District Court for the District of Oregon in Case No. 3:26-cv-01193-IM:

1. I am the plaintiff in the above-entitled action and I am familiar with the file, records, and pleadings in this matter.

2. A true and correct copy of the docket in this matter as of October 6, 2026 at 01:46am is attached as Declarant's Exhibit 1.

3. The complaint was filed on June 12, 2026. ECF 1.

4. Defendant X Corp. failed to return the waiver of the service of summons attached to the "Notice of A Lawsuit and Request To Waive Service of Summons" dated June 20, 2026. Declarant's Exhibit 2.

5. On September 10, 2026, the summons was issued as to Defendant X Corp. See ECF 16 at 2, attached as Declarant's Exhibit 3.

6. On September 14, 2026, Defendant X Corp. was served a copy of the summons and complaint through its Registered Agent. Declarant's Exhibit 4 at 1.

7. On September 14, 2026, after service of the summons and complaint, a copy of the summons and complaint was mailed to the Registered Agent that accepted service for Defendant X Corp. Declarant's Exhibit 4 at 2.

8. An answer by Defendant X Corp. was due on October 5, 2026. A review of the Docket in this matter reflects that defendant X Corp. has failed to appear, plead, or otherwise defend.

9. On or about June 12, 2026, the Court's CM/ECF system listed "Scott E. Bradford", United States Attorney's Office (Portland), as entitled to receive notice of electronic filings through the following electronic mail account: scott.bradford@usdoj.gov. See ¶ 4 of ECF 17 at 2.

10. On July 7, 2026, at the time ECF 5 was filed, the CM/ECF system showed an update to include the following electronic mail addresses for the U.S.

Attorney's office and the U.S. Department of Justice: scott.bradford@usdoj.gov, CaseView.ECF@usdoj.gov and jessica.biggers@usdoj.gov. See ¶ 6 of ECF 17 at 2.

11. On August 19, 2026, at the time ECFs 10 and 12 were filed, the CM/ECF notification system showed the system no longer included the previous electronic mail addresses for the U.S. Attorney's office and the U.S. Department of Justice. See ¶ 11 of ECF 17 at 3.

12. From June 18, 2026 through October 4, 2026, using the U.S. Postal Service, Plaintiff has kept President Trump, and other members of his Administration, including the Honorable Todd Blanche and the Honorable Scott E. Bradford, apprised of the status of the service of process as to all Defendants and other matters related thereto. See Declarant's Exhibit 5.

13. Defendant X Corp., after having full knowledge of the filing of the complaint and the proceedings, through the Notice of Lawsuit and the service of Summons, has failed to appear, plead or otherwise defend within the time allowed by the Summons and is now in default.

14. The United States Department of Justice and the U.S. Attorney's Office at Portland, after having full knowledge of the filing of the complaint and the proceedings against all Defendants, through this Court's CM/ECF notification system, and the U.S. Postal Service, have failed to convert their informal appearances into formal appearances.

15. Plaintiff respectfully requests that the Clerk of Court enter default against Defendant X Corp. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct. I executed this Declaration on October 6, 2026 at Vancouver, Washington.

Emanuel McCray