**DECLARANT'S EXHIBIT 3**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| EMANUEL MCCRAY<br><br>*Plaintiff(s)*<br>v.<br>UNITED STATES OF AMERICA, ET AL.<br><br>*Defendant(s)* | ) | Civil Action No. 3:26-cv-01193-IM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* X. CORP.
C/O United Agent Group Inc.
Registered Agent
2595 N Dallas Pkwy, Suite 350
Frisco, TX 75034

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

EMANUEL MCCRAY
400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

**MELISSA AUBIN, Clerk of Court**

**Date: 09/10/2026**

**By: s/AidenMorrissey, Deputy Clerk**