# DECLARANT'S EXHIBIT 4

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **3:26-cv-01193-SB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **X. CORP.**
was received by me on **9/13/2026:**

☐ I personally served the **SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **United Agent Group Inc.**, who is designated by law to accept service of process on behalf of **X. CORP.** at **2595 N Dallas Pkwy, Suite 350 Frisco, TX 75034** on **09/14/2026 at 10:26 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 89.00** for services, for a total of **$ 89.00**.

I declare under penalty of perjury that this information is true.

Date: 09/14/2026

[signature]

*Server's signature*

**Babatunde Gbadamosi**

*Printed name and title*

**380 Vista Court Drive**
**Apt 4223**
**Plano, TX 75074**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT, to United Agent Group Inc., Registered Agent with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 35-45 years of age, 5'10"-6'0" tall and weighing 180-200 lbs with glasses.**

**Document received by Antonio M**

Tracking #: **0241605180**

IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF OREGON AT PORTLAND

| | |
|---|---|
| **EMANUEL MCCRAY**<br>Plaintiff/Petitioner<br>vs.<br>**UNITED STATES OF AMERICA; et al.**<br>Defendant/Respondent | Cause No.: **3:26-cv-01193-SB**<br><br>DECLARATION OF MAILING OF<br>**SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT** |

The undersigned hereby declares: that I, Laurice Averill, am a legal resident of the State of Oregon, over the age of 18, and not party to, nor interested in the within entitled action. My business address is 1099 Stewart St Ste 700, Seattle, WA 98101.

That on **September 14, 2026**, after personal service was made on **September 14, 2026** to **United Agent Group Inc., Registered Agent**, I completed service by depositing a true copy of the **SUMMONS IN A CIVIL ACTION;CIVIL COMPLAINT**, marked with confirmation of date, time, and place of personal service in the United States mail, by first class mail with proper postage attached.

That I addressed the envelope(s) as follows:

X. CORP.
c/o United Agent Group Inc., Registered Agent
2595 N Dallas Pkwy
Suite 350 Frisco, TX 75034

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

I executed this declaration on September 14, 2026 at Seattle, WA.

________________________________

Declarant Laurice Averill, 1099 Stewart St Ste 700, Seattle, WA 98101. 206-521-9000.

Tracking #: **0241605170** PDX