# DECLARANT'S EXHIBIT 5

UNCLASSIFIED

**EMANUEL MCCRAY**
**a/k/a TRUMP GENIUS**
400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660
emanuel.mccray@hotmail.com

**Ref:** ***McCray v. United States, et al.*, Case No. 3:26-cv-01193-IM, Portland, Oregon Federal District Court, Filed June 12, 2026**

**SERVICE OF PROCESS "PERFECTED" FOR ATLAS GENOMICS, LLC**

October 4, 2026

**President Donald John Trump**
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20500

Dear President Trump:

As you were previously briefed, our September 27, 2026 follow up on Defendant Atlas Genomics, LLC found Dr. **MICHAEL KALNOSKI,** its last known Director, serving as the "Laboratory Director" for the **PRC/CCP** controlled **Chengdu Nuoxin Biotechnology Co., Ltd.** ("CNBC, Ltd."), which is currently assigned CLIA ID No. 99D2327869 by Defendant United States Centers for Medicare & Medicaid Services.

We also informed you that we found **Dr. RYAN S. ROBETORYE, M.D., Ph.D.**, a highly experienced, board-certified pathologist and hematology specialist, serving as the "Laboratory Director" for **PRC/CCP** controlled **Nanjing Shihe Medical Laboratory Co., Ltd.**, Chinese company name 南京世和医学检验有限公司, CLIA ID No. **99D2156674**, situated in Nanjing, China, and **Geneseeq Technology Inc.,** CLIA ID No. **99D2317193**, situated in Toronto, Canada, and controlled from Nanjing, China. Both **PRC/CCP** biolabs operate under the certification of Defendant United States Centers for Medicare & Medicaid Services.

On October 3, 2026, in the above-referenced case, we mailed you a copy of "PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT" against Defendant United States Centers for Medicare & Medicaid Services filed on October 2, 2026.

On September 25, 2026, **ANTHONY FAUCI** was served with Summons and Complaint. His response is due **TUESDAY, NOVEMBER 24, 2026.** However, we note that any response must be either consistent or inconsistent with the default of Defendant United States Centers for Medicare & Medicaid Services.

On October 3, 2026, we received a letter from the Office of the Secretary of the State of Washington, a copy is attached hereto, that:

**"Service is considered perfected on the defendant [Atlas Genomics, LLC)] on the date of: September 21, 2026".** (Bold added.) A response from Atlas Genomics is now due on **MONDAY, OCTOBER 12, 2026.**

On June 22, 2026, the U.S. Postal Service advised that mail had been delivered to the address of Atlas Genomics, LLC on file with the Washington Secretary of State. On September 14, 2026 at 9:38am, Process Server David Gardoni spoke with an individual who stated **ATLAS GENOMICS, LLC** had moved.

Because this mail was never returned by the Postal Service, we have initiated correspondence with the current tenant, **SUSTAINABLE HARVEST, INC.**, Tel: (503) 235-1119, which claimed to have been the occupant on June 22, 2026; and its Parent, **SUCAFINA NA INC.,** Tel: (646) 740-0815. We are now attaching a copy of our correspondence.

Submitted respectfully,

Emanuel McCray
**a/k/a Trump Genius**

**Cc:**
**The Honorable Todd Blanche**
*In His Official Capacity As Attorney General of the United States of America*

**The Honorable Walter Joseph Clayton III,**
*In His Official Capacity As Director of National Intelligence*

**The Honorable John Lee Ratcliffe,**
*In His Official Capacity As Director of the Central Intelligence Agency*

**The Honorable Robert Francis Kennedy Jr.,**
*In His Official Capacity As Secretary of U.S. Health and Human Services*

**The Honorable Scott E. Bradford,**
*In His Official Capacity As United States Attorney for the District of Oregon,*
1000 SW Third Avenue, Suite 600, Portland, OR 97204, Tel: (503) 727-1000

**Attorney Aaron P. Brecher**
c/o Orrick, Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, WA 98101
**Attorney Peter D. Hawkes**
c/o Angeli & Calfo LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
*Attorneys for Defendant Meta Platforms*

**WASHINGTON**
Secretary of State
Corporations & Charities Division

Corporations & Charities Division
**Physical/Overnight address:**
243 Israel Rd SE
Tumwater, WA 98501
**Mailing address:**
PO Box 40234
Olympia, WA 98504-0234
Tel: 360.725.0377
sos.wa.gov/corps

September 25, 2026

EMANUEL MCCRAY
ATTN: EMANUEL MCCRAY
400 W MCLOUGHLIN BLVD APT 5
VANCOUVER, WA 98660

To Whom It May Concern:

The undersigned hereby states that they are a duly appointed and acting clerk in the Office of the Secretary of State responsible for the receipt and processing of the service of process documents under the Washington State statute RCW 23B.18.040 and/or RCW 23.95.450 and is qualified to make the following statements.

Service is considered perfected on the defendant(s) listed below on the date of: September 21, 2026

On this date the legal documents outlined below, in the action relating to the plaintiff(s) and defendant(s) listed below, were received by the Office of the Secretary of State. The legal documents under the Cause Number listed below, if applicable, were placed on file, under file number: 36056

**Cause Number:** 3:26-CV-01193-IM

**Legal Documents received:**

SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT ASSAULT AND BATTERY SARS-COV-2 "LAB LEAK" CHRONIC INFECTION CLASS ACTION;

**Plaintiff(s):**
EMANUEL MCCRAY

**Defendant(s):**
ATLAS GENOMICS, LLC

Duly appointed and acting clerk by the Office of the Secretary of State: *Mattie Haynes*

SEATTLE WA 980
30 SEP 2026 PM 3 L

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 98501 $ 000.78⁰
02 7W
0008045540 SEP 28 2026

WASHINGTON
Secretary of State

Corporations & Charities Division
PO Box 40234
Olympia, WA 98504-0234

Rec'd 10/3/26

EMANUEL MCCRAY
ATTN: EMANUEL MCCRAY
400 W MCLOUGHLIN BLVD APT 5
VANCOUVER, WA 98660

98660-255705

**UNCLASSIFIED**

**EMANUEL MCCRAY**
400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660
emanuel.mccray@hotmail.com

**Ref:** ***McCray v. United States, et al.*, Case No. 3:26-cv-01193-IM, Portland, Oregon Federal District Court, Filed June 12, 2026**

**STATUS OF U.S MAIL DELIVERED TO SUSTAINABLE HARVEST, INC. (ATLAS GENOMICS, LLC) USPS TRACKING NO. 4209819995055066717161710955OO**

October 4, 2026

| | |
|---|---|
| Sustainable Harvest, Inc.<br>c/o Cogency Global, Inc.<br>Registered Agent<br>128 10th Avenue, SW Floor 3<br>Olympia WA 98501-1203<br><br>Sucafina NA Inc.<br>1825 Park Avenue Suite 604<br>NY 10035<br><br>Sucafina NA Inc.<br>51 NE 24th Street, Suite 204<br>Miami, FL 33137 | Governor David Behrends<br>Governor Jordan Hooper<br>Governor Conor Campbell<br>Governor Katherine Nolte Ferguson<br>Governor Andrew Brakebush<br>c/o Sustainable Harvest, Inc.<br>2296 W Commodore Way, Suite 220<br>Seattle, WA, 98199-1565<br><br>Sucafina NA Inc.<br>2303 W Commodore Way<br>Seattle, WA 98199 |

**Attachments:**

(1) NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS (**ATLAS GENOMICS, LLC**)

(2) SUMMONS IN A CIVIL ACTION (**ATLAS GENOMICS, LLC**)

(3) PROOF OF NONSERVICE OF SUMMONS (**ATLAS GENOMICS, LLC**)

(4) INVOICE FOR PROOF OF NONSERVICE OF SUMMONS (**ATLAS GENOMICS, LLC**)

Dear **Sustainable Harvest, Inc.**:

**THIS IS A VERY URGENT AND TIME-SENSITIVE MATTER**

This letter is a request for **SUSTAINABLE HARVEST, INC.** to identify what happened to First Class Mail addressed to "**ATLAS GENOMICS, LLC**" which was never returned to the sender, the undersigned, as undeliverable or unable to forward by the U.S. Postal Service.

**UNCLASSIFIED**

On June 22, 2026, the U.S. Postal Service notified the undersigned, Plaintiff in the referenced lawsuit, that a mailing containing Attachment (1), dated June 20, 2026, "was delivered in or at the mailbox at 4:34 pm on June 22, 2026 in SEATTLE, WA 98199, Tracking Number 420981999505506671716171095500, which was addressed to "**ATLAS GENOMICS, LLC**" at the following address on file with the Washington Secretary of State: 2296 W Commodore Way, Suite 220, Seattle, WA, 98199-1565.

On September 10, 2026, the undersigned caused Attachment (2) to be issued because **ATLAS GENOMICS, LLC** failed to return the waiver service of summons and complaint, which was contained in the mailing, Attachment (1).

On September 14, 2026 at 9:38am, Process Server David Gardoni spoke with an individual at **SUSTAINABLE HARVEST, INC.** who stated **ATLAS GENOMICS, LLC** had moved, (Attachment 3), notwithstanding the fact that the U.S. Postal Service indicated the mail "was delivered in or at the mailbox at 4:34 pm on June 22, 2026." **The current total cost of serving the Summons and Complaint sits at "$178.00."**

On June 22, 2026, the Statutes at Large contained a few provisions of law regarding mail that is delivered, but where the intended recipient had moved. In passing the Postal Reorganization Act of 1970, Congress required the U.S. Postal Service to provide "prompt, reliable, and efficient services to patrons…." 39 U.S.C. § 101(a).

Please inform the undersigned, by regular mail or email and at your earliest convenience, exactly what was done with this U.S. mail that was addressed and delivered to **ATLAS GENOMICS, LLC** at your address.

Thank you very much.

Emanuel McCray

**Cc:**

**Donald John Trump,**
*In His Official Capacity As President of the United States of America*

**The Honorable Todd Blanche**
*In His Official Capacity As Attorney General of the United States of America*

**The Honorable Walter Joseph Clayton III,**
*In His Official Capacity As Director of National Intelligence*

**The Honorable John Lee Ratcliffe,**
*In His Official Capacity As Director of the Central Intelligence Agency*

**The Honorable Robert Francis Kennedy Jr.,**
*In His Official Capacity As Secretary of U.S. Health and Human Services*

UNCLASSIFIED

**The Honorable Scott E. Bradford,**
*In His Official Capacity As United States Attorney for the District of Oregon,*
1000 SW Third Avenue, Suite 600, Portland, OR 97204, Tel: (503) 727-1000

**Attorney Aaron P. Brecher**
c/o Orrick, Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, WA 98101
**Attorney Peter D. Hawkes**
c/o Angeli & Calfo LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
*Attorneys for Defendant Meta Platforms*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| EMANUEL MCCRAY<br>*Plaintiff*<br>v.<br>UNITED STATES, ET AL.<br>*Defendant* | ) | Civil Action No. 3:26-cv-01193-SB |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: ATLAS GENOMICS, LLC, C/O CHRISTOPHER JACOB
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 60 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 06/20/2026

Emanuel McCray
*Signature of the attorney or unrepresented party*

EMANUEL MCCRAY
*Printed name*

400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660
*Address*

emanuel.mccray@hotmail.com
*E-mail address*

(564) 208-7576
*Telephone number*

Case 3:26-cv-01193-IM Document 16 Filed 09/10/26 Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

EMANUEL MCCRAY

*Plaintiff(s)*

v.

UNITED STATES OF AMERICA, ET AL.

*Defendant(s)*

Civil Action No. 3:26-cv-01193-IM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Atlas Genomics, LLC
c/o Christopher Jacob
Registered Agent
2296 W. Commodore Way, Suite 220
Seattle, WA 98199

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: EMANUEL MCCRAY
400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

**Date: 09/10/2026**

**By: s/AidenMorrissey, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **3:26-cv-01193-SB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Atlas Genomics, LLC**
was received by me on **9/14/2026:**

☐ I personally served the **SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **Moved** after attempting service at **2296 W Commodore Way Ste 220, Seattle, WA 98199-1565**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 89.00** for services, for a total of **$ 89.00**.

I declare under penalty of perjury that this information is true.

Date: 09/14/2026

*Server's signature*

**David Gardoni**
*Printed name and title*

**7511 32 Ave NW**
**Seattle, WA 98117**

*Server's address*

Additional information regarding attempted service, etc:

**9/14/2026 9:38 AM: I spoke with an individual who identified themselves as the employee and they stated subject moved. At the address I observed a call/mail box listing another. Sustainable Harvest is in unit and has been for over a year.**

Tracking #: 0241618971

abclegal

# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

BILL TO:

**EMANUEL MCCRAY <emanuel.mccray@hotmail.com>**
**400 W McLoughlin Blvd Apt 5**
**Vancouver, WA 98660-2557**

INVOICE# 30482057.100
DATE Sep 10, 2026
ACCOUNT# 278996
ATTENTION emanuel.mccray@hotmail.com
REFERENCE# REF-26624178

**AMOUNT DUE $ 0.00**

CASE # N/A
CASE TITLE N/A
COURT N/A

## SERVICES PERFORMED

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| Prepare Suit | | |
| Process Service - Web Upload | Uploaded File(s): ANALYZE. Summons Issued Electronically as to Atlas Genomics, LLC, X Corp.pdf, McCray v. United States. COMPLAINT. ECF 1.pdf<br>Rush Requested: No<br>Priority Requested: No<br>Parties To Serve: 2 | 178.00 |

| | |
|---|---|
| SUBTOTAL | $ 178.00 |
| SALES TAX | $ 0.00 |
| **TOTAL CHARGES** | **$ 178.00** |

## PAYMENTS

| SOURCE | DATE | AMOUNT |
|---|---|---|
| mastercard ending in 4203 | September 10, 2026 | 178.00 |

| | |
|---|---|
| **AMOUNT PAID** | **$ 178.00** |
| **AMOUNT DUE** | **$ 0.00** |

UNCLASSIFIED

**EMANUEL MCCRAY**
**a/k/a TRUMP GENIUS**
400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660
emanuel.mccray@hotmail.com

**Ref:** ***McCray v. United States, et al.*, Case No. 3:26-cv-01193-IM, Portland, Oregon Federal District Court, Filed June 12, 2026**

**FOLLOW UP LEAD FOR**
**DEFENDANT CENTERS FOR MEDICARE & MEDICAID SERVICES**

September 30, 2026

**President Donald John Trump**
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20500

Dear President Trump:

As a refresher, our September 27, 2026 follow up on Dr. **MICHAEL KALNOSKI,** the last known Director of Defendant Atlas Genomics, LLC, found **KALNOSKI** serving as the "Laboratory Director" for the PRC/CCP controlled **Chengdu Nuoxin Biotechnology Co., Ltd.** ("CNBC, Ltd."), and is currently assigned CLIA ID No. 99D2327869 by Defendant United States Centers for Medicare & Medicaid Services ("CMS") effective July 31, 2025.

Further research involving PRC/CCP controlled clinical laboratories certified by Defendant United States Centers for Medicare & Medicaid Services uncovered one **Dr. RYAN S. ROBETORYE, M.D., Ph.D.**, a highly experienced, board-certified pathologist and hematology specialist based in Phoenix and Scottsdale, Arizona. (Mayo Clinic Hospital (Phoenix): 5777 E Mayo Blvd, Phoenix, AZ 85054 | Phone: (480) 342-3670; Mayo Clinic (Scottsdale): 13400 E Shea Blvd, Scottsdale, AZ 85259 | Phone: (480) 301-8000.)

**ROBETORYE** currently serves as the Medical Director or Co-Director of six clinical laboratories within the **Mayo Clinic system**, and is also listed as the "Laboratory Director" for at least two PRC/CCP controlled medical/clinical research laboratories: **(1) Nanjing Shihe Medical Laboratory Co., Ltd.**, Chinese company name 南京世和医学检验有限公司, CLIA ID No. **99D2156674**, situated in Nanjing, China and **(2) Geneseeq Technology Inc. ("Geneseeq")**, CLIA ID No. **99D2317193**, situated in Toronto, Canada, and controlled from Nanjing, China.

**Nanjing Shihe Medical Laboratory Co., Ltd.** and **Geneseeq Technology Inc.** share the same address in China: 128 Huakang Road, Pukou District, Nanjing, Jiangsu 210032, China.

It is currently believed that **Nanjing Shihe Medical Laboratory Co., Ltd.** and **Geneseeq Technology Inc.** operate under the umbrella of the Geneseeq Group, which is locally known in China as **Nanjing Shihe Gene Biotechnology Co., Ltd.**

# "SUPER INTELLIGENCE" ("SI")[1]

The Domestic Operating Lab ("DOL"), **Nanjing Shihe Medical Laboratory Co., Ltd.,** is the PRC/CCP registered corporate name for **Geneseeq**'s primary high-throughput gene sequencing and precision oncology testing facility located in Nanjing.

**Geneseeq Technology Inc.** is the global brand name and corporate entity with dual headquarters in Toronto, Canada, and Nanjing, China. Both **Nanjing Shihe Medical Laboratory Co., Ltd.** and **Geneseeq Technology Inc.,** share the corporate contact email using the global brand's domain name: "@geneseeq.com".

On November 10, 2025, **Geneseeq Technology Inc.,** announced its PanTRKare™ *NTRK1/NTRK2/NTRK3* Gene Fusion Detection Kit had received marketing authorization from the PRC/CCP's National Medical Products Administration (NMPA). The assay was approved as a companion diagnostic (CDx) test for Roche's ROZLYTREK® (entrectinib). **This milestone marks the PRC/CCP's first next-generation sequencing (NGS)-based** pan-solid tumor NGS CDx test, and is also **the PRC/CCP's first approved assay for detecting *NTRK1/2/3* gene fusions**, which occur in less than 1% of all solid tumors. **Geneseeq Technology Inc.** advertises that patients harboring these fusions can benefit from TRK inhibitors such as ROZLYTREK®. Available from https://na.geneseeq.com/geneseeq-receives-nmpa-approval-for-pantrkare-chinas-first-ngs-based-pan-solid-tumor-companion-diagnostic-kit-for-ntrk-gene-fusions/.

Here we present the most recent medical/clinical studies using **"Super Intelligence" ("SI")** published by the **Geneseeq Research Institute** of **Geneseeq Technology Inc. (Nanjing):**

> Fragmentia-AI lymphoma: a cfDNA language model for lymphoma detection using ultra-low-pass WGS. Cell Communication and Signaling. 2026 Aug 19. doi: 10.1186/s12964-026-03115-4.
> **Investigators:** Hua Bao, Xinghan Sun, Guofeng Sun, Ke Xu, Yang Xu, Liuqing Zhu, Xue Wu & Yang Shao, Nanjing Geneseeq Technology Inc., Geneseeq Research Institute, No. 128, Huakang Road, Pukou District, Nanjing, 210032, Jiangsu, China. Available from https://link.springer.com/article/10.1186/s12964-026-03115-4.

[1] Ari Levy. *Trump's meeting with tech leaders leaves AI safety more unsettled than ever.* CNBC. September 30, 2026. Available from https://www.cnbc.com/2026/09/30/after-trump-meeting-with-tech-leaders-ai-safety-in-more-chaotic-state.html; Herb Scribner, Madison Mills, Maria Curi. *Trump and top AI leaders agree to voluntary AI standards.* Axios Media Inc. September 29, 2026. https://www.axios.com/2026/09/29/trump-ai-voluntary-safety-white-house-zuckerberg; Samantha Subin. *Trump says he and tech leaders signed AI agreement that is 'morally binding'.* CNBC. September 29, 2026. https://www.cnbc.com/2026/09/29/tech-white-house-ai-lunch-trump.html.

Generalizable cancer detection from ultra-low-pass WGS via deep contextual modeling of cfDNA sequences. Molecular Biomedicine. 2026 Aug 12;7:136. doi: 10.1186/s43556-026-00538-w.
**Investigators:** Yang Xu, Song Wang, Guofeng Sun, Yi Shen, Shuang Chang, Peng He, Shuyu Wu, Shanshan Yang, Hua Bao, Xue Wu & Yang Shao, Geneseeq Research Institute, Nanjing Geneseeq Technology Inc., No. 128, Huakang Road, Pukou District, Nanjing, 210032, Jiangsu, China. Available from https://link.springer.com/article/10.1186/s43556-026-00538-w.

Toward generalizable prediction of cancer signal using a cell-free DNA language model. Cell Reports Medicine. 2026 Jul 21;7(7):102866. doi: 10.1016/j.xcrm.2026.102866.
**Investigators:**
Yang Shao, Geneseeq Research Institute, Nanjing Geneseeq Technology Inc., No. 128, Huakang Road, Pukou District, Nanjing, 210032, Jiangsu, China and School of Public Health, Nanjing Medical University, Nanjing, China;
Yang Xu, Hua Bao, Zhili Chang, Jinfeng Zhang, Shuang Chang, Baihan Zhu, Shuyu Wu, Shanshan Yang, Xue Wu, Geneseeq Research Institute, Nanjing Geneseeq Technology Inc., No. 128, Huakang Road, Pukou District, Nanjing, 210032, Jiangsu, China. Available from https://pmc.ncbi.nlm.nih.gov/articles/PMC13400139/.

As of September 18, 2026, Chinese nationals Kaihua Liu, Ningyou Li, Minhui Ren, Tao Ding, and Xinyue Hong, were listed as additional research investigators affiliated with the **Geneseeq Research Institute, Nanjing Geneseeq Technology Inc.,** Nanjing, 210032, China.

We are attaching copies of the medical/clinical Certificates issued by Defendant United States Centers for Medicare & Medicaid Services and PRC/CCP authorities.

The National Center for Biotechnology Information ("NCBI"), operating under the National Library of Medicine ("NLM"), advances science and health by providing access to biomedical and genomic information. PubMed® comprises more than 40 million citations for biomedical literature from MEDLINE, life science journals, and online books. Citations may include links to full text content from PubMed Central and publisher web sites. https://www.ncbi.nlm.nih.gov/; https://pubmed.ncbi.nlm.nih.gov/.

Science publications associated with **Geneseeq Technology Inc.,** Nanjing, China can be obtained from the United States' National Library of Medicine through PubMed® at this link: https://pubmed.ncbi.nlm.nih.gov/?term=geneseeq&sort=date&size=200.

## STATUS OF SERVICE OF PROCESS ON ALL FEDERAL DEFENDANTS

| DEFENDANT/ENTITY | SERVED | RESPONSE DUE |
|---|---|---|
| U.S. DOJ | **7/20/2026** | N/A |
| CENTERS FOR MEDICARE & MEDICAID SERVICES | **7/23/2026** | **MONDAY SEPTEMBER 21, 2026** |
| U.S. ATTORNEY (PORTLAND, OR) | **9/21/2026** | N/A |
| ANTHONY FAUCI | **9/25/2026** | **TUESDAY NOVEMBER 24, 2026** |

In summary, the referenced lawsuit alleges the United States, through Defendant Fauci and others, funded global research and seamless lab engineering of deadly pathogens, while the United States, through Defendant Centers for Medicare & Medicaid Services, globally certifies the research labs that will be responsible for surveillance and detection of these deadly pathogens, while classifying them as "natural"/animal spillover events.[2]

Perry Mason once said: "Murder is usually very simple. It's the getting away with it that's real complicated and tricky."[3]

Submitted respectfully,

Emanuel McCray
**a/k/a Trump Genius**

Cc:

**The Honorable Todd Blanche**
*In His Official Capacity As Attorney General of the United States of America*

**The Honorable Walter Joseph Clayton III,**
*In His Official Capacity As Director of National Intelligence*

---

[2] *Fauci Funded Wuhan Lab Research That Sparked COVID.* Office of the Director of National Intelligence. June 18, 2026. https://www.odni.gov/13685/pr-11-26/; https://www.odni.gov/13668/fauci-funded-wuhan-lab-research-that-sparked-covid/; *DNI Gabbard Reveals Evidence of U.S. Taxpayer-Funded Global Biolab Program.* June 12, 2026. https://www.odni.gov/13629/pr-10-26/; https://www.odni.gov/wp-content/uploads/dlm_uploads/BIOLAB_Slides.pdf.

[3] Perry Mason. *The Case of the Frantic Flyer.* Season 3, Episode 12. @ 50:36. Available from https://www.amazon.com/gp/video/detail/B077LXZRSX/ref=atv_dp_season_select_s3.

**The Honorable John Lee Ratcliffe**,
*In His Official Capacity As Director of the Central Intelligence Agency*

**The Honorable Robert Francis Kennedy Jr.,**
*In His Official Capacity As Secretary of U.S. Health and Human Services*

**The Honorable Scott E. Bradford,**
*In His Official Capacity As United States Attorney for the District of Oregon,*
1000 SW Third Avenue, Suite 600, Portland, OR 97204, Tel: (503) 727-1000

**Attorney Aaron P. Brecher**
c/o Orrick, Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, WA 98101
**Attorney Peter D. Hawkes**
c/o Angeli & Calfo LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
*Attorneys for Defendant Meta Platforms*

UNCLASSIFIED

**EMANUEL MCCRAY**
**a/k/a TRUMP GENIUS**
400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660
emanuel.mccray@hotmail.com

**Ref:** ***McCray v. United States, et al.*, Case No. 3:26-cv-01193-IM, Portland, Oregon Federal District Court, Filed June 12, 2026**

**FOLLOW UP LEADS FOR DEFENDANT ATLAS GENOMICS**

September 28, 2026

**President Donald John Trump**
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20500

Dear President Trump:

On Sunday, September 27, 2026, we followed up on a lead for the last known Director of Atlas Genomics, LLC, one **MICHAEL KALNOSKI**.

We found **KALNOSKI** serving as the "Laboratory Director" for Chengdu Nuoxin Biotechnology Co., Ltd. ("CNBC, Ltd."), which is located at: Floor 5, Building B5, No. 88 Keyuan South Road, Chengdu, Sichuan, People's Republic of China ("PRC"). "CNBC, Ltd." was assigned CLIA ID No. 99D2327869 by Defendant United States Centers for Medicare & Medicaid Services ("CMS") effective July 31, 2025. See the documentation attached to this correspondence.

Further, CNBC, Ltd. is a wholly owned subsidiary of Sichuan Baili Tianheng Pharmaceutical Co., Ltd. ("SBTPC, Ltd."), known in English as Sichuan Biokin Pharmaceutical Co., Ltd.

It is presently believed that both "CNBC, Ltd." and its parent, SBTPC, Ltd., operate under the full political control of the Chinese Communist Party ("CCP"), which is led by Xi Jinping, President of the PRC.

We also found **KALNOSKI** serving as the "Laboratory Director" for other laboratories subject to the regulatory authority of, and known by, Defendant CMS.

Through a second lead follow up, we found a September 16, 2026 report released by New York-based Strategy Risks, which claims Michigan State University ("MSU") has maintained

long-running partnerships and person-to-person ties with PRC institutions involved in domestic and international propaganda and public-opinion narrative management.[1]

"When U.S. universities collaborate with institutions that also maintain relationships with propaganda authorities, public-security organizations or military entities, assessing how expertise may circulate downstream becomes more difficult", says the report, which concludes that:

> "As of September 2026, CUC ["Communication University of China"] does not appear on any U.S. government watch list, including the Bureau of Industry and Security Entity List, the Department of War Section 1260H Chinese military companies list, or State Department sanctions, and the NDAA Section 1286 List. But this does not mean that CUC poses no risk; it may only mean it has not yet come to the attention of U.S. authorities.
> CUC's continued absence from designations likely reflects the scope of the U.S. framework. CUC's documented functions center on propaganda training, international communication, narrative construction, and domestic public-opinion management, whereas technology transfer restrictions have primarily targeted military affiliation, sensitive technology transfer, and risks to federally funded scientific research. CUC may therefore represent a category of political-influence risk that U.S. government scrutiny has not been designed to address yet."

The full report is attached also attached.

Follow up on a third lead found an email from one **ERIN HAICK** (**"HAICK"**), Political & Legislative Director for the SEIU:



---

[1] Todd Crawford. *Inside Michigan State's China Programs: From Advertising Classes to 'Psychological Warfare'.* Vision Times. September 17, 2026. Available from https://www.visiontimes.com/2026/09/17/inside-michigan-states-china-programs-from-advertising-classes-to-psychological-warfare.html; *Report: How a U.S. University Helped China Conduct "Psychological Warfare".* Strategy Risks. September 16, 2026. 48 Wall Street, Suite 1012, New York, NY 10005; (917) 477-9288. Available from https://strategyrisks.com/wp-content/uploads/2026/09/How-a-U.S.-University-Helped-China-Conduct-Psychological-Warfare.pdf.

**UNCLASSIFIED**

This email was sent to Washington State Legislators urging them to adopt a law penalizing citizen journalism investigative reporting of fraud by "immigrant childcare providers." **HAICK** called these childcare fraud investigations a "racist attack on immigrant childcare providers" without identifying the race of the providers:[2]

**Alert re: harassment of Somali child care providers**

From: Erin Haick [illegible]
To: Erin Haick [illegible]
Cc: Rebecca Johnson [illegible], Cindy Elizalde [illegible], Patti Bailey [illegible]
Date: Tue, Sep 22, 2026, 1:12 PM

CAUTION: External email.

Hi -

I wanted to make early learning leaders aware that conservative media personality Katie Daviscourt spent her weekend harassing Somali child care providers in South Seattle and Tukwila. This is part of a larger, sustained, racist attack on immigrant child care providers that makes providers and the children they serve less safe.

This corresponds with the WA GOP inviting Nick Shirley to their fundraiser last Friday – Shirley is the "citizen journalist" behind the viral Minnesota "daycare fraud" videos from earlier this year. We suspected that his visit might inspire copycats, and worked with members about their rights to not talk, to ask people to leave their property, and to report threatening behavior to authorities.

Unfortunately, we were right to be concerned about copycat attacks on child care providers. You can see video of the harassment here, and the five programs mentioned are SEIU 925 members. We are now seeing additional social media posts and a local ABC and separate NBC stations have picked up a summary of Daviscourt's piece. She claims that providers are bringing in tens of thousands a month in public dollars, and I honestly have no idea what publicly available data she could be basing this on.
As the Senate EL committee heard earlier this year, Washington has a much more rigorous oversight, licensing, and ongoing monitoring program than Minnesota. This includes yearly in-person licensor visits and auditing as well as regular visits with professional development coaches who report back to DCYF on any concerns of fraud.

It is extremely offensive that conservative media influencers are targeting low-income immigrant child care providers to get clicks and attention. I hope SEIU 925 members and providers across the state

1 / 2

can count on you to ask thoughtful questions about how to protect and strengthen Washington's child care system, and not fall for this racist clickbait campaign.

--Erin
---------------------------
Erin Haick
Political & Legislative Director
SEIU 925
1914 N 34th St #100
Seattle, WA 98103
(509) 936-3793 (c)

[2] Available from https://x.com/BrandiKruse/status/2102545209926230203.

**HAICK** is actually seeking a law that would permit "immigrant childcare providers" to remain **anonymous** while committing fraud against taxpayer funding.

Imagine if the President of the United States could remain anonymous while issuing Executive Orders, Pardons, and conducting endless wars.

Imagine also the crimes available to be committed and completed where a State authorizes anonymous voters to vote an anonymous ballot. Here, the design is deliberate, and the starting point for the "complete forensic examination" data path ends before it ever begins, or otherwise, does not ever exist. This is the case in the State of Washington and other vote-by-mail States that Executive Order No. 14399 sought to correct. It is quite something to ponder.

Submitted respectfully,

Emanuel McCray
**a/k/a Trump Genius**

Cc:

**The Honorable Todd Blanche**
*In His Official Capacity As Attorney General of the United States of America*

**The Honorable Walter Joseph Clayton III**,
*In His Official Capacity As Director of National Intelligence*

**The Honorable John Lee Ratcliffe**,
*In His Official Capacity As Director of the Central Intelligence Agency*

**The Honorable Robert Francis Kennedy Jr.,**
*In His Official Capacity As Secretary of U.S. Health and Human Services*

**The Honorable Scott E. Bradford,**
*In His Official Capacity As United States Attorney for the District of Oregon,*
1000 SW Third Avenue, Suite 600, Portland, OR 97204, Tel: (503) 727-1000

**Aaron P. Brecher**
c/o Orrick, Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, WA 98101
**Peter D. Hawkes**
c/o Angeli & Calfo LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
*Attorneys for Defendant Meta Platforms*

UNCLASSIFIED

**EMANUEL MCCRAY**
**a/k/a TRUMP GENIUS**
400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660
emanuel.mccray@hotmail.com

**Ref:** ***McCray v. United States, et al.*, Case No. 3:26-cv-01193-IM, Portland, Oregon Federal District Court, Filed June 12, 2026**

**NOTICE OF STATUS OF SERVICE OF PROCESS ON ALL DEFENDANTS**

September 26, 2026

The Honorable Todd Blanche
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Dear Attorney General Blanche:

This is courtesy notice in the referenced case:

| DEFENDANT/ENTITY | SERVED | PROCESS | DELAY | STATUS |
|---|---|---|---|---|
| U.S. DOJ/USA | **7/20/2026** | SUMMONS & COMPLAINT | N/A | N/A |
| U.S. CMS | **7/23/2026** | SUMMONS & COMPLAINT | +60 | **DUE MONDAY 9/21/2026** |
| U.S. ATTORNEY (PORTLAND, OREGON) | **9/21/2026** | SUMMONS & COMPLAINT | N/A | **N/A** |
| ANTHONY FAUCI | **9/25/2026** | SUMMONS & COMPLAINT | +60 | **DUE TUESDAY 11/24/2026 PROOF ATTACHED** |
| META | **6/20/2026** | WAIVER OF SUMMONS & COMPLAINT | N/A | **SEE ECFs 10, 12 & 13** |
| X CORP | **9/14/2026** | SUMMONS & COMPLAINT | +21 | **DUE MONDAY 10/5/2026** |
| ATLAS GENOMICS | **PENDING 9/17/2026** | ORDER PLACED WITH WASHINGTON SECRETARY OF STATE TO SERVE SUMMONS & COMPLAINT | N/A | N/A |

**UNCLASSIFIED**

Submitted respectfully,

Emanuel McCray
**a/k/a Trump Genius**

Cc:

**Donald John Trump**,
*In His Official Capacity As President of the United States of America*

**The Honorable Walter Joseph Clayton III**,
*In His Official Capacity As Director of National Intelligence*

**The Honorable John Lee Ratcliffe**,
*In His Official Capacity As Director of the Central Intelligence Agency*

**The Honorable Robert Francis Kennedy Jr.**,
*In His Official Capacity As Secretary of U.S. Health and Human Services*

**The Honorable Scott E. Bradford,**
*In His Official Capacity As United States Attorney for the District of Oregon,*
1000 SW Third Avenue, Suite 600, Portland, OR 97204, Tel: (503) 727-1000

**Aaron P. Brecher**
c/o Orrick, Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, WA 98101
**Peter D. Hawkes**
c/o Angeli & Calfo LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
*Attorneys for Defendant Meta Platforms*

UNCLASSIFIED

**EMANUEL MCCRAY**
**A/K/A TRUMP GENIUS**
400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660
emanuel.mccray@hotmail.com

**Ref:** ***McCray v. United States, et al.*, Case No. 3:26-cv-01193-IM, Portland, Oregon Federal District Court, Filed June 12, 2026**

**NOTICE OF STATUS OF SERVICE OF PROCESS ON ALL DEFENDANTS**

September 24, 2026

The Honorable Todd Blanche
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Dear Attorney General Blanche:

This is courtesy notice of Plaintiffs' Back Office Calendar for Service of Process:

| DEFENDANT/ENTITY | SERVED | PROCESS | DELAY | STATUS |
|---|---|---|---|---|
| U.S. DOJ/USA | **7/20/2026** | SUMMONS & COMPLAINT | N/A | N/A |
| U.S. CMS | **7/23/2026** | SUMMONS & COMPLAINT | +60 | **DUE MONDAY 9/21/2026** |
| U.S. ATTORNEY (PORTLAND, OREGON) | **9/21/2026** | SUMMONS & COMPLAINT | N/A | **PROOF ATTACHED** |
| ANTHONY FAUCI | **PENDING 9/16/2026** | PROCESS SERVER **JASON BRIDGES** RECEIVED SUMMONS & COMPLAINT | N/A | N/A |
| META | **6/20/2026** | WAIVER OF SUMMONS & COMPLAINT | N/A | **SEE ECFs 10, 12 & 13** |
| X CORP | **9/14/2026** | SUMMONS & COMPLAINT | +21 | **DUE MONDAY October 5, 2026** |
| ATLAS GENOMICS | **PENDING 9/17/2026** | ORDER PLACED WITH WASHINGTON SECRETARY OF STATE TO SERVE SUMMONS & COMPLAINT | N/A | SEE ATTACHED COVER SHEET |

**UNCLASSIFIED**

Submitted respectfully,

Emanuel McCray
**a/k/a Trump Genius**

Cc:

**Donald John Trump**,
*In His Official Capacity As President of the United States of America*

**The Honorable Walter Joseph Clayton III**,
*In His Official Capacity As Director of National Intelligence*

**The Honorable John Lee Ratcliffe**,
*In His Official Capacity As Director of the Central Intelligence Agency*

**The Honorable Robert Francis Kennedy Jr.,**
*In His Official Capacity As Secretary of U.S. Health and Human Services*

**The Honorable Scott E. Bradford,**
*In His Official Capacity As United States Attorney for the District of Oregon,*
1000 SW Third Avenue, Suite 600, Portland, OR 97204, Tel: (503) 727-1000

**Aaron P. Brecher**
c/o Orrick, Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, WA 98101
**Peter D. Hawkes**
c/o Angeli & Calfo LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
*Attorneys for Defendant Meta Platforms*

**UNCLASSIFIED**

**EMANUEL MCCRAY**
**A/K/A TRUMP GENIUS**
400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660
emanuel.mccray@hotmail.com

**Ref:** ***McCray v. United States, et al.*, Case No. 3:26-cv-01193-IM, Portland, Oregon Federal District Court, Filed June 12, 2026**

**STATUS OF SERVICE OF PROCESS ON ALL DEFENDANTS**

September 14, 2026

The Honorable Todd Blanche
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Dear Attorney General Blanche:

This letter provides you with courtesy notice of Plaintiffs' Back Office Calendar for Service of Process:

# PLAINTIFFS' PROGRESS CALENDAR

**FEDERAL RULES OF CIVIL PROCEDURE**
**Rule 4. Summons**
**(m) Time Limit for Service: WITHIN 90 DAYS.**

**Complaint Filed: Friday, June 12, 2026**

## RESULTS: THURSDAY, SEPTEMBER 10, 2026

| DEFENDANT/ENTITY | SERVED | PROCESS | DELAY | STATUS |
|---|---|---|---|---|
| U.S. DOJ/USA | **7/20/2026** | SUMMONS & COMPLAINT | N/A | N/A |
| U.S. CMS | **7/23/2026** | SUMMONS & COMPLAINT | +60 | **9/21/2026 MONDAY** |
| U.S. FAUCI | **PENDING** | SUMMONS & COMPLAINT | N/A | N/A |
| U.S. ATTORNEY (OREGON) | **PENDING** | SUMMONS & COMPLAINT | N/A | N/A |

| | | | | |
|---|---|---|---|---|
| META | **6/20/2026** | WAIVER OF SUMMONS & COMPLAINT | N/A | **SEE ECFs 10, 12 & 13** |
| X CORP | **9/14/2026** | SUMMONS & COMPLAINT | +21 | **October 5, 2026 MONDAY** |
| ATLAS GENOMICS | **6/20/2026** | WAIVER OF SUMMONS & COMPLAINT | +60 | **DELIVERED** 4:34 pm on June 22, 2026 |
| ATLAS GENOMICS | **9/14/2026** | UNABLE TO SERVE SUMMONS & COMPLAINT AFTER FAILURE TO WAIVE SERVICE | N/A | "MOVED" ***SEE ATTACHED*** |

Submitted respectfully,

Emanuel McCray
**a/k/a Trump Genius**

Cc:

**Donald John Trump**,
*In His Official Capacity As President of the United States of America*

**The Honorable Walter Joseph Clayton III**,
*In His Official Capacity As Director of National Intelligence*

**The Honorable John Lee Ratcliffe**,
*In His Official Capacity As Director of the Central Intelligence Agency*

**The Honorable Robert Francis Kennedy Jr.,**
*In His Official Capacity As Secretary of U.S. Health and Human Services*

**The Honorable Scott E. Bradford,**
*In His Official Capacity As United States Attorney for the District of Oregon,*
1000 SW Third Avenue, Suite 600, Portland, OR 97204, Tel: (503) 727-1000

**Aaron P. Brecher**
c/o Orrick, Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, WA 98101
**Peter D. Hawkes**
c/o Angeli & Calfo LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
*Attorneys for Defendant Meta Platforms*

**EMANUEL MCCRAY**
a/k/a Trump Genius
400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660
emanuel.mccray@hotmail.com

# NOTICE OF CONGRESSIONAL DEFAULT

**Ref:** ***McCray v. United States, et al.*, Case No. 3:26-cv-01193-IM, Portland, Oregon Federal District Court, Filed June 12, 2026** (Civil Complaint for Assault and Battery SARS-COV-2 "Lab Leak" Chronic Infection)

August 8, 2026

The Honorable Walter Joseph Clayton III
Director of National Intelligence
Washington, D.C. 20511
Fax: (571) 280-0643

Dear Director Clayton:

**PLEASE BE ADVISED** that the Office of Director of National Intelligence ("ODNI") has failed to release the declassified "COVID-19" intelligence Congress mandated under Public Law 119-60, div. F, title LXVIII, §6803(3) and signed by President Trump, which was due from the ODNI not later than June 16, 2026, as set forth in the Complaint at ¶¶ 151 through 155 and 164.

Service of the Summons and Complaint has been completed as follows:

| PERSON/ENTITY TO SERVE | PROCESS SERVER | AS OF DATE |
|---|---|---|
| U.S. Department of Justice | Katrina Littleton | July 20, 2026 **SERVED** |
| U.S. Centers for Medicare and Medicaid Services | Olutosin Ajayi | July 23, 2026 **SERVED** |
| Anthony Stephen Fauci, *In His Official Capacity as Director of the National Institute of Allergy and Infectious Diseases* | **Ian Chen:** "I spoke with an individual who identified themselves as the security officer d. cook and they stated service not permitted. I was denied access to the building and | July 27, 2026 |

| | | |
|---|---|---|
| | instructed to leave. I was informed that service of process is "not accepted in federal buildings" and that no one at the location was authorized to accept the summons." | |

**CERTIFIED MAIL**

| | |
|---|---|
| SUMMONS AND COMPLAINT USDOJ,<br>Tracking Number: 70201810000096702009 | SUMMONS AND COMPLAINT NIH,<br>Tracking Number: 70201810000096702030 |
| SUMMONS AND COMPLAINT DC ATTORNEY,<br>Tracking Number: 70201810000096702016 | SUMMONS AND COMPLAINT NIAID,<br>Tracking Number: 70201810000096702054 |
| SUMMONS AND COMPLAINT U.S. CMS,<br>Tracking Number: 70182290000036027425 | SUMMONS AND COMPLAINT U.S. STATE DEPARTMENT,<br>Tracking Number: 70182290000036027401 |

The Complaint retains the declassified markings assigned by the Defense Intelligence Agency. The ODNI_FOIA Responses were marked "UNCLASSIFIED" by Your Agency.

Emanuel McCray
a/k/a **TRUMP GENIUS**
*On Behalf of Himself and All Others Similarly Situated*

**EMANUEL MCCRAY**
400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660
emanuel.mccray@hotmail.com

**Ref:** ***McCray v. United States, et al.*, Case No. 3:26-cv-01193-IM, Portland, Oregon Federal District Court, Filed June 12, 2026**

**STATUS OF SERVICE OF PROCESS ON FEDERAL DEFENDANTS**

July 19, 2026

The Honorable Scott E. Bradford
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, OR 97204
Tel: (503) 727-1000

Dear U.S. Attorney Bradford:

This letter provides you with courtesy notice of the following:

| PERSON/ENTITY TO SERVE | PROCESS SERVER | AS OF DATE |
|---|---|---|
| U.S. Department of Justice | Katrina Littleton | July 19, 2026<br>In Progress |
| U.S. Centers for Medicare and Medicaid Services | Olutosin Ajayi | July 19, 2026<br>In Progress |
| Anthony Stephen Fauci, *In His Official Capacity as Director of the National Institute of Allergy and Infectious Diseases* | Ian Chen | July 19, 2026<br>In Progress |

Submitted respectfully,

Emanuel McCray
Emanuel McCray

Cc:

President Donald John Trump
The Honorable Todd Wallace Blanche
The Honorable William John Pulte

UNCLASSIFIED

**EMANUEL MCCRAY**
400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660
emanuel.mccray@hotmail.com

**Ref:** *McCray v. United States, et al.*, **Case No. 3:26-cv-01193-IM, Portland, Oregon Federal District Court, Filed June 12, 2026**

**STATUS OF SERVICE OF PROCESS ON FEDERAL DEFENDANTS**

July 27, 2026

The Honorable Scott E. Bradford
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, OR 97204
Tel: (503) 727-1000

Dear U.S. Attorney Bradford:

This letter provides you with courtesy notice of the following:

| PERSON/ENTITY TO SERVE | PROCESS SERVER | AS OF DATE |
|---|---|---|
| Anthony Stephen Fauci, *In His Official Capacity as Director of the National Institute of Allergy and Infectious Diseases*<br><br>**Address: 5601 Fishers Ln, Bethesda, MD 20892-0001** | **Ian Chen:**<br>"I spoke with an individual who identified themselves as the security officer d. cook and they stated service not permitted. I was denied access to the building and instructed to leave. I was informed that service of process is "not accepted in federal buildings" and that no one at the location was authorized to accept the summons." | July 27, 2026<br>In Progress |

Submitted respectfully,

*Emanuel McCray*
Emanuel McCray

Cc:

President Donald John Trump
The Honorable Todd Wallace Blanche
The Honorable William John Pulte

UNCLASSIFIED

**EMANUEL MCCRAY**
a/k/a Trump Genius
400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660
emanuel.mccray@hotmail.com

# NOTICE OF CONGRESSIONAL DEFAULT

**Ref:** ***McCray v. United States, et al.*, Case No. 3:26-cv-01193-IM, Portland, Oregon Federal District Court, Filed June 12, 2026** (Civil Complaint for Assault and Battery SARS-COV-2 "Lab Leak" Chronic Infection)

July 2, 2026

The Honorable William John Pulte
Acting Director of National Intelligence
Washington, D.C. 20511
Fax: (571) 280-0643

Dear Acting Director Pulte:

**PLEASE BE ADVISED** that the Office of Director of National Intelligence ("ODNI") has failed to release the declassified "COVID-19" intelligence Congress mandated under Public Law 119-60, div. F, title LXVIII, §6803(3) and signed by President Trump, which was due from the ODNI not later than June 16, 2026, as set forth in the Complaint at ¶¶ 151 through 155 and 164.

(U) On Wednesday, June 17, 2026, ODNI_FOIA@odni.gov confirmed receipt of our "Appeal of Adverse Determination of DF-2026-00432, which was assigned tracking number **DF-2026-00432_A.**

It has been reported on Wednesday, July 1, 2026, President Trump gave you the authority to declassify "whatever" records you want and can declassify "almost everything." Further: "But while he's there, I said you can declassify whatever you want."

(U) To assist you in responding to the declassification of COVID-19 Intelligence pursuant to Public Law 119-60, div. F, title LXVIII, §6803(3), I filed

Freedom of Information ("FOIA") Requests with the following members of the U.S. Intelligence Community:

| IC AGENCY/ENTITY | FOIA NO | IC AGENCY/ENTITY | FOIA NO |
|---|---|---|---|
| Central Intelligence Agency | 3004031 | The National Security Agency | 3004036 |
| Defense Intelligence Agency | 3004051 | The National Geospatial-Intelligence Agency | 3004056 |
| The National Reconnaissance Office | 3004066 | U.S. Army | 3004071 |
| U.S. Navy | 3004081 | U.S. Air Force | 3004086 |
| U.S. Marine Corps | 3004091 | U.S. Space Force | 3004106 |
| U.S. Coast Guard | 3004116 | Federal Bureau of Investigation | 3004151 |
| Drug Enforcement Administration | 3004161 | Department of Energy | 3004166, 3004171 |
| Department of State | 3004176, F-2026-21248 | Department of the Treasury | 3004191, 2026-FOIA-01318 |
| Department of Homeland Security | 3004216 | | |

The Complaint retains the declassified markings assigned by the Defense Intelligence Agency. The ODNI_FOIA Responses were marked "UNCLASSIFIED" by the Agency.

**HAPPY 250TH SOVEREIGN INDEPENDENCE ANNIVERSARY!**

Emanuel McCray

**TRUMP GENIUS**
a/k/a Emanuel McCray
*On Behalf of Himself and All Others Similarly Situated*

Cc:

| | |
|---|---|
| President Donald John Trump<br>John Ley (Washington 18th District)<br>Clark County Republican Party<br>Cowlitz County Republican Party | The Honorable Todd Blanche United States House of Representatives<br>United States Senate<br>Chairman Ron Johnson |

**TRUMP GENIUS**
a/k/a Emanuel McCray
400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660
emanuel.mccray@hotmail.com

# PRESIDENTIAL NOTICE OF COVID-19 CLASS ACTION

**Subj:** ***McCray v. United States, et al.*, Case No. 3:26-cv-01193-SB, Portland, Oregon Federal District Court, Filed June 12, 2026** (Civil Complaint for Assault and Battery SARS-COV-2 "Lab Leak" Chronic Infection)

June 18, 2026

President Donald John Trump
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20500

Dear President Trump:

It is with great American Independence that we provide this Notice to you.

Please find below electronic links to the subject pending litigation:

**DOCKET:** *McCray v. United States of America, et al.,* (3:26-cv-01193), District Court, D. Oregon. Filed June 12, 2026
https://www.courtlistener.com/docket/73483750/mccray-v-united-states-of-america/

**COMPLAINT (ECF 1)**
Main Document,
https://storage.courtlistener.com/recap/gov.uscourts.ord.194700/gov.uscourts.ord.194700.1.0.pdf

**CIVIL COVER SHEET (ECF 1-1)**
Attachment 1,
https://storage.courtlistener.com/recap/gov.uscourts.ord.194700/gov.uscourts.ord.194700.1.1.pdf

**EXHIBITS (ECF 1-2),**
Attachment 2
https://storage.courtlistener.com/recap/gov.uscourts.ord.194700/gov.uscourts.ord.194700.1.2.pdf

**AI SUMMARY OF COMPLAINT:** https://mccraycase-adkrxppt.manus.space/

Additionally, we built a miniature large language model ("LLM") trained on the Complaint and its Exhibits.

Please be advised we were unable to adequately train our miniature LLM using the declassified "COVID-19" intelligence Congress mandated under Public Law 119-60, div. F, title LXVIII, §6803(3) and signed by yourself, which was due from the ODNI not later than June 16, 2026, as set forth in the Complaint at ¶¶ 151-155 and 164.

(U) On Wednesday, June 17, 2026, ODNI_FOIA@odni.gov confirmed receipt of our "Appeal of Adverse Determination of DF-2026-00432, which was assigned tracking number **DF-2026-00432_A.**

The Complaint retains the declassified markings assigned by the Defense Intelligence Agency. The ODNI_FOIA Responses were marked "UNCLASSIFIED" by the Agency.

**HAPPY 250TH SOVEREIGN INDEPENDENCE ANNIVERSARY!**

**TRUMP GENIUS**
a/k/a Emanuel McCray
*On Behalf of Himself and All Others Similarly Situated*

Cc:

| | |
|---|---|
| John Ley (Washington 18th District) | United States House of Representatives |
| Clark County Republican Party | United States Senate |
| Cowlitz County Republican Party | The Honorable Tulsi Gabbard |
| The Honorable Todd Blanche | Chairman Ron Johnson |