**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON (PORTLAND)**

| | |
|---|---|
| EMANUEL MCCRAY, a/k/a "Trump Genius," *On Behalf of Himself and All Others Similarly Situated,* Plaintiffs, vs. UNITED STATES OF AMERICA, *et al.,* Defendants. | Case No. **3:26-CV-01193-IM** PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AS TO DEFENDANT X CORP. |

Plaintiff Emanuel McCray requests that the Clerk of Court enter default against defendant X Corp. pursuant to Rule 55(a) of the Federal Rule of Civil Procedure.

In support of this request, Plaintiff relies upon the record in this case and the Declaration of Service of Process, ECF 19, attached to this Motion as Plaintiff's Exhibit 1. A Proposed Order is attached as Plaintiff's Exhibit 2.

Dated this 6th day of October 2026.

Emanuel McCray
*Plaintiff, Pro Se*