# PLAINTIFF'S EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON (PORTLAND)**

| | |
|---|---|
| EMANUEL MCCRAY, a/k/a "Trump Genius," *On Behalf of Himself and All Others Similarly Situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Case No. **3:26-CV-01193-IM**<br><br>PROPOSED<br>CLERK'S ENTRY OF DEFAULT |

Plaintiff Emanuel McCray requests that the Clerk of Court enter default against defendant X Corp. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

It appearing from the record that defendant has failed to appear, plead, or otherwise defend, the default of defendant X Corp. is hereby entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated this __________ day of October, 2026.