# PLAINTIFF'S EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON (PORTLAND)**

| | |
|---|---|
| EMANUEL MCCRAY, a/k/a "Trump Genius," *On Behalf of Himself and All Others Similarly Situated,* Plaintiffs, vs. UNITED STATES OF AMERICA, *et al.*, Defendants. | Case No. **3:26-CV-01193-IM** CERTIFICATE OF SERVICE |

I, Emanuel McCray, hereby certify that on October 6, 2026, I caused a copy of ECF 19, the Motion for Entry of Default, the Declaration of Service of Process In Support of the Motion for Entry of Default, and the Proposed Entry of Default to be placed in a postage-paid envelope and deposited the envelopes in the United States mail addressed as set forth below:

| | |
|---|---|
| The Honorable Todd Blanche<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | X. CORP.<br>C/O Registered Agent<br>United Agent Group Inc.<br>2595 N Dallas Pkwy, Suite 350<br>Frisco, TX 75034 |

| | |
|---|---|
| The Honorable Scott E. Bradford<br>United States Attorney's Office<br>1000 SW Third Avenue, Suite 600<br>Portland, OR 97204 | X CORP.<br>865 FM 1209, Building 2<br>Bastrop, TX 78602 |

Dated this 6th day of October 2026.

Emanuel McCray