Nicholas E. Wheeler, OSB No. 044491
E-mail: nick@nickwheelerlaw.com
LAW OFFICE OF NICHOLAS E. WHEELER, LLC
4800 Meadows Road, Suite 300
Lake Oswego, OR 97035
Telephone: (503) 486-4786
Facsimile: (503) 388-3475

Attorney for Defendant X Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

EMANUEL MCCRAY, on behalf of himself and all others similarly situated,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

Case No. 3:26-cv-01193-IM

**DECLARATION OF BRADLEY P. HUMPHREYS IN SUPPORT OF DEFENDANT X CORP.'S MOTION TO SET ASIDE ENTRY OF DEFAULT**

I, Bradley P. Humphreys, declare as follows:

1. I am a Partner at the law firm King Street Legal, PLLC. I represent X Corp. in connection with the above-captioned action, alongside counsel of record Nicholas E. Wheeler of the Law Office of Nicholas E. Wheeler, LLC. Now that X. Corp. has been served, I will soon be seeking *Pro Hac Vice* admission in this action. I have personal knowledge of the facts set forth below and, if called as a witness, could testify competently to them.

2. As part of that representation, my firm monitored the Court's docket in this action on a regular basis.

3. Through October 5, 2026, the docket did not reflect any return or proof of service indicating that X Corp. had been served with the summons and Complaint.

4. I did not receive actual notice that X Corp.'s registered agent had been served until the evening of October 6, 2026, when I became aware of Plaintiff's Motion for Clerk's Entry of Default (ECF No. 19).

5. On or about September 18, 2026, X Corp. attempted to transmit to me by email the proof of service, summons, and Complaint. I did not receive that email because the size of the attached documents exceeded the size limit for incoming emails in my firm's email system. I have since reviewed that email.

6. The failure to respond to the Complaint on or before October 5, 2026 was not willful. It did not result from any intention to disregard the Complaint, to delay these proceedings, or to gain any tactical advantage. It resulted from the transmission failure described above.

7. Immediately upon learning of the service and of Plaintiff's motion, I took steps to appear and to prepare X Corp's Motion to Set Aside Entry of Default, which is being filed on October 8, 2026.

**I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THIS DECLARATION IS MDAE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FO PERJURY.**

DATED: October 8, 2026

Bradley P. Humphreys
Bradley P. Humphreys (Oct 8, 2026 18:30:42 EDT)

Bradley P. Humphreys
KING STREET LEGAL, PLLC



Law Office of Nicholas E. Wheeler, LLC
4800 Meadows Road, Suite 300
Lake Oswego, OR 97035
Telephone: (503) 486-4786
Facsimile: (503) 388-3475

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of the foregoing **DECLARATION OF BRADLEY P. HUMPHREYS IN SUPPORT OF DEFENDANT X CORP.'S MOTION TO SET ASIDE ENTRY OF DEFAULT** on the date indicated below by:

☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐ courtesy copy also sent by email,

☐ hand delivery,

☐ facsimile transmission,

☐ overnight delivery,

☐ courtesy copy via email,

☒ **electronic filing notification.**

I further certify that said copy was delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Emanuel McCray
400 W McLoughlin Boulevard,
Apartment 5
Vancouver, WA 98660
emanuel.mccray@hotmail.com
*Pro Se* Plaintiff

Peter D. Hawkes
Angeli & Calfo LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
peter@angelicalfo.com
Attorney for Defendant Meta Platforms, Inc.

DATED: October 8, 2026

Nicholas E. Wheeler



Law Office of Nicholas E. Wheeler, LLC
4800 Meadows Road, Suite 300
Lake Oswego, OR 97035
Telephone: (503) 486-4786
Facsimile: (503) 388-3475