**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON (PORTLAND)**

| | |
|---|---|
| EMANUEL MCCRAY, a/k/a "Trump Genius," *On Behalf of Himself and All Others Similarly Situated,* Plaintiffs, vs. UNITED STATES OF AMERICA, *et al.,* Defendants. | Case No. **3:26-CV-01193-IM** DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AS TO DEFENDANT UNITED STATES OF AMERICA |

I, Emanuel McCray, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true, accurate, and correct based upon my direct personal knowledge and a complete audit of the official docket of the United States District Court for the District of Oregon in Case No. 3:26-cv-01193-IM:

1. I am the plaintiff in the above-entitled action and I am familiar with the file, records, and pleadings in this matter.

2. The process server I chose to serve process was based on my belief that the Corporation would produce the desired results consistent with its marketing materials and public claims:

America's Largest Process Server Network

Wherever you need to serve, we've got you covered.

All 50 states. 88 countries.

12,000+ professional process servers with local expertise.

50+ years of experience delivering results.

Preferred Partner of Wolters Kluwer / CT Corp.

Exclusive contract with the U.S. Dept. of Justice since 2003.

Chosen by 50,000+ legal professionals.

3. A true and correct copy of the docket in this matter as of October 11, 2026 at 09:11am PDT is attached as Declarant's Exhibit 1.

4. On June 16, 2026 at 9:12am PDT, the public face of the Docket in this matter, ECF 17 at 17, listed "Defendant United States of America" as being "represented by **Scott E. Bradford**" of the United States Attorney's Office:

| | |
|---|---|
| **Defendant**<br>**United States of America** | represented by **Scott E. Bradford**<br>United States Attorney's Office<br>1000 S.W. Third Avenue<br>Suite 600<br>Portland, OR 97204<br>503-727-1040<br>Fax: 503-727-1117<br>Email: scott.bradford@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

5. On June 16, 2026, the public face of the Docket in this matter indicated that Scott E. Bradford was the "LEAD ATTORNEY" and the "ATTORNEY TO BE NOTICED" for matters related to Defendant United States of America.

6. Defendant United States of America, through the representation of Scott E. Bradford, initially began receiving real-time notice of all electronic court filings through the following U.S. Government electronic mail account associated with Scott E. Bradford: scott.bradford@usdoj.gov. See also ¶ 4 of ECF 17 at 2.

7. Subsequent to this initial conduit for receiving notice of electronic court filings, Defendant United States, through the representation of Scott E. Bradford, expanded the real-time notice of electronic court filings to include the following electronic mail addresses associated with the U.S. Department of Justice: CaseView.ECF@usdoj.gov and jessica.biggers@usdoj.gov. See also ¶ 6 of ECF 17 at 2 and Declarant's Exhibit 6, at Bates 017.

8. On October 9, 2019, the electronic mail address, jessica.biggers@usdoj.gov, was associated with "USA v. Wentworth", U.S. District Court District of Oregon (Portland (3)), Criminal Docket For Case No. 3:19-mj-00184. Declarant's Exhibit 6, at Bates 003.

9. On December 20, 2025, Ashland.news of Ashland, OR, reported receiving information through a media inquiry from a spokesperson for the U.S.

Attorney's Office for the District of Oregon identified as "Jessica Biggers". Declarant's Exhibit 6, at Bates 015.

10. On August 12, 2026, at the time ECF 9 was filed, the CM/ECF system continued to reflect the three electronic mail addresses associated with U.S. Attorney Scott E. Bradford and Jessica Biggers: scott.bradford@usdoj.gov, CaseView.ECF@usdoj.gov and jessica.biggers@usdoj.gov.

11. On August 19, 2026, at the time ECFs 10, 11 and 12 were filed, the CM/ECF notification system no longer included the previous electronic mail addresses for the U.S. Attorney and Jessica Biggers. See ¶ 11 of ECF 17 at 3.

12. On July 20, 2026, the summons and complaint was served on "Milton Pettus," on behalf of the U.S. Department of Justice at 601 D Street, NW, WASHINGTON, DC 20530. Declarant's Exhibit 2, at Bates 001.

13. On July 23, 2026, the summons and complaint was served on Caroline White, on behalf of U.S. Centers for Medicare and Medicaid Services at 200 Independence Ave., S.W., WASHINGTON, DC 20001. Declarant's Exhibit 2, at Bates 002.

14. On July 20, 2026, the summons was returned unexecuted as to Defendant Fauci because security personnel stationed at 5601 Fishers Lane, Bethesda, MD 20892 "denied access to the building". Declarant's Exhibit 2, at Bates 003.

15. On September 21, 2026, the summons and complaint was served on "Jen Cater", who was believed to be designated by law to accept service of process on behalf of the United States Attorney for the District of Oregon at 1000 SW Third Avenue, Suite 600, Portland, OR 97204. Declarant's Exhibit 2, at Bates 005.

16. On September 25, 2026, the summons and complaint, which was addressed to Defendant Fauci, was served on an individual at 200 Independence Ave., S.W., WASHINGTON, DC 20001. Declarant's Exhibit 2, at Bates 004.

17. On August 8, 2026, the United States Senate confirmed "Todd Blanche, of Florida, to be Attorney General" of the United States of America. Declarant's Exhibit 3.

18. On November 25, 2025, Scott E. Bradford was appointed by the U.S. District Court for the District of Oregon as U.S. Attorney of the District of Oregon. Declarant's Exhibit 4.

19. In addition to having notice of the complaint through the actual service of documents set forth in Declarant's Exhibit 2, Defendant United States of America also received copies of the summons and complaint via the certified mail services of the U.S. Postal Service, which were addressed to the Department of Justice, United States Centers for Medicare & Medicaid Services, D.C. Attorney, National Institutes of Health, U.S. State Department, and the National Institute of Allergy and Infectious Diseases, respectively. Declarant's Exhibit 5.

20. In further support of this Declaration, I reviewed this District Court's Local Rule 83-11 (December 1, 2025), which provides the rules pertaining to withdrawal from representation.

21. After careful review of the Docket as it appears on October 11, 2026 in Declarant's Exhibit 1, I could not find any Motion To Withdraw filed by U.S. Attorney Scott E. Bradford pursuant to this Court's Local Rule (LR) 83-11; or an Order from this Court directing U.S. Attorney Scott E. Bradford to withdraw from his representation of Defendant United States of America as counsel of record, "LEAD ATTORNEY" and the "ATTORNEY TO BE NOTICED".

22. After further review of the Docket as it appears in Declarant's Exhibit 1, as applied to U.S. Attorney Scott E. Bradford, I found no document or filing challenging his actual authority to represent and act as the agent for Defendant United States of America.

23. I believe the time for defendant United States of America was triggered when a voluntary appearance was made through U.S. Attorney Scott E. Bradford, who immediately began receiving real-time electronic notifications of filings with this Court.

24. From and including, Friday, June 12, 2026, to, but not including, Sunday, October 11, 2026, results in 121 days Defendant United States of America

had available to respond to this action after her voluntary appearance through the agency of U.S. Attorney Scott E. Bradford,

25. As Declarant's Exhibit 1 makes clear, Defendant United States of America, through her authorized agents, has remained completely silent as to the process taken against her after enjoying 121 days of notice and an opportunity to be heard, as set forth in Declarant's Exhibits 2 and 5, and ECFs 17, 18 and 19-5.

I declare under penalty of perjury that the foregoing is true and correct. I executed this Declaration on October 11, 2026 at Vancouver, Washington.

Emanuel McCray