**DECLARANT'S EXHIBIT 1**

# U.S. District Court
# District of Oregon (Portland (3))
# CIVIL DOCKET FOR CASE #: 3:26-cv-01193-IM

McCray v. United States of America et al
Assigned to: Judge Karin J. Immergut
Demand: $400,000,000,000
Cause: 28:1331 Fed. Question

Date Filed: 06/12/2026
Jury Demand: Plaintiff
Nature of Suit: 360 Personal Injury: Other
Jurisdiction: Diversity

**Plaintiff**

**Emanuel McCray**
*On Behalf of Himself and All Others Similarly Situated*
*also known as*
"Trump Genius"

represented by **Emanuel McCray**
400 W McLoughlin Blvd
Apt 5
Vancouver, WA 98660
564-208-7576
Email: emanuel.mccray@hotmail.com
PRO SE

V.

**Defendant**

**United States of America**

**Defendant**

**Anthony Stephen Fauci**
*In His Official Capacity as Director of the National Institute of Allergy and Infectious Diseases*

**Defendant**

**United States Centers for Medicare & Medicaid Services**

**Defendant**

**Atlas Genomics, LLC**
*A United States CLIA-Certified Laboratory*

**Defendant**

**X Corp.**
*A For-Profit Privately Held Corporation With A Principal Place of Business Located At 865 FM 1209, Building 2, Bastrop, TX 78602*

represented by **Nicholas E. Wheeler**
Law Office of Nicholas E. Wheeler, LLC
4800 Meadows Road
Ste 300
Lake Oswego, OR 97035
503-486-4786
Fax: 503-388-3475
Email: nick@nickwheelerlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Meta Platforms, Inc.**<br>*A For-Profit Corporation Organized and Existing Under the Laws of the State of Delaware* | represented by | **Peter D. Hawkes**<br>Angeli & Calfo LLC<br>121 SW Morrison St.<br>Suite 400<br>Portland, OR 97204<br>503-954-2232<br>Fax: 503-227-0880<br>Email: peter@angelicalfo.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/12/2026 | 1 | Complaint. Filing fee in the amount of $405 collected. Receipt No. 117163. Jury Trial Requested: Yes. Filed by Emanuel McCray against All Defendants (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit). (ajm) (Entered: 06/15/2026) |
| 06/17/2026 | 2 | Notice of Case Assignment to Magistrate Judge Stacie F. Beckerman and Discovery and Pretrial Scheduling Order. **NOTICE: The filing party shall print and serve this Order, the summonses, and all other documents issued by the Clerk at case initiation upon all named parties in accordance with Local Rule 3-5(c)**. Discovery is to be completed by 10/15/2026. Joint Alternate Dispute Resolution Report is due by 11/16/2026. Pretrial Order is due by 11/16/2026. Ordered by Magistrate Judge Stacie F. Beckerman. *(Deposited in outgoing mail to pro se party on 6/17/2026.)* (ajm) (Entered: 06/17/2026) |
| 06/17/2026 | 3 | Notice of Case Reassignment: This case has been reassigned from Magistrate Judge Stacie F. Beckerman to Judge Karin J. Immergut. *(Deposited in outgoing mail to pro se party on 6/17/2026.)* (cw) (Entered: 06/17/2026) |
| 07/06/2026 | 4 | Summons Issued as to Anthony Stephen Fauci, United States Centers for Medicare & Medicaid Services. (ajm) (Entered: 07/06/2026) |
| 07/06/2026 | 5 | Application for CM/ECF Registration as a Self-Represented Party. Filed by Emanuel McCray. (dino) (Entered: 07/07/2026) |
| 07/06/2026 | 6 | Request for Judicial Notice. Filed by Emanuel McCray. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit ) (ajm) (Entered: 07/07/2026) |
| 07/08/2026 | 7 | **ORDER:** Granting 5 Application of Emanuel McCray for CM/ECF Registration as a Self-Represented Party. See attached order for important instructions. Ordered by Judge Karin J. Immergut. (jy) (Entered: 07/08/2026) |
| 07/14/2026 | 8 | **ORDER DENYING REQUEST FOR JUDICIAL NOTICE:** This Court is in receipt of Plaintiff's Request for Judicial Notice, ECF 6 . Plaintiff attaches over 1,200 pages of documents to his motion. It is unclear what Plaintiff is seeking this Court to take judicial notice of at this stage of the case. No defendant has yet appeared in this case. Plaintiff's request for this Court to take judicial notice of voluminous records does not comply with Federal Rule of Evidence 201, and accordingly, Plaintiff's request is DENIED. Ordered on 7/14/2026 by Judge Karin J. Immergut. (jy) (Entered: 07/14/2026) |
| 08/12/2026 | 9 | Waiver of Service of Summons Returned Executed by Meta Platforms, Inc. waiver sent on 6/20/2026. Filed by Emanuel McCray. (McCray, Emanuel) (Entered: 08/12/2026) |
| 08/19/2026 | 10 | Motion to Dismiss Filer is subject to the requirements of Fed. R. Civ. P. 7.1. Filed by Meta Platforms, Inc.. (Hawkes, Peter) (Entered: 08/19/2026) |

| | | |
|---|---|---|
| 08/19/2026 | 11 | Corporate Disclosure Statement . Filed by Meta Platforms, Inc.. (Hawkes, Peter) (Entered: 08/19/2026) |
| 08/19/2026 | 12 | Response to Motion to Dismiss Filer is subject to the requirements of Fed. R. Civ. P. 7.1 10 . Filed by Emanuel McCray. (McCray, Emanuel) (Entered: 08/19/2026) |
| 09/02/2026 | 13 | Reply *in Support* to Motion to Dismiss Filer is subject to the requirements of Fed. R. Civ. P. 7.1 10 . Filed by Meta Platforms, Inc.. (Hawkes, Peter) (Entered: 09/02/2026) |
| 09/10/2026 | 14 | Proposed Summons *ATLAS GENOMICS LLC* Filed by Emanuel McCray. (McCray, Emanuel) (Entered: 09/10/2026) |
| 09/10/2026 | 15 | Proposed Summons *FOR X CORP.* Filed by Emanuel McCray. (McCray, Emanuel) (Entered: 09/10/2026) |
| 09/10/2026 | 16 | Summons Issued Electronically as to Atlas Genomics, LLC, X Corp. **NOTICE: The filing party shall print and serve the summonses and all other documents issued by the Clerk at the time of case initiation upon all named parties in accordance with Local Rule 3-5(c).** (ajm) (Entered: 09/10/2026) |
| 10/02/2026 | 17 | Affidavit of Service of Summons Issued 4 upon United States Centers for Medicare & Medicaid Services served on 7/23/2026, answer due on 9/22/2026 Filed by Emanuel McCray. (McCray, Emanuel) (Entered: 10/02/2026) |
| 10/02/2026 | 18 | Motion for Entry of Default *As To Defendant United States Centers for Medicare & Medicaid Services*. Filed by Emanuel McCray. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (McCray, Emanuel) (Entered: 10/02/2026) |
| 10/06/2026 | 19 | Affidavit of Service of Summons Issued, 16 upon X Corp. served on 9/14/2026, answer due on 10/5/2026 (Attachments: # 1 Exhibit 1. Docket as of October 6, 2026, # 2 Exhibit 2. Signed Notice of Lawsuit and Request To Waive Service, # 3 Exhibit 3. Summons Issued As To X Corp., # 4 Exhibit 4. Proof of Service and Mailing As To X Corp., # 5 Exhibit 5. Notice of Lawsuit Through U.S. Postal Service) Filed by Emanuel McCray. (McCray, Emanuel) (Entered: 10/06/2026) |
| 10/06/2026 | 20 | Motion for Entry of Default *AS TO DEFENDANT X CORP.*. Filed by Emanuel McCray. (Attachments: # 1 Exhibit DECLARATION OF SERVICE OF SUMMONS IN SUPPORT OF ENTRY OF DEFAULT, # 2 Exhibit PROPOSED ORDER, # 3 Exhibit CERTIFICATE OF SERVICE) (McCray, Emanuel) (Entered: 10/06/2026) |
| 10/08/2026 | 21 | Motion to Set Aside Entry of Default . Filed by X Corp.. (Wheeler, Nicholas) Modified on 10/8/2026 to correct docket text (klb). (Entered: 10/08/2026) |
| 10/08/2026 | 22 | Declaration of Bradley P. Humphreys *in Support of Defendant X Corp.'s Motion to Set Aside Entry of Default*. Filed by X Corp.. (Related document(s): Motion to Set Aside Default Judgment 21 .) (Wheeler, Nicholas) (Entered: 10/08/2026) |
| 10/08/2026 | 23 | Motion for Extension of Time to Answer . Filed by X Corp.. (Wheeler, Nicholas) (Entered: 10/08/2026) |
| 10/10/2026 | 24 | Response to Motion to Set Aside the Default Judgment 21 , Motion for Extension of Time to Answer 23 . Filed by Emanuel McCray. (McCray, Emanuel) (Entered: 10/10/2026) |

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 10/11/2026 09:11:42 |

003

| | | | |
|---|---|---|---|
| **PACER Login:** | awcsubaru | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:26-cv-01193-IM Start date: 1/1/1980 End date: 10/13/2026 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |