# DECLARANT'S EXHIBIT 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **3:26-CV-01193-SB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **U.S. Department of Justice** was received by me on **7/20/2026:**

☐ I personally served the **SUMMONS; COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Milton Pettus**, who is designated by law to accept service of process on behalf of **U.S. Department of Justice** at **601 D Street, NW, WASHINGTON, DC 20530** on **07/20/2026 at 12:12 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 80.00** for services, for a total of **$ 80.00**.

I declare under penalty of perjury that this information is true.

Date: 07/20/2026

[signature]

*Server's signature*

**Jason Bridges**

*Printed name and title*

**1108 Queen Street NE**
**APT 3**
**Washington, DC 20002**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT, to Milton Pettus who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald black male contact 45-55 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**

Tracking #: **0233149756**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **3:26-CV-01193-SB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **U.S. Centers for Medicare and Medicaid Services** was received by me on **7/23/2026:**

☐ I personally served the **SUMMONS; COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Caroline White**, who is designated by law to accept service of process on behalf of **U.S. Centers for Medicare and Medicaid Services** at **200 Independence Ave., S.W., WASHINGTON, DC 20001** on **07/23/2026 at 11:36 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 80.00** for services, for a total of **$ 80.00**.

I declare under penalty of perjury that this information is true.

Date: 07/23/2026

[signature]

*Server's signature*

**Jason Bridges**

*Printed name and title*

**1108 Queen Street NE**
**APT 3**
**Washington, DC 20002**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT, to Caroline White who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 55-65 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**

Tracking #: **0233769613**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **3:26-CV-01193-SB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Anthony Stephen Fauci, In His Official Capacity as Director of the National Institute of Allergy and** was received by me on **7/13/2026:**

☐ I personally served the **SUMMONS; COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **Disallowed** after attempting service at **5601 Fishers Lane, Bethesda, MD 20892**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 178.15** for services, for a total of **$ 178.15**.

I declare under penalty of perjury that this information is true.

Date: 07/29/2026

[signature]

*Server's signature*

**Ian Chen**

*Printed name and title*

**8601 Burning Tree Road**
**Bethesda, MD 20817**

*Server's address*

Additional information regarding attempted service, etc:

**7/20/2026 10:47 AM: I spoke with an individual who identified themselves as the security officer d. cook and they stated service not permitted. I was denied access to the building and instructed to leave. I was informed that service of process is "not accepted in federal buildings" and that no one at the location was authorized to accept the summons.**

Tracking #: **0234512857**

Civil Action No. **3:26-CV-01193-SB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Anthony Stephen Fauci, In His Official Capacity as Director of the National Institute of Allergy and** was received by me on **9/16/2026:**

- [X] I personally served the **SUMMONS; COMPLAINT** on the individual at **200 Independence Ave., S.W., WASHINGTON, DC 20001** on **09/25/2026 at 1:22 PM**; or
- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or
- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or
- [ ] I returned the summons unexecuted because ; or
- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 80.00** for services, for a total of **$ 80.00**.

I declare under penalty of perjury that this information is true.

Date: 09/26/2026

*Server's signature*

**Jason Bridges**

*Printed name and title*

**1108 Queen Street NE**
**APT 3**
**Washington, DC 20002**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT, to Anthony Stephen Fauci, In His Official Capacity as Director of the National Institute of Allergy and Infectious Diseases with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a red-headed white female contact 45-55 years of age, 5'8"-5'10" tall and weighing 160-180 lbs. Caroline White of the legal department accepted service**

Tracking #: **0243563526**

004

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **3:26-cv-01193-SB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **United States Attorney for the District of Oregon** was received by me on **9/18/2026:**

☐ I personally served the **SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Jen Cater**, who is designated by law to accept service of process on behalf of **United States Attorney for the District of Oregon** at **1000 SW Third Avenue Suite 600, Portland, OR 97204** on **09/21/2026 at 4:05 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date: 09/21/2026

*Server's signature*

**Caspar Dennehy**

*Printed name and title*

**2102 Nw aspen ave**
**B**
**Portland, OR 97210**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT, to Jen Cater who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'6"-5'8" tall and weighing 120-140 lbs.**

Tracking #: **0242820902**