# DECLARANT'S EXHIBIT 3

Find Your Senators

MENU

**VIEW RECENT SENATE FLOOR ACTIVITY**

Home » Legislation & Records » Votes

# Roll Call Vote 119th Congress - 2nd Session

## Vote Summary

XML

**Question:** On the Nomination (Confirmation: Todd Blanche, of Florida, to be Attorney General )

**Vote Number:** 230 **Vote Date:** August 8, 2026, 04:17 AM

**Required For Majority:** 1/2 **Vote Result:** Nomination Confirmed

**Nomination Number:** PN1078

**Nomination Description:** Todd Blanche, of Florida, to be Attorney General

**Vote Counts:** YEAs 50
NAYs 49
Not Voting 1

*Information compiled through Senate LIS by the Senate bill clerk under the direction of the secretary of the Senate

Vote Summary By Senator Name By Vote Position By Home State

**Alphabetical by Senator Name**

Alsobrooks (D-MD), **Nay**
Armstrong (R-OK), **Yea**
Baldwin (D-WI), **Nay**
Banks (R-IN), **Yea**
Barrasso (R-WY), **Yea**
Bennet (D-CO), **Nay**
Blackburn (R-TN), **Yea**
Blumenthal (D-CT), **Nay**
Blunt Rochester (D-DE), **Nay**
Booker (D-NJ), **Nay**
Boozman (R-AR), **Yea**
Britt (R-AL), **Yea**
Budd (R-NC), **Yea**

Cantwell (D-WA), **Nay**
Capito (R-WV), **Yea**
Cassidy (R-LA), **Yea**
Collins (R-ME), **Nay**
Coons (D-DE), **Nay**
Cornyn (R-TX), **Yea**
Cortez Masto (D-NV), **Nay**
Cotton (R-AR), **Yea**
Cramer (R-ND), **Yea**
Crapo (R-ID), **Yea**
Cruz (R-TX), **Yea**
Curtis (R-UT), **Yea**
Daines (R-MT), **Yea**
Duckworth (D-IL), **Nay**
Durbin (D-IL), **Nay**
Ernst (R-IA), **Yea**
Fetterman (D-PA), **Nay**
Fischer (R-NE), **Yea**
Gallego (D-AZ), **Nay**
Gillibrand (D-NY), **Nay**
Graham (R-SC), **Yea**
Grassley (R-IA), **Yea**
Hagerty (R-TN), **Yea**
Hassan (D-NH), **Nay**
Hawley (R-MO), **Yea**
Heinrich (D-NM), **Nay**
Hickenlooper (D-CO), **Nay**
Hirono (D-HI), **Nay**
Hoeven (R-ND), **Yea**
Husted (R-OH), **Yea**
Hyde-Smith (R-MS), **Yea**
Johnson (R-WI), **Yea**
Justice (R-WV), **Yea**
Kaine (D-VA), **Nay**
Kelly (D-AZ), **Nay**
Kennedy (R-LA), **Yea**
Kim (D-NJ), **Nay**
King (I-ME), **Nay**
Klobuchar (D-MN), **Nay**
Lankford (R-OK), **Yea**
Lee (R-UT), **Yea**
Lujan (D-NM), **Nay**
Lummis (R-WY), **Yea**
Markey (D-MA), **Nay**
Marshall (R-KS), **Yea**
McConnell (R-KY), **Not Voting**
McCormick (R-PA), **Yea**
Merkley (D-OR), **Nay**
Moody (R-FL), **Yea**
Moran (R-KS), **Yea**
Moreno (R-OH), **Yea**
Murkowski (R-AK), **Nay**
Murphy (D-CT), **Nay**
Murray (D-WA), **Nay**
Ossoff (D-GA), **Nay**
Padilla (D-CA), **Nay**
Paul (R-KY), **Yea**
Peters (D-MI), **Nay**
Reed (D-RI), **Nay**
Ricketts (R-NE), **Yea**
Risch (R-ID), **Yea**
Rosen (D-NV), **Nay**
Rounds (R-SD), **Yea**
Sanders (I-VT), **Nay**
Schatz (D-HI), **Nay**
Schiff (D-CA), **Nay**
Schmitt (R-MO), **Yea**
Schumer (D-NY), **Nay**
Scott (R-FL), **Yea**
Scott (R-SC), **Yea**
Shaheen (D-NH), **Nay**
Sheehy (R-MT), **Yea**
Slotkin (D-MI), **Nay**
Smith (D-MN), **Nay**
Sullivan (R-AK), **Yea**
Thune (R-SD), **Yea**
Tillis (R-NC), **Yea**
Tuberville (R-AL), **Yea**
Van Hollen (D-MD), **Nay**
Warner (D-VA), **Nay**
Warnock (D-GA), **Nay**
Warren (D-MA), **Nay**
Welch (D-VT), **Nay**
Whitehouse (D-RI), **Nay**
Wicker (R-MS), **Yea**
Wyden (D-OR), **Nay**
Young (R-IN), **Yea**

Vote Summary By Senator Name By Vote Position By Home State

## Grouped By Vote Position

**YEAs ---50**

Armstrong (R-OK)
Banks (R-IN)
Barrasso (R-WY)
Blackburn (R-TN)
Boozman (R-AR)
Britt (R-AL)
Budd (R-NC)
Capito (R-WV)
Cassidy (R-LA)
Cornyn (R-TX)
Cotton (R-AR)
Cramer (R-ND)
Crapo (R-ID)
Cruz (R-TX)
Curtis (R-UT)
Daines (R-MT)
Ernst (R-IA)
Fischer (R-NE)
Graham (R-SC)
Grassley (R-IA)
Hagerty (R-TN)
Hawley (R-MO)
Hoeven (R-ND)
Husted (R-OH)
Hyde-Smith (R-MS)
Johnson (R-WI)
Justice (R-WV)
Kennedy (R-LA)
Lankford (R-OK)
Lee (R-UT)
Lummis (R-WY)
Marshall (R-KS)
McCormick (R-PA)

002

Moody (R-FL)
Moran (R-KS)
Moreno (R-OH)
Paul (R-KY)
Ricketts (R-NE)
Risch (R-ID)
Rounds (R-SD)
Schmitt (R-MO)
Scott (R-FL)
Scott (R-SC)
Sheehy (R-MT)
Sullivan (R-AK)
Thune (R-SD)
Tillis (R-NC)
Tuberville (R-AL)
Wicker (R-MS)
Young (R-IN)

**NAYs ---49**

Alsobrooks (D-MD)
Baldwin (D-WI)
Bennet (D-CO)
Blumenthal (D-CT)
Blunt Rochester (D-DE)
Booker (D-NJ)
Cantwell (D-WA)
Collins (R-ME)
Coons (D-DE)
Cortez Masto (D-NV)
Duckworth (D-IL)
Durbin (D-IL)
Fetterman (D-PA)
Gallego (D-AZ)
Gillibrand (D-NY)
Hassan (D-NH)
Heinrich (D-NM)
Hickenlooper (D-CO)
Hirono (D-HI)
Kaine (D-VA)
Kelly (D-AZ)
Kim (D-NJ)
King (I-ME)
Klobuchar (D-MN)
Lujan (D-NM)
Markey (D-MA)
Merkley (D-OR)
Murkowski (R-AK)
Murphy (D-CT)
Murray (D-WA)
Ossoff (D-GA)
Padilla (D-CA)
Peters (D-MI)
Reed (D-RI)
Rosen (D-NV)
Sanders (I-VT)
Schatz (D-HI)
Schiff (D-CA)
Schumer (D-NY)
Shaheen (D-NH)
Slotkin (D-MI)
Smith (D-MN)
Van Hollen (D-MD)
Warner (D-VA)
Warnock (D-GA)
Warren (D-MA)
Welch (D-VT)
Whitehouse (D-RI)
Wyden (D-OR)

**Not Voting - 1**

McConnell (R-KY)

Vote Summary By Senator Name By Vote Position By Home State

**Grouped by Home State**

**Alabama:**
Britt (R-AL), **Yea** Tuberville (R-AL), **Yea**
**Alaska:**
Murkowski (R-AK), **Nay** Sullivan (R-AK), **Yea**
**Arizona:**
Gallego (D-AZ), **Nay** Kelly (D-AZ), **Nay**
**Arkansas:**
Boozman (R-AR), **Yea** Cotton (R-AR), **Yea**
**California:**
Padilla (D-CA), **Nay** Schiff (D-CA), **Nay**
**Colorado:**
Bennet (D-CO), **Nay** Hickenlooper (D-CO), **Nay**
**Connecticut:**
Blumenthal (D-CT), **Nay** Murphy (D-CT), **Nay**
**Delaware:**
Blunt Rochester (D-DE), **Nay** Coons (D-DE), **Nay**
**Florida:**

003

Moody (R-FL), **Yea** Scott (R-FL), **Yea**
**Georgia:**
Ossoff (D-GA), **Nay** Warnock (D-GA), **Nay**
**Hawaii:**
Hirono (D-HI), **Nay** Schatz (D-HI), **Nay**
**Idaho:**
Crapo (R-ID), **Yea** Risch (R-ID), **Yea**
**Illinois:**
Duckworth (D-IL), **Nay** Durbin (D-IL), **Nay**
**Indiana:**
Banks (R-IN), **Yea** Young (R-IN), **Yea**
**Iowa:**
Ernst (R-IA), **Yea** Grassley (R-IA), **Yea**
**Kansas:**
Marshall (R-KS), **Yea** Moran (R-KS), **Yea**
**Kentucky:**
McConnell (R-KY), **Not Voting** Paul (R-KY), **Yea**
**Louisiana:**
Cassidy (R-LA), **Yea** Kennedy (R-LA), **Yea**
**Maine:**
Collins (R-ME), **Nay** King (I-ME), **Nay**
**Maryland:**
Alsobrooks (D-MD), **Nay** Van Hollen (D-MD), **Nay**
**Massachusetts:**
Markey (D-MA), **Nay** Warren (D-MA), **Nay**
**Michigan:**
Peters (D-MI), **Nay** Slotkin (D-MI), **Nay**
**Minnesota:**
Klobuchar (D-MN), **Nay** Smith (D-MN), **Nay**
**Mississippi:**
Hyde-Smith (R-MS), **Yea** Wicker (R-MS), **Yea**
**Missouri:**
Hawley (R-MO), **Yea** Schmitt (R-MO), **Yea**
**Montana:**
Daines (R-MT), **Yea** Sheehy (R-MT), **Yea**
**Nebraska:**
Fischer (R-NE), **Yea** Ricketts (R-NE), **Yea**
**Nevada:**
Cortez Masto (D-NV), **Nay** Rosen (D-NV), **Nay**
**New Hampshire:**
Hassan (D-NH), **Nay** Shaheen (D-NH), **Nay**
**New Jersey:**
Booker (D-NJ), **Nay** Kim (D-NJ), **Nay**
**New Mexico:**
Heinrich (D-NM), **Nay** Lujan (D-NM), **Nay**
**New York:**
Gillibrand (D-NY), **Nay** Schumer (D-NY), **Nay**

**North Carolina:**
Budd (R-NC), **Yea** Tillis (R-NC), **Yea**
**North Dakota:**
Cramer (R-ND), **Yea** Hoeven (R-ND), **Yea**
**Ohio:**
Husted (R-OH), **Yea** Moreno (R-OH), **Yea**
**Oklahoma:**
Armstrong (R-OK), **Yea** Lankford (R-OK), **Yea**
**Oregon:**
Merkley (D-OR), **Nay** Wyden (D-OR), **Nay**
**Pennsylvania:**
Fetterman (D-PA), **Nay** McCormick (R-PA), **Yea**
**Rhode Island:**
Reed (D-RI), **Nay** Whitehouse (D-RI), **Nay**
**South Carolina:**
Graham (R-SC), **Yea** Scott (R-SC), **Yea**
**South Dakota:**
Rounds (R-SD), **Yea** Thune (R-SD), **Yea**
**Tennessee:**
Blackburn (R-TN), **Yea** Hagerty (R-TN), **Yea**
**Texas:**
Cornyn (R-TX), **Yea** Cruz (R-TX), **Yea**
**Utah:**
Curtis (R-UT), **Yea** Lee (R-UT), **Yea**
**Vermont:**
Sanders (I-VT), **Nay** Welch (D-VT), **Nay**
**Virginia:**
Kaine (D-VA), **Nay** Warner (D-VA), **Nay**
**Washington:**
Cantwell (D-WA), **Nay** Murray (D-WA), **Nay**
**West Virginia:**
Capito (R-WV), **Yea** Justice (R-WV), **Yea**
**Wisconsin:**
Baldwin (D-WI), **Nay** Johnson (R-WI), **Yea**
**Wyoming:**
Barrasso (R-WY), **Yea** Lummis (R-WY), **Yea**

Vote Summary By Senator Name By Vote Position
By Home State

UNITED STATES SENATE

Return to top