# DECLARANT'S EXHIBIT 4

**PRESS RELEASE**

# Scott E. Bradford Appointed to Serve as U.S. Attorney

Tuesday, July 29, 2025

**For Immediate Release**

U.S. Attorney's Office, District of Oregon

PORTLAND, Ore.— The U.S. Attorney's Office announced that Scott E. Bradford has taken the oath of office—administered by U.S. Circuit Court Judge Danielle J. Forrest on Monday—to serve as the United States Attorney for the District of Oregon. On July 28, 2025, United States Attorney General Pamela Bondi appointed Mr. Bradford to serve as interim U.S. Attorney.

The District of Oregon serves approximately four million people and covers more than 98,000 square miles. Our expansive region hosts a wide variety of cultural and geographic diversity and is home to nine federally recognized Tribes. The U.S. Attorney's Office for the District of Oregon has approximately 100 employees, with the main office located in Portland, where nearly half the population of the state lives, and two branch offices in Eugene and Medford, Oregon.

"I am honored to serve as the U.S. Attorney for the District of Oregon and thank Attorney General Bondi for placing her trust in me. It is a privilege to lead this great office, serving alongside such dedicated public servants. I look forward to working with our federal, state, and local partners to protect the public and defend the interests of the United States," said Scott E. Bradford, U.S. Attorney for the District of Oregon.

Bradford is an 18-year veteran of the Department of Justice, joining the Department in 2007 through the Attorney General Honors Program and the U.S. Attorney's Office as an Assistant United States Attorney in 2009. He has held several leadership positions in the office, including Chief of the White Collar Unit, Chief of the Economic, National Security, and Cyber Crimes Unit, and Deputy Chief of the Criminal Division. In 2022, Bradford was the Department's Regional

Cybercrime Attaché in Southeast Asia. Bradford returned the Department of Justice in 2024 in Washington, D.C., most recently serving as the Acting Chief of the Counterintelligence and Export Control Section of the National Security Division. Prior to joining the Department of Justice, Bradford clerked for U.S. District Court Judge Michael W. Mosman.

Bradford received his bachelor's degree from Brigham Young University and his law degree from Gonzaga University School of Law.



*Updated July 29, 2025*

PRESS RELEASE

# U.S. Attorney Scott E. Bradford Appointed to Attorney General's Advisory Committee

Friday, May 15, 2026

**For Immediate Release**

U.S. Attorney's Office, District of Oregon

PORTLAND, Ore.— Acting Attorney General Todd Blanche has appointed U.S. Attorney Scott E. Bradford of the District of Oregon to serve on this Administration's inaugural Attorney General's Advisory Committee (AGAC). Established in 1973, the AGAC is composed of 18 U.S. Attorneys from across the country, providing geographic, operational, and subject-matter representation in advising the Attorney General and senior Department of Justice leadership on national priorities and other critical issues.

"I am deeply honored to serve on the Attorney General's Advisory Committee and advance the Department of Justice's priorities," said U.S. Attorney Bradford. "I look forward to working alongside my distinguished colleagues on the AGAC's important mission and making a meaningful impact in the communities we serve."

Mr. Bradford joined the U.S. Attorney's Office for the District of Oregon in 2009 as an Assistant U.S. Attorney and served in a variety of leadership roles within the office, including Chief of the White Collar Unit, Chief of the Economic, National Security, and Cyber Crimes Unit, and Deputy Chief of the Criminal Division.

In 2022, Mr. Bradford served as the U.S. Department of Justice's Regional Cybercrime Attaché in Southeast Asia where he trained justice sector partners within the region to combat cybercrime. Prior to his return to Oregon as the U.S. Attorney, Mr. Bradford was the Acting Chief of the

Counterintelligence and Export Control Section in the National Security Division in Washington, D.C.



U.S. Attorney Scott E. Bradford joined other members of the AGAC at a meeting in Washington, D.C. on May 7, 2026.

*Updated May 15, 2026*

**Component**

[USAO - Oregon](USAO - Oregon)

# Related Content



Download Image

STAFF PROFILE

# Meet the United States Attorney

**Scott E. Bradford** was appointed by the U.S. District Court for the District of Oregon as U.S. Attorney on November 25, 2025, and remains the chief federal law enforcement officer of the District of Oregon. He was previously appointed by the Attorney General as U.S. Attorney for the District of Oregon on July 28, 2025.

Hired through the Attorney General's Honors Program, Mr. Bradford has been a federal prosecutor for more than 18 years and has handled all manner of criminal cases, including violent crime, narcotics trafficking, child exploitation, fraud, cyber, and national security.

Mr. Bradford joined the U.S. Attorney's Office for the District of Oregon in 2009 as an Assistant U.S. Attorney and served in a variety of leadership roles within the office, including Chief of the White Collar Unit, Chief of the Economic, National Security, and Cyber Crimes Unit, and Deputy Chief of the Criminal Division.

In 2022, Mr. Bradford served as the U.S. Department of Justice's Regional Cybercrime Attaché in Southeast Asia where he trained justice sector partners within the region to combat cybercrime. Prior to his return to Oregon as the U.S. Attorney, Mr. Bradford was the Acting Chief of the Counterintelligence and Export Control Section in the National Security Division in Washington, D.C.

Growing up near Portland, Oregon, Mr. Bradford attended Brigham Young University and Gonzaga University School of Law. After law school, Mr. Bradford clerked for the Honorable Michael W. Mosman in the District of Oregon. Mr. Bradford also teaches white collar and cybercrime courses at the University of Oregon School of Law.

**Dates of Service**

2025 - Present

*Updated December 16, 2025*

**District of Oregon**

**Main Office:**

**1000 SW Third Ave Suite 600**

**Portland, Oregon 97204**

**Telephone: (503)727-1000**