# DECLARANT'S EXHIBIT 5

Outlook

**USPS® Item Delivered, Individual Picked Up at Post Office 70201810000096702009**

**From** USPS Tracking <auto-reply@tracking.usps.com>
**Date** Mon 7/20/2026 9:19 AM
**To** emanuel.mccray@hotmail.com <emanuel.mccray@hotmail.com>

Hello **SUMMONSCOMPLAINT USDOJ**,

Your item was picked up at the post office at 5:33 am on July 17, 2026 in WASHINGTON, DC 20530.

Tracking Number: **70201810000096702009**

**Delivered, Individual Picked Up at Post Office**



Tracking & Delivery Options

**My Account**

Outlook

**USPS® Item Delivered, Left with Individual 70182290000036027425**

**From** USPS Tracking <auto-reply@tracking.usps.com>
**Date** Mon 7/20/2026 9:25 AM
**To** emanuel.mccray@hotmail.com <emanuel.mccray@hotmail.com>

Hello **SUMMONSCOMPLAINT USCMS**,

Your item was delivered to an individual at the address at 11:30 am on July 20, 2026 in WINDSOR MILL, MD 21244.

Tracking Number: 70182290000036027425

**Delivered, Left with Individual**

**Tracking & Delivery Options**

**My Account**

Outlook

**USPS® Item Delivered, Individual Picked Up at Post Office 70201810000096702016**

**From** USPS Tracking <auto-reply@tracking.usps.com>
**Date** Tue 7/21/2026 1:33 AM
**To** emanuel.mccray@hotmail.com <emanuel.mccray@hotmail.com>

Hello **SUMMONSCOMPLAINT DCATTORNEY**,

Your item was picked up at the post office at 4:31 am on July 21, 2026 in WASHINGTON, DC 20530.

Tracking Number: **70201810000096702016**

**Delivered, Individual Picked Up at Post Office**

**Tracking & Delivery Options**

**My Account**

Outlook

**USPS® Item Delivered, Left with Individual 70201810000096702030**

**From** USPS Tracking <auto-reply@tracking.usps.com>
**Date** Mon 7/27/2026 8:48 AM
**To** emanuel.mccray@hotmail.com <emanuel.mccray@hotmail.com>

Hello **SUMMONSCOMPLAINT NIH**,

Your item was delivered to an individual at the address at 11:47 am on July 27, 2026 in GAITHERSBURG, MD 20877.

Tracking Number: 70201810000096702030

**Delivered, Left with Individual**

**Tracking & Delivery Options**

My Account

Outlook

**USPS® Item Delivered, Individual Picked Up at Post Office 70182290000036027401**

**From** USPS Tracking <auto-reply@tracking.usps.com>
**Date** Mon 7/27/2026 3:24 AM
**To** emanuel.mccray@hotmail.com <emanuel.mccray@hotmail.com>

Hello **SUMMONSCOMPLAINT STATE DEPARTMENT**,

Your item was picked up at the post office at 6:21 am on July 27, 2026 in WASHINGTON, DC 20521.

Tracking Number: 70182290000036027401

**Delivered, Individual Picked Up at Post Office**



Tracking & Delivery Options

My Account

Outlook

**USPS® Item Delivered, Left with Individual 70201810000096702054**

**From** USPS Tracking <auto-reply@tracking.usps.com>
**Date** Fri 8/7/2026 9:12 AM
**To** emanuel.mccray@hotmail.com <emanuel.mccray@hotmail.com>

Hello **NIAIDSUMMONSANDCOMPLAINT**,

Your item was delivered to an individual at the address at 11:31 am on August 6, 2026 in GAITHERSBURG, MD 20877.

Tracking Number: 70201810000096702054

**Delivered, Left with Individual**

**Tracking & Delivery Options**

**My Account**