# DECLARANT'S EXHIBIT 6

CUSTODY, NRESTRAINT, TERMINATED,

# U.S. District Court
# District of Oregon (Portland (3))
# CRIMINAL DOCKET FOR CASE # 3:19−mj−00184 All Defendants

| | |
|---|---|
| Case title: USA v. Wentworth<br>Other court case number: 3:10−cr−05662−RAJ−2 Western District of Washington, Seattle | Date Filed: 10/09/2019<br>Date Terminated: 10/09/2019 |

Assigned to: Unassigned

**Defendant (1)**

| | | |
|---|---|---|
| **Cordaro Curtis Wentworth**<br>USM #40572−086<br>*TERMINATED: 10/09/2019* | represented by | **Conor Huseby**<br>Federal Public Defender<br>101 SW Main Street<br>Suite 1700<br>Portland, OR 97204<br>503−326−2123<br>Fax: 503−326−5524<br>Email: conor_huseby@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:3147 SUPERVISED RELEASE VIOLATION | |

**Plaintiff**

**USA**

represented by **Quinn P. Harrington**
United States Attorney's Office
District of Oregon
Mark O. Hatfield Courthouse
1000 SW 3rd Ave
Suite 600
Portland, OR 97204
503−727−1169
Fax: 503−727−1117
Email: Quinn.Harrington@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

Email All Attorneys

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/09/2019 | 1 | | **(DOCUMENT FILED UNDER SEAL)**, Documents Received From Other Court as to Cordaro Curtis Wentworth from Western District of Washington Case No: 3:10−cr−05662−RAJ−2 Initial Appearance is set for 10/9/2019 at 01:30PM in Portland before the Duty Magistrate Judge. (sb) (Entered: 10/09/2019) |
| 10/09/2019 | 2 | 3 | **Minutes of Proceedings:** Initial Appearance pursuant to Rule 32.1 Proceedings before Magistrate Judge Jolie A. Russo as to Defendant Cordaro Curtis Wentworth held 10/9/19. Order Appointing Counsel: Conor Huseby. Defendant waived preliminary/identity hearing. Defendant advised of rights. Order: Defendant committed to the W. Dist./WA at Seattle for further appearance. Counsel Present for Plaintiff: Quinn Harrington. Counsel Present for Defendant: Conor Huseby. Restraint Order: NR. (Court Reporter: Ryan White) (gm) (Entered: 10/09/2019) |
| 10/09/2019 | 3 | 4 | Waiver of Rule 32.1 Hearing by Cordaro Curtis Wentworth. (sb) (Entered: 10/10/2019) |
| 10/09/2019 | 4 | 5 | Commitment to Another District as to Cordaro Curtis Wentworth. Defendant committed to District of Western District of Washington. *(Original and two certified copies forwarded to U.S. Marshal on 10/10/2019). (sb) (Entered: 10/10/2019)* |

MIME−Version:1.0
From:info@ord.uscourts.gov
To:nobody
Bcc:
−−Case Participants: Quinn P. Harrington (caseview.ecf@usdoj.gov, jessica.biggers@usdoj.gov, quinn.harrington@usdoj.gov), Conor Huseby (conor_huseby@fd.org, tammy_reynolds@fd.org)
−−Non Case Participants: U.S. Marshal Service (pdx.operations@usdoj.gov), U.S. Pretrial Services (cmecf@orpt.uscourts.gov)
−−No Notice Sent:

Message−Id:6761630@ord.uscourts.gov
Subject:Activity in Case 3:19−mj−00184 USA v. Wentworth Initial Appearance − Out of District Warrant
Content−Type: text/html

**U.S. District Court**

**District of Oregon**

## Notice of Electronic Filing

The following transaction was entered on 10/9/2019 at 2:38 PM PDT and filed on 10/9/2019

| | |
|---|---|
| **Case Name:** | USA v. Wentworth |
| **Case Number:** | 3:19−mj−00184 |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
**Minutes of Proceedings: Initial Appearance pursuant to Rule 32.1 Proceedings before Magistrate Judge Jolie A. Russo as to Defendant Cordaro Curtis Wentworth held 10/9/19. Order Appointing Counsel: Conor Huseby. Defendant waived preliminary/identity hearing. Defendant advised of rights. Order: Defendant committed to the W. Dist./WA at Seattle for further appearance. Counsel Present for Plaintiff: Quinn Harrington. Counsel Present for Defendant: Conor Huseby. Restraint Order: NR. (Court Reporter: Ryan White) (gm)**

**3:19−mj−00184−1 Notice has been electronically mailed to:**

Conor Huseby     conor_huseby@fd.org, tammy_reynolds@fd.org

Quinn P. Harrington     Quinn.Harrington@usdoj.gov, CaseView.ECF@usdoj.gov, jessica.biggers@usdoj.gov

**3:19−mj−00184−1 Notice will not be electronically mailed to:**

AO 466 (Rev. 07/16) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| United States of America<br>v.<br><br>CORDARO WENTWORTH<br>*Defendant* | ) ) ) ) ) ) | Case No. 3:19-mj-00184<br><br>Charging District's Case No. 3:10-cr-05662-RAJ-2 |

## WAIVER OF RULE 32.1 HEARING
## (Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)* Western District of Washington.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

- ☒ an identity hearing and production of the judgment, warrant, and warrant application.
- ☒ a preliminary hearing.
- ☐ a detention hearing.
- ☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 10/09/19

[signature]
*Defendant's signature*

[signature]
*Signature of defendant's attorney*

Conor Huseby
*Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| United States of America<br>v.<br><br>CORDARO CURTIS WENTWORTH<br>*Defendant* | ) ) ) ) ) ) | Case No. 3:19-mj-00184<br><br>Charging District's<br>Case No. 3:10-cr-05662-RAJ-2 |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the Western District of Washington, *(if applicable)* ______ division. The defendant may need an interpreter for this language: ______.

The defendant: ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 10/9/2019

*Judge's signature*

The Honorable Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*

October 11, 2026

**Subscribe to the newsletter (it's free!) (https://ashland.news/newsletter/)**

Ashland.news Community-supported Nonprofit News (https://ashland.news)

**Support Ashland.news (/donation/)**

Menu

**Go to >** Home (https://ashland.news/) » News (https://ashland.news/news/) » Federal government (https://ashland.news/news/federal-government/) » **Confirmed: ICE arrested 17 workers during Rogue Valley cannabis raids in July**

# Confirmed: ICE arrested 17 workers during Rogue Valley cannabis raids in July




*A screenshot of the July 30 video of the white Greyhound-sized bus leaving the Medford ICE facility has been posted by local activists on social media. Video courtesy of Grace Warner from local activist group Siskiyou Rising Tide*

December 20, 2025

**Newsletter Sign Up**

**Keep up with the conversation**

Join more than 8,000 readers who receive updates from Ashland.news in their inbox each week.

Don't miss out.

Email

**Sign up**

# After months of withheld information, partly due to the federal shutdown, DEA confirms ICE arrests that raised questions about Oregon sanctuary laws

By Sydney Seymour, Ashland.news

Seventeen cannabis workers in the Rogue Valley were detained during federal drug investigations and transferred to Immigration and Customs Enforcement (ICE) custody on July 30, according to the U.S. Drug Enforcement Administration (DEA), making it one of if not the largest such enforcement activities in Oregon since the Trump administration began its immigration enforcement push early this year.

A rapid response network of volunteers across the West Coast say they tracked the 17 cannabis workers from the Medford ICE facility to the Northwest ICE Processing Center in Washington state. The volunteer group monitored and confirmed that a bus with the same license plate arrived at the detention center early the next morning. They also received information from loved ones of those who didn't come home after work and verified who is in the detention center via birthdates and names.

(https://ashlandhome.net/)
(https://ashlandhome.net/)

The cannabis-related raids were DEA-led drug investigations executing a series of search warrants at 11 sites — a combination of cannabis grow sites and personal residences across Medford, Central Point, Eagle Point and Grants Pass, according to an Ashland.news review of public documents.

Three individuals from China, separate from those detained by ICE, faced federal crime charges, according to Special Agent Dave Reames in charge of the DEA Seattle Division.

Seventeen other workers — nine individuals from China, seven from Mexico and one from Chile — faced immigration charges for being "illegally present," Reames said in a Dec. 2 phone call to Ashland.news. Detainees were transported to ICE/Enforcement and Removal Operations for removal at the Northwest Processing Center.

The July 30 activity came to public attention via Instagram that same day and on Facebook the following day when members of a volunteer group that had been monitoring the Medford ICE facility all year posted that they observed "new activity," says the collaborative post (https://v p/1JWUR9SzSb/) from Rogue Valley Migra Watch (https://www.facebook.com/

Newsletter Sign Up

id=61578570405687), RV Pepper Shakers (https://www.facebook.com/roguevalleypeppershakers), Portland Immigrant Rights Coalition (https://pircoregon.org/), and Coalición Fortaleza (https://www.facebook.com/coalicionfortaleza) — all organizations making an effort to track and make people aware of ICE activity.

Around 9 a.m. July 30, volunteers say they saw two Department of Homeland Security SUVs and one white Greyhound-sized bus marked “GeoTransfer Inc” at the Medford ICE facility. (https://www.geogroup.com/ice/)



*A collaborative Facebook post from numerous local nonprofits working to respond to ICE activity included this photo of a black unmarked vehicle that came and left the Medford ICE facility multiple times with detainees on July 30. At least one of these groups of detainees was arrested at a cannabis farm. Facebook photo*

The GEO Group (https://www.geogroup.com/ice/) is one of the largest private contractors for ICE in the U.S., according to Brennan Center for Justice (https://www.brennancenter.org/our-work/analysis-opinion/private-prison-companies-enormous-windfall-who-stands-gain-ice-expands). GEO operates detention centers on behalf of ICE, including the Northwest ICE Processing Center in Tacoma (https://www.nwirp.org/resources/nwdc/), Washington, where the 17 individuals were taken.

“We‘ve never seen these there,” the post reads. “White & black passenger vans left & came back with detainees multiple times. At least one group of detainees was arrested at a raic
the high amount of FBI & Sheriff vehicles spotted around the valley, we think o

**Newsletter Sign Up**

008

picked up from similar raids."

State and local law enforcement deputies — from Oregon State Police, Medford Police Department, Central Point Police and, mainly, the Jackson County Sheriff's Office (JCSO) — served as "primary" officials in 10 out of the 11 raids, according to an email from Jackson County Sheriff's Deputy Jesus Murillo-Garcia shared with Ashland.news by Information for Public Use (https://info4publicuse.org/about/), a group of independent researchers, and as previously reported by Theo Whitcomb of The Intercept (https://theintercept.com/2025/11/03/ice-oregon-sanctuary-cannabis-farm-dea/).

The Oregon Sanctuary Promise laws (https://www.doj.state.or.us/oregon-department-of-justice/civil-rights/sanctuary-promise/) prohibit state and local law enforcement from cooperating with federal immigration officials unless it is a criminal matter. Rogue Valley Migra Watch (https://www.facebook.com/p/Rogue-Valley-Migra-Watch-61578570405687/) provided Ashland.news with contact information for activist and volunteer Grace Warner, who observed ICE activity July 30. She raised concerns to Ashland.news over the phone about the local and federal law enforcement operation resulting in ICE detentions.

She said, "Is there a loophole that would allow the federal government to do drug enforcement on grows in our community, that would then enable those federal agencies to coordinate with ICE and take people from our community?"

The "loophole" mentioned can be explained as a "collateral arrest," local immigration attorney John Almaguer told Ashland.news.



*John Almaguer, a local immigration attorney, seen here at an event last year, said ICE and local law enforcement can work together on criminal matters, but not on immigration enforcement. Even though the investigation may not be for immigration-related reasons, ICE agents have a right to question someone about their status and make a "collateral arrest" should a person not have proper documentation, he said. Ashland.news photo by Bob Palermini*

In a drug investigation, local law enforcement can legally work with ICE because it is a criminal matter, he said. Even though the investigation may not be for immigration-related reasons, ICE agents have a right to question another person's status, Almaguer explained. If ICE figures out an individual does not have proper documentation during a drug-related investigation, they can make a collateral arrest.

DEA Special Agent Reames said, "The whole thing was a federal drug investigation from beginning to end." He described the detainees facing immigration charges as "collateral arrests" as they weren't the focus of the criminal inv[...]
undocumented in[...]
going to ignore criminal activity when we see

Newsletter Sign Up

it," Reames continued.

Information for Public Use (https://info4publicuse.org/) (IPU), a group of independent journalists and researchers digging into local government and law enforcement, has another view.

"In 2025, the federal government's entire modus operandi has been using the false pretext of 'catching the bad guys' to conduct large-scale immigration arrests," Sam Becker of IPU said in statement. "This is what happened on July 30th. It was an ICE raid, plain and simple, and we strongly caution against taking the Jackson County Sheriff's Office and DEA statements at face value."

According to a site tracking ICE activity, half of the cases remain active, but the other half of detainees have been deported from the United States to their home countries. The Deportation Data Project (https://deportationdata.org/) at University of California, Berkeley — updated on Dec. 1 — confirms the Medford ICE agency detained 14 individuals between 4 and 10 a.m on July 30. Three individuals were arrested between midnight and 2 a.m. on July 31, according to the project data.

## Did agencies know the drug investigation would lead to ICE detentions?

After receiving a tip the morning of July 30, Warner, the volunteer citizen ICE monitor, says she arrived on the scene of one of the investigations at a cannabis farm in Central Point owned by HempNova Lifetech Corp. There she saw people in FBI and Jackson County Sheriff Office (JCSO) uniforms and unmarked vehicles.

Warner said she spoke with JCSO Public Information Officer Aaron Lewis, who told her the drug investigation had no connection to ICE. She parked up the road, deciding her next move when Lewis came to reassure her that it was not immigration-related.

"No part of our operation is with immigration. If we're working with federal partners, we do not work with ICE," Lewis said on a phone call with Ashland.news, referring to sanctuary state laws. "We focus on crime in Jackson County. That's it."

Lewis said the Jackson County Illegal Marijuana Enforcement Team is assisting the DEA with a large, ongoing federal drug investigation targeting multiple cannabis growing and processing facilities.

"Illegal immigration and drug trafficking are kind of crimes that go together," Reames, the DEA agent, continued, "so it

Newsletter Sign Up

wasn't a surprise that we found illegal aliens in these illegal grows. But we didn't know exactly who would be there when we came in, so the immigration resources were not in place until after we had learned what we had and informed ICE."



*Aaron Lewis, Jackson County Sheriff's Office public information officer, seen here last year, said the July investigation into alleged black market cannabis operations in the Rogue Valley was not about immigration status. Rogue Valley Times photo*

However, Warner said in a follow-up written statement to Ashland.news on Dec. 3 that one eyewitness had seen the 50-seat bus arrive at the Medford ICE building the night before, possibly indicating federal agencies anticipated ICE arrests before the operation.

While it doesn't pinpoint a time, a Federal Protective Service (FPS) incident report shared with Ashland.news says their presence was requested for the "potential for collateral detainees," as first reported by The Intercept. Federal security, as part of the Department of Homeland Security, were present to "ensure ICE could conduct standard business in the event of demonstrations," the report says.



*A collaborative Facebook post from numerous local nonprofits working to respond to ICE activity included this photo of a white unmarked vehicle that came and went from the Medford ICE facility multiple times on July 30. Facebook photo*

Reames said he doesn't know what the role of FPS was or who notified them. "I don't remember seeing them at the briefing, but the briefing was very large." He emphasized that the DEA didn't know what they were going to encounter until they executed the warrants.

The HempNova-owned farm search warrant (https://ashland.news/wp-content/uploads/2025/12/Warrant_Redacted.pdf) shared with Ashland.news by Information for Public Use revealed that agencies seized 8,135 cannabis plants and more than 150 boxes of cannabis gummies, among other products.

Three Chinese
the HempNov

**Newsletter Sign Up**

011

Jackson County Jail and later extradited on undisclosed federal charges to North Carolina, according to an Oregon Liquor and Cannabis Commission report first reported by The Intercept.

CourtListener (https://www.courtlistener.com/), a search engine for legal documents, says they have an arraignment date set for Jan. 27, 2026, which is when the charges, filed under a sealed indictment, will be disclosed.

Lewis said, "I think the public will appreciate the efforts that we did to assist the federal government in combating the black market marijuana industry in our local area."

Reames, the DEA special agent, said, "Local law enforcement had no role in the immigration enforcement that eventually took place."

The HempNova search warrant notes shared with Ashland.news by Information for Public Use (https://info4publicuse.org/) also say five phones were seized in a separate site raid on New Hope Road in Grants Pass. One person associated with one of the seized phones' numbers is currently still in ICE custody at a detention center in Mississippi, according to the ICE locator (https://locator.ice.gov/odls/#/results). A Josephine County Sheriff's Office service detail report shared with Ashland.news indicates that Josephine County Sheriff's Office used a flash-bang upon arrival and started detaining individuals around 6:30 a.m. July 30.

During one cannabis farm raid led by the Jackson County Sheriff's Office, an immigrant worker sent his family a video of his wrists bound with zip ties, according to The Intercept's previous reporting and a recorded 911 call shared with Ashland.news by Information for Public Use, which acquired the dispatch audio via Emergency Communications of Southern Oregon.




*An image taken from a Facebook post shows one of the collaborative ICE monitors' report of ICE activity in the Rogue Valley on July 30. Facebook image*

The family went to the sheriff's office to locate him, but officials there said they weren't allowed to tell her where he went. The Jackson County Jail said they had him at one point but didn't know where he went. The family called 911 to file a missing person report.

"That doesn't make sense," the dispatcher said while searching through her records, according to the recording. "I'm not seeing anything."

**Newsletter Sign Up**

012

The emergency dispatcher called the Jackson County jail but was met with more confusion.

"I believe he was at the jail earlier, but he's not here," the jail administrator said in the dispatch. "I think they took a group up to Washington; I don't know."

Other families searched for their missing loved ones too. "They just came out of nowhere and started taking everyone there," one family member said in a separate 911 call in regards to the same raided site. They reported confusion at the sheriff's office as officials didn't know where the family member was taken after being detained.

## The 'teeth' of the Oregon sanctuary laws

Medford-based nonprofit Unete Center for Farm Worker and Immigrant Rights (https://uneteoregon.org/about-us/) Director Dagoberto Morales raised concerns about arrests in cannabis fields but also about the rise of misinformation on Facebook.



*Unete Director Dagoberto Morales said fear and misinformation are common in the Southern Oregon farmworker community. Ashland.news photo by Bob Palermini*

"People don't go to the store or take their kids to school," he said to Ashland.news, because they are frightened by what they see on Facebook. "We don't want people to stop their daily, basic things for something that might be true or might not be."

Warner, the volunteer ICE monitor, agreed that it's important for everyone involved to be careful about accuracy to not cause unnecessary alarm. "We have video of and a photograph of the bus leaving the parking lot in front of the ICE sign," Warner said, "and yet, there's been people denying that this even happened. It just really did happen."

Working in the local area since 1996, immigration lawyer Almaguer said, "Sometimes there may be a slip here and there, but by and large, the Medford ICE office and their community relations here are the best I've seen. If we need information, we can get information from them."

While he doesn't know the "ins and outs" of July 30, Almaguer also says local law enforcement know the law "pretty well," including the Jackson County Sheriff Department.

"Sometimes we don't know all the stuff that's going on," Almaguer continued, "but our law enforcement agencies, because of the teeth given to the Oregon sanctuary laws, know what they can and can't do and what will make it to the public. I would be surprised if they did something big and openly violated the Oregon sanctuary laws."

Newsletter Sign Up

## Ashland police say they comply with sanctuary laws

Ashland Police Department Chief Tighe O'Meara avows he recognizes the import of the law. "Per state law, no state, county or local public resources can be used to enforce administrative immigration law," he said in an email to Ashland.news. "If federal agents are in town and acting in this capacity, APD may not assist in any way other than to help maintain the peace."

APD has not been asked for any assistance from ICE since the Trump administration took office. If they did, O'Meara wrote in the email, "We would, as a matter of state law, refuse to comply with any administrative immigration matters requests for assistance."



*Ashland Police Chief Tighe O'Meara listens to citizen input at a January 2023 town hall meeting. Bob Palermini photo/ palermini.com*

Morales and Almaguer both agreed that the local ICE office usually doesn't target people "randomly," rather those who have committed crimes or were previously told to leave under the law. Almaguer also said if there was a violation of the sanctuary law, he would be surprised if the owners of the cannabis farms aren't suing.

"ICE are following orders of the administration and the priorities of the administration," Almaguer said. "So if you don't like the priorities of the administration, maybe we need to change the administration by voting."

In some cases, Morales told Ashland.news, conditions for hemp and cannabis industry workers are getting worse with labor trafficking, inadequate pay and threats of deportation.

With cannabis legal under state law but illegal under federal law, Morales continued, "That puts workers in situations where people get abused in the workplace and they don't want to complain because marijuana is still illegal."

Morales calls on the U.S. Department of Justice, local and state police and Oregon Occupational Safety and Health to help protect vulnerable workers that are often taken advantage of. "We have to work with law enforcement to see how to protect workers accused of illegal work," he said. "We can think of them as victims, not like they are doing something illegal."

## Information withheld during federal shutdown

Due to a lack of transparency from law enforcement and federal agencies, it took over four months to confirm and gain more information on the whereabouts and number of detain

**Newsletter Sign Up**

In late September, Lewis provided Ashland.news with an email from the U.S. D

media inquiries related to the operation. In response to a request for any information from that day, spokesperson for the U.S. Attorney for the District of Oregon Jessica Biggers said in an email to Ashland.news, “We cannot confirm or deny the existence of investigations.”

*Unete encourages farmworker families to prepare documents with detailed contact and family information in case relatives are separated during immigration raids. Ashland.news photo by Bob Palermini*

Ashland.news also reached out to the ICE media office for confirmation and details of the immigration actions, including the number of individuals detained and the suspected offenses. A return email to Ashland.news confirmed receipt of the query and said to contact the DEA.

The DEA, as the leading agency in the investigation, manages when to share information with the public, Lewis said.

After leaving a voicemail for the DEA Public Affairs Seattle Division Office, they responded with an Oct. 1 text message saying they “can’t comment during this period” because of the

**Newsletter Sign Up**

government shutdown, but would contact Ashland.news when the government reopens. The message continued, “During the current lapse of appropriations, DEA operations are directed toward national security, violations of federal law, and essential public safety functions.”

**More information**

To alert rapid response teams, report violations of the Oregon Sanctuary Promise laws, get connected to free legal counsel, or get help interacting with ICE, call The Portland Immigrant Rights Coalition (PIRC) (https://pircoregon.org/) at 888-622-1510.

Responding to Ashland.news inquiries, a spokesperson in Sen. Jeff Merkley’s office (https://www.merkley.senate.gov/merkley-ice-raids-across-oregon-terrorize-our-communities/)said they had received inquiries from members of the public concerned about the potential ICE activity. Merkley’s office reports it did what it could to monitor the situation, but struggled to obtain information.

A spokesperson said in an Oct. 8 email to Ashland.news, “ICE indicated to our office that it had detained people in the Medford area on July 30,” the email says, “but our office is unable to independently verify this information. We have not received any additional information about the raid.”

Further information on the July 30 case was only provided after the federal shutdown was over and Ashland.news reached back out to the DEA.

An estimated 1.9 million people have voluntarily self-deported from the U.S., and there have been more than 605,000 deportations since the current Trump administration took office Jan. 20, according to the Department of Homeland Security (https://www.dhs.gov/news/2025/12/10/thanks-president-trump-and-secretary-noem-more-25-million-illegal-aliens-left-us#:~:text=%E2%80%9CThe%20Trump%20Administration%20is%20shattering,1.9%20million%20have%20se

ICE hopes to hire 10,000 new agents across the country by the end of the year, according to a Los Angeles Times article (https://www.latimes.com/california/story/2025-08-29/ice-hiring-expo). Local immigration lawyer Almaguer expects a few to be assigned to Southern Oregon.

*If you want to share your story, information or any tips on ICE activity in the local area or your experience as an immigrant in the Rogue Valley, please email Ashland.news reporter Sydney S sydneyseymourr@gmail.com (mailto:sydneyseymourr@gmail.com).*

**Newsletter Sign Up**

Outlook

**Activity in Case 3:26-cv-01193-IM McCray v. United States of America et al Application for CM/ECF Registration as a Self-Represented Party**

**From** info@ord.uscourts.gov <info@ord.uscourts.gov>
**Date** Tue 7/7/2026 8:08 AM
**To** nobody@ord.uscourts.gov <nobody@ord.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Oregon**

## Notice of Electronic Filing

The following transaction was entered on 7/7/2026 at 8:07 AM PDT and filed on 7/6/2026

**Case Name:** McCray v. United States of America et al
**Case Number:** 3:26-cv-01193-IM
**Filer:** Emanuel McCray
**Document Number:** 5

**Docket Text:**
Application for CM/ECF Registration as a Self-Represented Party. Filed by Emanuel McCray. (dino)

**3:26-cv-01193-IM Notice has been electronically mailed to:**

Emanuel McCray emanuel.mccray@hotmail.com

Scott E. Bradford scott.bradford@usdoj.gov, CaseView.ECF@usdoj.gov, jessica.biggers@usdoj.gov

**3:26-cv-01193-IM Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Not Available

017

**Electronic document Stamp:**

[STAMP ordStamp_ID=875559790 [Date=7/7/2026] [FileNumber=9378219-0] [1
d0fc1dfd12635ee562eb8191f5c61b4c91e43c76fae60a6b8c0aed6026b9a48bdef090
5a53e03f458104d5256fa60d79e26f4ccbf29e3d2d7b6eaecb6a207b6]]