**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON (PORTLAND)**

| | |
|---|---|
| EMANUEL MCCRAY,<br>a/k/a "Trump Genius," *On Behalf of Himself and All Others Similarly Situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Case No. **3:26-CV-01193-IM**<br><br>PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AS TO DEFENDANT UNITED STATES OF AMERICA |

Plaintiff Emanuel McCray requests that the Clerk of Court enter default against defendant United States of America pursuant to Rule 55(a) of the Federal Rule of Civil Procedure.

In support of this request, Plaintiff relies upon the record in this case and the Memorandum of Law that follows.

A Proposed Order is attached as Plaintiff's Exhibit 2.

Dated this 11th day of October 2026.

s/Emanuel McCray

Emanuel McCray
*Plaintiff, Pro Se*

**MEMORANDUM OF LAW**

The information necessary to validate this request for entry of default pursuant Rule 55(a) of the Federal Rule of Civil Procedure is set forth in ECF 25, Declaration of Emanuel McCray (McCray Decl.).

An historical bedrock principle under the U.S. Constitution, which has been defined by the Supreme Court of the United States, is that: "'The fundamental requisite of due process of law is the opportunity to be heard.'" *Mullane v. Central Hanover Bank & Trust Co.,* 339 U.S. 306, 314 (1950), citing *Grannis v. Ordean,* 234 U.S. 385, 394 (1914).

"This right to be heard has little reality or worth unless one is informed that the matter is pending and can choose for himself whether to appear or default, acquiesce or contest." *Id.*

After the commencement of this action on June 12, 2026, ¶¶ 3, 4 and 5 of the McCray Decl., ECF 25 at 2-3, documented the voluntary appearance of Defendant United States through the agency of U.S. Attorney Scott E. Bradford as the "LEAD ATTORNEY" and the "ATTORNEY TO BE NOTICED" for matters related to Defendant United States of America.

For over 150 years, it has been settled that, "in the absence of any proof to the contrary", an attorney's authority "will be presumed":

> "It is true the record sued upon in this case does show that defendant was not served with process, but it also shows his voluntary appearance by an attorney. If this appearance was authorized, it is as effective for the purposes of jurisdiction as an actual service of summons. When an attorney of a court of record appears in an action for one of the parties, his authority, in the absence of any proof to the contrary, will be presumed. A record which shows such an appearance will bind the party until it is proven that the attorney acted without authority."

*Hill v. Mendenhall,* 88 U.S. 453, 454 (1874). See also *Doraleh Container Terminal SA v. Republic of Djibouti,* 109 F.4th 608, 611 (D.C. Cir. 2024) ("Such authority is presumed".).

Before disappearing from the Court's docket and CM/ECF system without filing a Motion To Withdraw, U.S. Attorney Scott E. Bradford and Jessica Biggers had received real-time electronic notification of the filing of ECF 1-9, over 1,500 pages of litigation related material as set forth in the McCray Decl.

A fictitious person lacks volition. What is in the mind, heart and soul of Defendant United States of America can only be obtained from the agents elected, appointed and hired, and the objective trail of clues left behind.

In the 1885 civil fraud case, *Edgington v Fitzmaurice* (1885) 29 Ch. D. 459, Lord Justice Bowen declared: "The state of a man's mind is as much a fact as the state of his digestion." See also *People v. Pannone,* 39 A.D.2d 751, 752 (N.Y. App. Div. 1972) (same).

Lord Justice Bowen's quote is frequently contrasted with a quote from Chief Justice Sir Thomas Brian in the English case *Brian v Case* (1477): "The thought of man shall not be tried, for the devil himself knoweth not the thought of man,' said

Chief Justice Brian in Y. B. Pasch, 17 Edw. IV, f. 2, pl. 2." (Douglas J, *dissenting* in *Scales v. United States*, 367 US 203, 266 (1961).)

U.S. Attorney Scott E. Bradford and Jessica Biggers operated right between these two quotes: U.S. Attorney Scott E. Bradford appeared on the public face of the Court's docket, and the two received real-time electronic notice of every entry that appeared on the face of the docket, from ECFs 1 through 9.

"Courts must prevent the judicial process from being 'used for the purpose of vexation or fraud.'" *Doraleh Container Terminal SA v. Republic of Djibouti,* 109 F.4th 608, 611 (D.C. Cir. 2024), citing *Pueblo of Santa Rosa v. Fall,* 273 U.S. 315, 319 (1927) (quoting *The King of Spain v. Oliver,* 14 F. Cas. 577, 578 (C.C.D. Pa. 1810) (No. 7,814).)

Perry Mason, in the Case of the Sleepy Slayer, S8.E4, which aired on October 15, 1964, begins a thought when he asks Della Street if she knew what Justice Holmes said about "negligence and clues". Street finishes the thought by stating: "Even a dog distinguishes between being stumbled over and being kicked."[1]

The McCray Declaration, ECF 25, contains enough clues to support the Clerk's entry of default against Defendant United States of America. Moreover, Defendant United States of America and her authorized agents were granted full and

[1] The Project Gutenberg EBook of The Common Law, by Oliver Wendell Holmes, Jr. https://www.gutenberg.org/files/2449/2449-h/2449-h.htm.

complete access to this Honorable Court, including documented real-time notifications of ECFs 1-9 and 121 days to respond to the Complaint as explained in ¶¶ 23-25 of McCray Decl., ECF 25.

**CONCLUSION**

The Clerk of the Court "must" enter the default of Defendant United States of America.

Submitted respectfully,

s/Emanuel McCray
Emanuel McCray