# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON (PORTLAND)

| | |
|---|---|
| EMANUEL MCCRAY, a/k/a "Trump Genius," *On Behalf of Himself and All Others Similarly Situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Case No. **3:26-CV-01193-IM**<br><br>DECLARATION OF SERVICE OF PROCESS IN SUPPORT OF PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT |

I, Emanuel McCray, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true, accurate, and correct based upon my direct personal knowledge and complete audit of the official docket of the United States District Court for the District of Oregon in Case No. 3:26-cv-01193-IM:

1. I am the plaintiff in the above-entitled action and I am familiar with the file, records, and pleadings in this matter.

2. A true and correct copy of the docket in this matter as of October 14, 2026 at 4:56am is attached as Declarant's Exhibit 1.

3. The complaint was filed on June 12, 2026. ECF 1.

4. Defendant Atlas Genomics, LLC failed to return the waiver of the service of summons attached to the "Notice of A Lawsuit and Request To Waive Service of Summons" dated June 20, 2026. Declarant's Exhibit 2.

5. On June 22, 2026, the U.S. Postal Service advised Plaintiff that the package, which was addressed to Defendant Atlas Genomics, LLC at its address on file with the Washington Secretary of State, 2296 W Commodore Way, Suite 220, Seattle, WA 98199, and which contained a copy of Declarant's Exhibit 2, "was delivered in or at the mailbox at 4:34 pm in SEATTLE, WA 98199. Tracking Number: 4209819995055066717161710955 00". See Declarant's Exhibit 3.

6. The package delivered on June 22, 2026 was never returned to the sender by the U.S. Postal Service, or any other mail service or by an individual.

7. On August 3, 2026, Defendant Atlas Genomics, LLC was administratively dissolved by the Washington Secretary of State. Declarant's Exhibit 4.

8. On September 10, 2026, summons was issued as to Defendant Atlas Genomics, LLC. See ECF 16 at 2, attached as Declarant's Exhibit 5.

9. On September 14, 2026, service of the summons and complaint on the Registered Agent designated by Defendant Atlas Genomics, LLC at the address on

file with the Washington Secretary of State failed due to lack of tenancy ("moved"). Declarant's Exhibit 6.

10. On September 21, 2026, service of the summons and complaint was "considered perfected" on the Washington Secretary of State as to Defendant Atlas Genomics, LLC. Declarant's Exhibit 7.

11. An answer by Defendant Atlas Genomics, LLC was due on October 13, 2026. A review of the Docket in this matter reflects that defendant Atlas Genomics, LLC, has failed to appear, plead, or otherwise defend.

12. On October 4, 2026, Plaintiff requested that Sustainable Harvest, Inc., the current tenant, provide the status of the package delivered by the U.S. Postal Service on June 22, 2026, which was addressed to Defendant Atlas Genomics, LLC. Declarant's Exhibit 8.

I declare under penalty of perjury that the foregoing is true and correct. I executed this Declaration on October 14, 2026 at Vancouver, Washington.

Emanuel McCray

Emanuel McCray