# DECLARANT'S EXHIBIT 3

**ALERT: IMPACTS FROM TROPICAL STORM ISAIAS IN THE GULF REGION OF THE U.S. MAY ...**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 420981999505506671716171095500

Copy Add to Informed Delivery

### Latest Update

Your item was delivered in or at the mailbox at 4:34 pm on June 22, 2026 in SEATTLE, WA 98199.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered

**Delivered, In/At Mailbox**

SEATTLE, WA 98199
June 22, 2026 4:34 PM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

### Text & Email Updates

### USPS Tracking Plus®

### Product Information

**See Less**