# DECLARANT'S EXHIBIT 4

WASHINGTON
Secretary of State
Corporations & Charities Division

Corporations and Charities Division
**Mailing address:**
PO Box 40234
Olympia, WA 98504-0234
Tel: 360.725.0377
www.sos.wa.gov/corporations

08/03/2026

ATLAS GENOMICS, LLC
CHRISTOPHER JACOB
2296 W COMMODORE WAY
STE. 220
SEATTLE WA 98199

## ADMINISTRATIVE DISSOLUTION

Greetings!

UBI #: 603 388 099
Entity Name: ATLAS GENOMICS, LLC

The above listed entity has not filed its annual report that was due on 03/31/2026. As a result, the entity is no longer in active status.

In accordance with RCW23.95.605-610, the above entity is hereby administratively dissolved as of: **08/03/2026**.

This action was taken due to failure of the entity to file a required report within the time set forth by law.

Under RCW 23.95.615, a domestic entity that is administratively dissolved may apply for reinstatement no later than five (5) years after the effective date of administrative dissolution noted above. RCW 23.95.615 identifies the requirements for an application for reinstatement.

You can access the Washington Secretary of State, Corporations and Charities Filing System (CCFS) online to reactivate your entity using the following website https://www.sos.wa.gov/corporations

Sincerely,

Washington Secretary of State
Corporations and Charities Division
corps@sos.wa.gov

**Note: If your documents were recently submitted, please disregard this notice. This notice is generated as part of an automated notification process.**