# DECLARANT'S EXHIBIT 6

Civil Action No. **3:26-cv-01193-SB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Atlas Genomics, LLC**
was received by me on **9/14/2026:**

☐ I personally served the **SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **Moved** after attempting service at **2296 W Commodore Way Ste 220, Seattle, WA 98199-1565**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 89.00** for services, for a total of **$ 89.00**.

I declare under penalty of perjury that this information is true.

Date: 09/14/2026

*Server's signature*

**David Gardoni**
*Printed name and title*

**7511 32 Ave NW**
**Seattle, WA 98117**

*Server's address*

Additional information regarding attempted service, etc:

**9/14/2026 9:38 AM: I spoke with an individual who identified themselves as the employee and they stated subject moved. At the address I observed a call/mail box listing another. Sustainable Harvest is in unit and has been for over a year.**

Tracking #: **0241618971**