# DECLARANT'S EXHIBIT 7

**WASHINGTON**
Secretary of State
Corporations & Charities Division

Corporations & Charities Division
**Physical/Overnight address:**
243 Israel Rd SE
Tumwater, WA 98501
**Mailing address:**
PO Box 40234
Olympia, WA 98504-0234
Tel: 360.725.0377
sos.wa.gov/corps

September 25, 2026

EMANUEL MCCRAY
ATTN: EMANUEL MCCRAY
400 W MCLOUGHLIN BLVD APT 5
VANCOUVER, WA 98660

To Whom It May Concern:

The undersigned hereby states that they are a duly appointed and acting clerk in the Office of the Secretary of State responsible for the receipt and processing of the service of process documents under the Washington State statute RCW 23B.18.040 and/or RCW 23.95.450 and is qualified to make the following statements.

Service is considered perfected on the defendant(s) listed below on the date of: September 21, 2026

On this date the legal documents outlined below, in the action relating to the plaintiff(s) and defendant(s) listed below, were received by the Office of the Secretary of State. The legal documents under the Cause Number listed below, if applicable, were placed on file, under file number: 36056

**Cause Number:** 3:26-CV-01193-IM

**Legal Documents received:**

SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT ASSAULT AND BATTERY SARS-COV-2 "LAB LEAK" CHRONIC INFECTION CLASS ACTION;

**Plaintiff(s):**
EMANUEL MCCRAY

**Defendant(s):**
ATLAS GENOMICS, LLC

Duly appointed and acting clerk by the Office of the Secretary of State: *Mattie Haynes*

WASHINGTON
Secretary of State

Corporations & Charities Division
PO Box 40234
Olympia, WA 98504-0234

SEATTLE WA 980
30 SEP 2026 PM 3 L

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 98501 $ 000.78⁰
02 7W
0008045540 SEP 28 2026

EMANUEL MCCRAY
ATTN: EMANUEL MCCRAY
400 W MCLOUGHLIN BLVD APT 5
VANCOUVER, WA 98660

Rec'd 10/3/26

98660-255705