# DECLARANT'S EXHIBIT 8

UNCLASSIFIED

**EMANUEL MCCRAY**
400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660
emanuel.mccray@hotmail.com

**Ref:** *McCray v. United States, et al.*, **Case No. 3:26-cv-01193-IM, Portland, Oregon Federal District Court, Filed June 12, 2026**

**STATUS OF U.S MAIL DELIVERED TO SUSTAINABLE HARVEST, INC. (ATLAS GENOMICS, LLC) USPS TRACKING NO. 420981999505506671716171095500**

October 4, 2026

| | |
|---|---|
| Sustainable Harvest, Inc.<br>c/o Cogency Global, Inc.<br>Registered Agent<br>128 10th Avenue, SW Floor 3<br>Olympia WA 98501-1203<br><br>Sucafina NA Inc.<br>1825 Park Avenue Suite 604<br>NY 10035<br><br>Sucafina NA Inc.<br>51 NE 24th Street, Suite 204<br>Miami, FL 33137 | Governor David Behrends<br>Governor Jordan Hooper<br>Governor Conor Campbell<br>Governor Katherine Nolte Ferguson<br>Governor Andrew Brakebush<br>c/o Sustainable Harvest, Inc.<br>2296 W Commodore Way, Suite 220<br>Seattle, WA, 98199-1565<br><br>Sucafina NA Inc.<br>2303 W Commodore Way<br>Seattle, WA 98199 |

**Attachments:**

(1) NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS (**ATLAS GENOMICS, LLC**)

(2) SUMMONS IN A CIVIL ACTION (**ATLAS GENOMICS, LLC**)

(3) PROOF OF NONSERVICE OF SUMMONS (**ATLAS GENOMICS, LLC**)

(4) INVOICE FOR PROOF OF NONSERVICE OF SUMMONS (**ATLAS GENOMICS, LLC**)

Dear **Sustainable Harvest, Inc.**:

**THIS IS A VERY URGENT AND TIME-SENSITIVE MATTER**

This letter is a request for **SUSTAINABLE HARVEST, INC.** to identify what happened to First Class Mail addressed to "**ATLAS GENOMICS, LLC**" which was never returned to the sender, the undersigned, as undeliverable or unable to forward by the U.S. Postal Service.

**UNCLASSIFIED**

On June 22, 2026, the U.S. Postal Service notified the undersigned, Plaintiff in the referenced lawsuit, that a mailing containing Attachment (1), dated June 20, 2026, "was delivered in or at the mailbox at 4:34 pm on June 22, 2026 in SEATTLE, WA 98199, Tracking Number **420981999505506671716171095500**, which was addressed to "**ATLAS GENOMICS, LLC**" at the following address on file with the Washington Secretary of State: 2296 W Commodore Way, Suite 220, Seattle, WA, 98199-1565.

On September 10, 2026, the undersigned caused Attachment (2) to be issued because **ATLAS GENOMICS, LLC** failed to return the waiver service of summons and complaint, which was contained in the mailing, Attachment (1).

On September 14, 2026 at 9:38am, Process Server David Gardoni spoke with an individual at **SUSTAINABLE HARVEST, INC.** who stated **ATLAS GENOMICS, LLC** had moved, (Attachment 3), notwithstanding the fact that the U.S. Postal Service indicated the mail "was delivered in or at the mailbox at 4:34 pm on June 22, 2026." **The current total cost of serving the Summons and Complaint sits at "$178.00."**

On June 22, 2026, the Statutes at Large contained a few provisions of law regarding mail that is delivered, but where the intended recipient had moved. In passing the Postal Reorganization Act of 1970, Congress required the U.S. Postal Service to provide "prompt, reliable, and efficient services to patrons…." 39 U.S.C. § 101(a).

Please inform the undersigned, by regular mail or email and at your earliest convenience, exactly what was done with this U.S. mail that was addressed and delivered to **ATLAS GENOMICS, LLC** at your address.

Thank you very much.

Emanuel McCray

Emanuel McCray

**Cc:**

**Donald John Trump,**
*In His Official Capacity As President of the United States of America*

**The Honorable Todd Blanche**
*In His Official Capacity As Attorney General of the United States of America*

**The Honorable Walter Joseph Clayton III,**
*In His Official Capacity As Director of National Intelligence*

**The Honorable John Lee Ratcliffe,**
*In His Official Capacity As Director of the Central Intelligence Agency*

**The Honorable Robert Francis Kennedy Jr.,**
*In His Official Capacity As Secretary of U.S. Health and Human Services*

**The Honorable Scott E. Bradford,**
*In His Official Capacity As United States Attorney for the District of Oregon,*
1000 SW Third Avenue, Suite 600, Portland, OR 97204, Tel: (503) 727-1000

**Attorney Aaron P. Brecher**
c/o Orrick, Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, WA 98101
**Attorney Peter D. Hawkes**
c/o Angeli & Calfo LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
*Attorneys for Defendant Meta Platforms*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

District of Oregon

EMANUEL MCCRAY
*Plaintiff*
v.
UNITED STATES, ET AL.
*Defendant*

Civil Action No. 3:26-cv-01193-SB

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: ATLAS GENOMICS, LLC, C/O CHRISTOPHER JACOB
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 60 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 06/20/2026

Emanuel McCray
*Signature of the attorney or unrepresented party*

EMANUEL MCCRAY
*Printed name*

400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660
*Address*

emanuel.mccray@hotmail.com
*E-mail address*

(564) 208-7576
*Telephone number*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

EMANUEL MCCRAY

*Plaintiff(s)*

v.

UNITED STATES OF AMERICA, ET AL.

*Defendant(s)*

Civil Action No. 3:26-cv-01193-IM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Atlas Genomics, LLC
c/o Christopher Jacob
Registered Agent
2296 W. Commodore Way, Suite 220
Seattle, WA 98199

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: EMANUEL MCCRAY
400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

**MELISSA AUBIN, Clerk of Court**

**Date: 09/10/2026**

**By: s/AidenMorrissey, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **3:26-cv-01193-SB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Atlas Genomics, LLC**
was received by me on **9/14/2026:**

☐ I personally served the **SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **Moved** after attempting service at **2296 W Commodore Way Ste 220, Seattle, WA 98199-1565**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 89.00** for services, for a total of **$ 89.00**.

I declare under penalty of perjury that this information is true.

Date: 09/14/2026

[signature]
*Server's signature*

**David Gardoni**
*Printed name and title*

**7511 32 Ave NW**
**Seattle, WA 98117**

*Server's address*

Additional information regarding attempted service, etc:

**9/14/2026 9:38 AM: I spoke with an individual who identified themselves as the employee and they stated subject moved. At the address I observed a call/mail box listing another. Sustainable Harvest is in unit and has been for over a year.**

Tracking #: **0241618971**

abclegal

# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

BILL TO:

**EMANUEL MCCRAY <emanuel.mccray@hotmail.com>**
**400 W McLoughlin Blvd Apt 5**
**Vancouver, WA 98660-2557**

INVOICE# 30482057.100
DATE Sep 10, 2026
ACCOUNT# 278996
ATTENTION emanuel.mccray@hotmail.com
REFERENCE# REF-26624178

**AMOUNT DUE $ 0.00**

CASE # N/A
CASE TITLE N/A
COURT N/A

SERVICES PERFORMED

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| Prepare Suit | | |
| Process Service - Web Upload | Uploaded File(s): ANALYZE. Summons Issued Electronically as to Atlas Genomics, LLC, X Corp.pdf, McCray v. United States. COMPLAINT. ECF 1.pdf<br>Rush Requested: No<br>Priority Requested: No<br>Parties To Serve: 2 | 178.00 |

| | |
|---|---|
| SUBTOTAL | $ 178.00 |
| SALES TAX | $ 0.00 |
| **TOTAL CHARGES** | **$ 178.00** |

PAYMENTS

| SOURCE | DATE | AMOUNT |
|---|---|---|
| mastercard ending in 4203 | September 10, 2026 | 178.00 |

| | |
|---|---|
| **AMOUNT PAID** | **$ 178.00** |
| **AMOUNT DUE** | **$ 0.00** |