# PLAINTIFF'S EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON (PORTLAND)**

| | |
|---|---|
| EMANUEL MCCRAY, a/k/a "Trump Genius," *On Behalf of Himself and All Others Similarly Situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Case No. **3:26-CV-01193-IM**<br><br>DECLARATION OF SERVICE OF PROCESS IN SUPPORT OF PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT |

I, Emanuel McCray, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true, accurate, and correct based upon my direct personal knowledge and complete audit of the official docket of the United States District Court for the District of Oregon in Case No. 3:26-cv-01193-IM:

1. I am the plaintiff in the above-entitled action and I am familiar with the file, records, and pleadings in this matter.

2. A true and correct copy of the docket in this matter as of October 14, 2026 at 4:56am is attached as Declarant's Exhibit 1.

3. The complaint was filed on June 12, 2026. ECF 1.

4. Defendant Atlas Genomics, LLC failed to return the waiver of the service of summons attached to the "Notice of A Lawsuit and Request To Waive Service of Summons" dated June 20, 2026. Declarant's Exhibit 2.

5. On June 22, 2026, the U.S. Postal Service advised Plaintiff that the package, which was addressed to Defendant Atlas Genomics, LLC at its address on file with the Washington Secretary of State, 2296 W Commodore Way, Suite 220, Seattle, WA 98199, and which contained a copy of Declarant's Exhibit 2, "was delivered in or at the mailbox at 4:34 pm in SEATTLE, WA 98199. Tracking Number: 420981999505506671716171095500". See Declarant's Exhibit 3.

6. The package delivered on June 22, 2026 was never returned to the sender by the U.S. Postal Service, or any other mail service or by an individual.

7. On August 3, 2026, Defendant Atlas Genomics, LLC was administratively dissolved by the Washington Secretary of State. Declarant's Exhibit 4.

8. On September 10, 2026, summons was issued as to Defendant Atlas Genomics, LLC. See ECF 16 at 2, attached as Declarant's Exhibit 5.

9. On September 14, 2026, service of the summons and complaint on the Registered Agent designated by Defendant Atlas Genomics, LLC at the address on

file with the Washington Secretary of State failed due to lack of tenancy ("moved"). Declarant's Exhibit 6.

10. On September 21, 2026, service of the summons and complaint was "considered perfected" on the Washington Secretary of State as to Defendant Atlas Genomics, LLC. Declarant's Exhibit 7.

11. An answer by Defendant Atlas Genomics, LLC was due on October 13, 2026. A review of the Docket in this matter reflects that defendant Atlas Genomics, LLC, has failed to appear, plead, or otherwise defend.

12. On October 4, 2026, Plaintiff requested that Sustainable Harvest, Inc., the current tenant, provide the status of the package delivered by the U.S. Postal Service on June 22, 2026, which was addressed to Defendant Atlas Genomics, LLC. Declarant's Exhibit 8.

I declare under penalty of perjury that the foregoing is true and correct. I executed this Declaration on October 14, 2026 at Vancouver, Washington.

Emanuel McCray

Emanuel McCray

# DECLARANT'S EXHIBIT 1

# U.S. District Court
# District of Oregon (Portland (3))
# CIVIL DOCKET FOR CASE #: 3:26-cv-01193-IM

McCray v. United States of America et al
Assigned to: Judge Karin J. Immergut
Demand: $400,000,000,000
Cause: 28:1331 Fed. Question

Date Filed: 06/12/2026
Jury Demand: Plaintiff
Nature of Suit: 360 Personal Injury: Other
Jurisdiction: Diversity

**Plaintiff**

**Emanuel McCray**
*On Behalf of Himself and All Others Similarly Situated*
*also known as*
"Trump Genius"

represented by **Emanuel McCray**
400 W McLoughlin Blvd
Apt 5
Vancouver, WA 98660
564-208-7576
Email: emanuel.mccray@hotmail.com
PRO SE

V.

**Defendant**

**United States of America**

**Defendant**

**Anthony Stephen Fauci**
*In His Official Capacity as Director of the National Institute of Allergy and Infectious Diseases*

**Defendant**

**United States Centers for Medicare & Medicaid Services**

**Defendant**

**Atlas Genomics, LLC**
*A United States CLIA-Certified Laboratory*

**Defendant**

**X Corp.**
*A For-Profit Privately Held Corporation With A Principal Place of Business Located At 865 FM 1209, Building 2, Bastrop, TX 78602*

represented by **Nicholas E. Wheeler**
Law Office of Nicholas E. Wheeler, LLC
4800 Meadows Road
Ste 300
Lake Oswego, OR 97035
503-486-4786
Fax: 503-388-3475
Email: nick@nickwheelerlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Meta Platforms, Inc.**<br>*A For-Profit Corporation Organized and Existing Under the Laws of the State of Delaware* | represented by | **Peter D. Hawkes**<br>Angeli & Calfo LLC<br>121 SW Morrison St.<br>Suite 400<br>Portland, OR 97204<br>503-954-2232<br>Fax: 503-227-0880<br>Email: peter@angelicalfo.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/12/2026 | 1 | Complaint. Filing fee in the amount of $405 collected. Receipt No. 117163. Jury Trial Requested: Yes. Filed by Emanuel McCray against All Defendants (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit). (ajm) (Entered: 06/15/2026) |
| 06/17/2026 | 2 | Notice of Case Assignment to Magistrate Judge Stacie F. Beckerman and Discovery and Pretrial Scheduling Order. **NOTICE: The filing party shall print and serve this Order, the summonses, and all other documents issued by the Clerk at case initiation upon all named parties in accordance with Local Rule 3-5(c)**. Discovery is to be completed by 10/15/2026. Joint Alternate Dispute Resolution Report is due by 11/16/2026. Pretrial Order is due by 11/16/2026. Ordered by Magistrate Judge Stacie F. Beckerman. *(Deposited in outgoing mail to pro se party on 6/17/2026.)* (ajm) (Entered: 06/17/2026) |
| 06/17/2026 | 3 | Notice of Case Reassignment: This case has been reassigned from Magistrate Judge Stacie F. Beckerman to Judge Karin J. Immergut. *(Deposited in outgoing mail to pro se party on 6/17/2026.)* (cw) (Entered: 06/17/2026) |
| 07/06/2026 | 4 | Summons Issued as to Anthony Stephen Fauci, United States Centers for Medicare & Medicaid Services. (ajm) (Entered: 07/06/2026) |
| 07/06/2026 | 5 | Application for CM/ECF Registration as a Self-Represented Party. Filed by Emanuel McCray. (dino) (Entered: 07/07/2026) |
| 07/06/2026 | 6 | Request for Judicial Notice. Filed by Emanuel McCray. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit ) (ajm) (Entered: 07/07/2026) |
| 07/08/2026 | 7 | **ORDER:** Granting 5 Application of Emanuel McCray for CM/ECF Registration as a Self-Represented Party. See attached order for important instructions. Ordered by Judge Karin J. Immergut. (jy) (Entered: 07/08/2026) |
| 07/14/2026 | 8 | **ORDER DENYING REQUEST FOR JUDICIAL NOTICE:** This Court is in receipt of Plaintiff's Request for Judicial Notice, ECF 6 . Plaintiff attaches over 1,200 pages of documents to his motion. It is unclear what Plaintiff is seeking this Court to take judicial notice of at this stage of the case. No defendant has yet appeared in this case. Plaintiff's request for this Court to take judicial notice of voluminous records does not comply with Federal Rule of Evidence 201, and accordingly, Plaintiff's request is DENIED. Ordered on 7/14/2026 by Judge Karin J. Immergut. (jy) (Entered: 07/14/2026) |
| 08/12/2026 | 9 | Waiver of Service of Summons Returned Executed by Meta Platforms, Inc. waiver sent on 6/20/2026. Filed by Emanuel McCray. (McCray, Emanuel) (Entered: 08/12/2026) |
| 08/19/2026 | 10 | Motion to Dismiss Filer is subject to the requirements of Fed. R. Civ. P. 7.1. Filed by Meta Platforms, Inc.. (Hawkes, Peter) (Entered: 08/19/2026) |

| | | |
|---|---|---|
| 08/19/2026 | 11 | Corporate Disclosure Statement . Filed by Meta Platforms, Inc.. (Hawkes, Peter) (Entered: 08/19/2026) |
| 08/19/2026 | 12 | Response to Motion to Dismiss Filer is subject to the requirements of Fed. R. Civ. P. 7.1 10 . Filed by Emanuel McCray. (McCray, Emanuel) (Entered: 08/19/2026) |
| 09/02/2026 | 13 | Reply *in Support* to Motion to Dismiss Filer is subject to the requirements of Fed. R. Civ. P. 7.1 10 . Filed by Meta Platforms, Inc.. (Hawkes, Peter) (Entered: 09/02/2026) |
| 09/10/2026 | 14 | Proposed Summons *ATLAS GENOMICS LLC* Filed by Emanuel McCray. (McCray, Emanuel) (Entered: 09/10/2026) |
| 09/10/2026 | 15 | Proposed Summons *FOR X CORP.* Filed by Emanuel McCray. (McCray, Emanuel) (Entered: 09/10/2026) |
| 09/10/2026 | 16 | Summons Issued Electronically as to Atlas Genomics, LLC, X Corp. **NOTICE: The filing party shall print and serve the summonses and all other documents issued by the Clerk at the time of case initiation upon all named parties in accordance with Local Rule 3-5(c).** (ajm) (Entered: 09/10/2026) |
| 10/02/2026 | 17 | Affidavit of Service of Summons Issued 4 upon United States Centers for Medicare & Medicaid Services served on 7/23/2026, answer due on 9/22/2026 Filed by Emanuel McCray. (McCray, Emanuel) (Entered: 10/02/2026) |
| 10/02/2026 | 18 | Motion for Entry of Default *As To Defendant United States Centers for Medicare & Medicaid Services*. Filed by Emanuel McCray. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (McCray, Emanuel) (Entered: 10/02/2026) |
| 10/06/2026 | 19 | Affidavit of Service of Summons Issued, 16 upon X Corp. served on 9/14/2026, answer due on 10/5/2026 (Attachments: # 1 Exhibit 1. Docket as of October 6, 2026, # 2 Exhibit 2. Signed Notice of Lawsuit and Request To Waive Service, # 3 Exhibit 3. Summons Issued As To X Corp., # 4 Exhibit 4. Proof of Service and Mailing As To X Corp., # 5 Exhibit 5. Notice of Lawsuit Through U.S. Postal Service) Filed by Emanuel McCray. (McCray, Emanuel) (Entered: 10/06/2026) |
| 10/06/2026 | 20 | Motion for Entry of Default *AS TO DEFENDANT X CORP.*. Filed by Emanuel McCray. (Attachments: # 1 Exhibit DECLARATION OF SERVICE OF SUMMONS IN SUPPORT OF ENTRY OF DEFAULT, # 2 Exhibit PROPOSED ORDER, # 3 Exhibit CERTIFICATE OF SERVICE) (McCray, Emanuel) (Entered: 10/06/2026) |
| 10/08/2026 | 21 | Motion to Set Aside Entry of Default . Filed by X Corp.. (Wheeler, Nicholas) Modified on 10/8/2026 to correct docket text (klb). (Entered: 10/08/2026) |
| 10/08/2026 | 22 | Declaration of Bradley P. Humphreys *in Support of Defendant X Corp.'s Motion to Set Aside Entry of Default*. Filed by X Corp.. (Related document(s): Motion to Set Aside Default Judgment 21 .) (Wheeler, Nicholas) (Entered: 10/08/2026) |
| 10/08/2026 | 23 | Motion for Extension of Time to Answer . Filed by X Corp.. (Wheeler, Nicholas) (Entered: 10/08/2026) |
| 10/10/2026 | 24 | Response to Motion to Set Aside the Default Judgment 21 , Motion for Extension of Time to Answer 23 . Filed by Emanuel McCray. (McCray, Emanuel) (Entered: 10/10/2026) |
| 10/11/2026 | 25 | Declaration of Emanuel McCray *In Support of Plaintiff's Motion For Entry of Default As To Defendant United States of America*. Filed by Emanuel McCray. (Attachments: # 1 Exhibit 1. Docket as of October 11, 2026, # 2 Exhibit 2. Proof of Service, # 3 Exhibit 3. Confirmation of Attorney General Blanche, # 4 Exhibit 4. Appointment of U.S. Attorney Bradford, # 5 Exhibit 5. Certified Mail Delivery of Summons and Complaint, # 6 Exhibit 6. Employment of Jessica Biggers) (McCray, Emanuel) (Entered: 10/11/2026) |

| | | |
|---|---|---|
| 10/11/2026 | 26 | Motion for Entry of Default *As To Defendant United States of America*. Filed by Emanuel McCray. (Attachments: # 1 Exhibit 1. Certificate of Service, # 2 Exhibit 2. Proposed Order) (McCray, Emanuel) (Entered: 10/11/2026) |

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/14/2026 18:46:50 | | | |
| **PACER Login:** | awcsubaru | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:26-cv-01193-IM Start date: 1/1/1980 End date: 10/14/2026 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

# DECLARANT'S EXHIBIT 2

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| EMANUEL MCCRAY<br>*Plaintiff*<br>v.<br>UNITED STATES, ET AL.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No. 3:26-cv-01193-SB |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: ATLAS GENOMICS, LLC, C/O CHRISTOPHER JACOB

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 60 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 06/20/2026

Emanuel McCray
*Signature of the attorney or unrepresented party*

EMANUEL MCCRAY
*Printed name*

400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660
*Address*

emanuel.mccray@hotmail.com
*E-mail address*

(564) 208-7576
*Telephone number*

# DECLARANT'S EXHIBIT 3

**ALERT: IMPACTS FROM TROPICAL STORM ISAIAS IN THE GULF REGION OF THE U.S. MAY ...**

# USPS Tracking®

**FAQs ›**

**Remove ✕**

**Tracking Number:**

## 420981999505506671716171095500

**Copy** **Add to Informed Delivery**

### Latest Update

Your item was delivered in or at the mailbox at 4:34 pm on June 22, 2026 in SEATTLE, WA 98199.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

**Feedback**

### Delivered

**Delivered, In/At Mailbox**

SEATTLE, WA 98199
June 22, 2026 4:34 PM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

# DECLARANT'S EXHIBIT 4

WASHINGTON
Secretary of State
Corporations & Charities Division

Corporations and Charities Division
**Mailing address:**
PO Box 40234
Olympia, WA 98504-0234
Tel: 360.725.0377
www.sos.wa.gov/corporations

08/03/2026

ATLAS GENOMICS, LLC
CHRISTOPHER JACOB
2296 W COMMODORE WAY
STE. 220
SEATTLE WA 98199

## ADMINISTRATIVE DISSOLUTION

Greetings!

UBI #: 603 388 099
Entity Name: ATLAS GENOMICS, LLC

The above listed entity has not filed its annual report that was due on 03/31/2026. As a result, the entity is no longer in active status.

In accordance with RCW23.95.605-610, the above entity is hereby administratively dissolved as of: **08/03/2026**.

This action was taken due to failure of the entity to file a required report within the time set forth by law.

Under RCW 23.95.615, a domestic entity that is administratively dissolved may apply for reinstatement no later than five (5) years after the effective date of administrative dissolution noted above. RCW 23.95.615 identifies the requirements for an application for reinstatement.

You can access the Washington Secretary of State, Corporations and Charities Filing System (CCFS) online to reactivate your entity using the following website https://www.sos.wa.gov/corporations

Sincerely,

Washington Secretary of State
Corporations and Charities Division
corps@sos.wa.gov

**Note: If your documents were recently submitted, please disregard this notice. This notice is generated as part of an automated notification process.**

# DECLARANT'S EXHIBIT 5

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

EMANUEL MCCRAY

*Plaintiff(s)*

v.

UNITED STATES OF AMERICA, ET AL.

*Defendant(s)*

Civil Action No. 3:26-cv-01193-IM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Atlas Genomics, LLC
c/o Christopher Jacob
Registered Agent
2296 W. Commodore Way, Suite 220
Seattle, WA 98199

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

EMANUEL MCCRAY
400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

**Date: 09/10/2026**

**By: s/AidenMorrissey, Deputy Clerk**

# DECLARANT'S EXHIBIT 6

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **3:26-cv-01193-SB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Atlas Genomics, LLC**
was received by me on **9/14/2026:**

☐ I personally served the **SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[X] I returned the summons unexecuted because **Moved** after attempting service at **2296 W Commodore Way Ste 220, Seattle, WA 98199-1565**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 89.00** for services, for a total of **$ 89.00**.

I declare under penalty of perjury that this information is true.

Date: 09/14/2026

*Server's signature*

**David Gardoni**
*Printed name and title*

**7511 32 Ave NW**
**Seattle, WA 98117**

*Server's address*

Additional information regarding attempted service, etc:

**9/14/2026 9:38 AM: I spoke with an individual who identified themselves as the employee and they stated subject moved. At the address I observed a call/mail box listing another. Sustainable Harvest is in unit and has been for over a year.**

Tracking #: **0241618971**

Case 3:26-cv-01193-JM Document 27-1 Filed 10/14/26 Page 1 of 30

# DECLARANT'S EXHIBIT 7

**WASHINGTON**
Secretary of State
Corporations & Charities Division

Corporations & Charities Division
**Physical/Overnight address:**
243 Israel Rd SE
Tumwater, WA 98501
**Mailing address:**
PO Box 40234
Olympia, WA 98504-0234
Tel: 360.725.0377
sos.wa.gov/corps

September 25, 2026

EMANUEL MCCRAY
ATTN: EMANUEL MCCRAY
400 W MCLOUGHLIN BLVD APT 5
VANCOUVER, WA 98660

To Whom It May Concern:

The undersigned hereby states that they are a duly appointed and acting clerk in the Office of the Secretary of State responsible for the receipt and processing of the service of process documents under the Washington State statute RCW 23B.18.040 and/or RCW 23.95.450 and is qualified to make the following statements.

Service is considered perfected on the defendant(s) listed below on the date of: September 21, 2026

On this date the legal documents outlined below, in the action relating to the plaintiff(s) and defendant(s) listed below, were received by the Office of the Secretary of State. The legal documents under the Cause Number listed below, if applicable, were placed on file, under file number: 36056

**Cause Number:** 3:26-CV-01193-IM

**Legal Documents received:**

SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT ASSAULT AND BATTERY SARS-COV-2 "LAB LEAK" CHRONIC INFECTION CLASS ACTION;

**Plaintiff(s):**
EMANUEL MCCRAY

**Defendant(s):**
ATLAS GENOMICS, LLC

Duly appointed and acting clerk by the Office of the Secretary of State: *Mattie Haynes*

Rev 7/2025

SEATTLE WA 980
30 SEP 2026 PM 3 L

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 98501 $ 000.78⁰
02 7W
0008045540 SEP 28 2026

WASHINGTON
Secretary of State

Corporations & Charities Division
PO Box 40234
Olympia, WA 98504-0234

Rec'd 10/3/26

EMANUEL MCCRAY
ATTN: EMANUEL MCCRAY
400 W MCLOUGHLIN BLVD APT 5
VANCOUVER, WA 98660

98660-255705

# DECLARANT'S EXHIBIT 8

**EMANUEL MCCRAY**
400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660
emanuel.mccray@hotmail.com

**Ref:** ***McCray v. United States, et al.*, Case No. 3:26-cv-01193-IM, Portland, Oregon Federal District Court, Filed June 12, 2026**

**STATUS OF U.S MAIL DELIVERED TO SUSTAINABLE HARVEST, INC. (ATLAS GENOMICS, LLC) USPS TRACKING NO. 420981999505506671716171095500**

October 4, 2026

| | |
|---|---|
| Sustainable Harvest, Inc.<br>c/o Cogency Global, Inc.<br>Registered Agent<br>128 10th Avenue, SW Floor 3<br>Olympia WA 98501-1203<br><br>Sucafina NA Inc.<br>1825 Park Avenue Suite 604<br>NY 10035<br><br>Sucafina NA Inc.<br>51 NE 24th Street, Suite 204<br>Miami, FL 33137 | Governor David Behrends<br>Governor Jordan Hooper<br>Governor Conor Campbell<br>Governor Katherine Nolte Ferguson<br>Governor Andrew Brakebush<br>c/o Sustainable Harvest, Inc.<br>2296 W Commodore Way, Suite 220<br>Seattle, WA, 98199-1565<br><br>Sucafina NA Inc.<br>2303 W Commodore Way<br>Seattle, WA 98199 |

**Attachments:**

(1) NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS (**ATLAS GENOMICS, LLC**)

(2) SUMMONS IN A CIVIL ACTION (**ATLAS GENOMICS, LLC**)

(3) PROOF OF NONSERVICE OF SUMMONS (**ATLAS GENOMICS, LLC**)

(4) INVOICE FOR PROOF OF NONSERVICE OF SUMMONS (**ATLAS GENOMICS, LLC**)

Dear **Sustainable Harvest, Inc.**:

**THIS IS A VERY URGENT AND TIME-SENSITIVE MATTER**

This letter is a request for **SUSTAINABLE HARVEST, INC.** to identify what happened to First Class Mail addressed to "**ATLAS GENOMICS, LLC**" which was never returned to the sender, the undersigned, as undeliverable or unable to forward by the U.S. Postal Service.

**UNCLASSIFIED**

On June 22, 2026, the U.S. Postal Service notified the undersigned, Plaintiff in the referenced lawsuit, that a mailing containing Attachment (1), dated June 20, 2026, "was delivered in or at the mailbox at 4:34 pm on June 22, 2026 in SEATTLE, WA 98199, Tracking Number **420981999505506671716171095500**, which was addressed to "**ATLAS GENOMICS, LLC**" at the following address on file with the Washington Secretary of State: 2296 W Commodore Way, Suite 220, Seattle, WA, 98199-1565.

On September 10, 2026, the undersigned caused Attachment (2) to be issued because **ATLAS GENOMICS, LLC** failed to return the waiver service of summons and complaint, which was contained in the mailing, Attachment (1).

On September 14, 2026 at 9:38am, Process Server David Gardoni spoke with an individual at **SUSTAINABLE HARVEST, INC.** who stated **ATLAS GENOMICS, LLC** had moved, (Attachment 3), notwithstanding the fact that the U.S. Postal Service indicated the mail "was delivered in or at the mailbox at 4:34 pm on June 22, 2026." **The current total cost of serving the Summons and Complaint sits at "$178.00."**

On June 22, 2026, the Statutes at Large contained a few provisions of law regarding mail that is delivered, but where the intended recipient had moved. In passing the Postal Reorganization Act of 1970, Congress required the U.S. Postal Service to provide "prompt, reliable, and efficient services to patrons...." 39 U.S.C. § 101(a).

Please inform the undersigned, by regular mail or email and at your earliest convenience, exactly what was done with this U.S. mail that was addressed and delivered to **ATLAS GENOMICS, LLC** at your address.

Thank you very much.

Emanuel McCray

Emanuel McCray

**Cc:**

**Donald John Trump,**
*In His Official Capacity As President of the United States of America*

**The Honorable Todd Blanche**
*In His Official Capacity As Attorney General of the United States of America*

**The Honorable Walter Joseph Clayton III,**
*In His Official Capacity As Director of National Intelligence*

**The Honorable John Lee Ratcliffe,**
*In His Official Capacity As Director of the Central Intelligence Agency*

**The Honorable Robert Francis Kennedy Jr.,**
*In His Official Capacity As Secretary of U.S. Health and Human Services*

**The Honorable Scott E. Bradford,**
*In His Official Capacity As United States Attorney for the District of Oregon,*
1000 SW Third Avenue, Suite 600, Portland, OR 97204, Tel: (503) 727-1000

**Attorney Aaron P. Brecher**
c/o Orrick, Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, WA 98101
**Attorney Peter D. Hawkes**
c/o Angeli & Calfo LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
*Attorneys for Defendant Meta Platforms*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| EMANUEL MCCRAY<br>*Plaintiff*<br>v.<br>UNITED STATES, ET AL.<br>*Defendant* | ) ) ) ) ) | Civil Action No. 3:26-cv-01193-SB |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: ATLAS GENOMICS, LLC, C/O CHRISTOPHER JACOB
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 60 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 06/20/2026

Emanuel McCray
*Signature of the attorney or unrepresented party*

EMANUEL MCCRAY
*Printed name*

400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660
*Address*

emanuel.mccray@hotmail.com
*E-mail address*

(564) 208-7576
*Telephone number*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

EMANUEL MCCRAY

*Plaintiff(s)*

v.

UNITED STATES OF AMERICA, ET AL.

*Defendant(s)*

Civil Action No. 3:26-cv-01193-IM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Atlas Genomics, LLC
c/o Christopher Jacob
Registered Agent
2296 W. Commodore Way, Suite 220
Seattle, WA 98199

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: EMANUEL MCCRAY
400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: **09/10/2026**

**By: s/AidenMorrissey, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **3:26-cv-01193-SB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Atlas Genomics, LLC**
was received by me on **9/14/2026:**

☐ I personally served the **SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **Moved** after attempting service at **2296 W Commodore Way Ste 220, Seattle, WA 98199-1565**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 89.00** for services, for a total of **$ 89.00**.

I declare under penalty of perjury that this information is true.

Date: 09/14/2026

*Server's signature*

**David Gardoni**
*Printed name and title*

**7511 32 Ave NW**
**Seattle, WA 98117**

*Server's address*

Additional information regarding attempted service, etc:

**9/14/2026 9:38 AM: I spoke with an individual who identified themselves as the employee and they stated subject moved. At the address I observed a call/mail box listing another. Sustainable Harvest is in unit and has been for over a year.**

Tracking #: 0241618971

abclegal

# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

**EMANUEL MCCRAY <emanuel.mccray@hotmail.com>**
**400 W McLoughlin Blvd Apt 5**
**Vancouver, WA 98660-2557**

| | |
|---|---|
| INVOICE# | 30482057.100 |
| DATE | Sep 10, 2026 |
| ACCOUNT# | 278996 |
| ATTENTION | emanuel.mccray@hotmail.com |
| REFERENCE# | REF-26624178 |

**AMOUNT DUE** **$ 0.00**

| | |
|---|---|
| CASE # | N/A |
| CASE TITLE | N/A |
| COURT | N/A |

## SERVICES PERFORMED

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Prepare Suit** | | |
| Process Service - Web Upload | **Uploaded File(s):** ANALYZE. Summons Issued Electronically as to Atlas Genomics, LLC, X Corp.pdf, McCray v. United States. COMPLAINT. ECF 1.pdf<br>**Rush Requested:** No<br>**Priority Requested:** No<br>**Parties To Serve:** 2 | 178.00 |

| | |
|---|---|
| SUBTOTAL | $ 178.00 |
| SALES TAX | $ 0.00 |
| **TOTAL CHARGES** | **$ 178.00** |

## PAYMENTS

| SOURCE | DATE | AMOUNT |
|---|---|---|
| mastercard ending in 4203 | September 10, 2026 | 178.00 |

**AMOUNT PAID** **$ 178.00**

**AMOUNT DUE** **$ 0.00**