# PLAINTIFF'S EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON (PORTLAND)**

| | |
|---|---|
| EMANUEL MCCRAY, a/k/a "Trump Genius," *On Behalf of Himself and All Others Similarly Situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, *et al.,*<br><br>Defendants. | Case No. **3:26-CV-01193-IM**<br><br>PROPOSED<br>CLERK'S ENTRY OF DEFAULT |

Plaintiff Emanuel McCray requests that the Clerk of Court enter default against defendant Atlas Genomics, LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

It appearing from the record that defendant has failed to appear, plead, or otherwise defend, the default of defendant Atlas Genomics, LLC is hereby entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated this __________ day of October, 2026.