# PLAINTIFF'S EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON (PORTLAND)**

| | |
|---|---|
| EMANUEL MCCRAY, a/k/a "Trump Genius," *On Behalf of Himself and All Others Similarly Situated,* | Case No. **3:26-CV-01193-IM** |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| vs. | |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |

I, Emanuel McCray, hereby certify that on October 14, 2026, I caused a copy of the Motion for Entry of Default as to Defendant Atlas Genomics, LLC, the Declaration of Service of Process In Support of Plaintiff's Motion for Entry of Default, and the Proposed Entry of Default to be placed in a postage-paid envelope and deposited these envelopes in the United States mail addressed as set forth below:

| | |
|---|---|
| The Honorable Todd Blanche<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | The Honorable Scott E. Bradford<br>United States Attorney's Office<br>1000 SW Third Avenue, Suite 600<br>Portland, OR 97204 |
| President Donald John Trump<br>The White House<br>1600 Pennsylvania Avenue, NW<br>Washington, DC 20500 | Office of the Secretary of State<br>State of Washington<br>Corporations & Charities Division<br>PO Box 40234<br>Olympia, WA 98504-0234 |

Dated this 14th day of October 2026.

Emanuel McCray

Emanuel McCray