**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON (PORTLAND)**

| | |
|---|---|
| EMANUEL MCCRAY, a/k/a "Trump Genius," *On Behalf of Himself and All Others Similarly Situated,* | Case No. **3:26-CV-01193-IM** |
| Plaintiffs, | NOTICE OF ERRATA TO PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AS TO DEFENDANT X CORP., ECF 28 |
| vs. | |
| UNITED STATES OF AMERICA, *et al.,* | |
| Defendants. | |

## NOTICE OF ERRATA

Plaintiff submits respectfully this errata to Plaintiff's Motion for Entry of Default as to Defendant X. Corp., which was filed on October 14, 2026, at Docket No. 28, in order to correct an inadvertent clerical error.

The caption to the Motion states "PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AS TO DEFENDANT X CORP.", when in fact the caption of the Motion should state, "PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AS TO DEFENDANT ATLAS GENOMICS, LLC."

Plaintiff is concurrently filing a corrected document, attached as Exhibit 1, which corrects the caption of the Motion and makes no other changes.

Submitted respectfully,

Dated this 15th day of October 2026.

s/Emanuel McCray

Emanuel McCray
*Plaintiff, Pro Se*