**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON (PORTLAND)**

| | |
|---|---|
| EMANUEL MCCRAY, a/k/a "Trump Genius," *On Behalf of Himself and All Others Similarly Situated,* Plaintiffs, vs. UNITED STATES OF AMERICA, *et al.,* Defendants. | Case No. **3:26-CV-01193-IM** PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AS TO DEFENDANT ATLAS GENOMICS, LLC |

Plaintiff Emanuel McCray requests that the Clerk of Court enter default against defendant Atlas Genomics, LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

In support of this request, Plaintiff relies upon the record in this case and the Declaration of Service of Process, ECF 27, attached to this Motion as Plaintiff's Exhibit 1. A Proposed Order is attached as Plaintiff's Exhibit 2.

Dated this 14th day of October 2026.

s/Emanuel McCray
Emanuel McCray
*Plaintiff, Pro Se*