**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**JUSTIN CULLEN, OSB #263588**
Assistant United States Attorney
Justin.Cullen@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2936
Telephone: (503) 727-1000
Attorneys for Defendant United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**EMANUEL MCCRAY, on behalf of himself and all others similarly situated,**

Plaintiff,

v.

**UNITED STATES OF AMERICA; ANTHONY STEPHEN FAUCI; UNITED STATES CENTERS FOR MEDICARE & MEDICAID SERVICES; ATLAS GENOMICS, LLC; X CORP.; META PLATFORMS, INC.,**

Defendants.

Case No.: 3:26-cv-01193-IM

**DEFENDANT UNITED STATES' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTIONS TO ENTER DEFAULT JUDGMENT [ECF NOS. 18, 26]**

Defendant United States of America ("United States") opposes Plaintiff's Motions to Enter Default Judgment (ECF Nos. 18, 26) for the following reasons:

1. LR 7-1(e)(1) allows a party to "file and serve any response within 14 days after service of the Motion."

2. On October 2, 2026, Plaintiff filed a "Motion for Entry of Default as to Defendant United States Centers for Medicare & Medicaid Services" and the supporting Declaration. The United States must file and serve its Response on Plaintiff by October 16, 2026. Fed. R. Civ. P. 6(a)(1).

3. On October 11, 2026, Plaintiff filed a "Motion for Entry of Default as to Defendant United States of America" and the supporting Declaration. The United States must file and serve its Response on Plaintiff by October 26, 2026. Fed. R. Civ. P. 6(a)(1).

4. The United States is not in default. Fed. R. Civ. P. 12 (a)(2) states that the United States "must serve an answer to a complaint . . . within 60 days after service on the United States attorney." Service on the United States Attorney was accomplished for both motions pursuant to Fed. R. Civ. P. 4(i)(1)(A)(i) on September 21, 2026. ECF 17 at 14; ECF 25 at 18. The United States has until November 20, 2026 to respond to  the complaint.

5. Even if the United States, or any of its agencies or officers, were in default, this court cannot enter default against the United States for this complaint. Fed. R. Civ. P. 55 (d) allows a court to enter a default judgment against the United States "only if the claimant establishes a claim or right to relief by evidence that satisfies the court." Plaintiff is asking for $400 trillion, more than ten times the

United States GDP. There is no evidence that can satisfy this Court to enter a default for that amount, or for any amount or relief sought by Plaintiff.

## CONCLUSION

Based on the foregoing, Plaintiff's motions to enter default judgment should be denied.

Respectfully submitted this 16th day of October, 2026.

SCOTT E. BRADFORD
United States Attorney
District of Oregon

*/s/ Justin Cullen*
JUSTIN CULLEN
Assistant United States Attorney
Attorneys for the United States