**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| EMANUEL MCCRAY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA, *et al*.,<br>Defendants. | Civil No. 3:26-cv-01193-sb |

**DECLARATION OF MEGAN SCOLARI IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR TRANSFER**

I, Megan Scolari, declare as follows:

1. I am a Legal Program Manager at X Corp. I have held this position since September 9, 2019. I submit this declaration in support of X Corp.'s Motion to Dismiss and/or Transfer in the case captioned *Emanuel McCray v. United States of American, et al.*, No. 3:26-cv-01193-sb (the "Motion"). I am of sound mind and fully competent and authorized in all respects to execute this declaration. I have personal knowledge of the facts set forth herein, which are true and correct.

2. My duties and responsibilities in my role as a Legal Program Manager include managing electronic information created and stored in a variety of software systems X Corp. uses in the normal course of its business. As part of my current role, I am regularly involved in assisting in the collection of evidence about aspects of services across the company's platforms and have become familiar with how the services have been delivered over time.

3. The statements in this declaration are based on my personal knowledge, facts learned during my investigation of this matter, and the business records of X Corp. The business

records were made by, or from information transmitted by, a person with knowledge of the events. Such records are kept in the ordinary course of the regularly conducted activity of X Corp., and making such records is a regular practice of those activities.

4. I am familiar with X Corp.'s Terms of Service ("Terms") for its social media platform X, formerly called "Twitter," and the procedures by which users agree to the Terms, including updates to the Terms and notifications to users informing them of updates to the Terms.

5. I understand that since Twitter was launched in 2006, X Corp. or its predecessor-in-interest, Twitter, Inc., have revised the Terms several times. The current version of the Terms (version 23) is publicly available at https://x.com/en/tos. All prior material versions of the Terms (versions 1 to 22) are publicly available at https://x.com/en/tos/previous.

6. The version of the Terms in effect on June 24, 2026—*i.e.*, the date on which Plaintiff filed his Complaint (version 22)—provides that

> These Terms of Service ("Terms") govern your relationship with us and your and other users' access to and use of, and anything otherwise relating to, our or our corporate affiliates' services, including our various websites, SMS, APIs, email notifications, applications, buttons, widgets, ads, commerce services, and our other covered services (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates) that link to these Terms (collectively, the "Services"), and any information, text, links, graphics, photos, audio, videos, or other materials or arrangements of materials uploaded, downloaded or appearing on the Services (collectively referred to as "Content"). By using the Services you agree to be bound by these Terms.

7. A true and correct copy of version 22 of the Terms (effective April 10, 2026) as it was available on June 12, 2026—*i.e.*, the date on which Plaintiff filed his Complaint—is attached as **Exhibit A**.

8. Based on my investigation to date and my review of the Complaint, I understand that Plaintiff created the account @Trumpgenius2 on August 31, 2017.

9. A true and correct copy of version 11 of the terms (effective September 30, 2016, to October 1, 2017)—*i.e.*, the version of the Terms that were effective when Plaintiff created his account—is attached as **Exhibit B**.

10. When Plaintiff signed up for his account, X Corp.'s Terms of Service were hyperlinked on the X sign-up page in contrasting blue text near the "Sign up" button, with a reminder that "[b]y signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use."

11. Thus, by creating his account, Plaintiff necessarily accepted version 11 of the Terms.

12. In the current Terms and at all relevant times, including in version 11, X's Terms provided that X Corp. may change the Terms, and that continued access or use of the X platform constitutes acceptance of any change: "[b]y continuing to access or use the Services after those revisions become effective, you agree to be bound by the revised Terms."

13. It is X Corp.'s longstanding business practice to give notice of materially new versions of the Terms to all X users. Specifically, it is X Corp.'s longstanding business practice that, when X Corp. has made material revisions to the Terms, X Corp. gives notice to X users by a notification prompt that appears when the user logs into their account.

14. As of the date Plaintiff filed his Complaint, the most recent materially new version of X Corp.'s Terms was version 21, which went into effect on January 15, 2026. A true and correct copy of version 21 of the Terms (effective January 15, 2025 to April 9, 2026) is attached as **Exhibit C**.

15. On December 16, 2025, X Corp. started notifying users about these updated version 21 Terms by serving a notification prompt to X users when they logged in to their X

accounts. The notification prompt served to X account holders provided:

**Updates to our Terms of Service and Privacy Policy**

> We're updating our Terms of Service and Privacy Policy. Now's a great chance to review them. If you want to learn more about these changes, head to the X Privacy Center.

16. The words "Terms of Service" in the above-mentioned notification prompt appeared as a blue hyperlink that led to the updated Terms.

17. At the bottom of the above-mentioned notification prompt, the X user who received it was asked to click a button labeled "Got it." A true and correct copy of the above-mentioned notification prompt that was served in connection with the update to the relevant version 21 of the Terms is attached as **Exhibit D**.

18. Based on my review of available data, I have confirmed that, on December 17, 2025, Plaintiff's account clicked on the "Got it" button on the above-mentioned notification prompt relating to version 21 of the Terms.

19. I have also confirmed upon reviewing available data that Plaintiff has maintained an active account on the X platform since he created it, and he has continued to use and access the account as recently as in the past week.

20. X Corp. is organized under the laws of Nevada and maintains its principal place of business in Texas.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 10/22/2026

Signed by:
Megan Scolari
7A20F07B5E1B430...
Megan Scolari

# Exhibit A

# X Terms of Service

## Summary of our Terms

These Terms of Service ("Terms") are part of the User Agreement – a legally binding contract governing your relationship with X. **You should read these Terms in full, but here are a few key things you should take away:**

- **You will see advertising on the platform:** In exchange for accessing the Services, X and our third-party providers and partners may display advertising to you.
- **When posting Content and otherwise using the Services, you must comply with this User Agreement and Applicable Law:** You are responsible for your use of the Services and your Content. You must comply with the User Agreement, including all applicable policies and rules, and all applicable laws.
- **You must abide by the Services' acceptable use terms:** You may not access the Services in any way other than through the currently available, published interfaces that we provide. For example, this means that you cannot scrape the Services without X's express written permission, try to work around any technical limitations we impose, or otherwise attempt to disrupt the operation of the Services.
- **We have broad enforcement rights:** X reserves the right to take enforcement actions against you if you do violate these terms, such as, for example, removing your Content, limiting visibility, discontinuing your access to X, or taking legal action. Certain jurisdictions, including the European Union and the United Kingdom, also impose obligations on X to enforce against not only illegal content but also categories of content deemed by law to be "harmful" or "unsafe." As a result, your Content or account may be subject to restrictions in those jurisdictions. We may also suspend or terminate your account for other reasons, such as prolonged inactivity, risk of legal exposure, or commercial inviability.
- **There are intellectual property licenses in these Terms:** You retain ownership and rights to any of your Content you post or share, and you provide us with a broad, royalty-free license to make your Content available to the rest of the world and to let others do the same. Conversely, we provide you a license to use the software we provide as part of the Services, such as the X mobile application, solely for the purpose of enabling you to use and enjoy the benefit of the Services.

𝕏

- **Your use of the Services is at your own risk:** We provide the Services on an "AS IS" and "AS AVAILABLE" basis, and we disclaim all warranties, responsibility, and liability to you or others to the extent permitted by law. You may be exposed to offensive or harmful Content posted by other users. The Services may change from time to time, and we may limit or terminate availability of the Services or particular features to you or other users at any time.
- **You have remedies and redress mechanisms, but our liability is limited:** You have a right to terminate this agreement at any time by deactivating your account and discontinuing use of the Services. Depending on your country of residence, we may not be liable for certain types of damages as described in the agreement, and in any event, our aggregate liability shall not exceed the greater of $100 USD or the amount you paid us, if any, in the past six months for the Services giving rise to the claim. Further, if you believe that your Content has been displayed on the Services in an unauthorized manner that constitutes copyright infringement, the reporting process is detailed in these Terms.
    - **If you are a recipient of the X Service in the United Kingdom,** you may challenge enforcement actions (such as Content removal or account suspension) that breach these Terms by filing a complaint through our internal complaints process or by bringing a claim in a competent court, as provided under the Online Safety Act 2023. You can find details on how to file a complaint here.
    - **If you are a recipient of the X Service in the European Union,** you may challenge certain decisions we make under the Digital Services Act (Regulation (EU) 2022/2065) via our internal process or via out-of-court dispute settlement as described here.

Please also note that these Terms incorporate our Privacy Policy (https://x.com/privacy) as well as other terms applicable to your use of the Services and your Content. Finally, these Terms may vary depending on where you live, but in any case, you must be at least 13 years old to use X.

---

**If you live outside the European Union, EFTA States, or the United Kingdom, including if you live in the United States,** the X User Agreement comprises these Terms of Service, our Privacy Policy, our Rules and Policies, and all incorporated policies.

**If you live in the European Union, EFTA States, or the United Kingdom,** the X User Agreement comprises these Terms of Service, our Privacy Policy, our Rules and Policies, and all incorporated policies.

---

𝕏

# X Terms of Service

## If you live outside the European Union, EFTA States, or the United Kingdom, including if you live in the United States

These Terms of Service (“Terms”) govern your relationship with us and your and other users’ access to and use of, and anything otherwise relating to, our or our corporate affiliates' services, including our various websites, SMS, APIs, email notifications, applications, buttons, widgets, ads, commerce services, and our other covered services (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates) that link to these Terms (collectively, the “Services”), and any information, text, links, graphics, photos, audio, videos, or other materials or arrangements of materials uploaded, downloaded or appearing on the Services (collectively referred to as “Content”). By using the Services you agree to be bound by these Terms.

These Terms are an agreement between you and X Corp., which provides X and the Services, with its registered office at 865 FM 1209, Building 2, Bastrop, TX 78602 U.S.A. The words “we,” “us,” and “our” mean X Corp.

---

# 1. Who May Use the Services

You may use the Services only if you agree to form a binding contract with us and are not a person barred from receiving services under the laws of the applicable jurisdiction. In any case, you must be at least 13 years old to use the Services. If you are (i) accepting these Terms and/or using the Services, which constitutes acceptance of these Terms, or (ii) accepting these Terms in order to authorize the use of the Services on behalf of a minor (being any person under the age of majority in any given country), company, organization, government, or other legal entity, you represent and warrant that you are authorized to do so or, as the case may be, have the authority to bind such minor and/or entity to these Terms. The words “you” and “your” as used in these Terms shall refer either to the person accepting these Terms or such minor (as defined in (i)) and/or the entity referenced in (ii), as applicable.

# 2. Privacy

Our Privacy Policy (https://x.com/privacy) describes how we handle the information you provide to us when you use the Services. You understand that through your use of the Services you consent to

the collection and use (as set forth in the Privacy Policy) of this information, including the transfer of this information to the United States, Ireland, and/or other countries for storage, processing and use by us and our affiliates.

# 3. Content on the Services

You are responsible for your use of the Services and for any Content, including anything referenced therein, you provide, create, post, or otherwise utilize, including any inputs, prompts, outputs, and/or information obtained or created through the Services. It is your responsibility to comply with all applicable laws, rules, policies, and regulations that are applicable to you or your Content, including on a third party's or our affiliates' services. You should only provide, create, or generate Content that you are comfortable sharing with others.

Any use or reliance on any Content or materials posted via the Services or obtained by you through the Services is at your own risk. We do not endorse, support, represent or guarantee the completeness, truthfulness, accuracy, or reliability of any Content or communications posted or otherwise obtained via the Services or endorse any alleged facts or opinions expressed via the Services. You understand that by using the Services, you may be exposed to Content that might be offensive, harmful, inaccurate or otherwise inappropriate, or in some cases, postings that have been mislabeled or are otherwise deceptive. All Content, including anything referenced therein, is the sole responsibility of the person who posted, generated, inputted, or created such Content. We may not monitor or control the Content posted, generated, inputted, or created via the Services, and we cannot take responsibility for such Content.

We reserve the right to remove Content that violates the User Agreement, including for example, copyright or trademark violations or other intellectual property misappropriation, impersonation, unlawful conduct, or harassment. Certain jurisdictions, including the European Union and the United Kingdom, impose obligations on us to enforce against categories of content deemed by law to be harmful or unsafe, such as bullying and humiliating content, content that promotes or encourages feeding or eating disorders, as well as content that encourages or makes available knowledge of methods of self-harm and suicide. As a result, your Content may be subject to restrictions as required by these jurisdictions. Information regarding specific policies and the process for reporting or appealing violations can be found in our Help Center (https://help.x.com/rules-and-policies, https://help.x.com/rules-and-policies/x-report-violation#specific-violations, and https://help.x.com/managing-your-account/suspended-x-accounts).

If you believe that your Content has been copied in a way that constitutes copyright infringement, please report this by visiting our Copyright reporting form (https://help.x.com/forms/ipi) or contacting our designated copyright agent at:

X Corp.
Attn: Copyright Agent
865 FM 1209, Building 2
Bastrop, TX 78602
Reports: https://help.x.com/forms/ipi
Email: copyright@x.com

## Your Rights and Grant of Rights in the Content

You retain your rights to any Content, including anything referenced therein, you submit, input, create, generate, post, or display on or through the Services. What's yours is yours — you own your Content (and your incorporated audio, photos, and videos are considered part of the Content).

In choosing to submit, input, create, generate, post, or display Content on or through the Services, you grant us a worldwide, non-exclusive, royalty-free license (with the right to sublicense) to use, copy, reproduce, process, adapt, modify, publish, transmit, display, upload, download, and distribute such Content, including anything referenced therein, in any and all media or distribution methods now known or later developed, for any purpose. For clarity, these rights include, for example, curating, transforming, and translating. This license authorizes us to make your Content available to the rest of the world and to let others do the same. You agree that this license includes the right for us to (i) analyze text and other information you provide and to otherwise provide, promote, and improve the Services, including, for example, for use with and training of our machine learning and artificial intelligence models, whether generative or another type; and (ii) to make Content submitted to or through the Services available to other companies, organizations or individuals, including, for example, for improving the Services and the syndication, broadcast, distribution, repost, promotion or publication of such Content on other media and services, subject to our terms and conditions for such Content use. Such additional uses by us, or other companies, organizations or individuals, is made with no compensation paid to you with respect to the Content that you submit, post, transmit or otherwise make available through the Services as the use of the Services by you is hereby agreed as being sufficient compensation for the Content and grant of rights herein.

We have an evolving set of rules for how ecosystem partners can interact with your Content on the Services. These rules exist to enable an open ecosystem with your rights in mind. You understand that we may modify or adapt your Content as it is distributed, syndicated, published, or broadcast by us and our partners and/or make changes to your Content in order to adapt the Content to different media.

You represent and warrant that you have, or have obtained, all rights, licenses, consents, permissions, power and/or authority necessary to grant the rights granted herein for any Content that you input, submit, create, post, generate, or display on or through the Services. You agree and

warrant that such Content does not contain material subject to copyright or other proprietary rights, unless you have obtained the necessary permissions or are otherwise legally entitled to post or otherwise use the material and to grant us the license described above.

# 4. Using the Services

Please review our Rules and Policies, which are part of the User Agreement and outline conduct that is prohibited on the Services, as well as categories of content deemed by law to be harmful or unsafe in certain jurisdictions. You may use the Services only in compliance with these Terms and all applicable laws, rules and regulations. X takes enforcement actions when Content or user behavior is in violation of our Rules and Policies or in relation to sensitive media. You can review X's enforcement options and how you can appeal our enforcement decision here.

The Services evolve constantly. As such, the Services may change from time to time, at our discretion. We may stop (permanently or temporarily) providing the Services or any features within the Services to you or to users generally. We also retain the right to create limits on use and storage at our sole discretion at any time. We may also remove or refuse to distribute any Content on the Services, limit distribution or visibility of any Content on the service, suspend or terminate users, and reclaim usernames without liability to you.

In consideration for our granting you access to and use of the Services, you agree that we and our third-party providers and partners may place advertising on the Services or in connection with the display of Content or information from the Services whether submitted by you or others. We also reserve the right to access, read, preserve, and disclose any information as we reasonably believe is necessary to (i) satisfy any applicable law, regulation, legal process or governmental request; (ii) enforce the Terms, including investigation of potential violations hereof; (iii) detect, prevent, or otherwise address fraud, security or technical issues; (iv) respond to user support requests; or (v) protect the rights, property or safety of X, its users and the public. We do not disclose personally-identifying information to third parties except in accordance with our Privacy Policy.

Certain services or features may be offered on X for which additional terms and conditions may apply in connection with your use of those services. By using or paying for any of these additional services, you agree to any additional terms applicable to those services, and those additional terms become part of our agreement with you. If any of the applicable additional terms conflict with these Terms, the additional terms will prevail while you are using those services to which they apply.

If you use paid features, products, or services of the Services, you agree to the applicable Terms for Paid Services (https://legal.x.com/purchaser-terms).

If you use developer features, products, or services of the Services, including but not limited to X for Websites (https://developer.x.com/docs/x-for-websites), X Cards (https://developer.x.com/docs/x-for-websites/cards/overview/abouts-cards), Public API

X

(https://developer.x.com/docs), or Sign in with X (https://docs.x.com/resources/fundamentals/authentication/guides/log-in-with-x), you agree to our Developer Agreement (https://developer.x.com/developer-terms/agreement) and Developer Policy (https://developer.x.com/developer-terms/policy). If you want to reproduce, modify, create derivative works, distribute, sell, transfer, publicly display, publicly perform, transmit, or otherwise use the Services or Content on the Services, you must use the interfaces and instructions we provide, except as permitted through the Services, these Terms, or the terms provided on https://developer.x.com/developer-terms. Otherwise, all such actions are strictly prohibited. If you are a security researcher, you are required to comply with the rules of our Vulnerability Reporting Program (https://hackerone.com/x). The requirements set out in the preceding paragraph may not apply to those participating in our Vulnerability Reporting Program.

If you use advertising features, products, or services of the Services in any way, including but not limited to self-service and managed service offerings, you agree that your use of the advertising features, products, and services as well as your advertisements are subject to the terms of our Master Services Agreement (https://ads.x.com/terms).

## Your Account

You may need to create an account to use the Services. You are responsible for safeguarding your account, so use a strong password and limit its use to this account, and use two-factor authentication via an authenticator app or security key. We cannot and will not be liable for any loss or damage arising from your failure to comply with the above.

You can control most communications from the Services. We may need to provide you with certain communications, such as service announcements and administrative messages. These communications are considered part of the Services and your account, and you may not be able to opt-out from receiving them. If you added your phone number to your account and you later change or deactivate that phone number, you must update your account information to help prevent us from communicating with anyone who acquires your old number.

## Your License to Use the Services

We give you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you as part of the Services. This license cannot be assigned, gifted, sold, shared or transferred in any other manner to any other individual or entity without X's express written consent. This license has the sole purpose of enabling you to use and enjoy the benefit of the Services as provided on X, in the manner permitted by these Terms.

The Services are protected by copyright, trademark, and other laws of both the United States and other countries. Nothing in the Terms gives you a right to use the X name or Twitter name or any of the X or Twitter trademarks, logos, domain names, other distinctive brand features, and other proprietary rights, and you may not do so without our express written consent. All right, title, and interest in and to the Services (excluding Content provided by users) are and will remain our and our licensors' exclusive property. Any feedback, comments, or suggestions you may provide regarding X, or the Services is entirely voluntary and we will be free to use such feedback, comments or suggestions as we see fit and without any obligation to you.

## Misuse of the Services

You also agree not to misuse the Services, for example, by interfering with them or accessing them using a method other than the interface and the instructions that we provide. You agree that you will not work around any technical limitations in the software provided to you as part of the Services, or reverse engineer, decompile or disassemble the software, except and only to the extent that applicable law expressly permits. You may not do any of the following while accessing or using the Services: (i) access, tamper with, or use non-public areas of the Services, our computer systems, or the technical delivery systems of our providers; (ii) probe, scan, or test the vulnerability of any system or network or breach or circumvent any security or authentication measures; (iii) access or search or attempt to access or search the Services by any means (automated or otherwise) other than through our currently available, published interfaces that are provided by us (and only pursuant to the applicable terms and conditions), unless you have been specifically allowed to do so in a separate agreement with us (NOTE: crawling or scraping the Services in any form, for any purpose without our prior written consent is expressly prohibited); (iv) attempt to circumvent, manipulate, or disable systems and Services, including through "jailbreaking", “prompt engineering or injection", or other methods intended to override or manipulate safety, security or other platform controls; (v) forge any TCP/IP packet header or any part of the header information in any email or posting; (vi) in any way use the Services to send altered, deceptive or false source-identifying information; (vii) engage in any conduct that violates our Platform Manipulation and Spam Policy or any other Rules and Policies, including our Misuse of Reporting Features Policy; or (viii) interfere with, or disrupt, (or attempt to do so), the access of any user, host or network, including, without limitation, sending a virus, overloading, flooding, spamming, mail-bombing the Services, or by scripting the creation of Content in such a manner as to interfere with or create an undue burden on the Services. It is also a violation of these Terms to facilitate or assist others in violating these Terms, including by distributing products or services that enable or encourage violation of these Terms.

## Ending These Terms

You may end your legal agreement with us at any time by deactivating your accounts and discontinuing your use of the Services. See

https://help.x.com/managing-your-account/how-to-deactivate-x-account for instructions on how to deactivate your account and the Privacy Policy for more information on what happens to your information.

We may suspend or terminate your account or cease providing you with all or part of the Services at any time if we reasonably believe: (i) you have violated these Terms or our Rules and Policies, (ii) you create risk or possible legal exposure for us; (iii) your account should be removed due to unlawful conduct; (iv) your account should be removed due to prolonged inactivity; or (v) our provision of the Services to you is no longer commercially viable. We will make reasonable efforts to notify you by the email address associated with your account or the next time you attempt to access your account, depending on the circumstances. To the extent permitted by law, we may also terminate your account or cease providing you with all or part of the Services for any other reason or no reason at our convenience. In all such cases, the Terms shall terminate, including, without limitation, your license to use the Services, except that the following sections shall continue to apply: 2, 3, 5, 6, and the misuse provisions of Section 4 ("Misuse of the Services"). If you believe your account was terminated in error you can file an appeal following the steps found in our Help Center (https://help.x.com/forms/account-access/appeals). For the avoidance of doubt, these Terms survive the deactivation or termination of your account.

# 5. Disclaimers and Limitations of Liability

## The Services are Available "AS-IS"

Your access to and use of the Services or any Content are at your own risk. You understand and agree that the Services are provided to you on an "AS IS" and "AS AVAILABLE" basis. The "X Entities" refers to X Corp., its parents, affiliates, related companies, officers, directors, employees, agents, representatives, partners, and licensors. Without limiting the foregoing, to the maximum extent permitted under applicable law, THE X ENTITIES DISCLAIM ALL WARRANTIES AND CONDITIONS, WHETHER EXPRESS OR IMPLIED, OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. The X Entities make no warranty or representation and disclaim all responsibility and liability for: (i) the completeness, accuracy, availability, timeliness, security or reliability of the Services or any Content; (ii) any harm to your computer system, loss of data, or other harm that results from your access to or use of the Services or any Content; (iii) the deletion of, or the failure to store or to transmit, any Content and other communications maintained by the Services; and (iv) whether the Services will meet your requirements or be available on an uninterrupted, secure, or error-free basis. No advice or information, whether oral or written, obtained from the X Entities or through the Services, will create any warranty or representation not expressly made herein.

## Limitation of Liability

NOTWITHSTANDING ANY OTHER TERMS TO THE CONTRARY, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE X ENTITIES SHALL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, RELIANCE OR ANY LOSS OF PROFITS OR REVENUES, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM (i) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES; (ii) ANY CONDUCT OR CONTENT OF ANY USER OR THIRD PARTY ON THE SERVICES, INCLUDING WITHOUT LIMITATION, ANY DEFAMATORY, OFFENSIVE OR ILLEGAL CONDUCT OF OTHER USERS OR THIRD PARTIES; (iii) ANY CONTENT OBTAINED FROM THE SERVICES; OR (iv) UNAUTHORIZED ACCESS, USE OR ALTERATION OF YOUR TRANSMISSIONS OR CONTENT. IN NO EVENT SHALL THE AGGREGATE LIABILITY OF THE X ENTITIES EXCEED THE GREATER OF ONE HUNDRED U.S. DOLLARS (U.S. $100.00) OR THE AMOUNT YOU PAID US, IF ANY, IN THE PAST SIX MONTHS FOR THE SERVICES GIVING RISE TO THE CLAIM. THE LIMITATIONS OF THIS SUBSECTION SHALL APPLY TO ANY THEORY OF LIABILITY, WHETHER BASED ON WARRANTY, CONTRACT, STATUTE, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE, AND WHETHER OR NOT THE X ENTITIES HAVE BEEN INFORMED OF THE POSSIBILITY OF ANY SUCH DAMAGE, AND EVEN IF A REMEDY SET FORTH HEREIN IS FOUND TO HAVE FAILED OF ITS ESSENTIAL PURPOSE. IN THE EVENT ANY PORTION OF THESE LIMITATION OF LIABILITY PROVISIONS IS DEEMED UNENFORCEABLE AS A MATTER OF LAW, THAT LIMITATION SHALL INSTEAD BE THE GREATEST LIMITATION PERMITTED BY LAW.

BY AGREEING TO THESE TERMS OR USING THE SERVICES, YOU AGREE, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THAT THE X ENTITIES ARE NOT RESPONSIBLE OR LIABLE TO YOU OR OTHERS FOR THE ACTIONS OR CONDUCT OF USERS AND THIRD PARTIES ON THE SERVICES, OR FOR ANY CONTENT USERS AND THIRD PARTIES SHARE ON THE SERVICES, INCLUDING OFFENSIVE, DEFAMATORY, ILLEGAL OR OTHER OBJECTIONABLE CONTENT.

## Liquidated Damages

Protecting our users' data and our system resources is important to us. You further agree that, to the extent permitted by applicable law, if you violate the Terms, or you induce or knowingly facilitate others to do so, in addition to all other legal remedies available to us, you will be jointly and severally liable to us for liquidated damages as follows for requesting, viewing, or accessing more than 1,000,000 posts (including reply posts, video posts, image posts, and any other posts) in any 24-hour period - $15,000 USD per 1,000,000 posts. You agree that these amounts are (i) a reasonable estimate of our damages; (ii) not a penalty; and (iii) not otherwise limiting of our ability to recover from you or others under any legal or equitable theory or claim, including but not limited to

statutory damages and/or equitable relief. You further agree that repeated violations of these Terms will irreparably harm and entitle us to injunctive and/or other equitable relief, in addition to monetary damages.

# 6. General

We may revise these Terms from time to time. The changes will not be retroactive, and the most current version of the Terms, which will always be at https://x.com/tos, will govern our relationship with you. We will try to notify you of material revisions, for example via a service notification or an email to the email associated with your account. By continuing to access or use the Services after those revisions become effective, you agree to be bound by the revised Terms.

The laws of the State of Texas, excluding its choice of law provisions, will govern these Terms and any dispute that arises between you and us, notwithstanding any other agreement between you and us to the contrary. Notwithstanding any other agreement to the contrary, all disputes related to these Terms, the Services, or any patents — including without limitation disputes related to or arising from any Content (whether your or others' Content), or your or others' use of the Services or the complete or partial termination thereof — shall be brought and must proceed exclusively in the federal or state courts located in Wichita County or Tarrant County, Texas, United States, and you consent to personal jurisdiction in those forums and waive any objection as to inconvenient forum. For the avoidance of doubt, the choice of law and forum selection provisions of this paragraph shall apply regardless of whether a dispute or any claims contained therein are based in contract, tort, statute, common law, or otherwise, and the choice of law and forum selection provisions of this paragraph shall apply to pending and future disputes and shall apply to your dispute regardless of when the conduct relating to the dispute arose or occurred. The choice of law and forum selection provisions of this paragraph shall also extend to disputes involving our U.S. corporate affiliates, who are intended third-party beneficiaries of this paragraph. Without prejudice to the foregoing, you agree that, in its sole discretion, X may bring any claim, cause of action, or dispute we have against you in any competent court in the country in which you reside that has jurisdiction and venue over the claim.

**To the extent permitted by law, you also waive the right to participate as a plaintiff or class member in any purported class action, collective action or representative action proceeding against us or our corporate affiliates.**

If you are a federal, state, or local government entity in the United States using the Services in your official capacity and legally unable to accept the controlling law, jurisdiction or venue clauses above, then those clauses do not apply to you. For such U.S. federal government entities, these Terms and any action related thereto will be governed by the laws of the United States of America (without reference to conflict of laws) and, in the absence of federal law and to the extent permitted under federal law, the laws of the State of Texas (excluding choice of law).

You and X agree that you must initiate any proceeding or action asserting a federal claim within one (1) year of the date of the occurrence of the event or facts giving rise to a dispute that is arising out of or related to these Terms or the Services. You and X agree that you must initiate any proceeding or action asserting a state law claim within two (2) years of the date of the occurrence of the event or facts giving rise to a dispute that is arising out of or related to these Terms or the Services. Otherwise, to the extent permitted by applicable law, you forever waive the right to pursue any claim or cause of action, of any kind or character, based on such events or facts, and such claims or causes of action are permanently barred.

In the event that any provision of these Terms is held to be invalid or unenforceable, then that provision will be limited or eliminated to the minimum extent necessary, and the remaining provisions of these Terms will remain in full force and effect. Our failure to enforce any right or provision of these Terms will not be deemed a waiver of such right or provision.

The X User Agreement is written in English but is made available in multiple languages through translations. X strives to make the translations as accurate as possible to the original English version. However, in case of any discrepancies or inconsistencies, the English language version of the X User Agreement shall take precedence. You acknowledge that English shall be the language of reference for interpreting and constructing the terms of the X User Agreement.

If you have any questions about these Terms, please contact us.

**Effective:** April 10, 2026

Archive of Previous Terms

---

# X Terms of Service

## If you live in the European Union, EFTA States, or the United Kingdom

These Terms of Service (“Terms”) govern your relationship with us and your and other users’ access to and use of, and anything otherwise relating to, our or our corporate affiliates’ services, including our various websites, SMS, APIs, email notifications, applications, buttons, widgets, ads, commerce services, and our other covered services (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates) that link to these Terms (collectively, the “Services”), and any information, text, links, graphics, photos, audio, videos, or other materials or arrangements of materials uploaded, downloaded or appearing on the Services (collectively referred to as “Content”). By using the Services you agree to be bound by these Terms.

These Terms are an agreement between you and X Internet Unlimited Company (Co. number 503351, VAT number IE9803175Q), an Irish company, which provides X and the Services, with its registered office at One Cumberland Place, Fenian Street Dublin 2, D02 AX07 Ireland. The words "we," "us," and "our," mean X Internet Unlimited Company.

# 1. Who May Use the Services

You may use the Services only if you agree to form a binding contract with us and are not a person barred from receiving services under the laws of the applicable jurisdiction. In any case, you must be at least 13 years old to use the Services. If you are (i) accepting these Terms and/or using the Services, which constitutes acceptance of these Terms, or (ii) accepting these Terms in order to authorize the use of the Services on behalf of a minor (being any person under the age of majority in any given country), company, organization, government, or other legal entity, you represent and warrant that you are authorized to do so or, as the case may be, have the authority to bind such minor and/or entity to these Terms. The words "you" and "your" as used in these Terms shall refer either to the person accepting these Terms or such minor (as defined in (i)) and/or the entity referenced in (ii), as applicable.

# 2. Privacy

Our Privacy Policy (https://x.com/privacy) describes how we handle the information you provide to us when you use the Services. You understand that through your use of the Services you consent to the collection and use (as set forth in the Privacy Policy) of this information, including the transfer of this information to the United States, Ireland, and/or other countries for storage, processing and use by us and our affiliates.

# 3. Content on the Services

You are responsible for your use of the Services and for any Content, including anything referenced therein, you provide, create, post, or otherwise utilize, including any inputs, prompts, outputs, and/or information obtained or created through the Services. It is your responsibility to comply with all applicable laws, rules, policies, and regulations that are applicable to you or your Content, including on a third party's or affiliates' services. You should only provide, create, or generate Content that you are comfortable sharing with others.

Any use or reliance on any Content or materials posted via the Services or obtained by you through the Services is at your own risk. We do not endorse, support, represent or guarantee the completeness, truthfulness, accuracy, or reliability of any Content or communications posted or otherwise obtained via the Services or endorse any alleged facts or opinions expressed via the

Services. You understand that by using the Services, you may be exposed to Content that might be offensive, harmful, inaccurate or otherwise inappropriate, or in some cases, postings that have been mislabeled or are otherwise deceptive. Content recommendations are made based on a combination of factors: how you engage with the Services, the topics you have indicated that you are interested in, and likes of other users with your similar interests. Adjustments can be made in your settings, and additional information can be found in our Help Center (https://help.x.com/resources/recommender-systems). All Content, including anything referenced therein, is the sole responsibility of the person who posted, generate, inputted, or created such Content. We may not monitor or control the Content posted, generated, inputted, or created via the Services, and we cannot take responsibility for such Content.

We reserve the right to remove Content that violates the User Agreement, including for example, copyright or trademark violations or other intellectual property misappropriation, impersonation, unlawful conduct, or harassment. Certain jurisdictions, including the European Union and the United Kingdom, impose obligations on us to enforce against categories of content deemed by law to be harmful or unsafe, such as bullying and humiliating content, content that promotes or encourages feeding or eating disorders, as well as content that encourages or makes available knowledge of methods of self-harm and suicide. As a result, your Content may be subject to restrictions as required by these jurisdictions. Information regarding specific policies and the process for reporting or appealing violations can be found in our Help Center (https://help.x.com/rules-and-policies, https://help.x.com/rules-and-policies/x-report-violation, and https://help.x.com/managing-your-account/suspended-x-accounts).

If you believe that your Content has been copied in a way that constitutes copyright infringement, please report this by visiting our Copyright reporting form (https://help.x.com/forms/ipi) or contacting our designated copyright agent at:

X Corp.
Attn: Copyright Agent
865 FM 1209, Building 2
Bastrop, TX 78602
Reports: https://help.x.com/forms/ipi
Email: copyright@x.com

# Your Rights and Grant of Rights in the Content

You retain your rights to any Content, including anything referenced therein, you submit, input, create, generate, post, or display on or through the Services. What's yours is yours — you own your Content (and your incorporated audio, photos, and videos are considered part of the Content).

In choosing to submit, input, create, generate, post, or display Content on or through the Services, you grant us a worldwide, non-exclusive, royalty-free license (with the right to sublicense) to use,

𝕏

copy, reproduce, process, adapt, modify, publish, transmit, display, upload, download, and distribute such Content, including anything referenced therein, in any and all media or distribution methods now known or later developed, for any purpose. For clarity, these rights include, for example, curating, transforming, and translating. This license authorizes us to make your Content available to the rest of the world and to let others do the same. However, if you have chosen via our features to limit the distribution of your Content to a restricted community, we will respect that choice. You also agree that this license includes the right to analyze text and other information you provide with the view to improve the Services. You agree that this license includes the right for us to (i) provide, promote, and improve the Services, including, for example, for use with and training of our machine learning and artificial intelligence models, whether generative or another type; and (ii) to make Content submitted to or through the Services available to other companies, organizations or individuals, including, for example, for improving the Services and the syndication, broadcast, distribution, repost, promotion or publication of such Content on other media and services, subject to our terms and conditions for such Content use. Such additional uses by us, or other companies, organizations or individuals, is made with no compensation paid to you with respect to the Content that you submit, post, transmit or otherwise make available through the Services as the use of the Services by you is hereby agreed as being sufficient compensation for the Content and grant of rights herein.

We have an evolving set of rules for how ecosystem partners can interact with your Content on the Services. These rules exist to enable an open ecosystem with your rights in mind. You understand that we may modify or adapt your Content as it is distributed, syndicated, published, or broadcast by us and our partners and/or make changes to your Content in order to adapt the Content to different media.

You represent and warrant that you have, or have obtained, all rights, licenses, consents, permissions, power and/or authority necessary to grant the rights granted herein for any Content that you input, submit, create, post, generate, or display on or through the Services. You agree and warrant that such Content does not contain material subject to copyright or other proprietary rights, unless you have obtained the necessary permissions or are otherwise legally entitled to post or otherwise use the material and to grant us the license described above.

# 4. Using the Services

Please review our Rules and Policies, which are part of the User Agreement and outline conduct that is prohibited on the Services, as well as categories of content deemed by law to be harmful or unsafe in certain jurisdictions. You may use the Services only in compliance with these Terms and all applicable laws, rules and regulations. X takes enforcement actions when Content or user behavior is in violation of our Rules and Policies or in relation to sensitive media. You can review X’s enforcement options and how you can appeal our enforcement decision here.

The Services evolve constantly. As such, the Services may change from time to time, at our discretion. We may stop (permanently or temporarily) providing the Services or any features within the Services to you or to users generally. We also retain the right to create limits on use and storage at our sole discretion at any time. We may also remove or refuse to distribute any Content on the Services, limit distribution or visibility of any Content on the service, suspend or terminate users, and reclaim usernames if it is appropriate, including for the following reasons: (i) protecting the Services or our users; (ii) compliance with applicable laws or orders from competent authorities; (iii) breach of these Terms or our Rules and Policies or third parties' intellectual property or other rights; (iv) if you or your Content exposes us, other users or any third party to legal or regulatory risk; and/or (v) your prolonged inactivity.

In consideration for our granting you access to and use of the Services, you agree that we and our third-party providers and partners may place advertising on the Services or in connection with the display of Content or information from the Services whether submitted by you or others. We also reserve the right to access, read, preserve, and disclose any information as we reasonably believe is necessary to (i) satisfy any applicable law, regulation, legal process or governmental request; (ii) enforce the Terms, including investigation of potential violations hereof; (iii) detect, prevent, or otherwise address fraud, security or technical issues; (iv) respond to user support requests; or (v) protect the rights, property or safety of X, its users and the public. We do not disclose personally-identifying information to third parties except in accordance with our Privacy Policy.

Certain services or features may be offered on X for which additional terms and conditions may apply in connection with your use of those services. These additional terms are accessible from our sites and applications dedicated to these services or features. By using or paying for any of these additional services, you will have to agree to any additional terms applicable to those services, and those additional terms will then also become part of our agreement with you. If any of the applicable additional terms conflict with these Terms, the additional terms will prevail while you are using those services to which they apply.

If you use paid features, products, or services of the Services, you agree to the applicable Terms for Paid Services (https://legal.x.com/purchaser-terms).

If you use developer features, products, or services of the Services, including but not limited to X for Websites (https://developer.x.com/docs/x-for-websites), X Cards (https://developer.x.com/docs/x-for-websites/cards/overview/abouts-card), Public API (https://developer.x.com/docs), or Sign in with X (https://docs.x.com/resources/fundamentals/authentication/guides/log-in-with-x), you agree to our Developer Agreement (https://developer.x.com/developer-terms/agreement) and Developer Policy (https://developer.x.com/developer-terms/policy). If you want to reproduce, modify, create derivative works, distribute, sell, transfer, publicly display, publicly perform, transmit, or otherwise use the Services or Content on the Services, you must use the interfaces and instructions we provide, except as permitted through the Services, these Terms, or the terms provided on

https://developer.x.com/developer-terms. Otherwise, all such actions are strictly prohibited. If you are a security researcher, you are required to comply with the rules of our Vulnerability Reporting Program (https://hackerone.com/x). The requirements set out in the preceding paragraph may not apply to those participating in our Vulnerability Reporting Program.

If you use advertising features, products, or services of the Services in any way, including but not limited to self-service and managed service offerings, you agree that your use of the advertising features, products, and services as well as your advertisements are subject to the terms of our Master Services Agreement (https://ads.x.com/terms).

## Your Account

You may need to create an account to use the Services. You are responsible for safeguarding your account, so use a strong password and limit its use to this account, and use two-factor authentication via an authenticator app or security key. We cannot and will not be liable for any loss or damage arising from your failure to comply with the above.

You can control most communications from the Services. We may need to provide you with certain communications, such as service announcements and administrative messages. These communications are considered part of the Services and your account, and you may not be able to opt-out from receiving them. If you added your phone number to your account and you later change or deactivate that phone number, you must update your account information to help prevent us from communicating with anyone who acquires your old number.

## Your License to Use the Services

We give you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you as part of the Services. This license cannot be assigned, gifted, sold, shared or transferred in any other manner to any other individual or entity without X's express written consent. This license has the sole purpose of enabling you to use and enjoy the benefit of the Services as provided on X, in the manner permitted by these Terms.

The Services are protected by copyright, trademark, and other laws of both the United States and other countries. Nothing in the Terms gives you a right to use the X name or Twitter name or any of the X or Twitter trademarks, logos, domain names, other distinctive brand features, and other proprietary rights, and you may not do so without our express written consent. All right, title, and interest in and to the Services (excluding Content provided by users) are and will remain our and our licensors' exclusive property. Any feedback, comments, or suggestions you may provide regarding X, or the Services is entirely voluntary and we will be free to use such feedback, comments or suggestions as we see fit and without any obligation to you.

## Misuse of the Services

You also agree not to misuse the Services, for example, by interfering with them or accessing them using a method other than the interface and the instructions that we provide. You agree that you will not work around any technical limitations in the software provided to you as part of the Services, or reverse engineer, decompile or disassemble the software, except and only to the extent that applicable law expressly permits. You may not do any of the following while accessing or using the Services: (i) access, tamper with, or use non-public areas of the Services, our computer systems, or the technical delivery systems of our providers; (ii) probe, scan, or test the vulnerability of any system or network or breach or circumvent any security or authentication measures; (iii) access or search or attempt to access or search the Services by any means (automated or otherwise) other than through our currently available, published interfaces that are provided by us (and only pursuant to the applicable terms and conditions), unless you have been specifically allowed to do so in a separate agreement with us (NOTE: crawling or scraping the Services in any form, for any purpose without our prior written consent is expressly prohibited); (iv) attempt to circumvent, manipulate, or disable systems and Services, including through "jailbreaking", “prompt engineering or injection", or other methods intended to override or manipulate safety, security or other platform controls; (v) forge any TCP/IP packet header or any part of the header information in any email or posting; (vi) in any way use the Services to send altered, deceptive or false source-identifying information; (vii) engage in any conduct that violates our Platform Manipulation and Spam Policy or any other Rules and Policies, including our Misuse of Reporting Features Policy; or (viii) interfere with, or disrupt, (or attempt to do so), the access of any user, host or network, including, without limitation, sending a virus, overloading, flooding, spamming, mail-bombing the Services, or by scripting the creation of Content in such a manner as to interfere with or create an undue burden on the Services. It is also a violation of these Terms to facilitate or assist others in violating these Terms, including by distributing products or services that enable or encourage violation of these Terms.

## Ending These Terms

You may end your legal agreement with us at any time by deactivating your accounts and discontinuing your use of the Services. See https://help.x.com/managing-your-account/how-to-deactivate-x-account for instructions on how to deactivate your account and the Privacy Policy for more information on what happens to your information.

We may suspend or terminate your account or cease providing you with all or part of the Services at any time if we reasonably believe: (i) you have violated these Terms or our Rules and Policies; (ii) you create risk or possible legal exposure for us; (iii) your account should be removed due to unlawful conduct; (iv) your account should be removed due to prolonged inactivity; or (v) our provision of the Services to you is no longer commercially viable. We will make reasonable efforts to notify you by

the email address associated with your account or the next time you attempt to access your account, depending on the circumstances. In all such cases, the Terms shall terminate, including, without limitation, your license to use the Services, except that the following sections shall continue to apply: 2, 3, 5, 6, and the misuse provisions of Section 4 ("Misuse of the Services"). If you believe your account was terminated in error you can file an appeal following the steps found in our Help Center (https://help.x.com/forms/account-access/appeals). For the avoidance of doubt, these Terms survive the deactivation or termination of your account.

# 5. Limitations of Liability

By using the Services you agree that X Internet Unlimited Company, its parents, affiliates, related companies, officers, directors, employees, agents representatives, partners and licensors, liability is limited to the maximum extent permissible in your country of residence.

## Liquidated Damages

Protecting our users' data and our system resources is important to us. You further agree that, to the extent permitted by applicable law, if you violate the Terms, or you induce or knowingly facilitate others to do so, in addition to all other legal remedies available to us, you will be jointly and severally liable to us for liquidated damages as follows for requesting, viewing, or accessing more than 1,000,000 posts (including reply posts, video posts, image posts, and any other posts) in any 24-hour period - €15,000 EUR per 1,000,000 posts. You agree that these amounts are (i) a reasonable estimate of our damages; (ii) not a penalty; and (iii) not otherwise limiting of our ability to recover from you or others under any legal or equitable theory or claim, including but not limited to statutory damages and/or equitable relief. You further agree that repeated violations of these Terms will irreparably harm and entitle us to injunctive and/or equitable relief, in addition to monetary damages.

# 6. General

We may revise these Terms from time to time. The changes will not be retroactive, and the most current version of the Terms, which will always be at https://x.com/tos, will govern our relationship with you. Other than for changes addressing new functions or made for legal reasons, we will notify you 30 days in advance of making effective changes to these Terms that impact the rights or obligations of any party to these Terms, for example via a service notification or an email to the email associated with your account. By continuing to access or use the Services after those revisions become effective, you agree to be bound by the revised Terms.

To the extent permitted by law, all disputes related to these Terms, the Services, or any patents — including without limitation disputes related to or arising from any Content (whether your or others'

Content), or your or others' use of the Services or the complete and partial termination thereof — shall be brought and must proceed exclusively before a competent court in Ireland without regard to conflict of law provisions and will be governed by Irish law, notwithstanding any other agreement between you and us to the contrary. For the avoidance of doubt, the choice of law and forum selection provisions of this paragraph shall apply regardless of whether a dispute or any claims contained therein are based in contract, tort, statute, common law, or otherwise, and the choice of law and forum selection provisions of this paragraph shall apply to pending and future disputes and shall apply to your dispute regardless of when the conduct relating to the dispute arose or occurred. The choice of law and forum selection provisions of this paragraph shall also extend to disputes involving our corporate affiliates based in the European Union, EFTA States, or the United Kingdom, who are intended third-party beneficiaries of this paragraph. Without prejudice to the foregoing, you agree that, in its sole discretion, X may bring any claim, cause of action, or dispute we have against you in any competent court in the country in which you reside that has jurisdiction and venue over the claim.

**To the extent permitted by law, you also waive the right to participate as a plaintiff or class member in any purported class action, collective action or representative action proceeding against us or our corporate affiliates.**

You and X agree that you must initiate any proceeding or action within one (1) year of the date of the occurrence of the event or facts giving rise to a dispute that is arising out of or related to these Terms or the Services. Otherwise, to the extent permitted by applicable law, you forever waive the right to pursue any claim or cause of action, of any kind or character, based on such events or facts, and such claims or causes of action are permanently barred.

In the event that any provision of these Terms is held to be invalid or unenforceable, then that provision will be limited or eliminated to the minimum extent necessary, and the remaining provisions of these Terms will remain in full force and effect. Our failure to enforce any right or provision of these Terms will not be deemed a waiver of such right or provision.

The X User Agreement is written in English but is made available in multiple languages through translations. X strives to make the translations as accurate as possible to the original English version. However, in case of any discrepancies or inconsistencies, the English language version of the X User Agreement shall take precedence. You acknowledge that English shall be the language of reference for interpreting and constructing the terms of the X User Agreement.

If you have any questions about these Terms, please contact us.

**Effective:** January 15, 2026

Archive of Previous Terms

# Exhibit B

The Twitter User Agreement comprises these Terms of Service ("Terms"), our Privacy Policy, the Twitter Rules and all incorporated policies.

I. TWITTER TERMS of SERVICE

II. TWITTER PRIVACY POLICY

III. TWITTER RULES

**If you live in the United States**, the Twitter User Agreement comprises these Terms of Service, our Privacy Policy, the Twitter Rules and all incorporated policies.

**If you live in the European Union or otherwise outside the United States**, the Twitter User Agreement comprises these Terms of Service, our Privacy Policy, the Twitter Rules and all incorporated policies.

# Twitter Terms of Service

**(if you live in the United States)**

These Terms of Service ("**Terms**") govern your access to and use of our services, including our various websites, SMS, APIs, email notifications, applications, buttons, widgets, ads, commerce services, and our other covered services (https://support.twitter.com/articles/20172501) that link to these Terms (collectively, the "**Services**"), and any information, text, links, graphics, photos, videos, or other materials or arrangements of materials uploaded, downloaded or appearing on the Services (collectively referred to as "**Content**"). By using the Services you agree to be bound by these Terms.

1.Who May Use the Services

2. Privacy

3.Content on the Services

4.Using the Services

5. Disclaimers and Limitations of Liability

6. General

## 1. Who May Use the Services

You may use the Services only if you agree to form a binding contract with Twitter and are not a person barred from receiving services under the laws of the applicable jurisdiction. In any case, you must be at least 13 years old to use the Services. If you are accepting these Terms and using the Services on behalf of a company, organization, government, or other legal entity, you represent and warrant that you are authorized to do so.

## 2. Privacy

Our Privacy Policy (https://www.twitter.com/privacy) describes how we handle the information you provide to us when you use our Services. You understand that through your use of the Services you consent to the collection and use (as set forth in the Privacy Policy) of this information, including the transfer of this information to the United States, Ireland, and/or other countries for storage, processing and use by Twitter and its affiliates.

## 3. Content on the Services

You are responsible for your use of the Services and for any Content you provide, including compliance with applicable laws, rules, and regulations. You should only provide Content that you are comfortable sharing with others.

Any use or reliance on any Content or materials posted via the Services or obtained by you through the Services is at your own risk. We do not endorse, support, represent or guarantee the

completeness, truthfulness, accuracy, or reliability of any Content or communications posted via the Services or endorse any opinions expressed via the Services. You understand that by using the Services, you may be exposed to Content that might be offensive, harmful, inaccurate or otherwise inappropriate, or in some cases, postings that have been mislabeled or are otherwise deceptive. All Content is the sole responsibility of the person who originated such Content. We may not monitor or control the Content posted via the Services and, we cannot take responsibility for such Content.

Twitter respects the intellectual property rights of others and expects users of the Services to do the same. We reserve the right to remove Content alleged to be infringing without prior notice, at our sole discretion, and without liability to you. We will respond to notices of alleged copyright infringement that comply with applicable law and are properly provided to us, as described in our Copyright policy (https://support.twitter.com/articles/15795). If you believe that your Content has been copied in a way that constitutes copyright infringement, please report this by visiting our Copyright reporting form (https://support.twitter.com/forms/dmca) or contacting our designated copyright agent at:

Twitter, Inc.

Attn: Copyright Agent

1355 Market Street, Suite 900

San Francisco, CA 94103

Reports: https://support.twitter.com/forms/dmca

Email: copyright@twitter.com

**Your Rights**

You retain your rights to any Content you submit, post or display on or through the Services. What's yours is yours -- you own your Content (and your photos and videos are part of the Content).

By submitting, posting or displaying Content on or through the Services, you grant us a worldwide, non-exclusive, royalty-free license (with the right to sublicense) to use, copy, reproduce, process, adapt, modify, publish, transmit, display and distribute such Content in any and all media or

distribution methods (now known or later developed). This license authorizes us to make your Content available to the rest of the world and to let others do the same. You agree that this license includes the right for Twitter to provide, promote, and improve the Services and to make Content submitted to or through the Services available to other companies, organizations or individuals for the syndication, broadcast, distribution, promotion or publication of such Content on other media and services, subject to our terms and conditions for such Content use. Such additional uses by Twitter, or other companies, organizations or individuals, may be made with no compensation paid to you with respect to the Content that you submit, post, transmit or otherwise make available through the Services.

Twitter has an evolving set of rules for how ecosystem partners can interact with your Content on the Services. These rules exist to enable an open ecosystem with your rights in mind. You understand that we may modify or adapt your Content as it is distributed, syndicated, published, or broadcast by us and our partners and/or make changes to your Content in order to adapt the Content to different media. You represent and warrant that you have all the rights, power and authority necessary to grant the rights granted herein to any Content that you submit.

## 4. Using the Services

Please review the Twitter Rules, which are part of the User Agreement and outline what is prohibited on the Services. You may use the Services only in compliance with these Terms and all applicable laws, rules and regulations.

Our Services evolve constantly. As such, the Services may change from time to time, at our discretion. We may stop (permanently or temporarily) providing the Services or any features within the Services to you or to users generally. We also retain the right to create limits on use and storage at our sole discretion at any time. We may also remove or refuse to distribute any Content on the Services, suspend or terminate users, and reclaim usernames without liability to you.

In consideration for Twitter granting you access to and use of the Services, you agree that Twitter and its third-party providers and partners may place advertising on the Services or in connection with

the display of Content or information from the Services whether submitted by you or others. You also agree not to misuse our Services, for example, by interfering with them or accessing them using a method other than the interface and the instructions that we provide. You may not do any of the following while accessing or using the Services: (i) access, tamper with, or use non-public areas of the Services, Twitter's computer systems, or the technical delivery systems of Twitter's providers; (ii) probe, scan, or test the vulnerability of any system or network or breach or circumvent any security or authentication measures; (iii) access or search or attempt to access or search the Services by any means (automated or otherwise) other than through our currently available, published interfaces that are provided by Twitter (and only pursuant to the applicable terms and conditions), unless you have been specifically allowed to do so in a separate agreement with Twitter (NOTE: crawling the Services is permissible if done in accordance with the provisions of the robots.txt file, however, scraping the Services without the prior consent of Twitter is expressly prohibited); (iv) forge any TCP/IP packet header or any part of the header information in any email or posting, or in any way use the Services to send altered, deceptive or false source-identifying information; or (v) interfere with, or disrupt, (or attempt to do so), the access of any user, host or network, including, without limitation, sending a virus, overloading, flooding, spamming, mail-bombing the Services, or by scripting the creation of Content in such a manner as to interfere with or create an undue burden on the Services. We also reserve the right to access, read, preserve, and disclose any information as we reasonably believe is necessary to (i) satisfy any applicable law, regulation, legal process or governmental request, (ii) enforce the Terms, including investigation of potential violations hereof, (iii) detect, prevent, or otherwise address fraud, security or technical issues, (iv) respond to user support requests, or (v) protect the rights, property or safety of Twitter, its users and the public. Twitter does not disclose personally-identifying information to third parties except in accordance with our Privacy Policy.

If you use developer features of the Services, including but not limited to Twitter for Websites (https://dev.twitter.com/web/overview), Twitter Cards (https://dev.twitter.com/cards/overview), Public API (https://dev.twitter.com/streaming/public), or Sign in with Twitter (https://dev.twitter.com/web/sign-in), you agree to our Developer Agreement (https://dev.twitter.com/overview/terms/agreement) and Developer Policy (https://dev.twitter.com/overview/terms/policy). If you want to reproduce, modify, create derivative

works, distribute, sell, transfer, publicly display, publicly perform, transmit, or otherwise use the Services or Content on the Services, you must use the interfaces and instructions we provide, except as permitted through the Twitter Services, these Terms, or the terms provided on dev.twitter.com.

If you use advertising features of the Services, you must agree to our Twitter Master Services Agreement (https://ads.twitter.com/terms).

If you use commerce features of the Services that require credit or debit card information, such as our Buy Now feature, you agree to our Twitter Commerce Terms (https://support.twitter.com/articles/20171943).

### Your Account

You may need to create an account to use some of our Services. You are responsible for safeguarding your account, so use a strong password and limit its use to this account. We cannot and will not be liable for any loss or damage arising from your failure to comply with the above.

You can control most communications from the Services. We may need to provide you with certain communications, such as service announcements and administrative messages. These communications are considered part of the Services and your account, and you may not be able to opt-out from receiving them. If you added your phone number to your account and you later change or deactivate that phone number, you must update your account information to help prevent us from communicating with anyone who acquires your old number.

### Your License to Use the Services

Twitter gives you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you as part of the Services. This license has the sole purpose of enabling you to use and enjoy the benefit of the Services as provided by Twitter, in the manner permitted by these Terms.

The Services are protected by copyright, trademark, and other laws of both the United States and foreign countries. Nothing in the Terms gives you a right to use the Twitter name or any of the Twitter trademarks, logos, domain names, and other distinctive brand features. All right, title, and

interest in and to the Services (excluding Content provided by users) are and will remain the exclusive property of Twitter and its licensors. Any feedback, comments, or suggestions you may provide regarding Twitter, or the Services is entirely voluntary and we will be free to use such feedback, comments or suggestions as we see fit and without any obligation to you.

### Ending These Terms

You may end your legal agreement with Twitter at any time by deactivating your accounts and discontinuing your use of the Services. See http://support.twitter.com/articles/15358-how-to-deactivate-your-account for instructions on how to deactivate your account and the Privacy Policy for more information on what happens to your information.

We may suspend or terminate your account or cease providing you with all or part of the Services at any time for any or no reason, including, but not limited to, if we reasonably believe: (i) you have violated these Terms or the Twitter Rules, (ii) you create risk or possible legal exposure for us; (iii) your account should be removed due to prolonged inactivity; or (iv) our provision of the Services to you is no longer commercially viable. We will make reasonable efforts to notify you by the email address associated with your account or the next time you attempt to access your account, depending on the circumstances. In all such cases, the Terms shall terminate, including, without limitation, your license to use the Services, except that the following sections shall continue to apply: II, III, V, and VI.

## 5. Disclaimers and Limitations of Liability

### The Services are Available "AS-IS"

Your access to and use of the Services or any Content are at your own risk. You understand and agree that the Services are provided to you on an "AS IS" and "AS AVAILABLE" basis. The "Twitter Entities" refers to Twitter, its parents, affiliates, related companies, officers, directors, employees, agents, representatives, partners, and licensors. Without limiting the foregoing, to the maximum extent permitted under applicable law, THE TWITTER ENTITIES DISCLAIM ALL WARRANTIES AND CONDITIONS, WHETHER EXPRESS OR IMPLIED, OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. The Twitter Entities make no warranty or

representation and disclaim all responsibility and liability for: (i) the completeness, accuracy, availability, timeliness, security or reliability of the Services or any Content; (ii) any harm to your computer system, loss of data, or other harm that results from your access to or use of the Services or any Content; (iii) the deletion of, or the failure to store or to transmit, any Content and other communications maintained by the Services; and (iv) whether the Services will meet your requirements or be available on an uninterrupted, secure, or error-free basis. No advice or information, whether oral or written, obtained from the Twitter Entities or through the Services, will create any warranty or representation not expressly made herein.

**Limitation of Liability**

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE TWITTER ENTITIES SHALL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, OR ANY LOSS OF PROFITS OR REVENUES, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOOD-WILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM (i) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES; (ii) ANY CONDUCT OR CONTENT OF ANY THIRD PARTY ON THE SERVICES, INCLUDING WITHOUT LIMITATION, ANY DEFAMATORY, OFFENSIVE OR ILLEGAL CONDUCT OF OTHER USERS OR THIRD PARTIES; (iii) ANY CONTENT OBTAINED FROM THE SERVICES; OR (iv) UNAUTHORIZED ACCESS, USE OR ALTERATION OF YOUR TRANSMISSIONS OR CONTENT. IN NO EVENT SHALL THE AGGREGATE LIABILITY OF THE TWITTER ENTITIES EXCEED THE GREATER OF ONE HUNDRED U.S. DOLLARS (U.S. $100.00) OR THE AMOUNT YOU PAID TWITTER, IF ANY, IN THE PAST SIX MONTHS FOR THE SERVICES GIVING RISE TO THE CLAIM. THE LIMITATIONS OF THIS SUBSECTION SHALL APPLY TO ANY THEORY OF LIABILITY, WHETHER BASED ON WARRANTY, CONTRACT, STATUTE, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE, AND WHETHER OR NOT THE TWITTER ENTITIES HAVE BEEN INFORMED OF THE POSSIBILITY OF ANY SUCH DAMAGE, AND EVEN IF A REMEDY SET FORTH HEREIN IS FOUND TO HAVE FAILED OF ITS ESSENTIAL PURPOSE.

## 6. General

We may revise these Terms from time to time. The changes will not be retroactive, and the most current version of the Terms, which will always be at twitter.com/tos, will govern our relationship with you. We will try to notify you of material revisions, for example via a service notification or an email to the email associated with your account. By continuing to access or use the Services after those revisions become effective, you agree to be bound by the revised Terms.

The laws of the State of California, excluding its choice of law provisions, will govern these Terms and any dispute that arises between you and Twitter. All disputes related to these Terms or the Services will be brought solely in the federal or state courts located in San Francisco County, California, United States, and you consent to personal jurisdiction and waive any objection as to inconvenient forum.

If you are a federal, state, or local government entity in the United States using the Services in your official capacity and legally unable to accept the controlling law, jurisdiction or venue clauses above, then those clauses do not apply to you. For such U.S. federal government entities, these Terms and any action related thereto will be governed by the laws of the United States of America (without reference to conflict of laws) and, in the absence of federal law and to the extent permitted under federal law, the laws of the State of California (excluding choice of law).

In the event that any provision of these Terms is held to be invalid or unenforceable, then that provision will be limited or eliminated to the minimum extent necessary, and the remaining provisions of these Terms will remain in full force and effect. Twitter's failure to enforce any right or provision of these Terms will not be deemed a waiver of such right or provision.

These Terms are an agreement between you and Twitter, Inc., 1355 Market Street, Suite 900, San Francisco, CA 94103 U.S.A. If you have any questions about these Terms, please contact us.

**Effective**: September 30, 2016

# Twitter Terms of Service

**(if you live outside of the US)**

These Terms of Service ("Terms") govern your access to and use of our services, including our various websites, SMS, APIs, email notifications, applications, buttons, widgets, ads, commerce services, and our other covered services (https://support.twitter.com/articles/20172501) that link to these Terms (collectively, the "Services"), and any information, text, links, graphics, photos, videos, or other materials or arrangements of materials uploaded, downloaded or appearing on the Services (collectively referred to as "Content"). By using the Services you agree to be bound by these Terms.

1. Who May Use the Services

2. Privacy

3. Content on the Services

4. Using the Services

5. Limitations of Liability

6. General

## 1. Who May Use the Services

You may use the Services only if you agree to form a binding contract with Twitter and are not a person barred from receiving services under the laws of the applicable jurisdiction. If you are accepting these Terms and using the Services on behalf of a company, organization, government, or other legal entity, you represent and warrant that you are authorized to do so.

## 2. Privacy

Our Privacy Policy (https://www.twitter.com/privacy) describes how we handle the information you provide to us when you use our Services. You understand that through your use of the Services you consent to the collection and use (as set forth in the Privacy Policy) of this information, including the

transfer of this information to the United States, Ireland, and/or other countries for storage, processing and use by Twitter and its affiliates.

## 3. Content on the Services

You are responsible for your use of the Services and for any Content you provide, including compliance with applicable laws, rules, and regulations. You should only provide Content that you are comfortable sharing with others.

Any use or reliance on any Content or materials posted via the Services or obtained by you through the Services is at your own risk. We do not endorse, support, represent or guarantee the completeness, truthfulness, accuracy, or reliability of any Content or communications posted via the Services or endorse any opinions expressed via the Services. You understand that by using the Services, you may be exposed to Content that might be offensive, harmful, inaccurate or otherwise inappropriate, or in some cases, postings that have been mislabeled or are otherwise deceptive. All Content is the sole responsibility of the person who originated such Content. We may not monitor or control the Content posted via the Services and, we cannot take responsibility for such Content.

We reserve the right to remove Content that violates the User Agreement, including for example, copyright or trademark violations, impersonation, unlawful conduct, or harassment. Information regarding specific policies and the process for reporting or appealing violations can be found in our help center (https://support.twitter.com/articles/15789#specific-violations and https://support.twitter.com/articles/15790).

If you believe that your Content has been copied in a way that constitutes copyright infringement, please report this by visiting our Copyright reporting form (https://support.twitter.com/forms/dmca) or contacting our designated copyright agent at:

Twitter, Inc.

Attn: Copyright Agent

1355 Market Street, Suite 900

San Francisco, CA 94103

Reports: https://support.twitter.com/forms/dmca

Email: copyright@twitter.com

**Your Rights**

You retain your rights to any Content you submit, post or display on or through the Services. What's yours is yours — you own your Content (and your photos and videos are part of the Content).

By submitting, posting or displaying Content on or through the Services, you grant us a worldwide, non-exclusive, royalty-free license (with the right to sublicense) to use, copy, reproduce, process, adapt, modify, publish, transmit, display and distribute such Content in any and all media or distribution methods (now known or later developed). This license authorizes us to make your Content available to the rest of the world and to let others do the same. You agree that this license includes the right for Twitter to provide, promote, and improve the Services and to make Content submitted to or through the Services available to other companies, organizations or individuals for the syndication, broadcast, distribution, promotion or publication of such Content on other media and services, subject to our terms and conditions for such Content use. Such additional uses by Twitter, or other companies, organizations or individuals, may be made with no compensation paid to you with respect to the Content that you submit, post, transmit or otherwise make available through the Services.

Twitter has an evolving set of rules for how ecosystem partners can interact with your Content on the Services. These rules exist to enable an open ecosystem with your rights in mind. You understand that we may modify or adapt your Content as it is distributed, syndicated, published, or broadcast by us and our partners and/or make changes to your Content in order to adapt the Content to different media. You represent and warrant that you have all the rights, power and authority necessary to grant the rights granted herein to any Content that you submit.

## 4. Using the Services

Please review the Twitter Rules, which are part of the User Agreement and outline what is prohibited on the Services. You may use the Services only in compliance with these Terms and all applicable laws, rules and regulations.

Our Services evolve constantly. As such, the Services may change from time to time, at our discretion. We may stop (permanently or temporarily) providing the Services or any features within the Services to you or to users generally. We also retain the right to create limits on use and storage at our sole discretion at any time. We may also remove or refuse to distribute any Content on the Services, suspend or terminate users, and reclaim usernames without liability to you.

In consideration for Twitter granting you access to and use of the Services, you agree that Twitter and its third-party providers and partners may place advertising on the Services or in connection with the display of Content or information from the Services whether submitted by you or others. You also agree not to misuse our Services, for example, by interfering with them or accessing them using a method other than the interface and the instructions that we provide. You may not do any of the following while accessing or using the Services: (i) access, tamper with, or use non-public areas of the Services, Twitter's computer systems, or the technical delivery systems of Twitter's providers; (ii) probe, scan, or test the vulnerability of any system or network or breach or circumvent any security or authentication measures; (iii) access or search or attempt to access or search the Services by any means (automated or otherwise) other than through our currently available, published interfaces that are provided by Twitter (and only pursuant to the applicable terms and conditions), unless you have been specifically allowed to do so in a separate agreement with Twitter (NOTE: crawling the Services is permissible if done in accordance with the provisions of the robots.txt file, however, scraping the Services without the prior consent of Twitter is expressly prohibited); (iv) forge any TCP/IP packet header or any part of the header information in any email or posting, or in any way use the Services to send altered, deceptive or false source-identifying information; or (v) interfere with, or disrupt, (or attempt to do so), the access of any user, host or network, including, without limitation, sending a virus, overloading, flooding, spamming, mail-bombing the Services, or by scripting the creation of Content in such a manner as to interfere with or create an undue burden on the Services. We also reserve the right to access, read, preserve, and disclose any information as we reasonably believe is necessary to (i) satisfy any applicable law, regulation, legal process or

governmental request, (ii) enforce the Terms, including investigation of potential violations hereof, (iii) detect, prevent, or otherwise address fraud, security or technical issues, (iv) respond to user support requests, or (v) protect the rights, property or safety of Twitter, its users and the public. Twitter does not disclose personally-identifying information to third parties except in accordance with our Privacy Policy.

If you use developer features of the Services, including but not limited to Twitter for Websites (https://dev.twitter.com/web/overview), Twitter Cards (https://dev.twitter.com/cards/overview), Public API (https://dev.twitter.com/streaming/public), or Sign in with Twitter (https://dev.twitter.com/web/sign-in), you agree to our Developer Agreement (https://dev.twitter.com/overview/terms/agreement) and Developer Policy (https://dev.twitter.com/overview/terms/policy). If you want to reproduce, modify, create derivative works, distribute, sell, transfer, publicly display, publicly perform, transmit, or otherwise use the Services or Content on the Services, you must use the interfaces and instructions we provide, except as permitted through the Twitter Services, these Terms, or the terms provided on dev.twitter.com.

If you use advertising features of the Services, you must agree to our Twitter Master Services Agreement (https://ads.twitter.com/terms).

If you use commerce features of the Services that require credit or debit card information, such as our Buy Now feature, you agree to our Twitter Commerce Terms (https://support.twitter.com/articles/20171943).

**Your Account**

You may need to create an account to use some of our Services. You are responsible for safeguarding your account, so use a strong password and limit its use to this account. We cannot and will not be liable for any loss or damage arising from your failure to comply with the above.

You can control most communications from the Services. We may need to provide you with certain communications, such as service announcements and administrative messages. These communications are considered part of the Services and your account, and you may not be able to

opt-out from receiving them. If you added your phone number to your account and you later change or deactivate that phone number, you must update your account information to help prevent us from communicating with anyone who acquires your old number.

**Your License to Use the Services**

Twitter gives you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you as part of the Services. This license has the sole purpose of enabling you to use and enjoy the benefit of the Services as provided by Twitter, in the manner permitted by these Terms.

The Services are protected by copyright, trademark, and other laws of both the United States and foreign countries. Nothing in the Terms gives you a right to use the Twitter name or any of the Twitter trademarks, logos, domain names, and other distinctive brand features. All right, title, and interest in and to the Services (excluding Content provided by users) are and will remain the exclusive property of Twitter and its licensors. Any feedback, comments, or suggestions you may provide regarding Twitter, or the Services is entirely voluntary and we will be free to use such feedback, comments or suggestions as we see fit and without any obligation to you.

**Ending These Terms**

You may end your legal agreement with Twitter at any time by deactivating your accounts and discontinuing your use of the Services. See http://support.twitter.com/articles/15358-how-to-deactivate-your-account for instructions on how to deactivate your account and the Privacy Policy for more information on what happens to your information.

We may suspend or terminate your account or cease providing you with all or part of the Services at any time for any or no reason, including, but not limited to, if we reasonably believe: (i) you have violated these Terms or the Twitter Rules, (ii) you create risk or possible legal exposure for us; (iii) your account should be removed due to unlawful conduct, (iv) your account should be removed due to prolonged inactivity; or (v) our provision of the Services to you is no longer commercially viable. We will make reasonable efforts to notify you by the email address associated with your account or

the next time you attempt to access your account, depending on the circumstances. In all such cases, the Terms shall terminate, including, without limitation, your license to use the Services, except that the following sections shall continue to apply: II, III, V, and VI. If you believe your account was terminated in error you can file an appeal following the steps found in our help center (https://support.twitter.com/forms/general?subtopic=suspended).

## 5. Limitations of Liability

By using the Services you agree that Twitter, its parents, affiliates, related companies, officers, directors, employees, agents representatives, partners and licensors, liability is limited to the maximum extent permissible in your country of residence.

## 6. General

We may revise these Terms from time to time. The changes will not be retroactive, and the most current version of the Terms, which will always be at twitter.com/tos, will govern our relationship with you. Other than for changes addressing new functions or made for legal reasons, we will notify you 30 days in advance of making effective changes to these Terms that impact the rights or obligations of any party to these Terms, for example via a service notification or an email to the email associated with your account. By continuing to access or use the Services after those revisions become effective, you agree to be bound by the revised Terms.

In the event that any provision of these Terms is held to be invalid or unenforceable, then that provision will be limited or eliminated to the minimum extent necessary, and the remaining provisions of these Terms will remain in full force and effect. Twitter's failure to enforce any right or provision of these Terms will not be deemed a waiver of such right or provision.

These Terms are an agreement between you and Twitter International Company, an Irish company with its registered office at One Cumberland Place, Fenian Street Dublin 2, D02 AX07 Ireland. If you have any questions about these Terms, please contact us.

**Effective**: October 2, 2017

Archive of Previous Terms

# Twitter Privacy Policy

Our Services instantly connect people everywhere to what's most meaningful to them. For example, any registered user of Twitter can send a Tweet, which is public by default, and can include a message of 140 characters or less and content like photos, videos, and links to other websites.

What you share on Twitter may be viewed all around the world instantly. You are what you Tweet!

This Privacy Policy describes how and when we collect, use, and share your information across our websites, SMS, APIs, email notifications, applications, buttons, embeds, ads, and our other covered services that link to this Policy (collectively, the "Services"), and from our partners and other third parties. For example, you send us information when you use our Services on the web, via SMS, or from an application such as Twitter for Mac, Twitter for Android, or TweetDeck. When using any of our Services you consent to the collection, transfer, storage, disclosure, and use of your information as described in this Privacy Policy. This includes any information you choose to provide that is deemed sensitive under applicable law.

When this policy mentions "we" or "us," it refers to the controller of your information under this policy. If you live in the United States, your information is controlled by Twitter, Inc., 1355 Market Street, Suite 900, San Francisco, CA 94103 U.S.A. If you live outside the United States, the data controller responsible for your information is Twitter International Company, an Irish company with its registered office at One Cumberland Place, Fenian Street, Dublin 2 D02 AX07 Ireland. Despite this, you alone control and are responsible for the posting of your Tweets and other content you submit through the Services, as provided in the Terms of Service and Twitter Rules.

Irrespective of which country you live in, you authorize us to transfer, store, and use your information in the United States, Ireland, and any other country where we operate. In some of these countries, the privacy and data protection laws and rules regarding when government authorities may access data may vary from those in the country where you live. Learn more about our global operations and data transfer here.

If you have any questions or comments about this Privacy Policy, please submit a request through our form, available at https://support.twitter.com/forms/privacy.

## Information Collection and Use

We collect and use your information below to provide, understand, and improve our Services.

**Basic Account Information:** If you choose to create a Twitter account, you must provide us with some personal information, such as your name, username, password, email address, or phone number. On Twitter, your name and username are always listed publicly, including on your profile page and in search results, and you can use either your real name or a pseudonym. You can create and manage multiple Twitter accounts. If you use Digits by Twitter, the contact information you provide to log in is not public. Some of our product features, such as searching and viewing public Twitter user profiles or watching a broadcast on Periscope's website, do not require you to create an account.

**Contact Information:** You may use your contact information, such as your email address or phone number, to customize your account or enable certain account features, for example, for login verification or Twitter via SMS. If you provide us with your phone number, you agree to receive text messages to that number from us. We may use your contact information to send you information about our Services, to market to you, to help prevent spam, fraud, or abuse, and to help others find your account, including through third-party services and client applications. You may use your settings for email and mobile notifications to control notifications you receive from Twitter. You may also unsubscribe from a notification by following the instructions contained within the notification or the instructions on our website. Your Discoverability privacy settings control whether others can find you on Twitter by your email address or phone number.

**Additional Information:** You may choose to provide us with additional information to help improve and personalize your experience across our Services. For example, you may choose to upload and sync your address book so that we can help you find and connect with users you know or help other users find and connect with you. We may later personalize content, such as making suggestions or showing user accounts and Tweets for you and other users, based on

imported address book contacts. You can delete your imported address book contacts at any time by visiting your Contacts Dashboard at https://twitter.com/settings/contacts_dashboard. If you email us, we may keep your message, email address, and contact information to respond to your request. If you connect your account on our Services to your account on another service, the other service may send us information that you authorize for use in the Services. This information may enable cross-posting or otherwise help us improve the Services, and is deleted from our Services within a few weeks of your disconnecting from our Services your account on the other service.

**Tweets, Following, Lists, Profile, and Other Public Information:** Twitter is primarily designed to help you share information with the world. Most of the information you provide us through Twitter is information you are asking us to make public. You may provide us with profile information such as a short biography, your location, your website, date of birth, or a picture. Additionally, your public information includes the messages you Tweet; the metadata provided with Tweets, such as when you Tweeted and the client application you used to Tweet; information about your account, such as creation time, language, country, and time zone; and the lists you create, people you follow, Tweets you Like or Retweet, and Periscope broadcasts you click or otherwise engage with (such as by commenting or hearting) on Twitter. Twitter broadly and instantly disseminates your public information to a wide range of users, customers, and services, including search engines, developers, and publishers that integrate Twitter content into their services, and organizations such as universities, public health agencies, and market research firms that analyze the information for trends and insights. When you share information or content like photos, videos, and links via the Services, you should think carefully about what you are making public. We may use this information to make inferences, like what topics you may be interested in. Our default is almost always to make the information you provide through the Services public for as long as you do not delete it, but we generally give you settings or features, like protected Tweets, to make the information more private if you want. For certain profile information fields we provide you with visibility settings to select who can see this information in your profile. If you provide us with profile information and you don't see a visibility setting, that information is public. You can change the language and time zone associated with your account at any time using your account settings, available at https://twitter.com/settings/account.

**Direct Messages and Non-Public Communications:** We provide certain features that allow you to communicate more privately. For example, you can use Direct Messages to have private conversations with other Twitter users. When you privately communicate with others through our

Services, such as by sending and receiving Direct Messages, we will store and process your communications, and information related to them. Please note that if you interact with public Twitter content shared with you via Direct Message, for instance by liking a Tweet shared via Direct Message, those interactions may be public. When you use features like Direct Messages to communicate privately, please remember that recipients may copy, store, and re-share the contents of your communications.

**Location Information:** We may receive information about your location. For example, you may choose to publish your location in your Tweets and in your Twitter profile. You may also tell us your location when you set your trend location on Twitter.com. We may also determine location by using other data from your device, such as precise location information from GPS, information about wireless networks or cell towers near your mobile device, or your IP address. We may use and store information about your location to provide features of our Services, such as allowing you to Tweet with your location, and to improve and customize the Services, for example, with more relevant content like local trends, stories, ads, and suggestions for people to follow. Learn more about our use of location here, and how to set your location preferences here.

**Links:** We may keep track of how you interact with links across our Services, including our email notifications, third-party services, and client applications, by redirecting clicks or through other means. We do this to help improve our Services, to provide more relevant advertising, and to be able to share aggregate click statistics such as how many times a particular link was clicked on. Links, Tweets, and non-public communications like Direct Messages shared on the Services will be processed and links shortened to a http://t.co link.

**Cookies:** Like many websites, we use cookies and similar technologies to collect additional website usage data and to improve our Services, but we do not require cookies for many parts of our Services such as searching and looking at public user profiles. A cookie is a small data file that is transferred to your computer or mobile device. We may use both session cookies and persistent cookies to better understand how you interact with our Services, to monitor aggregate usage by our users and web traffic routing on our Services, and to customize and improve our Services. Although most web browsers automatically accept cookies, some browsers' settings can be modified to decline cookies or alert you when a website is attempting to place a cookie on your computer. However, some Services may not function properly if you disable cookies. You can control how we personalize your Twitter experience and ads by using your Personalization and Data settings, which are available at https://twitter.com/personalization

whether or not you have a Twitter account. We respond to these settings rather than the Do Not Track browser option, which we no longer support. Learn more about how we use cookies and similar technologies here.

**Using Our Services:** We receive information when you view content on or otherwise interact with our Services, even if you have not created an account ("Log Data"). For example, when you visit our websites, sign into our Services, interact with our email notifications, use your account to authenticate to a third-party website, application, or service, or visit a third-party website, application, or service that includes Twitter content, we may receive information about you. This Log Data may include your IP address, browser type, operating system, the referring web page, pages visited, location, your mobile carrier, device information (including device and application IDs), search terms, or cookie information. We also receive Log Data when you click on, view or interact with links on our Services, including links to third-party applications, such as when you choose to install another application through Twitter. We use Log Data to make inferences, like what topics you may be interested in, and to customize the content we show you, including ads. You can learn about the interests we have inferred about you from your activity on and off of Twitter in Your Twitter Data, available at https://twitter.com/your_twitter_data. We keep Log Data as needed for the purposes described in this Privacy Policy. We will either delete Log Data or remove any common account identifiers, such as your username, full IP address, email address, or phone number, after a maximum of 18 months, if not sooner.

**Twitter for Web Data:** We may personalize the Services for you based on your visits to third-party websites that integrate Twitter content such as embedded timelines or Tweet buttons. When you view our content on these websites, we may receive Log Data that includes the web page you visited. We never associate this web browsing history with your name, email address, phone number, or Twitter handle, and we delete, obfuscate, or aggregate it after no longer than 30 days. We may use interests or other information that we derive from this data to improve our Services and personalize content for you, such as suggestions for people to follow, advertising, and other content you may be interested in. You can see and control interests that we use to personalize your experience in Your Twitter Data, available at https://twitter.com/your_twitter_data. You can also control whether we keep track of your visits to websites with Twitter content by using your Personalization and Data settings, available at https://twitter.com/personalization.

**Advertising:** Our Services are supported by advertising. We may use the information described in this Privacy Policy to help make our advertising more relevant to you, to measure its

effectiveness, and to help recognize your devices to serve you ads on and off of Twitter. We do not use the content you share privately in Direct Messages to serve you ads. Our Twitter Ads Policy also prohibits advertisers from targeting ads based on categories we consider sensitive, such as race, religion, politics, sex life, or health. Twitter adheres to the Digital Advertising Alliance Self-Regulatory Principles for Online Behavioral Advertising (also referred to as "interest-based advertising"). If you prefer, you can opt out of interest-based advertising by unchecking Personalize Ads in your Personalization and Data settings, available at https://twitter.com/personalization or through the DAA's consumer choice tool at https://optout.aboutads.info. We will not use information from the browser (and for logged in users, the account) on which you opt out for interest-based advertising, and that browser or account will not be eligible to receive interest-based ads from Twitter. Learn more about your privacy options for interest-based ads here and about how ads work on our Services here.

**Third-Parties and Affiliates:** We may receive information about you from third parties, such as other Twitter users, partners (including ad partners), or our corporate affiliates. For example, other users may share or disclose information about you, such as when they mention you, share a photo of you, or tag you in a photo. Your privacy settings control who can tag you in a photo. Our ad partners and affiliates may share information with us such as a browser cookie ID, mobile device ID, or cryptographic hash of an email address, as well as demographic or interest data and content viewed or actions taken on a website or app. Our ad partners, particularly our advertisers, may enable us to collect similar information directly from their website or app by integrating our advertising technology.

**Personalizing Across Your Devices:** When you log into your account with a browser or device, we will associate that browser or device with your account for purposes such as authentication and personalization. Depending on your settings, we may also personalize your experience on, and based on information from, other browsers or devices besides the ones you use to log into Twitter. For example, if you visit websites with sports content on your laptop, we may show you sports-related ads on Twitter for Android. You can control whether we link your account to browsers or devices other than the ones you use to log into Twitter (or if you're logged out, whether we link the browser or device you're currently using to any other devices) through your Personalization and Data settings, available at https://twitter.com/personalization.

## Information Sharing and Disclosure

We do not disclose your private personal information except in the limited circumstances described here.

**User Consent or Direction:** We may share or disclose your information at your direction, such as when you authorize a third-party web client or application to access your account or when you direct us to share your feedback with a business. When you use Digits by Twitter to sign up for or log in to a third-party application, you are directing us to share your contact information, such as your phone number, with that application. If you've shared information, like Direct Messages or protected Tweets, with another user who accesses Twitter through a third-party service, keep in mind that the information may be shared with the third-party service.

**Service Providers:** We engage service providers to perform functions and provide services to us in the United States, Ireland, and other countries. For example, we use a variety of third-party services to help provide our Services, such as hosting our various blogs and wikis, and to help us understand and improve the use of our Services, such as Google Analytics. We may share your private personal information with such service providers subject to obligations consistent with this Privacy Policy and any other appropriate confidentiality and security measures, and on the condition that the third parties use your private personal data only on our behalf and pursuant to our instructions. We share your payment information, including your credit or debit card number, card expiration date, CVV code, and billing address with payment services providers to process payments; prevent, detect and investigate fraud or other prohibited activities; facilitate dispute resolution such as chargebacks or refunds; and for other purposes associated with the acceptance of credit or debit cards.

**Law and Harm:** Notwithstanding anything to the contrary in this Privacy Policy, we may preserve or disclose your information if we believe that it is reasonably necessary to comply with a law, regulation, legal process, or governmental request; to protect the safety of any person; to address fraud, security or technical issues; or to protect our or our users' rights or property. However, nothing in this Privacy Policy is intended to limit any legal defenses or objections that you may have to a third party's, including a government's, request to disclose your information.

**Business Transfers and Affiliates:** In the event that we are involved in a bankruptcy, merger, acquisition, reorganization or sale of assets, your information may be sold or transferred as part of that transaction. This Privacy Policy will apply to your information as transferred to the new

entity. We may also disclose information about you to our corporate affiliates in order to help provide, understand, and improve our Services and our affiliates' services, including the delivery of ads.

**Public Information:** We may share or disclose your public information, such as your public user profile information, public Tweets, or the people you follow or that follow you. Remember: your privacy and visibility settings control whether your Tweets and certain profile information are made public. Other information, like your name and username, is always public on Twitter, unless you delete your account, as described below.

**Non-Personal, Aggregated, or Device-Level Information:** We may share or disclose non-personal, aggregated, or device-level information such as the total number of times people engaged with a Tweet, the number of users who clicked on a particular link or voted on a poll in a Tweet (even if only one did), the characteristics of a device or its user when it is available to receive an ad, the topics that people are Tweeting about in a particular location, or aggregated or device-level reports to advertisers about users who saw or clicked on their ads. This information does not include your name, email address, phone number, or Twitter handle. We may, however, share non-personal, aggregated, or device-level information through partnerships with entities that may use data in their possession (including data you may have given them) to link your name, email address, or other personal information to the information we provide them. These partnerships require that they get your consent before doing so. You can control whether Twitter shares your information under these partnerships by using your Personalization and Data settings, available at https://twitter.com/personalization.

## Accessing and Modifying Your Personal Information

If you are a registered user of our Services, we provide you with tools and account settings to access, correct, delete, or modify the personal information you provided to us and associated with your account. You can download certain account information, including your Tweets, by following the instructions here. You can learn more about the interests we have inferred about you in Your Twitter Data and request access to additional information here.

You can also permanently delete your Twitter account. If you follow the instructions here, your account will be deactivated and then deleted. When deactivated, your account, including your

name, username, and public profile, is not viewable on Twitter.com. For up to 30 days after deactivation it is still possible to restore your account if it was accidentally or wrongfully deactivated. Absent a separate arrangement between you and us to extend your deactivation period, after 30 days, we begin the process of deleting your account from our systems, which can take up to a week.

Keep in mind that search engines and other third parties may still retain copies of your public information, like your user profile information and public Tweets, even after you have deleted the information from the Twitter Services or deactivated your account. Learn more here.

## Our Global Operations

To bring you the Services, we operate globally. Twitter, Inc. complies with the EU-US and Swiss-US Privacy Shield principles (the “Principles”) regarding the collection, use, sharing, and retention of personal information from the European Union and Switzerland, as described in our EU-US Privacy Shield certification and Swiss-US Privacy Shield certification.

If you have a Privacy Shield-related complaint, please contact us here. As part of our participation in Privacy Shield, if you have a dispute with us about our adherence to the Principles, we will seek to resolve it through our internal complaint resolution process, alternatively through the independent dispute resolution body JAMS, and under certain conditions, through the Privacy Shield arbitration process.

Privacy Shield participants are subject to the investigatory and enforcement powers of the US Federal Trade Commission and other authorized statutory bodies. Under certain circumstances, participants may be liable for the transfer of personal information from the EU or Switzerland to third parties outside the EU and Switzerland. Learn more about the EU-US Privacy Shield and Swiss-US Privacy Shield here.

## Changes to this Policy

We may revise this Privacy Policy from time to time. The most current version of the policy will govern our use of your information and will always be at https://twitter.com/privacy. If we make a

change to this policy that, in our sole discretion, is material, we will notify you via an @Twitter update or email to the email address associated with your account. By continuing to access or use the Services after those changes become effective, you agree to be bound by the revised Privacy Policy.

**Effective**: June 18, 2017
Archive of Previous Privacy Policies

Thoughts or questions about this Privacy Policy? Please, let us know by contacting us here or writing to us at the appropriate address below.

**For accounts based in the United States:**
Twitter, Inc.
Attn: Privacy Policy Inquiry
1355 Market Street, Suite 900
San Francisco, CA 94103

**For accounts outside the United States:**
Twitter International Company
Attn: Privacy Policy Inquiry
One Cumberland Place, Fenian Street
Dublin 2, D02 AX07 IRELAND

# The Twitter Rules

We believe that everyone should have the power to create and share ideas and information instantly, without barriers. In order to protect the experience and safety of people who use Twitter, there are some limitations on the type of content and behavior that we allow. These limitations are set forth in the Twitter Rules below.

The Twitter Rules (along with all incorporated policies), Privacy Policy, and Terms of Service collectively make up the "Twitter User Agreement" that governs a user's access to and use of Twitter's services.

All individuals accessing or using Twitter's services must adhere to the policies set forth in the Twitter Rules. Failure to do so may result in Twitter taking one or more of the following enforcement actions:

- requiring you to delete prohibited content before you can again create new posts and interact with other Twitter users;
- temporarily limiting your ability to create posts or interact with other Twitter users;
- asking you to verify account ownership with a phone number or email address; or
- permanently suspending your account(s).

If you attempt to evade a permanent suspension by creating new accounts, we will suspend your new accounts.

Please note that we may need to change these Rules from time to time and reserve the right to do so. The most current version is always available at: https://twitter.com/rules.

The policies set forth in these Twitter Rules govern organic content on our platform. To learn more about the rules which govern ads and promoted content, please review our Ads policies.

## Content Boundaries and Use of Twitter

**Intellectual property**

Trademark: We reserve the right to suspend accounts or take other appropriate action when someone's brand or trademark, including business name and/or logo, is used in a manner that may mislead or confuse others about your brand affiliation. Read more about our trademark policy and how to report a violation.

Copyright: We will respond to clear and complete notices of alleged copyright infringement. Our copyright procedures are set forth in our Terms of Service. Read more about our copyright policy.

**Graphic violence and adult content**

We consider graphic violence to be any form of gory media related to death, serious injury, violence, or surgical procedures. We consider adult content to be any media that is pornographic and/or may be intended to cause sexual arousal. Learn more about our media policy.

Twitter allows some forms of graphic violence and/or adult content in Tweets marked as containing sensitive media. However, you may not use such content in your profile or header images. Additionally, Twitter may sometimes require you to remove excessively graphic violence out of respect for the deceased and their families if we receive a request from their family or an authorized representative. Learn more about how to make such a request, and how to mark your media as sensitive.

**Unlawful use**
You may not use our service for any unlawful purposes or in furtherance of illegal activities. By using Twitter, you agree to comply with all applicable laws governing your online conduct and content.

**Trends**
At times, we may prevent certain content from trending. This includes content that violates the Twitter Rules, as well as content that may attempt to manipulate trends. Read more about what we allow and do not allow to trend.

**Misuse of Twitter badges**
You may not use badges, including but not limited to the “promoted” or “verified” Twitter badges, unless provided by Twitter. Accounts using unauthorized badges as part of their profile photos, header photos, display names, or in any way that falsely implies affiliation with Twitter or authorization from Twitter to display these badges, may be suspended.

**Misuse of usernames**
Selling usernames: You may not buy or sell Twitter usernames.
Username squatting: You may not engage in username squatting. Some of the factors we take into consideration when determining whether conduct is username squatting include:

- the number of accounts created;
- the creation of accounts for the purpose of preventing others from using those account names;
- the creation of accounts for the purpose of selling those accounts; and
- the use of third-party content feeds to update and maintain accounts under the names of those third parties.

Please note that Twitter may also remove accounts that are inactive for more than six months. Learn more about username squatting.

## Abusive Behavior

We believe in freedom of expression and open dialogue, but that means little as an underlying philosophy if voices are silenced because people are afraid to speak up. In order to ensure that people feel safe expressing diverse opinions and beliefs, we prohibit behavior that crosses the line into abuse, including behavior that harasses, intimidates, or uses fear to silence another user’s voice.

Context matters when evaluating for abusive behavior and determining appropriate enforcement actions. Factors we may take into consideration include, but are not limited to whether:

- the behavior is targeted at an individual or group of people;
- the report has been filed by the target of the abuse or a bystander;
- the behavior is newsworthy and in the legitimate public interest.

**Violence and physical harm**

Violence: You may not make specific threats of violence or wish for the serious physical harm, death, or disease of an individual or group of people. This includes, but is not limited to, threatening or promoting terrorism.

Suicide or self-harm: You may not promote or encourage suicide or self-harm. When we receive reports that a person is threatening suicide or self-harm, we may take a number of steps to assist them, such as reaching out to that person and providing resources such as contact information for our mental health partners.

Child sexual exploitation: You may not promote child sexual exploitation. Learn more about our zero-tolerance child sexual exploitation policy.

**Abuse and hateful conduct**

Abuse: You may not engage in the targeted harassment of someone, or incite other people to do so. We consider abusive behavior an attempt to harass, intimidate, or silence someone else's voice.

Unwanted sexual advances: You may not direct abuse at someone by sending unwanted sexual content, objectifying them in a sexually explicit manner, or otherwise engaging in sexual misconduct.

Hateful conduct: You may not promote violence against, threaten, or harass other people on the basis of race, ethnicity, national origin, sexual orientation, gender, gender identity, religious affiliation, age, disability, or serious disease. Read more about our hateful conduct policy.

**Private information and intimate media**

Private information: You may not publish or post other people's private information without their express authorization and permission. Definitions of private information may vary depending on local laws. Read more about our private information policy.

Intimate media: You may not post or share intimate photos or videos of someone that were produced or distributed without their consent. Read more about intimate media on Twitter.

Threats to expose / hack: You may not threaten to expose someone's private information or intimate media. You also may not threaten to hack or break into someone's digital information.

**Impersonation**

You may not impersonate individuals, groups, or organizations in a manner that is intended to or does mislead, confuse, or deceive others. While you may maintain parody, fan, commentary, or newsfeed accounts, you may not do so if the intent of the account is to engage in spamming or abusive behavior. Read more about our impersonation policy.

## Spam and Security

We strive to protect people on Twitter from technical abuse and spam.

To promote a stable and secure environment on Twitter, you may not do, or attempt to do, any of the following while accessing or using Twitter:

- Access, tamper with, or use non-public areas of Twitter, Twitter's computer systems, or the technical delivery systems of Twitter's providers (except as expressly permitted by the Twitter Bug Bounty program).
- Probe, scan, or test the vulnerability of any system or network, or breach or circumvent any security or authentication measures (except as expressly permitted by the Twitter Bug Bounty program).
- Access or search, or attempt to access or search, Twitter by any means (automated or otherwise) other than through our currently available, published interfaces that are provided by Twitter (and only pursuant to the applicable terms and conditions), unless you have been specifically allowed to do so in a separate agreement with Twitter. Note that crawling Twitter is permissible if done in accordance with the provisions of the robots.txt file; however, scraping Twitter without our prior consent is expressly prohibited.
- Forge any TCP/IP packet header or any part of the header information in any email or posting, or in any way use Twitter to send altered, deceptive, or false source-identifying information.
- Interfere with or disrupt the access of any user, host or network, including, without limitation, sending a virus, overloading, flooding, spamming, mail-bombing Twitter's services, or by scripting the creation of content in such a manner as to interfere with or create an undue burden on Twitter.

Any accounts engaging in the following activities may be temporarily locked or subject to permanent suspension:

- **Malware/Phishing:** You may not publish or link to malicious content intended to damage or disrupt another person's browser or computer or to compromise a person's privacy.
- **Spam:** You may not use Twitter's services for the purpose of spamming anyone. Spam is generally defined on Twitter as bulk or aggressive activity that attempts to manipulate or disrupt Twitter or the experience of users on Twitter to drive traffic or attention to unrelated accounts, products, services, or initiatives. Some of the factors that we take into account when determining what conduct is considered to be spamming include:
  - if you have followed and/or unfollowed a large number of of accounts in a short time period, particularly by automated means (aggressive following or follower churn);
  - if your Tweets or Direct Messages consist mainly of links shared without commentary;
  - if a large number of people have blocked you in response to high volumes of untargeted, unsolicited, or duplicative content or engagements from your account;
  - if a large number of spam complaints have been filed against you;

- if you post duplicative or substantially similar content, replies, or mentions over multiple accounts or multiple duplicate updates on one account, or create duplicate or substantially similar accounts;
- if you post multiple updates to a trending or popular topic with an intent to subvert or manipulate the topic to drive traffic or attention to unrelated accounts, products, services, or initiatives;
- if you send large numbers of unsolicited replies or mentions;
- if you add users to lists in a bulk or aggressive manner;
- if you are randomly or aggressively engaging with Tweets (e.g., likes, Retweets, etc.) or users (e.g., following, adding to lists or Moments, etc.) to drive traffic or attention to unrelated accounts, products, services, or initiatives;
- if you repeatedly post other people's account information as your own (e.g., bio, Tweets, profile URL, etc.);
- if you post misleading, deceptive, or malicious links (e.g., affiliate links, links to malware/clickjacking pages, etc.);
- if you create fake accounts, account interactions, or impressions;
- if you sell, purchase, or attempt to artificially inflate account interactions (such as followers, Retweets, likes, etc.); and
- if you use or promote third-party services or apps that claim to get you more followers, Retweets, or likes (such as follower trains, sites promising "more followers fast", or any other site that offers to automatically add followers or engagements to your account or Tweets).

Please see our support articles on following rules and best practices and automation rules and best practices for more detailed information about how the Rules apply to those particular account behaviors. Accounts created to replace suspended accounts may be permanently suspended.

## Content Visibility

Accounts under investigation or which have been detected as sharing content in violation of these Rules may have their account or Tweet visibility limited in various parts of Twitter, including search. To learn more about situations in which content may be restricted on Twitter, please see our support article on search rules and restrictions.

c

# Exhibit C

# X Terms of Service

## Summary of our Terms

These Terms of Service ("Terms") are part of the User Agreement – a legally binding contract governing your relationship with X. **You should read these Terms in full, but here are a few key things you should take away:**

- **You will see advertising on the platform:** In exchange for accessing the Services, X and our third-party providers and partners may display advertising to you.
- **When posting Content and otherwise using the Services, you must comply with this User Agreement and Applicable Law:** You are responsible for your use of the Services and your Content. You must comply with the User Agreement, including all applicable policies and rules, and all applicable laws.
- **You must abide by the Services' acceptable use terms:** You may not access the Services in any way other than through the currently available, published interfaces that we provide. For example, this means that you cannot scrape the Services without X's express written permission, try to work around any technical limitations we impose, or otherwise attempt to disrupt the operation of the Services.
- **We have broad enforcement rights:** X reserves the right to take enforcement actions against you if you do violate these terms, such as, for example, removing your Content, limiting visibility, discontinuing your access to X, or taking legal action. Certain jurisdictions, including the European Union and the United Kingdom, also impose obligations on X to enforce against not only illegal content but also categories of content deemed by law to be "harmful" or "unsafe." As a result, your Content or account may be subject to restrictions in those jurisdictions. We may also suspend or terminate your account for other reasons, such as prolonged inactivity, risk of legal exposure, or commercial inviability.
- **There are intellectual property licenses in these Terms:** You retain ownership and rights to any of your Content you post or share, and you provide us with a broad, royalty-free license to make your Content available to the rest of the world and to let others do the same. Conversely, we provide you a license to use the software we provide as part of the Services, such as the X mobile application, solely for the purpose of enabling you to use and enjoy the benefit of the Services.

X

- **Your use of the Services is at your own risk:** We provide the Services on an "AS IS" and "AS AVAILABLE" basis, and we disclaim all warranties, responsibility, and liability to you or others to the extent permitted by law. You may be exposed to offensive or harmful Content posted by other users. The Services may change from time to time, and we may limit or terminate availability of the Services or particular features to you or other users at any time.

- **You have remedies and redress mechanisms, but our liability is limited:** You have a right to terminate this agreement at any time by deactivating your account and discontinuing use of the Services. Depending on your country of residence, we may not be liable for certain types of damages as described in the agreement, and in any event, our aggregate liability shall not exceed the greater of $100 USD or the amount you paid us, if any, in the past six months for the Services giving rise to the claim. Further, if you believe that your Content has been displayed on the Services in an unauthorized manner that constitutes copyright infringement, the reporting process is detailed in these Terms.

    - **If you are a recipient of the X Service in the United Kingdom,** you may challenge enforcement actions (such as Content removal or account suspension) that breach these Terms by filing a complaint through our internal complaints process or by bringing a claim in a competent court, as provided under the Online Safety Act 2023. You can find details on how to file a complaint here.

    - **If you are a recipient of the X Service in the European Union,** you may challenge certain decisions we make under the Digital Services Act (Regulation (EU) 2022/2065) via our internal process or via out-of-court dispute settlement as described here.

Please also note that these Terms incorporate our Privacy Policy (https://x.com/privacy) as well as other terms applicable to your use of the Services and your Content. Finally, these Terms may vary depending on where you live, but in any case, you must be at least 13 years old to use X.

---

**If you live outside the European Union, EFTA States, or the United Kingdom, including if you live in the United States,** the X User Agreement comprises these Terms of Service, our Privacy Policy, our Rules and Policies, and all incorporated policies.

**If you live in the European Union, EFTA States, or the United Kingdom,** the X User Agreement comprises these Terms of Service, our Privacy Policy, our Rules and Policies, and all incorporated policies.

---

# X Terms of Service

## If you live outside the European Union, EFTA States, or the United Kingdom, including if you live in the United States

These Terms of Service (“Terms”) govern your relationship with us and your and other users’ access to and use of, and anything otherwise relating to, our or our corporate affiliates' services, including our various websites, SMS, APIs, email notifications, applications, buttons, widgets, ads, commerce services, and our other covered services (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates) that link to these Terms (collectively, the “Services”), and any information, text, links, graphics, photos, audio, videos, or other materials or arrangements of materials uploaded, downloaded or appearing on the Services (collectively referred to as “Content”). By using the Services you agree to be bound by these Terms.

These Terms are an agreement between you and X Corp., which provides X and the Services, with its registered office at 865 FM 1209, Building 2, Bastrop, TX 78602 U.S.A. The words “we,” “us,” and “our” mean X Corp.

---

# 1. Who May Use the Services

You may use the Services only if you agree to form a binding contract with us and are not a person barred from receiving services under the laws of the applicable jurisdiction. In any case, you must be at least 13 years old to use the Services. If you are (i) accepting these Terms and/or using the Services, which constitutes acceptance of these Terms, or (ii) accepting these Terms in order to authorize the use of the Services on behalf of a minor (being any person under the age of majority in any given country), company, organization, government, or other legal entity, you represent and warrant that you are authorized to do so or, as the case may be, have the authority to bind such minor and/or entity to these Terms. The words “you” and “your” as used in these Terms shall refer either to the person accepting these Terms or such minor (as defined in (i)) and/or the entity referenced in (ii), as applicable.

# 2. Privacy

Our Privacy Policy (https://x.com/privacy) describes how we handle the information you provide to us when you use the Services. You understand that through your use of the Services you consent to

the collection and use (as set forth in the Privacy Policy) of this information, including the transfer of this information to the United States, Ireland, and/or other countries for storage, processing and use by us and our affiliates.

# 3. Content on the Services

You are responsible for your use of the Services and for any Content, including anything referenced therein, you provide, create, post, or otherwise utilize, including any inputs, prompts, outputs, and/or information obtained or created through the Services. It is your responsibility to comply with all applicable laws, rules, policies, and regulations that are applicable to you or your Content, including on a third party's or our affiliates' services. You should only provide, create, or generate Content that you are comfortable sharing with others.

Any use or reliance on any Content or materials posted via the Services or obtained by you through the Services is at your own risk. We do not endorse, support, represent or guarantee the completeness, truthfulness, accuracy, or reliability of any Content or communications posted or otherwise obtained via the Services or endorse any alleged facts or opinions expressed via the Services. You understand that by using the Services, you may be exposed to Content that might be offensive, harmful, inaccurate or otherwise inappropriate, or in some cases, postings that have been mislabeled or are otherwise deceptive. All Content, including anything referenced therein, is the sole responsibility of the person who posted, generated, inputted, or created such Content. We may not monitor or control the Content posted, generated, inputted, or created via the Services, and we cannot take responsibility for such Content.

We reserve the right to remove Content that violates the User Agreement, including for example, copyright or trademark violations or other intellectual property misappropriation, impersonation, unlawful conduct, or harassment. Certain jurisdictions, including the European Union and the United Kingdom, impose obligations on us to enforce against categories of content deemed by law to be harmful or unsafe, such as bullying and humiliating content, content that promotes or encourages feeding or eating disorders, as well as content that encourages or makes available knowledge of methods of self-harm and suicide. As a result, your Content may be subject to restrictions as required by these jurisdictions. Information regarding specific policies and the process for reporting or appealing violations can be found in our Help Center (https://help.x.com/rules-and-policies, https://help.x.com/rules-and-policies/x-report-violation#specific-violations, and https://help.x.com/managing-your-account/suspended-x-accounts).

If you believe that your Content has been copied in a way that constitutes copyright infringement, please report this by visiting our Copyright reporting form (https://help.x.com/forms/ipi) or contacting our designated copyright agent at:

X Corp.
Attn: Copyright Agent
865 FM 1209, Building 2
Bastrop, TX 78602
Reports: https://help.x.com/forms/ipi
Email: copyright@x.com

## Your Rights and Grant of Rights in the Content

You retain your rights to any Content, including anything referenced therein, you submit, input, create, generate, post, or display on or through the Services. What's yours is yours — you own your Content (and your incorporated audio, photos, and videos are considered part of the Content).

In choosing to submit, input, create, generate, post, or display Content on or through the Services, you grant us a worldwide, non-exclusive, royalty-free license (with the right to sublicense) to use, copy, reproduce, process, adapt, modify, publish, transmit, display, upload, download, and distribute such Content, including anything referenced therein, in any and all media or distribution methods now known or later developed, for any purpose. For clarity, these rights include, for example, curating, transforming, and translating. This license authorizes us to make your Content available to the rest of the world and to let others do the same. You agree that this license includes the right for us to (i) analyze text and other information you provide and to otherwise provide, promote, and improve the Services, including, for example, for use with and training of our machine learning and artificial intelligence models, whether generative or another type; and (ii) to make Content submitted to or through the Services available to other companies, organizations or individuals, including, for example, for improving the Services and the syndication, broadcast, distribution, repost, promotion or publication of such Content on other media and services, subject to our terms and conditions for such Content use. Such additional uses by us, or other companies, organizations or individuals, is made with no compensation paid to you with respect to the Content that you submit, post, transmit or otherwise make available through the Services as the use of the Services by you is hereby agreed as being sufficient compensation for the Content and grant of rights herein.

We have an evolving set of rules for how ecosystem partners can interact with your Content on the Services. These rules exist to enable an open ecosystem with your rights in mind. You understand that we may modify or adapt your Content as it is distributed, syndicated, published, or broadcast by us and our partners and/or make changes to your Content in order to adapt the Content to different media.

You represent and warrant that you have, or have obtained, all rights, licenses, consents, permissions, power and/or authority necessary to grant the rights granted herein for any Content that you input, submit, create, post, generate, or display on or through the Services. You agree and

warrant that such Content does not contain material subject to copyright or other proprietary rights, unless you have obtained the necessary permissions or are otherwise legally entitled to post or otherwise use the material and to grant us the license described above.

# 4. Using the Services

Please review our Rules and Policies, which are part of the User Agreement and outline conduct that is prohibited on the Services, as well as categories of content deemed by law to be harmful or unsafe in certain jurisdictions. You may use the Services only in compliance with these Terms and all applicable laws, rules and regulations. X takes enforcement actions when Content or user behavior is in violation of our Rules and Policies or in relation to sensitive media. You can review X's enforcement options and how you can appeal our enforcement decision here.

The Services evolve constantly. As such, the Services may change from time to time, at our discretion. We may stop (permanently or temporarily) providing the Services or any features within the Services to you or to users generally. We also retain the right to create limits on use and storage at our sole discretion at any time. We may also remove or refuse to distribute any Content on the Services, limit distribution or visibility of any Content on the service, suspend or terminate users, and reclaim usernames without liability to you.

In consideration for our granting you access to and use of the Services, you agree that we and our third-party providers and partners may place advertising on the Services or in connection with the display of Content or information from the Services whether submitted by you or others. We also reserve the right to access, read, preserve, and disclose any information as we reasonably believe is necessary to (i) satisfy any applicable law, regulation, legal process or governmental request; (ii) enforce the Terms, including investigation of potential violations hereof; (iii) detect, prevent, or otherwise address fraud, security or technical issues; (iv) respond to user support requests; or (v) protect the rights, property or safety of X, its users and the public. We do not disclose personally-identifying information to third parties except in accordance with our Privacy Policy.

Certain services or features may be offered on X for which additional terms and conditions may apply in connection with your use of those services. By using or paying for any of these additional services, you agree to any additional terms applicable to those services, and those additional terms become part of our agreement with you. If any of the applicable additional terms conflict with these Terms, the additional terms will prevail while you are using those services to which they apply.

If you use paid features, products, or services of the Services, you agree to the applicable Terms for Paid Services (https://legal.x.com/purchaser-terms).

If you use developer features, products, or services of the Services, including but not limited to X for Websites (https://developer.x.com/docs/x-for-websites), X Cards (https://developer.x.com/docs/x-for-websites/cards/overview/abouts-cards), Public API

(https://developer.x.com/docs), or Sign in with X (https://docs.x.com/resources/fundamentals/authentication/guides/log-in-with-x), you agree to our Developer Agreement (https://developer.x.com/developer-terms/agreement) and Developer Policy (https://developer.x.com/developer-terms/policy). If you want to reproduce, modify, create derivative works, distribute, sell, transfer, publicly display, publicly perform, transmit, or otherwise use the Services or Content on the Services, you must use the interfaces and instructions we provide, except as permitted through the Services, these Terms, or the terms provided on https://developer.x.com/developer-terms. Otherwise, all such actions are strictly prohibited. If you are a security researcher, you are required to comply with the rules of our Vulnerability Reporting Program (https://hackerone.com/x). The requirements set out in the preceding paragraph may not apply to those participating in our Vulnerability Reporting Program.

If you use advertising features, products, or services of the Services in any way, including but not limited to self-service and managed service offerings, you agree that your use of the advertising features, products, and services as well as your advertisements are subject to the terms of our Master Services Agreement (https://ads.x.com/terms).

## Your Account

You may need to create an account to use the Services. You are responsible for safeguarding your account, so use a strong password and limit its use to this account, and use two-factor authentication via an authenticator app or security key. We cannot and will not be liable for any loss or damage arising from your failure to comply with the above.

You can control most communications from the Services. We may need to provide you with certain communications, such as service announcements and administrative messages. These communications are considered part of the Services and your account, and you may not be able to opt-out from receiving them. If you added your phone number to your account and you later change or deactivate that phone number, you must update your account information to help prevent us from communicating with anyone who acquires your old number.

## Your License to Use the Services

We give you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you as part of the Services. This license cannot be assigned, gifted, sold, shared or transferred in any other manner to any other individual or entity without X's express written consent. This license has the sole purpose of enabling you to use and enjoy the benefit of the Services as provided on X, in the manner permitted by these Terms.

X

The Services are protected by copyright, trademark, and other laws of both the United States and other countries. Nothing in the Terms gives you a right to use the X name or Twitter name or any of the X or Twitter trademarks, logos, domain names, other distinctive brand features, and other proprietary rights, and you may not do so without our express written consent. All right, title, and interest in and to the Services (excluding Content provided by users) are and will remain our and our licensors' exclusive property. Any feedback, comments, or suggestions you may provide regarding X, or the Services is entirely voluntary and we will be free to use such feedback, comments or suggestions as we see fit and without any obligation to you.

## Misuse of the Services

You also agree not to misuse the Services, for example, by interfering with them or accessing them using a method other than the interface and the instructions that we provide. You agree that you will not work around any technical limitations in the software provided to you as part of the Services, or reverse engineer, decompile or disassemble the software, except and only to the extent that applicable law expressly permits. You may not do any of the following while accessing or using the Services: (i) access, tamper with, or use non-public areas of the Services, our computer systems, or the technical delivery systems of our providers; (ii) probe, scan, or test the vulnerability of any system or network or breach or circumvent any security or authentication measures; (iii) access or search or attempt to access or search the Services by any means (automated or otherwise) other than through our currently available, published interfaces that are provided by us (and only pursuant to the applicable terms and conditions), unless you have been specifically allowed to do so in a separate agreement with us (NOTE: crawling or scraping the Services in any form, for any purpose without our prior written consent is expressly prohibited); (iv) attempt to circumvent, manipulate, or disable systems and Services, including through "jailbreaking", “prompt engineering or injection", or other methods intended to override or manipulate safety, security or other platform controls; (v) forge any TCP/IP packet header or any part of the header information in any email or posting; (vi) in any way use the Services to send altered, deceptive or false source-identifying information; (vii) engage in any conduct that violates our Platform Manipulation and Spam Policy or any other Rules and Policies, including our Misuse of Reporting Features Policy; or (viii) interfere with, or disrupt, (or attempt to do so), the access of any user, host or network, including, without limitation, sending a virus, overloading, flooding, spamming, mail-bombing the Services, or by scripting the creation of Content in such a manner as to interfere with or create an undue burden on the Services. It is also a violation of these Terms to facilitate or assist others in violating these Terms, including by distributing products or services that enable or encourage violation of these Terms.

## Ending These Terms

You may end your legal agreement with us at any time by deactivating your accounts and discontinuing your use of the Services. See

https://help.x.com/managing-your-account/how-to-deactivate-x-account for instructions on how to deactivate your account and the Privacy Policy for more information on what happens to your information.

We may suspend or terminate your account or cease providing you with all or part of the Services at any time if we reasonably believe: (i) you have violated these Terms or our Rules and Policies, (ii) you create risk or possible legal exposure for us; (iii) your account should be removed due to unlawful conduct; (iv) your account should be removed due to prolonged inactivity; or (v) our provision of the Services to you is no longer commercially viable. We will make reasonable efforts to notify you by the email address associated with your account or the next time you attempt to access your account, depending on the circumstances. To the extent permitted by law, we may also terminate your account or cease providing you with all or part of the Services for any other reason or no reason at our convenience. In all such cases, the Terms shall terminate, including, without limitation, your license to use the Services, except that the following sections shall continue to apply: 2, 3, 5, 6, and the misuse provisions of Section 4 (“Misuse of the Services”). If you believe your account was terminated in error you can file an appeal following the steps found in our Help Center (https://help.x.com/forms/account-access/appeals). For the avoidance of doubt, these Terms survive the deactivation or termination of your account.

# 5. Disclaimers and Limitations of Liability

## The Services are Available "AS-IS"

Your access to and use of the Services or any Content are at your own risk. You understand and agree that the Services are provided to you on an “AS IS” and “AS AVAILABLE” basis. The “X Entities” refers to X Corp., its parents, affiliates, related companies, officers, directors, employees, agents, representatives, partners, and licensors. Without limiting the foregoing, to the maximum extent permitted under applicable law, THE X ENTITIES DISCLAIM ALL WARRANTIES AND CONDITIONS, WHETHER EXPRESS OR IMPLIED, OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. The X Entities make no warranty or representation and disclaim all responsibility and liability for: (i) the completeness, accuracy, availability, timeliness, security or reliability of the Services or any Content; (ii) any harm to your computer system, loss of data, or other harm that results from your access to or use of the Services or any Content; (iii) the deletion of, or the failure to store or to transmit, any Content and other communications maintained by the Services; and (iv) whether the Services will meet your requirements or be available on an uninterrupted, secure, or error-free basis. No advice or information, whether oral or written, obtained from the X Entities or through the Services, will create any warranty or representation not expressly made herein.

𝕏

## Limitation of Liability

NOTWITHSTANDING ANY OTHER TERMS TO THE CONTRARY, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE X ENTITIES SHALL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, RELIANCE OR ANY LOSS OF PROFITS OR REVENUES, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM (i) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICES; (ii) ANY CONDUCT OR CONTENT OF ANY USER OR THIRD PARTY ON THE SERVICES, INCLUDING WITHOUT LIMITATION, ANY DEFAMATORY, OFFENSIVE OR ILLEGAL CONDUCT OF OTHER USERS OR THIRD PARTIES; (iii) ANY CONTENT OBTAINED FROM THE SERVICES; OR (iv) UNAUTHORIZED ACCESS, USE OR ALTERATION OF YOUR TRANSMISSIONS OR CONTENT. IN NO EVENT SHALL THE AGGREGATE LIABILITY OF THE X ENTITIES EXCEED THE GREATER OF ONE HUNDRED U.S. DOLLARS (U.S. $100.00) OR THE AMOUNT YOU PAID US, IF ANY, IN THE PAST SIX MONTHS FOR THE SERVICES GIVING RISE TO THE CLAIM. THE LIMITATIONS OF THIS SUBSECTION SHALL APPLY TO ANY THEORY OF LIABILITY, WHETHER BASED ON WARRANTY, CONTRACT, STATUTE, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE, AND WHETHER OR NOT THE X ENTITIES HAVE BEEN INFORMED OF THE POSSIBILITY OF ANY SUCH DAMAGE, AND EVEN IF A REMEDY SET FORTH HEREIN IS FOUND TO HAVE FAILED OF ITS ESSENTIAL PURPOSE. IN THE EVENT ANY PORTION OF THESE LIMITATION OF LIABILITY PROVISIONS IS DEEMED UNENFORCEABLE AS A MATTER OF LAW, THAT LIMITATION SHALL INSTEAD BE THE GREATEST LIMITATION PERMITTED BY LAW.

BY AGREEING TO THESE TERMS OR USING THE SERVICES, YOU AGREE, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THAT THE X ENTITIES ARE NOT RESPONSIBLE OR LIABLE TO YOU OR OTHERS FOR THE ACTIONS OR CONDUCT OF USERS AND THIRD PARTIES ON THE SERVICES, OR FOR ANY CONTENT USERS AND THIRD PARTIES SHARE ON THE SERVICES, INCLUDING OFFENSIVE, DEFAMATORY, ILLEGAL OR OTHER OBJECTIONABLE CONTENT.

## Liquidated Damages

Protecting our users' data and our system resources is important to us. You further agree that, to the extent permitted by applicable law, if you violate the Terms, or you induce or knowingly facilitate others to do so, in addition to all other legal remedies available to us, you will be jointly and severally liable to us for liquidated damages as follows for requesting, viewing, or accessing more than 1,000,000 posts (including reply posts, video posts, image posts, and any other posts) in any 24-hour period - $15,000 USD per 1,000,000 posts. You agree that these amounts are (i) a reasonable estimate of our damages; (ii) not a penalty; and (iii) not otherwise limiting of our ability to recover from you or others under any legal or equitable theory or claim, including but not limited to

statutory damages and/or equitable relief. You further agree that repeated violations of these Terms will irreparably harm and entitle us to injunctive and/or other equitable relief, in addition to monetary damages.

# 6. General

We may revise these Terms from time to time. The changes will not be retroactive, and the most current version of the Terms, which will always be at https://x.com/tos, will govern our relationship with you. We will try to notify you of material revisions, for example via a service notification or an email to the email associated with your account. By continuing to access or use the Services after those revisions become effective, you agree to be bound by the revised Terms.

The laws of the State of Texas, excluding its choice of law provisions, will govern these Terms and any dispute that arises between you and us, notwithstanding any other agreement between you and us to the contrary. Notwithstanding any other agreement to the contrary, all disputes related to these Terms, the Services, or any patents — including without limitation disputes related to or arising from any Content (whether your or others' Content), or your or others' use of the Services or the complete or partial termination thereof — shall be brought and must proceed exclusively in the federal or state courts located in Wichita County or Tarrant County, Texas, United States, and you consent to personal jurisdiction in those forums and waive any objection as to inconvenient forum. For the avoidance of doubt, the choice of law and forum selection provisions of this paragraph shall apply regardless of whether a dispute or any claims contained therein are based in contract, tort, statute, common law, or otherwise, and the choice of law and forum selection provisions of this paragraph shall apply to pending and future disputes and shall apply to your dispute regardless of when the conduct relating to the dispute arose or occurred. The choice of law and forum selection provisions of this paragraph shall also extend to disputes involving our U.S. corporate affiliates, who are intended third-party beneficiaries of this paragraph. Without prejudice to the foregoing, you agree that, in its sole discretion, X may bring any claim, cause of action, or dispute we have against you in any competent court in the country in which you reside that has jurisdiction and venue over the claim.

**To the extent permitted by law, you also waive the right to participate as a plaintiff or class member in any purported class action, collective action or representative action proceeding against us or our corporate affiliates.**

If you are a federal, state, or local government entity in the United States using the Services in your official capacity and legally unable to accept the controlling law, jurisdiction or venue clauses above, then those clauses do not apply to you. For such U.S. federal government entities, these Terms and any action related thereto will be governed by the laws of the United States of America (without reference to conflict of laws) and, in the absence of federal law and to the extent permitted under federal law, the laws of the State of Texas (excluding choice of law).

You and X agree that you must initiate any proceeding or action asserting a federal claim within one (1) year of the date of the occurrence of the event or facts giving rise to a dispute that is arising out of or related to these Terms or the Services. You and X agree that you must initiate any proceeding or action asserting a state law claim within two (2) years of the date of the occurrence of the event or facts giving rise to a dispute that is arising out of or related to these Terms or the Services. Otherwise, to the extent permitted by applicable law, you forever waive the right to pursue any claim or cause of action, of any kind or character, based on such events or facts, and such claims or causes of action are permanently barred.

In the event that any provision of these Terms is held to be invalid or unenforceable, then that provision will be limited or eliminated to the minimum extent necessary, and the remaining provisions of these Terms will remain in full force and effect. Our failure to enforce any right or provision of these Terms will not be deemed a waiver of such right or provision.

The X User Agreement is written in English but is made available in multiple languages through translations. X strives to make the translations as accurate as possible to the original English version. However, in case of any discrepancies or inconsistencies, the English language version of the X User Agreement shall take precedence. You acknowledge that English shall be the language of reference for interpreting and constructing the terms of the X User Agreement.

If you have any questions about these Terms, please contact us.

**Effective:** April 10, 2026

Archive of Previous Terms

---

# X Terms of Service

## If you live in the European Union, EFTA States, or the United Kingdom

These Terms of Service ("Terms") govern your relationship with us and your and other users' access to and use of, and anything otherwise relating to, our or our corporate affiliates' services, including our various websites, SMS, APIs, email notifications, applications, buttons, widgets, ads, commerce services, and our other covered services (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates) that link to these Terms (collectively, the "Services"), and any information, text, links, graphics, photos, audio, videos, or other materials or arrangements of materials uploaded, downloaded or appearing on the Services (collectively referred to as "Content"). By using the Services you agree to be bound by these Terms.

𝕏

These Terms are an agreement between you and X Internet Unlimited Company (Co. number 503351, VAT number IE9803175Q), an Irish company, which provides X and the Services, with its registered office at One Cumberland Place, Fenian Street Dublin 2, D02 AX07 Ireland. The words "we," "us," and "our," mean X Internet Unlimited Company.

# 1. Who May Use the Services

You may use the Services only if you agree to form a binding contract with us and are not a person barred from receiving services under the laws of the applicable jurisdiction. In any case, you must be at least 13 years old to use the Services. If you are (i) accepting these Terms and/or using the Services, which constitutes acceptance of these Terms, or (ii) accepting these Terms in order to authorize the use of the Services on behalf of a minor (being any person under the age of majority in any given country), company, organization, government, or other legal entity, you represent and warrant that you are authorized to do so or, as the case may be, have the authority to bind such minor and/or entity to these Terms. The words "you" and "your" as used in these Terms shall refer either to the person accepting these Terms or such minor (as defined in (i)) and/or the entity referenced in (ii), as applicable.

# 2. Privacy

Our Privacy Policy (https://x.com/privacy) describes how we handle the information you provide to us when you use the Services. You understand that through your use of the Services you consent to the collection and use (as set forth in the Privacy Policy) of this information, including the transfer of this information to the United States, Ireland, and/or other countries for storage, processing and use by us and our affiliates.

# 3. Content on the Services

You are responsible for your use of the Services and for any Content, including anything referenced therein, you provide, create, post, or otherwise utilize, including any inputs, prompts, outputs, and/or information obtained or created through the Services. It is your responsibility to comply with all applicable laws, rules, policies, and regulations that are applicable to you or your Content, including on a third party's or affiliates' services. You should only provide, create, or generate Content that you are comfortable sharing with others.

Any use or reliance on any Content or materials posted via the Services or obtained by you through the Services is at your own risk. We do not endorse, support, represent or guarantee the completeness, truthfulness, accuracy, or reliability of any Content or communications posted or otherwise obtained via the Services or endorse any alleged facts or opinions expressed via the

𝕏

Services. You understand that by using the Services, you may be exposed to Content that might be offensive, harmful, inaccurate or otherwise inappropriate, or in some cases, postings that have been mislabeled or are otherwise deceptive. Content recommendations are made based on a combination of factors: how you engage with the Services, the topics you have indicated that you are interested in, and likes of other users with your similar interests. Adjustments can be made in your settings, and additional information can be found in our Help Center (https://help.x.com/resources/recommender-systems). All Content, including anything referenced therein, is the sole responsibility of the person who posted, generate, inputted, or created such Content. We may not monitor or control the Content posted, generated, inputted, or created via the Services, and we cannot take responsibility for such Content.

We reserve the right to remove Content that violates the User Agreement, including for example, copyright or trademark violations or other intellectual property misappropriation, impersonation, unlawful conduct, or harassment. Certain jurisdictions, including the European Union and the United Kingdom, impose obligations on us to enforce against categories of content deemed by law to be harmful or unsafe, such as bullying and humiliating content, content that promotes or encourages feeding or eating disorders, as well as content that encourages or makes available knowledge of methods of self-harm and suicide. As a result, your Content may be subject to restrictions as required by these jurisdictions. Information regarding specific policies and the process for reporting or appealing violations can be found in our Help Center (https://help.x.com/rules-and-policies, https://help.x.com/rules-and-policies/x-report-violation, and https://help.x.com/managing-your-account/suspended-x-accounts).

If you believe that your Content has been copied in a way that constitutes copyright infringement, please report this by visiting our Copyright reporting form (https://help.x.com/forms/ipi) or contacting our designated copyright agent at:

X Corp.
Attn: Copyright Agent
865 FM 1209, Building 2
Bastrop, TX 78602
Reports: https://help.x.com/forms/ipi
Email: copyright@x.com

## Your Rights and Grant of Rights in the Content

You retain your rights to any Content, including anything referenced therein, you submit, input, create, generate, post, or display on or through the Services. What's yours is yours — you own your Content (and your incorporated audio, photos, and videos are considered part of the Content).

In choosing to submit, input, create, generate, post, or display Content on or through the Services, you grant us a worldwide, non-exclusive, royalty-free license (with the right to sublicense) to use,

copy, reproduce, process, adapt, modify, publish, transmit, display, upload, download, and distribute such Content, including anything referenced therein, in any and all media or distribution methods now known or later developed, for any purpose. For clarity, these rights include, for example, curating, transforming, and translating. This license authorizes us to make your Content available to the rest of the world and to let others do the same. However, if you have chosen via our features to limit the distribution of your Content to a restricted community, we will respect that choice. You also agree that this license includes the right to analyze text and other information you provide with the view to improve the Services. You agree that this license includes the right for us to (i) provide, promote, and improve the Services, including, for example, for use with and training of our machine learning and artificial intelligence models, whether generative or another type; and (ii) to make Content submitted to or through the Services available to other companies, organizations or individuals, including, for example, for improving the Services and the syndication, broadcast, distribution, repost, promotion or publication of such Content on other media and services, subject to our terms and conditions for such Content use. Such additional uses by us, or other companies, organizations or individuals, is made with no compensation paid to you with respect to the Content that you submit, post, transmit or otherwise make available through the Services as the use of the Services by you is hereby agreed as being sufficient compensation for the Content and grant of rights herein.

We have an evolving set of rules for how ecosystem partners can interact with your Content on the Services. These rules exist to enable an open ecosystem with your rights in mind. You understand that we may modify or adapt your Content as it is distributed, syndicated, published, or broadcast by us and our partners and/or make changes to your Content in order to adapt the Content to different media.

You represent and warrant that you have, or have obtained, all rights, licenses, consents, permissions, power and/or authority necessary to grant the rights granted herein for any Content that you input, submit, create, post, generate, or display on or through the Services. You agree and warrant that such Content does not contain material subject to copyright or other proprietary rights, unless you have obtained the necessary permissions or are otherwise legally entitled to post or otherwise use the material and to grant us the license described above.

# 4. Using the Services

Please review our Rules and Policies, which are part of the User Agreement and outline conduct that is prohibited on the Services, as well as categories of content deemed by law to be harmful or unsafe in certain jurisdictions. You may use the Services only in compliance with these Terms and all applicable laws, rules and regulations. X takes enforcement actions when Content or user behavior is in violation of our Rules and Policies or in relation to sensitive media. You can review X's enforcement options and how you can appeal our enforcement decision here.

The Services evolve constantly. As such, the Services may change from time to time, at our discretion. We may stop (permanently or temporarily) providing the Services or any features within the Services to you or to users generally. We also retain the right to create limits on use and storage at our sole discretion at any time. We may also remove or refuse to distribute any Content on the Services, limit distribution or visibility of any Content on the service, suspend or terminate users, and reclaim usernames if it is appropriate, including for the following reasons: (i) protecting the Services or our users; (ii) compliance with applicable laws or orders from competent authorities; (iii) breach of these Terms or our Rules and Policies or third parties' intellectual property or other rights; (iv) if you or your Content exposes us, other users or any third party to legal or regulatory risk; and/or (v) your prolonged inactivity.

In consideration for our granting you access to and use of the Services, you agree that we and our third-party providers and partners may place advertising on the Services or in connection with the display of Content or information from the Services whether submitted by you or others. We also reserve the right to access, read, preserve, and disclose any information as we reasonably believe is necessary to (i) satisfy any applicable law, regulation, legal process or governmental request; (ii) enforce the Terms, including investigation of potential violations hereof; (iii) detect, prevent, or otherwise address fraud, security or technical issues; (iv) respond to user support requests; or (v) protect the rights, property or safety of X, its users and the public. We do not disclose personally-identifying information to third parties except in accordance with our Privacy Policy.

Certain services or features may be offered on X for which additional terms and conditions may apply in connection with your use of those services. These additional terms are accessible from our sites and applications dedicated to these services or features. By using or paying for any of these additional services, you will have to agree to any additional terms applicable to those services, and those additional terms will then also become part of our agreement with you. If any of the applicable additional terms conflict with these Terms, the additional terms will prevail while you are using those services to which they apply.

If you use paid features, products, or services of the Services, you agree to the applicable Terms for Paid Services (https://legal.x.com/purchaser-terms).

If you use developer features, products, or services of the Services, including but not limited to X for Websites (https://developer.x.com/docs/x-for-websites), X Cards (https://developer.x.com/docs/x-for-websites/cards/overview/abouts-card), Public API (https://developer.x.com/docs), or Sign in with X (https://docs.x.com/resources/fundamentals/authentication/guides/log-in-with-x), you agree to our Developer Agreement (https://developer.x.com/developer-terms/agreement) and Developer Policy (https://developer.x.com/developer-terms/policy). If you want to reproduce, modify, create derivative works, distribute, sell, transfer, publicly display, publicly perform, transmit, or otherwise use the Services or Content on the Services, you must use the interfaces and instructions we provide, except as permitted through the Services, these Terms, or the terms provided on

https://developer.x.com/developer-terms. Otherwise, all such actions are strictly prohibited. If you are a security researcher, you are required to comply with the rules of our Vulnerability Reporting Program (https://hackerone.com/x). The requirements set out in the preceding paragraph may not apply to those participating in our Vulnerability Reporting Program.

If you use advertising features, products, or services of the Services in any way, including but not limited to self-service and managed service offerings, you agree that your use of the advertising features, products, and services as well as your advertisements are subject to the terms of our Master Services Agreement (https://ads.x.com/terms).

# Your Account

You may need to create an account to use the Services. You are responsible for safeguarding your account, so use a strong password and limit its use to this account, and use two-factor authentication via an authenticator app or security key. We cannot and will not be liable for any loss or damage arising from your failure to comply with the above.

You can control most communications from the Services. We may need to provide you with certain communications, such as service announcements and administrative messages. These communications are considered part of the Services and your account, and you may not be able to opt-out from receiving them. If you added your phone number to your account and you later change or deactivate that phone number, you must update your account information to help prevent us from communicating with anyone who acquires your old number.

# Your License to Use the Services

We give you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you as part of the Services. This license cannot be assigned, gifted, sold, shared or transferred in any other manner to any other individual or entity without X’s express written consent. This license has the sole purpose of enabling you to use and enjoy the benefit of the Services as provided on X, in the manner permitted by these Terms.

The Services are protected by copyright, trademark, and other laws of both the United States and other countries. Nothing in the Terms gives you a right to use the X name or Twitter name or any of the X or Twitter trademarks, logos, domain names, other distinctive brand features, and other proprietary rights, and you may not do so without our express written consent. All right, title, and interest in and to the Services (excluding Content provided by users) are and will remain our and our licensors' exclusive property. Any feedback, comments, or suggestions you may provide regarding X, or the Services is entirely voluntary and we will be free to use such feedback, comments or suggestions as we see fit and without any obligation to you.

𝕏

## Misuse of the Services

You also agree not to misuse the Services, for example, by interfering with them or accessing them using a method other than the interface and the instructions that we provide. You agree that you will not work around any technical limitations in the software provided to you as part of the Services, or reverse engineer, decompile or disassemble the software, except and only to the extent that applicable law expressly permits. You may not do any of the following while accessing or using the Services: (i) access, tamper with, or use non-public areas of the Services, our computer systems, or the technical delivery systems of our providers; (ii) probe, scan, or test the vulnerability of any system or network or breach or circumvent any security or authentication measures; (iii) access or search or attempt to access or search the Services by any means (automated or otherwise) other than through our currently available, published interfaces that are provided by us (and only pursuant to the applicable terms and conditions), unless you have been specifically allowed to do so in a separate agreement with us (NOTE: crawling or scraping the Services in any form, for any purpose without our prior written consent is expressly prohibited); (iv) attempt to circumvent, manipulate, or disable systems and Services, including through "jailbreaking", “prompt engineering or injection", or other methods intended to override or manipulate safety, security or other platform controls; (v) forge any TCP/IP packet header or any part of the header information in any email or posting; (vi) in any way use the Services to send altered, deceptive or false source-identifying information; (vii) engage in any conduct that violates our Platform Manipulation and Spam Policy or any other Rules and Policies, including our Misuse of Reporting Features Policy; or (viii) interfere with, or disrupt, (or attempt to do so), the access of any user, host or network, including, without limitation, sending a virus, overloading, flooding, spamming, mail-bombing the Services, or by scripting the creation of Content in such a manner as to interfere with or create an undue burden on the Services. It is also a violation of these Terms to facilitate or assist others in violating these Terms, including by distributing products or services that enable or encourage violation of these Terms.

## Ending These Terms

You may end your legal agreement with us at any time by deactivating your accounts and discontinuing your use of the Services. See https://help.x.com/managing-your-account/how-to-deactivate-x-account for instructions on how to deactivate your account and the Privacy Policy for more information on what happens to your information.

We may suspend or terminate your account or cease providing you with all or part of the Services at any time if we reasonably believe: (i) you have violated these Terms or our Rules and Policies; (ii) you create risk or possible legal exposure for us; (iii) your account should be removed due to unlawful conduct; (iv) your account should be removed due to prolonged inactivity; or (v) our provision of the Services to you is no longer commercially viable. We will make reasonable efforts to notify you by

the email address associated with your account or the next time you attempt to access your account, depending on the circumstances. In all such cases, the Terms shall terminate, including, without limitation, your license to use the Services, except that the following sections shall continue to apply: 2, 3, 5, 6, and the misuse provisions of Section 4 (“Misuse of the Services”). If you believe your account was terminated in error you can file an appeal following the steps found in our Help Center (https://help.x.com/forms/account-access/appeals). For the avoidance of doubt, these Terms survive the deactivation or termination of your account.

# 5. Limitations of Liability

By using the Services you agree that X Internet Unlimited Company, its parents, affiliates, related companies, officers, directors, employees, agents representatives, partners and licensors, liability is limited to the maximum extent permissible in your country of residence.

## Liquidated Damages

Protecting our users’ data and our system resources is important to us. You further agree that, to the extent permitted by applicable law, if you violate the Terms, or you induce or knowingly facilitate others to do so, in addition to all other legal remedies available to us, you will be jointly and severally liable to us for liquidated damages as follows for requesting, viewing, or accessing more than 1,000,000 posts (including reply posts, video posts, image posts, and any other posts) in any 24-hour period - €15,000 EUR per 1,000,000 posts. You agree that these amounts are (i) a reasonable estimate of our damages; (ii) not a penalty; and (iii) not otherwise limiting of our ability to recover from you or others under any legal or equitable theory or claim, including but not limited to statutory damages and/or equitable relief. You further agree that repeated violations of these Terms will irreparably harm and entitle us to injunctive and/or equitable relief, in addition to monetary damages.

# 6. General

We may revise these Terms from time to time. The changes will not be retroactive, and the most current version of the Terms, which will always be at https://x.com/tos, will govern our relationship with you. Other than for changes addressing new functions or made for legal reasons, we will notify you 30 days in advance of making effective changes to these Terms that impact the rights or obligations of any party to these Terms, for example via a service notification or an email to the email associated with your account. By continuing to access or use the Services after those revisions become effective, you agree to be bound by the revised Terms.

To the extent permitted by law, all disputes related to these Terms, the Services, or any patents — including without limitation disputes related to or arising from any Content (whether your or others’

Content), or your or others' use of the Services or the complete and partial termination thereof — shall be brought and must proceed exclusively before a competent court in Ireland without regard to conflict of law provisions and will be governed by Irish law, notwithstanding any other agreement between you and us to the contrary. For the avoidance of doubt, the choice of law and forum selection provisions of this paragraph shall apply regardless of whether a dispute or any claims contained therein are based in contract, tort, statute, common law, or otherwise, and the choice of law and forum selection provisions of this paragraph shall apply to pending and future disputes and shall apply to your dispute regardless of when the conduct relating to the dispute arose or occurred. The choice of law and forum selection provisions of this paragraph shall also extend to disputes involving our corporate affiliates based in the European Union, EFTA States, or the United Kingdom, who are intended third-party beneficiaries of this paragraph. Without prejudice to the foregoing, you agree that, in its sole discretion, X may bring any claim, cause of action, or dispute we have against you in any competent court in the country in which you reside that has jurisdiction and venue over the claim.

**To the extent permitted by law, you also waive the right to participate as a plaintiff or class member in any purported class action, collective action or representative action proceeding against us or our corporate affiliates.**

You and X agree that you must initiate any proceeding or action within one (1) year of the date of the occurrence of the event or facts giving rise to a dispute that is arising out of or related to these Terms or the Services. Otherwise, to the extent permitted by applicable law, you forever waive the right to pursue any claim or cause of action, of any kind or character, based on such events or facts, and such claims or causes of action are permanently barred.

In the event that any provision of these Terms is held to be invalid or unenforceable, then that provision will be limited or eliminated to the minimum extent necessary, and the remaining provisions of these Terms will remain in full force and effect. Our failure to enforce any right or provision of these Terms will not be deemed a waiver of such right or provision.

The X User Agreement is written in English but is made available in multiple languages through translations. X strives to make the translations as accurate as possible to the original English version. However, in case of any discrepancies or inconsistencies, the English language version of the X User Agreement shall take precedence. You acknowledge that English shall be the language of reference for interpreting and constructing the terms of the X User Agreement.

If you have any questions about these Terms, please contact us.

**Effective:** January 15, 2026

Archive of Previous Terms

# EXHIBIT D


For you
Following
Seen
Warriors on NBCS reposted
NBC Sports Bay Area & CA @N... · 23h
The Warriors will be without several key starters for tonight's preseason game against the Lakers
Steph Curry, Jimmy Butler among several Warriors...
From nbcsportsbayarea.com
6
5
49
8.5K
Updates to our Terms of Service and Privacy Policy
We're updating our Terms of Service and Privacy Policy. Now's a great chance to review them. If you want to learn more about these changes, head to the X Privacy Center.
Got it

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of the foregoing **DECLARATION OF MEGAN SCOLARI IN SUPPORT OF DEFENDANT X CORP.'S MOTION TO DISMISS OR TRANSFER** on the date indicated below by:

☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐ courtesy copy also sent by email,

☐ hand delivery,

☐ facsimile transmission,

☐ overnight delivery,

☐ courtesy copy via email,

☒ **electronic filing notification.**

I further certify that said copy was delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Emanuel McCray
400 W McLoughlin Boulevard,
Apartment 5
Vancouver, WA 98660
emanuel.mccray@hotmail.com
*Pro Se* Plaintiff

Peter D. Hawkes
Angeli & Calfo LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
peter@angelicalfo.com
Attorney for Defendant Meta Platforms, Inc.

DATED: October 22, 2026

Nicholas E. Wheeler, OSB No. 044491
nick@nickwheelerlaw.com
Attorney for Defendant X Corp.



Law Office of Nicholas E. Wheeler, LLC
4800 Meadows Road, Suite 300
Lake Oswego, OR 97035
Telephone: (503) 486-4786
Facsimile: (503) 388-3475