~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON (PORTLAND)**

| | |
|---|---|
| EMANUEL MCCRAY, a/k/a "Trump Genius," *On Behalf of Himself and All Others Similarly Situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, *et al.,*<br><br>Defendants. | Case No. **3:26-CV-01193-IM**<br><br>PLAINTIFFS' RESPONSE TO DEFENDANT X CORP.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE [ECF 35] |

In response to Defendant X Corp., Plaintiff firmly rejects ECF Nos. 21, 22, 23, 30, 31, 33, 34 and 35.

Instead, Plaintiff relies on the Constitution and Laws of the United States of America, including the Federal Rules of Civil Procedure and the Oregon District Court Local Rules; the Oregon Rules of Professional Conduct of the Oregon State Bar Association; ECF Nos. 1, 4, 6, 9, 12, 14, 15, 16, 17, 18, 19, 20, 24, 25, 26, 27, 28, 29 and 32; and Plaintiff's Holy Bible.

Plaintiff further adopts ECF Nos. 6, 12, 17-20, 24-28 and 32, and applies these same legal reasons and facts in response to ECF 35.

**CONCLUSION**

The Court must adopt ECF No. 35 for the reasons given in ECF Nos. 33 and 34.

Submitted respectfully,

Dated: October 23, 2026

s/Emanuel McCray
Emanuel McCray
*Plaintiff, Pro Se*