**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON (PORTLAND)**

| | |
|---|---|
| EMANUEL MCCRAY, a/k/a "Trump Genius," *On Behalf of Himself and All Others Similarly Situated,*<br>Plaintiffs,<br>vs.<br>UNITED STATES OF AMERICA, *et al.*,<br>Defendants. | Case No. **3:26-CV-01193-IM**<br><br>DECLARATION IN SUPPORT OF PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT JUDGMENT AS TO DEFENDANT ATLAS GENOMICS LLC |

I, Emanuel McCray, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true, accurate, and correct based upon my direct personal knowledge and complete audit of the official docket of the United States District Court for the District of Oregon in Case No. 3:26-cv-01193-IM:

1. I am the plaintiff in the above-entitled action and I am familiar with the files, records, and pleadings in this matter.

2. A true and correct copy of the docket in this matter as of November 1, 2026 at 6:42am is attached as Declarant's Exhibit 1.

3. On October 14, 2026, I requested respectfully that the Clerk enter the Default of Defendant Atlas Genomics, LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure as set forth in ECF 28.

4. In a letter dated October 27, 2026, and under tasking number TG-052-2026, I updated President Trump on Defendant Atlas Genomics LLC and the CLIA-certified domestic and international biolabs and their roles in the COVID-19 pandemic while operating under the  control and or regulation of Defendants United States of America and United States Centers For Medicare & Medicaid Services that had been hidden by aggregated data. See Declarant's Exhibit 2.

5. Defendant Atlas Genomics LLC has been placed in default, effective as of October 14, 2026. See ECF 28.

6. Defendant Atlas Genomics LLC is a United States CLIA-Certified Laboratory that operated under Defendant CMS Certification Number 50D2079714, which was issued by the State of Washington on behalf of Defendants United States of America and United States Centers For Medicare & Medicaid Services.

7. Defendant Atlas Genomics LLC is neither a minor nor an incompetent person. See ECF Nos. 27, 27-4, 27-5, 27-6 and 27-7.

8. On November 1, 2026, the World Health Organization ("WHO") reported that Defendant United States of America had reported 103,436,829

"COVID-19 cases" to the organization as of "11 October 2026". See WHO COVID-19 dashboard, https://data.who.int/dashboards/covid19/cases?m49=840.

9. On November 1, 2026, the WHO reported that Defendant United States of America had reported 1,239,961 "COVID-19 deaths" to the organization as of "11 October 2026". See WHO COVID-19 dashboard, https://data.who.int/dashboards/covid19/deaths?m49=840&n=o.

10. The plaintiffs' claim is for $400 trillion, which is, a sum certain or a sum that can be made certain by computation; the amount of the claim set forth on the Civil Cover Sheet, ECF 1-1; an amount that does not exceed the amount demanded in the Complaint, ECF 1; and equal to approximately $3,867,094.57 for each "COVID-19 case" for assault and battery SARS-COV-2 "Lab-Leak" "chronic infection".

11. On October 20, 2026, I again tested positive for the presence of antibodies associated with the assault and battery SARS-COV-2 "Lab-Leak" "chronic infection", which were first detected on March 23, 2023 and set forth in ¶ 3(30) of the Complaint:

////

////

////

////

Date Collected: **10/20/2026**

**SARS-CoV-2 Semi-Quant Spike Ab**

| Test | Current Result and Flag | Previous Result and Date | | Units | Reference Interval |
|---|---|---|---|---|---|
| SARS-CoV-2 Semi-Quant Spike Ab [01] | See Dilution | See Dilution | 04/08/2026 | U/mL | Negative<0.8 |
| SARS-CoV-2 Spike Ab Dilution [A, 02] | 581 | 680 | 04/08/2026 | U/mL | Negative<0.8 |
| SARS-CoV-2 Spike Ab Interp [01] | Positive | Positive | 04/08/2026 | | |

Antibodies against the SARS-CoV-2 spike protein receptor binding domain (RBD) were detected. It is yet undetermined what level of antibody to SARS-CoV-2 spike protein correlates to immunity against developing symptomatic SARS-CoV-2 disease. Studies are underway to measure the quantitative levels of specific SARS-CoV-2 antibodies following vaccination. Such studies will provide valuable insights into the correlation between protection from vaccination and antibody levels.
Roche Elecsys Anti-SARS-CoV-2 S

12. The recent diagnostic testing continued to rely upon the "Roche Elecsys Anti-SARS-CoV-2 S", which is associated with the CLIA-certified international biolab under the control and regulation of Defendants United States of America and United States Centers For Medicare & Medicaid Services:

| | | |
|---|---|---|
| 99 | DR. PAUL J. DIMAGGIO | **14D0698087** ROCHE CDX CAP/CLIA LABORATORY - TUCSON, AZ<br>**03D2330742** ROCHE CDX CAP/CLIA LAB PATHGROUP - TUCSON, AZ<br>**99D2322451** ROCHE CDX LABORATORY PENZBERG - **GERMANY** |

See Declarant's Exhibit 3.

13. I request respectfully that the Clerk of Court, after completing the entry of default, immediately enter default judgment against Defendant Atlas Genomics LLC for $400 trillion pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

I executed this Declaration on November 1, 2026 at Vancouver, Washington.

Emanuel McCray