# DECLARANT'S EXHIBIT 2

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

**EMANUEL MCCRAY**
**a/k/a TRUMP GENIUS**
400 W McLoughlin Blvd Apt 5
Vancouver, WA 98660
emanuel.mccray@hotmail.com

**Ref:** ***McCray v. United States, et al.*, Case No. 3:26-cv-01193-IM, Portland, Oregon Federal District Court, Filed June 12, 2026**

**Subj: Chinese Communist Party (CCP) Biolabs Under CMS Certification**

October 27, 2026

**President Donald John Trump**
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20500

Dear President Trump:

You were previously briefed on two International Laboratory Directors ("ILD") with ties to biolabs in China: **Dr. MICHAEL KALNOSKI** and **Dr. RYAN S. ROBETORYE, M.D., Ph.D.**

Under tasking number TG-052-2026, the list of ILDs was cross-referenced with CMS CLIA laboratories in the United States. This new list immediately exposed cross-border relationships that had been hidden by aggregated data.

For example, the new affiliation compilation list of ILDs currently associates Michael Kalnoski with Chengdu Nuoxin in China, plus Fidalab and the former Atlas Genomics in Washington and Healthquest Esoterics in California. Dr. Sue Beruti is similarly connected to Crown Bioscience (Suzhou) China with Crown Bioscience, Inc., San Diego, CA.

Dr. Philip D. Cotter was independently established as director of Sequanta Technologies, Shanghai, China, with additional connections to Integragen (France), Novogenia (Austria), Helix, Inc. (San Diego, CA), Accuscan Sciences (Milpitas, CA), and Sequanta (China) as the ILD for these labs.

This new list of ILDs cover the following 25 countries: Austria, Belgium, Brazil, Canada, China, Cyprus, Denmark, Finland, France, Germany, India, Ireland, Israel, Japan, New Zealand, Nigeria, Portugal/Azores, Singapore, South Korea, Spain, Sweden, Switzerland, Taiwan, United Kingdom, and Vietnam.

We also uncovered temporal problems in the CMS data sources that require resolution which Administrators for CMS and the National Plan and Provider Enumeration System

(NPPES) are uniquely qualified to analyze, because these two Administrators maintain completely separate administrative databases managed under different federal regulations.

We can confidently provide the following updated list of ILDs, complete with their temporal problems, as indicated, for your national security and foreign policy considerations:

| LAB NO. | LABORATORY DIRECTOR | CMS CLIA IDENTIFICATION NO. |
|---|---|---|
| 2 | DR. JIM LU | **14D2143887** GEORGE N ATIA, MD SC - WILMETTE, IL<br>**14D2037930** GOPATH LABORATORIES - BUFFALO GROVE, IL<br>**99D2166030** 3DMED INC CLINICAL LABORATORY - **CHINA** |
| 17 | DR. DANIEL C. CHEN | **05D2215839** BURNING ROCK DX, LLC - IRVINE, CA<br>**05D2297004** CARTER LABORATORIES INC - IRVINE, CA<br>**99D2123798** BURNING ROCK & CTONG LABORATORY - **CHINA** |
| 27 | MICHAEL KALNOSKI | **50D2146193** FIDALAB - SEATTLE, WA<br>**05D2088507** HEALTHQUEST ESOTERICS, INC - IRVINE, CA<br>**50D2079714** ATLAS GENOMICS, LLC. SEATTLE, WA (CLOSED);<br>ADMINISRATIVELY DISSOLVED 8/3/2026<br>**99D2327869** CHENGDU NUOXIN BIOTECH CO, LTD - **CHINA** |
| 30 | DR. SUE BERUTI | **05D2326496** CROWN BIOSCIENCE, INC - SAN DIEGO, CA<br>**99D2331689** CROWN BIOSCIENCE INC (SUZHOU) - **CHINA** |
| 37 | CHUN WAN JEFFREY LAI | **99D2333648** ELITE MEDICAL GLOBAL LABORATORY - **CHINA** |
| 41 | DR. GUIHUA YANG | **99D2274035** GENECAST PRECISION MEDICAL DIAGNOSTIC LABORATORY - **CHINA** |
| 43 | DR. RYAN S. ROBETORYE[1]<br>**SEE #81** | **03D2113087** MAYO CLINIC MOLECULAR DIAGNOSTICS - AZ LABORATORY - SCOTTSDALE, AZ |

[1] Both NANJING SHIHE MEDICAL LABORATORY CO., LTD., CLIA ID 99D2156674 **(CHINA)** AND GENESEEQ TECHNOLOGY INC, CLIA ID 99D2317193 **(CANADA)** share the same address in **CHINA:** No. 128 Huakang Road, Pukou District, Nanjing, Jiangsu 210032, China. **(SEE # 43 & 81).**

| | | |
|---|---|---|
| | | **99D2317193** GENESEEQ TECHNOLOGY INC - **CANADA** |
| 46 | DR. XIAOFANG ZHANG | **99D2141165** GENETRON HEALTH BEIJING CO LTD - **CHINA** |
| 48 | DR. WEIMIN SUN | **99D2315215** HANGZHOU ASTROCYTE MEDICAL LABORATORY CO - **CHINA** |
| 62 | DR. JIN JUAN YAO<br>**SEE #103** | **99D2159871** KINGMYLAB PHARMACEUTICAL RESEARCH CO, LTD - **CHINA**<br>**99D2302634** SHANGHAI ORIGIMED CLINICAL LABORATORY - **CHINA** |
| 81 | MR. CHEN CHEN<br>**SEE #43** | **99D2156674** NANJING SHIHE MEDICAL LABORATORY CO, LTD - **CHINA** |
| 82 | DR. MING QI<br>**SEE # 112** | **99D2289380** NANJING SIMCERE DIAGNOSTICS LABORATORY CO, LTD - **CHINA**<br>**99D2334652** TEDDY CLINICAL RESEARCH LABORATORY (WUXI) LAB – **CHINA** |
| 84 | PHILIP D. COTTER<br>**SEE # 101** | **05D2347867** ACCUSCAN SCIENCES - MILPITAS, CA<br>**05D2117342** HELIX INC - SAN DIEGO, CA<br>**99D2298051** INTEGRAGEN - **FRANCE**<br>**99D2342366** NOVOGENIA GMBH - **AUSTRIA**<br>**99D2064856** SEQUANTA TECHNOLOGIES – **CHINA** |
| 101 | DR. PHILIP D. COTTER<br>**SEE # 84** | **05D2117342** HELIX INC - SAN DIEGO, CA<br>INTEGRAGEN - **FRANCE**<br>**99D2064856** SEQUANTA TECHNOLOGIES – **CHINA** |
| 102 | DR. AL MASRI HYTHAM | **99D2336567** SHANGHAI HEMATOGENIX PHARMACEUTICAL TECHNOLOGY – **CHINA** |
| 103 | DR. JIN JUAN YAO<br>**SEE #62** | **99D2159871** KINGMYLAB PHARMACEUTICAL RESEARCH CO, LTD - **CHINA**<br>**99D2302634** SHANGHAI ORIGIMED CLINICAL LABORATORY – **CHINA** |
| 104 | DR. YAPING YANG<br>**SEE # 117** | **45D2157396** AILIFE DIAGNOSTICS - PEARLAND, TX<br>**99D2274005** SHENZHEN HAPLOX MED LAB NGS CLINICAL LABORATORY - **CHINA**<br>**99D2134541** YIZHEN MEDICAL LAB – **CHINA** |
| 112 | DR. MING QI<br>**SEE # 82** | **99D2289380** NANJING SIMCERE DIAGNOSTICS LABORATORY CO, LTD - **CHINA**<br>**99D2334652** TEDDY CLINICAL RESEARCH LABORATORY (WUXI) LAB – **CHINA** |
| 117 | DR. YAPING YANG<br>**SEE # 104** | **45D2157396** AILIFE DIAGNOSTICS - PEARLAND, TX |

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

| | | |
|---|---|---|
| | | **99D2274005** SHENZHEN HAPLOX MED LAB NGS CLINICAL LABORATORY - CHINA<br>**99D2134541** YIZHEN MEDICAL LAB – **CHINA** |

We provide analysis for two temporal issues involving CMS search and CMS Certificate:

| | | |
|---|---|---|
| 43 | DR. RYAN S. ROBETORYE<br>**SEE #81** | **03D2113087** MAYO CLINIC MOLECULAR DIAGNOSTICS - AZ LABORATORY - SCOTTSDALE, AZ<br>**99D2317193** GENESEEQ TECHNOLOGY INC - **CANADA** |
| 81 | MR. CHEN CHEN<br>**SEE #43** | **99D2156674** NANJING SHIHE MEDICAL LABORATORY CO, LTD - **CHINA** |

A CLIA search for “DR. RYAN S. ROBETORYE” returns an association with CLIA IDs **03D2113087** and **99D2317193.** A CLIA search for “MR. CHEN CHEN” returns an association with CLIA ID **99D2156674.** However, only ROBETORYE’s name is shown on the CLIA Certificate for CLIA ID **99D2156674**:


CENTERS FOR MEDICARE & MEDICAID SERVICES
CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

*CERTIFICATE OF ACCREDITATION*

LABORATORY NAME AND ADDRESS
NANJING SHIHE MEDICAL LABORATORY CO, LTD
128 HUAKANG RD
NANJING , 210000
CHINA

CLIA ID NUMBER
99D2156674

EFFECTIVE DATE
08/30/2025

LABORATORY DIRECTOR
DR. RYAN S. ROBETORYE

EXPIRATION DATE
08/29/2027

Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.



Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

| | | |
|---|---|---|
| 82 | DR. MING QI<br>**SEE # 112 & 118** | **99D2289380** NANJING SIMCERE DIAGNOSTICS LABORATORY CO, LTD - **CHINA**<br>**99D2334652** TEDDY CLINICAL RESEARCH LABORATORY (WUXI) LAB – **CHINA** |
| 112 | DR. MING QI<br>**SEE # 82 & 118** | **99D2289380** NANJING SIMCERE DIAGNOSTICS LABORATORY CO, LTD - **CHINA**<br>**99D2334652** TEDDY CLINICAL RESEARCH LABORATORY (WUXI) LAB – **CHINA** |
| 118 | DR. GREGORY A. MENGDEN<br>**SEE # 82 & 112** | **99D2336510** ZIWIG LAB – **FRANCE** |

A CLIA search for "DR. MING QI" returns an association with CLIA IDs **99D2289380** (NANJING SIMCERE DIAGNOSTICS LABORATORY CO, LTD, **CHINA**) and **99D2334652** (TEDDY CLINICAL RESEARCH LABORATORY (WUXI) LAB, **CHINA**). However, DR. GREGORY A. MENGDEN is the only individual listed on the CMS Certificates for NANJING SIMCERE DIAGNOSTICS LABORATORY CO, LTD (**99D2289380**) and ZIWIG LAB, **FRANCE (99D2336510)**, respectively:



CENTERS FOR MEDICARE & MEDICAID SERVICES
CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

*CERTIFICATE OF ACCREDITATION*

LABORATORY NAME AND ADDRESS
NANJING SIMCERE DIAGNOSTICS LABORATORY CO, LTD
BUILDING #5
699-18 XUANWU AVENUE
NANJING, 210042
CHINA

CLIA ID NUMBER
99D2289380

EFFECTIVE DATE
10/18/2025

LABORATORY DIRECTOR
DR. GREGORY A. MENGDEN

EXPIRATION DATE
10/17/2027

Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

CENTERS FOR MEDICARE & MEDICAID SERVICES
CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

*CERTIFICATE OF ACCREDITATION*

LABORATORY NAME AND ADDRESS
ZIWIG LAB
465 AV DES THERMES
TERCIS-LES-BAIN, 40180
FRANCE

CLIA ID NUMBER
99D2336510

EFFECTIVE DATE
07/01/2026

LABORATORY DIRECTOR
DR. GREGORY A. MENGDEN

EXPIRATION DATE
06/30/2028

Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

To verify an ILD's provider credentials, license status, and medical specialties, we next cross-referenced a small number of the ILDs against the public National Plan and Provider Enumeration System (NPPES) registry, which is used for streamlining billing and insurance claims, coordination of care and referrals, prescription tracking and provider directories and credentialing.

We are now able to provide the NPI Registry Numbers for DR. MICHAEL KALNOSKI, DR. SUE BERUTI and DR. RYAN S. ROBETORYE:

NPPES NPI Registry    NPPES  Downloads  API  Help

Results: 1 - 1

The following NPI(s) contain information matching your search criteria. Please select the NPI to view all the data associated with the NPI.

Home / Table View

| NPI | Name | NPI Type | Primary Practice Address | Phone | Primary Taxonomy |
|---|---|---|---|---|---|
| 1891777959 | MICHAEL KALNOSKI | | 1001 SW KLICKITAT WAY SEATTLE, WA 98134-1161 | 206-622-7747 | Pathology |

Start a New Search

A federal government website managed by the
U.S. Centers for Medicare & Medicaid Services
7500 Security Boulevard, Baltimore, MD 21244

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

NPPES NPI Registry — NPPES Downloads API Help

## Results: 1 - 1

The following NPI(s) contain information matching your search criteria. Please select the NPI to view all the data associated with the NPI.

Home / Table View

| NPI | Name | NPI Type | Primary Practice Address | Phone | Primary Taxonomy |
|---|---|---|---|---|---|
| 1770861957 | SUE BERUTI | | 6635 HALITE PL<br>CARLSBAD, CA 92009-1738 | 310-922-8779 | Pathology |

Start a New Search

A federal government website managed by the
U.S. Centers for Medicare & Medicaid Services
7500 Security Boulevard, Baltimore, MD 21244

NPPES NPI Registry — NPPES Downloads API Help

## Results: 1 - 1

The following NPI(s) contain information matching your search criteria. Please select the NPI to view all the data associated with the NPI.

Home / Table View

| NPI | Name | NPI Type | Primary Practice Address | Phone | Primary Taxonomy |
|---|---|---|---|---|---|
| 1497765291 | RYAN ROBETORYE | | 13400 E SHEA BLVD<br>SCOTTSDALE, AZ<br>85259-5452 | 480-301-8000 | Pathology |

Start a New Search

A federal government website managed by the
U.S. Centers for Medicare & Medicaid Services
7500 Security Boulevard, Baltimore, MD 21244

Atlas Genomics LLC has its own NPI number, **1720489834,** which is separate from Kalnoski (**1891777959**), which was assigned on September 2014:

////

////

////

////

////

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

NPPES NPI Registry — NPPES Downloads API Help

## Provider Information for 1720489834

The following NPI(s) contain information matching your search criteria. Please select the NPI to view all the data associated with the NPI.

Home / NPI View

**Please Note: Issuance of an NPI does not ensure or validate that the Health Care Provider is Licensed or Credentialed. For more information please refer to NPI: What You Need to Know**

ATLAS GENOMICS LLC
Organization Subpart: NO

NPI: 1720489834
Last Updated: 2023-04-19
Certification Date: 2023-04-19

### Details

| Name | Value |
|---|---|
| NPI | 1720489834 |
| Enumeration Date | 2014-09-08 |
| NPI Type | NPI-2 Organization |
| Status | Active |
| Authorized Official Information | Name: Dr. MICHAEL KALNOSKI M.D<br>Title: Owner/Laboratory Director<br>Phone: 2067146022 |
| Mailing Address | 2296 W COMMODORE WAY<br>STE 220<br>SEATTLE, WA 98199-1565<br>United States<br><br>Phone: 888-618-9107 \| Fax:<br>View Map |
| Primary Practice Address | 2296 W COMMODORE WAY<br>STE 220<br>SEATTLE, WA 98199-1565<br>United States<br><br>Phone: 206-714-1398 \| Fax:<br>View Map |
| Secondary Practice Address(es) | |
| Health Information Exchange | Endpoint Type \| Endpoint \| Endpoint Description \| Use \| Content Type \| Affiliation \| Endpoint Location |
| Other Identifiers | Issuer \| State \| Number \| Other Issuer |
| Taxonomy | (see below) |

| Primary Taxonomy | Selected Taxonomy | State | License Number |
|---|---|---|---|
| Yes | 291U00000X - Clinical Medical Laboratory | WA | 50D2079714 |

A federal government website managed by the
U.S. Centers for Medicare & Medicaid Services
7500 Security Boulevard, Baltimore, MD 21244

The ILDs are a very small piece of the national security and foreign policy pies. As of August 2026, CMS reported "300,720" domestic biolabs under CLIA, while two States, New

York and Washington were issued exemptions and allowed to issue CLIA certificates for the biolabs in these two States.

This is the case with Atlas Genomics LLC, whose CLIA Certificate was issued by the State of Washington. We found that the State of Washington's Health Department twice closed Atlas Genomics and that the Secretary of State administratively dissolved Atlas Genomics.

These State-issued CLIA certificates pose additional issues related to anti-ICE, sanctuary State policies and "Trump Derangement Syndrome" ("TDS"), while hosting the residency of ILDs operating biolabs for the CCP in China.

In the referenced civil complaint at pages 45, 116-117, 211 and 212, it was alleged that CCP-controlled cyber hackers, stole and attempted to steal COVID-19 data from biolabs in the United States:

> (11) (U/OSINT) In March 2021, the United States permitted Microsoft Corporation to publicly disclose the 2020-2021 "HAFNIUM" cyber-intrusion campaign by state-sponsored hackers operating out of China under the direction and control of the "Chinese Communist Party (CCP)." HAFNIUM targeted over 60,000 U.S. entities, including American universities, to steal groundbreaking COVID-19 research. The CCP hackers successfully compromised the network of the UTMB which operates the United States' GNL located in the Southern Judicial District of Texas, during a period that covers when the UTMB was providing biosecurity assistance to China's WIV and while assisting the USPHS with isolating the first SARS-CoV-2 virus found in Washington State.[2]
>
> 238. (U/OSINT) Defendants and their affiliates and associates enjoy such a monopoly power in the market for manufactured viruses and vaccines and associated products, that a group publicly known as "HAFNIUM," harvested, by breaching Microsoft's Exchange Servers, crucial COVID-19 research at the behest of the CCP and the PRC's Ministry of State Security's (MSS) Shanghai

---

[2] *Justice Department Announces Court-Authorized Effort to Disrupt Exploitation of Microsoft Exchange Server Vulnerabilities.* Tuesday, April 13, 2021. Available from https://www.justice.gov/archives/opa/pr/justice-department-announces-court-authorized-effort-disrupt-exploitation-microsoft-exchange; *Justice Department Announces Arrest of Prolific Chinese State-Sponsored Contract Hacker.* Tuesday, July 8, 2025. Available from https://www.justice.gov/opa/pr/justice-department-announces-arrest-prolific-chinese-state-sponsored-contract-hacker; Search Warrant: Available from https://www.justice.gov/archives/opa/press-release/file/1386631/dl?inline; Indictment: Available from https://www.justice.gov/opa/media/1407196/dl; Hal Kempfer's Post. Available from https://www.linkedin.com/posts/hal-kempfer_chinese-hackers-targeted-utmb-in-covid-espionage-activity-7351625070798131200-XmsN; John Wayne Ferguson. *Chinese hackers targeted UTMB in COVID espionage operation, university officials confirm.* Houston Chronicle. July 16, 2025. Available from https://www.houstonchronicle.com/news/houston-texas/crime/article/chinese-hackers-targeted-utmb-20762920.php.

State Security Bureau (SSSB),[3] while Jia Bei Zhu and Zhaoyan Wang operated illegal PRC/CCP biolabs in Reedley, California and Las Vegas, Nevada.
332. (U/OSINT) On July 25, 2025, McCray commenced a sexual harassment and computer fraud complaint against Microsoft Corporation, which referenced the "HAFNIUM" COVID-19 theft of data.[4]

335. (U/OSINT) Microsoft Corporation occupies a unique position in this litigation. On the one hand, Microsoft Corporation, through the design and composition of its products and services, provided the global science community with connectivity among the many nodes concerned with bioinformatics. On the other hand, Microsoft Corporation, through the negligent operation of its infrastructure and ill-designed products and services, facilitated the HAFNIUM cyber security breach by Chinese nationals acting under the authority of China.

In addition to the CCP's HAFNIUM cyber security breaches, the CCP is also able to gain access to the DNA of Americans through its control and influence over the ILDs who also operate biolabs in the United States.

Using Super Intelligence ("SI") and genetic engineering techniques alleged in the referenced complaint, the CCP and other enemies of the American People can create boutique viruses and other deadly pathogens to target family units, occupations and competitors, to name a few.

For example, **KENNETH PRITZKER**, who co-founded "Proteocyte AI" in 2011, is already using SI to revolutionize cancer risk prediction using advanced biomarker analysis and digital pathology:[5]

| | | |
|---|---|---|
| 92 | KENNETH PRITZKER | **99D2275002** PROTEOCYTE DIAGNOSTICS INC. - **CANADA** |

During the Nuremberg Tribunals headed up by the United States, we learned from the Doctors' Case that individuals were converted into storage containers to keep the viruses alive in support of these human experiments.

Atlas Genomics tested hundreds of workers associated with the Plaintiffs in the referenced civil action for COVID-19. As of the date of this letter, none of the individuals have

[3] *Justice Department Announces Arrest of Prolific Chinese State-Sponsored Contract Hacker*. July 8, 2025. Available from https://www.justice.gov/opa/pr/justice-department-announces-arrest-prolific-chinese-state-sponsored-contract-hacker.
[4] *McCray v. Microsoft Corporation* (3:25-cv-05660), District Court, W.D. Washington. Available from https://www.courtlistener.com/docket/70919552/mccray-v-microsoft-corporation/.
[5] https://proteocyte.com/; https://proteocyte.com/dr-ken-pritzkers-legacy-and-the-straticyte-revolution-in-oral-cancer-diagnostics/; https://iqies.cms.gov/api/clia/v1/public/assets/CLIA-Certificate-99D2275002-2025-08-28.pdf.

been able to get a response regarding their test results from anyone associated with this entity, whose Director was also an ILD for the CCP in China. Plaintiffs must now consider their DNA potentially compromised by the CCP. The referenced complaint made the following allegations against Atlas Genomics:

> "9. (U/OSINT) Defendant Atlas Genomics LLC ("Atlas") is a Federal statutory designated "CLIA" laboratory certified under Defendant CMS Certification Number 50D2079714. Defendant Atlas is sued in its official capacity solely for its negligent medical operation and medical oversight of its CLIA laboratory that was used to provide direct testing and diagnostic services regarding the virus named SARS-COV-2, set forth and described *supra,* ¶¶ 3(1) through (36), in support of the negligent medical operation of the USPHS under the President of the United States during the COVID-19 planned Pandemic.
> 10. (U/OSINT) At all times relevant to this class action, Defendant Atlas Genomics LLC was authorized, pursuant to 42 U.S.C. § 263a and the associated regulations under 42 CFR 493, to perform COVID-19 clinical laboratory testing through the CLIA program administered by Defendant CMS, the Food and Drug Administration ("FDA") and the Centers for Disease Control and Prevention ("CDC"). The latter two agencies operate under the umbrella of the USPHS.
> 11. (U/OSINT) According to the Washington Secretary of State Corporations and Charities Division, Atlas maintains its headquarters at 2296 W. Commodore Way, Suite 220, Seattle, WA 98199 and its Registered Agent is listed as "Christopher Jacob", to be found at the same address.
> 12. (U/OSINT) During the COVID-19 pandemic, McCray and hundreds of putative class members and coworkers in Washington and elsewhere, were tested for COVID-19 by Atlas using testing approved by the CMS, CDC and FDA. Subsequent to testing, McCray and other putative class members requested written results of these tests to attempt to ascertain SARS-CoV-2's mechanistic "origin" (natural, lab-associated/engineered, AI-mediated and or courier/hand-delivered) for purposes of countermeasures, and to determine whether the testing involved the LigoLab Laboratory Information System ("LIS") platform which includes a clinical laboratory, molecular diagnostics, microbiology and an anatomic pathology laboratory suite that integrates with an existing hospital management system.
> 13. (U/OSINT) In February 2021, Atlas was the first laboratory to detect the SARS-COV-2 B.1.1.7 variant in King County, Washington, which first emerged in the United Kingdom before being allowed to negligently spread to other countries, including the United States. As of the date of this class action, Atlas has not responded to the medical correspondence the class plaintiffs mailed to its headquarters in Washington."

The domestic and international biolabs under CMS's CLIA authority were central to both the false pandemic narrative and the test results necessary to keep the false narrative running full speed ahead.

This was also true with respect to the social media platforms as alleged in the referenced complaint:

> "17. (U/OSINT) The following image provides a brief overview of the COVID-19 "Censorship Industrial Complex" deployed by the United States and discussed by Congress in its hearings and by the courts in *State of Missouri v. Biden*:[6]

---

[6] *Murthy v. Missouri,* 603 U. S. 43 (2024), https://en.wikipedia.org/wiki/Murthy_v._Missouri; Supreme Court Opinion, Murthy v. Missouri, 603 U. S. 43 (2024) (June 26, 2024), https://storage.courtlistener.com/recap/gov.uscourts.ca5.214640/gov.uscourts.ca5.214640.282.0.pdf; *State of Missouri v. Biden* (23-30445), Court of Appeals for the Fifth Circuit, https://www.courtlistener.com/docket/67563473/state-of-missouri-v-biden/; On Petition For Rehearing, Court of Appeals for the Fifth Circuit, ECF 268-1 (October 3, 2023), https://storage.courtlistener.com/recap/gov.uscourts.ca5.214640/gov.uscourts.ca5.214640.268.1.pdf; Tierney Sneed. *Appeals court says Biden admin likely violated First Amendment but narrows order blocking officials from communicating with social media companies.* CNN. September 9, 2023, https://www.cnn.com/2023/09/08/politics/biden-administration-social-media-lawsuit/index.html; *Van Jones: CNN poll shows what voters are 'scared' to say about Biden.* CNN. September 7, 2023, https://www.cnn.com/videos/politics/2023/09/07/joe-biden-disapproval-rating-cnn-poll-voters-van-jones-cnntm-vpx.cnn; *Missouri v. Biden* (3:22-cv-01213), District Court, W.D. Louisiana (May 5, 2022), https://www.courtlistener.com/docket/63290154/missouri-v-biden/?page=1; Consent Decree, *Missouri v. Biden* (3:22-cv-01213) (March 25, 2026), https://storage.courtlistener.com/recap/gov.uscourts.lawd.189520/gov.uscourts.lawd.189520.478.0.pdf; RFK Jr Podcast. *Censorship Industrial Complex with Matt Taibbi.* December 21, 2023, https://creators.spotify.com/pod/profile/rfkjr/episodes/Censorship-Industrial-Complex-with-Matt-Taibbi-e2dhs9j; House Judiciary. *"The Censorship-Industrial Complex",* https://www.congress.gov/event/119th-congress/house-event/117881; https://judiciary.house.gov/committee-activity/hearings/censorship-industrial-complex; https://docs.house.gov/meetings/IF/IF16/20230328/115561/HHRG-118-IF16-20230328-SD012.pdf; https://www.congress.gov/119/chrg/CHRG-119hhrg58900/CHRG-119hhrg58900.pdf; *Hearing on the Weaponization of the Federal Government*, 118th Congress (2023-2024) (03/09/2023), https://www.congress.gov/event/118th-congress/house-event/115442/text; Kathleen McCook. *Censorship Industrial Complex. House Judiciary Committee-2/12/2025.* Racket News. February 12, 2025, https://www.racket.news/p/censorship-industrial-complex; Matt Taibbi. *THE CENSORSHIP-INDUSTRIAL COMPLEX.* Posted on Twitter on 3/9/23. April 12, 2023, https://twitterfiles.substack.com/p/the-censorship-industrial-complex?subscribe_prompt=free; https://twitterfiles.substack.com/; https://x.com/mtaibbi/status/1633830002742657027; https://www.influencewatch.org/movement/the-twitter-files/; *NCLA Reaches Historic Settlement, Strikes Major Blow Against Government's Social Media Censorship,* (March 24, 2026), https://nclalegal.org/press_release/ncla-reaches-historic-settlement-strikes-major-blow-against-governments-social-media-censorship/; https://nclalegal.org/case/state-of-missouri-ex-rel-

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)




18. (U/OSINT) The following screen capture provides an example of how the fatally defective social media products and their algorithms, maliciously deployed by the United States in support of the conspiracy-type COVID-19 pandemic "Censorship Industrial Complex", went beyond silencing and muting Trump Genius and his Followers, to actually merging with the Censorship Industrial Complex of the Chinese Communist Party ("CCP") to falsely characterize a "Trump Genius" Tweet about the Academy Awards/Oscars as COVID-19 pandemic "misinformation" and "false information":

////

////

////

////

////

////

////

schmitt-et-al-v-biden-et-al/; https://nclalegal.org/filing/consent-decree/; https://nclalegal.org/case/state-of-missouri-ex-rel-schmitt-et-al-v-biden-et-al/.


Trump Genius
@trumpgenius2

@fbnewsroom blocked me from sharing this post. Nothing in @Yaqiu's article mentions "COVID-19". FB says:
"We encourage free expression, but don't allow false information about COVID-19 that could contribute to physical harm."
@hrw @SophieHRW @HRwritesnews @HRWEU @ZamaHRW



5:02 AM · Apr 28, 2021

Trump Genius, https://x.com/trumpgenius2/status/1387376613214412800

19. (U/OSINT) Trump Genius' Tweet about the Academy Awards exposed a profound malicious case of domestic and foreign censorship targeting that was presented in testimony by Michael Shellenberger ("Shellenberger") to the House Committee on the Judiciary on February 12, 2025.[7] Shellenberger further testified that he learned the "FBI programmed Facebook executives to censor a New York Post article about Hunter Biden laptops…." In December 2025, U.S. regulators approved Defendant Meta's purchase of Manus AI, which was founded by Chinese nationals Xiao Hong (CEO) and Ji Yichao (chief scientist).[8]

---

[7] *The Censorship-Industrial Complex, Part 3: The Foreign Threat.* Testimony by Michael Shellenberger to The House Committee on the Judiciary for a hearing on "The Censorship-Industrial Complex". February 12, 2025. Available from https://docs.house.gov/meetings/JU/JU00/20250212/117881/HHRG-119-JU00-Wstate-ShellenbergerM-20250212-U4.pdf.

[8] Reuters. *China bars Manus co-founders from leaving country amid Meta deal review, FT reports.* March 24, 2026. Available from https://www.reuters.com/world/asia-pacific/china-

20. (U/OSINT) In a letter to Congressman Jim Jordan dated August 26, 2024, Meta CEO Mark Zuckerberg ("Zuckerberg") confirmed the COVID-19 planned pandemic censorship pressure from the Biden Administration. Zuckerberg further used the opportunity to explain his controversial role in the interference of the 2020 Presidential elections:
"The idea here was to make sure local election jurisdictions across the country had the resources they needed to help people vote safely during a global pandemic. I made these contributions through the Chan Zuckerberg Initiative. They were designed to be non-partisan -- spread across urban, rural, and suburban communities. Still, despite the analyses I've seen showing otherwise, I know that some people believe this work benefited one party over the other. My goal is to be neutral and not play a role one way or another -- or to even appear to be playing a role."

21. (U/OSINT) McCray's counterintelligence team research revealed that Zuckerberg and the Chan Zuckerberg Initiative were among the entities providing funding support for the COVID-19 Tissue Atlases,[9] *infra* paragraph 30(2)(H) and funding to some of the members of the COVID-19 Community Corps, *infra* paragraph 35(6); and were also members of what TIME, Inc. ("TIME") reported on February 4, 2021 to be a self-described "shadow conspiracy" to interfere with the 2020 Presidential election to save "democracy."

22. (U/OSINT) TIME reported that the "shadow" election conspiracy-type "conspiracy" was carried out among "left-wing activists and business titans:"[10]
"This is the inside story of the conspiracy to save the 2020 election, based on access to the group's inner workings, never-before-seen documents and interviews with dozens of those involved from across the political spectrum."

23. (U/OSINT) TIME identified the "architect" of the 2020 election conspiracy-type conspiracy was Michael Podhorzer ("Podhorzer"), "senior adviser to the president of the AFL-CIO, the nation's largest union federation",

---

bars-manus-co-founders-leaving-country-it-reviews-sale-meta-ft-reports-2026-03-25/; *Chinese Regulators Block Manus AI Co-Founders from Exiting Country During Meta Deal Scrutiny.* MLQ Agent. March 26, 2026. Available from https://mlq.ai/news/chinese-regulators-block-manus-ai-co-founders-from-exiting-country-during-meta-deal-scrutiny/.

[9] Delorey, *et al., COVID-19 tissue atlases reveal SARS-CoV-2 pathology and cellular targets.* Nature. 2021 Jul;595(7865):107-113. doi: 10.1038/s41586-021-03570-8. Epub 2021 Apr 29. PMID: 33915569; PMCID: PMC8919505. Available from https://pmc.ncbi.nlm.nih.gov/articles/PMC8919505/; https://pmc.ncbi.nlm.nih.gov/articles/PMC8919505/pdf/nihms-1771808.pdf.

[10] Molly Ball. *The Secret History of the Shadow Campaign That Saved the 2020 Election.* TIME USA, LLC. February 4, 2021. Available at https://time.com/5936036/secret-2020-election-campaign/. (Molly Ball is the national political correspondent for TIME Magazine and the author of a 2020 biography of U.S. House Speaker Nancy Pelosi. Source: Wikipedia. https://en.wikipedia.org/wiki/Molly_Ball.)

and who specifically named Zuckerberg and the Chan Zuckerberg Initiative among Podhorzer's "shadow" conspiracy-type co-conspirators…."

In the case of the State voter rolls, your Administration offered assistance in disaggregating the voters lists to determine eligibility to vote. DOGE carried out similar disaggregation across multiple Executive agencies.

In paragraph 230 of the referenced complaint, it is alleged that Fauci never acted alone:

"230. (U/OSINT) "As Perry would say, 'murder is never funny.'"[11] **FAUCI** never acted alone. It was impossible for **FAUCI** to unconstitutionally commandeer the national security and foreign policy of the United States; the public health, safety and police powers of the Several States; and the sovereignty of each Nation currently recognized under international law. See, e.g., President Trump's "agency" rule argument in *J.G.G. et al., v. TRUMP, et al.,* USDC District of Columbia, Case No. 25-cv-00766-JEB, Document 108 at pages 6-8, filed 05/01/25:
"Agency requires *control*…. The United States has no *control* over the actions of a foreign sovereign." (Italics in original. Citations omitted.)"

In the case of the ILDs named above who perform biolab services for the CCP, the United States does indeed have "*control*" over the actions of the Chinese foreign sovereign through CMS's CLIA Certification and Accreditation of these CCP biolabs. The following "control" mechanism accompanies each CCP-issued CLIA Certificate:

"Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder."

According to Defendant CMS's National Health Expenditure ("NHE") Data for 2024, the NHE grew 7.2% to **$5.3 trillion in 2024**, or $15,474 per person, and accounted for 18.0% of Gross Domestic Product (GDP).[12]

---

[11] Paul Drake, replying to Della Street, last lines. Perry Mason. *The Case of the Waylaid Wolf.* Season 4, Episode 16, at 50:11 (TV Episode 1961). Available from https://tubitv.com/tv-shows/200197713/s04-e16-the-case-of-the-waylaid-wolf?=undefined&startPos=0.

[12] **National Health Expenditure Data.** https://www.cms.gov/data-research/statistics-trends-and-reports/national-health-expenditure-data; **NHE Fact Sheet.** https://www.cms.gov/data-research/statistics-trends-and-reports/national-health-expenditure-data/nhe-fact-sheet.

Over 2025-2034 average NHE growth of 5.4 percent is projected to outpace that of the average GDP growth of 4.1 percent, resulting in an increase in the health spending share of the GDP from 18.0 percent in 2024 to 20.6 percent in 2034. CMS obtains the monies to operate the NHE from appropriations Congress and the President obtains from the People of the United States.

The CCP-controlled Wuhan Institute of Virology ("WIV") was also subject to **control** by the United States through Title 42 U.S. Code and the Empire of the Public Health Service ("PHS"), where in 2014, the NIAID awarded some of its taxpayer funds directly to the WIV, through "**PETER DASZAK, PHD**":

**113th Congress**
↓
**H.R.3547 - Consolidated Appropriations Act, 2014**
↓
**Signed into law by President Obama as P.L. 113-76, Jan. 17, 2014**
↓
**Division H — Labor-HHS-Education Appropriations**
↓
**National Institutes of Health**
↓
**National Institute of Allergy and Infectious Diseases ("NIAID")**
↓
**FY2014 NIAID appropriation: $4,358,841,000** (authorized for §301 and Title IV PHS Act activities)
↓
**NIAID Allergy and Infectious Diseases Research grant program**
↓
**R01AI110964 / CFDA 93.855**
↓
**PETER DASZAK, PHD**
↓
***Understanding the Risk of Bat Coronavirus Emergence***
↓
**5-Year Awards to Chinese Communist Party, WIV & ECNU**

////

////

////

////

////

~~TOP SECRET~~ [REDACTED]
UNCLASSIFIED (U//~~FOUO~~)

This award includes funds for subcontract/consortium activity with <u>Wuhan Institute of Virology, CHINA</u> and is budgeted as follows:

| | -Yr 1 | -Yr 2 | -Yr 3 | -Yr 4 | -Yr 5 |
|---|---|---|---|---|---|
| Total Direct Costs | $123,699 | $128,718 | $147,335 | $147,335 | $147,335 |
| F&A Costs @ 8%(MTDC) | $9,896 | $10,297 | $11,787 | $11,787 | $11,787 |
| TOTAL COSTS | $133,595 | $139,015 | $159,122 | $159,122 | $159,122 |

Consortiums are to be established and administered as described in the NIH Grants Policy Statement. This written agreement with the consortium must address the negotiated arrangements for meeting the scientific, administrative, financial, and reporting requirements for this grant.
~~~~~~~~~

This award includes funds for subcontract/consortium activity with <u>East China Normal University, CHINA</u> and is budgeted as follows:

| | -Yr 1 | -Yr 2 | -Yr 3 | -Yr 4 | -Yr 5 |
|---|---|---|---|---|---|
| Total Direct Costs | $87,100 | $67,300 | $50,108 | $39,167 | $14,850 |
| F&A Costs @ 8%(MTDC) | $6,968 | $5,384 | $4,009 | $3,133 | $2,404 |
| TOTAL COSTS | $94,068 | $72,684 | $54,117 | $42,300 | $32,454 |

The NIAID's 2014 award of taxpayer funds directly to the CCP's WIV and the ECNU is consistent with DNI Gabbard's declassified claims that the United States government funded "more than 120 biolabs in over 30 countries. These biolabs include labs in Ukraine, which may be at risk of compromise due to the ongoing Russia-Ukraine war."[13]

On June 18, 2026, DNI Gabbard also released declassified files associated with the NIAID's 2014 award of taxpayer funds directly to the CCP's WIV:[14]

> "Before the COVID-19 pandemic, Anthony Fauci, as head of the National Institute of Allergy and Infectious Diseases (NIAID), provided millions in US taxpayer dollars to fund dangerous gain-of-function research on bat coronaviruses at the Wuhan Institute of Virology (WIV)—work which is now widely viewed as the source of the unintentional lab leak that sparked the pandemic." See also ECF 6 of the referenced lawsuit (Request for Judicial Notice).

Both Reports coincided with the filing of the referenced complaint on June 12, 2026, which was entered on June 15, 2026. On June 16, 2026, the public docket of the referenced civil action listed Portland, Oregon U.S. Attorney Scott E. Bradford as the "*LEAD ATTORNEY*" and "*ATTORNEY TO BE NOTICED*" for matters involving Defendant United States of America:

---

[13] DNI Gabbard Reveals Evidence of U.S. Taxpayer-Funded Global Biolab Program. June 12, 2026, https://www.odni.gov/13629/pr-10-26/; https://www.odni.gov/wp-content/uploads/dlm_uploads/BIOLAB_Slides.pdf.

[14] Fauci Funded Wuhan Lab Research That Sparked COVID. June 18, 2026, https://www.odni.gov/13685/pr-11-26/; https://www.odni.gov/13668/fauci-funded-wuhan-lab-research-that-sparked-covid/.
~~~~~~~~~

Query Reports Utilities Help Log Out

**U.S. District Court**
**District of Oregon (Portland (3))**
**CIVIL DOCKET FOR CASE #: 3:26-cv-01193-SB**

McCray v. United States of America et al
Assigned to: Magistrate Judge Stacie F. Beckerman
Demand: $400,000,000,000
Cause: 28:1331 Fed. Question

Date Filed: 06/12/2026
Jury Demand: Plaintiff
Nature of Suit: 360 Personal Injury: Other
Jurisdiction: Diversity

**Plaintiff**

**Emanuel McCray**
*On Behalf of Himself and All Others Similarly Situated*
*also known as*
"Trump Genius"

represented by **Emanuel McCray**
400 W McLoughlin Blvd
Apt 5
Vancouver, WA 98660
564-208-7576
PRO SE

V.

**Defendant**

**United States of America**

represented by **Scott E. Bradford**
United States Attorney's Office
1000 S.W. Third Avenue
Suite 600
Portland, OR 97204
503-727-1040
Fax: 503-727-1117
Email: scott.bradford@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

The Portland U.S. Attorney office continued to receive notice of electronic filings up to and including August 12, 2026.

The disaggregated facts previously stated, coupled with the CCP's HAFNIUM breach and control of ILDs residing in the United States and overseas, together with the DNA acquired by Atlas Genomics, presents itself as clear and present dangers and threats in this modern era of domestic reality and military biological warfare.

To summarize, yes, the United States played a substantial role in the pandemic, to include the exercise of massive amounts of "control" over the conspirators. Each named Defendant also played a role, particularly when viewed from the Nuremberg Tribunals. And like WWII Germany, COVID-19 was modern-day mass global homicide and attempted mass global homicide, and medical assault and battery.

The Portland U.S. Attorney is due to file a response to the referenced complaint on or about November 20, 2026. **Fauci's response is due November 24, 2026.**

Perry Mason once said: "Murder is usually very simple. It's the getting away with it that's real complicated and tricky."[15]

---

[15] Perry Mason. *The Case of the Frantic Flyer.* Season 3, Episode 12. @ 50:36. Available from https://www.amazon.com/gp/video/detail/B077LXZRSX/ref=atv_dp_season_select_s3.

TOP SECRET [REDACTED]
UNCLASSIFIED (U//FOUO)

Submitted respectfully,

Emanuel McCray

Emanuel McCray
**a/k/a Trump Genius**

**Cc:**
**The Honorable Todd Blanche**
*In His Official Capacity As Attorney General of the United States of America*

**The Honorable Walter Joseph Clayton III**,
*In His Official Capacity As Director of National Intelligence*

**The Honorable John Lee Ratcliffe**,
*In His Official Capacity As Director of the Central Intelligence Agency*

**The Honorable Robert Francis Kennedy Jr.,**
*In His Official Capacity As Secretary of U.S. Health and Human Services*

**The Honorable Scott E. Bradford,**
**Justin Cullen,** DOJ-USAO, 1000 SW 3rd Street, Ste #600, Portland, OR 97204
*Attorneys for Defendants United States of America and United States Centers for Medicare & Medicaid Services*

**Nicholas E. Wheeler**
Law Office of Nicholas E. Wheeler, LLC, 4800 Meadows Road, Ste 300, Lake Oswego, OR 97035
**Bradley P. Humphreys**
King Street Legal, PLLC, 800 Connecticut Avenue NW, Suite 300, Washington, D.C. 20006
*Attorneys for Defendant X Corp.*

**Attorney Aaron P. Brecher**
c/o Orrick, Herrington & Sutcliffe LLP, 401 Union Street, Suite 3300, Seattle, WA 98101
**Attorney Peter D. Hawkes**
c/o Angeli & Calfo LLC, 121 SW Morrison Street, Suite 400, Portland, OR 97204
*Attorneys for Defendant Meta Platforms*

****This letter retains the classified security designations associated with the referenced civil action.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

HELIX INC
10170 SORRENTO VALLEY RD STE 100
SAN DIEGO, CA 92121

**CLIA ID NUMBER**

05D2117342

**EFFECTIVE DATE**

06/21/2025

**LABORATORY DIRECTOR**

DR. PHILIP D. COTTER

**EXPIRATION DATE**

06/20/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 06/21/2017 | | |
| HEMATOLOGY (400) | 06/21/2017 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.
FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

IMPACT GENETICS INC
115 MIDAIR COURT
BRAMPTOM, L6T 5M3
CANADA

**CLIA ID NUMBER**

99D0990947

**EFFECTIVE DATE**

10/08/2026

**LABORATORY DIRECTOR**

DR. HILARY RACHER

**EXPIRATION DATE**

10/07/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 12/06/2019 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 12/22/2009 | | |
| CLINICAL CYTOGENETICS (900) | 08/19/2004 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

BIOSCIENTIA GMBH
17 KONRAD ADENAUER-STR
INGELHEIM, 55218
GERMANY

**CLIA ID NUMBER**

99D0999793

**EFFECTIVE DATE**

05/01/2026

**LABORATORY DIRECTOR**

DR. OLIVER HARZER

**EXPIRATION DATE**

04/30/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|
| HISTOCOMPATIBILITY (010) | 05/01/2004 |
| MICROBIOLOGY - BACTERIOLOGY (110) | 05/01/2004 |
| MICROBIOLOGY - MYCOBACTERIOLOGY (115) | 05/01/2004 |
| MICROBIOLOGY - MYCOLOGY (120) | 05/01/2004 |
| MICROBIOLOGY - PARASITOLOGY (130) | 05/01/2004 |
| MICROBIOLOGY - VIROLOGY (140) | 09/01/2004 |
| DIAGNOSTIC IMMUNOLOGY - SYPHILIS SEROLOGY (210) | 05/01/2004 |
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 05/01/2004 |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 05/01/2004 |
| CHEMISTRY - URINALYSIS (320) | 05/01/2004 |
| CHEMISTRY - ENDOCRINOLOGY (330) | 05/01/2004 |
| CHEMISTRY - TOXICOLOGY (340) | 05/01/2004 |
| HEMATOLOGY (400) | 05/01/2004 |

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|
| IMMUNOHEMATOLOGY - ABO GROUP & RH TYPE (510) | 05/01/2004 |
| IMMUNOHEMATOLOGY - ANTIBODY DETECTION (TRANSFUSION) (520) | 12/19/2013 |
| IMMUNOHEMATOLOGY - ANTIBODY DETECTION (NON-TRANSFUSION) (530) | 05/01/2004 |
| IMMUNOHEMATOLOGY - ANTIBODY IDENTIFICATION (540) | 12/19/2013 |
| CLINICAL CYTOGENETICS (900) | 09/01/2004 |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

MOLECULAR GENETICS DIVISION
THE HOSPITAL FOR SICK CHILDREN
DEPARTMENT PAEDIATRIC MEDICINE, 555 UNIVERSITY AVE
TORONTO ONTARIO, M5G 1X8
CANADA

**CLIA ID NUMBER**

99D1014032

**EFFECTIVE DATE**

08/18/2026

**LABORATORY DIRECTOR**

DR. MARTIN J. SOMERVILLE

**EXPIRATION DATE**

08/17/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| HISTOCOMPATIBILITY (010) | 07/19/2013 | | |
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 12/06/2019 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 08/18/2004 | | |
| CLINICAL CYTOGENETICS (900) | 02/21/2006 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

***CERTIFICATE OF COMPLIANCE***

**LABORATORY NAME AND ADDRESS**

CENTRO DE GENETICA CLINICA/CGC GENETICS
RUA MANUEL PINTO DE AZEVEDO NUMERO 173
PORTO, 04100
PORTUGAL/AZORES

**CLIA ID NUMBER**

99D1066287

**EFFECTIVE DATE**

08/07/2026

**LABORATORY DIRECTOR**

PURIFICACAO TAVARES MD PHD

**EXPIRATION DATE**

08/06/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CLINICAL CYTOGENETICS (900) | 08/07/2014 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF COMPLIANCE*

**LABORATORY NAME AND ADDRESS**

REPEAT DIAGNOSTICS
267 WEST ESPLANADE SUITE 309
NORTH VANCOUVER, BRITISH COLUMBIA, V7M 1A5
CANADA

**CLIA ID NUMBER**

99D1068060

**EFFECTIVE DATE**

01/25/2026

**LABORATORY DIRECTOR**

AUDI SETIADI

**EXPIRATION DATE**

01/24/2028

Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| HEMATOLOGY (400) | 01/03/2012 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

CELLCARTA
SINT-BAVOSTRAAT 78-80
B-2610
WILRIJK, B-2610
BELGIUM

**CLIA ID NUMBER**

99D1095931

**EFFECTIVE DATE**

10/26/2025

**LABORATORY DIRECTOR**

DR. GHITA TAGMOUTI

**EXPIRATION DATE**

10/25/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 01/05/2010 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 12/27/2011 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 10/26/2009 | | |
| CLINICAL CYTOGENETICS (900) | 10/26/2009 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

*CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**
MLM MEDICAL LABS
DOHRWEG 63
MOENCHENGLADBACH, 41066
GERMANY

**CLIA ID NUMBER**
99D1100191

**EFFECTIVE DATE**
08/26/2025

**LABORATORY DIRECTOR**
DR. JOSEF VAN HELDEN

**EXPIRATION DATE**
08/25/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 08/26/2015 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 08/26/2015 | | |
| CHEMISTRY - URINALYSIS (320) | 08/26/2015 | | |
| CHEMISTRY - ENDOCRINOLOGY (330) | 08/26/2015 | | |
| CHEMISTRY - TOXICOLOGY (340) | 08/26/2015 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF COMPLIANCE*

**LABORATORY NAME AND ADDRESS**

MOGEN BODY LAB
6B, KIRYAT MADA ST. HAR HOZVIM
JERUSALEM, 97776
ISRAEL

**CLIA ID NUMBER**

99D1101256

**EFFECTIVE DATE**

08/11/2025

**LABORATORY DIRECTOR**

DVORAH ABELIOVICH

**EXPIRATION DATE**

08/10/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CLINICAL CYTOGENETICS (900) | 07/25/2019 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

CYTOGENETICS AND MOLECULAR DIAGNOSTICS
UHN/LAB MED PRG/200 ELIZABETH ST, EATON 11-444
TORONTO, ONTARIO, M5G 2C4
CANADA

**CLIA ID NUMBER**

99D1106115

**EFFECTIVE DATE**

04/21/2026

**LABORATORY DIRECTOR**

DR. HARRIET FEILOTTER

**EXPIRATION DATE**

04/20/2028

Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| HISTOCOMPATIBILITY (010) | 07/19/2013 | | |
| MICROBIOLOGY - VIROLOGY (140) | 03/27/2025 | | |
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 03/28/2025 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 11/15/2010 | | |
| HEMATOLOGY (400) | 11/15/2010 | | |
| CLINICAL CYTOGENETICS (900) | 11/15/2010 | | |

PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.
FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

GENETRACK BIOLABS INC
200-2806 KINGSWAY
VANCOUVER, BRITISH COLUMBIA, V5R 5T5
CANADA

**CLIA ID NUMBER**

99D1107498

**EFFECTIVE DATE**

12/30/2025

**LABORATORY DIRECTOR**

DR. JUNE T. WONG

**EXPIRATION DATE**

12/29/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| MICROBIOLOGY - BACTERIOLOGY (110) | 04/13/2022 | | |
| MICROBIOLOGY - PARASITOLOGY (130) | 04/13/2022 | | |
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 11/16/2020 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 12/30/2009 | | |
| CLINICAL CYTOGENETICS (900) | 12/30/2009 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

ICON CLINICAL RESEARCH LIMITED
SOUTH COUNTY BUSINESS PARK - LEOPARDSTOWN
LEOPARDSTOWN DUBLIN 18, D18 X5R3
IRELAND

**CLIA ID NUMBER**

99D2013537

**EFFECTIVE DATE**

07/21/2025

**LABORATORY DIRECTOR**

DR. DAVID F. CHHIENG

**EXPIRATION DATE**

07/20/2027

Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| MICROBIOLOGY - BACTERIOLOGY (110) | 07/21/2011 | | |
| MICROBIOLOGY - VIROLOGY (140) | 07/21/2011 | | |
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 07/21/2011 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 07/21/2011 | | |
| CHEMISTRY - URINALYSIS (320) | 07/21/2011 | | |
| CHEMISTRY - ENDOCRINOLOGY (330) | 07/21/2011 | | |
| CHEMISTRY - TOXICOLOGY (340) | 07/21/2011 | | |
| HEMATOLOGY (400) | 07/21/2011 | | |
| IMMUNOHEMATOLOGY - ANTIBODY DETECTION (NON-TRANSFUSION) (530) | 07/21/2011 | | |

PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.
FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

ALMAC DIAGNOSTICS
19 SEAGOE INDUSTRIAL ESTATE
CRAIGAVON, BT63 5QD
UNITED KINGDOM

**CLIA ID NUMBER**

99D2017022

**EFFECTIVE DATE**

10/31/2025

**LABORATORY DIRECTOR**

DR. RICHARD TURKINGTON

**EXPIRATION DATE**

10/30/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| PATHOLOGY - HISTOPATHOLOGY (610) | 08/08/2019 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

CENTOGENE GMBH
AM STRANDE 7
ROSTOCK, 18055
GERMANY

**CLIA ID NUMBER**

99D2049715

**EFFECTIVE DATE**

04/03/2025

**LABORATORY DIRECTOR**

DR. PETER A. BAUER

**EXPIRATION DATE**

04/02/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 02/06/2023 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 04/03/2013 | | |
| HEMATOLOGY (400) | 04/03/2013 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 02/06/2023 | | |
| CLINICAL CYTOGENETICS (900) | 04/03/2013 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF COMPLIANCE*

**LABORATORY NAME AND ADDRESS**
PACIFIC EDGE DIAGNOSTICS NEW ZEALAND LIMITED
LEVEL 1, 87 ST DAVID STREET
DUNEDIN, NULL
NEW ZEALAND

**CLIA ID NUMBER**
99D2064747

**EFFECTIVE DATE**
11/01/2025

**LABORATORY DIRECTOR**
PETER RF GOOTJES

**EXPIRATION DATE**
10/31/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 11/01/2013 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**
SEQUANTA TECHNOLOGIES
240 HEDAN ROAD WAIGAOQIAO FREE TRADE ZONE
SHANGHAI, 200131
CHINA

**CLIA ID NUMBER**
99D2064856

**EFFECTIVE DATE**
01/20/2026

**LABORATORY DIRECTOR**
DR. PHILIP D. COTTER

**EXPIRATION DATE**
01/19/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 09/05/2025 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 01/20/2016 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

SEQUANTA TECHNOLOGIES
240 HEDAN ROAD WAIGAOQIAO FREE TRADE ZONE
SHANGHAI, 200131
CHINA

**CLIA ID NUMBER**

99D2064856

**EFFECTIVE DATE**

01/20/2026

**LABORATORY DIRECTOR**

DR. PHILIP D. COTTER

**EXPIRATION DATE**

01/19/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 09/05/2025 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 01/20/2016 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

DISCOVERY LIFE SCIENCES BIOMARKER SERVICES GMBH
GERMANIASTRASSE 7
KASSEL, 34119
GERMANY

**CLIA ID NUMBER**

99D2071366

**EFFECTIVE DATE**

03/10/2026

**LABORATORY DIRECTOR**

DR. JOSEF RUESCHOFF

**EXPIRATION DATE**

03/09/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| HISTOCOMPATIBILITY (010) | 09/17/2025 | | |
| MICROBIOLOGY - VIROLOGY (140) | 04/15/2020 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 03/10/2014 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 03/10/2014 | | |
| PATHOLOGY - CYTOLOGY (630) | 09/16/2025 | | |
| CLINICAL CYTOGENETICS (900) | 03/10/2014 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

CERBA RESEARCH CANADA
3150 DELAUNAY LAVAL
QUEBEC, H7L5E1
CANADA

**CLIA ID NUMBER**

99D2079197

**EFFECTIVE DATE**

07/09/2026

**LABORATORY DIRECTOR**

DR. RICHARD MARCHAND

**EXPIRATION DATE**

07/08/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 07/09/2018 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 07/09/2018 | | |
| CHEMISTRY - URINALYSIS (320) | 07/09/2018 | | |
| CHEMISTRY - ENDOCRINOLOGY (330) | 07/09/2018 | | |
| CHEMISTRY - TOXICOLOGY (340) | 06/22/2021 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF COMPLIANCE*

**LABORATORY NAME AND ADDRESS**

RAYMOND L BARNHILL MD CONSULTATION SERVICE
26 RUE D'ULM
75248 PARIS, CEDEX 05
FRANCE

**CLIA ID NUMBER**

99D2079198

**EFFECTIVE DATE**

07/17/2026

**LABORATORY DIRECTOR**

RAYMOND L. BARNHILL

**EXPIRATION DATE**

07/16/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| PATHOLOGY - HISTOPATHOLOGY (610) | 07/17/2014 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

BLUEPRINT GENETICS
KEILARANTA 16 A-B
02150 ESPOO, NULL
FINLAND

**CLIA ID NUMBER**

99D2092375

**EFFECTIVE DATE**

04/21/2025

**LABORATORY DIRECTOR**

DR. JUHA KOSKENVUO

**EXPIRATION DATE**

04/20/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 04/21/2017 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

LIFE LENGTH SL
RONDA DE PONIENTE 6
28760 TRES CANTOS
MADRID, 28760
SPAIN

**CLIA ID NUMBER**

99D2112462

**EFFECTIVE DATE**

08/09/2026

**LABORATORY DIRECTOR**

DR. MARIA CABALLERO RUIZ

**EXPIRATION DATE**

08/08/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 11/08/2017 | | |
| CLINICAL CYTOGENETICS (900) | 08/09/2016 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

MVZ LABOR DR QUADE UND KOLLEGEN GMBH
45, HUGO-ECKENER-STRABE
COLOGNE NRW, 50829
GERMANY

**CLIA ID NUMBER**

99D2114965

**EFFECTIVE DATE**

09/07/2026

**LABORATORY DIRECTOR**

DR. GUSTAV QUADE

**EXPIRATION DATE**

09/06/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| MICROBIOLOGY - MYCOLOGY (120) | 11/25/2025 | | |
| MICROBIOLOGY - VIROLOGY (140) | 09/07/2016 | | |
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 09/07/2016 | | |
| IMMUNOHEMATOLOGY - ANTIBODY DETECTION (TRANSFUSION) (520) | 11/25/2025 | | |
| IMMUNOHEMATOLOGY - ANTIBODY DETECTION (NON-TRANSFUSION) (530) | 11/25/2025 | | |
| IMMUNOHEMATOLOGY - ANTIBODY IDENTIFICATION (540) | 11/25/2025 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

SRL INC,CENTRAL LABORATORY GLOBAL SERVICES
50 FUCHIGAMI
AKIRUNO CITY TOYKO, 205-0003
JAPAN

**CLIA ID NUMBER**

99D2121802

**EFFECTIVE DATE**

11/22/2025

**LABORATORY DIRECTOR**

DR. MICHIKO NAGAMINE

**EXPIRATION DATE**

11/21/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| HISTOCOMPATIBILITY (010) | 02/09/2022 | | |
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 06/03/2022 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 02/09/2022 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 11/22/2017 | | |
| PATHOLOGY - ORAL PATHOLOGY (620) | 11/22/2017 | | |
| PATHOLOGY - CYTOLOGY (630) | 11/14/2023 | | |
| CLINICAL CYTOGENETICS (900) | 06/03/2022 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

SRL INC,CENTRAL LABORATORY GLOBAL SERVICES
50 FUCHIGAMI
AKIRUNO CITY TOYKO, 205-0003
JAPAN

**CLIA ID NUMBER**

99D2121802

**EFFECTIVE DATE**

11/22/2025

**LABORATORY DIRECTOR**

DR. MICHIKO NAGAMINE

**EXPIRATION DATE**

11/21/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| HISTOCOMPATIBILITY (010) | 02/09/2022 | | |
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 06/03/2022 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 02/09/2022 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 11/22/2017 | | |
| PATHOLOGY - ORAL PATHOLOGY (620) | 11/22/2017 | | |
| PATHOLOGY - CYTOLOGY (630) | 11/14/2023 | | |
| CLINICAL CYTOGENETICS (900) | 06/03/2022 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

SRL INC,CENTRAL LABORATORY GLOBAL SERVICES
50 FUCHIGAMI
AKIRUNO CITY TOYKO, 205-0003
JAPAN

**CLIA ID NUMBER**

99D2121802

**EFFECTIVE DATE**

11/22/2025

**LABORATORY DIRECTOR**

DR. MICHIKO NAGAMINE

**EXPIRATION DATE**

11/21/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| HISTOCOMPATIBILITY (010) | 02/09/2022 | | |
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 06/03/2022 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 02/09/2022 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 11/22/2017 | | |
| PATHOLOGY - ORAL PATHOLOGY (620) | 11/22/2017 | | |
| PATHOLOGY - CYTOLOGY (630) | 11/14/2023 | | |
| CLINICAL CYTOGENETICS (900) | 06/03/2022 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

BURNING ROCK & CTONG LABORATORY
NO 5 XINGDAO HUANBEI ROAD
INTERNATIONAL BIO ISLAND
GUANGZHOU, 510300
CHINA

**CLIA ID NUMBER**

99D2123798

**EFFECTIVE DATE**

11/18/2026

**LABORATORY DIRECTOR**

DR. DANIEL C. CHEN

**EXPIRATION DATE**

11/17/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 11/18/2020 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 11/21/2023 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

CELLCARTA BIOSCIENCES INC
201 AVENUE PRESIDENT KENNEDY SUITE 3900
MONTREAL
QUEBEC, H2X-3Y7
CANADA

**CLIA ID NUMBER**

99D2126355

**EFFECTIVE DATE**

08/09/2025

**LABORATORY DIRECTOR**

DR. KHLDOUN BAKDOUNES

**EXPIRATION DATE**

08/08/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 08/09/2017 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

CEGAT GMBH-CENTER FOR GENOMICS AND TRANSCRIPTIONS
PAUL-EHRLICH-STRASSE 23
TUEBINGEN, 72076
GERMANY

**CLIA ID NUMBER**

99D2130225

**EFFECTIVE DATE**

06/21/2025

**LABORATORY DIRECTOR**

DR. SASKIA BISKUP

**EXPIRATION DATE**

06/20/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 06/21/2017 | | |
| HEMATOLOGY (400) | 06/21/2017 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 03/10/2022 | | |
| CLINICAL CYTOGENETICS (900) | 06/21/2017 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF REGISTRATION*

**LABORATORY NAME AND ADDRESS**

MEDICOVER GENETICS LTD
31 NEAS ENGOMIS ST, ENGOMI
ATTN THEODORA CHRYSOSTOMOU
NICOSIA, 2409
CYPRUS

**LABORATORY DIRECTOR**

DR. ELENA KYPRI

**CLIA ID NUMBER**

99D2131696

**EFFECTIVE DATE**

08/17/2026

**EXPIRATION DATE**

08/16/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If this is a Certificate of Registration, it represents only the enrollment of the laboratory in the CLIA program and does not indicate a Federal certification of compliance with other CLIA requirements. The laboratory is permitted to begin testing upon receipt of this certificate, but is not determined to be in compliance until a survey is successfully completed.

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

YIZHEN MEDICAL LAB
ROOM 202 BLDG 2 NO 291 FUCHENG RD
HANGZHOU, 310018
CHINA

**CLIA ID NUMBER**

99D2134541

**EFFECTIVE DATE**

08/18/2025

**LABORATORY DIRECTOR**

DR. YAPING YANG

**EXPIRATION DATE**

08/17/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 08/18/2017 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

YIZHEN MEDICAL LAB
ROOM 202 BLDG 2 NO 291 FUCHENG RD
HANGZHOU, 310018
CHINA

**CLIA ID NUMBER**

99D2134541

**EFFECTIVE DATE**

08/18/2025

**LABORATORY DIRECTOR**

DR. YAPING YANG

**EXPIRATION DATE**

08/17/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 08/18/2017 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

***CERTIFICATE OF ACCREDITATION***

**LABORATORY NAME AND ADDRESS**

GENETRON HEALTH BEIJING CO LTD
GENETRON HOLDINGS LIMITED
1F BUILDING 11 ZONE 1, 8 LIFE SCIENCE PKWY
CHANPING DISTRICT
BEIJING, 10220
CHINA

**LABORATORY DIRECTOR**

DR. XIAOFANG ZHANG

**CLIA ID NUMBER**

99D2141165

**EFFECTIVE DATE**

01/11/2026

**EXPIRATION DATE**

01/10/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 01/11/2018 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

CLINICAL GENOMICS CENTRE
600 UNIVERSITY AVENUE, ROOM 6-423
TORONTO, ONTARIO, M5G1X
CANADA

**CLIA ID NUMBER**

99D2144057

**EFFECTIVE DATE**

05/16/2026

**LABORATORY DIRECTOR**

DR. KATHERINE SIMINOVITCH

**EXPIRATION DATE**

05/15/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 08/15/2022 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

CLINICAL GENOMICS CENTRE
600 UNIVERSITY AVENUE, ROOM 6-423
TORONTO, ONTARIO, M5G1X
CANADA

**CLIA ID NUMBER**

99D2144057

**EFFECTIVE DATE**

05/16/2026

**LABORATORY DIRECTOR**

DR. KATHERINE SIMINOVITCH

**EXPIRATION DATE**

05/15/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 08/15/2022 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.
FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

***CERTIFICATE OF COMPLIANCE***

**LABORATORY NAME AND ADDRESS**

IGENOMIX SPAIN LAB, SLU
CALLE NARCIS MONTURIOL ESTARRIOL N'11
PARCELA B, EDIFICO EUROPARK
VALENCIA, 46980
SPAIN

**CLIA ID NUMBER**

99D2146167

**EFFECTIVE DATE**

06/04/2026

**LABORATORY DIRECTOR**

DIANA VALBUENA

**EXPIRATION DATE**

06/03/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CLINICAL CYTOGENETICS (900) | 06/04/2018 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.
FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF COMPLIANCE*

**LABORATORY NAME AND ADDRESS**

LABORATORY OF CLINICAL PHARMACOLOGY UNIT-
CHU STE-JUSTINE
3175 STE-CATHERINE ROAD
DEPT OF BIOCHEMISTRY (ROOM 2943)
MONTREAL, QUEBEC, NULL
CANADA

**CLIA ID NUMBER**

99D2152806

**EFFECTIVE DATE**

09/26/2024

**LABORATORY DIRECTOR**

THAI HOA TRAN

**EXPIRATION DATE**

09/25/2026

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - TOXICOLOGY (340) | 09/26/2018 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF COMPLIANCE*

**LABORATORY NAME AND ADDRESS**

HEALTH IN CODE SL
CALLE DE LA TRAVESSIA S/N EDIFICIO BIOHUB
15E BASE 5
VALENCIA, 46024
SPAIN

**CLIA ID NUMBER**

99D2153048

**EFFECTIVE DATE**

10/09/2026

**LABORATORY DIRECTOR**

LORENZO MONSERRAT IGLESIAS

**EXPIRATION DATE**

10/08/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CLINICAL CYTOGENETICS (900) | 10/09/2018 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

SHRINERS HOSPITAL FOR CHILDREN CANADA
1003 BOULEVARD DECARIE ROOM S1 51
MONTREAL
QUEBEC, H4A0A9
CANADA

**CLIA ID NUMBER**

99D2153709

**EFFECTIVE DATE**

10/26/2026

**LABORATORY DIRECTOR**

DR. FRANK RAUCH

**EXPIRATION DATE**

10/25/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 10/26/2022 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.
FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**
NANJING SHIHE MEDICAL LABORATORY CO, LTD
128 HUAKANG RD
NANJING , 210000
CHINA

**CLIA ID NUMBER**
99D2156674

**EFFECTIVE DATE**
08/30/2025

**LABORATORY DIRECTOR**
DR. RYAN S. ROBETORYE

**EXPIRATION DATE**
08/29/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 08/30/2019 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 08/30/2019 | | |
| PATHOLOGY - CYTOLOGY (630) | 04/22/2025 | | |
| CLINICAL CYTOGENETICS (900) | 08/30/2019 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

MACROGEN SONGDO
91.SONGDOMIRAE-RO, YEONSU-GU,
INCHEON, 21989
SOUTH KOREA

**CLIA ID NUMBER**

99D2158117

**EFFECTIVE DATE**

01/22/2025

**LABORATORY DIRECTOR**

DR. CARLOS J. RUIZ

**EXPIRATION DATE**

01/21/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 01/22/2019 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.
FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

KINGMYLAB PHARMACEUTICAL RESEARCH CO, LTD
5TH FLOOR, BUILDING 3
NO 115 XINJUNHUAN RD, MINHANG DISTRICT
SHANGHAI, 201114
CHINA

**CLIA ID NUMBER**

99D2159871

**EFFECTIVE DATE**

06/17/2026

**LABORATORY DIRECTOR**

DR. JIN JUAN YAO

**EXPIRATION DATE**

06/16/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 06/17/2020 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 12/03/2025 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

KINGMYLAB PHARMACEUTICAL RESEARCH CO, LTD
5TH FLOOR, BUILDING 3
NO 115 XINJUNHUAN RD, MINHANG DISTRICT
SHANGHAI, 201114
CHINA

**CLIA ID NUMBER**

99D2159871

**EFFECTIVE DATE**

06/17/2026

**LABORATORY DIRECTOR**

DR. JIN JUAN YAO

**EXPIRATION DATE**

06/16/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 06/17/2020 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 12/03/2025 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

INAGENE DIAGNOSTICS INC
790 BAY STREET SUITE 935
TORONTO ONTARIO, NULL
CANADA

**CLIA ID NUMBER**

99D2164194

**EFFECTIVE DATE**

09/25/2025

**LABORATORY DIRECTOR**

DR. KATHERINE SIMINOVITCH

**EXPIRATION DATE**

09/24/2027

Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 08/15/2022 | | |
| CHEMISTRY - TOXICOLOGY (340) | 08/15/2022 | | |
| HEMATOLOGY (400) | 08/15/2022 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**
3DMED INC CLINICAL LABORATORY
KANGXIN ROAD PUDONG NEW AREA
8F, #25 LANE 3399
SHANGHAI, 200120
CHINA

**CLIA ID NUMBER**
99D2166030

**EFFECTIVE DATE**
05/22/2025

**LABORATORY DIRECTOR**
DR. JIM LU

**EXPIRATION DATE**
05/21/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 05/22/2019 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 05/22/2019 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

LUCENCE DIAGNOSTICS PTE LTD
211 HENDERSON ROAD
#04-02, HENDERSON INDUSTRIAL PARK
SINGAPORE, 159552
SINGAPORE

**CLIA ID NUMBER**

99D2171308

**EFFECTIVE DATE**

10/10/2025

**LABORATORY DIRECTOR**

DR. MIN-HAN TAN

**EXPIRATION DATE**

10/09/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| MICROBIOLOGY - VIROLOGY (140) | 10/10/2019 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 10/10/2019 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 10/18/2023 | | |
| CLINICAL CYTOGENETICS (900) | 10/10/2019 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

DATAR CANCER GENETICS PRIVATE LIMITED
F-8, D-ROAD, AMBAD.
NASHIK-10, MAHARASHTRA, NULL
INDIA

**CLIA ID NUMBER**

99D2171983

**EFFECTIVE DATE**

10/02/2025

**LABORATORY DIRECTOR**

DR. CYNTHE SIMS

**EXPIRATION DATE**

10/01/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 02/07/2025 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 02/07/2025 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 02/07/2025 | | |
| CLINICAL CYTOGENETICS (900) | 02/07/2025 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.
FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

ST LUKES
SRL ADVANCED CLINICAL RESEARCH CENTER, INC
SEIRUKA RINSYO GAKUJUTSU-CENTER 3-6-2 TSUKIJI
CHUO-KU, TOKYO, 104-0045
JAPAN

**CLIA ID NUMBER**

99D2173309

**EFFECTIVE DATE**

01/13/2025

**LABORATORY DIRECTOR**

DR. TOSHIAKI MANABE

**EXPIRATION DATE**

01/12/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| HISTOCOMPATIBILITY (010) | 07/01/2022 | | |
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 01/13/2021 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

LABCORP CENTRAL LABORATORY SERVICES SARI
7 RUE MO'ISE-MARCINHES
MEYRIN /GENEVA, 01217
SWITZERLAND

**CLIA ID NUMBER**

99D2174908

**EFFECTIVE DATE**

07/22/2026

**LABORATORY DIRECTOR**

DR. JEAN-PAUL LEWEST

**EXPIRATION DATE**

07/21/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| MICROBIOLOGY - BACTERIOLOGY (110) | 07/22/2020 | | |
| MICROBIOLOGY - PARASITOLOGY (130) | 01/15/2026 | | |
| MICROBIOLOGY - VIROLOGY (140) | 08/12/2025 | | |
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 07/22/2020 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 07/22/2020 | | |
| CHEMISTRY - ENDOCRINOLOGY (330) | 07/22/2020 | | |
| CHEMISTRY - TOXICOLOGY (340) | 04/28/2025 | | |
| HEMATOLOGY (400) | 01/26/2026 | | |
| IMMUNOHEMATOLOGY - ANTIBODY DETECTION (NON-TRANSFUSION) (530) | 08/06/2025 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 07/22/2020 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

DATAR CANCER GENETICS UK PRIVATE LIMITED
2 & 4 FREDERICK SANGER ROAD
THE SURREY RESEARCH PARK
GUILDFORD, GU2 7YD
UNITED KINGDOM

**CLIA ID NUMBER**

99D2270399

**EFFECTIVE DATE**

05/03/2025

**LABORATORY DIRECTOR**

DR. CYNTHE SIMS

**EXPIRATION DATE**

05/02/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 05/03/2023 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 05/03/2023 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 10/01/2024 | | |
| CLINICAL CYTOGENETICS (900) | 05/03/2023 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

ONTARIO INSTITUTE FOR CANCER RESEARCH (OICR)
GENOMICS
661 UNIVERSITY AVENUE, SUITE 510
TORONTO, ONTARIO , M5G 0A3
CANADA

**CLIA ID NUMBER**

99D2270792

**EFFECTIVE DATE**

01/04/2025

**LABORATORY DIRECTOR**

DR. TREVOR PUGH

**EXPIRATION DATE**

01/03/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 01/04/2023 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

RAPID NOVOR DIAGNOSTIC LABORATORY
137 GLASGOW STR, UNIT 450
KITCHENER ONTARIO, N2G 4X8
CANADA

**CLIA ID NUMBER**

99D2273709

**EFFECTIVE DATE**

05/23/2025

**LABORATORY DIRECTOR**

DR. XIANGDONG XU

**EXPIRATION DATE**

05/22/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 05/23/2023 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

SHENZHEN HAPLOX MED LAB NGS CLINICAL LABORATORY
ROOM 1102-1106 BUILDING D2, NANSHAN ZHIYUAN, NO
1001, XUEYAN AVE CHANGYUAN COMMUNITY, TAOYUAN ST
NANSHAN DISTRICT, SHENZHEN, 518058
CHINA

**CLIA ID NUMBER**

99D2274005

**EFFECTIVE DATE**

07/18/2025

**LABORATORY DIRECTOR**

DR. YAPING YANG

**EXPIRATION DATE**

07/17/2027

Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 07/18/2023 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

SHENZHEN HAPLOX MED LAB NGS CLINICAL LABORATORY
ROOM 1102-1106 BUILDING D2, NANSHAN ZHIYUAN, NO
1001, XUEYAN AVE CHANGYUAN COMMUNITY, TAOYUAN ST
NANSHAN DISTRICT, SHENZHEN, 518058
CHINA

**CLIA ID NUMBER**

99D2274005

**EFFECTIVE DATE**

07/18/2025

**LABORATORY DIRECTOR**

DR. YAPING YANG

**EXPIRATION DATE**

07/17/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 07/18/2023 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.
FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

SRL & SHIZUOKA CANCER CENTER
COLLABORATIVE LABORATORIES INC
1007 SHIMO-NAGAKUBO
NAGAIZUMI-CHO, SUNTO-GUN
SHIZUOKA, 4110934
JAPAN

**LABORATORY DIRECTOR**

DR. KIYOSHI MUKAI

**CLIA ID NUMBER**

99D2274026

**EFFECTIVE DATE**

01/17/2026

**EXPIRATION DATE**

01/16/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 01/17/2024 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

GENECAST PRECISION MEDICAL DIAGNOSTIC LABORATORY
WUXI CO LTD
ROOM 401 CHUANGRONG BUILDING D
NO 88 DANSHAN ROAD XISHAN
WUXI CITY, JIANGSU PROVINCE, 214104
CHINA

**CLIA ID NUMBER**

99D2274035

**EFFECTIVE DATE**

03/29/2025

**LABORATORY DIRECTOR**

DR. GUIHUA YANG

**EXPIRATION DATE**

03/28/2027

Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 03/29/2023 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 03/29/2023 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

3BILLION CO LTD MOLECULAR DIAGNOSTICS LAB
415,TEHERAN-RO,8F GANGNAM-GU
SEOUL, 06193
SOUTH KOREA

**CLIA ID NUMBER**

99D2274041

**EFFECTIVE DATE**

04/26/2025

**LABORATORY DIRECTOR**

DR. KOHUN SEO

**EXPIRATION DATE**

04/25/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 04/26/2023 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

PROTEOCYTE DIAGNOSTICS INC.
MARS CENTRE, SOUTH TOWER, 101 COLLEGE ST,
SUITE 200
TORONTO, ONTARIO, M5G 1L7
CANADA

**LABORATORY DIRECTOR**

KENNETH PRITZKER

**CLIA ID NUMBER**

99D2275002

**EFFECTIVE DATE**

08/28/2025

**EXPIRATION DATE**

08/27/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| PATHOLOGY - HISTOPATHOLOGY (610) | 08/28/2023 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

PROTEOCYTE DIAGNOSTICS INC.
MARS CENTRE, SOUTH TOWER, 101 COLLEGE ST,
SUITE 200
TORONTO, ONTARIO, M5G 1L7
CANADA

**CLIA ID NUMBER**

99D2275002

**EFFECTIVE DATE**

08/28/2025

**LABORATORY DIRECTOR**

KENNETH PRITZKER

**EXPIRATION DATE**

08/27/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| PATHOLOGY - HISTOPATHOLOGY (610) | 08/28/2023 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.
FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**
MENDELICS ANALISE GENOMICA SA
AVENIDA BRAZ LEME 1631
SAN PAULO, 02511-000
BRAZIL

**CLIA ID NUMBER**
99D2277038

**EFFECTIVE DATE**
03/15/2025

**LABORATORY DIRECTOR**
DR. FERNANDO KOK

**EXPIRATION DATE**
03/14/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 03/15/2023 | | |
| HEMATOLOGY (400) | 03/15/2023 | | |
| CLINICAL CYTOGENETICS (900) | 03/15/2023 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF COMPLIANCE*

**LABORATORY NAME AND ADDRESS**

GENETICA
9TH FL NIC TOWER, NO 07 TON THAT THUYET STREET
DICH VONG HAU
CAU GIAY DIST, HA NOI, NULL
VIETNAM

**CLIA ID NUMBER**

99D2278470

**EFFECTIVE DATE**

03/21/2025

**LABORATORY DIRECTOR**

JILLIAN HARRINGTON

**EXPIRATION DATE**

03/20/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 03/21/2023 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 03/21/2023 | | |
| CHEMISTRY - ENDOCRINOLOGY (330) | 03/21/2023 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

ARMINLABS I MVZ DIAGNOSTIK & MEDIZIN GMBH
STANDORT ZIRBELSTRABE 58 2 STOCK
AUGSBURG, 86154
GERMANY

**CLIA ID NUMBER**

99D2279264

**EFFECTIVE DATE**

01/17/2026

**LABORATORY DIRECTOR**

DR. ARMIN SCHWARZBACH

**EXPIRATION DATE**

01/16/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 01/17/2024 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 01/17/2024 | | |
| HEMATOLOGY (400) | 01/17/2024 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.
FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

PPD GLOBAL CENTRAL LABS BVBA
KLEINE KLOOSTERSTRAAT 19
ZAVENTEM, 1932
BELGIUM

**CLIA ID NUMBER**

99D2279270

**EFFECTIVE DATE**

05/24/2025

**LABORATORY DIRECTOR**

DR. THERESA PATTERY

**EXPIRATION DATE**

05/23/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| MICROBIOLOGY - BACTERIOLOGY (110) | 05/24/2023 | | |
| MICROBIOLOGY - MYCOLOGY (120) | 05/24/2023 | | |
| MICROBIOLOGY - PARASITOLOGY (130) | 05/24/2023 | | |
| MICROBIOLOGY - VIROLOGY (140) | 05/24/2023 | | |
| DIAGNOSTIC IMMUNOLOGY - SYPHILIS SEROLOGY (210) | 05/24/2023 | | |
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 05/24/2023 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 05/24/2023 | | |
| CHEMISTRY - URINALYSIS (320) | 05/24/2023 | | |
| CHEMISTRY - ENDOCRINOLOGY (330) | 05/24/2023 | | |
| CHEMISTRY - TOXICOLOGY (340) | 05/24/2023 | | |
| HEMATOLOGY (400) | 05/24/2023 | | |
| IMMUNOHEMATOLOGY - ANTIBODY DETECTION (NON-TRANSFUSION) (530) | 05/24/2023 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 05/24/2023 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

BC NEUROIMMUNOLOGY LAB INC
S-159 2211 WESTBROOK MALL
VANCOUVER, BC, V6T2B5
CANADA

**CLIA ID NUMBER**

99D2279923

**EFFECTIVE DATE**

07/19/2025

**LABORATORY DIRECTOR**

DR. PANKAJ KUMAR

**EXPIRATION DATE**

07/18/2027

Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 07/19/2023 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 07/19/2023 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

SYANTRA
105-32ROYAL VISTA DRIVE NW
CALGARY ALBERTA, T3ROH9
CANADA

**CLIA ID NUMBER**

99D2280227

**EFFECTIVE DATE**

05/16/2025

**LABORATORY DIRECTOR**

DR. RANDY D. MOORE

**EXPIRATION DATE**

05/15/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 05/16/2023 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF COMPLIANCE*

**LABORATORY NAME AND ADDRESS**

JILAB INC
6 BIOKATU
TAMPERE, 33520
FINLAND

**CLIA ID NUMBER**

99D2280565

**EFFECTIVE DATE**

04/24/2025

**LABORATORY DIRECTOR**

JORMA ISOLA

**EXPIRATION DATE**

04/23/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| PATHOLOGY - HISTOPATHOLOGY (610) | 07/17/2023 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.
FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF COMPLIANCE*

**LABORATORY NAME AND ADDRESS**

UNILABS, COPENHAGEN AS
32 NYGAARDSVEJ
COPENHAGEN, 02100
DENMARK

**CLIA ID NUMBER**

99D2280741

**EFFECTIVE DATE**

04/27/2025

**LABORATORY DIRECTOR**

LENNART JAN FRIIS-HANSEN

**EXPIRATION DATE**

04/26/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| MICROBIOLOGY - VIROLOGY (140) | 09/10/2025 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF COMPLIANCE*

**LABORATORY NAME AND ADDRESS**

NUTRIPATH PATHOLOGY
16 HARKER STREET
BURWOOD VICTORIA, 3125
AUSTRALIA

**CLIA ID NUMBER**

99D2282774

**EFFECTIVE DATE**

05/27/2025

**LABORATORY DIRECTOR**

JILLIAN HARRINGTON

**EXPIRATION DATE**

05/26/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| MICROBIOLOGY - BACTERIOLOGY (110) | 05/27/2023 | | |
| MICROBIOLOGY - MYCOLOGY (120) | 05/27/2023 | | |
| MICROBIOLOGY - PARASITOLOGY (130) | 05/27/2023 | | |
| MICROBIOLOGY - VIROLOGY (140) | 05/27/2023 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 05/27/2023 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF COMPLIANCE*

**LABORATORY NAME AND ADDRESS**

EVE TECHNOLOGIES CORPORATION
3415A 3 AVE NW
CALGARY ALBERTA
ALBERTA, NULL
CANADA

**CLIA ID NUMBER**

99D2283230

**EFFECTIVE DATE**

06/22/2025

**LABORATORY DIRECTOR**

DR. DANIEL J. POLLEY

**EXPIRATION DATE**

06/21/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 06/22/2023 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

RESEARCH GENETIC CANCER CENTRE SA
INDUSTRIAL AREA OF FLORINA
FLORINA, 53100
GREECE

**CLIA ID NUMBER**

99D2283882

**EFFECTIVE DATE**

03/13/2026

**LABORATORY DIRECTOR**

DR. IOANNIS PAPASOTIRIOU

**EXPIRATION DATE**

03/12/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 03/13/2024 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 03/13/2024 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

MONTREAL HEART INSTITUTE
(PHARMACOGENOMICS CENTRE)
5000 BELANGER EAST
QUEBEC, H1T 1C8
CANADA

**CLIA ID NUMBER**

99D2283969

**EFFECTIVE DATE**

02/07/2026

**LABORATORY DIRECTOR**

DR. RICHARD MARCHAND

**EXPIRATION DATE**

02/06/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 02/07/2024 | | |

PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.
FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

QUOTIENT SCIENCES (ALNWICK) LIMITED
TAYLOR DRIVE
ALNWICK
NORTHUMBERLAND, NE66 2 DH
UNITED KINGDOM

**CLIA ID NUMBER**

99D2289305

**EFFECTIVE DATE**

11/14/2025

**LABORATORY DIRECTOR**

DR. RAHUL NAHIRE

**EXPIRATION DATE**

11/13/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 11/14/2023 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.
FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

NANJING SIMCERE DIAGNOSTICS LABORATORY CO, LTD
BUILDING #5
699-18 XUANWU AVENUE
NANJING, 210042
CHINA

**CLIA ID NUMBER**

99D2289380

**EFFECTIVE DATE**

10/18/2025

**LABORATORY DIRECTOR**

DR. GREGORY A. MENGDEN

**EXPIRATION DATE**

10/17/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 10/18/2023 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 10/18/2023 | | |
| CLINICAL CYTOGENETICS (900) | 10/18/2023 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

NANJING SIMCERE DIAGNOSTICS LABORATORY CO, LTD
BUILDING #5
699-18 XUANWU AVENUE
NANJING, 210042
CHINA

**CLIA ID NUMBER**

99D2289380

**EFFECTIVE DATE**

10/18/2025

**LABORATORY DIRECTOR**

DR. GREGORY A. MENGDEN

**EXPIRATION DATE**

10/17/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 10/18/2023 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 10/18/2023 | | |
| CLINICAL CYTOGENETICS (900) | 10/18/2023 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.
FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

PRECISION SCIENTIFIC BIOMEDICINE (SUZHOU) CO, LTD
BUILDING 6 NO 66 WANGMI ST HIGH TECH ZONE
SUZHOU JIANGSU, 215004
CHINA

**CLIA ID NUMBER**

99D2290538

**EFFECTIVE DATE**

10/25/2025

**LABORATORY DIRECTOR**

DR. WEI WANG

**EXPIRATION DATE**

10/24/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 03/12/2024 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 06/26/2024 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

PRECISION SCIENTIFIC BIOMEDICINE (SUZHOU) CO, LTD
BUILDING 6 NO 66 WANGMI ST HIGH TECH ZONE
SUZHOU JIANGSU, 215004
CHINA

**CLIA ID NUMBER**

99D2290538

**EFFECTIVE DATE**

10/25/2025

**LABORATORY DIRECTOR**

DR. WEI WANG

**EXPIRATION DATE**

10/24/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 03/12/2024 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 06/26/2024 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

***CERTIFICATE OF ACCREDITATION***

**LABORATORY NAME AND ADDRESS**

IQVIA LABORATORIES LLC
THE ALBA CAMPUS
ROSEBANK
LIVINGSTON, EH547EG
UNITED KINGDOM

**CLIA ID NUMBER**

99D2298012

**EFFECTIVE DATE**

03/27/2026

**LABORATORY DIRECTOR**

DR. AKHTAR HUSAIN

**EXPIRATION DATE**

03/26/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| MICROBIOLOGY - BACTERIOLOGY (110) | 03/27/2024 | | |
| MICROBIOLOGY - VIROLOGY (140) | 03/27/2024 | | |
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 03/27/2024 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 03/27/2024 | | |
| CHEMISTRY - URINALYSIS (320) | 03/27/2024 | | |
| CHEMISTRY - ENDOCRINOLOGY (330) | 03/27/2024 | | |
| CHEMISTRY - TOXICOLOGY (340) | 03/27/2024 | | |
| HEMATOLOGY (400) | 03/27/2024 | | |
| IMMUNOHEMATOLOGY - ANTIBODY DETECTION (NON-TRANSFUSION) (530) | 03/27/2024 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 03/27/2024 | | |
| CLINICAL CYTOGENETICS (900) | 03/27/2024 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

RNA DIAGNOSTICS INC
56 WALFORD ROAD, 2 NORTH
SUDBURY, ONTARIO, P3E 2H3
CANADA

**CLIA ID NUMBER**

99D2298044

**EFFECTIVE DATE**

06/03/2026

**LABORATORY DIRECTOR**

KIRAN A. JAKATE

**EXPIRATION DATE**

06/02/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 06/03/2024 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

INTEGRAGEN
5 RUE HENRI-AUGUSTE DESBRUERES
EVRY CEDEX, 91030
FRANCE

**CLIA ID NUMBER**

99D2298051

**EFFECTIVE DATE**

05/01/2026

**LABORATORY DIRECTOR**

DR. PHILIP D. COTTER

**EXPIRATION DATE**

04/30/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 05/01/2024 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

INTEGRAGEN
5 RUE HENRI-AUGUSTE DESBRUERES
EVRY CEDEX, 91030
FRANCE

**CLIA ID NUMBER**

99D2298051

**EFFECTIVE DATE**

05/01/2026

**LABORATORY DIRECTOR**

DR. PHILIP D. COTTER

**EXPIRATION DATE**

04/30/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 05/01/2024 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

EONE DIAGNOMICS GENOME CENTER
143 GAETBEOL-RO, YEONSU-GU
INCHEON, 21999
SOUTH KOREA

**CLIA ID NUMBER**

99D2298054

**EFFECTIVE DATE**

06/26/2026

**LABORATORY DIRECTOR**

DR. HONG SHEN

**EXPIRATION DATE**

06/25/2028

Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 06/26/2024 | | |

PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.
FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**
DERMPATH DIAGNOSTICS OF ALBERTA LTD
25 WINDERMERE DRIVE SW
EDMONTON, ALBERTA, T6W 0S2
CANADA

**CLIA ID NUMBER**
99D2298941

**EFFECTIVE DATE**
03/12/2026

**LABORATORY DIRECTOR**
DR. TAWNY W. HUNG

**EXPIRATION DATE**
03/11/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| PATHOLOGY - HISTOPATHOLOGY (610) | 03/12/2024 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**
SHANGHAI ORIGIMED CLINICAL LABORATORY
FLOOR 2 BUILDING 2 JIADING DISTRICT
801 HUIPING ROAD
SHANGHAI, 201802
CHINA

**CLIA ID NUMBER**
99D2302634

**EFFECTIVE DATE**
06/11/2025

**LABORATORY DIRECTOR**
DR. JIN JUAN YAO

**EXPIRATION DATE**
06/10/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 06/11/2025 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

SHANGHAI ORIGIMED CLINICAL LABORATORY
FLOOR 2 BUILDING 2 JIADING DISTRICT
801 HUIPING ROAD
SHANGHAI, 201802
CHINA

**CLIA ID NUMBER**

99D2302634

**EFFECTIVE DATE**

06/11/2025

**LABORATORY DIRECTOR**

DR. JIN JUAN YAO

**EXPIRATION DATE**

06/10/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 06/11/2025 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

GENEPLUS-BEIJING CLINICAL LABORATORY CO, LTD
5F, BUILDING 2 ,DISTRICT 1 ,NO 8 COURTYARD,
SHENGMINGYUAN
BEIJING, 102206
CHINA

**CLIA ID NUMBER**

99D2303620

**EFFECTIVE DATE**

11/20/2026

**LABORATORY DIRECTOR**

DR. SONG QING ZHAO

**EXPIRATION DATE**

11/19/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| HISTOCOMPATIBILITY (010) | 11/20/2024 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 11/20/2024 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 08/28/2025 | | |
| CLINICAL CYTOGENETICS (900) | 11/20/2024 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**
TELO GENOMICS
555 RICHMOND STREET WEST 4TH FLOOR
TORONTO, M5V 3B1
CANADA

**CLIA ID NUMBER**
99D2307133

**EFFECTIVE DATE**
08/07/2026

**LABORATORY DIRECTOR**
DR. HANS KNECHT

**EXPIRATION DATE**
08/06/2028

Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CLINICAL CYTOGENETICS (900) | 08/07/2024 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF COMPLIANCE*

**LABORATORY NAME AND ADDRESS**

SPOTITEARLY
408 KIBBUTZ HAMA'APIL
KIBBUTZ HAMA'APIL, 38857
ISRAEL

**CLIA ID NUMBER**

99D2307137

**EFFECTIVE DATE**

09/04/2025

**LABORATORY DIRECTOR**

DR. VEENA SINGH

**EXPIRATION DATE**

09/03/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 09/04/2025 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**
KIM FOREST ENTERPRISE CO LTD LABORATORY
30 F NO 97 SEC 1 XINTAI 5TH RD XIZHI DIST
NEW TAIPEI CITY, 22175
TAIWAN

**CLIA ID NUMBER**
99D2309182

**EFFECTIVE DATE**
12/04/2024

**LABORATORY DIRECTOR**
DR. TIMOTHY D. VO

**EXPIRATION DATE**
12/03/2026

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| MICROBIOLOGY - VIROLOGY (140) | 12/04/2024 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

HANGZHOU REPU MEDICAL LABORATORY CO LTD
188 LIANCHUANG RD, YUHANG DISTRICT
HANGZHOU, ZHEJIANG PROVINCE, NULL
CHINA

**CLIA ID NUMBER**

99D2315215

**EFFECTIVE DATE**

01/29/2025

**LABORATORY DIRECTOR**

DR. WEIMIN SUN

**EXPIRATION DATE**

01/28/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 01/29/2025 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 01/29/2025 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

***CERTIFICATE OF REGISTRATION***

**LABORATORY NAME AND ADDRESS**

LEICA BIOSYSTEMS NEWCASTLE LABORATORY
BALLIOL BUSINESS PARK WEST
NEWCASTLE-UPON-TYNE, NE128EW
UNITED KINGDOM

**CLIA ID NUMBER**

99D2316601

**EFFECTIVE DATE**

01/08/2025

**LABORATORY DIRECTOR**

CLAIRE BOWEN

**EXPIRATION DATE**

01/07/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If this is a Certificate of Registration, it represents only the enrollment of the laboratory in the CLIA program and does not indicate a Federal certification of compliance with other CLIA requirements. The laboratory is permitted to begin testing upon receipt of this certificate, but is not determined to be in compliance until a survey is successfully completed.

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

GENESEEQ TECHNOLOGY INC
UNIT 9, 5155 SPECTRUM WAY
MISSISSAUGA, L4W5A1
CANADA

**CLIA ID NUMBER**

99D2317193

**EFFECTIVE DATE**

10/22/2025

**LABORATORY DIRECTOR**

DR. RYAN S. ROBETORYE

**EXPIRATION DATE**

10/21/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 10/22/2025 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 10/22/2025 | | |
| CLINICAL CYTOGENETICS (900) | 10/22/2025 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

HEMATOGENIX SDN BHD
A4-1 BLOCK A JALAN RADIUS 1/1B JALAN TEKNOKRAT 2/1
CYBERJAYA SELANGOR, 63000
MALAYSIA

**CLIA ID NUMBER**

99D2317194

**EFFECTIVE DATE**

05/14/2025

**LABORATORY DIRECTOR**

DR. HYTHAM AL-MASRI

**EXPIRATION DATE**

05/13/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 05/14/2025 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 05/14/2025 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

PATHASSISTANT LABORATORY INC
500 ST-GEORGE
MONCTON, E1C1Y3
CANADA

**CLIA ID NUMBER**

99D2317195

**EFFECTIVE DATE**

11/20/2025

**LABORATORY DIRECTOR**

ALEXI PIERRE MARC SURETTE

**EXPIRATION DATE**

11/19/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 11/20/2025 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**
LIFECELL INTERNATIONAL PRIVATE LIMITED
NO 26 VANDALOOR KELAMBAKKAM RD, KEELAKOTTAIYUR
CHENGALPATTU TALUK, KANCHEEPURAM DISTRICT
CHENNAI, TAMIL NADU, 600127
INDIA

**CLIA ID NUMBER**
99D2317208

**EFFECTIVE DATE**
02/25/2025

**LABORATORY DIRECTOR**
DR. MUKIN KUMAR SONAI

**EXPIRATION DATE**
02/24/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| MICROBIOLOGY - BACTERIOLOGY (110) | 02/25/2025 | | |
| MICROBIOLOGY - PARASITOLOGY (130) | 02/25/2025 | | |
| MICROBIOLOGY - VIROLOGY (140) | 02/25/2025 | | |
| DIAGNOSTIC IMMUNOLOGY - SYPHILIS SEROLOGY (210) | 02/25/2025 | | |
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 02/25/2025 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 02/25/2025 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 08/07/2025 | | |
| CLINICAL CYTOGENETICS (900) | 02/25/2025 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

NORDIC BIOSCIENCE A/S
HERLEV HOVEDGADE 205
HERLEV, 2730
DENMARK

**CLIA ID NUMBER**

99D2320501

**EFFECTIVE DATE**

11/12/2025

**LABORATORY DIRECTOR**

DR. TINA MANON-JENSEN

**EXPIRATION DATE**

11/11/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 11/12/2025 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 11/12/2025 | | |
| CHEMISTRY - ENDOCRINOLOGY (330) | 11/12/2025 | | |
| HEMATOLOGY (400) | 11/12/2025 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

EARLY OM LDT
4 MEIR ARIEL ST
NATANYA, 4250363
ISRAEL

**CLIA ID NUMBER**

99D2320513

**EFFECTIVE DATE**

12/16/2025

**LABORATORY DIRECTOR**

CARLOS J. RUIZ

**EXPIRATION DATE**

12/15/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 12/16/2025 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

***CERTIFICATE OF REGISTRATION***

**LABORATORY NAME AND ADDRESS**

BIONTECH SE
AN DER GOLDGRUBE 12
MAINZ, 55131
GERMANY

**CLIA ID NUMBER**

99D2320518

**EFFECTIVE DATE**

03/19/2025

**LABORATORY DIRECTOR**

ANNA M. SCHLITTER

**EXPIRATION DATE**

03/18/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If this is a Certificate of Registration, it represents only the enrollment of the laboratory in the CLIA program and does not indicate a Federal certification of compliance with other CLIA requirements. The laboratory is permitted to begin testing upon receipt of this certificate, but is not determined to be in compliance until a survey is successfully completed.

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

SIMPLY PCR
503 GLENGROVE AV W NORTH YORK M6B 2HI
TORONTO ONTARIO, NULL
CANADA

**CLIA ID NUMBER**

99D2321863

**EFFECTIVE DATE**

09/03/2025

**LABORATORY DIRECTOR**

DR. TONY MAZZULLI

**EXPIRATION DATE**

09/02/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| MICROBIOLOGY - BACTERIOLOGY (110) | 09/03/2025 | | |
| MICROBIOLOGY - VIROLOGY (140) | 09/03/2025 | | |
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 09/03/2025 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 09/03/2025 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

SEEGENE MEDICAL FOUNDATION
DONGDAEMUN-GU 288 DAPSIMNI-RO
SEEGENE MEDICAL TOWER
SEOUL, 02637
SOUTH KOREA

**LABORATORY DIRECTOR**

DR. SUNHWA LEE

**CLIA ID NUMBER**

99D2322215

**EFFECTIVE DATE**

05/21/2025

**EXPIRATION DATE**

05/20/2027

Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| HISTOCOMPATIBILITY (010) | 05/21/2025 | IMMUNOHEMATOLOGY - ABO GROUP & RH TYPE (510) | 05/21/2025 |
| MICROBIOLOGY - BACTERIOLOGY (110) | 05/21/2025 | IMMUNOHEMATOLOGY - ANTIBODY DETECTION (NON-TRANSFUSION) (530) | 05/21/2025 |
| MICROBIOLOGY - MYCOBACTERIOLOGY (115) | 05/21/2025 | CLINICAL CYTOGENETICS (900) | 05/21/2025 |
| MICROBIOLOGY - MYCOLOGY (120) | 05/21/2025 | | |
| MICROBIOLOGY - PARASITOLOGY (130) | 05/21/2025 | | |
| MICROBIOLOGY - VIROLOGY (140) | 05/21/2025 | | |
| DIAGNOSTIC IMMUNOLOGY - SYPHILIS SEROLOGY (210) | 05/21/2025 | | |
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 05/21/2025 | | |
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 05/21/2025 | | |
| CHEMISTRY - URINALYSIS (320) | 05/21/2025 | | |
| CHEMISTRY - ENDOCRINOLOGY (330) | 05/21/2025 | | |
| CHEMISTRY - TOXICOLOGY (340) | 05/21/2025 | | |
| HEMATOLOGY (400) | 05/21/2025 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

ROCHE CDX LABORATORY PENZBERG
NONNENWALD 2 (GEB 231, R 405)
PENZBERG BY, NULL
GERMANY

**CLIA ID NUMBER**

99D2322451

**EFFECTIVE DATE**

05/21/2025

**LABORATORY DIRECTOR**

DR. PAUL J. DIMAGGIO

**EXPIRATION DATE**

05/20/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 05/21/2025 | | |
| PATHOLOGY - HISTOPATHOLOGY (610) | 05/21/2025 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF REGISTRATION*

**LABORATORY NAME AND ADDRESS**

HEMATOGENIX LABORATORY SERVICES LIMITED
PINNACLE HOUSE 2 OAKWOOD SQUARE
CHEADLE, SK83SB
UNITED KINGDOM

**CLIA ID NUMBER**

99D2322821

**EFFECTIVE DATE**

04/28/2025

**LABORATORY DIRECTOR**

HYTHAM AL MASRI

**EXPIRATION DATE**

04/27/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If this is a Certificate of Registration, it represents only the enrollment of the laboratory in the CLIA program and does not indicate a Federal certification of compliance with other CLIA requirements. The laboratory is permitted to begin testing upon receipt of this certificate, but is not determined to be in compliance until a survey is successfully completed.

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

PROTAGENE CGT GMBH
IM NEUENHEIMER FELD 582
HEIDELBERG, 69120
GERMANY

**CLIA ID NUMBER**

99D2327251

**EFFECTIVE DATE**

04/29/2026

**LABORATORY DIRECTOR**

DR. LEE KAPLAN

**EXPIRATION DATE**

04/28/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 04/29/2026 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF REGISTRATION*

**LABORATORY NAME AND ADDRESS**

AFYNIA LABORATORIES INC
270 LONGWOOD ROAD SOUTH A216J
HAMILTON ONTARIO, L8P0A1
CANADA

**CLIA ID NUMBER**

99D2327867

**EFFECTIVE DATE**

07/30/2025

**LABORATORY DIRECTOR**

HONEY V. REDDI

**EXPIRATION DATE**

07/29/2027

Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If this is a Certificate of Registration, it represents only the enrollment of the laboratory in the CLIA program and does not indicate a Federal certification of compliance with other CLIA requirements. The laboratory is permitted to begin testing upon receipt of this certificate, but is not determined to be in compliance until a survey is successfully completed.

PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.
FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF REGISTRATION*

**LABORATORY NAME AND ADDRESS**

VIROTEK BIOSCIENCES INC
570 HOOD ROAD, UNIT 21
MARKHAM ONTARIO, L3R4G7
CANADA

**CLIA ID NUMBER**

99D2328145

**EFFECTIVE DATE**

08/05/2025

**LABORATORY DIRECTOR**

ERIC W. JOHNSON

**EXPIRATION DATE**

08/04/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If this is a Certificate of Registration, it represents only the enrollment of the laboratory in the CLIA program and does not indicate a Federal certification of compliance with other CLIA requirements. The laboratory is permitted to begin testing upon receipt of this certificate, but is not determined to be in compliance until a survey is successfully completed.

PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.
FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF REGISTRATION*

**LABORATORY NAME AND ADDRESS**

EVERIGHT DIAGNOSTIC LABORATORY SERVICES LTD
NO 2 FEZ STREET, OFF KUMASI CRESENT, WUSE 2
FCT ABUJA, NULL
NIGERIA

**CLIA ID NUMBER**

99D2328909

**EFFECTIVE DATE**

08/19/2025

**LABORATORY DIRECTOR**

EZRA AGBO

**EXPIRATION DATE**

08/18/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If this is a Certificate of Registration, it represents only the enrollment of the laboratory in the CLIA program and does not indicate a Federal certification of compliance with other CLIA requirements. The laboratory is permitted to begin testing upon receipt of this certificate, but is not determined to be in compliance until a survey is successfully completed.

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF REGISTRATION*

**LABORATORY NAME AND ADDRESS**

UCM TECHNOLOGIES
7171 FRERICK-BANTING, SUITE 3330
MONTREAL PQ, H4S1Z9
CANADA

**CLIA ID NUMBER**

99D2330377

**EFFECTIVE DATE**

09/16/2025

**LABORATORY DIRECTOR**

DANA NYHOLT

**EXPIRATION DATE**

09/15/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If this is a Certificate of Registration, it represents only the enrollment of the laboratory in the CLIA program and does not indicate a Federal certification of compliance with other CLIA requirements. The laboratory is permitted to begin testing upon receipt of this certificate, but is not determined to be in compliance until a survey is successfully completed.

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

CROWN BIOSCIENCE INC (SUZHOU)
ROOM 501, BUILDING A6, NO 218 XINGHU STREET
SUZHOU, 215000
CHINA

**CLIA ID NUMBER**

99D2331689

**EFFECTIVE DATE**

07/15/2026

**LABORATORY DIRECTOR**

DR. SUE BERUTI

**EXPIRATION DATE**

07/14/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| DIAGNOSTIC IMMUNOLOGY - GENERAL IMMUNOLOGY (220) | 07/15/2026 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF REGISTRATION*

**LABORATORY NAME AND ADDRESS**

CANALT HEALTH LABS INC
16 FALCONER DR, UNIT14
MISSISSAUGA, L5N3M1
CANADA

**CLIA ID NUMBER**

99D2331693

**EFFECTIVE DATE**

10/07/2025

**LABORATORY DIRECTOR**

PANKAJ KUMAR

**EXPIRATION DATE**

10/06/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If this is a Certificate of Registration, it represents only the enrollment of the laboratory in the CLIA program and does not indicate a Federal certification of compliance with other CLIA requirements. The laboratory is permitted to begin testing upon receipt of this certificate, but is not determined to be in compliance until a survey is successfully completed.

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF REGISTRATION*

**LABORATORY NAME AND ADDRESS**

CELERION SWITZERLAND AG, BIOANALYTICAL SERVICES
ALLMENDSTRASSE 32 FEHRALTORF
ZURICH, 8090
SWITZERLAND

**CLIA ID NUMBER**

99D2331701

**EFFECTIVE DATE**

10/07/2025

**LABORATORY DIRECTOR**

WAYNE R. MARKUS

**EXPIRATION DATE**

10/06/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If this is a Certificate of Registration, it represents only the enrollment of the laboratory in the CLIA program and does not indicate a Federal certification of compliance with other CLIA requirements. The laboratory is permitted to begin testing upon receipt of this certificate, but is not determined to be in compliance until a survey is successfully completed.

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF REGISTRATION*

**LABORATORY NAME AND ADDRESS**

ARCHIMEDLIFE GMBH
LEBERSTRASSE 10/2 1110
VIENNA, NULL
AUSTRIA

**CLIA ID NUMBER**

99D2331712

**EFFECTIVE DATE**

10/07/2025

**LABORATORY DIRECTOR**

ARNDT GRONING

**EXPIRATION DATE**

10/06/2027

Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If this is a Certificate of Registration, it represents only the enrollment of the laboratory in the CLIA program and does not indicate a Federal certification of compliance with other CLIA requirements. The laboratory is permitted to begin testing upon receipt of this certificate, but is not determined to be in compliance until a survey is successfully completed.

PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.
FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF REGISTRATION*

**LABORATORY NAME AND ADDRESS**

ATANIS BIOTECH AG
RAMPE 16 FRELBURGSTRASSE 251
BERN, 3018
SWITZERLAND

**CLIA ID NUMBER**

99D2331750

**EFFECTIVE DATE**

10/08/2025

**LABORATORY DIRECTOR**

RON L. GAMBARDELLA

**EXPIRATION DATE**

10/07/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If this is a Certificate of Registration, it represents only the enrollment of the laboratory in the CLIA program and does not indicate a Federal certification of compliance with other CLIA requirements. The laboratory is permitted to begin testing upon receipt of this certificate, but is not determined to be in compliance until a survey is successfully completed.

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE. FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

***CERTIFICATE OF REGISTRATION***

**LABORATORY NAME AND ADDRESS**

CAPILLON ANALYTICS
MEDICON VILLAGE, BUILDING 401M SCHEEELEVAGEN 8
LUND , 22363
SWEDEN

**CLIA ID NUMBER**

99D2333229

**EFFECTIVE DATE**

10/31/2025

**LABORATORY DIRECTOR**

KENNETH PIENTA

**EXPIRATION DATE**

10/30/2027

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If this is a Certificate of Registration, it represents only the enrollment of the laboratory in the CLIA program and does not indicate a Federal certification of compliance with other CLIA requirements. The laboratory is permitted to begin testing upon receipt of this certificate, but is not determined to be in compliance until a survey is successfully completed.

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

ELITE MEDICAL GLOBAL LABORATORY
8/F, 52 HUNG TO ROAD, KWUN TONG, KLN
HONG KONG, HK, 0000
CHINA

**CLIA ID NUMBER**

99D2333648

**EFFECTIVE DATE**

04/28/2026

**LABORATORY DIRECTOR**

CHUN WAN JEFFREY LAI

**EXPIRATION DATE**

04/27/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 04/28/2026 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

***CERTIFICATE OF ACCREDITATION***

**LABORATORY NAME AND ADDRESS**

ADMIT THERAPEUTICS SL
CTRA LAUREA MIRO 408-410
SANT FELIU DE LLOBREGAT, 08980
SPAIN

**CLIA ID NUMBER**

99D2334032

**EFFECTIVE DATE**

07/01/2026

**LABORATORY DIRECTOR**

DR. ALFRED LUI

**EXPIRATION DATE**

06/30/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 07/01/2026 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

TEDDY CLINICAL RESEARCH LABORATORY (WUXI) LAB
BUILDING A, XINGYE BUILDING, NO 97, LINGHU AVENUE
WUXI, 214235
CHINA

**CLIA ID NUMBER**

99D2334652

**EFFECTIVE DATE**

01/28/2026

**LABORATORY DIRECTOR**

DR. MING QI

**EXPIRATION DATE**

01/27/2028

Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| MICROBIOLOGY - VIROLOGY (140) | 01/28/2026 | | |

PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.
FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

TEDDY CLINICAL RESEARCH LABORATORY (WUXI) LAB
BUILDING A, XINGYE BUILDING, NO 97, LINGHU AVENUE
WUXI, 214235
CHINA

**CLIA ID NUMBER**

99D2334652

**EFFECTIVE DATE**

01/28/2026

**LABORATORY DIRECTOR**

DR. MING QI

**EXPIRATION DATE**

01/27/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| MICROBIOLOGY - VIROLOGY (140) | 01/28/2026 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

ZIWIG LAB
465 AV DES THERMES
TERCIS-LES-BAIN, 40180
FRANCE

**CLIA ID NUMBER**

99D2336510

**EFFECTIVE DATE**

07/01/2026

**LABORATORY DIRECTOR**

DR. GREGORY A. MENGDEN

**EXPIRATION DATE**

06/30/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 07/01/2026 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF REGISTRATION*

**LABORATORY NAME AND ADDRESS**

SHANGHAI HEMATOGENIX PHARMACEUTICAL TECHNOLOGY CO LTD
255 CAILUN ROAD, 3RD FLOOR OF BUILDING 7
PUDONG DISTRICT
SHANGHAI, 201203
CHINA

**CLIA ID NUMBER**

99D2336567

**EFFECTIVE DATE**

01/06/2026

**LABORATORY DIRECTOR**

DR. AL MASRI HYTHAM

**EXPIRATION DATE**

01/05/2028

Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If this is a Certificate of Registration, it represents only the enrollment of the laboratory in the CLIA program and does not indicate a Federal certification of compliance with other CLIA requirements. The laboratory is permitted to begin testing upon receipt of this certificate, but is not determined to be in compliance until a survey is successfully completed.

PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.
FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF REGISTRATION*

**LABORATORY NAME AND ADDRESS**

KYAN TECHNOLOGIES PTE LTD
1 RESEARCH LINK, #05-45/#05-40
SINGAPORE, 117604
SINGAPORE

**CLIA ID NUMBER**

99D2337556

**EFFECTIVE DATE**

01/26/2026

**LABORATORY DIRECTOR**

BASEL KASHLAN

**EXPIRATION DATE**

01/25/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If this is a Certificate of Registration, it represents only the enrollment of the laboratory in the CLIA program and does not indicate a Federal certification of compliance with other CLIA requirements. The laboratory is permitted to begin testing upon receipt of this certificate, but is not determined to be in compliance until a survey is successfully completed.

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF REGISTRATION*

**LABORATORY NAME AND ADDRESS**

BIOARO
3151, 27 ST NE (#10 BASEMENT)
CALGARY, AB, T1Y0B4
CANADA

**CLIA ID NUMBER**

99D2338212

**EFFECTIVE DATE**

02/06/2026

**LABORATORY DIRECTOR**

TULSIRAM PRATHAPAM

**EXPIRATION DATE**

02/05/2028

Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If this is a Certificate of Registration, it represents only the enrollment of the laboratory in the CLIA program and does not indicate a Federal certification of compliance with other CLIA requirements. The laboratory is permitted to begin testing upon receipt of this certificate, but is not determined to be in compliance until a survey is successfully completed.

PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.
FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF REGISTRATION*

**LABORATORY NAME AND ADDRESS**

GENOSAFE
1 RUE DE L'INTERNATIONALE
EVRY-COURCOURONNES, 91000
FRANCE

**CLIA ID NUMBER**

99D2338827

**EFFECTIVE DATE**

02/18/2026

**LABORATORY DIRECTOR**

MOHAMED ELREFAEI

**EXPIRATION DATE**

02/17/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If this is a Certificate of Registration, it represents only the enrollment of the laboratory in the CLIA program and does not indicate a Federal certification of compliance with other CLIA requirements. The laboratory is permitted to begin testing upon receipt of this certificate, but is not determined to be in compliance until a survey is successfully completed.

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF REGISTRATION*

**LABORATORY NAME AND ADDRESS**

NOVOGENIA GMBH
STRASS 19
EUGENDORF AUSTRIA, 5301
AUSTRIA

**CLIA ID NUMBER**

99D2342366

**EFFECTIVE DATE**

04/17/2026

**LABORATORY DIRECTOR**

PHILIP D. COTTER

**EXPIRATION DATE**

04/16/2028

Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If this is a Certificate of Registration, it represents only the enrollment of the laboratory in the CLIA program and does not indicate a Federal certification of compliance with other CLIA requirements. The laboratory is permitted to begin testing upon receipt of this certificate, but is not determined to be in compliance until a survey is successfully completed.

PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.
FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF REGISTRATION*

**LABORATORY NAME AND ADDRESS**

MEDPACE LABORATORIES BVBA
TECHNOLOGIELAAN 19
HEVERLEE, BELGIUM, 3001
BELGIUM

**CLIA ID NUMBER**

99D2343339

**EFFECTIVE DATE**

05/05/2026

**LABORATORY DIRECTOR**

TRACI TURNER

**EXPIRATION DATE**

05/04/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If this is a Certificate of Registration, it represents only the enrollment of the laboratory in the CLIA program and does not indicate a Federal certification of compliance with other CLIA requirements. The laboratory is permitted to begin testing upon receipt of this certificate, but is not determined to be in compliance until a survey is successfully completed.

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

***CERTIFICATE OF REGISTRATION***

**LABORATORY NAME AND ADDRESS**

INSTITUT FUER IMMUNOLOGIE UND GENETIK GBR
INSTITUTE OF IMMUNOLOGY AND GENETICS GBR
PFAFFPLATZ 10
KAISERSLAUTERN, GERMANY, 67655
GERMANY

**LABORATORY DIRECTOR**

JENS VERHEYEN

**CLIA ID NUMBER**

99D2343356

**EFFECTIVE DATE**

05/05/2026

**EXPIRATION DATE**

05/04/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If this is a Certificate of Registration, it represents only the enrollment of the laboratory in the CLIA program and does not indicate a Federal certification of compliance with other CLIA requirements. The laboratory is permitted to begin testing upon receipt of this certificate, but is not determined to be in compliance until a survey is successfully completed.

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

ITOS ONCOLOGY
1453 PRINCE ROAD
WINDSOR, N9C3Z4
CANADA

**CLIA ID NUMBER**

99D2344069

**EFFECTIVE DATE**

09/02/2026

**LABORATORY DIRECTOR**

DR. BRONWYN E. RAMEY

**EXPIRATION DATE**

09/01/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 09/02/2026 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

MACROGEN SEJONG
20, JIPHYEONJUNGANG-RO
SEJONG-SI, 30141
SOUTH KOREA

**CLIA ID NUMBER**

99D2344071

**EFFECTIVE DATE**

07/22/2026

**LABORATORY DIRECTOR**

DR. CARLOS J. RUIZ

**EXPIRATION DATE**

07/21/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| CHEMISTRY - ROUTINE CHEMISTRY (310) | 07/22/2026 | | |
| CLINICAL CYTOGENETICS (900) | 07/22/2026 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

CENTERS FOR MEDICARE & MEDICAID SERVICES

## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF ACCREDITATION*

**LABORATORY NAME AND ADDRESS**

CROWN BIOSCIENCE GERMANY GMBH
FALKENRIED 88
HAMBURG, 20251
GERMANY

**CLIA ID NUMBER**

99D2345274

**EFFECTIVE DATE**

08/12/2026

**LABORATORY DIRECTOR**

DR. PHILLIP STAHL

**EXPIRATION DATE**

08/11/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| PATHOLOGY - HISTOPATHOLOGY (610) | 08/12/2026 | | |
| CLINICAL CYTOGENETICS (900) | 08/12/2026 | | |

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.
FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF REGISTRATION*

**LABORATORY NAME AND ADDRESS**

ALLARITY THERAPEUTICS EUROPE APS
VENLIGHEDSVEJ 1
HORSHOLM, DENMARK, 2970
DENMARK

**CLIA ID NUMBER**

99D2345360

**EFFECTIVE DATE**

06/09/2026

**LABORATORY DIRECTOR**

DMITRY RATNER

**EXPIRATION DATE**

06/08/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If this is a Certificate of Registration, it represents only the enrollment of the laboratory in the CLIA program and does not indicate a Federal certification of compliance with other CLIA requirements. The laboratory is permitted to begin testing upon receipt of this certificate, but is not determined to be in compliance until a survey is successfully completed.

**PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.**
**FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.**

## CENTERS FOR MEDICARE & MEDICAID SERVICES
## CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

### *CERTIFICATE OF REGISTRATION*

**LABORATORY NAME AND ADDRESS**

BML CENTER FOR GROBAL GENOMICS & PATHOLOGY
4F, 1361-1, MATOBA, KAWAGOE
SAITMA, JAPAN, NULL
JAPAN

**CLIA ID NUMBER**

99D2350996

**EFFECTIVE DATE**

09/18/2026

**LABORATORY DIRECTOR**

WEI ZHANG

**EXPIRATION DATE**

09/17/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.**
**This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If this is a Certificate of Registration, it represents only the enrollment of the laboratory in the CLIA program and does not indicate a Federal certification of compliance with other CLIA requirements. The laboratory is permitted to begin testing upon receipt of this certificate, but is not determined to be in compliance until a survey is successfully completed.

PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.
FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.

# CENTERS FOR MEDICARE & MEDICAID SERVICES
# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

## *CERTIFICATE OF REGISTRATION*

**LABORATORY NAME AND ADDRESS**

ASTRAZENECA THE DISCOVERY CENTRE D2 LAB
DISC, D2 LAB, 1 FRANCIS CRICK AVE
CAMBRIDGE, UNITED KINGDOM, CB2 0AA
UNITED KINGDOM

**CLIA ID NUMBER**

99D2351531

**EFFECTIVE DATE**

09/28/2026

**LABORATORY DIRECTOR**

SUSANNE ARBOGAST

**EXPIRATION DATE**

09/27/2028

**Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures. This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.**

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If this is a Certificate of Registration, it represents only the enrollment of the laboratory in the CLIA program and does not indicate a Federal certification of compliance with other CLIA requirements. The laboratory is permitted to begin testing upon receipt of this certificate, but is not determined to be in compliance until a survey is successfully completed.

PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.
FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.

CENTERS FOR MEDICARE & MEDICAID SERVICES

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

*CERTIFICATE OF REGISTRATION*

**LABORATORY NAME AND ADDRESS**

CHENGDU NUOXIN BIOTECH CO, LTD
KEYUAN SOUTH RD NO 88 HIGH-TECH ZONE BLD B5 F5
CHENGDU, 610041
CHINA

**CLIA ID NUMBER**

99D2327869

**EFFECTIVE DATE**

07/31/2025

**LABORATORY DIRECTOR**

MICHAEL KALNOSKI

**EXPIRATION DATE**

07/30/2027

Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

Gregg Brandush, Director
Division of Clinical Laboratory Improvement & Quality
Quality & Safety Oversight Group
Center for Clinical Standards and Quality

If this is a Certificate of Registration, it represents only the enrollment of the laboratory in the CLIA program and does not indicate a Federal certification of compliance with other CLIA requirements. The laboratory is permitted to begin testing upon receipt of this certificate, but is not determined to be in compliance until a survey is successfully completed.

PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.
FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA.