# DECLARANT'S EXHIBIT 3

**DEFENDANT CMS INTERNATIONAL CLIA LABORATORY DIRECTORS**

| LAB NO. | LABORATORY DIRECTOR | BIOLAB AFFILIATIONS |
|---|---|---|
| 1 | DR. KOHUN SEO | **99D2274041** 3BILLION CO LTD MOLECULAR DIAGNOSTICS LAB - **SOUTH KOREA** |
| 2 | DR. JIM LU | **14D2143887** GEORGE N ATIA, MD SC - WILMETTE, IL<br>**14D2037930** GOPATH LABORATORIES - BUFFALO GROVE, IL<br>**99D2166030** 3DMED INC CLINICAL LABORATORY - **CHINA** |
| 3 | DR. ALFRED LUI | **05D1103594** LUCIDDX LABS - LAKE FOREST, CA<br>**99D2334032** ADMIT THERAPEUTICS SL - **SPAIN** |
| 4 | HONEY V. REDDI | **14D2302605** BELAY DIAGNOSTICS LLC - CHICAGO, IL<br>**99D2327867** AFYNIA LABORATORIES INC - **CANADA** |
| 5 | DMITRY RATNER | **99D2345360** ALLARITY THERAPEUTICS EUROPE APS - **DENMARK** |
| 6 | DR. RICHARD TURKINGTON | **99D2017022** ALMAC DIAGNOSTICS - **UNITED KINGDOM** |
| 7 | DR. ARNDT GROENING | **99D2331712** ARCHIMEDLIFE GMBH - **AUSTRIA** |
| 8 | DR. ATHANASIOS VERGOPOULOS | **99D2279264** ARMINLABS I MVZ DIAGNOSTIK & MEDIZIN GMBH - **GERMANY** |
| 9 | SUSANNE ARBOGAST | **99D2351531** ASTRAZENECA THE DISCOVERY CENTRE D2 LAB - **UNITED KINGDOM** |
| 10 | RON L. GAMBARDELLA | **99D2331750** ATANIS BIOTECH AG - , **SWITZERLAND** |
| 11 | DR. PANKAJ KUMAR<br>**SEE ALSO #18** | **36D2163880** QUICKMED URGENT CARE - YOUNGSTOWN, OH<br>**99D2279923** BC NEUROIMMUNOLOGY LAB INC - **CANADA** |
| 12 | TULSIRAM PRATHAPAM | **11D2269037** LIFELINE PRIMARY CARE, INC - LILBURN, GA<br>**11D0264059** MACON MEDICAL GROUP PC - MACON, GA |

| LAB NO. | LABORATORY DIRECTOR | BIOLAB AFFILIATIONS |
|---|---|---|
| | | **34D2278524** NUCLEUS GENOMICS - RALEIGH, NC<br>**11D2340492** PEACHTREE NEPHROLOGY - LAWRENCEVILLE, GA<br>**11D0264597** SOUTHCOAST HEALTH - SAVANNAH, GA<br>**99D2338212** BIOARO - **CANADA** |
| 13 | DR. ANNA M. SCHLITTER | **99D2320518** BIONTECH SE - **GERMANY** |
| 14 | DR. OLIVER HARZER | **99D0999793** BIOSCIENTIA GMBH - **GERMANY** |
| 15 | DR. JUHA KOSKENVUO | **99D2092375** BLUEPRINT GENETICS - **FINLAND** |
| 16 | WEI ZHANG | **33D1098947** CHINATOWN TRUE CARE MEDICAL PLLC - NEW YORK, NY<br>**33D2283383** CHINATOWN TRUE CARE MEDICAL, PLLC - BROOKLYN, NY<br>**33D2258988** CHINATOWN TRUE CARE MEDICAL, PLLC DBA RENDR - NEW YORK, NY<br>**33D2258993** CHINATOWN TRUE CARE MEDICAL, PLLC DBA RENDR - BROOKLYN, NY<br>**05D2230665** OGADA HOME HEALTH CARE, INC - MONTEREY PARK, CA<br>**05D2220753** OGADA HOSPICE CARE, INC - MONTEREY PARK, CA<br>**31D0919952** VINELAND DEVELOPMENTAL CENTER - VINELAND, NJ<br>**45D1046324** WEI ZHANG, MD, PHD, FACOG - PLANO, TX<br>**99D2350996** BML CENTER FOR GROBAL GENOMICS & PATHOLOGY - **JAPAN** |
| 17 | DR. DANIEL C. CHEN | **05D2215839** BURNING ROCK DX, LLC - IRVINE, CA<br>**05D2297004** CARTER LABORATORIES INC - IRVINE, CA<br>**99D2123798** BURNING ROCK & CTONG LABORATORY - **CHINA** |
| 18 | PANKAJ KUMAR<br>**SEE ALSO #11** | **45D2345903** QUANTYX DIAGNOSTICS LLC - HOUSTON, TX<br>**36D2163880** QUICKMED URGENT CARE - YOUNGSTOWN, OH |

| LAB NO. | LABORATORY DIRECTOR | BIOLAB AFFILIATIONS |
|---|---|---|
| | | **99D2279923** BC NEUROIMMUNOLOGY LAB INC - **CANADA**<br>**99D2331693** CANALT HEALTH LABS INC - **CANADA** |
| 19 | KENNETH PIENTA | **99D2333229** CAPILLON ANALYTICS - **SWEDEN** |
| 20 | DR. SASKIA BISKUP | **99D2130225** CEGAT GMBH-CENTER FOR GENOMICS AND TRANSCRIPTIONS - **GERMANY** |
| 21 | WAYNE R. MARKUS | **99D2331701** CELERION SWITZERLAND AG, BIOANALYTICAL SERVICES - **SWITZERLAND** |
| 22 | DR. GHITA TAGMOUTI | **99D1095931** CELLCARTA - **BELGIUM** |
| 23 | DR. KHLDOUN BAKDOUNES | **99D2126355** CELLCARTA BIOSCIENCES INC - **CANADA** |
| 24 | DR. PETER A. BAUER | **99D2049715** CENTOGENE GMBH - **GERMANY** |
| 25 | PURIFICACAO TAVARES MD PHD | **99D1066287** CENTRO DE GENETICA CLINICA/CGC GENETICS - **PORTUGAL/AZORES** |
| 26 | DR. RICHARD MARCHAND<br>**SEE ALSO #79** | **99D2079197** CERBA RESEARCH CANADA - **CANADA**<br>**99D2283969** MONTREAL HEART INSTITUTE - **CANADA** |
| 27 | MICHAEL KALNOSKI | **50D2146193** FIDALAB - SEATTLE, WA<br>**05D2088507** HEALTHQUEST ESOTERICS, INC - IRVINE, CA<br>**50D2079714** ATLAS GENOMICS, LLC. SEATTLE, WA (CLOSED); ADMINISRATIVELY DISSOLVED 8/3/2026<br>**99D2327869** CHENGDU NUOXIN BIOTECH CO, LTD - **CHINA** |
| 28 | DR. KATHERINE SIMINOVITCH<br>**SEE ALSO #55** | **99D2079197** CERBA RESEARCH CANADA - , **CANADA**<br>**99D2283969** MONTREAL HEART INSTITUTE - **CANADA** |
| 29 | DR. PHILLIP STAHL | **99D2345274** CROWN BIOSCIENCE GERMANY GMBH - **GERMANY** |
| 30 | DR. SUE BERUTI | **05D2326496** CROWN BIOSCIENCE, INC - SAN DIEGO, CA<br>**99D2331689** CROWN BIOSCIENCE INC (SUZHOU) - **CHINA** |

| LAB NO. | LABORATORY DIRECTOR | BIOLAB AFFILIATIONS |
|---|---|---|
| 31 | DR. HARRIET FEILOTTER | **99D1106115** CYTOGENETICS AND MOLECULAR DIAGNOSTICS - **CANADA** |
| 32 | DR. CYNTHE SIMS<br>**SEE #33** | **03D2284772** CANARY ONCOCEUTICS, INC - PHOENIX, AZ<br>**14D2274923** GENOMICMD, INC - CHICAGO, IL<br>**99D2171983** DATAR CANCER GENETICS PRIVATE LIMITED - **INDIA**<br>**99D2270399** DATAR CANCER GENETICS UK PRIVATE LIMITED - **UNITED KINGDOM** |
| 33 | DR. CYNTHE SIMS<br>**SEE #32** | **03D2284772** CANARY ONCOCEUTICS, INC - PHOENIX, AZ<br>**14D2274923** GENOMICMD, INC - CHICAGO, IL<br>**99D2171983** DATAR CANCER GENETICS PRIVATE LIMITED - **INDIA**<br>**99D2270399** DATAR CANCER GENETICS UK PRIVATE LIMITED - **UNITED KINGDOM** |
| 34 | DR. TAWNY W. HUNG | **99D2298941** DERMPATH DIAGNOSTICS OF ALBERTA LTD - **CANADA** |
| 35 | DR. JOSEF RUESCHOFF | **99D2071366** DISCOVERY LIFE SCIENCES BIOMARKER SERVICES GMBH - **GERMANY** |
| 36 | CARLOS J. RUIZ<br>**SEE #70 & 71** | **21D2062464** PSOMAGEN INC - ROCKVILLE, MD<br>**99D2320513** EARLY OM LDT - , **ISRAEL**<br>**99D2344071** MACROGEN SEJONG - **SOUTH KOREA**<br>**99D2158117** MACROGEN SONGDO - **SOUTH KOREA** |
| 37 | CHUN WAN JEFFREY LAI | **99D2333648** ELITE MEDICAL GLOBAL LABORATORY - **CHINA** |
| 38 | DR. HONG SHEN | **05D0587924** ANTELOPE VALLEY MEDICAL CENTER - LANCASTER, CA<br>**05D2103644** DIAGNOMICS LAB - SAN DIEGO, CA<br>**99D2298054** EONE DIAGNOMICS GENOME CENTER - **SOUTH KOREA** |
| 39 | EZRA AGBO | **99D2328909** EVERIGHT DIAGNOSTIC LABORATORY SERVICES LTD - **NIGERIA** |
| 40 | DR. DANIEL J. POLLEY | **99D2283230** EVE TECHNOLOGIES CORPORATION - **CANADA** |

| LAB NO. | LABORATORY DIRECTOR | BIOLAB AFFILIATIONS |
|---|---|---|
| 41 | DR. GUIHUA YANG | **99D2274035** GENECAST PRECISION MEDICAL DIAGNOSTIC LABORATORY - **CHINA** |
| 42 | DR. SONG QING ZHAO | **99D2303620** GENEPLUS-BEIJING CLINICAL LABORATORY CO, LTD - **CHINA** |
| 43 | DR. RYAN S. ROBETORYE<br>**SEE #81** | **03D2113087** MAYO CLINIC MOLECULAR DIAGNOSTICS - AZ LABORATORY - SCOTTSDALE, AZ<br>**99D2317193** GENESEEQ TECHNOLOGY INC - **CANADA** |
| 44 | JILLIAN HARRINGTON | **50D0965661** US BIOTEK LABORATORIES - SHORELINE, WA<br>**99D2278470** GENETICA - **VIETNAM**<br>**99D2282774** NUTRIPATH PATHOLOGY - **AUSTRALIA** |
| 45 | DR. JUNE T. WONG | **99D1107498** GENETRACK BIOLABS INC - **CANADA** |
| 46 | DR. XIAOFANG ZHANG | **99D2141165** GENETRON HEALTH BEIJING CO LTD - **CHINA** |
| 47 | MOHAMED ELREFAEI | **45D2277321** ACIES TX, LLC - BOERNE, TX<br>**14D2156833** DUANE DEAN BEHAVIORAL HEALTH CENTER - KANKAKEE, IL<br>**14D2334118** NEUGENIX LLC - WARRENVILLE, IL<br>**99D2338827** GENOSAFE - **FRANCE** |
| 48 | DR. WEIMIN SUN | **99D2315215** HANGZHOU ASTROCYTE MEDICAL LABORATORY CO - **CHINA** |
| 49 | LORENZO MONSERRAT IGLESIAS | **99D2153048** HEALTH IN CODE SL - **SPAIN** |
| 50 | DR. HYTHAM AL-MASRI<br>**SEE #51** | **14D1075803** HEMATOGENIX LABORATORY SERVICES - TINLEY PARK, IL<br>**99D2322821** HEMATOGENIX LABORATORY SERVICES LIMITED - **UNITED KINGDOM**<br>**99D2317194** HEMATOGENIX SDN BHD - **MALAYSIA** |
| 51 | DR. HYTHAM AL-MASRI<br>**SEE #50** | **14D1075803** HEMATOGENIX LABORATORY SERVICES - TINLEY PARK, IL<br>**99D2322821** HEMATOGENIX LABORATORY SERVICES LIMITED - **UNITED KINGDOM**<br>**99D2317194** HEMATOGENIX SDN BHD – **MALAYSIA** |
| 52 | DR. DAVID F. CHHIENG | **99D2013537** ICON CLINICAL RESEARCH LIMITED - **IRELAND** |

| LAB NO. | LABORATORY DIRECTOR | BIOLAB AFFILIATIONS |
|---|---|---|
| 53 | DIANA VALBUENA | **10D1087938** TRINITY HOME HEALTH SERVICES INC - HIALEAH, FL<br>**10D2026279** TRINITY HOME HEALTH SERVICES INC - MIRAMAR, FL<br>**99D2146167** IGENOMIX SPAIN LAB, SLU - **SPAIN** |
| 54 | DR. HILARY RACHER | **99D0990947** IMPACT GENETICS INC - **CANADA** |
| 55 | DR. KATHERINE SIMINOVITCH<br>**SEE ALSO #28** | **99D2144057** CLINICAL GENOMICS CENTRE - **CANADA**<br>**99D2164194** INAGENE DIAGNOSTICS INC - **CANADA** |
| 56 | JENS VERHEYEN | **99D2343356** INSTITUT FUER IMMUNOLOGIE UND GENETIK GBR - **GERMANY** |
| 57 | DR. PHILIP D. COTTER | **05D2117342** HELIX INC - SAN DIEGO, CA<br>**99D2298051** INTEGRAGEN - **FRANCE**<br>**99D2064856** SEQUANTA TECHNOLOGIES - **CHINA** |
| 58 | DR. AKHTAR HUSAIN | **99D2298012** IQVIA LABORATORIES LLC - **UNITED KINGDOM** |
| 59 | DR. BRONWYN E. RAMEY | **39D2176007** INCITE HEALTH, INC - DOYLESTOWN, PA<br>**99D2344069** ITOS ONCOLOGY - **CANADA** |
| 60 | JORMA ISOLA | **99D2280565** JILAB INC - **FINLAND** |
| 61 | DR. TIMOTHY D. VO | **05D2309204** ARBELOS1 LLC - MONTEBELLO, CA<br>**50D2316600** EG BIOMED US INC - BOTHELL, WA<br>**99D2309182** KIM FOREST ENTERPRISE CO LTD LABORATORY - **TAIWAN** |
| 62 | DR. JIN JUAN YAO | **99D2159871** KINGMYLAB PHARMACEUTICAL RESEARCH CO, LTD - **CHINA**<br>**99D2302634** SHANGHAI ORIGIMED CLINICAL LABORATORY - **CHINA** |
| 63 | BASEL KASHLAN | **05D0663070** ESOTERIX-INC - CALABASAS HILLS, CA<br>**05D2027259** NKGEN BIOTECH INC - SANTA ANA, CA<br>**99D2337556** KYAN TECHNOLOGIES PTE LTD - **SINGAPORE** |

| LAB NO. | LABORATORY DIRECTOR | BIOLAB AFFILIATIONS |
|---|---|---|
| 64 | DR. JEAN-PAUL LEWEST | **99D2174908** LABCORP CENTRAL LABORATORY SERVICES SARI - **SWITZERLAND** |
| 65 | THAI HOA TRAN | **99D2152806** LABORATORY OF CLINICAL PHARMACOLOGY UNIT- **CANADA** |
| 66 | DR. CLAIRE L. BOWEN | **99D2316601** LEICA BIOSYSTEMS NEWCASTLE LABORATORY - **UNITED KINGDOM** |
| 67 | DR. MUKINKUMAR SONAI | **99D2317208** LIFECELL INTERNATIONAL PRIVATE LIMITED - **INDIA** |
| 68 | DR. MARIA CABALLERO RUIZ | **99D2112462** LIFE LENGTH SL – **SPAIN** |
| 69 | DR. MIN-HAN TAN | **99D2171308** LUCENCE DIAGNOSTICS PTE LTD - **SINGAPORE** |
| 70 | DR. CARLOS J. RUIZ **SEE #36 & 71** | **21D2062464** PSOMAGEN INC - ROCKVILLE, MD<br>**99D2344071** MACROGEN SEJONG - , **SOUTH KOREA**<br>**99D2158117** MACROGEN SONGDO - , **SOUTH KOREA** |
| 71 | DR. CARLOS J. RUIZ **SEE #36 & 70** | **21D2062464** PSOMAGEN INC - ROCKVILLE, MD<br>**99D2344071** MACROGEN SEJONG - **SOUTH KOREA**<br>**99D2158117** MACROGEN SONGDO - **SOUTH KOREA** |
| 72 | CHAD CARUNGIN | **99D0988742** MANILA OUTPATIENT CLINIC - **NO CERTIFICATE ON FILE** |
| 73 | DR. ELENA KYPRI | **99D2131696** MEDICOVER GENETICS LTD - **CYPRUS** |
| 74 | DR. TRACI TURNER | **36D1023277** MEDPACE REFERENCE LABORATORIES LLC - CINCINNATI, OH<br>**99D2343339** MEDPACE LABORATORIES BVBA - **BELGIUM** |
| 75 | DR. FERNANDO KOK | **99D2277038** MENDELICS ANALISE GENOMICA SA - **BRAZIL** |
| 76 | DR. JOSEF VAN HELDEN | **99D1100191** MLM MEDICAL LABS - **GERMANY** |
| 77 | DVORAH ABELIOVICH | **99D1101256** MOGEN BODY LAB - **ISRAEL** |
| 78 | DR. MARTIN J. SOMERVILLE | **99D1014032** MOLECULAR GENETICS DIVISION - **CANADA** |
| 79 | DR. RICHARD MARCHAND | **99D2079197** CERBA RESEARCH CANADA - **CANADA** |

| LAB NO. | LABORATORY DIRECTOR | BIOLAB AFFILIATIONS |
|---|---|---|
| | **SEE #26** | **99D2283969** MONTREAL HEART INSTITUTE - **CANADA** |
| 80 | DR. GUSTAV QUADE | **99D2114965** MVZ LABOR DR QUADE UND KOLLEGEN GMBH - **GERMANY** |
| 81 | MR. CHEN CHEN<br>**SEE #43** | **99D2156674** NANJING SHIHE MEDICAL LABORATORY CO, LTD<br>**CHINA** |
| 82 | DR. MING QI<br>**SEE # 112** | **99D2289380** NANJING SIMCERE DIAGNOSTICS LABORATORY CO, LTD - **CHINA**<br>**99D2334652** TEDDY CLINICAL RESEARCH LABORATORY (WUXI) LAB – **CHINA** |
| 83 | DR. TINA MANON-JENSEN | **99D2320501** NORDIC BIOSCIENCE A/S – **DENMARK** |
| 84 | PHILIP D. COTTER | **05D2347867** ACCUSCAN SCIENCES - MILPITAS, CA<br>**05D2117342** HELIX INC - SAN DIEGO, CA<br>**99D2298051** INTEGRAGEN - , **FRANCE**<br>**99D2342366** NOVOGENIA GMBH - , **AUSTRIA**<br>**99D2064856** SEQUANTA TECHNOLOGIES – **CHINA** |
| 85 | JILLIAN HARRINGTON | **99D2282774** NUTRIPATH PATHOLOGY - , AUSTRALIA<br>**50D0965661** US BIOTEK LABORATORIES - SHORELINE, WA<br>**99D2278470** GENETICA - **VIETNAM** |
| 86 | DR. TREVOR PUGH | **99D2270792** ONTARIO INSTITUTE FOR CANCER RESEARCH (OICR) - **CANADA** |
| 87 | PETER RF GOOTJES | **99D2064747** PACIFIC EDGE DIAGNOSTICS NEW ZEALAND LIMITED – **NEW ZEALAND** |
| 88 | ALEXI PIERRE MARC SURETTE | **99D2317195** PATHASSISTANT LABORATORY INC - **CANADA** |
| 89 | DR. THERESA PATTERY | **99D2279270** PPD GLOBAL CENTRAL LABS BVBA - **BELGIUM** |
| 90 | DR. WEI WANG | **05D2235214** GENEGOCELL - SAN DIEGO, CA<br>**33D1004382** TOTAL CARE PLUS MEDICAL PC - BROOKLYN, NY<br>**99D2290538** PRECISION SCIENTIFIC BIOMEDICINE (SUZHOU) CO, - **CHINA** |
| 91 | DR. LEE KAPLAN | **39D2345373** N SHORE HEMA ONC ASSOC DBA-PGX - MILFORD, PA |

| LAB NO. | LABORATORY DIRECTOR | BIOLAB AFFILIATIONS |
|---|---|---|
| | | **22D2300979** PROTAGENE US, INC - BURLINGTON, MA<br>**99D2327251** PROTAGENE CGT GMBH - **GERMANY** |
| 92 | KENNETH PRITZKER | **99D2275002** PROTEOCYTE DIAGNOSTICS INC. - **CANADA** |
| 93 | DR. RAHUL NAHIRE | **34D2303974** ASKBIO (ASKLEPIOS BIOPHARMACEUTICAL, INC) - MORRISVILLE, NC<br>**99D2289305** QUOTIENT SCIENCES (ALNWICK) LIMITED – **UNITED KINGDOM** |
| 94 | DR. XIANGDONG XU | **05D0673829** AHMC SETON MEDICAL CENTER - DALY CITY, CA<br>**05D1066898** INTEGRATED PAIN - WALNUT CREEK, CA<br>**05D2319483** PACIFIC PATHOLOGY DIAGNOSTICS LABORATORY - CAMPBELL, CA<br>**99D2273709** RAPID NOVOR DIAGNOSTIC LABORATORY – **CANADA** |
| 95 | RAYMOND L. BARNHILL | RAYMOND L BARNHILL MD CONSULTATION SERVICE<br>**FRANCE** |
| 96 | AUDI SETIADI | **99D1068060** REPEAT DIAGNOSTICS - **CANADA** |
| 97 | DR. IOANNIS PAPASOTIRIOU | **99D2283882** RESEARCH GENETIC CANCER CENTRE SA - **GREECE** |
| 98 | KIRAN A. JAKATE | **99D2298044** RNA DIAGNOSTICS INC – **CANADA** |
| 99 | DR. PAUL J. DIMAGGIO | **14D0698087** ROCHE CDX CAP/CLIA LABORATORY - TUCSON, AZ<br>**03D2330742** ROCHE CDX CAP/CLIA LAB PATHGROUP - TUCSON, AZ<br>**99D2322451** ROCHE CDX LABORATORY PENZBERG - **GERMANY** |
| 100 | DR. SUNHWA LEE | **99D2322215** SEEGENE MEDICAL FOUNDATION - **SOUTH KOREA** |
| 101 | DR. PHILIP D. COTTER | **05D2117342** HELIX INC - SAN DIEGO, CA<br>INTEGRAGEN - **FRANCE**<br>**99D2064856** SEQUANTA TECHNOLOGIES – **CHINA** |
| 102 | DR. AL MASRI HYTHAM | **99D2336567** SHANGHAI HEMATOGENIX PHARMACEUTICAL TECHNOLOGY – **CHINA** |

| LAB NO. | LABORATORY DIRECTOR | BIOLAB AFFILIATIONS |
|---|---|---|
| 103 | DR. JIN JUAN YAO | **99D2159871** KINGMYLAB PHARMACEUTICAL RESEARCH CO, LTD - **CHINA**<br>**99D2302634** SHANGHAI ORIGIMED CLINICAL LABORATORY – **CHINA** |
| 104 | DR. YAPING YANG | **45D2157396** AILIFE DIAGNOSTICS - PEARLAND, TX<br>**99D2274005** SHENZHEN HAPLOX MED LAB NGS CLINICAL LABORATORY - **CHINA**<br>**99D2134541** YIZHEN MEDICAL LAB – **CHINA** |
| 105 | DR. FRANK RAUCH | **99D2153709** SHRINERS HOSPITAL FOR CHILDREN CANADA - **CANADA** |
| 106 | DR. TONY MAZZULLI | **99D2321863** SIMPLY PCR - **CANADA** |
| 107 | DR. VEENA SINGH | **99D2307137** SPOTITEARLY - ISRAEL |
| 108 | DR. MICHIKO NAGAMINE | **99D2121802** SRL INC,CENTRAL LABORATORY GLOBAL SERVICES – **JAPAN** |
| 109 | DR. KIYOSHI MUKAI | **99D2274026** SRL & SHIZUOKA CANCER CENTER – **JAPAN** |
| 110 | DR. TOSHIAKI MANABE | **99D2173309** ST LUKES – **JAPAN** |
| 111 | DR. RANDY D. MOORE | **99D2280227** SYANTRA - **CANADA** |
| 112 | DR. MING QI<br>**SEE # 82** | **99D2289380** NANJING SIMCERE DIAGNOSTICS LABORATORY CO, LTD - **CHINA**<br>**99D2334652** TEDDY CLINICAL RESEARCH LABORATORY (WUXI) LAB – **CHINA** |
| 113 | DR. HANS KNECHT | **99D2307133** TELO GENOMICS - **CANADA** |
| 114 | DANA NYHOLT | **99D2330377** UCM TECHNOLOGIES - **CANADA** |
| 115 | LENNART JAN FRIIS-HANSEN | **99D2280741** UNILABS, COPENHAGEN AS - **DENMARK** |
| 116 | ERIC W. JOHNSON | **21D2158103** PHI LIFE SCIENCES - COLLEGE PARK, MD<br>**42D2114196** PHI LIFE SCIENCES, LLC - CHARLESTON, SC<br>**45D2326575** USA DIAGNOSTICS LLC - RICHARDSON, TX<br>**99D2328145** VIROTEK BIOSCIENCES INC - **CANADA** |
| 117 | DR. YAPING YANG | **45D2157396** AILIFE DIAGNOSTICS - PEARLAND, TX |

| LAB NO. | LABORATORY DIRECTOR | BIOLAB AFFILIATIONS |
|---|---|---|
| | | **99D2274005** SHENZHEN HAPLOX MED LAB NGS CLINICAL LABORATORY - CHINA<br>**99D2134541** YIZHEN MEDICAL LAB – **CHINA** |
| 118 | DR. GREGORY A. MENGDEN | **99D2336510** ZIWIG LAB – **FRANCE** |