**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON (PORTLAND)**

| | |
|---|---|
| EMANUEL MCCRAY,<br>a/k/a "Trump Genius," *On Behalf of Himself and All Others Similarly Situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Case No. **3:26-CV-01193-IM**<br><br>PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT JUDGMENT AS TO DEFENDANT ATLAS GENOMICS LLC |

Plaintiff Emanuel McCray requests that the Clerk of Court enter default judgment of $400 trillion against defendant Atlas Genomics, LLC pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure.

In support of this request, Plaintiff relies upon the record in this case and the Declaration of Emanuel McCray, ECF 38. A Proposed Order is attached as Plaintiff's Exhibit 1.

Dated this 1st day of November 2026.

s/Emanuel McCray
Emanuel McCray
*Plaintiff, Pro Se*