# PLAINTIFF'S EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON (PORTLAND)**

| | |
|---|---|
| EMANUEL MCCRAY,<br>a/k/a "Trump Genius," *On Behalf of Himself and All Others Similarly Situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Case No. **3:26-CV-01193-IM**<br><br>PROPOSED<br>CLERK'S ENTRY OF<br>DEFAULT JUDGMENT |

Plaintiff Emanuel McCray requests that the Clerk of Court enter default judgment for $400 trillion against defendant Atlas Genomics, LLC pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure.

It appearing from the docket and the record of this case that Defendant Atlas Genomics, LLC was properly served with a Summons and Complaint through the Washington Secretary of State, the statutory agent of the State of its incorporation; that the time for answering or otherwise responding to the Complaint has expired;

and that Defendant Atlas Genomics, LLC has failed to appear, plead, or otherwise defend in this action;

And the Plaintiffs, having applied to the Clerk of Court for an Entry of Default pursuant to Rule 55(a), ECF 28, and for an Entry of Default Judgment pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, ECF 39, and having accompanied said application with an Affidavit, ECF 38, certifying that the Plaintiffs' claim against Defendant Atlas Genomics, LLC is for a sum certain;

NOW, THEREFORE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(b)(1):

IT IS ADJUDGED that Plaintiff Emanuel McCray, on behalf of himself and all others similarly situated, recover of the Defendant Atlas Genomics, LLC the principal sum of $400,000,000,000,000 (four hundred trillion dollars), as demanded in the Complaint and listed upon the face of the official Civil Cover Sheet, together with interest thereon at the legal rate as provided by law from the date of this judgment, and costs of this action.

**DEFAULT JUDGMENT** is hereby entered against Defendant Atlas Genomics, LLC this ________ day of ________________, 2026.