**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EMANUEL MCCRAY,** on behalf of himself and all others similarly situated, also known as "Trump Genius,"

Plaintiff,

v.

**UNITED STATES OF AMERICA; ANTHONY STEPHEN FAUCI**, in his official capacity as the Director of the National Institute of Allergy and Infectious Diseases, **UNITED STATES CENTERS FOR MEDICARE & MEDICAID SERVICES; ATLAS GENOMICS, LLC**, a United States CLIA-Certified Laboratory**; X Corp.**, a for-profit corporation; **META PLATFORMS**, a for-profit corporation.

Defendants.

Case No. 3:26-cv-01193-IM

**JUDGMENT**

**IMMERGUT, District Judge**

Based on this Court's Orders, ECF 40, ECF 41, ECF 42, and ECF 44, **IT IS ORDERED AND ADJUDGED** that the above-captioned proceeding is DISMISSED, without prejudice.

DATED this 19th day of November, 2026.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge